IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

Plaintiff,

v.

ACUSHNET COMPANY,

Defendant.

C. A. No. 06-091-SLR

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Miclean, John V. Picone, Michael J. Curley and Craig R. Compton, to represent plaintiff Callaway Golf Company in this matter.

Dated:  February 28, 2006          FISH & RICHARDSON P.C.

By:  /s/ *Thomas L. Halkowski*
_____
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

*Attorneys for Plaintiff*
*CALLAWAY GOLF COMPANY*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:  _____, 2006          _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: _2/16/06_____ , 2006          Signed: _____

David J. Miclean
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  February 22      , 2006         Signed:  _____

John V. Picone

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: _____ , 2006          Signed: _____

Michael J. Curley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this
Court, am admitted, practicing and in good standing as a member of the Bar of
California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this
Court for any alleged misconduct which occurs in the preparation or course of this action.
I also certify I am generally familiar with this Court's Local Rules.  In accordance with
Standing Order for District Court Fund effective 1/1/05, I further certify that the annual
fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee
payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 17 , 2006        Signed: _____

Craig R. Compton
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071