IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

**PLAINTIFF CALLAWAY GOLF COMPANY'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Callaway Golf Company, by and through their undersigned counsel, discloses the following information pursuant to Federal Rule Of Civil Procedure 7.1:

There are no corporate entities to disclose under Federal Rule Of Civil Procedure 7.1.

Dated:  March 17, 2006          FISH & RICHARDSON P.C.


                                By:  */s/ Thomas L. Halkowski*
                                     Thomas L. Halkowski (#4099)
                                     919 N. Market Street, Suite 1100
                                     P.O. Box 1114
                                     Wilmington, DE 19899-1114
                                     Tel:  (302) 652-5070
                                     Fax:  (302) 652-0607

                                     Frank E. Scherkenbach
                                     225 Franklin Street
                                     Boston, MA 02110-2804
                                     Tel:  (617) 542-5070
                                     Fax:  (617) 542-8906

                                     John V. Picone III
                                     Craig Compton
                                     500 Arguello Street, Suite 500
                                     Redwood City, CA 94063
                                     Tel:  (650) 839-5070
                                     Fax:  (650) 839-5071

                                     David S. Shuman
                                     12290 El Camino Real
                                     San Diego, CA 92130
                                     Tel: (858) 678-5070
                                     Fax:  (858) 678-5099

                                Attorneys for Plaintiff
                                CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2006, I electronically filed **PLAINTIFF CALLAWAY GOLF COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant<br>ACUSHNET COMPANY |

I hereby certify that on March 17, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Joseph P. Lavelle<br>Andrew R. Sommer<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

50335382.doc