# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

May 8, 2006

**VIA ECF**
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Chief Judge Robinson:

In preparation for the upcoming scheduling conference, enclosed please find a proposed scheduling order for this matter. The parties' respective proposals for the scheduling deadlines are each set forth in the attached document.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH:sb

Enclosure

cc    David E. Moore (w/enc – via ECF and hand delivery)
      Richard L. Horwitz

30280956.doc