IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>         Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 8, 2006, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ACUSHNET COMPANY [NOS. 1-87]** and **PLAINTIFF CALLAWAY GOLF COMPANY'S FIRST SET OF INTERROGATORIES TO DEFENDANT ACUSHNET COMPANY [NOS. 1-11]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FAX AND FIRST CLASS MAIL** |
|---|---|
| Richard L. Horwitz | Alan M. Grimaldi |
| David E. Moore | Joseph P. Lavelle |
| Potter Anderson & Corroon LLP | Andrew R. Sommer |
| Hercules Plaza – Sixth Floor | Howrey LLP |
| 1313 N. Market Street | 1299 Pennsylvania Ave., N.W. |
| P.O. Box 951 | Washington, D.C. 20004 |
| Wilmington, DE  19899 | |

Dated:  May 8, 2006	FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel:  (302) 652-5070
    Fax:  (302) 652-0607

    Frank E. Scherkenbach
    Michael E. Zeliger
    225 Franklin Street
    Boston, MA 02110-2804
    Tel:  (617) 542-5070
    Fax:  (617) 542-8906

    John V. Picone III
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Tel:  (650) 839-5070
    Fax:  (650) 839-5071

    David S. Shuman
    12290 El Camino Real
    San Diego, CA 92130
    Tel: (858) 678-5070
    Fax:  (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

30281053.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on May 8, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Alan M. Grimaldi
Joseph P. Lavelle
Andrew R. Sommer
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

30281053.doc