IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the time and date by which defendant Acushnet Company must file and serve its Reply Brief on its Motion to Stay (D.I. 9) shall be extended to the close of business (5:00 PM Eastern) on May 30, 2006.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Thomas L. Halkowski* | By: */s/ David E. Moore* |
| Thomas L. Halkowski (#4099) | Richard L. Horwitz (#2246) |
| Fish & Richardson P.C. | David E. Moore (#3983) |
| 919 N. Market Street, Suite 1100 | Hercules Plaza, 6th Floor |
| P.O. Box 1114 | 1313 N. Market Street |
| Wilmington, DE 19899-1114 | Wilmington, DE 19801 |
| Telephone (302) 652-5070 | Telephone (302) 984-6000 |
| halkowski@fr.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

734106 / 28946