# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

May 31, 2006

**VIA ECF**
The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Chief Judge Robinson:

In accord with the parties' conference with Your Honor on May 23, 2006, enclosed is the parties' proposed scheduling order for this matter.

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

TLH:sam

Enclosure

cc    David E. Moore (w/enc – via ECF and hand delivery)
      Richard L. Horwitz

80033628.doc