IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-91 (SLR) |
| v. ) | |
| ) | |
| ACUSHNET COMPANY, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies of the following documents were caused to be served on June 19, 2006, upon the following attorneys of record at the following addresses as indicated:

> ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO CALLAWAY'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO ACUSHNET [NOS. 1-87]
>
> ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO CALLAWAY'S FIRST SET OF INTERROGATORIES TO DEFENDANT ACUSHNET COMPANY [NOS. 1-11]

**VIA HAND DELIVERY**

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**VIA ELECTRONIC MAIL**

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
shuman@fr.com

                                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:                        By:   */s/ David E. Moore*
                                              Richard L. Horwitz (#2246)
Alan M. Grimaldi                    David E. Moore (#3983)
Joseph P. Lavelle                   Hercules Plaza 6th Floor
Andrew R. Sommer              1313 N. Market Street
HOWREY LLP                       P.O. Box 951
1299 Pennsylvania Ave., N.W.    Wilmington, DE  19899
Washington, D.C.  20004          Tel:  (302) 984-6000
Tel:  (202) 783-0800              rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

Dated:  June 19, 2006
737575/ 30030                             *Attorneys for Defendant Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on June 19, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

  I hereby certify that on June 19, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
shuman@fr.com

            /s/ *David E. Moore*
            Richard L. Horwitz
            David E. Moore
            Potter Anderson & Corroon LLP
            Hercules Plaza – Sixth Floor
            1313 North Market Street
            Wilmington, DE 19899-0951
            (302) 984-6000
            rhorwitz@potteranderson.com
            dmoore@potteranderson.com

721869