**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies of the following documents were caused to be served on June 20, 2006, upon the following attorneys of record at the following addresses as indicated:

> ACUSHNET'S FIRST SET OF INTERROGATORIES TO CALLAWAY [NOS. 1-15]
>
> ACUSHNET'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF [NOS. 1-163]

**VIA HAND DELIVERY**

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

**VIA ELECTRONIC MAIL**

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
shuman@fr.com

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:                          By:   */s/ David E. Moore*

                                              Richard L. Horwitz (#2246)

Alan M. Grimaldi                    David E. Moore (#3983)
Joseph P. Lavelle                     Hercules Plaza 6th Floor
Andrew R. Sommer             1313 N. Market Street
HOWREY LLP                        P.O. Box 951
1299 Pennsylvania Ave., N.W.    Wilmington, DE  19899
Washington, D.C.  20004          Tel:  (302) 984-6000
Tel:  (202) 783-0800              rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

Dated:  June 20, 2006

                                        *Attorneys for Defendant Acushnet Company*

737814

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on June 20, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

I hereby certify that on June 20, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
shuman@fr.com

<u>/s/ David E. Moore</u>
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869