IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 30th day of June, 2006,

IT IS ORDERED that the pretrial conference scheduled for November 21, 2007 is hereby rescheduled to **Tuesday, November 20, 2007, at 4:30 p.m.** All other provisions of the June 2, 2006 scheduling order remain in full effect.

                                                                       _____
                                                                       United States District Judge