# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
p.o. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

July 24, 2006

**VIA ECF**
The Honorable Sue L. Robinson
United States District Court
    for the District of Delaware
844 N. King Street
Wilmington, DE 19801

FR

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Chief Judge Robinson:

I write on behalf of plaintiff Callaway Golf, in response to the letter of Mr. Horwitz dated July 21, 2006 and written on behalf of defendant Acushnet (D.I. 40).

With one exception, Callaway Golf believes the recent Patent Office decisions on Callaway Golf's petitions to suspend the *inter partes* reexaminations are largely irrelevant to the issues before this Court.  That exception, not noted by Acushnet, is the determination by the Patent Office that only this Court can and will address the issues of privity and assignor estoppel raised by Callaway Golf.

Callaway Golf's separate petition to vacate the reexaminations as *ultra vires*, based on the parties' settlement agreement, remains under reconsideration by the Director of the Patent Office.

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

TLH:sb

cc    Richard L. Horwitz
      David E. Moore (via ECF and hand delivery)
      Alan M. Grimaldi (via e-mail)

80035142.doc