IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>          Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>          Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 11, 2006, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ACUSHNET COMPANY [NOS. 88-128]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| **VIA FACSIMILE AND FEDERAL EXPRESS** | **VIA FACSIMILE AND FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz | Alan M. Grimaldi |
| David E. Moore | Joseph P. Lavelle |
| Potter Anderson & Corroon LLP | Andrew R. Sommer |
| Hercules Plaza – Sixth Floor | Howrey LLP |
| 1313 N. Market Street | 1299 Pennsylvania Ave., N.W. |
| P.O. Box 951 | Washington, D.C. 20004 |
| Wilmington, DE  19899 | |

Dated: September 13, 2006     FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
Michael E. Zeliger
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

John V. Picone III
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

David S. Shuman
12290 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899


I hereby certify that on September 13, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:


Alan M. Grimaldi
Joseph P. Lavelle
Andrew R. Sommer
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

                                                /s/ *Thomas L. Halkowski*
                                                Thomas L. Halkowski

80036844.doc