IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>                    Plaintiff,<br><br>            v.<br><br>ACUSHNET COMPANY,<br><br>                    Defendant. | C. A. No. 06-91 (SLR) |

**[PROPOSED] ORDER GRANTING CALLAWAY GOLF'S UNOPPOSED MOTION TO ATTACH THE CORRECT EXHIBIT C TO ITS COMPLAINT**

AND NOW, the Court, having considered the motion for leave to amend and the parties' arguments thereon,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Callaway Golf is given leave to file a corrected copy of its Complaint, with U.S. Patent No. 6,506,130 replacing U.S. Patent No. 6,503,130 as Exhibit C.

SO ORDERED, this 3d day of October, 2006.

_____
United States District Judge

50374690 (2) (3).doc