IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies of the following documents were caused to be served on October 11, 2006, upon the following attorneys of record at the following addresses as indicated:

ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO CALLAWAY'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO ACUSHNET [NOS. 88-129]

### VIA HAND DELIVERY

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

### VIA ELECTRONIC MAIL

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
shuman@fr.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ David E. Moore |
| Alan M. Grimaldi | Richard L. Horwitz (#2246) |
| Joseph P. Lavelle | David E. Moore (#3983) |
| Brian A. Rosenthal | Hercules Plaza 6th Floor |
| HOWREY LLP | 1313 N. Market Street |
| 1299 Pennsylvania Ave., N.W. | P.O. Box 951 |
| Washington, D.C. 20004 | Wilmington, DE 19899 |
| Tel: (202) 783-0800 | Tel: (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: October 11, 2006 |  |
|  | *Attorneys for Defendant Acushnet Company* |

755228

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 11, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

I hereby certify that on October 11, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
shuman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869