# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
(302) 778-8407

Email
halkowski@fr.com

October 13, 2006

**VIA ECF**
The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801



Re:  *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C.A. No. 06-91-SLR

Dear Chief Judge Robinson:

Enclosed for your review is a proposed Stipulated Protective Order upon which the parties to this suit have agreed.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH/sb

Enclosure

80038079.doc

cc  Clerk of Court
     David E. Moore, Esq. (w/enc.)

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC