IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-91 (SLR) |
| v. | ) |
| | ) |
| ACUSHNET COMPANY, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies of the following documents were caused to be served on October 31, 2006, upon the following attorneys of record at the following addresses as indicated:

> ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES
> TO CALLAWAY GOLF COMPANY'S FIRST SET OF
> REQUESTS FOR ADMISSIONS TO DEFENDANT
> ACUSHNET COMPANY [NOS. 1-42]

### VIA HAND DELIVERY

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

### VIA ELECTRONIC MAIL

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
shuman@fr.com

                              POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: | /s/ David E. Moore |
| --- | --- | --- |
| | | Richard L. Horwitz (#2246) |
| Alan M. Grimaldi | | David E. Moore (#3983) |
| Joseph P. Lavelle | | Hercules Plaza 6th Floor |
| Brian A. Rosenthal | | 1313 N. Market Street |
| HOWREY LLP | | P.O. Box 951 |
| 1299 Pennsylvania Ave., N.W. | | Wilmington, DE 19899 |
| Washington, D.C. 20004 | | Tel: (302) 984-6000 |
| Tel: (202) 783-0800 | | rhorwitz@potteranderson.com |
| | | dmoore@potteranderson.com |

Dated: November 1, 2006

*Attorneys for Defendant Acushnet Company*

759231

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 1, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on November 1, 2006, I have Electronically Mailed the documents to the following:

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

John V. Picone, III
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
picone@fr.com

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
shuman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869