IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-091-SLR |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David S. Shuman and Jennifer Ishimoto, to represent plaintiff Callaway Golf Company in this matter.

Dated: November 7, 2006         FISH & RICHARDSON P.C.

                By:  /s/ *Thomas L. Halkowski*
                    Thomas L. Halkowski (#4099)
                    919 N. Market Street, Suite 1100
                    P.O. Box 1114
                    Wilmington, DE 19899-1114
                    Tel: (302) 652-5070
                    Fax: (302) 652-0607

                *Attorneys for Plaintiff*
                *CALLAWAY GOLF COMPANY*


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2006        _____
                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Nov. 3, 2006       Signed: *David S. Shuman*
                                  David S. Shuman
                                  FISH & RICHARDSON P.C.
                                  12390 El Camino Real
                                  San Diego, CA 92130

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Nov. 2, 2006        Signed: _____
                                   Jennifer Ishimoto
                                   FISH & RICHARDSON P.C.
                                   500 Arguello Street, Suite 500
                                   Redwood City, CA 94063

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz  
David E. Moore  
Potter Anderson & Corroon LLP  
Hercules Plaza, 6th floor  
1313 N. Market Street  
Wilmington, DE 19801

Attorneys for Defendant  
ACUSHNET COMPANY

I hereby certify that on November 7, 2006, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

Joseph P. Lavelle  
Andrew R. Sommer  
Howrey LLP  
1299 Pennsylvania Avenue, N.W.  
Washington, DC 20004

Attorneys for Defendant  
ACUSHNET COMPANY

/s/ *Thomas L. Halkowski*  
Thomas L. Halkowski