IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-91 (SLR) |

# NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 17, 2006, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ACUSHNET COMPANY [NOS. 130-164]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Richard L. Horwitz<br>　rhorwitz@potteranderson.com<br>David E. Moore<br>　dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL AND BY FEDERAL EXPRESS**

Brian Rosenthal
  rosenthalB@howrey.com
Alan M. Grimaldi
  grimaldia@howrey.com
Joseph P. Lavelle
  lavellej@howrey.com
Vivian S. Kuo
  kuov@howrey.com
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 383-6989

Attorneys for Defendant ACUSHNET COMPANY

Dated: November 17, 2006        FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 17, 2006, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

  I hereby certify that on November 17, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Brian Rosenthal
Alan M. Grimaldi
Joseph P. Lavelle
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

                 /s/ *Thomas L. Halkowski*
                 Thomas L. Halkowski

80036844.doc