IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-91 (SLR) |
| v.  ) | |
| ) | **JURY TRIAL DEMANDED** |
| ACUSHNET COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ACUSHNET COMPANY'S MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURTS ORDER REGARDING STAYING LITIGATION PENDING *INTER PARTES* REEXAMINATION**

Defendant Acushnet Company ("Acushnet") hereby moves that this Court certify its order denying Acushnet's Motion to Stay Litigation Pending Inter Partes Reexamination by the U.S. Patent Office for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and that this Court stay this litigation pending the appeal. In support of this motion, Acushnet relies upon the accompanying memorandum of law and supporting exhibits. A proposed Order is attached.

Pursuant to Local Rule 7.1.1, counsel for Acushnet contacted counsel for Plaintiff. As of the time of this filing, Plaintiff had not communicated its position on this Motion.

Respectfully submitted,

OF COUNSEL:                                      POTTER ANDERSON & CORROON LLP

Alan M. Grimaldi
Joseph P. Lavelle                                By:   /s/ David E. Moore
Kenneth W. Donnelly                                     Richard L. Horwitz (#2246)
Brian A. Rosenthal                                      David E. Moore (#3983)
HOWREY LLP                                              Hercules Plaza 6th Floor
1299 Pennsylvania Avenue, N.W.                          1313 N. Market Street
Washington, D.C. 20004                                  Wilmington, DE 19899
Telephone (202) 783-0800                                Tel: (302) 984-6000
                                                        rhorwitz@potteranderson.com
Dated: November 21, 2006                                dmoore@potteranderson.com

Attorneys for Defendant Acushnet Company

763461 / 30030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-91 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Upon consideration of Acushnet Company's Motion to Certify Under 28 U.S.C. § 1292(b) the Court's Order Regarding Staying Litigation Pending *Inter Partes* Reexamination, in the above-captioned case, and the parties' arguments thereon, it is hereby ORDERED this ___ day of _____, 2006 that:

1.  The motion of Defendant Acushnet Company to Certify Under 28 U.S.C. § 1292(b) the Court's Order Regarding Staying Litigation Pending *Inter Partes* Reexamination is GRANTED;

2.  This Court will reissue the order denying Acushnet's Motion to Stay to include a certification pursuant to 28 U.S.C. §1292(b); and

3.  This litigation is stayed pending resolution of the appeal of the denial of Acushnet's Motion to Stay.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 21, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on November 21, 2006, I have Electronically Mailed the documents to the following:

| | |
|---|---|
| Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com | Robert A. Denning<br>David S. Shuman<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shuman@fr.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869