**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>            Defendant | C. A. No. 06-91 (SLR) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED, by and between the parties and subject to the approval of the Court, that the date by which Callaway Golf must file and serve its Opposition Brief to Acushnet's Motion To Certify Under 28 U.S.C. Section 1292(b) (D.I. 65-66) shall be extended to December 14, 2006.

| FISH & RICHARDSON P.C. | POTTER ANDERSON AND CORROON LLP |
|---|---|
| By:*/s/ Thomas L. Halkowski*<br>    Thomas L. Halkowski (#4099)<br>    919 N. Market Street<br>    Suite 1100<br>    P.O. Box 1114<br>    Wilmington, DE 19899-1144<br>    Telephone: (302) 778-8401<br>    halkowski@fr.com<br><br>Attorneys for Plaintiff | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>Attorneys for Defendant |

SO ORDERED this _____ day of December, 2006.

_____
United States District Judge