IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>ACUSHNET COMPANY,<br><br>                    Defendant. | C. A. No. 06-91 (SLR) |

**[PROPOSED] ORDER GRANTING CALLAWAY GOLF'S MOTION TO DISQUALIFY DAVID L. FELKER AS AN EXPERT OR CONSULTANT IN THIS CASE**

The Court, having considered Callaway Golf Company's ("Callaway Golf") motion to disqualify David L. Felker from serving as an expert or consultant for Defendant Acushnet Company ("Acushnet") and Acushnet's opposition thereto, HEREBY GRANTS Callaway Golf's motion to disqualify.

IT IS ORDERED that David L. Felker may not act as an expert or consultant for Acushnet in relation to this suit, and that Acushnet may not have any ex parte communication with David L. Felker relating to this case.

SO ORDERED, this ___ day of _____, 2007.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

**PLAINTIFF CALLAWAY GOLF COMPANY'S MOTION TO DISQUALIFY DEFENDANT ACUSHNET COMPANY'S EXPERT DAVID FELKER**

For the reasons set forth in its accompanying memorandum of points and authorities, Plaintiff CALLAWAY GOLF COMPANY hereby moves the Court to disqualify David L. Felker from serving as a consultant or expert for Defendant ACUSHNET COMPANY in the above-titled action. A proposed order is enclosed herewith.

Dated: January 17, 2007
FISH & RICHARDSON P.C.

By: /s/ *Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

**RULE 7.1.1 CERTIFICATE**

The undersigned certifies that counsel for movants have made reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion.

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I electronically filed the **PLAINTIFF CALLAWAY GOLF COMPANY'S MOTION TO DISQUALIFY DEFENDANT ACUSHNET COMPANY'S EXPERT DAVID FELKER** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant<br>ACUSHNET COMPANY |

I hereby certify that on January 17, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Joseph P. Lavelle<br>Andrew R. Sommer<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski