# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:06-cv-00091-SLR    Document 79    Filed 01/17/2007    Page 1 of 1