IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 17, 2007, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S SUPPLEMENTAL RESPONSES TO ACUSHNET'S FIRST SET OF INTERROGATORIES [NOS. 3 AND 7]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| **VIA EMAIL AND U.S. MAIL** | **VIA EMAIL AND U.S. MAIL** |
|---|---|
| Richard L. Horwitz | Alan M. Grimaldi |
| David E. Moore | Joseph P. Lavelle |
| Potter Anderson & Corroon LLP | Howrey LLP |
| Hercules Plaza – Sixth Floor | 1299 Pennsylvania Ave., N.W. |
| 1313 N. Market Street | Washington, D.C. 20004 |
| P.O. Box 951 | |
| Wilmington, DE  19899 | |

Dated: January 18, 2007			FISH & RICHARDSON P.C.


					By: */s/ Thomas L. Halkowski*
					Thomas L. Halkowski (#4099)
					919 N. Market Street, Suite 1100
					P.O. Box 1114
					Wilmington, DE 19899-1114
					Tel:  (302) 652-5070
					Fax:  (302) 652-0607

					Frank E. Scherkenbach
					Michael E. Zeliger
					225 Franklin Street
					Boston, MA 02110-2804
					Tel:  (617) 542-5070
					Fax:  (617) 542-8906

					John V. Picone III
					500 Arguello Street, Suite 500
					Redwood City, CA 94063
					Tel:  (650) 839-5070
					Fax:  (650) 839-5071

					David S. Shuman
					12290 El Camino Real
					San Diego, CA 92130
					Tel: (858) 678-5070
					Fax:  (858) 678-5099

					Attorneys for Plaintiff
					CALLAWAY GOLF COMPANY


10700086.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

I hereby certify that on January 18, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Alan M. Grimaldi
Joseph P. Lavelle
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

10700086.doc