IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civ. No. 06-91-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
|     Defendant. | ) |

O R D E R

At Wilmington this 25th day of January, 2007, having reviewed defendant's motion to certify, under 28 U.S.C. § 1292(b), the court's October 18, 2006 ruling from the bench denying defendant's motion to stay pending <u>inter</u> <u>partes</u> reexamination;

IT IS ORDERED that said motion (D.I. 65) is denied, without prejudice to renew. The issue of the reexamination and the timing of the above litigation shall be addressed once again at the conclusion of discovery, at an in-person conference to be conducted on **Wednesday, August 1, 2007 at 4:30 p.m.** in courtroom 6B, sixth floor federal building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that plaintiff's motion to disqualify David L. Felker from serving as a consultant or expert for defendant (D.I. 77) shall be discussed at the scheduled discovery conference on February 8, 2007 at 8:00 a.m. in courtroom 6B,

sixth floor federal building, 844 King Street, Wilmington, Delaware.

                                               _____
                                                                  United States District Judge

2