IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, <br><br> Plaintiff, <br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 06-91 (SLR) <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF ACUSHNET COMPANY'S OPPOSITION TO PLAINTIFF CALLAWAY GOLF COMPANY'S MOTION TO DISQUALIFY DEFENDANT <u>ACUSHNET COMPANY'S EXPERT DAVID FELKER</u>**

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 783-0800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

Dated: January 31, 2007
Public Version Dated: February 7, 2007
776717 / 30030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ACUSHNET COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 06-91 (SLR) <br><br> **CONFIDENTIAL INFORMATION – FILED UNDER SEAL – PURSUANT TO PROTECTIVE ORDER** |

### DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF ACUSHNET COMPANY'S OPPOSITION TO PLAINTIFF CALLAWAY GOLF COMPANY'S MOTION TO DISQUALIFY DEFENDANT ACUSHNET COMPANY'S EXPERT DAVID FELKER

I, Brian A. Rosenthal, declare as follows:

1. I am a senior associate at Howrey LLP, representing Acushnet Company ("Acushnet") in the above-captioned action against Callaway Golf Company ("Callaway"). I am a member of the Bar of the State of New York and the District of Columbia in good standing, and I am admitted *pro hac vice* in this action. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. In 2001, Acushnet hired Dr. Felker as an expert in the litigations captioned *Nitro Leisure Products, LLC v. Acushnet Company*, Case No. 02-14008-CIV-Middlebrooks (S.D. Fla.) and *Acushnet Company v. Leisure Products, LLC*, Case No. 02-14091-CIV-Roettger (S.D. Fla.). That case involved Acushnet's ProV1 ball, which is accused of infringement in this case. Dr. Felker spent over 500 hours on that case for Acushnet.

3. Acushnet hired Dr. David Felker as an expert in the litigation captioned *Bridgestone Sports Co. v. Acushnet Co.*, C.A. No. 05-132 (JJF) (D. Del.) on or around June 28, 2005. In that litigation, Bridgestone Sports accuses several Acushnet golf balls of patent infringement, including the ProV1, ProV1*, and ProV1x, which are the balls

accused of infringement in this case. During the course of that litigation, Dr. Felker has spent substantial time becoming familiar with the details of the golf balls that are accused of infringement in this case. Dr. Felker has spent over 250 hours on the Bridgestone Sports case for Acushnet.

4.  Acushnet hired Dr. Felker as an expert in this case on or around December 15, 2006. On December 20, 2006, I sent a letter to Craig Compton, counsel for Callaway, in which I identified Dr. Felker as a consultant pursuant to the Protective Order, and included Dr. Felker's signed Exhibit A to the Protective Order.

5.  On December 28, 2006, I received a letter from W. Chad Shear, counsel for Callaway, in which Callaway objected to the disclosure of Callaway confidential information to Dr. Felker.

6.  Since retaining Dr. Felker, counsel for Acushnet has never discussed the substantive issues involved in this litigation with Dr. Felker. Since retaining Dr. Felker, Acushnet has not provided any documents produced by Callaway to Dr. Felker. Dr. Felker has performed no work on this litigation, pending resolution of Callaway's motion to disqualify him from this case.



2



9.   U.S. Patent No. 5,803,831 is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of January, 2007, at Washington, D.C.

*/s/ Brian A. Rosenthal*

Brian A. Rosenthal, Esq.

Public Version Dated:  February 7, 2007
776717 / 30030

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 7, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on February 7, 2007, I have Electronically Mailed the documents to the following:

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030