IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>              Defendant. | C. A. No. 06-91 (SLR)<br><br>**FILED UNDER SEAL – CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER – NOT TO BE DISCLOSED EXCEPT BY COURT ORDER OR WRITTEN STIPULATION OF THE PARTIES** |

**DECLARATION OF MICHAEL J. RIDER IN SUPPORT OF
PLAINTIFF CALLAWAY GOLF COMPANY'S REPLY RE: MOTION TO
DISQUALIFY DAVID FELKER AS AN EXPERT IN THIS CASE**

I, Michael J. Rider, declare as follows:

1. I am Senior Vice President and General Counsel for Callaway Golf Company ("Callaway Golf"), and I am a member of the Bar of the States of California and Arizona in good standing. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. On February 5, 2007, I contacted Callaway Golf's Accounting and Payroll Departments to request information regarding salary and consulting payments made by Callaway Golf to David L. Felker between 1996-2004.

3. Attached to my declaration as Ex. 1 are true and correct copies of the Form W-2s and 1099s prepared by Callaway Golf for David L. Felker from 1996-2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of February, 2007, at Carlsbad, California.

                                                                 _____
                                                                 Michael J. Rider, Esq.

**REDACTED**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the **DECLARATION OF MICHAEL J. RIDER IN SUPPORT OF PLAINTIFF CALLAWAY GOLF COMPANY'S REPLY RE: MOTION TO DISQUALIFY DEFENDANT ACUSHNET COMPANY'S EXPERT DAVID FELKER** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant<br>ACUSHNET COMPANY |

I hereby certify that on February 7, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Joseph P. Lavelle<br>Andrew R. Sommer<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski