# Exhibit 1

REDACTED