IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-91 (SLR)<br><br>**FILED UNDER SEAL – CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER – NOT TO BE DISCLOSED EXCEPT BY COURT ORDER OR WRITTEN STIPULATION OF THE PARTIES** |

**LETTER TO THE HONORABLE SUE L. ROBINSON FOR
IN CAMERA REVIEW OF OPINION LETTER**

    **FISH & RICHARDSON P.C.**
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel:  (302) 652-5070
    Fax:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Tel:  (617) 542-5070
    Fax:  (617) 542-8906

    Roger A. Denning
    W. Chad Shear
    Michael A. Amon
    12390 El Camino Real
    San Diego, CA 92130
    Tel:  (858) 678-5070
    Fax:  (858) 678-5099

    *Attorneys for Plaintiff*
    *Callaway Golf Company*

DATED:  February 20, 2007

cc:  Richard L. Horwitz, Esquire (by hand and email) w/o encl.
  Joseph P. Lavelle, Esquire (by mail) w/o enc.