IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-091-SLR |

# MOTION AND ORDER
# FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Katherine D. Prescott, to represent plaintiff Callaway Golf Company in this matter.

Dated: February 27, 2007             FISH & RICHARDSON P.C.

                                                                By: /s/ *Thomas L. Halkowski*
                                                                Thomas L. Halkowski (#4099)
                                                                919 N. Market Street, Suite 1100
                                                                P.O. Box 1114
                                                                Wilmington, DE 19899-1114
                                                                Tel: (302) 652-5070
                                                                Fax: (302) 652-0607

                                                                *Attorneys for Plaintiff*
                                                                *CALLAWAY GOLF COMPANY*

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007            _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 22, 2007               Signed: *Katherine D. Prescott*
                                       Katherine D. Prescott
                                       FISH & RICHARDSON P.C.
                                       500 Arguello St., Suite 500
                                       Redwood City, CA 94063
                                       Tel: (650) 839-5070
                                       Fax: (650) 839-5071

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant<br>ACUSHNET COMPANY |

I hereby certify that on February 27, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Joseph P. Lavelle<br>Andrew R. Sommer<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski