# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Thomas L. Halkowski**
(302) 778-8407

Email
halkowski@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**FR**

ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

February 20, 2007

**REDACTED VERSION**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:    *Callaway Golf Company v. Acushnet Company*
       USDC-D. Del. - C.A. No. 06-91-SLR

Dear Chief Judge Robinson:

Callaway Golf has now located the formal opinion of counsel relating to the Sullivan
'831 patent, which was discussed with Your Honor during the February 8 hearing
regarding the disqualification of Dr. Felker.  As you may recall, Callaway Golf
provided the Court at that hearing with an *in camera* copy of patent counsel's prior
work product memorandum regarding the '831 patent, which had been shared with
Dr. Felker at the April 27, 1999 meeting and which related to both the validity and
infringement of the '831 patent.

As the Court will see from the enclosed *in camera* copy of the later, formal '831
opinion letter, that opinion ultimately relied on noninfringement only.  However, the
prior art analyzed and relied on in counsel's prior memorandum was again discussed
in detail on pages 11-14 of the formal opinion, and the infringement analysis turned
on a claim construction issue (discussed at pages 24-26 of the opinion) that Callaway
Golf expects will be an important issue in this case as well.

Lastly, in accord with the Court's directive at the hearing on February 8, 2007,
Callaway contacted Acushnet regarding a date for deposition of Dr. Felker.  Callaway
is awaiting Acushnet's response as to how and when it would like to proceed.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH/jrm

Enclosure (*in camera* to Judge Robinson only)

cc  Richard L. Horwitz, Esq. (via email and by hand) w/o encl.
     Brian Rosenthal, Esq. (via email) w/o encl.

80042056.doc

ATTACHMENT WAS SEALED FOR *IN CAMERA* REVIEW BY JUDGE ROBINSON