IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>                  Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>                  Defendant. | C. A. No. 06-91 (SLR)<br><br>**PLAINTIFF CALLAWAY GOLF COMPANY'S NOTICE OF DEPOSITION OF MICHAEL J. SULLIVAN PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANT ACUSHNET COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiff Callaway Golf Company ("Callaway Golf") will take the deposition of Michael J. Sullivan at the offices of Fish & Richardson P.C., 225 Franklin Street, Boston, MA on March 27, 2007, beginning at 9:30 a.m., or as otherwise agreed upon by the parties, or ordered by the Court.  The deposition will continue from day to day thereafter until complete.  The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony.  Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape.  Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated:  March 14, 2007          FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel:  (617) 542-5070
Fax:  (617) 542-8906

David J. Miclean
Craig R. Compton
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax:  (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2007, I electronically filed with the Clerk of Court PLAINTIFF CALLAWAY GOLF COMPANY'S NOTICE OF DEPOSITION OF MICHAEL J. SULLIVAN PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| **BY EMAIL AND BY HAND** | |
| Richard L. Horwitz | Attorneys for Defendant |
| David E. Moore | ACUSHNET COMPANY |
| Potter Anderson & Corroon LLP | |
| Hercules Plaza | |
| 1313 North Market Street, 6th Floor | |
| P.O. Box 951 | |
| Wilmington, DE  19899 | |

      I hereby certify that on March 14, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| **BY EMAIL AND U.S. MAIL** | Attorneys for Defendant |
| Alan M. Grimaldi, Esq. | ACUSHNET COMPANY |
| Joseph P. Lavelle | |
| Brian Rosenthal | |
| Howrey LLP | |
| 1299 Pennsylvania Avenue, N.W. | |
| Washington, DC  20004 | |

                                       */s/ Thomas L. Halkowski*
                                       Thomas L. Halkowski

Sullivan NOD.doc