IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　　Defendant. | C. A. No. 06-91 (SLR)<br><br>**PLAINTIFF CALLAWAY GOLF COMPANY'S NOTICE OF DEPOSITION OF JEFFREY L. DALTON PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANT ACUSHNET COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiff Callaway Golf Company ("Callaway Golf") will take the deposition of Jeffrey L. Dalton at the offices of Fish & Richardson P.C., 225 Franklin Street, Boston, MA on March 29, 2007, beginning at 9:30 a.m., or as otherwise agreed upon by the parties, or ordered by the Court. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated: March 14, 2007                    FISH & RICHARDSON P.C.


                                        By: */s/ Thomas L. Halkowski*
                                            Thomas L. Halkowski (#4099)
                                            919 N. Market Street, Suite 1100
                                            P.O. Box 1114
                                            Wilmington, DE 19899-1114
                                            Tel: (302) 652-5070
                                            Fax: (302) 652-0607

                                            Frank E. Scherkenbach
                                            225 Franklin Street
                                            Boston, MA 02110-2804
                                            Tel: (617) 542-5070
                                            Fax: (617) 542-8906

                                            David J. Miclean
                                            Craig R. Compton
                                            500 Arguello Street, Suite 500
                                            Redwood City, CA 94063
                                            Tel: (650) 839-5070
                                            Fax: (650) 839-5071

                                            Roger A. Denning
                                            12390 El Camino Real
                                            San Diego, CA 92130
                                            Tel: (858) 678-5070
                                            Fax: (858) 678-5099

                                        Attorneys for Plaintiff
                                        CALLAWAY GOLF COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed with the Clerk of Court PLAINTIFF CALLAWAY GOLF COMPANY'S NOTICE OF DEPOSITION OF JEFFREY L. DALTON PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| **BY EMAIL AND BY HAND**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>ACUSHNET COMPANY |

I hereby certify that on March 14, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| **BY EMAIL AND U.S. MAIL**<br>Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/S/ Thomas L. Halkowski*
Thomas L. Halkowski

DaltonNOD.doc