# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-91-SLR |
| ACUSHNET COMPANY, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **19th** day of **March, 2007,**

IT IS ORDERED that the mediation conference scheduled for Tuesday, March 20, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE