IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | C. A. No. 06-91 (SLR) |
| Plaintiff, | |
| v. | **PLAINTIFF CALLAWAY GOLF COMPANY'S AMENDED NOTICE OF DEPOSITION OF JEFFREY L. DALTON PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| ACUSHNET COMPANY, | |
| Defendant. | |

**TO DEFENDANT ACUSHNET COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiff Callaway Golf Company ("Callaway Golf") will take the deposition of Jeffrey L. Dalton at the offices of Fish & Richardson P.C., 31 225 Franklin Street, Boston, MA on March 27, 2007, beginning at 9:30 a.m.  The deposition will continue from day to day thereafter until complete.  The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony.  Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape.  Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated:  March 21, 2007                    FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
      Thomas L. Halkowski (#4099)
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19899-1114
      Tel:  (302) 652-5070
      Fax:  (302) 652-0607

      Frank E. Scherkenbach
      225 Franklin Street
      Boston, MA 02110-2804
      Tel:  (617) 542-5070
      Fax:  (617) 542-8906

      David J. Miclean
      Craig R. Compton
      500 Arguello Street, Suite 500
      Redwood City, CA 94063
      Tel:  (650) 839-5070
      Fax:  (650) 839-5071

      Roger A. Denning
      12390 El Camino Real
      San Diego, CA 92130
      Tel: (858) 678-5070
      Fax:  (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed with the Clerk of Court **PLAINTIFF CALLAWAY GOLF COMPANY'S AMENDED NOTICE OF DEPOSITION OF JEFFREY L. DALTON PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

**BY EMAIL AND BY HAND**                 Attorneys for Defendant
Richard L. Horwitz                        ACUSHNET COMPANY
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899


I hereby certify that on March 21, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

**BY EMAIL AND BY MAIL**
Alan M. Grimaldi, Esq.                    Attorneys for Defendant
Joseph P. Lavelle                          ACUSHNET COMPANY
Brian Rosenthal
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004


                                           */s/ Thomas L. Halkowski*
                                           Thomas L. Halkowski