### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF DENNIS NESBITT

PLEASE TAKE NOTICE that Defendant Acushnet Company ("Acushnet") will take the deposition upon oral examination of Dennis Nesbitt pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter, commencing at 9:00 A.M. on April 11, 2007 at the Best Western, 350 E. Norvell Bryant Highway, Hernando, FL 3442. The deposition will continue from day to day until completed, shall be transcribed, and may be videotaped.   You are invited to attend and cross-examine the witness.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel:  (202) 783-0800

Dated:  April 9, 2007

788174 / 30030

By:   */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 9, 2007, the attached document was hand

delivered to the following persons and was electronically filed with the Clerk of the Court using

CM/ECF which will send notification to the registered attorney(s) of record that the document

has been filed and is available for viewing and downloading:

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

I hereby certify that on April 9, 2007, I have Electronically Mailed the documents to the

following:

Frank E. Scherkenbach                    Robert A. Denning
Fish & Richardson P.C.                   David S. Shuman
225 Franklin Street                      Fish & Richardson P.C.
Boston, MA  02110-2804                   12290 El Camino Real
scherkenbach@fr.com                      San Diego, CA  92130
                                         denning@fr.com
                                         shuman@fr.com


                                         /s/ David E. Moore
                                         Richard L. Horwitz
                                         David E. Moore
                                         Potter Anderson & Corroon LLP
                                         Hercules Plaza – Sixth Floor
                                         1313 North Market Street
                                         Wilmington, DE  19899-0951
                                         (302) 984-6000
                                         rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com

721869 / 30030