IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-91 (SLR) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies of the following documents were caused to be served on April 30, 2007, upon the following attorneys of record at the following addresses as indicated:

> SUPPLEMENTAL INITIAL DISCLOSURES OF ACUSHNET COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
>
> DEFENDANT ACUSHNET COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF CALLAWAY GOLF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ACUSHNET COMPANY [NOS. 1, 3-5, 8, AND 10]

**VIA HAND DELIVERY**

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

**VIA ELECTRONIC MAIL**

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

                                                          POTTER ANDERSON & CORROON LLP

OF COUNSEL:                              By:   */s/ David E. Moore*
                                                            Richard L. Horwitz (#2246)
Joseph P. Lavelle                           David E. Moore (#3983)
Kenneth W. Donnelly                    Hercules Plaza 6th Floor
Brian A. Rosenthal                       1313 N. Market Street
HOWREY LLP                                P.O. Box 951
1299 Pennsylvania Ave., N.W.       Wilmington, DE 19899
Washington, D.C. 20004               Tel: (302) 984-6000
Tel: (202) 783-0800                      rhorwitz@potteranderson.com
                                                            dmoore@potteranderson.com

Dated: April 30, 2007
792511 / 30030                                      *Attorneys for Defendant Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 30, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

I hereby certify that on April 30, 2007, I have Electronically Mailed the documents to the following:

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030