IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 30, 2007, a true and correct copy of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

- Plaintiff Callaway Golf Company's Supplemental Responses to Defendant Acushnet Company's First Set of Interrogatories (Nos. 5, 6, 7 and 12)

- Callaway Golf Company's Objections to Acushnet Company's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of Callaway Golf Company

- Plaintiff Callaway Golf Company's First Supplemental Initial Disclosures

**BY EMAIL AND BY HAND**

Richard L. Horwitz
　rhorwitz@potteranderson.com
David E. Moore
　dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000

Attorneys for Defendant ACUSHNET COMPANY

**BY EMAIL AND BY FEDERAL EXPRESS**

Brian Rosenthal
  rosenthalB@howrey.com
Alan M. Grimaldi
  grimaldia@howrey.com
Joseph P. Lavelle
  lavellej@howrey.com
Vivian S. Kuo
  kuov@howrey.com
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:  (202) 383-6989

Attorneys for Defendant ACUSHNET COMPANY

Dated:  May 7, 2007

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

I hereby certify that on May 7, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Brian Rosenthal
Alan M. Grimaldi
Joseph P. Lavelle
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80036844.doc