IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>      Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2007, a true and correct copy of

**PLAINTIFF CALLAWAY GOLF COMPANY'S SUPPLEMENTAL RESPONSES TO DEFENDANT ACUSHNET COMPANY'S FIRST SET OF INTERROGA-TORIES (NOS. 1 and 4)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND BY U.S. FIRST CLASS MAIL**

Richard L. Horwitz
  rhorwitz@potteranderson.com
David E. Moore
  dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000

Attorneys for Defendant ACUSHNET COMPANY

**BY EMAIL AND BY U.S. FIRST CLASS MAIL**

Joseph P. Lavelle
  lavellej@howrey.com
Brian Rosenthal
  rosenthalB@howrey.com
Vivian S. Kuo
  kuov@howrey.com
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:  (202) 383-6989

Attorneys for Defendant ACUSHNET COMPANY

Dated:  May 31, 2007

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL AND BY U.S. FIRST CLASS MAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Vivian S. Kuo
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80045402.doc