IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that on June 7, 2007, a true and correct copy of (1) a Subpoena to Dr. William J. MacKnight (attached at Tab 1) and (2) a Subpoena to Dr. Robert J. Statz (attached at Tab 2) were caused to be served on the attorneys of record, at the following addresses in the manner indicated:

| | |
|---|---|
| **BY EMAIL AND BY U.S. MAIL**<br><br>Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL AND BY FIRST CLASS MAIL**

| | |
|---|---|
| Brian Rosenthal<br>  rosenthalB@howrey.com<br>Alan M. Grimaldi, Esq.<br>  grimaldia@howrey.com<br>Joseph P. Lavelle<br>  lavellej@howrey.com<br>Vivian S. Kuo<br>  kuov@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Attorneys for Defendant ACUSHNET COMPANY |

Dated:  June 8, 2007          FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8 2007, I electronically filed with the Clerk of Court this **NOTICE OF SERVICE OF SUBPOENA** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND BY HAND**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL AND BY U.S. FIRST CLASS MAIL**

Brian A. Rosenthal
Alan M. Grimaldi
Joseph P. Lavelle
Vivian S. Kuo
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski