IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 6, 2007, a true and correct copy of **Expert Report of William M. Risen, Jr.** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **BY EMAIL AND BY FEDERAL EXPRESS**<br><br>Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL AND BY FEDERAL EXPRESS**

| | |
|---|---|
| Alan M. Grimaldi, Esq.<br>  grimaldia@howrey.com<br>Joseph P. Lavelle<br>  lavellej@howrey.com<br>Brian Rosenthal<br>  rosenthalB@howrey.com<br>Vivian S. Kuo<br>  kuov@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Attorneys for Defendant ACUSHNET COMPANY |
| Dated:  July 9, 2007 | FISH & RICHARDSON P.C.<br><br>By:  */s/ Thomas L. Halkowski*<br>    Thomas L. Halkowski (#4099)<br>    919 N. Market Street, Suite 1100<br>    P.O. Box 1114<br>    Wilmington, DE 19899-1114<br><br>Attorneys for Plaintiff<br>CALLAWAY GOLF COMPANY |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I electronically filed with the Clerk of Court this **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND BY HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL AND BY FEDERAL EXPRESS**
Joseph P. Lavelle, Esq.
Brian A. Rosenthal, Esq.
Vivian S. Kuo, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

10752571.doc