## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,         )
                                   )
              Plaintiff,     )     C.A. No. 06-91 (SLR)
v.                            )
                                   )
ACUSHNET COMPANY,        )     **JURY TRIAL DEMANDED**
                                 )
            Defendant.    )

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies

of the following documents were caused to be served on July 13, 2007, upon the following

attorneys of record at the following addresses as indicated:

EXPERT REPORT OF WILLIAM O. KERR, Ph.D.

### VIA ELECTRONIC MAIL

| | |
|---|---|
| Thomas L. Halkowski | Frank E. Scherkenbach |
| Fish & Richardson P.C. | Fish & Richardson P.C. |
| 919 N. Market Street, Suite 1100 | 225 Franklin Street |
| P. O. Box 1114 | Boston, MA 02110-2804 |
| Wilmington, DE 19899-1114 | scherkenbach@fr.com |
| halkowski@fr.com | |
| | |
| Robert A. Denning | Jennifer Ishimoto |
| David S. Shuman | Katherine D. Prescott |
| W. Chad Shear | Fish & Richardson P.C. |
| Michael A. Amon | 500 Arguello Street, Suite 500 |
| Fish & Richardson P.C. | Redwood City, CA 94063 |
| 12290 El Camino Real | ishimoto@fr.com |
| San Diego, CA 92130 | Prescott@fr.com |
| denning@fr.com | |
| shuman@fr.com | |
| shear@fr.com | |
| amon@fr.com | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 783-0800


Dated: July 16, 2007
807301 / 30030

By:   */s/ David E. Moore*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE 19899
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 16, 2007, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I hereby certify that on July 16, 2007, I have Electronically Mailed the document to the

following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
shuman@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030