IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　　Defendant. | C. A. No. 06-91 (SLR)<br><br>**PUBLIC VERSION**<br>**FILED JULY 17, 2007** |

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF CALLAWAY GOLF COMPANY'S PROFFER REGARDING ITS REQUEST TO DEPOSE WALLY UIHLEIN**

I, Thomas L. Halkowski, declare as follows:

1.　I am a member of Fish & Richardson P.C., counsel of record in this action for Callaway Golf Company ("Callaway"). I am a member of the Bar of the State of Delaware and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.　Attached hereto as Exhibit 1 is a true and correct copy of "Inside look: Titleist's big makeover," as published in *Golfweek*, August 18, 2001. (AC0089551-89552)

3.　Attached hereto as Exhibit 2 is a true and correct copy of "Economy hits golf industry," as published on *SouthCoastToday.com*, July 21, 2002. (CW0334979-334980)

4.　Attached hereto as Exhibit 3 is a true and correct copy of an April 12, 2001 e-mail from Bill Morgan to Wally Uihlein. (AC0028868.UR-28877.UR)

5.　Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the April 26, 2007 deposition of Bill Morgan. (p. 52:5-20)

6.　Attached hereto as Exhibit 5 is a true and correct copy of a May 1, 2000 Acushnet internal document titled, "Veneer Core Research." (AC0041525.UR-41527.UR)

7.  Attached hereto as Exhibit 6 is a true and correct copy of "Going to Great Lengths," as published in *Golf World*, September 22, 2000.  (AC0089569)

8.  Attached hereto as Exhibit 7 is a true and correct copy of "New Titleist ball is all the rage," as published on *GolfWeb*, October 17, 2000.  (AC0089540)

9.  Attached hereto as Exhibit 8 is a true and correct copy of "The Fall Offensive: Manufacturers draw battle lines as new product is released," as published in *Golf World*, October 13, 2000.  (AC0089559)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of July, 2007 at Wilmington, Delaware.

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed **PUBLIC VERSION OF DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF CALLAWAY GOLF COMPANY'S PROFFER REGARDING ITS REQUEST TO DEPOSE WALLY UIHLEIN** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

**VIA EMAIL AND HAND DELIVERY**           Attorneys for Defendant
Richard L. Horwitz                                       ACUSHNET COMPANY
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

I hereby certify that on July 17, 2007, I have mailed the document(s) to the following non-registered participants:

**VIA EMAIL AND FEDERAL**                   Attorneys for Defendant
**EXPRESS**                                             ACUSHNET COMPANY
Joseph P. Lavelle
Alan M. Grimaldi
Brian Rosenthal
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004


                                                                /s/ *Thomas L. Halkowski*
                                                                Thomas L. Halkowski