IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

          Plaintiff,

      v.

ACUSHNET COMPANY,

          Defendant.

C. A. No. 06-91 (SLR)

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 24, 2007, a true and correct copy of

**PLAINTIFF CALLAWAY GOLF COMPANY'S AMENDED NOTICE OF**

**DEPOSITION OF TROY PUCKETT AND AMENDED NOTICE OF**

**DEPOSITION OF STEPHEN E. FIENBERG.** were caused to be served on the

attorneys of record, at the following addresses and in the manner indicated:

**BY ELECTRONIC MAIL
AND U.S. MAIL**

Richard L. Horwitz
  rhorwitz@potteranderson.com
David E. Moore
  dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801

Attorneys for Defendant ACUSHNET
COMPANY

**BY ELECTRONIC MAIL**
**AND U.S. MAIL**

Brian Rosenthal
  rosenthalB@howrey.com
Alan M. Grimaldi, Esq.
  grimaldia@howrey.com
Joseph P. Lavelle
  lavellej@howrey.com
Vivian S. Kuo
  kuov@howrey.com
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Attorneys for Defendant ACUSHNET
COMPANY

Dated:  July 25, 2007

FISH & RICHARDSON P.C.


By:  *s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I electronically filed with the Clerk of

Court this **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the following Delaware counsel.  In addition, the

document was caused to be served on the attorneys of record, at the following addresses

and in the manner indicated:

 **BY ELECTRONIC MAIL**

| | |
|---|---|
| Richard L. Horwitz, Esq. | Attorneys for Defendant ACUSHNET |
| David E. Moore, Esq. | COMPANY |
| Potter Anderson & Corroon LLP | |
| Hercules Plaza – Sixth Floor | |
| 1313 N. Market Street | |
| P.O. Box 951 | |
| Wilmington, DE  19899 | |
| | |
| Joseph P. Lavelle, Esq. | Attorneys for Defendant ACUSHNET |
| Brian A. Rosenthal, Esq. | COMPANY |
| Vivian S. Kuo, Esq. | |
| Howrey LLP | |
| 1299 Pennsylvania Ave., N.W. | |
| Washington, D.C. 20004 | |

s/ *Thomas L. Halkowski*
Thomas L. Halkowski