# EXHIBIT 4

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *Inter Partes* Reexamination<br>Control No.: 95/000,120 | |
| Requested:  January 17, 2006 | Examiner:  Michael W. O'Neill |
| For:  U.S. Patent No. 6,210,293 | Art Unit: 3993 |
| Issued:  April 3, 2001 | |
| Inventor:  Michael J. Sullivan | |
| Title:  MULTI-LAYER GOLF BALL | Atty. Dkt. No.:  00634.0004.RXUS01 |

**Customer Service Window**
ATTN:  Central Reexamination Unit
Randolph Building
401 Dulany St.
Alexandria, VA  22314

### TRANSMITTAL OF THIRD PARTY REQUESTER ACUSHNET COMPANY'S COMMENTS AFTER PATENT OWNER RESPONSE FILED APRIL 27, 2007

Enclosed are:

1.  Third Party Requester Acushnet Company's Comments After Patent Owner Response Filed April 27, 2007 (49 sheets) With Exhibits A-W.

2.  Certificate of Service (1 sheet)

3.  Transmittal (1 sheet)

4.  One (1) Return Postcard

Dated:  May 29, 2007

Respectfully submitted,

Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 383-6647 (phone)
(202) 383-6610 (fax)

Joseph P. Lavelle (Reg. No. 31,036)
Janelle D. Waack (Reg. No. 36,300)
Clinton H. Brannon (Reg. No. 57,887)

# Exhibit O



**Surlyn®**
ionomer resin



Surlyn® *Pro Series Polymers*

# Correlating
## JIS C and Shore D/Shore A Hardness Values

When evaluating golf ball cover materials, it is often desirable to understand how hardness values from one testing protocol correlate with those from another. Specifically, the recent proliferation of Japanese patents has left many U.S. manufacturers and materials suppliers wondering how Japanese hardness values (which are measured as "JIS C") correspond to Shore D and Shore A values commonly used in the United States (per ASTM D-2240).

With regression analysis, it is possible to "translate" JIS C values into Shore D and Shore A values. Using golf ball cover materials with hardness values ranging from 45 to 91 JIS C, DuPont took corresponding measurements with Shore D and Shore A gauges (Tables I and II). The resulting trendline plots (Figures 1 and 2, reverse side) can be used to read the equivalent Shore D or Shore A value for any JIS C value in this range.

The linear equations shown with these plots also can be used to calculate the equivalent Shore D or Shore A values for any given JIS C value. For example, using the equation Shore D = (0.76 • JIS C)-8, a JIS C hardness value of 75 produces a Shore D hardness value of 49 = (0.76 • 75)-8.

**Table I. Correlation Between JIS C vs. Shore D Hardness Values.**

| JIS C   | 91 | 91 | 91 | 87 | 84 | 80 | 79 | 71 | 68 | 63 | 56 | 56 | 45 | 45 |
|---------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Shore D | 61 | 63 | 64 | 56 | 52 | 55 | 52 | 45 | 43 | 40 | 35 | 34 | 27 | 26 |

**Table II. Correlation Between JIS C vs. Shore A Hardness Values.***

| JIS C   | 80 | 79 | 71 | 68 | 63 | 56 | 56 | 45 | 45 |
|---------|----|----|----|----|----|----|----|----|----|
| Shore A | 94 | 95 | 92 | 92 | 89 | 86 | 87 | 82 | 83 |

*Shore A values above JIS C 80 are not meaningful; Shore D values are used at this point.



## DUROMETER-PLASTOMETER CONVERSION CHART

### DUROMETER CONVERSIONS

| TYPES | A | B | C | D | O | OO |
|---|---|---|---|---|---|---|
| 100 | 85 | 77 | 58 | | | |
| 95 | 81 | 70 | 46 | | | |
| 90 | 76 | 59 | 39 | | | |
| 85 | 71 | 52 | 33 | | | |
| 80 | 66 | 47 | 29 | 84 | | 98 |
| 75 | 62 | 42 | 25 | 79 | | 97 |
| 70 | 56 | 37 | 22 | 75 | | 95 |
| 65 | 51 | 32 | 19 | 72 | | 94 |
| 60 | 47 | 28 | 16 | 69 | | 93 |
| 55 | 42 | 24 | 14 | 65 | | 91 |
| 50 | 37 | 20 | 12 | 61 | | 90 |
| 45 | 32 | 17 | 10 | 57 | | 88 |
| 40 | 27 | 14 | 8 | 53 | | 86 |
| 35 | 22 | 12 | 7 | 48 | | 83 |
| 30 | 17 | 9 | 6 | 42 | | 80 |
| 25 | 12 | | | 35 | | 76 |
| 20 | 6 | | | 28 | | 70 |
| 15 | | | | 21 | | 62 |
| 10 | | | | 14 | | 55 |
| 5 | | | | 8 | | 45 |

DUROMETER SCALE

A DURO.

B DURO.

PLASTOMETER SCALE

CONVERSIONS ARE APPROXIMATE
VALUES DEPENDENT ON GRADES AND CONDITIONS OF MATERIALS INVOLVED