# EXHIBIT 5




**Surlyn®**
ionomer resin

# Correlating JIS C and Shore D/Shore A Hardness Values

When evaluating golf ball cover materials, it is often desirable to understand how hardness values from one testing protocol correlate with those from another. Specifically, the recent proliferation of Japanese patents has left many U.S. manufacturers and materials suppliers wondering how Japanese hardness values (which are measured as "JIS C") correspond to Shore D and Shore A values commonly used in the United States (per ASTM D-2240).

With regression analysis, it is possible to "translate" JIS C values into Shore D and Shore A values. Using golf ball cover materials with hardness values ranging from 45 to 91 JIS C, DuPont took corresponding measurements with Shore D and Shore A gauges (Tables I and II). The resulting trendline plots (Figures 1 and 2, reverse side) can be used to read the equivalent Shore D or Shore A value for any JIS C value in this range.

The linear equations shown with these plots also can be used to calculate the equivalent Shore D or Shore A values for any given JIS C value. For example, using the equation Shore D = (0.76 • JIS C)-8, a JIS C hardness value of 75 produces a Shore D hardness value of 49 = (0.76 • 75)-8.

### Table I. Correlation Between JIS C vs. Shore D Hardness Values.

| JIS C   | 91 | 91 | 91 | 87 | 84 | 80 | 79 | 71 | 68 | 63 | 56 | 56 | 45 | 45 |
|---------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Shore D | 61 | 63 | 64 | 56 | 52 | 55 | 52 | 45 | 43 | 40 | 35 | 34 | 27 | 26 |

### Table II. Correlation Between JIS C vs. Shore A Hardness Values.*

| JIS C   | 80 | 79 | 71 | 68 | 63 | 56 | 56 | 45 | 45 |
|---------|----|----|----|----|----|----|----|----|----|
| Shore A | 94 | 95 | 92 | 92 | 89 | 86 | 87 | 82 | 83 |

*Shore A values above JIS C 80 are not meaningful; Shore D values are used at this point.

CW 0076878

**Figure 1. Regression Analysis of Shore D vs. JIS C Hardness Values.**



Shore D = (0.76 • JIS C) − 8

**Figure 2. Regression Analysis of Shore A vs. JIS C Hardness Values.**



Shore A = (0.35 • JIS C) + 67

**For more information about *Surlyn*® ionomer resins, contact DuPont at 1-800-438-7225.**

The technical data contained herein is a guide to the use of DuPont films or resins. The advice contained herein is based upon tests and information believed to be reliable, but users should not rely upon it absolutely for specific applications since performance properties will vary with processing conditions. It is given and accepted at user's risk and confirmation of its validity and suitability in particular cases should be obtained independently. The DuPont Company makes no guarantees of results and assumes no obligation or liability in connection with its advice. This publication is not to be taken as a license to operate under, or recommendation to infringe, any patents.
CAUTION: Do not use in medical applications involving permanent implantation in the human body. For other medical applications, see "DuPont Medical Caution Statement," H-50102.

CW 0076879



DuPont Packaging and Industrial Polymers

H-37660-10 (2/97)