# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, the parties believe that an additional day for filing of their summary judgment motions and Markman briefs is necessary, and

WHEREAS, the parties do not seek to alter the date for the completion of summary judgment and Markman briefing set forth in the Scheduling Order (D.I. 28);

NOW THEREFORE, the parties stipulate, subject to the Court's approval, that:

1. The due date for filing of summary judgment motions and opening Markman briefs be extended by one day to and including August 7, 2007;

2. The due date for filing of oppositions to summary judgment motions remains August 20, 2007; and

3. The due date for filing of replies to summary judgment motions and responses to Markman briefs remains August 27, 2007.

The remaining dates in the Scheduling Order remain unchanged.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Thomas L. Halkowski* | By: */s/ David E. Moore* |
| Thomas L. Halkowski (#4099) | Richard L. Horwitz (#2246) |
| Fish & Richardson P.C. | David E. Moore (#3983) |
| 919 N. Market Street, Suite 1100 | Hercules Plaza, 6th Floor |
| P. O. Box 1114 | 1313 N. Market Street |
| Wilmington, DE  19899-1114 | Wilmington, DE  19801 |
| Telephone (302) 652-5070 | Telephone (302) 984-6000 |
| halkowski@fr.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |

*Attorneys for Plaintiff*
*Callaway Golf Company*

*Attorneys for Defendant*
*Acushnet Company*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

811008 / 30030