IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>          Plaintiff,<br>    v.<br><br>ACUSHNET COMPANY,<br><br>          Defendant. | C. A. No. 06-91 (SLR) |

## CALLAWAY GOLF COMPANY'S MOTION
## FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT

Pursuant to FRCP 56, Plaintiff Callaway Golf Company hereby submits this Motion for Summary Judgment of Breach of Contract against Acushnet Company. For the reasons set forth in Callaway Golf Company's Brief in Support of its Motion for Summary Judgment of Breach of Contract and all supporting declarations and exhibits, Callaway Golf moves for summary judgment in favor of Callaway Golf that Acushnet breached the 1996 Settlement Agreement.

Dated: August 7, 2007        FISH & RICHARDSON P.C.

By: /s/ *Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 7, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>      v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

**[PROPOSED] ORDER REGARDING CALLAWAY GOLF COMPANY'S MOTION FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT**

    AND NOW, the Court, having considered Callaway Golf Company's Motion for Summary Judgment of Breach of Contact in this case and all supporting memoranda, declarations and exhibits filed by Callaway Golf Company and Acushnet Company's opposition to the motion and all supporting memoranda, declarations and exhibits,

    IT IS HEREBY ORDERED that Callaway Golf Company's Motion for Summary Judgment of Breach of Contract is GRANTED.

    SO ORDERED, this ___ day of _____, 2007.

                                                    _____
                                                    United States District Judge