IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-91 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Having considered Acushnet Company's Motion for Partial Summary Judgment That U.S. Patent No. 4,431,193 to Nesbitt Incorporates U.S. Patent No. 4,274,637 to Molitor by Reference, in the above-captioned case, it is hereby ORDERED this ___ day of _____, 2007 that the Motion is GRANTED.

_____
United States District Judge