Case 1:06-cv-00091-SLR   Document 213-1   Filed 08/07/07   Page 1 of 1 PageID #: 3752

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-91 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Having considered Acushnet Company's Motion for Summary Judgment of Motion for Summary Judgment of No Breach of Contract (Count V), in the above-captioned case, it is hereby ORDERED this ___ day of _____, 2007 that the Motion is GRANTED.

_____
United States District Judge