# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective November 10, 1998

**Application or Docket Number**
09/470196

## CLAIMS AS FILED - PART I

|  | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA |
|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA |
| BASIC FEE |  |  |
| TOTAL CLAIMS | 8   minus 20= | * |
| INDEPENDENT CLAIMS | 3   minus 3 = | * |
| MULTIPLE DEPENDENT CLAIM PRESENT |  |  |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | OR | RATE | FEE |
|  | 380.00 | OR |  | 760.00 |
| X$ 9= |  | OR | X$18= |  |
| X39= |  | OR | X78= |  |
| +130= |  | OR | +260= |  |
| TOTAL |  | OR | TOTAL | 760 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * 8 | Minus ** 20 | = |
| Independent | * 3 | Minus *** 3 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
| X$ 9= |  | OR | X$18= |  |
| X39= |  | OR | X78= |  |
| +130= |  | OR | +260= |  |
| TOTAL ADDIT. FEE |  | OR | TOTAL ADDIT. FEE |  |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
| X$ 9= |  | OR | X$18= |  |
| X39= |  | OR | X78= |  |
| +130= |  | OR | +260= |  |
| TOTAL ADDIT. FEE |  | OR | TOTAL ADDIT. FEE |  |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
| X$ 9= |  | OR | X$18= |  |
| X39= |  | OR | X78= |  |
| +130= |  | OR | +260= |  |
| TOTAL ADDIT. FEE |  | OR | TOTAL ADDIT. FEE |  |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 11/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
☆ U.S. GPO:1998-454-473/90301

CW 0307896

# CLAIMS ONLY

| SERIAL NO. | | FILING DATE |
|---|---|---|
| APPLICANT(S) | | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | | | 51 | | | | | | |
| 2 | | | | | | | 52 | | | | | | |
| 3 | | | | | | | 53 | | | | | | |
| 4 | | | | | | | 54 | | | | | | |
| 5 | | | | | | | 55 | | | | | | |
| 6 | | | | | | | 56 | | | | | | |
| 7 | | | | | | | 57 | | | | | | |
| 8 | | | | | | | 58 | | | | | | |
| 9 | | | | | | | 59 | | | | | | |
| 10 | | | | | | | 60 | | | | | | |
| 11 | | | | | | | 61 | | | | | | |
| 12 | | | | | | | 62 | | | | | | |
| 13 | | | | | | | 63 | | | | | | |
| 14 | | | | | | | 64 | | | | | | |
| 15 | | | | | | | 65 | | | | | | |
| 16 | | | | | | | 66 | | | | | | |
| 17 | | | | | | | 67 | | | | | | |
| 18 | | | | | | | 68 | | | | | | |
| 19 | | | | | | | 69 | | | | | | |
| 20 | | | | | | | 70 | | | | | | |
| 21 | | | | | | | 71 | | | | | | |
| 22 | | | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | | TOTAL CLAIMS | | | | | | |

\* MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

FORM PTO-2022 (1-98)

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

*U.S. GPO: 1998-443-593/89152

CW 0307897

 

#2/A

PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION OF | : | Sullivan et al. |
| FOR | : | **IMPROVED MULTI-LAYER GOLF BALL** |
| SERIAL NO. | : | Unknown |
| FILED | : | Concurrently Herewith |
| ART UNIT | : | 3711 |
| ATTORNEY DOCKET NO. | : | P3724-2-F1-C1 (SLD 2 035-3-3-1-1) |

Cleveland, Ohio  44114-2518
December 21, 1999

## PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, DC  20231

Dear Sir:

Please amend the above-captioned application as follows.

In the Specification

On page 1, delete the first paragraph under "Field of the Invention" and replace with:

—This application is a continuation application of U.S. application Serial No. 08/870,585 filed June 6, 1997 pending which is a continuation application of U.S. application Serial No. 08/556,237 filed on November 9, 1995, now abandoned, which is a continuation-in-part of U.S. application Serial No. 08/070,510 filed June 1, 1993, abandoned

## CERTIFICATE OF MAILING

I hereby certify that this **PRELIMINARY AMENDMENT** is being deposited with the United States Postal Service by Express Mail Procedure in an envelope addressed to: Assistant Commissioner for Patents, Box Patent Application, Washington, D.C., 20231 on _12/21/99_. Express Mailing Label No. _EM 530711612US_

By: _____

Ben Trella

50

CW 0307898

 

## In the Claims

Please cancel claims 1-6.

Please add new claims 7 - 14 as follows;

7. A golf ball comprising:

a core;

an inner cover layer having a Shore D hardness of 60 or more molded on said core, said inner cover layer having a thickness of 0.100 to 0.010 inches, said inner cover layer comprising a blend of two or more low acid ionomer resins containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid; and

an outer cover layer having a Shore D hardness of 64 or less molded on said inner cover layer, said outer cover layer having a thickness of 0.010 to 0.70 inches, and said outer cover layer comprising a relatively soft polyurethane material.

8. The golf ball according to claim 7, wherein said golf ball has an overall diameter of 1.680 inches or more.

9. The golf ball according to claim 7, wherein said inner cover layer has a thickness of about 0.050 inches, said outer cover layer has a thickness of about 0.055 inches, and said golf ball has an overall diameter of 1.680 inches or more.

10. A multi-layer golf ball comprising:

a spherical core;

an inner cover layer having Shore D hardness of about 60 or more molded over said spherical core, said inner cover layer comprising an ionomeric resin including no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi; and

an outer cover layer having a Shore D hardness of about 64 or less disposed about said inner cover layer and defining a plurality of dimples

-2-

51





10   to form a multi-layer golf ball, said outer cover layer comprising polyurethane based material.

*Cont*
*B C 2*

5

11.   A golf ball according to claim 10, wherein said inner cover layer has a thickness of about 0.100 to about 0.010 inches and said outer cover layer has a thickness of about 0.010 to about 0.70 inches, said golf ball having an overall diameter of 1.680 inches or more.

*B*

6

12.   A golf ball according to claim 10 wherein said inner cover layer has a thickness of about 0.50 inches and said outer cover layer has a thickness of about 0.055 inches, said golf ball having an overall diameter of 1.680 inches or more.

7

13.   A multi-layer golf ball comprising:

a spherical core;

an inner cover layer molded over said spherical core to form a spherical intermediate ball, said inner cover layer having a Shore D hardness

5   of at least 60, said inner cover layer comprising an ionomeric resin having no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi; and

a dimpled outer cover layer molded over said spherical intermediate ball to form a multi-layer golf ball, said outer cover having a

10   Shore D hardness of 64 or less, said outer layer comprising a polyurethane, said outer cover layer having a modulus in a range of about 1,000 to about 30,000 psi.

8   14.   The multi-layer golf ball of claim 13 wherein the Shore D hardness of said outer cover layer is less than the Shore D hardness of said inner cover layer.

---

−3−



CW 0307900



Respectfully submitted,

FAY, SHARPE, FAGAN,
    MINNICH & MCKEE, LLP

Richard M. Klein
Reg. No. 33,000
Mark E. Bandy
Reg. No. 35,788
1100 Superior Avenue
Suite 700
Cleveland, OH  44114-2518
(216) 861-5582

–4–

CW 0307901

GAU 3711
#4

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION OF | : | Michael J. Sullivan |
| FOR | : | **IMPROVED MULTI-LAYER GOLF BALL** |
| SERIAL NO. | : | 09/470,196 |
| FILED | : | December 21, 1999 |
| ART UNIT | : | 3711 |
| EXAMINER | : | M. Graham |
| ATTORNEY DOCKET NO. | : | SLD 2 035-3-3-1-1 P-3724-2-F1-C1 |

Cleveland, Ohio 44114
March 21, 2000

Assistant Commissioner for Patents
Washington, D.C. 20231

### INFORMATION DISCLOSURE STATEMENT

Dear Sir:

Applicants submit herewith patents, publications or other information of which they are aware, which they believe may be material to the examination of the above-identified application and in respect of which there may be a duty to disclose in accordance with 37 C.F.R. 1.56.

