| *Office Action Summary* | Application No. 09/873,642 | Applicant(s) SULLIVAN, MICHAEL J. |
|---|---|---|
| | Examiner Raeann Gorden | Art Unit 3711 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *23 April 2002* .

2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1,4-6,8-11 and 15-17* is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1,4-6,8-11 and 15-17* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____ .

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

a) ☐ The translation of the foreign language provisional application has been received.

15)☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: .

## DETAILED ACTION

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1, 4-6, 8-11, and 15-17 are rejected under 35 U.S.C. 112, first paragraph, as containing subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention. The hardness for the outer cover layer is not supported by the original disclosure.

### *Response to Arguments*

Applicant's arguments filed 4-23-02 have been fully considered but they are not persuasive. The specification discloses cover materials that may be blended to make a final outer cover layer. The properties such as hardness are given for the individual materials but not the final outer cover. Since applicant cannot amend the specification to include the hardness for the outer layer the limitation must be shown in the disclosure of a parent application or removed from the claims to overcome the rejection.

***Conclusion***

**THIS ACTION IS MADE FINAL.** Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Raeann Gorden whose telephone number is 703-308-8354. The examiner can normally be reached on 7:30 AM to 5:00 PM Mon-Fri.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Paul Sewell can be reached on 703-308-2126. The fax phone numbers for the organization where this application or proceeding is assigned are 703-305-3579 for regular communications and 703-308-3579 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is 703-308-1148.

Application/Control Number: 09/873,642
Art Unit: 3711

Page 4

rg
September 3, 2002

Mark S. Graham
Primary Examiner

CW 0308127

SEP 19 '02 09:38AM PATENT DEPT P.1/3

#9/B

P-3724-2-F1-C1-C1-C2 PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of Michael J. Sullivan

Serial No.: 09/873,642 Examiner: R. Gorden

Filing Date: June 4, 2001 Group Art Unit: 3711

For: GOLF BALL HAVING MULTI-LAYER COVER WITH UNIQUE OUTER COVER CHARACTERISTICS

Commissioner for Patents & Trademarks
Washington, DC 20231

ENTER RG 9/26/02

FAX RECEIVED
SEP 19 2002
GROUP 3700

Sir:

**RESPONSE TO FINAL OFFICE ACTION UNDER 37 CFR § 1.116**

This is in response to the Final Office Action mailed September 10, 2002, in connection with the present application. Entry of the following remarks is requested.

---

**CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8a)**

I hereby certify that this correspondence is, on the date shown below, being:

MAILING

__ deposited with the United States Postal Service with sufficient postage as first class mail, in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Date: Sept 19, 2002

FACSIMILE

XX transmitted by facsimile to the Patent and Trademark Office to Examiner R. Gorden in TC3700 at 703-872-9303.

Laura J. Nolan
Laura J. Nolan

Received from < 4133222575 > at 9/19/02 9:37:29 AM [Eastern Daylight Time]

CW 0308128

## REMARKS

Reconsideration of the present application and consideration of the response are respectfully requested. Claims 1, 4 to 6, 8 to 11, and 15 to 17 are currently pending, and no claims have been amended.

The Final Office Action mailed September 10, 2002 addressed claims 1, 4 to 6, 8 to 11, and 15 to 17. Claims 1, 4 to 6, 8 to 11, and 15 to 17 were rejected.

Claims 1, 4 to 6, 8 to 11, and 15 to 17 were rejected under 35 U.S.C. § 112, first paragraph, as containing subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention. The Examiner stated that the hardness for the outer cover is not supported by the original disclosure.

Applicant respectfully submits that the Shore D hardness of 64 or less for the outer cover layer has been disclosed. Applicant respectfully submits that original claims 1 and 5 of a parent application, U.S. Patent Application Serial No. 08/556,237, filed on November 9, 1995, disclose "an outer cover layer having a Shore D hardness of 64 or less" and "an outer cover layer having a Shore D hardness of about 64 or less" respectively. Since the original claims are considered part of the specification, Applicant respectfully submits that the Shore D hardness of 64 or less has been disclosed. Applicant would be amenable to amending the specification to contain this specific language if required by the Examiner. Applicant respectfully submits that this overcomes the rejection of claims 1, 4 to 6, 8 to 11, and 15 to 17 under 35 U.S.C. § 112, first paragraph. Applicant therefore respectfully requests that the rejection of claims 1, 4 to 6, 8 to 11, and 15 to 17 be reconsidered and withdrawn.

The Examiner is invited to telephone Applicant's attorney if it is deemed that a telephone conversation will hasten prosecution of the application.

CONCLUSION

Applicant respectfully requests reconsideration and allowance of each of the presently rejected claims. Applicant respectfully requests allowance of claims 1, 4 to 6, 8 to 11, and 15 to 17, the claims currently pending.

Respectfully submitted,

MICHAEL J. SULLIVAN

Customer No. 24492
Phone: (413) 322-2937

Date: September 19, 2002

By: [signature]
Michelle Bugbee, Reg. No. 42,370
Spalding Sports Worldwide
Attorney for Applicant
425 Meadow Street
P.O. Box 901
Chicopee, MA 01021-0901

cc: Richard M. Klein, Esquire (SLD 2 0035-3-3-1-1-1(III))

Received from <4133222575> at 9/19/02 9:37:29 AM [Eastern Daylight Time]

# SPALDING SPORTS WORLDWIDE, INC.

**425 Meadow Street**
**P.O. Box 901**
**Chicago, MA 01021-0901 U.S.A.**

**PHONE: 413-536-1200** **FAX: 413-322-2575 (LEGAL II & PATENT)**

**CONFIDENTIAL FACSIMILE TRANSMISSION**

TO: Examiner R. Gorden
Phone: 703-308-8354
Fax: 703-746-3208

FROM: Michelle Bugbee **(413) 322-2937**
DATE: September 25, 2002
PAGES: 4 (includes cover page)

RE: Application Serial Number 09/873,642

MESSAGE: Examiner Gordon,

Per our discussion, attached are the original claims from Application Serial No. 08/556,237 (filed 11/9/95), pages 48 to 50. Please note that original claim 8 should is misnumbered and should be claim 6. If you need any additional information, please do not hesitate to contact me. Thank you for your help.

