IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>            Plaintiff,<br>      v.<br><br>ACUSHNET COMPANY,<br><br>            Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF FILING IN PAPER FORMAT

NOTICE IS HEREBY GIVEN that the documents listed below have been manually filed with the Court due to their voluminous size and are maintained in paper form only in the case file in the Clerk's Office:

- Public Version of the Declaration of Thomas L. Halkowski in Support of Callaway Golf Company's Brief in Support of its Motion for Summary Judgment of Breach of Contract

- Public Version of the Declaration of Thomas L. Halkowski in Support of Callaway Golf Company's Brief in Support of its Motion for Summary Judgment of No Anticipation

- Public Version of the Declaration of Thomas L. Halkowski in Support of Callaway Golf Company's Opening Markman Brief

Dated: August 14, 2007        FISH & RICHARDSON P.C.

                              By:  */s/ Thomas L. Halkowski*
                                   Thomas L. Halkowski (#4099)
                                   919 N. Market Street, Suite 1100
                                   P.O. Box 1114
                                   Wilmington, DE 19899-1114
                                   Tel:  (302) 652-5070

                                   Frank E. Scherkenbach
                                   225 Franklin Street
                                   Boston, MA 02110-2804
                                   Tel:  (617) 542-5070

                                   Roger A. Denning
                                   David S. Shuman
                                   12390 El Camino Real
                                   San Diego, CA 92130
                                   Tel: (858) 678-5070

                              Attorneys for Plaintiff
                              CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed with the Clerk of Court this **NOTICE OF FILING IN PAPER FORMAT** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Brian A. Rosenthal, Esq.
Alan M. Grimaldi, Esq.
Joseph P. Lavelle, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80048056.doc80048056.doc