This Information Disclosure Statement is not intended to constitute an admission that any patent, publication or other information referred to herein or submitted herewith is "prior art" for this invention unless specifically designated as such.

In accordance with 37 C.F.R. 1.97(g) and (h), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been made or that no other material information as defined in 37 C.F.R. 1.56(b) exists.

The following list of art includes all patents, publications, or other information previously cited by or submitted to the Office in one or more prior applications from which the present application claims priority. These one or more prior applications are identified in the papers accompanying the filing of this

CW 0307902

application. In accordance with §609 MPEP, it is not necessary to submit copies of the art listed below.

It is respectfully requested that the attached documents be considered and officially cited in examination of this application.

Respectfully submitted,

FAY, SHARPE, FAGAN,
MINNICH & McKEE, LLP

Richard M. Klein
Reg. No. 33,000
Mark E. Bandy
Reg. No. 35,788
1100 Superior Avenue
Suite 700
Cleveland, Ohio  44114-2518
(216) 861-5582

C:\DATA\SPALDING\20353311.IDS

2

CW 0307903

| Subst. Form PTO-1449 | | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | | Serial No.: 09/470,196 | | |
|---|---|---|---|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 1 of 10 | | Applicants:  Sullivan | | | | |
| | | Filing Date:  December 21, 1999 | | Group:  3711 | | |

| U.S. PATENT DOCUMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Initial* | | Document No. | Date | Name | Class | Subcl. | | Filing Date |
| | | 2,741,480 | 04/1953 | Smith | | | | |
| | | 2,973,800 | 09/1958 | Muccino | | | | |
| | | 3,053,539 | 06/1959 | Piechowski | | | | |
| | | 3,264,272 | 08/1966 | Rees | | | | |
| | | 3,313,545 | 09/1963 | Bartsch | | | | |
| | | 3,373,123 | 03/1968 | Brice | | | | |
| | | 3,384,612 | 05/1968 | Brandt et al. | | | | |
| | | 3,395,109 | 07/1968 | Molitor et al. | | | | |
| | | 3,458,205 | 04/1965 | Smith et al. | | | | |
| | | 3,502,338 | 03/1970 | Cox | | | | |
| | | 3,534,965 | 10/1970 | Harrison et al. | | | | |
| | | 3,572,721 | 03/1971 | Harrison et al. | | | | |
| | | 3,883,145 | 05/1975 | Cox et al. | | | | |
| | | 3,979,126 | 09/1976 | Dusbiber | | | | |
| | | 3,989,568 | 11/1976 | Isaac | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | Document No. | Date | Country | Class | Subcl. | Translation? |
| | 494,031 | 10/1938 | GB | | | |
| | 2,245,580 | 01/1992 | GB | | | |
| | 2,248,067 | 03/1992 | GB | | | |
| | 2,264,302 | 11/1992 | GB | | | |
| | 2,291,811 | 1996 | GB | | | |

**OTHER ART**

A General Reference Manual, "The Chemistry of Polyurethane Coatings," Mobay Corporation, 115 (1988)

Product Announcement, "New Polyurea System Offering Rapid Mold Times and Excellent Thermal Stability for Automotive Fascias Is Introduced by Mobay," PRNewswire, March 1, 1998

Cytec Industries, Inc., "TMXDI®(META) Aliphatic Isocyanates," brochure, pp. 2-11, 9/94

Bayer Corporation, "Engineering Polymers RIM and Part Mold Design," brochure, pp. 1-85, 5/95

| Examiner: | Date Considered: |
|---|---|

\*       EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered.  Include copy of this form with next communication to applicant.



| Subst. Form PTO-1449 | | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | | | Serial No.: 09/470,196 | | |
|---|---|---|---|---|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 2 of 10 | | Applicants: Sullivan | | | | | |
| | | Filing Date: December 21, 1999 | | | Group: 3711 | | |

### U.S. PATENT DOCUMENTS

| Initial* | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|
| | 4,076,255 | 02/1978 | Moore et al. | | | |
| | 4,085,937 | 04/1978 | Schenk | | | |
| | 4,123,061 | 10/1978 | Dusbiber | | | |
| | 4,190,711 | 02/1980 | Zdrahala et al. | | | |
| | 4,218,543 | 08/1980 | Weber et al. | | | |
| | 4,248,432 | 02/1981 | Hewitt et al. | | | |
| | 4,272,079 | 06/1981 | Nakade et al. | | | |
| | 4,274,637 | 06/1981 | Molitor | | | |
| | 4,337,946 | 07/1982 | Saito et al. | | | |
| | 4,431,193 | 02/1984 | Nesbitt | | | |
| | 4,442,282 | 04/1984 | Kolycheck | | | |
| | 4,570,937 | 02/1986 | Yamada | | | |
| | 4,582,887 | 04/1986 | Dominguez et al. | | | |
| | 4,590,219 | 05/1986 | Nissen et al. | | | |
| | 4,607,090 | 08/1986 | Dominguez | | | |
| | 4,650,193 | 03/1987 | Molitor et al. | | | |

TO 3700 MAIL ROOM

RECEIVED APR -5 2000

### FOREIGN PATENT DOCUMENTS

| | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|
| | 2,291,812 | 1996 | GB | | | |
| | 2,137,841 | 1994 | Canada | | | |
| | 0,589,647 | 1993 | EP Patent Application | | | |
| | 0,630,665 | 1994 | EP Patent Application | | | |
| | 0,637,459 | 1994 | EP Patent Application | | | |

### OTHER ART

| | Bayer Corporation, "Engineering Polymers Properties Guide Thermoplastics and Polyurethanes," brochure, pp. 2-7, 28-29 |
|---|---|
| | A Properties Guide, "Engineering Polymers Thermoplastics and Thermosets," Miles Inc., 1-23 (1994) |
| | Polyurethane Handbook, "Chemistry-Raw Materials-Processing Applications-Proeprties," edited by Oertel et al., Hanser/Gardner Publications, Inc., 101,102 (1994) |

| Examiner: | Date Considered: |
|---|---|

*   EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered. Include copy of this form with next communication to applicant.



| Subst. Form PTO-1449 | | Atty. Docket No.: SLD 2 035-3-3-1-1<br>P-3724-2-F1-C1 | | Serial No.: 09/470,196 | |
|---|---|---|---|---|---|
| APPLICANT'S(S') INFORMATION<br>DISCLOSURE STATEMENT<br>Page 3 of 10 | | Applicants: Sullivan | | | |
| | | Filing Date: December 21, 1999 | | Group: 3711 | |

### U.S. PATENT DOCUMENTS

| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|---|
| | | 4,674,751 | 06/1987 | Molitor et al. | | | |
| | | 4,679,795 | 07/1987 | Melvin et al. | | | |
| | | 4,688,801 | 08/1987 | Reiter | | | |
| | | 4,690,981 | 09/1987 | Statz | | | |
| | | 4,695,055 | 9/1987 | Newcomb et al. | | | |
| | | 4,714,253 | 12/1987 | Nakahara et al. | | | |
| | | 4,762,322 | 08/1988 | Molitor et al. | | | |
| | | 4,798,386 | 01/1989 | Berard | | | |
| | | 4,848,770 | 07/1989 | Shama | | | |
| | | 4,852,884 | 08/1989 | Sullivan | | | |
| | | 4,858,923 | 08/1989 | Gobush et al. | | | |
| | | 4,858,924 | 08/1989 | Saito et al. | | | |
| | | 4,878,674 | 11/1989 | Newcomb et al. | | | |
| | | 4,884,814 | 12/1989 | Sullivan | | | |
| | | 4,911,451 | 03/1990 | Sullivan et al. | | | |
| | | 4,919,434 | 04/1990 | Saito | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER ART

| | | |
|---|---|---|
| | Translated Claims for JP 1,795,357 publ. 1/19/93 | |
| | DuPont NUCREL 035 Resin, DuPont Company, Wilmington, DE 1989 (no date) | |
| | ESCOR ACID TERPOLYMERS, EXXON Chemical Co. | |
| | Translated Claims for JP 1,771,941 publ. 8/6/92 | |

| Examiner: | Date Considered: |
|---|---|

*    EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
     if in conformance and not considered. Include copy of this form with next communication to applicant.