Very truly yours,

Michelle Bugbee
Michelle Bugbee
Associate Patent Counsel
Registration No. 42,370

---

PLEASE CALL LAURA NOLAN AT EXT. 2985 - IF YOU DO NOT RECEIVE ALL PAGES.

CONFIRMATION COPY TO FOLLOW: ____ YES __X__ NO

CONFIDENTIALITY NOTE:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the Postal Service. Thank you.

B

SEP 25 '02 11:15AM PATENT DEPT P.2/4

I claim:

1. A golf ball comprising:

a core;

an inner cover layer having a Shore D hardness of 60 or more molded on said core, the inner cover layer comprising a blend of two or more low acid ionomer resins containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid; and

an outer cover layer having a Shore D hardness of 64 or less molded on said inner cover layer, said outer cover layer comprising a relatively soft polymeric material selected from the group consisting of non-ionomeric thermoplastic and thermosetting elastomers.

2. A golf ball according to claim 1, wherein the inner cover layer has a thickness of about 0.100 to about 0.010 inches and the outer cover layer has a thickness of about 0.010 to about 0.70 inches, the golf ball having an overall diameter of 1.680 inches or more.

3. A golf ball according to claim 1 wherein the inner cover layer has a thickness of about 0.050 inches and the outer cover layer has a thickness of about 0.055 inches, the golf ball having an overall diameter of 1.680 inches or more.

Received from < 4133222575 > at 9/25/02 11:16:02 AM [Eastern Daylight Time]

B

4. A golf ball according to claim 1 wherein the outer layer comprises a polyurethane based material.

5. A multi-layer golf ball comprising:

a spherical core;

an inner cover layer having a Shore D hardness of about 60 or more molded over said spherical core, said inner cover layer comprising an ionomeric resin including no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi;

an outer cover layer having a Shore D hardness of about 64 or less molded over said spherical intermediate ball to form a multi-layer golf ball, the outer layer comprising polyurethane based material.

8. A multi-layer golf ball comprising:

a spherical core;

an inner cover layer molded over said spherical core to form a spherical intermediate ball, said inner cover layer comprising an ionomeric resin having no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi;

an outer cover layer molded over said spherical intermediate ball to form a multi-layer golf ball, the outer layer

Received from <4133222575> at 9/25/02 11:16:02 AM [Eastern Daylight Time]

B

comprising a non-ionomeric elastomer selected from the group consisting of polyester elastomer, polyester, polyether polyurethane and polyester amide, said outer cover layer having a modulus in a range of about 1,000 to about 30,000 psi.

Received from <4133222575> at 9/25/02 11:16:02 AM [Eastern Daylight Time]

CW 0308134



P-3724-2-F1-C1-C1-C2 **PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**In re patent application of** Michael J. Sullivan

**Serial No.:** 09/873,642 **Examiner:** R. Gorden

**Filing Date:** June 4, 2001 **Group Art Unit:** 3711

**For:** GOLF BALL HAVING MULTI-LAYER COVER WITH UNIQUE OUTER COVER CHARACTERISTICS

Commissioner for Patents & Trademarks
Washington, DC 20231

ENTER supplemental amendments to 9.26.02

Sir:

**SUPPLEMENTAL RESPONSE TO FINAL OFFICE ACTION**

**UNDER 37 CFR § 1.116**

This is a Supplemental Response to the Final Office Action mailed September 10, 2002, in connection with the present application. Entry of the following amendment to the application is requested.

---

**CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8a)**

I hereby certify that this correspondence is, on the date shown below, being:

MAILING

___ deposited with the United States Postal Service with sufficient postage as first class mail, in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Date: Sept. 26, 2002

FACSIMILE

XX transmitted by facsimile to the Patent and Trademark Office to Examiner R. Gorden in TC3700 at 703-746-3208.

Laura J. Nolan
Laura J. Nolan

## IN THE SPECIFICATION

Please replace the paragraph beginning at page 18, line 6 with the following rewritten paragraph:

Other soft, relatively low modulus non-ionomeric thermoplastic elastomers may also be utilized to produce the outer cover layer as long as the non-ionomeric thermoplastic elastomers produce the playability and durability characteristics desired without adversely effecting the enhanced spin characteristics produced by the low acid ionomer resin compositions. Preferably, the non-ionomeric thermoplastic elastomers have a Shore D hardness of 64 or less. These include, but are not limited to thermoplastic polyurethanes such as: Texin® thermoplastic polyurethanes from Mobay Chemical Co. and the Pellethane® thermoplastic polyurethanes from Dow Chemical Co.; Ionomer/rubber blends such as those in Spalding U.S. Patents 4,986,545; 5,098,105 and 5,187,013; and, Hytrel® polyester elastomers from DuPont and Pebax® polyesteramides from Elf Atochem S.A.

B1

## IN THE CLAIMS

Please amend claims 6 and 11 as follows:

4 ~~6~~. (TWICE AMENDED) A golf ball comprising:

a core:

an inner cover layer disposed about said core, said inner cover layer having a Shore D hardness of at least 60, said inner cover layer comprising a blend of two or more ionomeric resins, each containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid; and

an outer cover layer disposed on said inner cover layer, said outer cover layer having a thickness of from about 0.01 to about 0.07 inches, and comprising a polyurethane material.

B2

8 ~~11~~. (TWICE AMENDED) A golf ball comprising:

a core:

B3

an inner cover layer disposed on said core, said inner cover layer having a Shore D hardness of about 60 or more, said inner cover layer comprising an ionomeric resin including no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi; and

an outer cover layer disposed about said inner cover layer, said outer cover layer having a thickness of from about 0.01 to about 0.07 inches, and comprising a polyurethane material.

B3

## REMARKS

Reconsideration of the present application and consideration of the response are respectfully requested. Claims 1, 4 to 6, 8 to 11, and 15 to 17 are currently pending, and claims 6 and 11 have been amended.

The Final Office Action mailed September 10, 2002 addressed claims 1, 4 to 6, 8 to 11, and 15 to 17. Claims 1, 4 to 6, 8 to 11, and 15 to 17 were rejected.