CW 0307906

| Subst. Form PTO-1449 | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | Serial No.: 09/470,196 |
|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 4 of 10 | Applicants: Sullivan | |
| | Filing Date: December 21, 1999 | Group: 3711 |

## U.S. PATENT DOCUMENTS

| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|---|
| | | 4,957,297 | 09/1990 | Newcomb et al. | | | |
| | | 4,979,746 | 12/1990 | Gentiluomo | | | |
| | | 4,984,804 | 01/1991 | Yamada et al. | | | |
| | | 4,986,545 | 01/1991 | Sullivan | | | |
| | | 5,002,281 | 03/1991 | Nakahara et al. | | | |
| | | 5,006,297 | 04/1991 | Brown et al. | | | |
| | | 5,019,319 | 05/1991 | Nakamura et al. | | | |
| | | 5,026,067 | 06/1991 | Gentiluomo | | | |
| | | 5,035,425 | 07/1991 | Edwards | | | |
| | | 5,045,591 | 09/1991 | Meyer et al. | | | |
| | | 5,048,838 | 09/1991 | Chikaraishi et al. | | | |
| | | 5,068,151 | 11/1991 | Nakamura | | | |
| | | 5,072,944 | 12/1991 | Nakahara et al. | | | |
| | | 5,096,201 | 03/1992 | Egashira et al. | | | |
| | | 5,098,105 | 03/1992 | Sullivan | | | |
| | | 5,104,126 | 04/1992 | Gentiluomo | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER ART

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Examiner: | Date Considered: |
|---|---|

* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered. Include copy of this form with next communication to applicant.

| Subst. Form PTO-1449 | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | Serial No.: 09/470,196 |
|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 5 of 10 | Applicants: Sullivan | |
| | Filing Date: December 21, 1999 | Group: 3711 |

## U.S. PATENT DOCUMENTS

| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|---|
| | | 5,120,791 | 06/1992 | Sullivan | | | |
| | | 5,142,835 | 09/1992 | Mrocca | | | |
| | | 5,150,906 | 09/1992 | Molitor et al. | | | |
| | | 5,156,405 | 10/1992 | Kitaoh et al. | | | |
| | | 5,184,828 | 02/1993 | Kim et al. | | | |
| | | 5,187,013 | 02/1993 | Sullivan | | | |
| | | 5,197,740 | 03/1993 | Pocklington et al. | | | |
| | | 5,219,973 | 06/1993 | Slack et al. | | | |
| | | 5,222,739 | 06/1993 | Horiuchi et al. | | | |
| | | 5,244,969 | 09/1993 | Yamada | | | |
| | | 5,253,871 | 10/1993 | Viollaz | | | |
| | | 5,273,286 | 12/1993 | Sun | | | |
| | | 5,273,287 | 12/1993 | Molitor et al. | | | |
| | | 5,274,041 | 12/1993 | Yamada | | | |
| | | 5,281,651 | 01/1994 | Arjunan et al. | | | |
| | | 5,300,334 | 04/1994 | Niederst et al. | | | |

## FOREIGN PATENT DOCUMENTS

| | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## OTHER ART

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Examiner: | Date Considered: |
|---|---|

* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered. Include copy of this form with next communication to applicant.

| Subst. Form PTO-1449 | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | Serial No.: 09/470,196 |
|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 6 of 10 | Applicants: Sullivan | |
| | Filing Date: December 21, 1999 | Group: 3711 |

OIPE APR 3 2000 PATENT & TRADEMARK OFFICE

### U.S. PATENT DOCUMENTS

| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|---|
| | | 5,304,608 | 04/1994 | Yabuki et al. | | | |
| | | 5,306,760 | 04/1994 | Sullivan | | | |
| | | 5,312,857 | 05/1994 | Sullivan | | | |
| | | 5,314,187 | 05/1994 | Proudfit | | | |
| | | 5,324,783 | 06/1994 | Sullivan | | | |
| | | 5,330,837 | 07/1994 | Sullivan | | | |
| | | 5,334,673 | 08/1994 | Wu | | | |
| | | 5,338,610 | 08/1994 | Sullivan | | | |
| | | 5,368,304 | 11/1994 | Sullivan et al. | | | |
| | | 5,368,806 | 11/1994 | Harasin et al. | | | |
| | | 5,387,750 | 02/1995 | Chiang | | | |
| | | 5,403,010 | 04/1995 | Yabuki et al. | | | |
| | | 5,439,227 | 08/1995 | Egashira et al. | | | |
| | | 5,480,155 | 01/1996 | Molitor et al. | | | |
| | | 5,482,285 | 01/1996 | Yabuki et al. | | | |
| | | 5,484,870 | 01/1996 | Wu | | | |

TO 3700 MAIL ROOM   APR -5 2000   RECEIVED

### FOREIGN PATENT DOCUMENTS

| | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### OTHER ART

| | |
|---|---|
| | |
| | |
| | |
| | |

| Examiner: | Date Considered: |
|---|---|

* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered. Include copy of this form with next communication to applicant.

| Subst. Form PTO-1449 | | | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | | | Serial No.:  09/470,196 | |
|---|---|---|---|---|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 7 of 10 | | | Applicants:  Sullivan | | | | |
| | | | Filing Date: December 21, 1999 | | | Group:  3711 | |

| | | U.S. PATENT DOCUMENTS | | | | | |

| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|---|
| | | 5,490,673 | 02/1996 | Hiraoka | | | |
| | | 5,490,674 | 02/1996 | Hamada et al. | | | |
| | | 5,492,972 | 02/1996 | Stefani | | | |
| | | 5,553,852 | 09/1996 | Higuchi et al. | | | |
| | | 5,586,950 | 12/1996 | Endo | | | |
| | | 5,628,699 | 05/1997 | Maruko et al. | | | |
| | | 5,668,239 | 09/1997 | Nodelman et al. | | | |
| | | 5,674,137 | 10/1997 | Maruko et al. | | | |
| | | 5,688,191 | 11/1997 | Cavallaro et al. | | | |
| | | 5,692,974 | 12/1997 | Wu et al. | | | |
| | | 5,730,665 | 03/1998 | Shimosaka et al. | | | |
| | | 5,733,206 | 03/1998 | Nesbitt et al. | | | |
| | | 5,733,207 | 03/1998 | Sullivan et al. | | | |
| | | 5,733,428 | 03/1998 | Calabria et al. | | | |
| | | 5,739,247 | 04/1998 | Lesko et al. | | | |
| | | 5,739,253 | 04/1998 | Nodelman et al. | | | |

| | | FOREIGN PATENT DOCUMENTS | | | | | |

| | | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | OTHER ART | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Examiner: | | | | | Date Considered: | |

* EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered.  Include copy of this form with next communication to applicant.