A Response to the Final Office Action was previously submitted on September 19, 2002.

In a telephonic interview with the Examiner on September 25, 2002, Examiner Gorden requested that claim 6 be amended to show the entire claim. In a previous amendment submitted on April 16, 2002, the last line of claim 6 was not shown in the Examiner's clean copy of the claims, but it was shown in the marked up version of the claims. Per the Examiner's request, claim 6 has been rewritten to show the entire claim. Claim 11 has been amended to recite the flexural modulus range of the inner cover layer, as recited in the claims as filed in this application, per the Examiner's request.

Additionally, the specification has been amended to recite the preferred Shore D hardness (64 or less) of the outer cover layer for non-ionomeric elastomers. Support for this amendment may be found in the original claims filed in a parent application, U.S. Patent Application Serial No. 08/556,237, filed on November 9, 1995. A copy of the original claims in the parent application was faxed to Examiner Gorden, per her request, on September 25, 2002.

58

B

Attached hereto is a marked-up version of the changes made to the application by this Amendment. The Examiner is invited to telephone Applicant's attorney if it is deemed that a telephone conversation will hasten prosecution of the application.

CONCLUSION

Applicant respectfully requests reconsideration and allowance of each of the presently rejected claims. Applicant respectfully requests allowance of claims 1, 4 to 6, 8 to 11, and 15 to 17, the claims currently pending.

Respectfully submitted,

MICHAEL J. SULLIVAN

Customer No. 24492
Phone: (413) 322-2937

Date: September 26, 2002

By: Michelle Bugbee
Michelle Bugbee, Reg. No. 42,370
Spalding Sports Worldwide
Attorney for Applicant
425 Meadow Street
P.O. Box 901
Chicopee, MA 01021-0901

cc: Richard M. Klein, Esquire (SLD 2 0035-3-3-1-1-1(III))

VERSION WITH MARKINGS TO SHOW CHANGES

IN THE SPECIFICATION

The paragraph beginning at page 18, line 6 has been replaced with the following rewritten paragraph:

Other soft, relatively low modulus non-ionomeric thermoplastic elastomers may also be utilized to produce the outer cover layer as long as the non-ionomeric thermoplastic elastomers produce the playability and durability characteristics desired without adversely effecting the enhanced spin characteristics produced by the low acid ionomer resin compositions. Preferably, the non-ionomeric thermoplastic elastomers have a Shore D hardness of 64 or less. These include, but are not limited to thermoplastic polyurethanes such as: Texin® thermoplastic polyurethanes from Mobay Chemical Co. and the Pellethane® thermoplastic polyurethanes from Dow Chemical Co.; Ionomer/rubber blends such as those in Spalding U.S. Patents 4,986,545; 5,098,105 and 5,187,013; and, Hytrel® polyester elastomers from DuPont and Pebax® polyetheramides from Elf Atochem S.A.

IN THE CLAIMS

Claims 6 and 11 have been amended as follows:

6. (TWICE AMENDED) A golf ball comprising:

a core:

an inner cover layer disposed about said core, said inner cover layer having a Shore D hardness of at least 60, said inner cover layer comprising a blend of two or more ionomeric resins, each containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid; and

an outer cover layer disposed on said inner cover layer, said outer cover layer having a thickness of from about 0.01 to about 0.07 inches, and comprising a polyurethane material.

11. (TWICE AMENDED) A golf ball comprising:

a core:

Received from <4133222575> at 9/26/02 9:07:06 AM [Eastern Daylight Time]

an inner cover layer disposed on said core, said inner cover layer having a Shore D hardness of about 60 or more, said inner cover layer comprising an ionomeric resin including no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from [greater than] about 15,000 to about 70,000 psi; and

an outer cover layer disposed about said inner cover layer, said outer cover layer having a thickness of from about 0.01 to about 0.07 inches, and comprising a polyurethane material.

Received from < 4133222575 > at 9/26/02 9:07:06 AM [Eastern Daylight Time]

B

CW 0308140

2C



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

24492 7590 09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

| EXAMINER | |
|---|---|
| GORDON, RAEANN | |
| ART UNIT | CLASS-SUBCLASS |
| 3711 | 473-374000 |

DATE MAILED: 09/27/2002

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-F1-C1-C3 | 5311 |

TITLE OF INVENTION: IMPROVED MULTI-LAYER GOLF BALL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $300 | $1580 | 12/27/2002 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**



PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail** **Box ISSUE FEE**
**Commissioner for Patents**
**Washington, D.C. 20231**
**Fax** **(703)746-4000**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

24492 7590 09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

(Depositor's name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-F1-C1-C3 | 5311 |

TITLE OF INVENTION: IMPROVED MULTI-LAYER GOLF BALL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $300 | $1580 | 12/27/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GORDON, RAEANN | 3711 | 473-374000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________
2 ____________
3 ____________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) ❑ individual ❑ corporation or other private group entity ❑ government

4a. The following fee(s) are enclosed:

❑ Issue Fee
❑ Publication Fee
❑ Advance Order - # of Copies ____________

4b. Payment of Fee(s):

❑ A check in the amount of the fee(s) is enclosed.
❑ Payment by credit card. Form PTO-2038 is attached.
❑ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number ____________ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature) (Date)

NOTE; The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-F1-C1-C3 | 5311 |

24492 7590 09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

| EXAMINER | |
| --- | --- |
| GORDON, RAEANN | |
| **ART UNIT** | **PAPER NUMBER** |
| 3711 | |

DATE MAILED: 09/27/2002

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
**(application filed on or after May 29, 2000)**