CW 0307910

| Subst. Form PTO-1449 | | Atty. Docket No.: SLD 2 035-3-3-1-1 | | Serial No.: 09/470,196 | | |
|---|---|---|---|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 8 of 10 | | P-3724-2-F1-C1 | | | | |
| | | Applicants: Sullivan | | | | |
| | | Filing Date: December 21, 1999 | | Group: 3711 | | |

**U.S. PATENT DOCUMENTS**

| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|---|
| | | 5,750,580 | 05/1998 | Mayer et al. | | | |
| | | 5,759,676 | 06/1998 | Cavallaro et al. | | | |
| | | 5,779,561 | 07/1998 | Sullivan et al. | | | |
| | | 5,779,562 | 07/1998 | Melvin et al. | | | |
| | | 5,779,563 | 07/1998 | Yamagishi et al. | | | |
| | | 5,783,293 | 07/1998 | Lammi | | | |
| | | 5,792,008 | 08/1998 | Kakiuchi et al. | | | |
| | | 5,797,808 | 08/1998 | Hayashi et al. | | | |
| | | 5,800,284 | 09/1998 | Sullivan et al. | | | |
| | | 5,803,831 | 09/1998 | Sullivan et al. | | | |
| | | 5,810,678 | 09/1998 | Cavallaro et al. | | | |
| | | 5,813,923 | 09/1998 | Cavallaro et al. | | | |
| | | 5,816,937 | 10/1998 | Shimosaka et al. | | | |
| | | 5,820,488 | 10/1998 | Sullivan et al. | | | |
| | | 5,820,489 | 10/1998 | Sullivan et al. | | | |
| | | 5,820,491 | 10/1998 | Hatch et al. | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER ART**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner: | Date Considered: |
|---|---|

\* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered. Include copy of this form with next communication to applicant.

| Subst. Form PTO-1449 | | Atty. Docket No.: SLD 2 035-3-3-1-1<br>P-3724-2-F1-C1 | | Serial No.: 09/470,196 | | |
|---|---|---|---|---|---|---|
| APPLICANT'S(S') INFORMATION<br>DISCLOSURE STATEMENT<br>Page 9 of 10 | | Applicants: Sullivan | | | | |
| | | Filing Date: December 21, 1999 | | Group: 3711 | | |

| U.S. PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Initial* | | Document No. | Date | Name | Class | Subcl. | Filing Date |
| | | 5,827,167 | 10/1998 | Dougan et al. | | | |
| | | 5,830,087 | 11/1998 | Sullivan et al. | | | |
| | | 5,833,553 | 11/1998 | Sullivan et al. | | | |
| | | 5,833,554 | 11/1998 | Sullivan et al. | | | |
| | | 5,836,833 | 11/1998 | Shimosaka et al. | | | |
| | | 5,849,168 | 12/1998 | Lutz | | | |
| | | 5,856,388 | 01/1999 | Harris et al. | | | |
| | | 5,863,264 | 01/1999 | Yamagishi et al. | | | |
| | | 5,873,796 | 02/1999 | Cavallaro et al. | | | |
| | | 5,885,172 | 03/1999 | Hebert et al. | | | |
| | | 5,888,437 | 03/1999 | Calabria et al. | | | |
| | | 5,891,973 | 04/1999 | Sullivan et al. | | | |
| | | 5,897,884 | 04/1999 | Calabria et al. | | | |
| | | 5,899,822 | 05/1999 | Yamagishi et al. | | | |
| | | 5,902,192 | 05/1999 | Kashiwagi et al. | | | |
| | | 5,908,358 | 06/1999 | Wu | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Document No. | Date | Country | Class | Subcl. | Translation? |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| OTHER ART | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Examiner: | | Date Considered: | |
|---|---|---|---|

\* EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
if in conformance and not considered.  Include copy of this form with next communication to applicant.

| Subst. Form PTO-1449 | Atty. Docket No.: SLD 2 035-3-3-1-1 P-3724-2-F1-C1 | Serial No.: 09/470,196 |
|---|---|---|
| APPLICANT'S(S') INFORMATION DISCLOSURE STATEMENT Page 10 of 10 | Applicants: Sullivan | |
| | Filing Date: December 21, 1999 | Group: 3711 |

## U.S. PATENT DOCUMENTS

| Initial* | Document No. | Date | Name | Class | Subcl. | Filing Date |
|---|---|---|---|---|---|---|
| | 5,919,100 | 07/1999 | Boehm et al. | | | |
| | 5,919,862 | 07/1999 | Rajagopalan | | | |
| | 5,922,252 | 07/1999 | Stanton et al. | | | |
| | 5,929,189 | 07/1999 | Ichikawa et al. | | | |
| | 5,935,021 | 08/1999 | Kashiwagi et al. | | | |
| | 5,947,842 | 09/1999 | Cavallaro et al. | | | |
| | 5,947,843 | 09/1999 | Calabria et al. | | | |
| | 5,959,059 | 09/1999 | Vedula et al. | | | |
| | 5,976,035 | 11/1999 | Umezawa et al. | | | |
| | 5,984,807 | 11/1999 | Wai et al. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document No. | Date | Country | Class | Subcl. | Translation? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### OTHER ART

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| Examiner: | Date Considered: |
|---|---|

* EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if in conformance and not considered.  Include copy of this form with next communication to applicant.

C:\DATA\MEB\SL203531.449

TC 3700 MAIL ROOM

APR - 5 2000

RECEIVED

Please type a plus sign (+) here: +

*[handwritten: GAU 3711]*
*[handwritten: #4 Associate Power of Attorney]*

**ASSOCIATE POWER OF ATTORNEY** ] Application Serial No.     ~~Unassigned~~ 09/470,196
**PATENT APPLICATION**                ] Filing Date:            December 21, 1999
                                       ] Inventor(s):           Michael J. Sullivan
Address to:                            ] Group Art Unit:        ~~Unassigned~~ 3711
Assistant Commissioner for Patents     ] Examiner:              ~~Unassigned~~ M. Graham
Washington, DC 20231                   ] Attorney Docket No.:   P-3724-2-F1-C1

*[stamp: OIPE JUN 0 2 2000 PATENT & TRADEMARK OFFICE]*

Dear Sir:

Please recognize Diane F. Covello, Registration No. 34,164, as my associate

attorney in the above-referenced patent application as follows:

  Diane F. Covello, Esq.                    (413) 322-2466

  Patent Counsel
  Spalding Sports Worldwide
  425 Meadow Street
  P.O. Box 901
  Chicopee, MA  01021-0901, USA

*[stamp: RECEIVED JUN - 6 2003 TECHNOLOGY CENTER 3700]*

If you have any questions, please contact me.

                              Respectfully submitted,

                              *[signature]*

Reg. No. 33,000               Richard M. Klein, Esq.
                              Attorney for Applicant
Phone (216) 861-5582          Fay, Sharpe, Fagan, Minnich &
                              McKee, LLP
                              1100 Superior Avenue
DFC/db                        Seventh Floor
                              Cleveland, Ohio  44114-2518

Date: _3/21/2000_

*[handwritten: mailed via 1st class mail to PTO 5/30/2000]*



*ρεεε|φ̄*

#
5



P-3724-2-F1-C1    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:   Michael J. Sullivan et al

For:   IMPROVED MULTILAYER GOLF BALL

Serial No:       09/470,196                      Group Art Unit:  Unassigned

Filed:           December 21, 1999               Examiner:       Unassigned

Assistant Commissioner for Patents        ATTN:  Application Processing Division
Washington, DC 20231                      Customer Correction Branch
Sir:

### STATUS OF FILING RECEIPT

Attached is a copy of the Application Transmittal Letter which we submitted to the Patent

Office (Box Patent Application) via Express Mail #EL 530711612 on December 21, 1999 for the

above-identified patent application.  As you can see by the copy of the PTO returned, stamped

postcard, the documents were date stamped 12/21/99 and assigned 09/470196 by the Patent and

Trademark Office stamp.  On page 2 of the Application Transmittal Letter it is requested that we

receive all PTO correspondence.  Additionally, we have provided a copy of the Associate Power

of Attorney we have recently filed.

Please provide us with either a Filing Receipt per our request or provide us with a status

for the same matter.