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-F1-C1-C3 | 5311 |

24492 7590 09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901
UNITED STATES

| EXAMINER | |
|---|---|
| GORDON, RAEANN | |
| ART UNIT | PAPER NUMBER |
| 3711 | |

DATE MAILED: 09/27/2002

**Notice of Possible Fee Increase on October 1, 2002**

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after October 1, 2002, then the amount due may be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there may be an increase in fees effective on October 1, 2002. See Revision of Patent and Trademark Fees for Fiscal Year 2003; Notice of Proposed Rulemaking, 67 Fed. Reg. 30634, 30636 (May 7, 2002). Although a change to the amount of the publication fee is not currently proposed for October 2002, if the issue fee or publication fee is to be paid on or after October 1, 2002, applicant should check the USPTO web site for the current fees before submitting the payment. The USPTO Internet address for the fee schedule is: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of any fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after October 1, 2002 (or mailed with a certificate of mailing on or after October 1, 2002), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 09/873,642 | SULLIVAN, MICHAEL J. | |
| | Examiner | Art Unit | |
| | Raeann Gorden | 3711 | |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment received September 26, 2002*.
2. ☒ The allowed claim(s) is/are *1,4-6,8-11 and 15-17*.
3. ☒ The drawings filed on *04 June 2001* are accepted by the Examiner.
4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All b) ☐ Some* c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: ______.
5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
   (a) ☐ The translation of the foreign language provisional application has been received.
6. ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
   1) ☐ hereto or 2) ☐ to Paper No. _____.
   (b) ☐ including changes required by the proposed drawing correction filed ______, which has been approved by the Examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. ______.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1☐ Notice of References Cited (PTO-892)
3☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
5☐ Information Disclosure Statements (PTO-1449), Paper No. _____.
7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
2☐ Notice of Informal Patent Application (PTO-152)
4☒ Interview Summary (PTO-413), Paper No. *10* .
6☐ Examiner's Amendment/Comment
8☒ Examiner's Statement of Reasons for Allowance
9☐ Other .

## REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance: the prior art of record does not disclose or fairly suggest a golf ball comprising: a core; an inner cover layer disposed on said core, said inner cover layer having a Shore D hardness of at least 60, said inner cover layer comprising a blend of two or more low acid ionomer resins, each containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid; and an outer cover layer disposed on said inner cover layer, said outer cover layer having a Shore D hardness of about 64 or less, a thickness of from about 0.01 to about 0.07 inches, and comprising a polyurethane material.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Raeann Gorden whose telephone number is 703-308-8354. The examiner can normally be reached on 7:30 AM to 5:00 PM Mon-Fri.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Paul Sewell can be reached on 703-308-2126. The fax phone numbers for

the organization where this application or proceeding is assigned are 703-305-3579 for regular communications and 703-308-3579 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is 703-308-1148.

Steven Wong
Primary Examiner

rg
September 26, 2002

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/873,642 | SULLIVAN, MICHAEL J. |
| | Examiner | Art Unit |
| | Raeann Gorden | 3711 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Raeann Gorden*. (3)_____.

(2) *Michelle Bugbee*. (4)_____.

Date of Interview: *25 September 2002*.

Type: a)☒ Telephonic b)☐ Video Conference
c)☐ Personal [copy given to: 1)☐ applicant 2)☐ applicant's representative]

Exhibit shown or demonstration conducted: d)☐ Yes e)☐ No.
If Yes, brief description: ______ .

Claim(s) discussed: *6 and 11* .

Identification of prior art discussed: ______ .

Agreement with respect to the claims f)☒ was reached. g)☐ was not reached. h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *See Continuation Sheet* .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

i)☒ It is not necessary for applicant to provide a separate record of the substance of the interview(if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note: You must sign this form unless it is an Attachment to a signed Office action.

______________________
Examiner's signature, if required



## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

---

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case unless both applicant and examiner agree that the examiner will record same. Where the examiner agrees to record the substance of the interview, or when it is adequately recorded on the Form or in an attachment to the Form, the examiner should check the appropriate box at the bottom of the Form which informs the applicant that the submission of a separate record of the substance of the interview as a supplement to the Form is not required.

It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

Continuation Sheet (PTO-413) Application No. 09/873,642

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: Applicant will provide Examiner with a copy of the original claims from the parent application (08/556,237) filed 11-9-95 to overcome the 112, first pragraph rejection in the final office action. Once reviewed by the Examiner applicant will amend the specification to include the Shore D hardness for the outer layer. Applicant will also amend the claim 6 to include subject matter which was inadvertently deleted in the clean copy of the claims and include the range for the flexural modulus in claim 11. Applicant will submit the changes in a supplemental amendment..

CW 0308150

OIPE JC25 NOV 21 2002 PATENT & TRADEMARK OFFICE

NOV 21 '02 08:41AM PATENT DEPT P.1

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: Mail Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231
Fax (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

24492 7590 09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Laura J Nolan (Depositor's name)
Laura J Nolan (Signature)
11/21/02 (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-P1-C1-C3 | 5311 |

TITLE OF INVENTION: IMPROVED MULTI-LAYER GOLF BALL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $300 | $1580 | 12/27/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GORDON, RAEANN | 3711 | 473-374000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ________
2 ________
3 ________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: Spalding Sports Worldwide, Inc.
(B) RESIDENCE: (CITY and STATE OR COUNTRY): Chicopee, MA

Please check the appropriate assignee category or categories (will not be printed on the patent) ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☒ Publication Fee
☐ Advance Order - # of Copies ________

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number 17-0150 (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature) Michelle Bugbee Reg.No. 42370 (Date) November 20, 2002

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

11/22/2002 KZEWDIE1 00000072 170150 09873642
01 FC:1501 1280.00 CH
02 FC:1504 300.00 CH

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Received from <4133222575> at 11/21/02 8:43:35 AM [Eastern Standard Time]

JAN 2 2 2003 PATENT & TRADEMARK OFFICE

P-3724-2-F1-C1-C1-C2 PATENT #12

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of: Michael J. Sullivan

Patent No.: 6,503,156 B1

Issued: January 7, 2003

Title of Invention: GOLF BALL HAVING MULTI-LAYER COVER WITH UNIQUE OUTER COVER CHARACTERISTICS

Hon. Commissioner of Patents and Trademarks
Washington, DC 20231

Certificate
JAN 27 2003
of Correction

**ATTENTION: Decision and Certificate of Correction Branch of the Patent Issue Division**

Dear Sir:

**REQUEST FOR CERTIFICATE OF CORRECTION OF PATENT UNDER 37 C.F.R. 1.322**

1. It is noted that a minor typographical error of a clerical nature incurred through the fault of the Patent and Trademark Office appears in this patent as fully described below. A Certificate of Correction is respectfully requested.