Respectfully submitted,

Michael J. Sullivan et al

By:  *Diane F. Covello*

Reg. No. 34,164                           Diane F. Covello, Patent Counsel
(413) 322-2466                            Spalding Sports Worldwide, Inc.
                                          425 Meadow Street, P.O. Box 901
Date:  5|30|00                            Chicopee, Massachusetts  01021-0901
Enclosures
cc:   Richard M. Klein, Esq. (SLD 2 035-3-3-1-1)

---

### CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8a)

I hereby certify that this correspondence is, on the date shown below, being:

| MAILING | FACSIMILE |
|---|---|
| XX   deposited with the United States Postal Service with sufficient postage as first class mail, in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231. | —   transmitted by facsimile to the Patent and Trademark Office. |

Date:  *May 30, 2000*

*Darlene Barrett*
Darlene Barrett
(type or print name)

Form 3.54 Division-continuation
program application transmittal form
37 C.F.R. 1.53(b)



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



Docket No. P-3724-2-F1-C1
SLD 2 035-3-3-1-1
IN RE APPLICATION OF: Michael J. Sullivan
Prior application: 08/870,585
Examiner: M. Graham
Art Unit: 3711

The Assistant Commissioner for Patents
Washington, D.C. 2023l
**Box Patent Application**

Sir:

This is a request for filing a continuation application under 37 C.F.R. 1.53(b), of pending prior application **U.S. Serial No. 08/870,585; filed on June 6, 1997.**

For: **IMPROVED MULTI-LAYER GOLF BALL**

1. **Papers Enclosed Which Are Required For Filing Date under 37 CFR 1.53(b) (Regular) or 37 CFR 1.153 (Design) Application**

   _48__ Pages of specification
   _3___ Pages of claims
   _1___ Page of Abstract
   _1___ Sheets of drawing FIGS.

2. xxx   A PRELIMINARY AMENDMENT is enclosed.   Please enter this Preliminary Amendment before calculation of the filing fees.

3. xxx   The filing fee is calculated below.

| CLAIMS AS FILED IN THE PRIOR APPLICATION LESS ANY CLAIMS CANCELED BY PRELIMINARY AMENDMENT | | | |
|---|---|---|---|
| Basic Filing Fee (Large Entity) | | | $ 760.00 |
| | | No. of Extra Claims Present | Additional Rate |
| Total Claims | 8 | 0 | $ 0.00 |
| Indep. Claims | 3 | 0 | $ 0.00 |

**Total fee**     **$760.00**

### CERTIFICATE OF EXPRESS MAIL

I hereby certify that this **TRANSMITTAL LETTER, CONTINUATION APPLICATION AND FILING FEE, and Preliminary Amendment** are being deposited with the United States Postal Service by Express Mail Procedure in an envelope addressed to: Assistant Commissioner for Patents, Box Patent Application, Washington, D.C. 20231 on ___12/21/99___. Express Mailing Label No. _EL 530711612 4 Sll_.

Ben Trella

CW 0307916

4.   xxx   A check in the amount of $760 .00 is enclosed.

5.   xxx   The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment to Account No. 06-0308.

6.   XXX   The prior application is assigned of record to Lisco, Inc., presently of record to Spalding Sports Worldwide, Inc.  A copy of the assignment in the prior application is enclosed

7.   xxx   The power of attorney in the prior application is to  Donald R. Bahr, Reg. No. 21,011; Christopher B. Fagan, Reg. No. 22,987; Richard M. Klein, Reg. No. 33,000.  A copy of the power in the prior application is enclosed. Please address all future communications to:

> ——Diane Covello, Esq.
> Patent Counsel
> Spalding Sports Worldwide, Inc.
> 425 Meadow Street
> PO Box 901
> Chicopee, MA  01021-0901

12/21/99
Date

Richard M. Klein
Reg. No. 33,000
Mark E. Bandy
Reg. No. 35,788
FAY, SHARPE, FAGAN,
   MINNICH & McKEE, LLP
1100 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
(216) 861-5582

C:\DATA\MEB\SLD20351.TRA

CW 0307917

 

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/470,196 | 12/21/99 | SULLIVAN | M | P-3724-2-F1- |

QM12/0523

DONALD R BAHR ESQ
SPALDING & EVENFLO COMPANIES INC
5730 NORTH HOOVER BOULEVARD
TAMPA FL 33634

| EXAMINER |
|---|
| GRAHAM, M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | 3 |

DATE MAILED:

~~05/23/00~~  Remailed 6/26/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

1- File Copy

CW 0307919



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/470,196 | 12/21/99 | SULLIVAN | M | P-3724-2-F1- |

QM21/0626

DIANE COVELLO, ESQ.
SPALDING SPORTS WORLDWIDE, INC.
425 MEADOW STREET
P.O. BOX 901
CHICOPEE MA 01021-0901

| EXAMINER |
|---|
| GRAHAM, M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

DATE MAILED: 06/26/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| Office Action Summary | Application No. 09/470,196 | Applicant(s) Sullivan |
|---|---|---|
| | Examiner Mark S. Graham | Group Art Unit 3711 |

☒ Responsive to communication(s) filed on _Dec 21, 1999_

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _7-14_ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _7-14_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

CW 0307921

 

Application/Control Number: 09/470,196                                   Page 2

Art Unit: 3711

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

Claims 7-14 are provisionally rejected under the judicially created doctrine of double patenting over claims 1-6 of copending Application No. 08/870,585. This is a provisional double patenting rejection since the conflicting claims have not yet been patented.

The subject matter claimed in the instant application is fully disclosed in the referenced copending application and would be covered by any patent granted on that copending application since the referenced copending application and the instant application are claiming common subject matter, as follows: A golf ball comprising a hard inner layer and a soft outer layer wherein the inner layer is formed of a blend of low acid ionomers containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid.

Furthermore, there is no apparent reason why applicant would be prevented from presenting claims corresponding to those of the instant application in the other copending application. See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968). See also MPEP § 804.

CW 0307922

 

Application/Control Number: 09/470,196                                                        Page 3

Art Unit: 3711

     The drawings are objected to under 37 CFR 1.83(a).  The drawings must show every feature of the invention specified in the claims.  Therefore, each of the critical features now claimed but not apparent to the eye  must be shown or the feature(s) canceled from the claim(s). No new matter should be entered.

     Proudfit, Nesbitt, and Nakamura have been cited for interest because they disclose similar balls.

     Any inquiry concerning this communication should be directed to Mark S. Graham at telephone number (703) 308-1355.

MSG
May 19, 2000

Mark S. Graham
Primary Examiner

| | | | | | | |
|---|---|---|---|---|---|---|
| **Notice of References Cited** | | | Application No.<br>09/470,196 | Applicant(s)<br>Sullivan | | |
| | | | Examiner<br>Mark S. Graham | Group Art Unit<br>3711 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,068,151 | 11/1991 | Nakamura | 473 | 377 |
| B | 5,314,187 | 5/1994 | Proudfit | 473 | 374 |
| C | 4,431,193 | 11/1991 | Nesbitt | 473 | 374 |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

CW 0307924

BEST AVAILABLE COPY



CW 0307925

file:///c:/APPS/preexam/correspondence/1.htm

# FILE COPY


Bib Data Sheet



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/470,196 | 12/21/1999<br>RULE  — | 473 | 3711 | P-3724-2-F1- |

**APPLICANTS**

    MICHAEL J. SULLIVAN, CHICOPEE, MA ;

** CONTINUING DATA ***************************
    THIS APPLICATION IS A CON OF 08/870,585 06/06/1997  *pdng*
    WHICH IS A CON OF 08/556,237 11/09/1995 ABN
    WHICH IS A CIP OF 08/070,510 06/01/1993 ABN