2. Attached in duplicate is PTO/SB/44 (also Form PTO-1050), with at least one copy being suitable for printing.

3. The exact page and line number where the errors are shown is:

**An error occurs in the Related U.S. Application Data and should be corrected as follows:**

"Continuation of application No. 09/776,878, filed on Feb. 2, 2001" should read - - Continuation of application No. 09/776,278, filed on Feb. 2, 2001- -and,

"now Pat. No. 6,210,393" should read - -now Pat. No. 6,210,293- -

Attached is a copy of the Filing Receipt showing the correct Application No. and correct Patent No.

CERTIFICATE OF MAILING (37 C.F.R. 1.8a)

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class mail in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231, on this 17th day of January, 2003.

Leslie A. Tzivanis

JAN 2 7 2003

4. Please send the Certificate to:

Michelle Bugbee, Associate Patent Counsel
Spalding Sports Worldwide, Inc.
425 Meadow Street, P.O. Box 901
Chicopee, MA 01021-0901

5. Since the error was incurred through the fault of the Patent and Trademark Office, no fee is due for this correction. In the event that a fee is due, please charge any fee to Deposit Account No. **17-0150**.

Respectfully submitted,
Michael J. Sullivan

**Date:** January 16, 2003
Customer No. 24492
(413) 322-2937

**By:** Michelle Bugbee
Michelle Bugbee, Senior Patent Counsel
Reg. No. 42,370
Spalding Sports Worldwide, Inc.
425 Meadow Street, P.O. Box 901
Chicopee, Massachusetts 01021-0901

Other Enc.: Return Receipt Postcard (MPEP 503)
cc: Richard M. Klein, Esq. (SLD 2 0035-3-3-1-1-1)

PTO/SB/44 (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO : 6,503,156 B1
DATED : January 7, 2003
INVENTOR(S) : Michael J. Sullivan

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

(63) "Continuation of application No. 09/776,878, filed on Feb. 2, 2001" should read - - Continuation of application No. 09/776,278, filed on Feb. 2, 2001- -.
And,
"now Pat. No. 6,210,393" should read - - now Pat. No. 6,210,293- -

MAILING ADDRESS OF SENDER: Michelle Bugbee, Senior Patent Counsel
Spalding Sports Worldwide, Inc.
425 Meadow Street
Chicopee, MA 01013-2234

PATENT NO. 6,503,156 B1

No. of additional copies ⇨

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CofC

OIPE
AUG 27 2003
PATENT & TRADEMARK OFFICE
JC85

P-3724-2-F1-C1-C1-C2 PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

R

In re patent application of: Michael J. Sullivan

Patent No.: 6,503,156 B1

Issued: January 7, 2003

Title of Invention: GOLF BALL HAVING MULTI-LAYER COVER WITH UNIQUE OUTER COVER CHARACTERISTICS

Commissioner of Patents
P.O. Box 1450
Alexandria, Virginia
22313-1450

Certificate
SEP 0 2 2003
of Correction

Dear Sir:

**SECOND REQUEST FOR CERTIFICATE OF CORRECTION OF PATENT UNDER 37 C.F.R. 1.322**

1. It is noted that a minor typographical error of a clerical nature incurred through the fault of the Patent and Trademark Office appears in this patent as fully described below. A Certificate of Correction is respectfully requested.

2. Attached in duplicate is PTO/SB/44 (also Form PTO-1050), with at least one copy being suitable for printing.

3. The exact page and line number where the errors are shown is:

**An error occurs in the Related U.S. Application Data and should be corrected as follows:**

"Continuation of application No. 09/776,878, filed on Feb. 2, 2001" should read - - Continuation of application No. 09/776,278, filed on Feb. 2, 2001- -and,

"now Pat. No. 6,210,393" should read - -now Pat. No. 6,210,293- -

Attached is a copy of the Filing Receipt showing the correct Application No. and correct Patent No.

---

CERTIFICATE OF MAILING (37 C.F.R. 1.8a)

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class mail in an envelope addressed to: Commissioner of Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450, on this 26th day of August, 2003.

Leslie A. Tzivanis

4. Please send the Certificate to:

Michelle Bugbee, Associate Patent Counsel
The Top-Flite Golf Company
425 Meadow Street, P.O. Box 901
Chicopee, MA 01021-0901

5. Since the error was incurred through the fault of the Patent and Trademark Office, no fee is due for this correction. In the event that a fee is due, please charge any fee to Deposit Account No. **17-0150**.

Respectfully submitted,
Michael J. Sullivan

**Date:** August 25, 2003
Customer No. 24492
(413) 322-2937

**By:** Michelle Bugbee
Michelle Bugbee, Senior Patent Counsel
Reg. No. 42,370
The Top-Flite Golf Company
425 Meadow Street, P.O. Box 901
Chicopee, Massachusetts 01021-0901

Other Enc.: Return Receipt Postcard (MPEP 503)
cc: Richard M. Klein, Esq. (SLD 2 0035-3-3-1-1-1)

PTO/SB/44 (05-03)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO : 6,503,156 B1

DATED : January 7, 2003

INVENTOR(S) : Michael J. Sullivan

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

(63) "Continuation of application No. 09/776,878, filed on Feb. 2, 2001" should read - - Continuation of application No. 09/776,278, filed on Feb. 2, 2001- -.

And,

"now Pat. No. 6,210,393" should read - - now Pat. No. 6,210,293- -

MAILING ADDRESS OF SENDER: Michelle Bugbee, Senior Patent Counsel
The Top-Flite Golf Company
425 Meadow Street
Chicopee, MA 01013-2234

PATENT NO. 6,503,156 B1

No. of additional copies

⇨

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/44 (05-03)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO : 6,503,156 B1

DATED : January 7, 2003

INVENTOR(S) : Michael J. Sullivan

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

(63) "Continuation of application No. 09/776,878, filed on Feb. 2, 2001" should read - - Continuation of application No. 09/776,278, filed on Feb. 2, 2001- -.