** FOREIGN APPLICATIONS ******************  *None*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 01/27/2000

| Foreign Priority claimed ☐ yes ☑ no | | |
|---|---|---|
| 35 USC 119 (a-d) conditions ☐ yes ☑ no ☐ Met after Allowance | | |
| Verified and Acknowledged _____ Examiner's Signature _____ Initials | | |

| | STATE OR COUNTRY MA | SHEETS DRAWING 1 | TOTAL CLAIMS 8 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|

**ADDRESS**

DIANE COVELLO, ESQ.
SPALDING SPORTS WORLDWIDE, INC.
425 MEADOW STREET
P.O. BOX 901
CHICOPEE ,MA 01021-0901

**TITLE**

IMPROVED MULTI-LAYER GOLF BALL

| FILING FEE RECEIVED<br>760 | FEES: Authority has been given in Paper<br>No. _____ to charge/credit DEPOSIT ACCOUNT<br>No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

RECEIVED JUL 13 2000  TC 3700 MAIL ROOM

6/23/00 4:19 PM

CW 0307926



#6 Resp 9/23/00

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF : Michael J. Sullivan

FOR : **IMPROVED MULTI-LAYER GOLF BALL**

SERIAL NO. : 09/470,196

FILED : December 21, 1999

ART UNIT : 3711

EXAMINER : M. Graham

LAST OFFICE ACTION : June 26, 2000

ATTORNEY DOCKET NO. : P3724-2-F1-C1
(SLD 2 035-3-3-1-1)

Cleveland, Ohio  44114-2518
September 14, 2000

### RESPONSE

Assistant Commissioner for Patents
Washington, DC  20231

Dear Sir:

This is in response to the Office Action mailed June 26, 2000.

In that Action, the Examiner provisionally rejected all claims, claims 7-14, for obviousness-type double patenting based upon claims 1-6 of copending application Serial No. 08/870,585.

Applicant herewith submits a terminal disclaimer to overcome that double patenting rejection.

The Examiner also objected to the drawings.

### CERTIFICATE OF MAILING

I hereby certify that this **Response and associated papers are being deposited with the United States Postal Service by first class mail** in an envelope addressed to: Assistant Commissioner for Patents, Box Patent Application, Washington, D.C.  20231 on

9/14/00

By: _Mary Ann Tenesvari_

TC1700 MAIL ROOM  SEP 21 2000  RECEIVED

CW 0307927

Applicant herewith submits formal drawings that are believed to remedy the Examiner's concerns.

In view of the foregoing, Applicant respectfully requests early allowance of all pending claims 7-14.

Respectfully submitted,

FAY, SHARPE, FAGAN,
 MINNICH & MCKEE, LLP

Richard M. Klein
Reg. No. 33,000
Mark E. Bandy
Reg. No. 35,788
1100 Superior Avenue
Suite 700
Cleveland, OH  44114-2518
(216) 861-5582

–2–

CW 0307928

 

## AMENDMENT TRANSMITTAL LETTER

ATTORNEY'S DOCKET NO.:   SLD 2 035-3-3-1-1
P 3724-2-F1-C1

| Serial No.: 09/470,196 | Filing Date: December 21, 1999 | Examiner: M. Graham |
|---|---|---|
| Group Art Unit: 3711 | Invention:   IMPROVED MULTI-LAYER GOLF BALL | |

To the Assistant Commissioner of Patents:

Transmitted herewith is a Response in the above-identified application. The fee has been calculated as shown below.

| CLAIMS AS AMENDED | | | | | | |
|---|---|---|---|---|---|---|
| | Claims remaining after amendment | | Highest Number Previously Paid For | No. of Extra Claims Present | Rate | Additional Rate |
| Total Claims | 8 | Minus | 20 | 0 | x 22.00 | $ 0.00 |
| Indep. Claims | 3 | Minus | 3 | 0 | x 82.00 | $ 0.00 |

__X__   No additional fee is required.

_____   A check in the amount of $  is enclosed.

_____   Applicants hereby petition the Commissioner under 37 C.F.R. §1.136(a) and requests a ____ extension of time to respond to the outstanding Office Action.  A check in the amount of $___ is enclosed.

__X__   Please charge any additional fees or credit overpayment to Deposit Account No. 06-0308.

__X__   Applicant(s) hereby petitions the Commissioner under 37 C.F.R. §1.136(a) and requests any additional extensions of time that may be necessary and authorize the extension of time fees to be charged to Deposit Account No. 06-0308.

Date:  September 14, 2000          Respectfully submitted,

FAY, SHARPE, FAGAN
  MINNICH &   MCKEE, LLP

Richard M. Klein
Reg. No. 33,000
Mark E. Bandy
Reg. No. 35,788
1100 Superior Avenue, 7th Floor
Cleveland, Ohio  44114-2518
(216) 861-5582

### Mailing Certificate

I hereby certify that this TRANSMITTAL and associated papers, are being deposited with the United States Postal Service as First Class Mail procedure in an envelope addressed to the Assistant Commissioner of Patents, Washington, D.C. 20231 on
_____9/14/00_____.

Mary Ann Temesvari

CW 0307929

6210293

09/470/196



FIG. 1



FIG. 2

CW 0307930



*Term. Disclaimer*

## PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | Michael J. SULLIVAN |
| For | : | IMPROVED MULTI-LAYER GOLF BALL |
| Serial No. | : | 09/470,196 |
| Filed | : | December 21, 1999 |
| Group Art Unit | : | 3711 |
| Examiner | : | M. Graham |
| Last Office Action | : | August 2, 1999 |
| Attorney Docket No. | : | SLD 2 035-3-3-1-1 (P-3724-2-F1-C1) |

Cleveland, Ohio  44114-2518
September 14, 2000

Assistant Commissioner for Patents
Washington, D.C.  20231

### TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION (37 CFR 1.321(b))

**Identification Of Person Making This Disclaimer:**

Name of disclaimant _Richard M. Klein_____

Business Address _1100 Superior Avenue, Suite 700_____

      _Cleveland, Ohio  44114-2518_____

represent that I am

   ___   an inventor of this invention

   ___   an assignee of this invention

   _x_   a representative authorized to sign and empowered to act on behalf of the assignee identified below.

09/19/2000 CCHAU1   00000025 09470196
01 FC:148                   110.00 OP

- 2 -

**Identity of Assignee and Title of Disclaimant:**

The Assignee is

Name of Assignee _ Spalding Sports Worldwide, Inc. _____

Address of Assignee _425 Meadow Street_____

_____ Chicopee, MA  01021-0901_____

Title of disclaimant authorized to sign on behalf of

Assignee:    _Attorney of Record_

### Extent of Interest

The extent of interest is in

_x_    the whole of the invention

I state that the relevant evidentiary documents have been reviewed, and certify that to the best of my knowledge and belief, title is in the assignee taking this action.

### Disclaimer

I hereby disclaim the terminal part of any patent granted on the above-identified application, which would extend beyond the expiration date of the full statutory term of any patent granted on :

_x_    Application Number _08/870,585, filed on June 6, 1997_

and hereby agree that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to any patent granted on

_x_    Application Number _08/870,585, filed on June 6, 1997_

this agreement to run with any patent granted on the above-identified application and to be binding upon the grantor, its successors or assigns.

Petitioner does not disclaim any terminal part of any patent granted on the above-identified application prior to the expiration date of the full statutory term of any patent granted on

_x_    Application Number _08/870,585, filed on June 6, 1997_, as presently

shortened by any terminal disclaimer

in the event that it later:  expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a competent jurisdiction, is statutorily

CW 0307932

– 3 –

disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is otherwise terminated prior to expiration of its full statutory term as presently shortened by any terminal disclaimer except for the separation of legal title stated above.