And,

"now Pat. No. 6,210,393" should read - - now Pat. No. 6,210,293- -

MAILING ADDRESS OF SENDER: Michelle Bugbee, Senior Patent Counsel
The Top-Flite Golf Company
425 Meadow Street
Chicopee, MA 01013-2234

PATENT NO. 6,503,156 B1

No. of additional copies

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



(12) **United States Patent**
**Sullivan**

(10) **Patent No.:** US 6,503,156 B1
(45) **Date of Patent:** *Jan. 7, 2003

(54) **GOLF BALL HAVING MULTI-LAYER COVER WITH UNIQUE OUTER COVER CHARACTERISTICS**

(75) Inventor: Michael J. Sullivan, Barrington, RI (US)

(73) Assignee: Spalding Sports Worldwide, Inc., Chicopee, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/873,642

(22) Filed: Jun. 4, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/776,878, filed on Feb. 2, 2001, which is a continuation of application No. 09/470,196, filed on Dec. 21, 1999, now Pat. No. 6,210,393, which is a continuation of application No. 08/870,585, filed on Jun. 6, 1997, now abandoned, which is a continuation of application No. 08/556,237, filed on Nov. 9, 1995, now abandoned, which is a continuation-in-part of application No. 08/070,510, filed on Jun. 1, 1993, now abandoned.

(51) Int. Cl.[7] .................... A63B 37/12
(52) U.S. Cl. .................... 473/374
(58) Field of Search .................... 473/378, 377, 473/376, 372, 371, 370, 373, 374

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,741,480 A 4/1956 Smith
2,973,800 A 3/1961 Muccino
3,053,539 A 9/1962 Piechowski
3,264,272 A 8/1966 Rees
3,313,545 A 4/1967 Bartsch
3,372,123 A 3/1968 Brice
3,384,612 A 5/1968 Brandt et al.
3,395,109 A 7/1968 Molitor et al.
3,458,205 A 7/1969 Smith et al.
3,502,338 A 3/1970 Cox
3,534,965 A 10/1970 Harrison et al.
3,572,721 A 3/1971 Harrison et al.

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

CA 2137841 6/1995
EP 0589647 3/1994
EP 0630665 12/1994
EP 0637459 2/1995
GB 494031 10/1938

(List continued on next page.)

OTHER PUBLICATIONS

Bayer Corporation, "Engineering Polymers Properties Guide Thermoplastics and Polyurethanes," brochure, pp. 2–7, 28–29.
A Properties Guide, "Engineering Polymers Thermoplastics and Thermosets," Miles Inc., 1–23 (1994).
Polyurethane Handbook, "Chemistry–Raw Materials–Processing Applications–Proeprties," edited by Oertel et al., Hanser/Gardner Publications, Inc., 101, 102 (1994).

(List continued on next page.)

*Primary Examiner*—Steven Wong
*Assistant Examiner*—Raeann Gorden

(57) **ABSTRACT**

The present invention is directed to an improved multi-layer golf ball comprising a core, an inner cover layer and an outer cover layer. The inner cover layer is comprised of a low acid ionomer blend which may or may not include a filler such as zinc-stearate. The outer cover layer is comprised of a soft, non-ionomeric thermoplastic or thermosetting elastomer such as polyurethane, polyester or polyesteramide. The resulting multi-layered golf ball of the present invention provides for enhanced distance without sacrificing playability or durability when compared to known multi-layer golf balls.

**11 Claims, 1 Drawing Sheet**







UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 09/873,642 | 06/04/2001 | 3711 | 710 | P-3724-F1-C1-C3 | 1 | 17 | 3 |

JUN 28 2001

**CONFIRMATION NO. 5311**

**FILING RECEIPT**

24492
MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

Date Mailed: 06/25/2001

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Customer Service Center. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

Michael J. Sullivan, Barrington, RI;

**Assignment For Published Patent Application**

SPALDING SPORTS WORLDWIDE, INC., Chicopee, MA;

**Domestic Priority data as claimed by applicant**

THIS APPLICATION IS A CON OF 09/776,278 02/02/2001
WHICH IS A CON OF 09/470,196 12/21/1999 PAT 6,210,293
WHICH IS A CON OF 08/870,585 06/06/1997
WHICH IS A CON OF 08/556,237 11/09/1995 ABN
WHICH IS A CIP OF 08/070,510 06/01/1993 ABN

**Foreign Applications**

**If Required, Foreign Filing License Granted** 06/22/2001

**Projected Publication Date:** 10/04/2001

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

      Golf ball having multi-layer cover with unique outer cover characteristics

**Preliminary Class**

      473

**Data entry by :** ZEWDIE, HULEMENAYE      **Team :** OIPE      **Date:** 06/25/2001

TO : MAJ On (● date): 10-9-03 Pat. N● 6503156
Team Leaders Initials

INFO SUPPLIED BY: ____________
OAC/LDRC Initials

SECOND REQUEST (DIFFERENT CORRECITONS), SUPERSEDE OR RECONSIDERATION
(OAC OR LDRC, USE A RED PEN FOR COMPLETING INFO, ON THIS COVER SHEET)

Team Leader, an Office Automation Clerk may assist you by supplying data from CofC Database (Current & History), PALM, and copies from Intranet, to determine type of request (second request, supersede, and/or reconsideration) and to determine if there were any errors made in decisions and/o publishing are attributable. Team Leader, check appropriate boxes below, key record (if necessary) a forward to JCWS, to order file and assign file to an LIE, to EXPEDITE.

Team Leader, DO NOT ORDER FILE.