### Fee Status

(37 CFR 1.20(d) and 37 CFR 1.321)

_X_   other than a small entity - fee $ 110.00

___   small entity - fee $ 55.00

_X_   Attached is a check in the amount of $ 110.00

_x_   Charge Deposit Account No. _06-0308_ for any fee deficiency required by this paper. A duplicate copy of this disclaimer is attached.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Richard M. Klein
Reg. No. 33,000
FAY, SHARPE, FAGAN,
   MINNICH & McKEE, LLP
1100 Superior Avenue, 7th Floor
Cleveland, Ohio  44115-2518
(216) 861-5582

**Attorney for Assignee**

CW 0307933




**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

```
J24492                    QM22/1102
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE MA 01021-0901
```

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/470,196 | 12/21/99 | 008 | GRAHAM, M | 3711 | 11/02/00 |

| First Named Applicant | SULLIVAN, | 35 USC 154(b) term ext. = 0 days. | | |
|---|---|---|---|---|

TITLE OF
INVENTION    IMPROVED MULTI-LAYER GULF BALL

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3  F-3724-2-F1- | 473-374.000 | U48 | UTILITY | NO | $1240.00 | 02/02/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your
  current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the
     FEE DUE shown above and notify the Patent and
     Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown
     above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with,
     payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
   ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
   should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
   B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
   maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
   fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

CW 0307934



| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 09/470,196 | Sullivan |
| | Examiner | Group Art Unit |
| | Mark S. Graham | 3711 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *terminal disclaimer filed 9/18/00* .

☒ The allowed claim(s) is/are *7-14* .

☒ The drawings filed on ___*Sep 18, 2000*___ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____ .

    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

  ☐ because the originally filed drawings were declared by applicant to be informal.

  ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

  ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

  ☐ including changes required by the attached Examiner's Amendment/Comment.

  **Identifying indicia such as the application number (see 37 CFR 1.84(c) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

  ☐ Notice of References Cited, PTO-892

  ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

  ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

  ☐ Notice of Informal Patent Application, PTO-152

  ☒ Interview Summary, PTO-413

  ☒ Examiner's Amendment/Comment

  ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

  ☐ Examiner's Statement of Reasons for Allowance



CW 0307935

Application/Control Number: 09/470,196                                          Page 2

Art Unit: 3711

     An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

     In claim 7, line 10, "0.70" has been replaced with --0.070--.

     In claim 11, line 3, "0.70" has been replaced with --0.070--.

     In claim 12, line 2, "0.50" has been replaced with ---0.050--.

     The above changes have been made to correct several minor typos.

     Any inquiry concerning this communication should be directed to Mark S. Graham at

telephone number (703) 308-1355.


MSG
November 1, 2000

Mark S. Graham
Primary Examiner

  

| *Interview Summary* | Application No. 09/470,196 | Applicant(s) Sullivan | |
|---|---|---|---|
| | Examiner Mark S. Graham | Group Art Unit 3711 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Mark S. Graham* _____   (3) _____

(2) *Mark Bandy* _____   (4) _____

Date of Interview _____ *Nov 1, 2000* _____

Type:  ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.  If yes, brief description:
_____
_____

Agreement   ☒ was reached.   ☐ was not reached.

Claim(s) discussed: *7, 11, and 12* _____

Identification of prior art discussed:
*None* _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Agreed to changes embodied in examiner's amendment.* _____
_____
_____
_____
_____
_____
_____
_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached.  Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1.  ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.  ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note:  You must sign and stamp this form unless it is an attachment to a signed Office action.

CW 0307937

## PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to:
**Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

FEB 01 2001

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

### Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

024492                    QM22/1102
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE MA 01021-0901

_Laura J Nolan_ (Depositor's name)
_Laura J Nolan_ (Signature)
1/29/01 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/470,196 | 12/21/99 | 008 | GRAHAM, M | 3711 | 11/02/00 |

| First Named Applicant | SULLIVAN, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION  **IMPROVED MULTI-LAYER GOLF BALL**

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3  P-3724-2-F1-CI | 473-374.000 | U48 | UTILITY | NO | $1240.00 | 02/02/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  _Spalding Sports Worldwide, Inc._

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  _Chicopee, MA_

Please check the appropriate assignee category indicated below (will not be printed on the patent):

☐ individual  ☒ Corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☐ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER _17-0150_
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  _Diane F. Covello  Reg #34,164_    (Date) _1-29-01_

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

02/02/2001 BHSTEERE 00000083 170150
01 FC:142   1240.00 CH

### TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CW 0307938

 **UNITED STATES PATENT AND TRADEMARK OFFICE**
UNDER SECRETARY OF COMMERCE FOR
INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE
Alexandria, Virginia  22313

Patent No. _6210293_                          Paper No. _10_

## NOTICE OF *INTER PARTES* REEXAMINATION

Notice is hereby given that a request for *inter partes* reexamination of U.S. Patent No.

_6210293_ was filed on _1-17-06_ under 35 U.S.C. 311(a) and

37 CFR 1.913.

The reexamination proceeding has been assigned Control No. 95/_000,120_.

This Notice incorporates by reference into the <u>patent file</u>, all papers entered into the

reexamination file.

**Note: This Notice should be entered into the <u>patent file</u> and given a paper number.**

CW 0307939

03/22/2006 08:17 FAX  612 288 9696        FISH AND RICHARDSON                    ☑001/015

*COPY FOR PATENT*

## OFFICIAL COMMUNICATION FACSIMILE

### CENTRAL REEXAMINATION UNIT (FAX NO: 571-273-9900)

Number of pages including this page     15

| | |
|---|---|
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,120 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,210,293 | ) |

| | |
|---|---|
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,121 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,503,156 | ) |

**FAX RECEIVED**

**MAR 2 2 2006**

**REEXAM UNIT**

| | |
|---|---|
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,122 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,506,130 | ) |

| | |
|---|---|
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,123 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,595,873 | ) |

The following documents are attached to this facsimile communication cover sheet,

which was facsimiled to the United States Patent and Trademark Office on March 22, 2006:

Revocation and New Power of Attorney documents and a Certification Under 37 C.F.R. § 1.903.

Respectfully submitted,

Date: March 22, 2006

Dorothy P. Whelan (Reg. No. 33,814)
J. Patrick Finn III (Reg. No. 44,109)

Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at (612) 335-5070 to arrange for its return. Thank you.

PAGE 1/15 * RCVD AT 3/22/2006 9:19:43 AM [Eastern Standard Time] * SVR:USPTO-EFXRF-2/10 * DNIS:2739900 * CSID:612 288 9696 * DURATION (mm-ss):07-38

CW 0307940

03/22/2006 08:18 FAX  612 288 9696        FISH AND RICHARDSON                    ☑002/015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.    : 6,210,293
Issue Date    : April 3, 2001
Applicant     : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,120                    Art Unit   : 3993
Filed        : January 17, 2006             Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of
Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-
referenced patent by virtue of:

☒   A chain of title from the inventor of the above-referenced patent to the current
assignee as shown below.  The reel and frame numbers of the recorded assignments or other
documents in the chain of title are provided:

1.      Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc.,
recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9,
1995, for parent patent application Serial No. 08/556,237.

2.      Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf
Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on
June 2, 2003.

3.      Assignment from The Top-Flite Golf Company to Callaway Golf Company,
recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26,
2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by
facsimile to the Patent and Trademark Office on the date indicated
below.