↓ S T A P L E H E R E ↑

MRD (for request attached to this cover sheet): 8/27/03 (Team Leader have LDRC, stamp same MRD on 10

File Charged to (in PALM): 7580 Date Charged to Loc.: 10/6/03

Information re most recent record in CofC database(Check Current & History)

MRD: 1/22/03 Examiner (LIE's initials): MYD

Date Assigned: 10/7/03 Turned In: ___/___/___

CofC Issued: ___/___/___ CofC Denied: ___/___/___ Updated: Y / N Date: ___/___/___

Patent number listed on C of C listing in OG ((circle one) Y / N

CofC Issued for this record is attached to patent on Internet (circle one) Y / (N)

New/different correction(s) requested. Check Intranet or with RTIS. (circle one) Y / N

☐ Duplicate (same heading and corrections published/issued CofC on Intranet. (circle one) Y / N

☐ New or (Second Request) requesting new/different corrections or additional corrections. TEA LEADER, DO NOT ORDER FILE. If necessary, call attorney/applicant for assistance in determinin new/different corrections. Team Leader, key new a record on: ___/___/___. Place request witl CofCs keyed same week, to be screened to determine if "P", "R", or "RTC" (add to total keyed). Mark through any corrections on 1050, that were appropriately published; or JCWS assign to:____

☐ Reconsideration ☐ Supersede ☐ Special CofC ☐ Erratum ☐ Expedite CofC

Team Leader, determine if a Request for a Corrected CofC (Supersede) or Reconsideration, c to error in decisions or keying, attributable to (check the appropriate box, below):

☐ RTIS Keying Error ☐ LIE: ______ LIE Processing or Decision Error ☐ OFFICE Error in Entry of Document or Ex. Decision ☐ ATTY. 1.323 Consideratio or Petition Requir

If errors are attributable to LIE, use guidelines for appropriately notifying the LIE and recor errors (make copies supporting that the LIE made error, attach copies to this cover sheet, kee copies for your records, and forward copies to CBN, at the end of each month).

☐ JW or OL, locate request for CofC published on: ___/___/___ and return to:___
(Circle OAC Initials)

☐ ____________ Team Leader keyed record on on: ____________
Team Leader 's Note Your Initials (For MRD, use date faxed or issue date on CofC from RTIS.

☐ JCWS, order file and assign or reassign to an LIE/to: ________

Comments/ Instructions: ____________________________________________

☐ SEE REVERSE SIDE, FOR ADDITIONAL COMMENTS/INSTRUCTIONS) (Revised 08/15/2003 cb

Supplemental [illegible] 15 [illegible]



**UNITED STATES PATENT AND TRADEMARK OFFICE**
UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE
Alexandria, Virginia 22313

Patent No. 6503156 Paper No. 13

# NOTICE OF *INTER PARTES* REEXAMINATION

Notice is hereby given that a request for *inter partes* reexamination of U.S. Patent No. 6503156 was filed on 1/11/06 under 35 U.S.C. 311(a) and 37 CFR 1.913.

The reexamination proceeding has been assigned Control No. 95/000,121.

This Notice incorporates by reference into the patent file, all papers entered into the reexamination file.

**Note: This Notice should be entered into the patent file and given a paper number.**

COPY FOR PATENT

# OFFICIAL COMMUNICATION FACSIMILE

## CENTRAL REEXAMINATION UNIT (FAX NO: 571-273-9900)

**Number of pages including this page** 15

In re Sullivan )
Reexamination Proceeding )
Control No.: 95/000,120 ) Examiner: Michael W. O'Neill
Filed: January 17, 2006 ) Art Unit: 3993
For: U.S. Patent No. 6,210,293 )

In re Sullivan )
Reexamination Proceeding )
Control No.: 95/000,121 ) Examiner: Michael W. O'Neill
Filed: January 17, 2006 ) Art Unit: 3993
For: U.S. Patent No. 6,503,156 )

FAX RECEIVED
MAR 22 2006
REEXAM UNIT

In re Sullivan )
Reexamination Proceeding )
Control No.: 95/000,122 ) Examiner: Michael W. O'Neill
Filed: January 17, 2006 ) Art Unit: 3993
For: U.S. Patent No. 6,506,130 )

In re Sullivan )
Reexamination Proceeding )
Control No.: 95/000,123 ) Examiner: Michael W. O'Neill
Filed: January 17, 2006 ) Art Unit: 3993
For: U.S. Patent No. 6,595,873 )

The following documents are attached to this facsimile communication cover sheet, which was facsimiled to the United States Patent and Trademark Office on March 22, 2006: Revocation and New Power of Attorney documents and a Certification Under 37 C.F.R. § 1.903.

Respectfully submitted,

Date: March 22, 2006

Dorothy P. Whelan (Reg. No. 33,814)
J. Patrick Finn III (Reg. No. 44,109)

Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

**NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at (612) 335-5070 to arrange for its return. Thank you.**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No. : 6,210,293
Issue Date : April 3, 2001
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,120
Filed : January 17, 2006

Art Unit : 3993
Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒ A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1. Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2. Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3. Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

March 22, 2006
Date of Transmission

Judy Wasilkus
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

Patent No. : 6,210,293
Issued : April 3, 2001
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,120
Filed : January 17, 2006
Page : 2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

03/22/2006 08:19 FAX 612 288 9696 FISH AND RICHARDSON 004/015

Patent No. : 6,210,293
Issued : April 3, 2001
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,120
Filed : January 17, 2006
Page : 3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: March 21, 2006

Michael J. Rider, Esq.

Title: Senior Vice President, General Counsel

LEGAL
MJR

6210293.doc

PAGE 4/15 * RCVD AT 3/22/2006 9:19:43 AM [Eastern Standard Time] * SVR:USPTO-EFXRF-2/10 * DNIS:2739900 * CSID:612 288 9696 * DURATION (mm-ss):07-38

CW 0308167

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No. : 6,503,156
Issue Date : January 7, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,121
Filed : January 17, 2006

Art Unit : 3993
Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒ A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1. Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2. Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3. Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

March 22, 2006
Date of Transmission

Judy Wasilkus
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

Patent No. : 6,503,156
Issued : January 7, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,121
Filed : January 17, 2006
Page : 2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

Patent No. : 6,503,156
Issued : January 7, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,121
Filed : January 17, 2006
Page : 3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: March 21, 2006

Michael J. Rider, Esq.

Title: Senior Vice President, General Counsel

LEGAL

6503156.doc

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No. : 6,506,130
Issue Date : January 14, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,122
Filed : January 17, 2006

Art Unit : 3993
Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒ A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1. Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2. Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3. Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

March 22, 2006
Date of Transmission

Judy Wasilkus
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

Patent No. : 6,506,130
Issued : January 14, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,122
Filed : January 17, 2006
Page : 2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

Patent No. : 6,506,130
Issued : January 14, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,122
Filed : January 17, 2006
Page : 3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: March 21, 2006

Michael J. Rider, Esq.