*March 22, 2006*
Date of Transmission

*Judy Wasilkus*
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

CW 0307941

⚙

| Patent No. | : | 6,210,293 |
|---|---|---|
| Issued | : | April 3, 2001 |
| Applicant | : | Michael J. Sullivan |

Reexamination Proceeding
| Control No. | : | 95/000,120 |
|---|---|---|
| Filed | : | January 17, 2006 |
| Page | : | 2 of 3 |

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
|---|---|
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0307942

Patent No.    :    6,210,293
Issued        :    April 3, 2001
Applicant     :    Michael J. Sullivan

Reexamination Proceeding
Control No.   :    95/000,120
Filed         :    January 17, 2006
Page          :    3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: _March 21, 2006_

_Michael J. Rider, Esq._

Title: Senior Vice President,
       General Counsel

6210293.doc

CW 0307943

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.   : 6,503,156
Issue Date   : January 7, 2003
Applicant    : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,121                    Art Unit   : 3993
Filed       : January 17, 2006             Examiner  : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

### REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒     A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1.     Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2.     Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3.     Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

March 22, 2006
Date of Transmission

Judy Wasilkus
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

CW 0307944

| | |
|---|---|
| Patent No. | : 6,503,156 |
| Issued | : January 7, 2003 |
| Applicant | : Michael J. Sullivan |

Reexamination Proceeding
Control No. : 95/000,121
Filed : January 17, 2006
Page : 2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
|---|---|
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0307945

Patent No.     :    6,503,156
Issued         :    January 7, 2003
Applicant      :    Michael J. Sullivan

Reexamination Proceeding
Control No.    :    95/000,121
Filed          :    January 17, 2006
Page           :    3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: _March 21, 2006_

Michael J. Rider, Esq.

Title: Senior Vice President,
       General Counsel

6503156.doc

CW 0307946

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.   : 6,506,130
Issue Date   : January 14, 2003
Applicant    : Michael J. Sullivan

Reexamination Proceeding
Control No.  : 95/000,122                     Art Unit   : 3993
Filed        : January 17, 2006              Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

## REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒       A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1.      Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2.      Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3.      Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

_March 22, 2006_
Date of Transmission

_Judy Wasilkus_
Signature

_JUDY WASILKUS_
Typed or Printed Name of Person Signing Certificate

CW 0307947

Patent No.    :   6,506,130
Issued        :   January 14, 2003
Applicant     :   Michael J. Sullivan

Reexamination Proceeding
Control No.   :   95/000,122
Filed         :   January 17, 2006
Page          :   2 of 3

    To the best of undersigned's knowledge and belief, title is in the assignee identified above.

    The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

    The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

    All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0307948

| Patent No. | : | 6,506,130 |
|---|---|---|
| Issued | : | January 14, 2003 |
| Applicant | : | Michael J. Sullivan |

| Reexamination Proceeding | | |
|---|---|---|
| Control No. | : | 95/000,122 |
| Filed | : | January 17, 2006 |
| Page | : | 3 of 3 |

Code and that such willful false statements may jeopardize the validity of the above-referenced
patent.

                                    Respectfully submitted,

                                    CALLAWAY GOLF COMPANY

Date: _March 21, 2006_            _Michael J. Rider, Esq._

                                    Title: Senior Vice President,
                                           General Counsel

6506130.doc

CW 0307949

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.    : 6,595,873
Issue Date    : July 22, 2003
Applicant     : Michael J. Sullivan

Reexamination Proceeding
Control No.  : 95/000,123                    Art Unit   : 3993
Filed        : January 17, 2006             Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

### REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒    A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1.    Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2.    Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3.    Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

*March 22, 2006*
Date of Transmission
*Judy Wasilkus*
Signature
JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

CW 0307950

Patent No.      :   6,595,873
Issued          :   July 22, 2003
Applicant       :   Michael J. Sullivan

Reexamination Proceeding
Control No.     :   95/000,123
Filed           :   January 17, 2006
Page            :   2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0307951

Patent No.    :    6,595,873
Issued        :    July 22, 2003
Applicant     :    Michael J. Sullivan

Reexamination Proceeding
Control No. :      95/000,123
Filed         :    January 17, 2006
Page          :    3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: _March 21, 2006_

Michael J. Rider, Esq.

Title: Senior Vice President,
       General Counsel

6595873.doc

CW 0307952

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Sullivan | ) | |
| Reexamination Proceeding | ) | |
| Control No.: 95/000,120 | ) | Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) | Art Unit: 3993 |
| For: U.S. Patent No. 6,210,293 | ) | |

In re Sullivan                              )
Reexamination Proceeding                    )
Control No.: 95/000,121                     )   Examiner: Michael W. O'Neill
Filed: January 17, 2006                     )   Art Unit: 3993
For: U.S. Patent No. 6,503,156              )

In re Sullivan                              )
Reexamination Proceeding                    )
Control No.: 95/000,122                     )   Examiner: Michael W. O'Neill
Filed: January 17, 2006                     )   Art Unit: 3993
For: U.S. Patent No. 6,506,130              )

In re Sullivan                              )
Reexamination Proceeding                    )
Control No.: 95/000,123                     )   Examiner: Michael W. O'Neill
Filed: January 17, 2006                     )   Art Unit: 3993
For: U.S. Patent No. 6,595,873              )

Central Reexamination Unit
571-273-9900

### CERTIFICATION UNDER 37 C.F.R. § 1.903

In accordance with the requirements of 37 C.F.R. § 1.903, Patent Owner, Callaway Golf Company ("Callaway Golf"), hereby certifies that service of the accompanying Revocation and New Power of Attorney documents for the above-referenced *inter partes* reexamination proceedings was made by U.S. first class mail on March 22, 2006, to the following attorneys for Acushnet Company:

> Alan M. Grimaldi (Reg. No. 26,599)
> Joseph P. Lavelle (Reg. No. 31,036)
> Andrew R. Sommer (Reg. No. 53,932)
> Howrey LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004

1

CW 0307953

The accompanying Revocation and New Power of Attorney documents for the above-referenced *inter partes* reexamination proceedings also were sent to the attorneys for Acushnet Company via facsimile (202-383-6610) on March 22, 2006.

The Director is authorized to charge any fees or credit any overpayments to Deposit Account No. 06-1050.

Respectfully submitted,

Date: _March 22, 2006_

Dorothy P. Whelan (Reg. No. 33,814)
J. Patrick Finn III (Reg. No. 44,109)

Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

2

CW 0307954

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/470,196 | 12/21/1999 | MICHAEL J. SULLIVAN | P-3724-2-F1- |

**CONFIRMATION NO. 5880**

24492
THE TOP-FLITE GOLF COMPANY, A WHOLLY OWNED
SUBSIDIARY OF CALLAWAY GOLF COMPANY
2180 RUTHERFORD ROAD
LEGAL DEPT
CARLSBAD, CA 92008-7328

*OC000000018348345*

Date Mailed: 03/23/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/22/2006.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

MARSHA A TWITTY
3999 (571) 272-7750

OFFICE COPY

CW 0307955



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/470,196 | 12/21/1999 | MICHAEL J. SULLIVAN | P-3724-2-F1- |

Dorothy P. Whelan
Fish & Richardson P. C.
P. O. Box 1022
Minneapolis, MN 55440-1022

**CONFIRMATION NO. 5880**

*OC000000018348395*

Date Mailed: 03/23/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/22/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

MARSHA A TWITTY
3999 (571) 272-7750

OFFICE COPY

CW 0307956



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 5880**

| SERIAL NUMBER 09/470,196 | FILING OR 371(c) DATE 12/21/1999 **RULE** | CLASS 473 | GROUP ART UNIT 3711 | ATTORNEY DOCKET NO. P-3724-2-F1- |
|---|---|---|---|---|

**APPLICANTS**
    MICHAEL J. SULLIVAN, CHICOPEE, MA;

** CONTINUING DATA ***************************
    This application is a CON of 08/870,585 06/06/1997 ABN
    which is a CON of 08/556,237 11/09/1995 ABN
    which is a CIP of 08/070,510 06/01/1993 ABN

** FOREIGN APPLICATIONS ********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 01/27/2000

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged      Examiner's Signature      Initials | STATE OR COUNTRY MA | SHEETS DRAWING 1 | TOTAL CLAIMS 8 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|

**ADDRESS**
Dorothy P. Whelan
Fish & Richardson P. C.
P. O. Box 1022
Minneapolis ,MN 55440-1022

**TITLE**
IMPROVED MULTI-LAYER GOLF BALL

| FILING FEE RECEIVED 760 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____<br>☐ Credit |
|---|---|---|

CW 0307957