Title: Senior Vice President,
General Counsel

6506130.doc

03/22/2006 08:22 FAX 612 288 9696 FISH AND RICHARDSON ☑011/015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No. : 6,595,873
Issue Date : July 22, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,123
Filed : January 17, 2006

Art Unit : 3993
Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒ A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1. Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2. Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3. Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

March 22, 2006
Date of Transmission

Judy Wasilkus
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

PAGE 11/15 * RCVD AT 3/22/2006 9:19:43 AM [Eastern Standard Time] * SVR:USPTO-EFXRF-2/10 * DNIS:2739900 * CSID:612 288 9696 * DURATION (mm-ss):07-38

CW 0308174

Patent No. : 6,595,873
Issued : July 22, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,123
Filed : January 17, 2006
Page : 2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

03/22/2006 08:23 FAX 612 288 9696 FISH AND RICHARDSON 013/015

Patent No. : 6,595,873
Issued : July 22, 2003
Applicant : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,123
Filed : January 17, 2006
Page : 3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: March 21, 2006

Michael J. Rider, Esq.

Title: Senior Vice President,
General Counsel

LEGAL MJR

6595873.doc

PAGE 13/15 * RCVD AT 3/22/2006 9:19:43 AM [Eastern Standard Time] * SVR:USPTO-EFXRF-2/10 * DNIS:2739900 * CSID:612 288 9696 * DURATION (mm-ss):07-38

CW 0308176

03/22/2006 08:24 FAX 612 288 9696 FISH AND RICHARDSON 014/015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Sullivan | ) | |
| Reexamination Proceeding | ) | |
| Control No.: 95/000,120 | ) | Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) | Art Unit: 3993 |
| For: U.S. Patent No. 6,210,293 | ) | |
| In re Sullivan | ) | |
| Reexamination Proceeding | ) | |
| Control No.: 95/000,121 | ) | Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) | Art Unit: 3993 |
| For: U.S. Patent No. 6,503,156 | ) | |
| In re Sullivan | ) | |
| Reexamination Proceeding | ) | |
| Control No.: 95/000,122 | ) | Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) | Art Unit: 3993 |
| For: U.S. Patent No. 6,506,130 | ) | |
| In re Sullivan | ) | |
| Reexamination Proceeding | ) | |
| Control No.: 95/000,123 | ) | Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) | Art Unit: 3993 |
| For: U.S. Patent No. 6,595,873 | ) | |

Central Reexamination Unit
571-273-9900

**CERTIFICATION UNDER 37 C.F.R. § 1.903**

In accordance with the requirements of 37 C.F.R. § 1.903, Patent Owner, Callaway Golf Company ("Callaway Golf"), hereby certifies that service of the accompanying Revocation and New Power of Attorney documents for the above-referenced *inter partes* reexamination proceedings was made by U.S. first class mail on March 22, 2006, to the following attorneys for Acushnet Company:

Alan M. Grimaldi (Reg. No. 26,599)
Joseph P. Lavelle (Reg. No. 31,036)
Andrew R. Sommer (Reg. No. 53,932)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

1

PAGE 14/15 * RCVD AT 3/22/2006 9:19:43 AM [Eastern Standard Time] * SVR:USPTO-EFXRF-2/10 * DNIS:2739900 * CSID:612 288 9696 * DURATION (mm-ss):07-38

CW 0308177

The accompanying Revocation and New Power of Attorney documents for the above-referenced *inter partes* reexamination proceedings also were sent to the attorneys for Acushnet Company via facsimile (202-383-6610) on March 22, 2006.

The Director is authorized to charge any fees or credit any overpayments to Deposit Account No. 06-1050.

Respectfully submitted,

Date: March 22, 2006

Dorothy P. Whelan (Reg. No. 33,814)
J. Patrick Finn III (Reg. No. 44,109)

Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-F1-C1-C3 |

**CONFIRMATION NO. 5311**

*OC000000018348728*

24492
THE TOP-FLITE GOLF COMPANY, A WHOLLY OWNED
SUBSIDIARY OF CALLAWAY GOLF COMPANY
2180 RUTHERFORD ROAD
LEGAL DEPT
CARLSBAD, CA 92008-7328

Date Mailed: 03/23/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/22/2006.

- The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

M. A. Twitty
MARSHA A TWITTY
3999 (571) 272-7750

OFFICE COPY



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
| --- | --- | --- | --- |
| 09/873,642 | 06/04/2001 | Michael J. Sullivan | P-3724-F1-C1-C3 |

**CONFIRMATION NO. 5311**

*OC000000018348755*

Dorothy P. Whelan
Fish & Richardson P. C.
P. O. Box 1022
Minneapolis, MN 55440-1022

Date Mailed: 03/23/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/22/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

---

M. A. Twitty
MARSHA A TWITTY
3999 (571) 272-7750

OFFICE COPY



Page 1 of 1

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

CORRECTED BIB DATA SHEET

CONFIRMATION NO. 5311

| SERIAL NUMBER | FILING OR 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/873,642 | 06/04/2001<br>RULE | 473 | 3711 | P-3724-F1-C1-C3 |

**APPLICANTS**

Michael J. Sullivan, Barrington, RI;

** **CONTINUING DATA** *************************

This application is a CON of 09/776,278 02/02/2001 PAT 6,595,873
which is a CON of 09/470,196 12/21/1999 PAT 6,210,293
which is a CON of 08/870,585 06/06/1997 ABN
which is a CON of 08/556,237 11/09/1995 ABN
which is a CIP of 08/070,510 06/01/1993 ABN

** **FOREIGN APPLICATIONS** ********************

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 06/22/2001

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged ____ Examiner's Signature Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| | RI | 1 | 17 | 3 |

**ADDRESS**

Dorothy P. Whelan
Fish & Richardson P. C.
P. O. Box 1022
Minneapolis ,MN 55440-1022

**TITLE**

IMPROVED MULTI-LAYER GOLF BALL

| FILING FEE RECEIVED | FEES: Authority has been given in Paper | |
|---|---|---|
| 1010 | No. ________ to charge/credit DEPOSIT ACCOUNT<br>No. ________ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other ________<br>☐ Credit |