Table 11. Fillers Suitable for Silicone Polymers[a]

| Filler | Particle size | | Reinforcement produced in silicone gums | |
| | Mean diameter, μm | Surface area, m²/g | Tensile strength, MPa[b] | Elongation, % |
|---|---|---|---|---|
| *Reinforcing* | | | | |
| silica aerogel | 0.03 | 110–150 | 4.1–6.9 | 200–350 |
| fumed silica | 0.015–0.02 | 175–200 | 4.1–12.4 | 300–600 |
| acetylene black | 0.045 | 78–85 | 4.1–6.2 | 200–350 |
| *Semireinforcing and nonreinforcing* | | | | |
| flux-calcined diatomaceous silica | 1–5 | < 5 | 2.7–5.5 | 75–200 |
| calcined diatomaceous silica | 1–5 | < 5 | 2.7–5.5 | 75–200 |
| calcined kaolin | 1–5 | < 5 | 2.7–5.5 | 75–200 |
| precipitated calcium carbonate | 0.03–0.05 | 32 | 2.7–4.1 | 100–300 |
| ground silica | 5–10 | | 0.7–2.8 | 200–300 |
| ground silica | 1–10 | | 0.7–2.8 | 200–300 |
| ground silica | 5 | | 0.7–2.8 | 200–300 |
| zinc oxide | 0.3 | 3.0 | 1.4–3.5 | 100–300 |
| iron oxide | <1 | | 1.4–3.5 | 100–300 |
| zirconium silicate | | | 2.8–4.1 | 100–300 |
| titanium dioxide | 0.3 | | 1.4–3.5 | 300–400 |

[a] Ref. 352.

[b] To convert MPa to psi, multiply by 145.

compound. In an early method the filler is treated with chlorosilanes or other reactive silanes, and the HCl or other reaction products are removed by purging the filler mass with an inert gas (354). Cyclic siloxane oligomers are now widely used to treat filler for silicone elastomers (350).

The extremely high surface silicas used as fillers present the same storage and handling problems as the fluffy carbon blacks. Typical bulk densities for fumed silicas as collected from the fuming operation are 32–80 kg/m³. They can be increased to 160–240 kg/m³ by mechanical compaction and deaeration, but even this density requires a large storage area for a reasonable working supply. Bulk shipping techniques continue to improve. Filler is frequently transported in bags, from which it may be fed to conveyors or sent to bulk storage. Semi-fluidized pneumatic transfer to and from specially designed rail cars and storage silos is practical, but requires attention to loss at the point of discharge. Automatic equipment for weighing the proper charge of filler to batch compounding systems can be adapted to handling low density silicas. From a safety standpoint, handling any finely divided filler requires respirators or dust masks. However, the fumed oxides are in the form of spheres of amorphous silica, which, in contrast to crystalline silica dust, are considered incapable of inducing silicosis (355).

Oligomers of polydimethylsiloxane can be polymerized in the presence of fillers. Uncatalyzed base compounds for both RTV and heat-curing elastomers can be made in this way. However, optimal properties still depend on conventional compounding (356).

**RTV Rubbers.** Room temperature vulcanizing (RTV) silicone elastomers are supplied as uncured rubbers with liquid or pastelike consistencies. They are based on polymers of intermediate molecular weights and viscosities, eg,

CW 0308614

100–1,000,000 mm²/s at 25°C. Curing is based on chemical reactions that increase molecular weights and provide cross-linking; catalysts ensure cure control. The RTV silicone rubbers are available in two modifications. The cure reactions of one-component products are triggered by exposure to atmospheric moisture. Those of two-component products are triggered by mixing the two components, one of which consists of or contains the catalyst; the two components are supplied separately.

Fluids with silanol end groups are employed for most one-component products (340). The most widely used products are cured by reactions involving acetoxysilanes (357–360).

$$HO[Si(CH_3)_2O]_nH + 2 CH_3Si(CH_3CO_2)_3 \longrightarrow$$

$$(CH_3CO_2)_2(CH_3)SiO[Si(CH_3)_2O]_nSi(CH_3)(CH_3CO_2)_2 + 2 CH_3COOH$$

$$CH_3CO_2Si\langle + H_2O \longrightarrow HOSi\langle + CH_3COOH$$

$$CH_3CO_2Si\langle + HOSi\langle \longrightarrow \rangle SiOSi\langle + CH_3COOH$$

Cure is accelerated and controlled by catalysts, especially tin soaps (361). In the above sequence methyltriacetoxysilane functions as a vehicle for polymer chain extension and cross-linking. Analogous products based on methyltris(2-ethylhexanoyloxy)silane are also available (362). Cure proceeds by hydrolytic cleavage of the acyloxy group from silicon, followed by condensation of the silanol group formed with another acyloxy silicon, and so on. Evaporation of the acid by-product drives the reaction toward completion. The tin catalyst probably functions by forming an active complex with polymer silanol, which reacts with the cross-linking agent (363,364).

Other cure systems proceed similarly, but employ different silane curing agents. Commercial products based on methoxysilanes and catalyzed by titanium compounds (eg, chelates) sometimes have the advantage of releasing a hydrolysis product that is not acidic (365–368). Other products employ methoxy-functional cures catalyzed by tin compounds; methanol scavengers can be used to protect the polymer from tin-catalyzed alcoholysis. Alkoxysilanes are slower cross-linking agents than acetoxysilanes. Promoters are sometimes employed to get sufficiently fast cures (369–372). Acetone is the by-product from methyltris(isopropenoxy)silane (373,374). Products based on amino-, amido-, and ketoxysilanes are also available (375–377).

The most common cross-linkers are trifunctional silanes. Tetrafunctional silanes provide faster cures; eg, cure times with tetraethoxysilane are shorter than with triethoxysilanes. Small multifunctional siloxane oligomer molecules can also be used, such as $[R_nX_{3-n}Si]_2O$, where $n = 0$–3, R is alkyl, and X is the reactive function (343,363). The fillers and additives used in these products must be compatible with the curing agent; that is, they must be dry.

The one-component RTV rubbers are made by mixing polymers, fillers, additives, curing agents, and catalysts. The mixture is packaged to protect it from moisture, which may trigger cure. The time required for cure depends on the curing system, temperature, humidity, and thickness of the silicone layer. Under

crease
l. The
ions of
Those
one of
ipplied

it prod-
ing ace-

H₃COOH

. In the
r chain
!-ethyl-
eavage
l group
product
ions by
e cross-

curing
anium
rolysis
ctional
protect
s-link-
to get
methyl-
ketox-

ctional
shorter
lecules
is the
s must

rs, ad-
it from
on the
Under

typical ambient conditions the surface can be tack free in 15–30 min; a 0.3-cm thick layer cures in less than one day. As cure progresses, strength develops slowly for about three weeks (340,378,379).

The original viscosity of these RTV materials depends principally on that of the polymer components and the filler loading. Filler and original polymer properties and cross-link density affect the ultimate strength of the fully cured elastomer; most commercial products are based on polydimethylsiloxanes. Polymers with substituents other than methyl modify and improve certain properties; eg, trifluoropropyl groups improve solvent resistance. Some products are compounded with fillers and additives to be pourable, and others to be thixotropic. Silica-filled polydimethylsiloxane systems, lacking pigments and other additives, cure to form translucent rubbers. Since the specific gravity of silicas (ca 2.2) exceeds that of siloxanes (ca 1.0), the specific gravity of the RTV rubbers depends on the filler loading. Physical properties of similar cured acetoxy RTV formulations are shown in Table 12 (380).

**Table 12. Physical Properties of RTV Rubbers[a]**

| Specific gravity[b] | Durometer hardness, Shore A | Tensile strength, MPa[c] | Elongation, % |
|---|---|---|---|
| 1.18 | 45 | 2.4 | 180 |
| 1.30 | 50 | 3.1 | 140 |
| 1.33 | 50 | 3.4 | 200 |
| 1.37 | 55 | 3.8 | 120 |
| 1.45 | 60 | 4.5 | 110 |
| 1.45 | 60 | 5.2 | 160 |
| 1.48 | 65 | 4.8 | 110 |

[a] Ref. 380.
[b] With increasing filler loading.
[c] To convert MPa to psi, multiply by 145.

Formulations with different curing systems, polymer molecular weights and structures, cross-link densities, and other characteristics offer a broad spectrum of product properties. For example, one-component products are available with elongations as high as 1000%. Typical properties of representative cured RTV silicone rubbers are shown in Tables 13 and 14 (378,379,381–387).

**Table 13. Cure Properties of Typical RTV Silicone Rubbers[a]**

| Property | One component | | Two components | |
|---|---|---|---|---|
| | General purpose | Construction sealant | Adhesive sealant | Molding compound |
| hardness, Shore A, durometer | 30 | 22 | 50 | 60 |
| tensile strength, MPa[b] | 2.4 | 1.0 | 3.4 | 5.5 |
| elongation, % | 400 | 850 | 200 | 220 |
| tear strength, J/cm²[c] | 0.80 | 0.35 | 0.52 | 1.75 |

[a] Refs. 378, 379, 381–385.
[b] To convert MPa to psi, multiply by 145.
[c] To convert J/cm² to lbf/in., multiply by 57.1.

CW 0308616

**Table 14. Thermal and Electrical Properties of Cured Silicone Elastomers[a]**

| Property | Typical range |
|---|---|
| useful temperature range, °C | − 60 to 260 |
| with thermal stabilizers | − 110 to 250 |
| thermal conductivity, W/(m·K) | 1.7–3.4 |
| coefficient of thermal expansion, per °C | $3.5 \times 10^{-4}$ |
| dielectric strength, V/μm | 20 |
| dielectric constant at 100 Hz | 3.5–4.5 |
| dissipation factor at 100 Hz | 0.01–0.02 |
| volume resistivity, Ω·cm | $10^{14}$–$10^{15}$ |

[a] Refs. 378, 379, 381–387.

The one-component RTV silicone rubbers are mostly used in adhesive and sealant applications. Other uses include formed-in-place gasketing, protective coatings, and encapsulation; bonding properties are important. Many formulations provide self-bonding to most metals, glass, ceramics, concrete, and plastics. For example, bonds to aluminum with >1.38 MPa (200 psi) shear strength and 0.35 J/cm² (20 lbf/in.) tear strength are reported; good bonds are formed with copper and acrylic resins. Bonding can be improved by applying a primer to the substrate. These primers are solutions of reactive silanes or resins that dry (cure) on the substrate, leaving a modified silicone bondable surface. Bond strength develops as the RTV cure progresses and can require up to 2–3 weeks (362,388–391).

The two-component RTV silicone rubbers are available in a wide range of initial viscosities, from as low as an easily pourable 100-mm²/s material to as high as the stiff pastelike materials of over 1,000,000 mm²/s at 25°C (383). Curing system, polymer molecular weight and structure, cross-link density, filler, and additives can be varied and combined, giving a group of products whose properties cover a wider range than that encompassed by the one-component products. The highest strength RTV rubbers are provided by two-component RTV technology. On the other hand, products that cure to a mere gel are also available (392). Unfilled resin-reinforced compositions can provide optical clarity (393,394). Polymers with phenyl, trifluoropropyl, cyanoethyl, or other substituents can be used with or in place of polydimethylsiloxanes for low temperature-, heat-, radiation-, and solvent-resistant elastomers (67,383,395).

The two-component RTV silicone rubbers do not require atmospheric moisture to trigger cure. Several different curing systems are employed, with different advantages. For example, the silanol-terminated silicone polymer is treated with alkoxy-functional silicon curing agents:

$$3 \; HO[Si(CH_3)_2O]_nH + CH_3Si(OC_2H_5)_3 \xrightarrow{\text{catalyst}} CH_3Si\{O[(CH_3)_2SiO]_nH\}_3 + 3 \; C_2H_5OH$$

The catalyst is usually a tin salt. The product can be designed in such a way that the polymers and curing agent are in one package and the catalyst alone or the curing agent and the catalyst in the other. Cure is triggered by mixing the contents of the two packages. Fillers and additives are incorporated in the formulations according to the desired product properties (7,396).

In one example the polymers are mixed with filler and ethyl silicate as the curing agent. Dibutyl tin dilaurate catalyst is stirred in, and polymerization



ol. 15

begins immediately with the elimination of ethyl alcohol. The pot life and work life depend on temperature and catalyst type and concentration: pot life is a few hours at room temperature and can be prolonged by cooling. The time required to obtain a firm cure is approximately one day at room temperature and ca 1 h at 150°C (383). The cure rate is increased markedly with accelerators, such as 3-aminopropyltriethoxysilane (397).

The reaction of silanol-terminated silicone polymers with hydride-functional siloxanes is another route to RTV two-component products. The hydrogen gas generated as by-product can be used for foaming.

$$\equiv SiOH + HSi\equiv \xrightarrow{\text{tin salt}} \equiv SiOSi\equiv + H_2$$

ve and
tective
rmula-
lastics.
th and
d with
to the
(cure)
rength
—391).
nge of
l to as
Curing
er, and
perties
s. The
iology.
(392).
. Poly-
ie used
ation-,

c mois-
fferent
d with

f

y that
or the
ng the
he for-

as the
ization

When foaming is not desired, this type of product is usually restricted to thin films of RTV rubber (7).

Despite the commercial importance of products based on these RTV cure systems, little has been published concerning their chemistry. It has been shown that, in the RTV system involving silanols and ethyl silicate, ethanol evolves and siloxanes form; the reaction requires a tin compound initiator, which forms SiOSn compounds with ethyl silicate (398).

Hydrosilation curing gives two-component RTV rubbers without liberating a by-product. This cure system is based on the addition of silicon hydride to olefin. In practice, vinyl-functional silicone polymers are used with hydride-functional siloxanes as curing agent.

$$\equiv SiCH=CH_2 + HSi\equiv \longrightarrow \equiv SiCH_2CH_2Si\equiv$$

The reaction proceeds at room temperature in the presence of a catalyst, eg, chloroplatinic acid or another solubilized platinum compound. The hydrosilation cure of two-component RTV rubbers can be formulated in various ways. Fillers and additives are used according to the desired properties, but their character is restricted because of the sensitivity of platinum catalysts to poisoning. The catalyst is usually included with the vinyl-functional silicone polymers in the first package, and the hydride-functional siloxane curing agent, perhaps with additional vinyl polymers, in the second. The proportions used determine the ratio in which the two packages are mixed to give a cured elastomer with optimal properties. The pot life of these products is a few hours at room temperature (7,383,399).

Although in the other cure systems for RTV rubbers cross-links are established by the formation of new siloxane bonds by condensation reactions, this hydrosilation reaction creates ethylene bridges $\equiv Si-CH_2CH_2-Si\equiv$ between polymer chains. At room temperature, cure requires several days, but is usually run at higher temperatures (50–100°C). Control of the environment is important because the catalyst can be poisoned; water and alcohols react with Si—H in the presence of these catalysts: $\equiv SiH + H_2O \longrightarrow \equiv SiOH + H_2$. This reaction can also

CW 0308618

be used to produce foamed rubber. Such materials, formulated for flame retardancy, are employed in wall construction to hinder the spread of fire.

The two-component RTV silicone rubbers are extensively used in encapsulating and molding applications, as well as for bonding, sealing, protective coatings, and electrical insulation. They afford longer work life and faster cures than the one-component products and are used in applications that require cure of thick sections. These cured RTV rubbers often do not adhere to other surfaces and are most suitable for fabricating flexible molds. They can be easily molded into various articles (340,383–385,388). Silicone elastomer emulsions made with hydrosilation-curing systems (latexes) are used for coatings (400).

The two-component RTV rubbers are less prone to self-bonding than the one-component materials; primers are applied where adhesion is needed. Lap-shear adhesion strengths exceeding 3.4 MPa (500 psi) have been reported on primed aluminum (389,390).

Batch equipment for RTV compounding includes vertical overlapping blade mixers with interchangeable bodies or cans, which can be lowered for product transfer or cleanout; they are called change-can mixers. Mixing cycles may be longer than in dough-mixer compounding since the lower viscosity polymers employed offer less resistance and delay the high shear necessary for deagglomeration of filler aggregates and good dispersion in the polymer. Compounding recipes differ from those for heat-cured rubber.

In one-component formulations that rely for cure on the reaction between a reactive cross-linking agent and atmospheric moisture, the ingredients must be thoroughly dried, or a drying step must be included in the compounding cycle. As more filler is added during compounding, the resistance to mixing tends to peak until "wetting-in" is reached. The moisture-sensitive cross-linking agent is usually added last; this step can be performed separately. When the uncatalyzed base compound and cross-linking agent are mixed, the effective viscosity sometimes passes through a maximum. As the early chemical interactions are resolved, the typical consistency is obtained. Allowance for elevated effective in-process viscosities must be made when mixing equipment is specified. Silica-reinforced uncatalyzed base compounds harden (develop structure) on storage, and the addition of catalyst should not be delayed.

Although formulations vary widely, a simple one-component acetoxysilane curing formulation might have the approximate composition given in Table 15. The silicone polymer may be a silanol-terminated polydimethylsiloxane with a viscosity of ca 10,000 $mm^2/s$ (=cSt), fumed silica is the reinforcing filler, and dibutyl tin dilaurate is the catalyst. Lower molecular weight silanol-functional fluids provide process aids. Such fluids have viscosity values of less than 200 $mm^2/s$ (=cSt) and may contain some branching; hydroxy group contents are between 0.1 and 8% (359).

For two-component formulations each part may contain varying proportions of filler and polymer. The second part contains the curing catalyst and possibly the cross-linking agent and pigments. By proper design of the compound, the proportions of first and second parts to be used may be adjusted for convenient handling and metering. (From 1 to 20 parts of the first part are typically used per part of the second.) Milling on a three-roll paint mill may be necessary to

CW 0308619

Table 15. Acetoxysilane Curing Formulation

| Component | Parts by weight |
|---|---|
| base | |
| silicone polymer | 100 |
| reinforcing filler | 20 |
| process aids | 15 |
| pigment | 1 |
| curing agent | |
| cross-linking methyltriacetoxysilane | 5 |
| catalyst | 0.1 |

break down the last filler agglomerates, especially when sintered oxides or other hard fillers are used.

In continuous processing a devolatilizing extruder can be used to prepare RTV materials. The ingredients are incorporated at precise points in the production stream to obtain the desired degree of dispersion and chemical reaction. Base compounding and subsequent addition of catalyst for one-component formulations can be combined in one process. Special advantages are provided by systems that require unusually high shear mixing or that liberate substantial amounts of heat (401).

Continuous processing permits superior process control. A closed-loop process is illustrated in Figure 19. The feed rates of the ingredients can be monitored and adjusted to yield specific properties. The concentration of cross-linking agent, for example, can be continuously and automatically measured (402).



Fig. 19.   Continuous one-component RTV processing. Adapted from Ref. 402.

CW 0308620

The one-component RTV products are packaged in pails and drums with linings or seals to bar moisture. Many of these products are also packaged by automatic equipment into tubes and cartridges for dispensing by gun on assembly lines. in construction, or for home use.

Some two-component RTV products are sold as kits. in which the parts are formulated to afford the desired properties when used together. This is unnecessary when the second part contains only catalyst (383,385). Compounds that are packaged in hermetically sealed containers may be continuously deaerated by passing the compound as a thin film through an evacuated chamber. The two-component RTV products are packaged in cans, pails, and drums. Some curing agents are supplied in bottles or squeeze tubes.

New packaging materials and design innovations have made RTV products available in lighter, more economical, convenient containers; One Touch sealants from General Electric are easily dispensed from pressurized containers designed for consumer use, for example.

**Heat-cured Rubbers.** Many two-component RTV elastomers can be advantageously cured at 50–150°C, depending on the product and intended use, but RTV is characteristic. Hydrosilation-curing RTV compositions can be modified with inhibitors to become heat-curing systems. Some inhibitors are volatile vinyl or acetylenic compounds that are expelled at elevated temperatures, followed by cure. These volatile inhibitors may form vapor pockets that disrupt the integrity. of the cured rubber and mar its surface. Examples include olefinic nitriles and acetylenic alcohols, which form complexes with the platinum catalysts that are ruptured by heat (280,403). Inhibitors such as triallyl isocyanurate release the catalyst at elevated temperatures, but are not volatile and are quickly incorporated into the cured elastomer (281). Such inhibited products are used in applications where long pot lives (10–1000 h), are needed after mixing the two packages and where the option of heat curing is available for a cure in less than 1 h, and often in minutes or seconds. Liquid injection molding, electronic potting, and coating operations are such applications.

Unlike RTV compositions, most heat-curing silicone rubbers are based on high molecular weight polymer gums. Gums, fillers, and additives are mixed in dough mixers or Banbury mills. Catalysts are added on water-cooled rubber mills, which can be used for the complete process in small-scale operations (67,404–406).

Silicone rubbers are commercially available as gums, filler-reinforced gums, dispersions, and uncatalyzed and catalyzed compounds; the last are ready for use. Dispersions or pastes are stirred with solvents such as xylene. The following types of gums are commercially available: general purpose (methyl and vinyl), high and low temperature (phenyl, methyl, and vinyl), low compression set (methyl and vinyl), low shrink (devolatilized), and solvent resistant (fluorosilicone); properties are shown in Table 16.

The tensile strength of cured dimethylsilicone rubber gum is only ca 0.34 MPa (50 psi). Finely divided silicas are used for reinforcement. Other common fillers include mined silica, titanium dioxide, calcium carbonate, and iron(III) oxide. Crystallizing segments incorporated into the polymer also serve as reinforcement. For example, block copolymers containing silphenylene segments, $-[(CH_3)_2SiC_6H_4Si(CH_3)_2O]_{\overline{n}}$, may have cured gum tensile strengths of 6.8–18.6 MPa (1000–2700 psi) (119).



**Table 16. Properties of Silicone Gums[a]**

| Type | Density $d^{25}$, g/cm$^3$ | $T_c$, °C | Williams plasticity[b] |
|---|---|---|---|
| (CH$_3$)$_2$SiO | 0.98 | -123 | 95-125 |
| CH$_3$(C$_6$H$_5$)SiO | 0.98 | -113 | 135-180 |
| CH$_3$(CF$_3$CH$_2$CH$_2$)SiO | 1.25 | -65 | |

[a] Refs. 319, 386, 387, and 407.
[b] ASTM D926.

Consistencies of uncured rubber mixtures range from a tough putty to a hard deformable plastic. Those containing reinforcing fillers tend to stiffen, ie, develop structure, on storage. Additives, such as water, diphenylsilanediol, dimethylpinacoxysilane, or silicone fluids, inhibit stiffening (353,408,409).

The properties of fabricated rubber depend on the gum, filler, catalyst, additives, and solvents and their proportions. A high filler content increases hardness and solvent resistance and reduces elongation. The properties also depend on the thoroughness of mixing and the degree of wetting of the filler by the gum. The properties change as cure progresses and are stabilized by devolatilization. They are affected by the environment and aging.

Before being used, silicone rubber mixtures are freshened. Catalyst is added, and the mixture is freshly milled on rubber mills until the components band into smooth continuous sheets that are easily worked. Specific or custom mixtures are prepared by suppliers for particular product applications; hundreds of formulations have been compounded. A formula is designed to achieve some special operating or processing requirement, and formulations are classified accordingly (Table 17) (352,386-388).

Bouncing putty is a mixture of polydimethylsiloxane polymer gum, boric acid, special additives, fillers, and plasticizers. It flows on slow application of pressure like a highly viscous liquid, but on shock it behaves like an elastic solid and may even shatter (410,411).

Silicone rubbers are cured by several mechanisms. For hydrosilation cure high molecular weight polymers (gums) with vinyl functionality are combined with fluid hydride-functional cross-linking agents. The catalyst, a soluble platinum compound, is added with an inhibitor to prevent cure initiation before heating (176). High strength and solvent-resistant products are based on this technology (412,413).

Silicone rubber is usually cured by heating the reinforced polymer with a free-radical generator, eg, benzoyl peroxide. The predominant mechanism for polydimethylsiloxane elastomers appears to be one in which hydrogen is removed from the methyl groups and the resulting free radicals couple to form Si—CH$_2$CH$_2$—Si bridges:

$$(C_6H_5COO)_2 \longrightarrow 2\ C_6H_5COO\cdot$$

$$C_6H_5COO\cdot + (CH_3)_2SiO \longrightarrow \cdot CH_2(CH_3)SiO + C_6H_5COOH$$

$$2\ \cdot CH_2(CH_3)SiO \longrightarrow O(CH_3)SiCH_2CH_2Si(CH_3)O$$

When the polymer contains vinyl groups (usually <1%), the peroxide radical

CW 0308622

**Table 17. Properties of Silicone Rubber Classes[a]**

| Class | Hardness, durometer | Tensile strength, MPa[b] | Elongation, % | Compression set at 150°C for 22 h, % | Useful temperature range, °C Minimum | Maximum | Tear strength, J/cm[c] |
|---|---|---|---|---|---|---|---|
| general purpose | 40–80 | 4.8–7.0 | 100–400 | 15–50 | −60 | 260 | 0.9 |
| low compression set | 50–80 | 4.8–7.0 | 80–400 | 10–15 | −60 | 260 | 0.9 |
| extreme low temperature | 25–80 | 5.5–10.3 | 150–600 | 20–50 | −100 | 260 | 3.1 |
| extreme high temperature | 40–80 | 4.8–7.6 | 200–500 | 10–40 | −60 | 315 | |
| wire and cable | 50–80 | 4.1–10.3 | 100–500 | 20–50 | −100 | 260 | |
| solvent resistant | 50–60 | 5.8–7.0 | 170–225 | 20–30 | −68 | 232 | 1.3 |
| high strength flame retardant | 40–50 | 9.6–11.0 | 500–700 | | | | 2.8–3.8 |

[a] Refs. 352, 386–388.
[b] To convert MPa to psi, multiply by 145.
[c] To convert J/cm² to lbf/in, multiply by 57.1.

282

CW 0308623

fragment adds to the double bond to give a radical that leads to cure:

$$C_6H_5CO \cdot + CH_2=CHSiCH_3 \longrightarrow CH_2CHSiCH_3 \longrightarrow cure$$
$$\underset{\underset{O}{\overset{\|}{OCC_6H_5}}}{|}$$

The vinyl-based cure does not usually generate a benzoic acid by-product, which catalyzes decomposition or rearrangement of the siloxane polymer; it functions with less peroxide and works with peroxides that do not abstract hydrogen from methyl groups, eg, 2,5-dimethyl-2,5-di(t-butylperoxy)hexane (67,339).

Benzoyl peroxide is most widely used for these cures. About 1.5–2 wt % is used for gums free of vinyl groups and ca 1 wt % for vinyl gums, based on the weight of gum; the curing temperature is ca 120°C. Bis(2,4-dichlorobenzoyl) peroxide, t-butyl peroxybenzoate, and dicumyl peroxide are used to obtain special effects. For example, bis(2,4-dichlorobenzoyl) peroxide permits rapid cure in air at 315°C without the development of porosity, which would be caused by the volatilization of lower boiling catalysts (342). Chlorobenzoyl peroxides give chlorobiphenyl by-products (275).

Cure is also effected by gamma or high energy electron radiation, which causes scission of all types of bonds, including Si—O; the important cure reactions are those involving Si—C and C—H. Hydrogen, methane, and ethane evolve, and bridges between chains are formed by recombination of the radicals generated. These bridges include Si—CH$_2$—Si, Si—Si, and perhaps Si—CH$_2$CH$_2$—Si (414). An absorbed dose of 770–1300 C/kg ($3 \times 10^6$ to $5 \times 10^6$ roentgen) is required for effective cure; no acidic fragments remain in the polymer. Radiation cure can be used for thick sections, but high energy electrons penetrate to a depth of only a few millimeters (352).

Freshly mixed silicone rubber compounds are usually molded at 100–180°C and 5.5–10.3 MPa (800–1500 psi). Under these conditions thermal cure can be completed in minutes. The molds are usually lubricated with a 1–2 wt % aqueous solution of a household detergent. In the manufacture of insulated wire, rods, channels, tubing, and similar products, the compounds are extruded in standard rubber-extrusion equipment. The extruded rubber is heated briefly to set its properties; hot-air vulcanization at 300–450°C or steam at 0.28–0.70 MPa (40–100 psi) for several minutes is sufficient. Final properties can be developed by oven curing or by continuous steam vulcanization.

For coating silicone rubber on a fabric, eg, glass cloth, a dispersion in a solvent is employed. The cloth may be dip-coated and dried and cured in heated towers. It may also be calendered with high penetration, soft silicone stocks on standard three- and four-roll calenders. Ducts and hoses can be built up from dip-coated or calendered cloth, and complex structures can be formed on mandrels, followed by extrusion or by wrapping and curing to produce large ducts. Silicone rubber sponges are made with the help of nitrogen blowing agents, which produce a closed-cell structure; densities of foam or sponge are between 0.4 and 1.0 g/cm³.

For bonding silicone rubber to other materials, eg, metals, ceramics, or plastics, primers are used, including silicate esters, silicone pastes, silicone resins,

Chapter 12
**MOLD FINISHING** *continued*



### Cast

Widely used in mold making, cast molds are relatively inexpensive. They make excellent molds and are used particularly for curved parts. Steel molds are not normally cast. Surface porosity, often just under the skin, can cause difficulties when polishing cast aluminum molds. To make a mold casting, a positive pattern with a predetermined parting line is made. This pattern is then cast. Afterwards, the surface is conditioned to remove bubbles and imperfections. Cooling lines can be cast into the mold.

### Extruded Aluminum Profiles

Used for both solid and foamed systems, extruded profiles find special application in building inexpensive molds for profile geometries such as window frames or door sashings.

### Nickel Plating

Nickel plating can be formed either electrolytically or by electroless deposition. In this latter technique, a 0.04- to 0.08-inch layer of nickel is deposited on a positive pattern, with a 3/8- to 1/2-inch copper backup layer electrolytically deposited onto the nickel. Cooling lines can also be plated onto this backup layer.

## MOLD CONSTRUCTION TECHNIQUES

As previously mentioned, final part geometry generally influences the mold-construction technique. This section discusses several of the most-common construction methods.

### Milled Block

In this construction technique, the mold cavity is machined directly into a metal block. Although it may be more costly, a milled-block mold gives the most accurate representation of the part, does not show lines where the mold parts meet, and incorporates cooling lines easily; however, they are more difficult to modify.

### Structural Components

Milled metal plates are joined with screws or pins, or welded in this construction technique. Joined plate and bar is the method of choice for large, flat parts.

CW 0308756

## SURFACE TREATMENTS
## FOR MOLDS

Because RIM polyurethane systems reproduce fine surface details, the type of finish on a mold surface is critical. Consider using plastic-industry standards such as the SPI-SPE Mold Finish Comparison Kit, available from the Society of Plastics Industry, as a guideline.

Chrome and nickel plating, excellent surface treatments for molds, improve the mold's scratch resistance and reduce necessary demolding forces. Chrome plating gives better results. Before plating any mold surface, closely examine it to ensure that it is smooth and nonporous.

Other treatments such as Teflon coating or a nickel-polymer coating are used to improve mold release properties. Surface hardening methods — such as nitride — can minimize minor damage and the effects of abuse during production operations.

Depending upon your part's surface specifications, consider using the following finishes:

• No. 2 Grit (#15 micron range)

• No. 3 320 Emery Cloth

• No. 4 280 Stone

For cosmetic surfaces, consider using a finish between No. 2 and 3; for noncosmetic surfaces, a finish between 3 and 4 should suffice.

## TEXTURES AND FINISHES

Lettering, textures, and graphics can be molded into a part. Typically these visual elements are milled into the mold resulting in a raised appearance on the finished part. For large areas of fine text, consider using decals.

Textures enlarge the effective surface area, requiring increased demolding forces. Surfaces parallel to the direction of draw have lower limits on texture depth.

Nickel shells offer high surface hardness and good release characteristics for high-quality surface reproductions of textures, such as leather or wood grain.

Photo-etching and mechanical texturing offer a wide variety of finishes. In photo-etching, chemicals etch mold surfaces in a given pattern. Some mold makers have examples with different textures to help you select one. In mechanical texturing, small metal balls are placed in the mold, which is then shaken, to achieve a pebble finish.

Before applying any texture to a mold surface, ensure that the mold is to final dimensions, because these dimensions cannot be changed after texturizing. Textures in molds must be very accurate, as the parts cannot be retouched after molding. These molds are very sensitive to nicks and scratches, requiring special care during demolding.

CW 0308757

Chapter 13
## TECHNICAL SUPPORT

## HEALTH AND SAFETY INFORMATION

Appropriate literature has been assembled which provides information concerning the health and safety precautions that must be observed when handling Bayer thermosetting resins mentioned in this publication. Before working with any of these products, you must read and become familiar with the available information on their hazards, proper use, and handling. This cannot be overemphasized. Information is available in several forms, e.g., material safety data sheets and product labels. Consult your local Bayer representative or contact the Product Safety Manager for Polymers Division products in Pittsburgh, PA.

## DESIGN AND ENGINEERING EXPERTISE

To get material selection and/or design assistance, just write or call your Bayer representative in the regional offices listed on the back cover of this brochure. To best help you, we will need to know the following information:

- Physical description of your part(s) and engineering drawings, if possible

- Current material being used

- Service requirements, such as mechanical stress and/or strain, peak and continual service temperature, types and concentrations of chemicals to which the part(s) may be exposed, stiffness required to support the part itself or another item, impact resistance, and assembly techniques

- Applicable government or regulatory agency test standards

- Tolerances that must be held in the functioning environment of the part(s)

- Any other restrictive factors or pertinent information of which we should be aware

Upon request, Bayer will furnish such technical advice or assistance it deems to be appropriate in reference to your use of our products. It is expressly understood and agreed that because all such technical advice or assistance is rendered without compensation and is based upon information believed to be reliable, the customer assumes and hereby releases Bayer from all liability and obligation for any advice or assistance given or results obtained. Moreover, it is your responsibility to conduct end-use testing and to otherwise determine to your own satisfaction whether Bayer's products and information are suitable for your intended uses and applications.

77

CW 0308758

## TECHNICAL SUPPORT

We provide our customers with design and engineering information in several ways: Applications and processing advice, available by phone, at 412 777-2000; processing assistance, through a nationwide network or regional field technical service representative (see list on back cover); technical product literature; and periodic presentations and seminars. The types of expertise you can obtain from Bayer include those listed in this section.

### Design Review Assistance

• Concept development

• Product/part review

• Mold design review

• Part failure analysis

• Finite element stress analysis

• Mold filling analysis

• Experimental stress analysis

• Shrinkage and warpage analysis

### Application Development Assistance

• Product development

• Part cost estimates

• Color matching

• Prototyping

• Material selection

• Molding trials

• Physical testing

• Secondary operation advice

### Product Support Assistance

• On-site processing audits

• Start-up assistance

• On-time material delivery

• Troubleshooting

• Processing/SPC Seminars

• Productivity audits

## REGULATORY COMPLIANCE

Some of the end uses of the products described in this publication must comply with applicable regulations, such as the FDA, USDA, NSF, and CPSC. If you have any questions on the regulatory status of these products, contact your local Bayer representative or the Regulatory Affairs Manager in Pittsburgh, PA.



CW 0308759

Chapter 13
**TECHNICAL SUPPORT** continued

## RIM PLASTICS RECYCLING

Polyurethanes are now being recycled.
Recycled polyurethanes have practical
uses, like housings for electronic
equipment and exterior body parts
for transportation vehicles.

- **Regrinding**—This technology allows
  for a "second life" for many types of
  polyurethane parts such as business
  machines and bumpers, which are
  then ground into a granulate or
  powder for use as a filler.

- **Adhesive Pressing**—Polyurethane
  granulate is surface treated with a
  binder, then cured under heat and
  pressure. The resulting materials can
  be reinforced and molded.

- **Compression Molding**—This tech-
  nique allows for 100% reuse of RIM
  polyurethane elastomers in which no
  virgin material needs to be added. Can
  retain up to 50% of tensile properties.

- **Energy Recovery**—Technology
  exists to pyrolyze polyurethane poly-
  mers cleanly, and the combustion
  products can meet EPA standards.
  One pound of RIM polyurethane con-
  tains between 12,000 and 15,000
  BTUs, about the same energy poten-
  tial as oil or coal.

- **Injection Molding**—This process is
  suitable for composite components,
  such as instrument panels that contain
  a thermoplastic support, foam, and
  decorative skin. The entire module
  can be ground and injection molded.

- **Glycolysis**—This is a chemical recy-
  cling process in which the polymer is
  broken down into a mixture of liquid
  polyols. Many different kinds of
  polyurethane parts can be used.

Polyurethanes. They do a world of good
when you use them. And when you
reuse them.

## FOR MORE INFORMATION

The data presented in this brochure are
for general information only. They are
approximate values and do not neces-
sarily represent the performance of
any of our materials in your specific
application. For more detailed infor-
mation, contact Polymer Marketing
Communications at 412 777-2000, or
your nearest district office.

The conditions of your use and application of our products, technical assistance and information (whether verbal, written or by way of production
evaluations), including any suggested formulations and recommendations, are beyond our control. Therefore, it is imperative that you test our products,
technical assistance and information to determine to your own satisfaction whether they are suitable for your intended uses and applications. This
application-specific analysis at least must include testing to determine suitability from a technical as well as health, safety, and environmental standpoint.
Such testing has not necessarily been done by Bayer Corporation. All information is given without warranty or guarantee. It is expressly understood and
agreed that customer assumes and hereby expressly releases Bayer Corporation from all liability, in tort, contract or otherwise, incurred in connection
with the use of our products, technical assistance and information. Any statement or recommendation not contained herein is unauthorized and shall
not bind Bayer Corporation. Nothing herein shall be construed as a recommendation to use any product in conflict with patents covering any material
or its use. No license is implied or in fact granted under the claims of any patent.

CW 0308760

Appendix
## LIST OF FIGURES AND TABLES

Introduction
**PART DESIGN**

| | | |
|---|---|---|
| Figure P-1 | RIM process | 4 |
| Figure P-2 | Polyurethane systems classified by flexural modulus | 6 |
| Figure P-3 | Types of polyurethane materials | 7 |

Chapter 1
**MATERIAL SELECTION CRITERIA**

| | | |
|---|---|---|
| Figure 1-1 | Simple/complex part design for undercuts | 11 |

Chapter 2
**GENERAL PART DESIGN**

| | | |
|---|---|---|
| Figure 2-1 | Three-point loading test | 13 |
| Figure 2-2 | Part-stiffening techniques | 14 |
| Figure 2-3 | Cored part | 15 |
| Figure 2-4 | Racetracking | 15 |
| Figure 2-5 | Thick versus thin ribs | 16 |
| Figure 2-6 | Notched rib | 16 |
| Figure 2-7 | Sinks caused by thick ribs | 16 |
| Figure 2-8 | Offset rib | 17 |
| Figure 2-9 | Rib configuration | 17 |
| Figure 2-10 | Notched rib with bridge | 17 |
| Figure 2-11 | Different types of ribbing | 18 |
| Figure 2-12 | Recommended draft | 18 |
| Figure 2-13 | Bosses and venting | 19 |
| Figure 2-14 | Open boss | 19 |
| Figure 2-15 | Corner bosses | 20 |
| Figure 2-16 | Hollow bosses | 20 |
| Figure 2-17 | Elongated boss | 20 |
| Figure 2-18 | Hole in side wall | 21 |
| Figure 2-19 | Grooves | 21 |
| Figure 2-20 | Slots curled around corner | 21 |
| Figure 2-21 | Slots or louvers on sloping wall | 22 |

Chapter 2
**GENERAL PART DESIGN** *continued*

| | | |
|---|---|---|
| Figure 2-22 | Basic dimensions for slots | 22 |
| Figure 2-23 | Slot, groove, and hole locations for foamed materials | 22 |
| Figure 2-24 | Minimum wall thickness for using inserts | 23 |
| Figure 2-25 | Balancing the cross-sectional centers of gravity | 24 |
| Figure 2-26 | Typical threaded insert | 24 |
| Figure 2-27 | Mold configurations showing undercuts | 25 |
| Figure 2-28 | Snap-fit hook molded through hole to form undercut | 25 |
| Figure 2-29 | Wire guides | 25 |
| Figure 2-30 | Living hinge | 26 |
| Figure 2-31 | Partial hinges | 26 |
| Figure 2-32 | Modulus retention for Baydur structural foam | 28 |
| Figure 2-33 | Waterski | 28 |

| | | |
|---|---|---|
| Table 2-1 | Coefficients of linear thermal expansion | 27 |

Chapter 3
**SOLID MATERIALS**

| | | |
|---|---|---|
| Figure 3-1 | Rib/wall ratio for solids | 29 |
| Figure 3-2 | Correct radii/fillets for solids | 30 |
| Figure 3-3 | Boss dimensions for solid materials | 30 |

Chapter 4
**FOAMED MATERIALS**

| | | |
|---|---|---|
| Figure 4-1 | Rib/wall ratio for foamed systems | 32 |
| Figure 4-2 | Effect of radius on skin formation | 32 |
| Figure 4-3 | Boss versus flow direction | 33 |
| Figure 4-4 | Boss dimensions for foamed materials | 33 |
| Figure 4-5 | Cored versus drilled bosses | 34 |

Chapter 5
**COMPOSITE MATERIALS**

| | | |
|---|---|---|
| Figure 5-1 | Flexural properties versus percent/type of glass for Baydur STR | 35 |
| Figure 5-2 | Corrugations and box beams | 36 |
| Figure 5-3 | Continuous integral beam assembly | 37 |
| Figure 5-4 | Radii/fillet configuration | 37 |
| Figure 5-5 | Hollow bosses and pads for mounting | 37 |

Chapter 6
**POSTMOLDING OPERATIONS**

| | | |
|---|---|---|
| Figure 6-1 | Screw pullout strength versus foam density | 42 |

CW 0308761

Introduction
**MOLD DESIGN**

| | | |
|---|---|---|
| Figure M-1 | Typical RIM mold | 46 |

Chapter 7
**GENERAL MOLD DESIGN CONSIDERATIONS**

| | | |
|---|---|---|
| Table 7-1 | Typical molding pressures | 48 |
| Table 7-2 | Relative mold-cost comparison | 48 |

Chapter 8
**GATE DESIGN**

| | | |
|---|---|---|
| Figure 8-1 | Mixing heads: diameter versus output | 51 |
| Figure 8-2 | Cylindrical mix-head snout, flush with mold | 52 |
| Figure 8-3 | Types of aftermixers | 52 |
| Figure 8-4 | Typical dam gating | 53 |
| Figure 8-5 | Runner transition | 53 |
| Figure 8-6 | Dam gate | 55 |
| Figure 8-7 | Dam gate dimensions | 56 |
| Figure 8-8 | Quadratic and triangular fan gates | 57 |
| Figure 8-9 | Fan gate dimensions | 58 |
| Figure 8-10 | Ball check | 59 |
| Figure 8-11 | Direct fill into center of mold | 59 |
| Figure 8-12 | Gate marks caused by poor gate dimensioning | 60 |
| Figure 8-13 | Ratio of wall thickness to mixing-head diameter for direct fill | 60 |
| Figure 8-14 | Typical circular aftermixer | 60 |

| | | |
|---|---|---|
| Table 8-1 | Sample dam gate length calculations for solid and foamed systems | 54 |
| Table 8-2 | Calculation of typical fan gate dimensions | 57 |

Chapter 9
**PARTING-LINE CONSIDERATIONS**

| | | |
|---|---|---|
| Figure 9-1 | Mold in tiltable press | 61 |
| Figure 9-2 | Gate low, vent high | 61 |
| Figure 9-3 | Secondary parting line via drag plate | 62 |
| Figure 9-4 | Mold sealing — land area | 62 |
| Figure 9-5 | Mold dump well | 63 |
| Figure 9-6 | Typical mold venting | 63 |
| Figure 9-7 | Vent solutions for field problems via tapered hole or knockout pin | 64 |

| | | |
|---|---|---|
| Table 9-1 | Approximate sealing-edge widths | 62 |

Chapter 10
**OTHER MOLD DESIGN CONSIDERATIONS**

| | | |
|---|---|---|
| Figure 10-1 | Mold cooling channels | 65 |
| Figure 10-2 | Typical cooling channel placement | 66 |
| Figure 10-3 | Effect of temperature control on skin formation | 66 |
| Figure 10-4 | Typical mold arrangement | 67 |
| Figure 10-5 | Air-assist demolders | 68 |
| Figure 10-6 | Slides | 68 |
| Figure 10-7 | Undercut molded with a removable insert | 68 |
| Figure 10-8 | Recommended orientation for slots | 69 |
| Figure 10-9 | Mold for louvers without side pulls | 69 |
| Figure 10-10 | Mold shear edge | 70 |

Chapter 11
**SPECIAL MOLDS**

| | | |
|---|---|---|
| Figure 11-1 | T-split and Y-split | 72 |

CW 0308762

# INDEX

## A

"A side" components, 5, 65

adhesion promoters, 23

adhesive bonding, 41, 42, 48

aesthetic considerations, 9, 39

aftermixers, 5, 45, 47, 51-53, 60

  circular, 60

  harp, 53

  peanut, 52, 60

agitators, 5

air assists, 66, 67

air entrapments, 15, 17, 18, 21, 22, 30, 32, 33, 52, 53, 61

application development assistance, 78

assembly operations, 41

## B

"B side" components, 5, 65

back molding, 27, 28

back pressure, 35, 53, 59

ball check, 58

blowing agents, 5-7, 31

boss coring, 19, 20, 30, 33, 41

boss venting, 18, 19, 63, 64

bosses, 19, 20, 30, 33, 63, 66

  blind, 19

  elongated, 20

  hollow, 20, 36

  isolated, 19

  open, 19, 21

    radii suggestions, 19, 20, 30, 33

box beams, 36

## C

cavity, cavity side, 18, 21, 53, 59, 60, 62, 64, 74

center-gated direct fill, 53, 54, 58-60

CFCs, HCFCs, 31

chalking, 9

chemical exposure, 10

clamping pressure, 47, 48, 62

"class A" finish, 9, 38

clear coating, 10

coating, in-mold, 3, 9, 38, 40

coefficients of linear thermal expansion, 23, 26-28

composite materials, 7, 10, 17-19, 35-38, 48, 53, 58, 59, 69, 74

  description of, 7

  finishes, 38

  glass mat, 7, 35-37, 69

  ribs, 17, 18, 36

cooling channels, 5, 65, 74, 75

cooling lines, manifold-type, 65

core side, 18, 21, 67

cores, 36, 64, 65, 67-69

  movable, 68

  preformed, 36

corrugations, 11, 36

creep considerations, 27

creep, measuring, 27

cross sections, 14, 15, 23, 32

cycle times, 10, 11

## D

dam gates, 54-56

day tanks, 5

decals, 41, 76

degree of rigidity, 6

demolding methods, 65-68, 76

design and engineering expertise, 77

design for disassembly (DFD), 43

design review assistance, 78

dimensional tolerances, 49

draft, 18, 21, 30

draft, wood-grain textures, 18

drag plate, 61, 62

drilling, 20, 43, 48

dump wells, 62, 63

## E

economic considerations, 10, 11

edge gating, 53, 54, 60, 71

  entrance speeds, 53, 54

  gate dimensions, 53, 54

  runner diameters, 53

solid systems, 53, 54

elastomeric materials, 6, 7, 10, 18, 22, 25, 26, 40, 41, 43, 57

## F

family molds, 71

fan gates, 54-57

  gate length, 56

  quadratic gate, 56

  straight-sided gate, 56

fatigue considerations, 27, 28

fatigue test, 28

fiber orientation, 26, 27

fiberglass, 7, 26, 35-38, 53, 58, 69, 74

  content, 35, 36

  flakes, 26, 37

  location, 35, 36

  mat fiber direction, 35

  mat fibers, short glass, 26, 64

fillers, 5, 7, 26, 27, 43, 73, 74

  mineral, 7, 26

fillets, 30, 33

finishes, 39

finishing, part, 3, 9, 10, 17, 38, 39, 41

flash, 62, 68, 69

flexible foam systems, 6

flexural creep test, 27

flexural modulus, 13, 34, 35

flexural test, 13

flow lengths, 54, 59

foam, 6, 16, 20, 22, 24, 31-34, 41-43, 54, 55

  breakout, 42

  flow, 22, 31, 32

  rise, 22, 31, 32

foamed materials, 6, 7, 18, 20, 22, 23, 27, 31-34, 36, 40-43, 53-55, 64, 71

  advantages, 31

  applications, 6, 31

  description, 6, 31

  finite-element analysis, 34, 78

  foam rise and flow, 22, 31, 32

  gating, 54

CW 0308763

rib design and configuration, 16, 32, 33
foamed polyurethane systems, description, 6, 7
for more information, 79
functional considerations, 10

**G**

gate blocks, 53, 54
  heating channels for, 53
gates, 3, 36, 45, 47, 51-60, 64
  design, 3, 45, 51-60
  position, 45, 51, 52, 54, 61, 64
gelling, 54, 58, 64
general mold design considerations, 45, 47-49
general part design considerations, 13-30
glass mat, *see fiberglass*
glycolysis, 43
graphics, 40, 41, 76
green strength, 66
grooves, 13, 21, 22
  draft, 21
  radius, 21

**H**

handguns, 58
health and safety information, 77
heat exchangers, 5
hinge pins, 26
hinges, 25, 26
  living, 26
  metal, 26
  partial, 26
  snap-in, 26
holes, 21, 22, 26, 30, 41, 63, 68
hydraulic slides, 48
hydroxyl content, 5

**I**

injection rates, 54
inserts, 10, 11, 13, 19, 20, 23, 24, 27, 28, 32, 33, 36, 42, 65, 68
  design of, 23, 24
  encapsulated, 13, 23

hole diameter, 24
hollow, 23
metal stiffening, 23, 27, 28
molded-in, 24
press-fit, 19, 24
reinforcing, 23
removable, 68
screw size, 24
space-filling, 36
stripping torque, 24
threaded, 24, 42
wood stiffening, 24
isocyanate, 5, 51, 74

**K**

Kirksite, *see molds, zinc alloy*
knitlines, 21, 32, 54, 64
knockout marks, 66
knockout mechanisms, 62, 63, 66, 67, 73

**L**

lance, 5
lettering, 40, 41, 76
liquid level, 22, 31, 32
liquid tight, 62, 67

**M**

material density, 13, 31, 49, 62
material selection criteria, 3, 9-11, 49, 78
mechanical etching, 76
microcellular, 7, 47
mixing heads, 5, 45, 47, 48, 51-53, 58-60
  flow capacities, 51
  impinging pressure, 51
  mounting, 52
molding times, 32
molds
  aluminum, 73-75
  cast, 75
  cavity obstructions, 64
  construction materials, 48, 73, 74, 77, 78
  construction techniques, 75

cooling, 65
copper alloy, 73
costs, 11, 17, 47, 48
design, 3, 45, 51, 52, 65, 68, 69, 78
  for slots, 69
  introduction to, 45
dimensional tolerances, 47-49, 76
epoxy, 73, 74
extruded aluminum profiles, 75
fabrication techniques, 48, 73
filling, 15, 17, 19, 35, 36, 40, 51, 61, 64, 67, 71, 78
finishing, 17, 39, 73, 76
milled block, 75
multiple-cavity, 58, 71, 73
nickel plating, 75, 76
nickel shells, 40, 73, 74, 76
pressures, 48, 49, 62, 73
sealing, 52, 62
shrinkage considerations, 49
spray-metal, 73, 74
steel, 69, 74, 75
surface treatments, 48, 73, 76
temperature control, 53, 65, 74
textures and finishes, 76
tilting, 61
venting, 61, 63
zinc alloys (Kirksite), 73, 74
movable cores and inserts, 65, 68
multiple-cavity molds, 71, 73

**N**

nailing, 41, 43

**P**

pads, 36
paint, textures, 9, 40, 41
painting, 9, 39, 40, 48
parting line, 45, 53, 61, 62, 69
  considerations, 61
  secondary, 61
  stepped, 69
parts

CW 0308764

finishing, 39-41
    patching, 40
    repeatability, 47
    size, 47, 48
    stiffness, 13-15, 17, 18, 23, 26, 27, 31, 35, 36
    weight limitations, 47, 48
photoetching, 76
pigments, 5, 39, 39, 40
pins, small diameter, 66
planing, 43
polyol, 5, 39, 51
postfabrication, 43
postmold painting, 40
postmolding operations, 3, 20, 39, 48
preforms, 37
press capacity, 48
Product Information Bulletins (PIBs), 3, 49
product support assistance, 78
prototype testing, 3, 34, 73, 74, 78

R
racetracking, 15, 32
recirculation pumps, 5
recycling polyurethanes, 43, 79
regulatory compliance, 78
release agents, 5
resin-rich areas, 17, 36
ribbing, 11, 13, 17, 18, 29, 32
    bidirectional, 17
    diagonal cross, 18
    direction, 13, 17, 29, 32
    parallel, 17
ribs, 11, 13, 15-18, 29, 30, 32, 63
    and flow direction, 17
    notched, 15-17
    thick, 15, 16
rigid materials, 6, 7, 10, 25, 33, 40, 54, 66
RIM material descriptions, 6, 7
RIM material selection criteria, 9-11
RIM polyurethane materials, 3, 23, 27, 41, 43, 47,
    51, 53, 62, 73
    inherent advantages, 3

physical properties, 6, 7, 10, 39
RIM process, 5
RIM system, 5, 6, 9, 15, 23, 28, 36, 40, 42, 48, 59,
    63, 65, 73, 76
RIMgate®, 51
routing, 43
runners, 3, 51-55, 57, 62, 71

S
sanding, 40, 43, 48
sawing, 43
screws, 19, 20, 24, 33, 41, 42
    pilot hole for, 41, 42
    pullout strength, 20, 24, 41
    self-tapping, 33, 41, 42
    stripping torque, 24
    thread-cutting, 20, 42
    thread-forming, 42
self-contained molds, 72
self-skinning foam systems, 10
shear edges, 69
shrinkage, 16, 23, 28, 29, 47, 49, 78
shrinkage behavior, 28, 49
side pulls, 11
sidewalls, 14, 17, 18, 21
silk screening, 41
sink marks, 16, 19, 29, 32
sliding cores, 17, 21, 25, 31, 68
slots, 13, 21, 22, 25
snap fits, 25, 68
solid elastomeric systems, 7
solid materials, 7, 16, 18, 23, 29, 30, 33, 53, 55,
    57, 64
    advantages, 7, 29
    description of, 7, 29
    inserts, 23
    radii, 30
    rib design, 16, 29
    sink marks, 16
    wall thickness, 14, 16, 23, 29, 30
solid polyurethane systems, 7
solid, rigid systems, 7, 10

special molds, 71
sprues, 60
stapling, 43
structural composite polyurethane systems
    (SRIM), 7, 10, 36-38, 69
structural foam, 6, 14, 23, 31, 34, 41, 55, 59
    wall thickness, 14
surface blemishes, 32, 33, 40, 60

T
technical support, 78
textures, 18, 39-41, 73, 74, 76
    leather grain, 40, 74, 76
    pebble, 40, 41, 76
    wood grain, 40, 41, 74, 76
thermal elongation, 23
thermal expansion, 23
thermoset, 5, 37, 77
thick sections, coring, 11, 15

U
undercuts, 25, 26, 31, 48, 68
UV stability, 9, 10, 39, 40

V
vacuum cups, 66, 68
veil, 38
vent pins, 19, 63
vents, 13, 19, 32, 61, 63

W
wall thickness, 11, 13-16, 19-23, 25, 29-33, 36,
    42, 60
    varying, 13, 15
warpage in part design, 27
warping, 13, 23, 27, 28, 78
weld lines, 21, 32, 54, 64
wetting out, 36
wire guides, 25

84



**Bayer**

**Quick Design Reference Guide for RIM Materials**

Polyurethanes

| Parameters | Elastomers | Rigid RIM | | | Composites | |
|---|---|---|---|---|---|---|
| | Solid Bayflex System (Unfilled) | Foamed Baydur System | Solid Baydur GS System | Solid PRISM System (Thin-Walled) | Foamed Baydur STR/F System | Solid Baydur STR/C System |

**Part Design**

| | | | | | | |
|---|---|---|---|---|---|---|
| Wall Thickness (in) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| Rib Thickness at Root[a] | 0.75t | t | t | 0.75t | Use box beam or corrugation | Use box beam or corrugation |
| Draft (degrees) This is function of Part Draw or Depth | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| Molded Holes/Slots | Yes | Yes | Yes | Yes | No | No |
| Undercuts | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| Snap Fits | Possible | Possible | Possible | Possible | No | No |
| Radii (inner Radii) (in) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |

**Finishing**

| | | | | | | |
|---|---|---|---|---|---|---|
| Best Surface | Class A | Class A | N/A | Class A | No Class A use texture | Class A with gel |
| Screw Assembly | Use bolt & nut[b] | Thread cuts skin | Thread cutting | Thread cutting | Thread cutting | Thread cutting |

**Mold Design and Processing Parameters**

| | | | | | | |
|---|---|---|---|---|---|---|
| Mold Construction | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | Steel |
| Preferred Gating | Fan | Dam | Dam | Dam | Center/Direct | Center/Direct |
| Shot time (sec) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| Mold Pressure (psi) | 100 | 100 | 100 | 100 | 200 | 200 |
| Mold Temperature (°F) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |

**Physical Properties**

| | | | | | | |
|---|---|---|---|---|---|---|
| Flexural Modulus (psi) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| Part Density (lb/in³) | 60 – 65 | 15 – 55 | 63 – 68 | 61 – 67 | 20 – 40 | 90 – 110 |
| Flexural Strength (psi) | N/A | 1,000 – 2,800 | 3,600 – 5,300 | *(illegible)* | 3,500 – 7,000 | *(illegible)* |
| Tensile Strength (psi) | 1,900 – 4,000 | 1,000 – 4,800 | 3,600 – 5,300 | 5,500 – 6,600 | 2,500 – 9,000 | 26,000 |
| Elongation at Break (%) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| DTUL at 66 psi (°F) | N/A | 160 – 212 | 140 – 215 | 190 – 205 | 205 | 400 |
| Hardness (Shore D) | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| % Reinforcement | 0 – 25 | N/A | N/A | N/A | 20 (mat) | 55 (mat) |

[a]Root includes both radii. [b]Can also screw through to metal substrate.

[c]Longer shot times are possible with a Bayflex XGT system, which has an extended gel time.



Bayer Corporation · 100 Bayer Road · Pittsburgh, PA 15205-9741 · 1-800-622-6004

**Sales Offices:**

| | |
|---|---|
| California: | 9 Corporate Park Drive, Suite 240, Irvine, CA  92714-5113 |
| | 714 833-2351 · Fax: 714 752-1306 |
| Michigan: | 1150 Stephenson Highway, Troy, MI  48083-1187 |
| | 810 583-9700 · Fax: 810 583-9701 |
| New Jersey: | Raritan Plaza III, Edison, NJ  08837-3605 |
| | 908 225-1030 · Fax: 908 225-2571 |
| Illinois: | 9801 W. Higgins Road, Suite 560, Rosemont, IL  60018-4704 |
| | 708 692-5560 · Fax: 708 692-7408 |
| Georgia: | 380 Interstate N. Parkway, Suite 200, Atlanta, GA  30339-2267 |
| (Polyurethanes) | 404 955-4326 · Fax: 404 956-7484 |

**Canadian Affiliate:**

| | |
|---|---|
| Ontario: | Bayer Inc. |
| | 77 Belfield Road, Etobicoke, Ontario  M9W 1G6 |
| | 416 248-0771 · Fax: 416 248-4496 |
| Quebec: | Bayer Inc. |
| | 7600 Trans Canada Highway, Pointe Claire, Quebec  H9R 1C8 |
| | 514 697-5550 · Fax: 514 697-5334 |

Printed on recycled paper          PU-C4007          Copyright © 1995, Bayer Corporation          5241 (7.5M) 12/95

CW 0308767

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☑ **BLACK BORDERS**

☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☑ **FADED TEXT OR DRAWING**

☑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☑ **SKEWED/SLANTED IMAGES**

☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

☐ **GRAY SCALE DOCUMENTS**

☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☐ **OTHER:** _____

## IMAGES ARE BEST AVAILABLE COPY.
**As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**

CW 0308768



Engineering Polymers

## *Properties Guide*

THERMOPLASTICS
AND
POLYURETHANES

BEST AVAILABLE COPY



CW 0308769

# Thermoplastics from Bayer

The Polymers Division of Bayer Corporation supplies engineering thermoplastics and polyurethanes, technology, and equipment for a wide range of applications and industries.

**Thermoplastics**

The Plastics Department offers an extensive range of engineering thermoplastic resins and specialty plastics. In addition to the products listed in this brochure, polycarbonate films and thermoplastic urethane films are also available.

For information, please call 1-800-622-6004.

| Products | Features |
|---|---|
| **MAKROLON®**<br>Polycarbonate | Glass-like transparency<br>Outstanding impact strength<br>Good thermal resistance<br>Excellent dimensional stability<br>Good electrical properties |
| *Pages 8-11* | |
| **APEC®**<br>High-Heat Polycarbonate | Glass-like transparency<br>High deflection temperature under load<br>High impact strength<br>Excellent dimensional stability |
| *Page 11* | |
| **BAYBLEND®** and **TRIAX®**<br>Polycarbonate/ABS Blend | Good impact resistance even at low temperatures<br>Rigidity and dimensional stability<br>Easy processing<br>Good color stability to indoor lighting<br>Good thermal stability |
| *Pages 12-13* | |
| **MAKROBLEND®**<br>Polycarbonate Blend | Good chemical resistance<br>Excellent impact resistance even at low temperatures<br>Good abrasion resistance<br>Good processibility and thermal stability<br>Rigidity and dimensional stability |
| *Pages 14-15* | |
| **TRIAX®**<br>Polyamide/ABS Blend | High impact strength<br>Excellent abrasion characteristics<br>Good chemical resistance and fatigue performance<br>State-of-the-art blending technology<br>Excellent processing characteristics |
| *Page 15* | |
| **LUSTRAN®**<br>ABS | Toughness, strength, and rigidity<br>Heat and chemical resistance<br>Dimensional stability and creep resistance<br>Good surface appearance<br>Good processibility |
| *Pages 16-17* | |

2

CW 0308770

# Thermoplastics from Bayer

| Grades | Markets and Applications[a] |
|---|---|
| General-Purpose<br>High-Productivity<br>Impact-Modified<br>Glass-Reinforced<br>Flame-Retardant<br>Structural Foam<br>Extrusion<br>Medical<br>Optical<br>Lighting<br>Automotive Lens | Automotive and Transportation: forward and rear lighting components, instrument panels, aircraft canopies<br>Building and Construction: extrusion resin for monolayer and structured sheet, profiles<br>Business Machines: computer and printer housings, sight windows<br>Consumer: power tool housings, food storage containers, appliances, sporting goods<br>Electrical/Electronic: electric meter covers, telephone components, lighting diffusers and lenses<br>[b]Medical: diagnostic, cardiovascular and intravenous devices; drug delivery systems; packaging<br>Optical: lenses for prescription eyewear, sunwear, industrial safety glasses and specialty eye protection<br>Optical Memory: audio and video compact discs, data storage discs<br>Packaging: bottles, film |
| General-Purpose<br>Flame-Retardant<br>Medical | Automotive and Transportation: reflectors, lenses, and light pipes for interior and exterior lighting<br>Consumer: steam iron water tanks, hair dryer components, microwave oven doors, gas range controls and ignition switches<br>Electrical/Electronic: fuses, switch housings; lighting reflectors, diffusers and lenses<br>Industrial/Mechanical: emergency equipment, face shields, indicator lenses<br>[b]Medical: packaging, surgical lighting, autoclavable devices |
| General-Purpose<br>High-Productivity<br>Glass-Reinforced<br>Flame-Retardant<br>Structural Foam<br>Extrusion and Blow Molding<br>Plating | Automotive: interior and exterior parts, wheel covers, instrument panels<br>Business Machines: computer, monitor and printer housings; general office equipment<br>Consumer: household appliances, smoke detectors, lawn and garden equipment<br>Electrical/Electronic: modular plugs, wiring devices |
| Impact-Modified<br>Glass-Reinforced<br>Flame-Retardant<br>[c]FDA-Compliant<br>Transparent | Automotive: body panels, bumpers, interior switches, exterior mirror housings<br>Consumer: appliances, food trays, household cleaning equipment, lawn and garden equipment, sporting goods, telecommunications equipment<br>Electrical/Electronic: connectors, electrical housings, interrupters, switch housings<br>Industrial/Mechanical: meter housings, pump housings, agricultural equipment |
| General-Purpose<br>Glass-Reinforced<br>Extrusion | Automotive: interior functional components, fasteners, housings and shrouds<br>Consumer: appliances, lawn and garden equipment, power tools, sporting goods |
| Molding<br>High-Gloss<br>Low-Gloss<br>High-Impact<br>High-Heat<br>Extrusion<br>Medical<br>Clear | Automotive: interior and exterior trim, pillar posts, consoles, scuff plates, map pockets<br>Business Machines: keyboard keys, computer housings and bezels<br>Consumer: housewares, small appliance housings, floor care components, lawn and garden appliances, power tool housings, toys, telecommunications equipment, consumer electronics<br>Industrial/Mechanical: drain, waste and vent pipe and fittings<br>[b]Medical: drug delivery systems, diagnostic equipment and instruments, test kits<br>Packaging: cosmetic containers<br>Sheet and Profile: custom extruded products |

[a] As with any product, use of a particular resin in a given application must be tested (including field testing, etc.) in advance by the user to determine suitability.
[b] Please refer to Bayer Corporation guidelines for medical application of Bayer products on pages 4-5.
[c] Makroblend DP4-1370 resin (natural color) can be used for food-contact applications except for those in which the temperature exceeds 250°F and the food contains more than 50% alcohol. Since color possibilities for food-contact applications are limited, please contact your Bayer representative for information on available colors and their limitations.

3

CW 0308771

# Thermoplastics from Bayer
(continued)

**Thermoplastics**

The Plastics Department offers an extensive range of engineering thermoplastic resins and specialty plastics. In addition to the products listed in this brochure, polycarbonate films and thermoplastic urethane films are also available.

For information, please call 1-800-622-6004.

| Products | Features |
|---|---|
| **LUSTRAN®** SAN <br><br> Page 18 | Glass-like clarity <br> Strength and rigidity <br> Excellent chemical resistance <br> Heat and abrasion resistance <br> Easy processing |
| **CADON®** SMA <br><br> Pages 18-19 | High heat resistance <br> Impact strength <br> Rigidity <br> Good chemical resistance |
| **CENTREX®** ASA, AES and ASA/AES <br> Weatherable Polymers <br><br> Page 19 | Toughness and durability <br> Resistance to fading and cracking from sunlight and temperature extremes <br> Resistance to road chemicals <br> Light weight |
| **DURETHAN®** Polyamide 6 <br><br><br><br><br><br> Pages 20-23 | High strength, rigidity and hardness <br> Excellent toughness and impact resistance <br> High dynamic fatigue resistance <br> Excellent abrasion and chemical resistance <br> High heat resistance in reinforced grades <br> Good electrical insulating properties |
| **TEXIN®** and **DESMOPAN®** Thermoplastic Polyurethane <br><br> Pages 24-25 | Excellent abrasion resistance <br> Excellent resistance to fuels and oils <br> High tensile and tear strength <br> High elasticity and resilience <br> Good vibration dampening <br> Shore hardness range from 85A to 75D |

<sup>a</sup> As with any product, use of a particular resin in a given application must be tested (including field testing, etc.) in advance by the user to determine suitability.
<sup>b</sup> Please refer to Bayer Corporation guidelines listed below for medical application of Bayer products.

**Bayer Corporation Guidelines for Medical Application of Bayer Products**

1. All Bayer resins, films, etc. (hereinafter "Product[s]") designated as "medical-grade" have met the requirements of the FDA-Modified ISO 10993, Part I "Biological Evaluation of Medical Devices" tests with human tissue contact time of 30 days or less. ONLY THESE PRODUCTS MAY BE CONSIDERED CANDIDATES FOR APPLICATIONS REQUIRING BIOCOMPATIBILITY. No "medical-grade" Product will be available for sale until successful completion of testing.

2. Regrind resins must not be used in medical applications requiring biocompatibility.

3. It is the responsibility of the medical device, biological product or pharmaceutical manufacturer ("Manufacturer") to determine the suitability of all component parts and raw materials, including any Bayer Product, used in its final product in order to ensure safety and compliance with FDA requirements. This determination must include, as applicable, testing for suitability as an implant device and suitability as to contact with and/or storage of human tissue and liquids including, without limitation, medication, blood or other bodily fluids.

4. Under no circumstances may any Bayer Product be used in any cosmetic, reconstructive or reproductive implant applications. Nor may any Bayer Product be used in any other bodily implant applications, or any applications involving contact with or storage of human tissue, blood or other bodily fluids, for greater than 30 days, based on the FDA-Modified ISO 10993 tests. Furthermore, for aromatic grades of Texin resins, such longer-term uses are not permissible also because possible hydrolysis of solid polyurethane may produce aromatic amines, such as methylene dianiline (MDA).



CW 0308772

# Thermoplastics from Bayer
(continued)



| Grades | Markets and Applications[a] |
|---|---|
| General-Purpose<br>High-Clarity<br>High-Performance | **Consumer:** food and beverage containers, dinnerware, housewares, appliances, interior refrigerator components, toys<br>**Industrial/Mechanical:** fan blades, filter housings<br>[b]**Medical:** tubing connectors and valves, labware, urine bottles<br>**Packaging:** cosmetic containers and displays |
| High-Heat<br>Glass-Reinforced<br>Extrusion | **Automotive:** interior and exterior trim, instrument panels<br>**Consumer:** appliances, power tools<br>**Industrial/Mechanical:** machinery parts |
| General-Purpose<br>Gloss-Retention<br>Extrusion | **Automotive:** interior trim, exterior and aftermarket parts<br>**Consumer:** lawn and garden tractor components; boat and marine accessory parts; spa shells; swimming pool steps, covers and filter housings; golf accessories<br>**Miscellaneous:** outdoor signs<br>**Specialty Transportation:** recreational vehicle exterior parts |
| Unreinforced<br>Impact-Modified<br>Glass-Reinforced<br>Mineral-Reinforced<br>Mineral/Glass-Reinforced<br>Reduced-Moisture and Impact-Modified versions of Glass-Reinforced and Mineral-Reinforced grades are available.<br>Film grades available (not listed in table). | **Automotive:** interior and exterior parts, door handles, mirrors, wheel covers<br>**Consumer:** furniture, lawn and garden equipment, power tool housings, sporting goods<br>**Electrical/Electronic:** wiring devices, switch housings, fuse holders<br>**Industrial/Mechanical:** pumps, fans, pneumatic tools, housings<br>**Packaging:** film for packaging of food, chemicals, medical and industrial goods |
| Polyester<br>Polyether<br>Polyurethane/Polycarbonate Blends<br>Medical<br>Extrusion | **Automotive:** cams, gears, mechanical parts, exterior applications, side body molding<br>**Building and Construction:** extrusion resins for film and sheet<br>**Consumer:** golf balls, ski goggle frames, shoe components, ski boots<br>**Industrial/Mechanical:** mine screens, animal identification tags, hydraulic seals, hoses, caster wheels, grain buckets<br>[b]**Medical:** diagnostic devices, tubing and catheters, connectors |



5. The suitability of a Bayer Product in a given end-use environment is dependent upon various conditions including, without limitation, chemical compatibility, temperature, part design, sterilization method, residual stresses or external loads. It is the responsibility of the Manufacturer to evaluate its final product under actual end-use requirements and to adequately advise and warn purchasers and users thereof.

6. Single-use medical devices made from a Bayer Product are not suitable for multiple uses. If the medical device is designed for multiple uses, it is the responsibility of the Manufacturer to determine the appropriate number of permissible uses by evaluating the device under actual sterilization and end-use conditions and to adequately advise and warn purchasers and users thereof.

7. The sterilization method and the number of sterilization cycles a medical device made from a Bayer Product can withstand will vary depending upon type/grade of Product, part design, processing parameters, sterilization temperature and chemical environment. Therefore, the Manufacturer must evaluate each device to determine the sterilization method and the number of permissible sterilization cycles appropriate for actual end-use requirements and must adequately advise and warn purchasers and users thereof.

8. Parts molded or extruded from Texin resins are sterilizable using ethylene oxide, radiation or dry heat. Steam autoclaving and boiling water techniques are possible only with select aliphatic grades of Texin resin. These sterilization methods must not be used with aromatic grades of Texin resin because possible hydrolysis may produce aromatic amines, such as methylene dianiline (MDA).

CW 0308773

# Polyurethanes from Bayer

**Polyurethanes**

The Polymers Division produces polyurethane raw materials and systems for the automotive, appliance, construction and furniture industries, as well as many other markets, such as consumer, industrial/mechanical, medical, and specialty transportation. In addition to the specialty systems listed in this brochure, the Polyurethanes Department offers integral skin foams; elastomeric, microcellular soling systems for the production of shoe soles; and semirigid, high-resilience and energy-absorbing foams. Moreover, a full range of raw materials and additives include diphenylmethylene diisocyanate (MDI), toluene diisocyanate (TDI), and polyols. A complete line of equipment for polyurethane processing is produced by the division's Hennecke Machinery Group.

For information, please call 1-800-622-6004.

| Products | Features |
|---|---|
| **BAYDUR®**<br>Structural Foam<br>Polyurethane RIM Systems<br><br>Pages 26-27 | Two-component, MDI-based liquid systems<br>Large-part moldability<br>Stiffness<br>High-gloss finish and excellent surface quality<br>In-mold coating<br>Used for thick- and thin-wall parts |
| **BAYDUR® SFR**<br>Composite<br>Polyurethane RRIM Systems<br>Page 27 | Two-component, MDI-based liquid systems<br>Light weight<br>High strength-to-weight ratio<br>Excellent adhesion to fabric and vinyl |
| **BAYDUR® STR**<br>Composite<br>Polyurethane SRIM Systems<br>Page 27 | Two-component, MDI-based liquid systems<br>Exceptional impact strength and stiffness<br>Used for large structural parts |
| **BAYDUR® GS**<br>Solid Polyurethane RIM Systems<br>Page 27 | Two-component, MDI-based liquid systems<br>Excellent chemical resistance<br>Stiffness<br>Large-part moldability |
| **PRISM®**<br>Solid Polyurethane RIM Systems<br>Page 27 | Two-component, MDI-based liquid systems<br>Stiffness and high strength-to-weight ratio<br>Good heat deflection temperature<br>Excellent surface quality |
| **BAYFLEX®**<br>Elastomeric<br>Polyurethane RIM Systems<br>Pages 28-29 | Two-component, MDI-based liquid systems<br>Large-part moldability<br>Wide range of flexural moduli<br>Superior impact strength<br>Excellent surface quality and in-mold coating |
| **BAYTEC® SPR**<br>Elastomeric and Structural<br>Polyurethane Spray Systems<br>Page 30 | Two-component, MDI-based liquid spray systems<br>Low-viscosity, solvent-free liquids (negligible VOCs)<br>Used for structural parts or elastic membranes<br>Good adhesion to substrates<br>Fast cure times for ease in building laminates |
| **BAYTEC® RTM**<br>Polyurethane Systems for<br>Resin Transfer Molding<br>Page 30 | Two-component, MDI-based liquid systems<br>Low-viscosity, solvent-free liquids (negligible VOCs)<br>Outstanding impact resistance at high and low temperatures, with and without glass<br>Fast reaction times and high flexural modulus |
| **BAYTEC®**<br>Polyurethane Prepolymers<br>for Cast Elastomers<br>Page 31 | MDI-based prepolymers<br>Dynamic load-bearing ability<br>Outstanding resilience and tear resistance<br>Corrosion and abrasion resistance<br>Flexible over a wide temperature range |

6

CW 0308774

## Polyurethanes from Bayer

| Grades | Markets and Applications[a] |
|---|---|
| General-Purpose<br>Flame-Retardant | **Agricultural/Construction Equipment:** tractor cab roofs and consoles<br>**Automotive:** aftermarket spoilers<br>**Construction:** window and door frames<br>**Consumer:** speaker housings, snow and water skis<br>**Electrical/Electronic:** instrumentation and equipment housings, Nema 1 and 12 enclosures, telecommunications equipment<br>**Medical:** analytical and diagnostic equipment housings<br>**Specialty Transportation:** interior components for heavy trucks (Class 8) |
| Low-Density | **Automotive:** interior door panels, interior trim, sunshades |
| Low-Density<br>High-Density | **Automotive:** bumper beams, inner door panels, interior trim, instrument panels, rear package trays, seat backs, seat pans |
| General-Purpose | **Industrial/Mechanical:** pump housings, underground applications (concrete and cast iron replacement)<br>**Telecommunications:** utility boxes |
| General-Purpose<br>Flame-Retardant | **Electrical/Electronic:** telecommunications equipment, instrumentation and equipment housings<br>**Medical:** analytical and diagnostic equipment housings, laboratory instrumentation |
| Unfilled<br>Glass-Filled<br>Mineral/Microsphere-Filled | **Agricultural/Construction Equipment:** hay conditioning rollers, tractor body panels and door frames<br>**Automotive:** fascias, body panels, window encapsulation, aftermarket restyling packages<br>**Specialty Transportation:** heavy-duty truck bumpers, snowmobile hoods, work vehicles |
| Elastomeric<br>Structural | **Automotive:** aftermarket restyling packages<br>**Consumer:** on-deck marine accessories, spas and bathtubs<br>**Industrial/Mechanical:** industrial liners, dump truck liners, containers, agricultural parts<br>**Miscellaneous:** protection for wood, metal, and concrete |
| General-Purpose | **Automotive:** aftermarket restyling packages<br>**Consumer:** marine accessories, radar dishes<br>**Industrial/Mechanical:** pump housings, valve bodies, fan blades<br>**Specialty Transportation:** components for heavy trucks, recreational vehicles, tractors, and construction vehicles |
| Polyester<br>Poly(tetramethylene ether) glycol<br>Poly(propylene ether) glycol | **Industrial/Mechanical:** tires and wheels, rolls, hydrocyclones, pipeline pigs, seals and gaskets, gears and sprockets, die-cut pads and chopper cots, belts, liners, classifier screens, conveyor belt scrapers, shock absorbers |

[a] As with any product, use of a particular polyurethane system in a given application must be tested (including field testing, etc.) in advance by the user to determine suitability.

7

CW 0308775

## Bayflex®
Polyurethane Elastomeric RIM

| POLYURETHANES — Typical Physical Properties | ASTM Test Method (Other) | U.S. Conventional Units | MP-5000 Unfilled [1] | MP-10000 Unfilled [1] | 110 RIM-Lite 13% Mineral | 110-25 IMR Unfilled | 110-50 Unfilled | 110-50 15% Mineral [4] | 110-50 15% Glass [3] |
|---|---|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | | | |
| Specific Gravity | D 792 | | 1.1 | 1.1 | 0.95 | 0.98 | 1.04 | 1.15 | 1.14 |
| Density | D 1622 | lb/ft³ | 68.7 | 68.7 | 59.3 | 61.2 | 64.9 | 71.8 | 71.2 |
| Thickness | | in | 0.118 | 0.118 | 0.150 | 0.125 | 0.125 | 0.125 | 0.125 |
| Shore Hardness | D 2240 | A or D | 82 A | 90 A | | 50 D | 58 D | 60 D | 60 D |
| Mold Shrinkage | (Bayer) | % | 1.25 | 1.42 | 0.6 | 1.3 | 1.3 | 0.6 | 0.7 |
| Water Immersion, Length Increase | (Bayer) | in/in | 0.015 | 0.014 | | 0.008 | 0.006 | | 0.002 |
| Water Absorption: | (Bayer) | | | | | | | | |
| 24 Hours | | % | 3.3 | 3.3 | | 2.8 | 2.8 | | |
| 240 Hours | | % | 5.0 | 5.0 | | | | | 2.6 |
| **MECHANICAL** | | | | | | | | | |
| Tensile Strength, Ultimate | D 638/D 412 | lb/in² | 1,900 | 2,200 | 2,300 | 3,000 | 3,500 | 3,300 | 2,800 |
| Elongation at Break | D 638/D 412 | % | 360 | 300 | 90 | 260 | 250 | 140 | 200 |
| Flexural Modulus: | D 790 | | | | | | | | |
| 149°F | | lb/in² | 4,000 | 7,900 | | | 38,000 | 111,000 | 60,000 |
| 73°F | | lb/in² | 5,000 | 10,000 | 71,000 | 25,000 | 52,000 | 125,000 | 100,000 |
| -22°F | | lb/in² | 14,500 | 23,600 | | | 115,000 | 250,000 | 160,000 |
| Tear Strength, Die C | D 624 | lb/in | 230 | 240 | 400 | 350 | 450 | 640 | 620 |
| Impact Strength: | D 256 | | | | | | | | |
| Notched Izod | | ft·lb/in | | | | 8 | 11 | 3 | 8 |
| **THERMAL** | | | | | | | | | |
| Heat Sag: | D 3769 | | | | | | | | |
| 6-in Overhang, 1 hr at 250°F | | in | | | 0.43 | 0.51 | 0.60 | 0.16 | 0.28 |
| 4-in Overhang, 1 hr at 250°F | | in | | | | | 0.36 | | 0.27 |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | 53 E-06 | 53 E-06 | | | 61 E-06 | 27 E-06 | 44 E-06 |

* These items are provided as general information only. They are approximate values and are not part of the product specifications.
1 10% calcium silicate and 3% glass microspheres.
2 RRIMGLOS 10013 (RRIMGLOS is a trademark of NYCO Minerals, Inc.).
3 Milled glass fiber, OCF 737, 1/16 inch.
4 Calcium silicate.

**Note 1**
All directional properties are listed parallel to flow.

**Note 2**
IMR: Internal Mold Release.
RIM: Reaction Injection Molding.
XGT: Extended Gel Time.

CW 0308776

# Bayflex®
Polyurethane Elastomeric RIM (continued)

| | 110-80 | | 180 | | XGT-16 | XGT-50 | XGT-80 | | XGT-100 | | XGT-140 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unfilled | 15% Glass | 15% Mineral | 20% Mineral | Unfilled | Unfilled | Unfilled | 15% Glass³ | Unfilled | 15% Glass³ | Unfilled |
| | 1.04 | 1.14 | 1.18 | 1.23 | 1.04 | 1.04 | 1.04 | 1.15 | 1.04 | 1.15 | 1.04 |
| | 64.9 | 71.2 | 73.7 | 76.8 | 64.9 | 64.9 | 64.9 | 71.8 | 64.9 | 71.8 | 64.9 |
| | 0.125 | 0.125 | 0.150 | 0.150 | 0.125 | 0.125 | 0.125 | 0.125 | 0.125 | 0.125 | 0.125 |
| | | | | | 45 D | 55 D | 65 D | 70 D | 69 D | 73 D | 71 D |
| | 1.3 | 0.7 | | 0.55-0.65 | 0.85 | 0.85 | 0.85 | 0.5 | 0.85 | 0.6 | 0.85 |
| | 3,500 | 3,200 | 4,100 | 3,900 | 2,400 | 3,500 | 3,700 | 3,800 | 4,000 | 4,100 | 4,200 |
| | 135 | 75 | 150 | 130 | 250 | 200 | 150 | 75 | 140 | 50 | 80 |
| | 51,000 | 100,000 | 183,000 | 195,000 | 16,000 | 18,000 | 33,000 | 78,000 | 45,000 | 95,000 | 50,000 |
| | 80,000 | 150,000 | | | | 50,000 | 83,000 | 170,000 | 100,000 | 210,000 | 140,000 |
| | 200,000 | 275,000 | | | | 105,000 | 180,000 | 280,000 | 220,000 | 400,000 | 260,000 |
| | 470 | 600 | 580 | 630 | 450 | 530 | 630 | 650 | 670 | 680 | 700 |
| | 5 | 3 | 2.8 | 3.2 | | 12.5 | 12 | 5 | 7 | 4 | 4.5 |
| | | | 0.20 | 0.05 | | | | | | | |
| | 0.31 | 0.16 | | | | 0.67 | 0.59 | 0.39 | 0.59 | 0.43 | 0.59 |
| | 61 E-06 | 28 E-06 | | | 78 E-06 | 61 E-06 | 61 E-06 | 31 E-06 | 61 E-06 | 28 E-06 | 61 E-06 |

CW 0308777

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

❑ **BLACK BORDERS**

❑ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☑ **FADED TEXT OR DRAWING**

☑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☑ **SKEWED/SLANTED IMAGES**

❑ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

❑ **GRAY SCALE DOCUMENTS**

❑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

❑ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**



MILES

*Engineering Polymers*

# *Properties Guide*

BEST AVAILABLE COPY



Thermoplastics

and

Thermosets

CW 0308779

# ENGINEERING
## THERMOPLASTICS BY MILES

The Polymers Division of Miles*
supplies thermoplastic and
thermoset polymers, technology,
and equipment for a wide range
of applications and industries.

**Thermoplastics**
The Plastics Department offers an exten-
sive range of engineering thermoplastic
resins and specialty plastics. In addition
to the products listed in this brochure,
polycarbonate films and thermoplastic
urethane films are also available.

For information, please call
1-800-622-6004.

| Products | Features |
|---|---|
| **MAKROLON**<br>Polycarbonate<br><br>*Pages 6-9* | Glass-like transparency<br>Outstanding impact strength<br>Good thermal resistance<br>Excellent dimensional stability<br>Good electrical properties |
| **APEC**<br>High-Heat Polycarbonate<br><br>*Page 9* | Glass-like transparency<br>High deflection temperature under load<br>High impact strength<br>Excellent dimensional stability |
| **BAYBLEND**<br>Polycarbonate/ABS Blend<br><br>*Pages 10-11* | Good impact resistance even at low temperatures<br>Rigidity and dimensional stability<br>Easy processing<br>Good color stability to indoor lighting<br>Good thermal stability |
| **MAKROBLEND**<br>Polycarbonate Blend<br><br>*Pages 12-13* | Good chemical resistance<br>Excellent impact resistance even at low temperatures<br>Good abrasion resistance<br>Good processibility and thermal stability<br>Rigidity and dimensional stability |
| **DURETHAN\*\***<br>Polyamide 6<br><br>(formerly Nydur<br>Polyamide 6)<br><br>*Pages 14-17* | High strength, rigidity and hardness<br>Excellent toughness and impact resistance<br>High dynamic fatigue resistance<br>Excellent abrasion and chemical resistance<br>High heat resistance in reinforced grades<br>Good electrical insulating properties |
| **TEXIN** and<br>**DESMOPAN**<br>Thermoplastic Polyurethane<br><br>*Pages 18-19* | Excellent abrasion resistance<br>Excellent resistance to fuels and oils<br>High tensile and tear strength<br>High elasticity and resilience<br>Good vibration dampening<br>Shore hardness range from 85A to 75D |

\* On January 1, 1992, all Mobay businesses began operating under the corporate name Miles Inc.
\*\* Durethan polyamide was previously supplied by the corporate predecessor of Miles Inc. under the trademark Nydur.
a  Makroblend DP4-1370 resin (natural color) can be used for food-contact applications except for those in which the tempera-
ture exceeds 250°F and the food contains more than 50% alcohol. Since color possibilities for food-contact applications are
limited, please contact your Miles representative for information on available colors and their limitations.

CW 0308780

ENGINEERING
**THERMOPLASTICS** BY MILES

| Grades | Markets and Applications |
|---|---|
| General-Purpose<br>High-Productivity<br>Impact-Modified<br>Glass-Reinforced<br>Flame-Retardant<br>Structural Foam<br>Extrusion<br>Medical<br>Optical<br>Lighting<br>Automotive Lens | **Automotive and Transportation:** forward and rear lighting components, instrument panels, aircraft canopies<br>**Building and Construction:** extrusion resin for monolayer and structured sheet, profiles<br>**Business Machines:** computer and printer housings, sight windows<br>**Consumer:** power tool housings, food storage containers, appliances, sporting goods<br>**Electrical/Electronic:** electric meter covers, telephone components, lighting diffusers and lenses<br>[b]**Medical:** diagnostic, cardiovascular and intravenous devices; drug delivery systems; packaging<br>**Optical:** ophthalmic (prescription), safety and specialized lenses for the military, industrial and sports markets<br>**Optical Memory:** audio compact discs, data storage discs<br>**Packaging:** bottles, film |
| General-Purpose<br>Flame-Retardant<br>Medical | **Automotive and Transportation:** reflectors, lenses, and light pipes for interior and exterior lighting<br>**Consumer:** steam iron water tanks, hair dryer components, microwave oven doors, gas range controls and ignition switches<br>**Electrical/Electronic:** fuses, switch housings; lighting reflectors, diffusers and lenses<br>**Industrial/Mechanical:** emergency equipment, face shields, indicator lenses<br>[b]**Medical:** packaging, surgical lighting, autoclavable devices |
| General-Purpose<br>High-Productivity<br>Glass-Reinforced<br>Flame-Retardant<br>Flame-Retardant, Antimony/Bromine-Free<br>Structural Foam | **Automotive:** interior and exterior parts, wheel covers, instrument panels<br>**Business Machines:** computer, monitor and printer housings; general office equipment<br>**Consumer:** household appliances, food service trays, smoke detectors, lawn and garden equipment<br>**Electrical/Electronic:** modular plugs, wiring devices |
| Impact-Modified<br>Glass-Reinforced<br>Flame-Retardant<br>[a]FDA-Compliant | **Automotive:** body panels, bumpers, interior switches<br>**Consumer:** appliances, lawn and garden equipment, sporting goods, telecommunications equipment<br>**Electrical/Electronic:** connectors, electrical housings, interrupters, switch housings<br>**Industrial/Mechanical:** meter housings, pump housings, agricultural equipment |
| Unreinforced<br>Impact-Modified<br>Glass-Reinforced<br>Mineral-Reinforced<br>Mineral/Glass-Reinforced<br>Reduced-Moisture and Impact-Modified versions of Glass-Reinforced and Mineral-Reinforced grades are available.<br>Film grades available (not listed in table). | **Automotive:** interior and exterior parts, door handles, mirrors, wheel covers<br>**Consumer:** furniture, lawn and garden equipment, power tool housings, sporting goods<br>**Electrical/Electronic:** wiring devices, switch housings, fuse holders<br>**Industrial/Mechanical:** pumps, fans, pneumatic tools, housings<br>**Packaging:** film for packaging of food, chemicals, medical and industrial goods |
| Polyester<br>Polyether<br>Polyurethane/Polycarbonate Blends<br>Medical<br>Extrusion | **Automotive:** cams, gears, mechanical parts, exterior applications, side body molding<br>**Building and Construction:** extrusion resins for film and sheet<br>**Consumer:** golf balls, ski goggle frames, shoe components, ski boots<br>**Industrial/Mechanical:** mine screens, animal identification tags, hydraulic seals, hoses, caster wheels, grain buckets<br>[b]**Medical:** diagnostic devices, tubing and catheters, connectors |

[b] It is the responsibility of the medical device manufacturer to determine the suitability of all component parts and raw materials, including Apec, Makrolon, and Texin resins, used in its final product in order to ensure safety and compliance with FDA requirements. This determination must include, as applicable, testing for suitability as an implant device and suitability as to contact with and/or storage of liquids including, without limitation, medication, blood, or other bodily fluids. Under no circumstances, however, may Apec, Makrolon or Texin resin be used in any bodily implant applications for greater than 29 days. For aromatic grades of Texin resins, longer-term uses are not permissible because possible hydrolysis of solid polyurethane may produce aromatic amines, such as MDA. The sterilization method and the number of sterilization cycles a part made from these resins can withstand will vary depending upon the type of resin, part design, and processing parameters. Therefore, the manufacturer must evaluate each application to determine the sterilization method and the number of sterilization cycles appropriate for exact end-use requirements. Parts molded or extruded from Texin resins are sterilizable using ethylene oxide, radiation, or dry heat. Steam autoclaving and boiling water methods must not be used with aromatic grades of Texin resin because possible hydrolysis may produce aromatic amines, such as MDA.

3

CW 0308781

ENGINEERING
**THERMOSETS** BY MILES

**Thermosets**

The Polymers Division produces polyurethane raw materials and systems for the automotive, appliance, construction and furniture industries, as well as many other markets, such as consumer, industrial/mechanical, medical, and specialty transportation. In addition to the specialty systems listed in this brochure, the Polyurethanes Department offers integral skin foams; elastomeric, microcellular soling systems for the production of shoe soles; semirigid foams, and high-resilience foams. Moreover, a full range of raw materials and additives includes diphenylmethylene diisocyanate (MDI), toluene diisocyanate (TDI), and polyols. A complete line of equipment for polyurethane processing is produced by the division's Hennecke Machinery Group.

For information, please call 1-800-622-6004.

| Products | Features |
|---|---|
| **BAYFLEX**<br>Elastomeric<br>Polyurethane RIM Systems<br><br>Page 20 | Two-component, MDI-based liquid systems<br>Large-part moldability<br>Wide range of flexural moduli<br>Superior impact strength<br>Light weight<br>Excellent surface quality<br>In-mold coating |
| **BAYDUR STR**<br>Composite<br>Polyurethane RIM Systems<br><br>Page 21 | Two-component, MDI-based liquid systems<br>Exceptional impact strength and stiffness<br>Used for large structural parts |
| **BAYDUR**<br>Structural Foam<br>Polyurethane RIM Systems<br><br>Page 21 | Two-component, MDI-based liquid systems<br>Large-part moldability<br>Stiffness<br>High-gloss finish and excellent surface quality<br>In-mold coating<br>Used for thick and thin wall thicknesses |
| **PRISM**<br>Solid<br>Polyurethane RIM Systems<br><br>Page 21 | Two-component, MDI-based liquid systems<br>Stiffness<br>High strength-to-weight ratio<br>Good chemical resistance<br>Good heat deflection temperature<br>Excellent surface quality |
| **BAYTEC RE**<br>Elastomeric and Structural<br>Polyurethane Spray Systems<br><br>Page 22 | Two-component, MDI-based spray systems<br>Low-viscosity spray compounds (negligible VOCs)<br>Used for structural parts or thin wall, large volume<br>Good adhesion to surfaces<br>Fast reaction and cure times for easy moldability |
| **BAYTEC RTM**<br>Polyurethane Systems for<br>Resin Transfer Molding<br><br>Page 22 | Two-component, MDI-based liquid systems<br>Low-viscosity, solvent-free liquids (negligible VOCs)<br>High flexural modulus without postcure<br>Outstanding impact resistance at high and low<br>temperatures, with and without glass<br>Fast reaction times and early, high green strength |
| **BAYTEC**<br>Polyurethane Prepolymers<br>for Cast Elastomers<br><br>Page 23 | MDI-based prepolymers<br>Dynamic load-bearing ability<br>Outstanding resilience<br>Superior tear resistance<br>Corrosion and abrasion resistance<br>Flexible over a wide temperature range |

4

CW 0308782

ENGINEERING
**THERMOSETS** BY MILES

| Grades | Markets and Applications |
|---|---|
| Unfilled<br>Glass-Filled | **Agricultural/Construction Equipment:** Hay conditioning rollers, tractor body panels and door frames<br>**Automotive:** Fascias, body panels, aftermarket restyling packages<br>**Specialty Transportation:** Heavy-duty truck bumpers, snowmobile hoods, work vehicles |
| General-Purpose, Foamed<br>General-Purpose, Solid | **Automotive:** Bumper beams, inner door panels, interior trim<br>**Construction:** Home entry door skins<br>**Consumer:** Water sports equipment |
| General-Purpose<br>Flame-Retardant | **Agricultural/Construction Equipment:** Tractor cab roofs and consoles<br>**Automotive:** Aftermarket spoilers<br>**Construction:** Window and door frames<br>**Consumer:** Speaker housings, snow and water skis<br>**Electrical/Electronic:** Instrumentation and equipment housings, Nema 1 and 12 enclosures, telecommunications equipment<br>**Medical:** Analytical and diagnostic equipment housings |
| General-Purpose<br>Flame-Retardant | **Electrical/Electronic:** Telecommunications equipment, instrumentation and equipment housings<br>**Medical:** Analytical and diagnostic equipment housings, laboratory instrumentation |
| Elastomeric<br>Structural | **Automotive:** Aftermarket restyling packages<br>**Consumer:** On-deck marine accessories, seats and bathtubs<br>**Industrial/Mechanical:** Industrial liners, dump truck liners, containers, agricultural parts<br>**Miscellaneous:** Protectant for wood, metal and concrete |
| General-Purpose | **Automotive:** Aftermarket restyling packages<br>**Consumer:** Marine accessories, radar dishes<br>**Industrial/Mechanical:** Pump housings, valve bodies, fan blades<br>**Specialty Transportation:** Components for heavy trucks, recreational vehicles, tractors, and construction vehicles |
| Polyester<br>Poly(tetramethylene ether) glycol<br>Poly(propylene ether) glycol | **Industrial/Mechanical:** Tires and wheels, rolls, hydrocyclones, pipeline pigs, seals and gaskets, gears and sprockets, die-cut pads and chopper cots, belts, liners, classifier screens, conveyor belt scrapers, shock absorbers |

5

CW 0308783

## MAKROLON POLYCARBONATE

### Makrolon Polycarbonate

| | | | General-Purpose High-Productivity | | | | Extrusion |
|---|---|---|---|---|---|---|---|
| THERMOPLASTICS | | | 3200 3100 | 2800 2600 | FCR-2405 FCR-2407 FCR-2458 | 2205 | HMS-3118 |
| **GENERAL** | | | | | | | |
| Specific Gravity | D 792 | | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 |
| Density | D 792 | lb/in³ | 0.043 | 0.043 | 0.043 | 0.043 | 0.043 |
| Specific Volume | D 792 | in³/lb | 23.1 | 23.1 | 23.1 | 23.1 | 23.1 |
| Mold Shrinkage | D 955 | in/in | 0.006-0.008 | 0.006-0.008 | 0.005-0.007 | 0.005-0.007 | 0.006-0.008 |
| Water Absorption (Immersion at 73°F): | D 570 | | | | | | |
| 24 Hours | | % | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| Equilibrium | | % | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 |
| Melt Flow Rate** at 300°C/1.2-kg Load | D 1238 | g/10 min g/10 min | 4.5 (3200) 6.5 (3100) | 10 (2800) 12 (2600) | 20.5 | 33 | <3 |
| **OPTICAL** | | | | | | | |
| Transmittance at 0.125-in Thickness | D 1003 | % | 88 | 88 | 88 | 88 | 87 |
| Haze at 0.125-in Thickness | D 1003 | % | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Refractive Index | D 542 | | 1.586 | 1.586 | 1.584 | 1.584 | 1.586 |
| **MECHANICAL** | | | | | | | |
| Tensile Stress at Yield | D 638 | lb/in² | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 |
| Tensile Stress at Break | D 638 | lb/in² | 10,500 | 10,500 | 10,000 | 8,700 | 10,000 |
| Tensile Elongation at Yield | D 638 | % | 6 | 6 | 6 | 6 | 6 |
| Tensile Elongation at Break | D 638 | % | 125 | 120 | 120 | 110 | 110 |
| Tensile Modulus | D 638 | lb/in×10⁵ | 350 | 350 | 350 | 350 | 350 |
| Flexural Stress at 5% Strain | D 790 | lb/in² | 12,500 | 12,500 | 12,000 | 12,000 | 12,400 |
| Flexural Modulus | D 790 | lb/in×10⁵ | 330 | 330 | 330 | 340 | 340 |
| Impact Strength, Notched Izod: | | | | | | | |
| 0.125-in Thickness, 73°F | D 256 | ft-lb/in | 18 | 17 | 14 | 12 | 17 |
| 0.250-in Thickness, 73°F | D 256 | ft-lb/in | 2.4 | 2.2 | 2 | | 2.2 |
| Rockwell Hardness | D 785 | M Scale | 75 | 75 | 75 | 75 | |
| | | R Scale | 118 | 118 | 118 | 118 | 124 |
| Falling Dart Impact (10-lb Wt., 1-in Dia. Dart) | (Miles) | ft-lb | | | | | |
| **THERMAL** | | | | | | | |
| Deflection Temperature, Unannealed: | D 648 | | | | | | |
| 264-psi Load | | °F | 270 | 268 | 259 | 252 | 266 |
| 66-psi Load | | °F | 288 | 280 | 273 | 273 | 280 |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 |
| Thermal Conductivity | C 177 | Btu/in/(h·ft²·°F) | 1.39 | 1.39 | 1.39 | 1.39 | 1.39 |
| Specific Heat | D 2766 | Btu/(lb·°F) | 0.28 | 0.28 | 0.28 | 0.28 | 0.28 |
| Relative Temperature Index[3] | (UL746B) | | | | | | |
| Electrical | | °C | 125 | 125 | 125 | | 75 |
| Mechanical with Impact | | °C | 115 | 115 | 115 | | 75 |
| Mechanical without Impact | | °C | 125 | 125 | 125 | | 75 |
| Vicat Softening Temperature: Rate A | D 1525 | °F | 315 | 315 | 304 | 289 | 307 |
| **FLAMMABILITY†** | | | | | | | |
| Oxygen Index | D 2863 | % | 26 | 26 | 26 | 26 | 26 |
| UL94 Flame Class: | (UL94) | | | | | | |
| 0.062-in (1.57-mm) Thickness | | Rating | HB | V-2 | V-2 | | HB[9] |
| 0.125-in (3.18-mm) Thickness | | Rating | HB | V-2 | V-2 | | |
| 0.144-in (3.66-mm) Thickness | | Rating | | | | | |
| 0.175-in (4.45-mm) Thickness | | Rating | V-2 | V-0 | V-2 | | |
| 0.250-in (6.35-mm) Thickness | | Rating | | | | | |
| **ELECTRICAL** | | | | | | | |
| Volume Resistivity (Tinfoil Electrodes) | D 257 | ohm-cm | 1.0 E+16 | 1.0 E+16 | 1.0 E+16 | 1.0 E+16 | 1.0 E+16 |
| Surface Resistivity | D 257 | ohm | 1.0 E+15 | 1.0 E+15 | 1.0 E+15 | 1.0 E+15 | 1.0 E+15 |
| Dielectric Strength (Short Time under Oil at 73°F, 0.062-in Thickness) | D 149 | V/mil | 760 | 760 | 760 | 760 | 760 |
| Dielectric Constant (Tinfoil Electrodes): 60 Hz | D 150 | | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| 1 MHz | | | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Dissipation Factor (Tinfoil Electrodes): 60 Hz | D 150 | | 0.0009 | 0.0009 | 0.0008 | 0.0008 | 0.0009 |
| 1 MHz | | | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Arc Resistance: Stainless Steel Electrodes | D 495 | s | 11 | 11 | 11 | | 11 |
| Tungsten Electrodes | | s | 120 | 120 | 120 | | 120 |

\* These items are provided as general information only. They are approximate values and are not part of the product specification.

\*\* For information on using melt flow as a quality control procedure, see Miles processing literature.

† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.

CW 0308784

# MAKROLON POLYCARBONATE

**Makrolon** Polycarbonate (continued)

| | Flame-Retardant | | | Impact-Modified | | Glass-Reinforced | | Structural Foam | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | High-Productivity | | | | | | Flame-Retardant | (Properties at indicated foam density) | | |
| | FCR-6255 | 6355 6455 | 6485 | T-7435 | T-7855 | 6325 20% Glass | 9415 10% Glass | SF-600 0.250 in | SF-800 0.250 in | SF-810 0.250 in |
| | 1.20 | 1.20 | 1.20 | 1.20 | 1.19 | 1.35 | 1.27 | (Solid) 1.23 (Foam) 0.90 | (Solid) 1.23 (Foam) 0.90 | (Solid) 1.27 (Foam) 0.95 |
| | 0.043 | 0.043 | 0.043 | 0.043 | 0.043 | 0.049 | 0.046 | (Solid) 0.044 (Foam) 0.033 | (Solid) 0.044 (Foam) 0.033 | (Solid) 0.046 (Foam) 0.034 |
| | 23.1 0.005-0.007 | 23.1 0.006-0.008 | 23.1 0.006-0.008 | 23.1 0.005-0.007 | 23.3 0.006-0.008 | 20.4 0.003-0.004 | 21.8 0.003-0.005 | 0.005-0.007 | 0.005-0.007 | 0.004-0.006 |
| | 0.15 0.35 20.5 | 0.15 0.35 16 (6355) 12 (6455) | 0.15 0.35 12 | 0.15 0.35 17.5 | 0.15 0.35 12 | 0.12 0.29 5 | 0.13 0.32 7 | 0.15 0.30 7 | 0.15 0.30 5.5 | 0.15 0.30 6.5 |
| | Opaque Only | 87 (6455) 1.2 (6455) 1.586 | Opaque Only | Opaque Only | Opaque Only | Opaque Only | Opaque Only | Opaque Only | Opaque Only | Opaque Only |
| | 9,100 10,000 6 110 350 12,100 330 | 9,100 10,000 6 110 350 13,200 330 | 9,100 10,500 6 110 350 13,200 330 | 7,900 8,100 6 110 300 12,000 305 | 9,100 9,000 6 110 349 12,500 320 | 15,000 5 19,500 800 | 11,600 10,000 5 10 580 15,000 500 | 5,600 5 300 10,800 330 | 6,100 5 300 11,000 340 | 6,300 4 310 12,000 405 |
| | 13 2 75 118 | 16 2 70 | 12 2 70 | 13.9 10 53 122 | 15 12 | 3 2.4 81 6.0 | 2 75 | 30 | 35 | 22 |
| | 259 273 3.9 E-05 1.39 0.28 | 264 277 3.9 E-05 1.39 0.28 | 262 277 3.9 E-05 1.39 0.28 | 250 266 3.7 E-05 | 259 273 3.9 E-05 | 290 293 1.7 E-05 1.53 0.27 | 284 295 2.1 E-05 1.46 0.27 | 261 280 2.8 E-05 1.05 0.28 | 261 280 2.8 E-05 1.05 0.28 | 273 292 1.9 E-05 0.92 0.29 |
| | 125 115 125 304 | 125 115 125 315 | 125 110 125 315 | 293 | 299 | 75 75 75 | 125 115 125 | 75 75 75 | 75 75 75 | 75 75 75 |
| | 35 V-2 V-0 V-0 | 35 V-2 V-0 V-0 | 35 V-0 V-0/5VA V-0 | 26 | 32 V-0c | 35 V-0/5VAc V-0/5VA | V-0/5VA | V-0/5VA | V-0 V-0/5VA V-0/5VA |
| | 1.0 E + 16 1.0 E + 15 760 3.0 2.9 0.0009 0.01 115 | 1.0 E + 16 1.0 E + 15 760 3.0 2.9 0.0009 0.01 115 | 1.0 E + 16 1.0 E + 15 760 3.0 3.0 0.0009 0.01 115 | >400 3.0 3.1 0.0016 0.011 100 | 1.0 E + 16 1.0 E + 14 760 3.2 3.2 0.0009 0.01 30-80 | 1.0 E + 16 1.0 E + 14 760 3.2 3.2 0.0008 0.008 115 | >209 2.6 2.6 0.0031 0.0022 | >400 3.1 3.0 0.0031 0.0022 | 1.0 E + 16 1.0 E + 15 >400 3.0 3.0 0.0031 0.0022 |

a The thickness at which relative temperature index values are reported in this section corresponds to the thinnest specimen thickness for which a UL94 flame class rating appears in the flammability section.
b Natural color.
c Natural and black colors.
d Value depends on pigment package.

CW 0308785

# MAKROLON POLYCARBONATE

### Makrolon Polycarbonate (continued)

| THERMOPLASTICS Typical Physical Properties in English Units | ASTM Test Method | U.S. Customary | Specialty | | | | |
|---|---|---|---|---|---|---|---|
| | | | Lighting | | Optical | | |
| | | | LTG-2623 | LTG-3123 | LQ-2847 1006 Tint | LQ-3147 1006 Tint | LQ-3187 |
| **GENERAL** | | | | | | | |
| Specific Gravity | D 792 | — | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 |
| Density | D 792 | lb/in³ | 0.043 | 0.043 | 0.043 | 0.043 | 0.043 |
| Specific Volume | D 792 | in³/lb | 23.1 | 23.1 | 23.1 | 23.1 | 23.1 |
| Mold Shrinkage | D 955 | in/in | 0.005-0.007 | 0.006-0.008 | 0.005-0.008 | 0.006-0.008 | 0.006-0.008 |
| Water Absorption (Immersion at 73°F): | D 570 | | | | | | |
| 24 Hours | | % | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| Equilibrium | | % | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 |
| Melt Flow Rate:** 300°C/1.2-kg Load | D 1238 | g/10 min | 11 | 6.5 | 12 | 6.5 | 6.5 |
| 320°C/1.2-kg Load | | g/10 min | | | | | |
| **OPTICAL** | | | | | | | |
| Transmittance at 0.125-in Thickness | D 1003 | % | 87c | 87c | 89 | 89 | 87 |
| Haze at 0.125-in Thickness | D 1003 | % | 1.0c | 1.0c | 1.0 | 1.0 | 1.0 |
| Refractive Index | D 542∗ | — | 1.586c | 1.586c | 1.586 | 1.586 | — |
| UV Cut-Off Wavelength at 0.125-in Thickness | (Miles) | nm | | | 380 | 380 | 400 |
| **MECHANICAL** | | | | | | | |
| Tensile Stress at Yield | D 638 | lb/in² | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 |
| Tensile Stress at Break | D 638 | lb/in² | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 |
| Tensile Elongation at Yield | D 638 | % | 6 | 6 | 6 | 6 | 6 |
| Tensile Elongation at Break | D 638 | % | 120 | 125 | 120 | 125 | 125 |
| Tensile Modulus | D 638 | lb/in²×10⁵ | 350 | 350 | 350 | 350 | 350 |
| Flexural Stress at 5% Strain | D 790 | lb/in² | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Flexural Modulus | D 790 | lb/in²×10⁵ | 330 | 330 | 330 | 330 | 330 |
| Impact Strength: | | | | | | | |
| Notched Izod, 0.125-in Thickness, 73°F | D 256 | ft/lb/in | 16 | 18 | 16 | 16 | 16 |
| Notched Izod, 0.250-in Thickness, 73°F | D 256 | ft/lb/in | 2.2 | 2.4 | 2.2 | 2.2 | 2.1 |
| Unnotched, 0.125-in Thickness, 73°F | D 4812 | ft/lb/in | | | | | |
| Unnotched, 0.125-in Thickness, −40°F | D 4812 | ft/lb/in | | | | | |
| Rockwell Hardness | D 785 | M Scale | | | | | |
| | | R Scale | 118 | 118 | 120 | 120 | 120 |
| Instrumented Impact, Total Energy: | D 3763 | | | | | | |
| 0.125-in Thickness, 15 mph, 3-in Clamp | | | | | | | |
| 73°F | | ft·lb | | | | | |
| −20°F | | ft·lb | | | | | |
| **THERMAL** | | | | | | | |
| Deflection Temperature, Unannealed: | D 648 | | | | | | |
| 264-psi Load | | °F | 266 | 270 | 264 | 266 | 266 |
| 66-psi Load | | °F | 275 | 287 | 277 | 284 | 284 |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 |
| Thermal Conductivity | C 177 | Btu/in/(hr·ft²·°F) | 1.39 | 1.39 | 1.39 | 1.39 | 1.39 |
| Specific Heat | D 2766 | Btu/(lb·°F) | 0.28 | 0.28 | 0.28 | 0.28 | 0.28 |
| Relative Temperature Index at 0.062-in Thickness: | (UL746B) | | | | | | |
| Electrical | | °C | 125 | 125 | 125 | 125 | |
| Mechanical with Impact | | °C | 115 | 115 | 115 | 115 | |
| Mechanical without Impact | | °C | 125 | 125 | 125 | 125 | |
| Vicat Softening Temperature: Rate A | D 1525 | °F | 315 | 315 | 315 | 315 | 315 |
| Rate B | | °F | | | | | |
| **FLAMMABILITY†** | | | | | | | |
| Oxygen Index | D 2863 | % | 26 | 26 | 26 | | 26 |
| UL94 Flame Class: | (UL94) | | | | | | |
| 0.062-in (1.57-mm) Thickness | | Rating | V-2 | HB | V-2 | HB | |
| 0.125-in (3.18-mm) Thickness | | Rating | V-2 | HB | V-0 | HB | |
| 0.250-in (6.35-mm) Thickness | | Rating | V-0 | V-2 | V-0 | V-2 | |
| **ELECTRICAL** | | | | | | | |
| Volume Resistivity (Tinfoil Electrodes) | D 257 | ohm·cm | 1.0 E+16 | 1.0 E+16 | 1.0 E+16 | 1.0 E+16 | 1.0 E+16 |
| Surface Resistivity | D 257 | ohm | 1.0 E+15 | 1.0 E+15 | 1.0 E+15 | 1.0 E+15 | 1.0 E+15 |
| Dielectric Strength (Short Time under Oil, 73°F)ᵃ | D 149 | V/mil | >400 | >400 | >400 | >400 | >400 |
| Dielectric Constant (Tinfoil Electrodes): 60 Hz | D 150 | | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| 1 MHz | | | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Dissipation Factor (Tinfoil Electrodes): 60 Hz | D 150 | | 0.0009 | 0.0009 | 0.0009 | 0.0009 | 0.0009 |
| 1 MHz | | | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Arc Resistance: Stainless Steel Electrodes | D 495 | s | | | 11 | 11 | 11 |
| Tungsten Electrodes | | s | | | 30-90 | 30-90 | 30-90 |

\* These items are provided as general information only. They are approximate values and are not part of the product specification.
** For information on using melt flow as a quality control procedure, see Miles processing literature.
† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.

8

CW 0308786

# APEC HIGH-HEAT POLYCARBONATE

| | Makrolon Polycarbonate (continued) | | | | Apec High-Heat Polycarbonate | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Specialty** _Automotive Lens_ | | **Medical** | | **General-Purpose** | | | | | **Flame-Retardant** | |
| | AL-2247 1068 Tint | AL-2447 1068 Tint | AL-2647 1068 Tint | Rx-2530 1118 Tint | HT DP9-9331 | HT DP9-9340[b] HT DP9-9341 | HT DP9-9350[b] HT DP9-9351 | HT DP9-9351 | HT DP9-9371 | HT DP9-9354T | HT DP9-9354 |
| | 1.20<br>0.043<br>23.1<br>0.005-0.007 | 1.20<br>0.043<br>23.1<br>0.005-0.007 | 1.20<br>0.043<br>23.1<br>0.006-0.008 | 1.20<br>0.043<br>23.1<br>0.006-0.008 | 1.18<br>0.043<br>23.5<br>0.007-0.008 | 1.17<br>0.042<br>23.6<br>0.007-0.008 | 1.15<br>0.042<br>24.1<br>0.008-0.009 | 1.15<br>0.042<br>24.1<br>0.008-0.009 | 1.14<br>0.041<br>24.3<br>0.008-0.009 | 1.15<br>0.042<br>24.1<br>0.008-0.009 | 1.15<br>0.042<br>24.1<br>0.008-0.009 |
| | 0.15<br>0.35<br>33 | 0.15<br>0.35<br>.19 | 0.15<br>0.35<br>12 | 0.15<br>0.30<br>15 | 0.2<br>7-10 | 0.2<br>5-8 | 0.2<br>2-5 | 0.2<br>1-3 | 0.2<br>0.5-2 | 0.2<br>2-5 | 0.2<br>2-5 |
| | 87<br>1.0<br>1.582 | 87<br>1.0<br>1.584 | 87<br>1.0<br>1.586 | 78<br>1.2<br>1.586 | 88<br>1.0<br>1.581 | 88<br>1.0<br>1.578 | 88<br>1.0<br>1.572 | 88<br>1.0<br>1.570 | 88<br>1.0<br>1.565 | 87<br>1.2 | Opaque Only |
| | 8,000<br>8,700<br><br>100<br>330<br>12,000<br>330 | 9,100<br>10,000<br>6<br>120<br>350<br>12,000<br>330 | 9,100<br>10,500<br>6<br>120<br>350<br>12,500<br>330 | 9,100<br>10,500<br>6<br>120<br>350<br>12,500<br>330 | 9,300<br>9,500<br>6<br>90<br>325<br>12,500<br>330 | 9,600<br>9,300<br>6<br>80<br>325<br>12,500<br>330 | 9,600<br>9,000<br>6<br>80<br>325<br>12,500<br>330 | 9,800<br>8,600<br>6<br>70<br>325<br>12,500<br>330 | 10,000<br>8,300<br>5<br>70<br>325<br>12,500<br>330 | 9,600<br>9,000<br>6<br>50<br>325<br>12,500<br>330 | 9,600<br>9,000<br>6<br>30<br>325<br>12,500<br>330 |
| | 10<br><br>No Break<br>No Break | 14<br>2<br><br>75<br>118 | 15<br>2<br><br>75<br>118 | 15.6<br>1.4<br><br>87 | 12<br><br>No Break<br>No Break<br>75<br>125 | 6<br><br>No Break<br>No Break<br>83<br>127 | 2<br><br>No Break<br>No Break<br>84<br>127 | 1.8<br><br>No Break<br>No Break<br>89<br>127 | 1.5<br><br>No Break<br>No Break<br>91<br>127 | 1.8<br><br>No Break<br>No Break | 1.8<br><br>No Break<br>No Break |
| | | | | | 50<br>48 | | 49<br>47 | | 46<br>39 | 43<br>34 | 43<br>34 |
| | 254<br>270 | 259<br>273<br>3.9 E-05<br>1.39<br>0.28 | 264<br>275<br>3.9 E-05<br>1.39<br>0.28 | 259<br>273<br>3.9 E-05 | 284<br>306<br>4.2 E-05 | 302<br>324<br>4.2 E-05 | 324<br>345<br>4.2 E-05<br>1.44 | 336<br>365<br>4.2 E-05 | 354<br>383<br>4.2 E-05 | 324<br>345<br>4.2 E-05<br>1.44 | 324<br>345<br>4.2 E-05<br>1.44 |
| | | 125<br>115<br>125<br>304 | 125<br>115<br>125<br>315 | | 140<br>130<br>140<br>320 | 75<br>75<br>75<br>341 | 150<br>130<br>150<br>365 | 75<br>75<br>75<br>383 | 75<br>75<br>75<br>401 | 75<br>75<br>75<br>365 | 75<br>75<br>75<br>365 |
| | 291 | | | | | | | | | | |
| | | 26<br><br>V-2<br>V-2<br>V-2 | 26<br><br>V-2<br>V-2<br>V-0 | | 24<br><br>HB<br>HB | 24<br><br>HB<br>HB | 24<br><br>HB<br>HB | 24<br><br>HB<br>HB | 24<br><br>HB<br>HB | 35<br><br>V-2<br>V-0 | 35<br><br>V-0<br>V-0/5VA |
| | | 1.0E+16<br>1.0E+15<br>760<br>3.0<br>2.9<br>0.0008<br>0.01<br>11<br>30-90 | 1.0E+16<br>1.0E+15<br>760<br>3.0<br>2.9<br>0.0009<br>0.01<br>11<br>30-90 | 1.0E+16<br>1.0E+15<br>>400<br>3.0<br>3.0<br>0.001<br>0.01<br>11<br>30-90 | >1.0E+16<br>>1.0E+16<br>>400<br>3.0<br>3.0<br>0.001<br>0.01 | >1.0E+16<br>>1.0E+16<br>>400<br>2.9<br>2.9<br>0.001<br>0.01 | >1.0E+16<br>>1.0E+16<br>>400<br>2.9<br>2.9<br>0.001<br>0.01 | >1.0E+16<br>>1.0E+16<br>>400<br>2.9<br>2.9<br>0.001<br>0.01 | >1.0E+16<br>>1.0E+16<br>>400<br>2.9<br>2.9<br>0.001<br>0.01 | 1.0E+15<br>1.0E+14<br>>400<br>2.8<br>2.8<br>0.005<br>0.01 | 1.0E+15<br>1.0E+14<br>>400<br>2.8<br>2.9<br>0.003<br>0.01 |

a  Dielectric strength properties are reported at 0.062-inch thickness for grades of Makrolon polycarbonate and at 0.125-inch thickness for grades of Apec high-heat polycarbonate.

b  HT DP9-9340 and HT DP9-9350 are medical grades of Apec resin.

c  This value does not apply to color 3331 white.

9

CW 0308787

# BAYBLEND POLYCARBONATE/ABS BLEND

**Bayblend PC/ABS Blend**

| THERMOPLASTICS | | | General-Purpose | | | High-Productivity | |
|---|---|---|---|---|---|---|---|
| | | | T 45 MN | T 65 MN | 6 85 MN | T 44 | T 64 |
| **GENERAL** | | | | | | | |
| Specific Gravity | D 792 | | 1.10 | 1.13 | 1.15 | 1.10 | 1.13 |
| | D 792 | lb/in³ | 0.040 | 0.041 | 0.041 | 0.040 | 0.041 |
| Density | | lb/in³ | | | | | |
| Specific Volume | D 792 | in³/lb | 25.2 | 24.1 | 24.3 | 25.2 | 24.1 |
| Mold Shrinkage | D 955 | in/in | 0.005-0.007 | 0.005-0.007 | 0.005-0.007 | 0.005-0.007 | 0.005-0.007 |
| Water Absorption (Immersion at 73°F): | D 570 | | | | | | |
| 24 Hours | | % | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Equilibrium | | % | 0.7 | 0.6 | 0.6 | 0.7 | 0.6 |
| Melt Flow Rate** at 250°C/5-kg Load | D 1238 | g/10 min | 5-11 | 5-11 | 5-11 | 10-16 | 10-16 |
| Spiral Flow Length at 0.100-in Thickness: | (Miles)† | | | | | | |
| 490°F Melt Temperature | | in | 22.5 | 19.0 | 16.5 | 23.5 | 22.3 |
| 525°F Melt Temperature | | in | 26.0 | 23.0 | 20.5 | 27.0 | 26.0 |
| **MECHANICAL** | | | | | | | |
| Tensile Stress at Yield | D 638 | lb/in² | 6,500 | 7,200 | 8,000 | 6,500 | 7,200 |
| Tensile Stress at Break | D 638 | lb/in² | 5,800 | 6,500 | 7,200 | 5,800 | 6,500 |
| Tensile Elongation at Yield | D 638 | % | 4 | 4 | 5 | 3 | 4 |
| Tensile Elongation at Break | D 638 | % | 70 | 80 | 85 | 60 | 70 |
| Tensile Modulus | D 638 | lb/in²x10³ | 10,100 | 10,900 | 11,600 | 8,700 | 9,400 |
| Flexural Stress at 5% Strain | D 790 | lb/in² | 290 | 305 | 320 | 290 | 305 |
| Flexural Modulus | D 790 | lb/in²x10³ | | | | | |
| Impact Strength, Notched Izod: | D 256 | | | | | | |
| 0.125-in Thickness, 73°F | | ft·lb/in | 9.0 | 10.0 | 11.0 | 8.0 | 9.0 |
| 0.125-in Thickness, –40°F | | ft·lb/in | 5.0 | 6.0 | 7.0 | 4.5 | 5.0 |
| Rockwell Hardness | D 785 | R Scale | 114 | 118 | 119 | 95 | 118 |
| Instrumented Impact, Total Energy: | D 3763 | | | | | | |
| 0.125-in Thickness, 15 mph, 3-in Clamp | | | | | | | |
| 73°F | | ft·lb | 30 | 33 | 33 | | 33 |
| –22°F | | ft·lb | 28 | 30 | 33 | | 29 |
| 0.160-in Thickness, 2.5 mph, 3-in Clamp, 73°F | | ft·lb | | | | | |
| 0.250-in Thickness, 2.5 mph, 3-in Clamp, 73°F | | ft·lb | | | | | |
| **THERMAL** | | | | | | | |
| Deflection Temperature, Unannealed: | D 648 | | | | | | |
| 264-psi Load | | °F | 210 | 220 | 230 | 210 | 210 |
| 66-psi Load | | °F | 220 | 255 | 265 | 220 | 248 |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | 4.6 E-05 | 4.3 E-05 | 4.6 E-05 | 4.6 E-05 | 4.3 E-05 |
| Relative Temperature Index at 0.062-in Thickness: | (UL746B) | | | | | | |
| Electrical | | °C | 60 | 60 | 60 | 60 | 60 |
| Mechanical with Impact | | °C | 60 | 60 | 60 | 60 | 60 |
| Mechanical without Impact | | °C | 60 | 60 | 60 | 60 | 60 |
| Vicat Softening Temperature: Rate B/120 | (ISO 306) | °F | 230 | 250 | 270 | 230 | 250 |
| **FLAMMABILITY†** | | | | | | | |
| Oxygen Index | D 2863 | % | 21 | 23 | 24 | 21 | 23 |
| UL94 Flame Class: | (UL94) | | | | | | |
| 0.062-in (1.57-mm) Thickness | | Rating | HB | HB | HB | HB | HB |
| 0.089-in (2.29-mm) Thickness | | Rating | HB | HB | HB | HB | HB |
| 0.100-in (2.54-mm) Thickness | | Rating | HB | HB | HB | HB | HB |
| 0.125-in (3.18-mm) Thickness | | Rating | HB | HB | HB | HB | HB |
| **ELECTRICAL** | | | | | | | |
| Volume Resistivity (Tinfoil Electrodes) | D 257 | ohm·cm | >1.0 E + 16 | >1.0 E + 16 | >1.0 E + 16 | >1.0 E + 16 | >1.0 E + 16 |
| Surface Resistivity | D 257 | ohm | >1.0 E + 14 | >1.0 E + 14 | >1.0 E + 14 | >1.0 E + 14 | >1.0 E + 14 |
| Dielectric Strength (Short Term under Oil at 73°F, 0.062-in Thickness) | D 149 | V/mil | 600 | 600 | 600 | 600 | 600 |
| Dielectric Constant (Tinfoil Electrodes): 60 Hz | D 150 | | | | | | |
| 1 MHz | D 150 | | 0.004 | 0.004 | 0.004 | 0.004 | 0.004 |
| Dissipation Factor (Tinfoil Electrodes): 60 Hz | | | | | | | |
| 1 MHz | | | 0.007 | 0.007 | 0.008 | 0.007 | 0.007 |

\* These items are provided as general information only. They are approximate values and are not part of the product specification.
\*\* For information on using melt flow as a quality control procedure, see Miles processing literature.
† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.

CW 0308788

# BAYBLEND POLYCARBONATE/ABS BLEND

## Bayblend PC/ABS Blend (continued)

| | General-Purpose High-Productivity | Flame-Retardant | | | Antimony/Bromine-Free | | Glass-Reinforced | | Structural Foam (Properties at indicated foam density) | Blow Molding/Extrusion |
|---|---|---|---|---|---|---|---|---|---|---|
| | T 84 | FR 1439 | FR 1440 | FR 1441 | FR 90 | FR 110 | T 88-2N 10% Glass | T 88-4N 20% Glass | SF 1443 0.250 in | DP2-1500 |
| | 1.15 | 1.17 | 1.18 | 1.18 | 1.17 | 1.19 | 1.20 | 1.25 | (Solid) 1.18 (Foam) 0.90 | 1.21 |
| | 0.041 | 0.042 | 0.043 | 0.043 | 0.042 | 0.043 | 0.043 | 0.045 | (Solid) 0.043 (Foam) 0.033 | 0.043 |
| | 24.3 | 23.7 | 23.5 | 23.5 | 24.8 | 23.2 | 23.1 | 22.2 | 0.005-0.007 | |
| | 0.005-0.007 | 0.0043-0.0055 | 0.0045-0.0056 | 0.0048-0.0058 | 0.003-0.005 | 0.004-0.006 | 0.003-0.004 | 0.002-0.003 | | |
| | 0.2 | 0.15 | 0.15 | 0.15 | 0.15 | | 0.2 | 0.2 | 0.2 | |
| | 0.6 | | | | | | 0.6 | 0.6 | 0.6 | 3-10 |
| | 10-16 | 24 | 19 | 16 | 35 | 35 | | | | |
| | 19.0 | 27.0 | 22.5 | 18.0 | 28.0 | 22.5 | | | | 10 |
| | 22.8 | 32a | 27.0 | 22.0 | 32a | | | | | |
| | 8,000 | 7,700 | 8,000 | -8,700 | 8,700 | 8,700 | 9,400 | 10,900 | 6,100 | 7,700 |
| | 6,500 | 5,800 | 6,500 | 7,300 | 6,500 | <8,100 | 8,700 | 10,900 | | 7,600 |
| | 4 | 3.5 | 4 | 4 | 4 | 4 | 3 | 2 | | 3.8 |
| | 75 | 50 | 60 | 60 | 70 | 90 | 5 | 2 | 3.4 | 90 |
| | | 380 | 390 | 390 | 400 | 380 | | | | |
| | 10,200 | 12,600 | 13,000 | 13,900 | 14,500 | 13,800 | 16,000 | 18,900 | 11,600 | 12,600 |
| | 320 | 360 | 380 | 380 | 400 | 390 | 580 | 870 | 380 | 329 |
| | | | | | | | 1.5 | 1.4 | | 13 |
| | 10.0 | 6.0 | 7.5 | 9.5 | 5.5 | 14 | | | | |
| | 6.0 | | | | | | | | | |
| | .119 | 115 | 119 | 121 | 121 | 122 | | | | 38 |
| | | | | | | | | | | 33 |
| | 33 | 34 | 35 | 36 | 42 | 38 | | | 15 | |
| | 33 | | | | | | | | 22 | |
| | 226 | 180 | 195 | 210 | 185 | 203 | 240 | 240 | 171 | 221 |
| | 262 | 195 | 210 | 230 | | 212 | 257 | 266 | 201 | |
| | 4.0 E-05 | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 | 3.9 E-05 | | 2.3 E-05 | 1.8 E-05 | | |
| | 60 | 90 | 95 | 95 | 85 | 95 | 60 | 60 | 60d | 60 |
| | 60 | 70 | 80 | 85 | 75 | 85 | 60 | 60 | 60d | 60 |
| | 60 | 90 | 90 | 95 | 80 | 85 | 60 | 60 | 60d | 60 |
| | 270 | 195 | 210 | 230 | 200 | 226 | 270 | 275 | | 264 |
| | 24 | 28 | 30 | 30 | 30 | 30 | 24 | 24 | | |
| | | | | | | V-0 | | | | V-0 |
| | HB | V-0 | V-0 | V-0 | V-0 | V-0/5VB | HB | HB | | |
| | HB | V-0/5VBb | V-0/5VBb | V-0/5VB | V-0/5VB | V-0/5VB | HB | HB | | |
| | HB | V-0/5VBc | V-0/5VBc | V-0/5VB | V-0/5VB | V-0/5VB | HB | HB | V-0 | V-0/5VBb |
| | HB | V-0/5VB | V-0/5VB | V-0/5VB | V-0/5VB | V-0/5VA | HB | HB | | |
| | >1.0 E+16 | >1.0 E+16 | >1.0 E+16 | >1.0 E+16 | >1.0 E+16 | | >1.0 E+16 | >1.0 E+16 | >1.0 E+16 | >1.0 E+16 |
| | >1.0 E+14 | >1.0 E+14 | >1.0 E+14 | >1.0 E+14 | >1.0 E+14 | | >1.0 E+14 | >1.0 E+14 | >1.0 E+14 | >1.0 E+14 |
| | 600 | 760 | 760 | 760 | 760 | | | | | |
| | | 3.0 | 3.0 | 3.0 | 3.0 | | | | | |
| | | 2.9 | 2.9 | 2.9 | 2.9 | | | | | |
| | 0.004 | 0.005 | 0.005 | 0.004 | 0.004 | 0.005 | 0.002 | 0.002 | | |
| | 0.008 | 0.007 | 0.007 | 0.007 | 0.007 | | 0.009 | 0.009 | | |

a Equipment capability exceeded.
b Red, black, white and yellow colors.
c Natural color.
d Thickness of relative temperature index is reported at 0.118 inch.

11

CW 0308789

# MAKROBLEND POLYCARBONATE BLEND

**Makroblend PC Blend**

| THERMOPLASTICS | | | Impact-Modified | | | |
|---|---|---|---|---|---|---|
| | | | | | Glass-Reinforced | |
| | | | UT 1018 | UT 400 UT 403 | UT 620 G 10% Glass | UT 640 G 20% Glass |
| **GENERAL** | | | | | | |
| Specific Gravity | D 792 | | 1.22 | 1.22 | 1.31 | 1.37 |
| Density | D 792 | lb/in³ | 0.044 | 0.044 | 0.047 | 0.050 |
| Specific Volume | D 792 | in³/lb | 22.7 | 22.7 | 21.1 | 20.2 |
| Mold Shrinkage | D 955 | in/in | 0.005-0.009 | 0.006-0.008 | 0.001-0.006 | 0.001-0.006 |
| Water Absorption (Immersion at 73°F): | D 570 | | | | | |
| 24 Hours | | % | 0.16 | 0.11 | 0.10 | 0.08 |
| Equilibrium | | % | 0.30 | 0.25 | 0.24 | 0.23 |
| Melt Flow Rate** at 265°C/5-kg Load | D 1238 (Miles) | g/10 min | 8-12 | 26-34 | | |
| Spiral Flow Length at 0.100-in Thickness: | | | | | | |
| 525°F Melt Temperature | | in | 16 | 28 | | |
| **MECHANICAL** | | | | | | |
| Tensile Stress at Yield | D 638 | lb/in² | 7,000 | 7,900 | 11,000 | 13,000 |
| Tensile Stress at Break | D 638 | lb/in² | 7,600 | 8,000 | 9,000 | 12,000 |
| Tensile Elongation at Yield | D 638 | % | 5 | 5 | 5 | 5 |
| Tensile Elongation at Break | D 638 | % | 165 | 151 | 5 | 5 |
| Flexural Stress at 5% Strain | D 790 | lb/in² | 10,700 | 12,400 | 19,000 | 23,600 |
| Flexural Modulus | D 790 | lb/in²x10³ | 300 | 338 | 560 | 850 |
| Impact Strength, Notched Izod: | D 256 | | | | | |
| 0.125-in Thickness, 73°F | | ft·lb/in | 18 | 15 | 2.6 | 2.4 |
| 0.125-in Thickness, −20°F | | ft·lb/in | 13 | 3 | 2 | 2 |
| 0.125-in Thickness, −40°F | | ft·lb/in | 8 | 2 | 2 | 2 |
| 0.250-in Thickness, 73°F | | ft·lb/in | 15 | 4 | | |
| Rockwell Hardness | D 785 | R Scale | 114 | 121 | 113 | 115 |
| Instrumented Impact, Total Energy: | D 3763 | | | | | |
| 0.125-in Thickness, 15 mph, 3-in Clamp | | | | | | |
| 73°F | | ft·lb | 39 | 41 | | |
| −20°F | | ft·lb | 39 | 42 | | |
| −40°F | | ft·lb | 38 | 41 | | |
| **THERMAL** | | | | | | |
| Deflection Temperature, Unannealed: | D 648 | | | | | |
| 264-psi Load | | °F | 190 | 248 | 237 | 252 |
| 66-psi Load | | °F | 239 | 273 | 293 | 354 |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | 4.0 E-05 | 3.7 E-05 | 2.6 E-05 | 2.2 E-05 |
| Relative Temperature Index at 0.062-in Thickness: | (UL746B) | | | | | |
| Electrical | | °C | 75 | 75 | 75 | 75 |
| Mechanical with Impact | | °C | 75 | 75 | 75 | 75 |
| Mechanical without Impact | | °C | 75 | 75 | 75 | 75 |
| Vicat Softening Temperature: Rate B | D 1525 | °F | | | | |
| **FLAMMABILITY†** | | | | | | |
| UL94 Flame Class: | (UL94) | | | | | |
| 0.062-in (1.57-mm) Thickness | | Rating | HB | HB | HB[a] | HB[a] |
| 0.125-in (3.18-mm) Thickness | | Rating | HB | HB | | |
| 0.250-in (6.35-mm) Thickness | | Rating | | | | |
| **ELECTRICAL** | | | | | | |
| Volume Resistivity (Tinfoil Electrodes) | D 257 | ohm·cm | >2.6 E + 15 | >7.4 E + 15 | >1.6 E + 15 | >1.4 E + 15 |
| Dielectric Strength (Short Time under Oil at 73°F, 0.062-in Thickness) | D 149 | V/mil | 713 | 704 | >700 | >700 |
| Dielectric Constant (Tinfoil Electrodes): 1 MHz | D 150 | | 3.06 | 3.1 | 3.2 | 3.3 |
| Dissipation Factor (Tinfoil Electrodes): 1 MHz | D 150 | | 0.014 | 0.009 | 0.0008 | 0.0009 |

\* These items are provided as general information only. They are approximate values and are not part of the product specification.
\*\* For information on using melt flow as a quality control procedure, see Miles processing literature.
† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.
[a] Black color.

12

CW 0308790

## MAKROBLEND POLYCARBONATE BLEND

**Makroblend** PC Blend (continued)

| Impact-Modified | | |
|---|---|---|
| Flame-Retardant | | FDA-Compliant |
| DP4-1368 | DP4-1377 | DP4-1370 |
| 1.30 | 1.28 | 1.22 |
| 0.047 | 0.046 | 0.044 |
| 21.3 | 22 | 22.7 |
| 0.005-0.007 | 0.006-0.008 | 0.005-0.007 |
| 0.07 | 0.09 | 0.17 |
| 0.22 | 0.28 | |
| 16-22 | 10-20 | 14-20 |
| 24 | 19 | 20 |
| 6,900 | 8,100 | 8,200 |
| 7,400 | 7,500 | 7,900 |
| 5 | 5 | 5 |
| 130 | 120 | 115 |
| 13,800 | 12,000 | 13,000 |
| 380 | 318 | 340 |
| 13 | 15 | 15 |
| 3 | 5 | |
| | 4 | |
| 12 | 10 | 2 |
| 122 | 120 | 117 |
| 39 | 40 | 36 |
| 40 | 37 | 40 |
| 39 | 35 | 37 |
| 212 | 222 | 240 |
| 239 | 255 | 271 |
| 3.2 E-05 | 3.7 E-05 | 3.5 E-05 |
| 95 | 75 | |
| 75 | 75 | |
| 95 | 75 | |
| | | 315 |
| V-0 | V-0 | |
| V-0/5VA | V-0/5VA | |
| V-0 | | |
| 5.9 E+15 | | |
| 740 | | |
| 3.02 | | |
| 0.0007 | | |

CW 0308791

# DURETHAN POLYAMIDE 6

## Durethan Polyamide 6

**THERMOPLASTICS**

| Property | Test | Units | B 30 S / B 31 SK (Unreinforced) | | B 40 SK (Unreinforced) | | BC 30 (Impact-Modified) | | BC 40 (Impact-Modified) | | BC 303 (Impact-Modified) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned |
| **GENERAL** | | | | | | | | | | | | |
| Specific Gravity | D 792 | | 1.14 | | 1.14 | | 1.10 | | 1.10 | | 1.07 | |
| Density | D 792 | lb/in³ | 0.041 | | 0.041 | | 0.040 | | 0.040 | | 0.039 | |
| Specific Volume | D 792 | in³/lb | 24.3 | | 24.3 | | 25.2 | | 25.2 | | 25.8 | |
| Mold Shrinkage: | (Miles) | | | | | | | | | | | |
| Flow Direction | | in/in | 0.012 | | 0.012 | | 0.013 | | 0.015 | | 0.016 | |
| Cross-Flow Direction | | in/in | 0.011 | | 0.013 | | 0.017 | | 0.019 | | 0.016 | |
| Water Absorption (0.125-in Thickness): | | | | | | | | | | | | |
| 24-Hour Immersion | D 570 | % | 1.6 | | 1.6 | | 1.5 | | 1.5 | | 1.6 | |
| Equilibrium (73°F): | (DIN 53495) | | | | | | | | | | | |
| In Air (50% RH) | | % | 3.0 | | 3.0 | | 2.7 | | 2.7 | | 1.9 | |
| In Water | | % | 10.0 | | 10.0 | | 9.0 | | 9.0 | | 7.0 | |
| **MECHANICAL** | | | | | | | | | | | | |
| Tensile Stress at Break | D 638 | lb/in² | 7,250 | 8,700 | 8,000 | 8,000 | 10,200 | 8,000 | 10,200 | 5,800 | 6,500 | 6,500 |
| Tensile Elongation at Break | D 638 | % | 35 | >200 | 70 | >200 | 50 | >200 | 75 | >200 | >200 | >200 |
| Tensile Modulus | D 638 | lb/in²x10² | 464 | 159 | 450 | 145 | 406 | 174 | 406 | 174 | 254 | 109 |
| Flexural Stress at 5% Strain | D 790 | lb/in² | 16,700 | 5,080 | 16,700 | 5,080 | 13,000 | 4,400 | 13,600 | 4,400 | 8,700 | 2,900 |
| Flexural Strength | D 790 | lb/in² | 392 | 102 | 392 | 102 | 319 | 116 | 334 | 116 | 232 | 102 |
| Flexural Modulus | D 790 | lb/in²x10³ | | | | | | | | | | |
| Impact Strength, Notched Izod: | D 256 | | | | | | | | | | | |
| 0.125-in Thickness, 73°F | | ft·lb/in | 1.1 | 14.0 | 1.3 | 18.7 | 1.7 | 17.8 | 3.0 | 2.1 | 17.8 | 18.7 |
| 0.125-in Thickness, -40°F | | ft·lb/in | | | | | 1.5 | 1.5 | 2.1 | 2.1 | 2.8 | 3.7 |
| **THERMAL** | | | | | | | | | | | | |
| Deflection Temperature, Unannealed: | D 648 | | | | | | | | | | | |
| 264-psi Load | | °F | 140 | | 140 | | 149 | | 158 | | 140 | |
| 66-psi Load | | °F | 356 | | 356 | | 329 | | 365 | | 320 | |
| **FLAMMABILITY†** | (UL94) | | | | | | | | | | | |
| UL94 Flame Class: | | | | | | | | | | | | |
| 0.016-in (0.40-mm) Thickness | | Rating | V-2[a] | | | | | | HB | | HB | |
| 0.032-in (0.81-mm) Thickness | | Rating | | | | | | | HB | | | |
| 0.062-in (1.57-mm) Thickness | | Rating | V-2 | | HB | | HB[a] | | HB | | | |
| **ELECTRICAL** | | | | | | | | | | | | |
| Volume Resistivity (Tinfoil Electrodes) | D 257 | ohm·cm | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+12 | 1.0E+14 | 1.0E+12 | 1.0E+14 | 1.0E+12 | 1.0E+15 | 1.0E+12 |
| Surface Resistivity | D 257 | ohm | 1.0E+13 | 1.0E+12 | 1.0E+13 | 1.0E+12 | 1.0E+12 | 1.0E+12 | 1.0E+12 | 1.0E+10 | 1.0E+15 | 1.0E+14 |
| Dielectric Strength | (DIN 53481) | | | | | | | | | | | |
| 0.118-in Thickness | | V/mil | 762 | 889 | 762 | 889 | 889 | 762 | 889 | 762 | 813 | 813 |
| Dielectric Constant (Tinfoil Electrodes): | D 150 | | | | | | | | | | | |
| 50 Hz | | | 3.8 | 20.0 | 3.8 | 16 | 3.7 | 14 | 3.7 | 14 | 3.5 | 10.0 |
| 1 MHz | | | 3.4 | 4.6 | 3.4 | 4.7 | 3.3 | 5.8 | 3.3 | 5.8 | 3.1 | 4.5 |
| Dissipation Factor (Tinfoil Electrodes): | D 150 | | | | | | | | | | | |
| 50 Hz | | | 0.05 | 2.30 | 0.05 | 2.88 | 0.04 | 2.45 | 0.04 | 2.45 | 0.04 | 1.50 |
| 1 MHz | | | 0.07 | 0.40 | 0.06 | 0.40 | 0.06 | 1.30 | 0.06 | 0.37 | 0.05 | 0.70 |
| Arc Resistance (Tungsten Electrodes) | D 495 | s | | | | | | | | | | |
| Comparative Tracking Index | D 3638 | V | 600 | | 600 | | 600 | | 600 | | 600 | |

\* These items are provided as general information only. They are approximate values and are not part of the product specification.

† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.

‡ Miles value pending UL recognition.

a Natural color.

**Note 1**
Dry as Molded: refers to a moisture content less than 0.2% by weight.
Conditioned: refers to an equilibrium moisture content in a standard laboratory atmosphere of 73°F and 50% relative humidity.

**Note 2**
Glass-Reinforced: refers to reinforcement with glass fibers except in the case of BG 30 X, which is reinforced with glass fibers and glass beads.

CW 0308792

# DURETHAN POLYAMIDE 6

**Durethan** Polyamide 6 (continued)

| | Impact-Modified | Glass-Reinforced | | | | | | | | Glass-Reinforced, Impact-Modified | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KC 402 | BKV 15 H (15% Glass) | | BKV 30 H (30% Glass) | | BKV 40 H (40% Glass) | | BKV 50 H (50% Glass) | | BKV 115 (15% Glass) | | BKV 130 (30% Glass) | | BKV 140 (40% Glass) | | BKV 35.Z (35% Glass) | |
| | Dry as Molded / Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned | Dry as Molded | Conditioned |
| | 1.08 | 1.23 | | 1.36 | | 1.46 | | 1.57 | | 1.23 | | 1.36 | | 1.46 | | 1.41 | |
| | 0.039 | 0.044 | | 0.049 | | 0.053 | | 0.057 | | 0.044 | | 0.049 | | 0.053 | | 0.051 | |
| | 25.6 | 22.5 | | 20.4 | | 19.0 | | 17.5 | | 22.5 | | 20.4 | | 19.0 | | 19.6 | |
| | 0.016 / 0.016 | 0.003 / 0.009 | | 0.003 / 0.009 | | 0.003 / 0.008 | | 0.003 / 0.007 | | 0.003 / 0.009 | | 0.003 / 0.009 | | 0.003 / 0.008 | | 0.003 / 0.008 | |
| | 1.7 | 1.3 | | 1.0 | | 0.85 | | 0.80 | | 1.30 | | 1.00 | | 0.85 | | 0.90 | |
| | 2.0 / 8.0 | 2.5 / 8.5 | | 2.1 / 8.5 | | 1.8 / 6.0 | | 1.5 / 5.0 | | 2.3 / 8.5 | | 1.8 / 7.0 | | 1.6 / 6.0 | | 1.9 / 6.5 | |
| | 6,500 | 6,500 | 18,900 | 10,200 | 26,100 | 14,500 | 29,000 | 17,400 | 30,500 | 21,800 | 18,900 | 9,400 | 23,200 | 14,500 | 26,100 | 17,400 | 26,800 | 16,700 |
| | >200 | >200 | 3 | 5.5 | 3 | 6 | 3 | 4 | 2 | 3.5 | 7 | 9 | 4 | 7 | 3.5 | 6.5 | 2.5 | 5 |
| | 319 | 131 | 899 | 450 | 1,334 | 812 | 1,711 | 1,073 | 2,176 | 1,378 | 827 | 421 | 1,305 | 725 | 1,595 | 1,015 | 1,450 | 1,015 |
| | 11,600 | 3,600 | 29,000 | 17,400 | 40,600 | 24,700 | 47,900 | 29,600 | 50,800 | 31,900 | 27,600 | 14,500 | 37,700 | 21,800 | 43,500 | 27,600 | 43,500 | 26,100 |
| | 290 | 109 | 783 | 420 | 1,204 | 725 | 1,566 | 986 | 1,958 | 1,116 | 710 | 362 | 1,160 | 682 | 1,479 | 914 | 1,378 | 812 |
| | 18.7 | 2.4 | 1.2 | 4.7 | 2.2 | 2.8 | 3.0 | 3.6 | 3.1 | 3.7 | 2.2 | 5.6 | 3.4 | 4.1 | 4.1 | 4.9 | 3.0 | 3.6 |
| | 2.4 | | 1.0 | 1.0 | 1.9 | 1.9 | 2.5 | 2.5 | 2.5 | 2.5 | 1.2 | 1.2 | 2.2 | 2.2 | 2.6 | 2.6 | 2.2 | 2.2 |
| | 140 | | 392 | | 392 | | 392 | | 392 | | 392 | | 392 | | 392 | | 392 | |
| | 320 | | 419 | | 419 | | 419 | | 419 | | 419 | | 419 | | 419 | | 419 | |
| | HB / HB | HB / HB | | HB / HB | | HB# | | HB / HB | | HB# | | HB | | HB# | | HB# | |
| | 1.0E+15 | 1.0E+13 | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+12 | 1.0E+15 | 1.0E+11 | 1.0E+15 | 1.0E+12 |
| | 1.0E+15 | 1.0E+14 | 1.0E+15 | 1.0E+13 | 1.0E+15 | 1.0E+14 | 1.0E+14 | 1.0E+14 | 1.0E+14 | 1.0E+12 | 1.0E+15 | 1.0E+13 | 1.0E+14 | 1.0E+14 | 1.0E+14 | 1.0E+10 | 1.0E+14 | 1.0E+12 |
| | 813 | 889 | 889 | 762 | 1,016 | 889 | 1,016 | 889 | 1,016 | 889 | 1,016 | | 889 | | 1,016 | | 889 | |
| | 3.6 | 12.0 | 4.0 | 15 | 4.0 | 15 | 4.0 | 15 | 4.0 | 5.0 | | | 4.0 | 10 | 4.0 | 10 | 4.0 | 10 |
| | 3.2 | 5.5 | 4.0 | 5.0 | 4.0 | 5.0 | 4.0 | 5.0 | 4.0 | | | | 4.0 | 5.0 | 4.0 | 5.0 | 4.0 | 5.0 |
| | 0.04 | 2.00 | 0.005 | 0.50 | 0.005 | 0.50 | 0.01 | 0.50 | 0.01 | 0.14 | | | 0.005 | 0.20 | 0.005 | 0.20 | 0.005 | 0.20 |
| | 0.06 | 1.20 | 0.015 | 0.16 | 0.015 | 0.16 | 0.015 | 0.15 | 0.015 | | | | 0.015 | 0.12 | 0.015 | 0.12 | 0.015 | 0.12 |
| | | 600 | | 425 | | 76 / 400 | | 375 | | 375 | | 600 | | 87 / 600 | | 91 / 575 | | |

Film grades of Durethan polyamide 6
and copolyamide are available.
For information, call 1-800-622-6004.

15

# DURETHAN **POLYAMIDE 6**

### Durethan Polyamide 6 (continued)

| | | | Glass-Reinforced, Low-Warpage **BG 30 X** 30% Glass Fiber/Bead | | Mineral-Reinforced **BM 220 H** 30% Mineral | | Mineral-Reinforced **BM 240 H** 40% Mineral | | Mineral-Reinforced, Impact-Modified **KU1-2402/30** 30% Mineral | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned |
| **GENERAL** | | | | | | | | | | |
| Specific Gravity | D 792 | | 1.35 | | 1.36 | | 1.46 | | 1.36 | |
| Density | D 792 | lb/in³ | 0.049 | | 0.049 | | 0.053 | | 0.049 | |
| Specific Volume | D 792 | in³/lb | 20.5 | | 20.4 | | 19.0 | | 20.4 | |
| Mold Shrinkage: | (Miles) | | | | | | | | | |
| Flow Direction | | in/in | 0.007 | | 0.012 | | 0.010 | | 0.012 | |
| Cross-Flow Direction | | in/in | 0.008 | | 0.012 | | 0.010 | | 0.012 | |
| Water Absorption (0.125-in Thickness): | | | | | | | | | | |
| 24-Hour Immersion | D 570 | % | 1.00 | | 0.80 | | 0.70 | | | |
| Equilibrium (73°F): | (DIN 53495) | | | | | | | | | |
| In Air (50% RH) | | % | 2.1 | | 2.0 | | 1.8 | | | |
| In Water | | % | 7.0 | | 6.0 | | 6.0 | | | |
| **MECHANICAL** | | | | | | | | | | |
| Tensile Stress at Break | D 638 | lb/in² | 18,100 | 9,400 | 11,600 | 7,300 | 12,300 | 7,300 | 10,200 | 8,000 |
| Tensile Elongation at Break | D 638 | % | 4 | 9 | 10 | 45 | 9 | 35 | 18 | 55 |
| Tensile Modulus | D 638 | lb/in²x10³ | 899 | 507 | 725 | 232 | 870 | 290 | 638 | 232 |
| Flexural Strength | D 790 | lb/in² | 28,300 | 16,000 | 20,300 | 8,700 | 22,500 | 9,400 | 18,900 | 7,300 |
| Flexural Modulus | D 790 | lb/in²x10³ | 798 | 406 | 667 | 261 | 783 | 261 | 609 | 203 |
| Impact Strength, Notched Izod: | D 256 | | | | | | | | | |
| 0.125-in Thickness, 73°F | | ft·lb/in | 1.1 | 2.6 | 1.3 | 1.7 | 1.2 | 1.5 | 2.1 | 4.3 |
| 0.125-in Thickness, -40°F | | ft·lb/in | 0.9 | 0.9 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 |
| **THERMAL** | | | | | | | | | | |
| Deflection Temperature, Unannealed: | D 648 | | | | | | | | | |
| 264-psi Load | | °F | 356 | | 194 | | 221 | | 194 | |
| 66-psi Load | | °F | 392 | | 374 | | 392 | | 374 | |
| **FLAMMABILITY†** | | | | | | | | | | |
| UL94 Flame Class: | (UL94) | | | | | | | | | |
| 0.032-in (0.81-mm) Thickness | | Rating | HB | | HBª | | HBª | | HBª | |
| 0.062-in (1.57-mm) Thickness | | Rating | | | HBª | | HBª | | | |
| **ELECTRICAL** | | | | | | | | | | |
| Volume Resistivity (Tinfoil Electrodes) | D 257 | ohm·cm | 1.0 E+15 | 1.0 E+12 | 1.0 E+11 | 1.0 E+11 | 1.0 E+15 | 1.0 E+11 | 1.0 E+14 | 1.0 E+12 |
| Surface Resistivity | D 257 | ohm | 1.0 E+16 | 1.0 E+13 | 1.0 E+14 | 1.0 E+12 | 1.0 E+14 | 1.0 E+14 | 1.0 E+14 | 1.0 E+14 |
| Dielectric Strength: | (DIN 53481) | | | | | | | | | |
| 0.118-in Thickness | | V/mil | 889 | 889 | 889 | 889 | 889 | 889 | 889 | 889 |
| Dielectric Constant (Tinfoil Electrodes): | D 150 | | | | | | | | | |
| 50 Hz | | | 4.5 | 10 | 5.0 | 15 | 5.0 | 15 | 5.0 | 15 |
| 1 MHz | | | 4.0 | 5.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.5 |
| Dissipation Factor (Tinfoil Electrodes): | D 150 | | | | | | | | | |
| 50 Hz | | | 0.015 | 0.20 | 0.015 | 0.07 | 0.015 | 0.07 | 0.025 | 0.075 |
| 1 MHz | | | 0.02 | 0.06 | | | | | | |
| Arc Resistance (Tungsten Electrodes) | D 495 | s | | 110 | | | | | | |
| Comparative Tracking Index | D 3638 | V | | 450 | 575 | | 575 | | 600 | |

\*  These items are provided as general information only. They are approximate values and are not part of the product specification.
†  Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.
#  Miles value pending UL recognition.
ª  Natural color.

**Note 1**
Dry as Molded: refers to a moisture content less than 0.2% by weight.
Conditioned: refers to an equilibrium moisture content in a standard laboratory atmosphere of 73°F and 50% relative humidity.

**Note 2**
Glass-Reinforced: refers to reinforcement with glass fibers except in the case of BG 30 X, which is reinforced with glass fibers and glass beads.

16

CW 0308794

# DURETHAN POLYAMIDE 6

**Durethan** Polyamide 6 (continued)

| | Mineral/Glass-Reinforced | | | | Reduced-Moisture | | | | | | | | | | | |
| | RM 30 X 30% Glass/Mineral | | RM 40 X 40% Glass/Mineral | | Glass-Reinforced | | | | Glass-Reinforced, Impact-Modified | | | | | | Mineral-Reinforced | |
| | | | | | RM KU2-2521/30 30% Glass | | RM KU2-2521/20 20% Glass | | RM KU2-2521/25 25% Glass | | RM KU2-2521/20 20% Glass | | RM KU2-2521/15 25% Glass | | RM KU2-2561/30 30% Mineral | |
| | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned | Dry as Molded | Condi-tioned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1.38 0.050 20.0 | | 1.46 0.053 19.0 | | 1.36 0.049 20.4 | | 1.28 0.046 21.6 | | 1.32 0.048 21.0 | | 1.36 0.049 20.4 | | 1.41 0.051 19.6 | | 1.36 0.049 20.4 | |
| | 0.005 0.009 | | 0.005 0.009 | | 0.003 0.009 | | 0.003 0.009 | | 0.002 0.008 | | 0.002 0.007 | | 0.002 0.007 | | 0.012 0.012 | |
| | | | | | 0.70 | | 0.85 | | 0.75 | | 0.65 | | 0.60 | | 0.60 | |
| | 2.0 6.0 | | 1.8 6.0 | | 1.5 5.0 | | 1.5 5.6 | | 1.4 5.3 | | 1.3 4.9 | | 1.2 4.6 | | 1.4 4.2 | |
| | 17,400 3.5 972 27,600 899 | 9,400 13 493 14,500 406 | 18,900 3 1,160 29,000 942 | 13,100 7 798 17,400 493 | 25,400 3 1,450 42,100 1,300 | 15,000 4 812 26,100 783 | 20,300 4 1,090 31,900 942 | 11,600 8 725 19,600 522 | 21,800 4 1,232 34,800 1,058 | 16,000 5 798 21,000 580 | 23,900 3.5 1,378 37,700 1,276 | 16,700 5 870 22,500 725 | 26,100 3.5 1,595 42,100 1,450 | 18,900 7 957 24,600 870 | 12,300 5 798 22,500 725 | 7,980 30 435 10,900 362 |
| | 1.2 0.7 | 1.9 0.7 | 1.1 0.7 | 1.9 0.7 | 2.1 1.9 | 2.1 1.9 | 2.4 1.5 | 3.2 1.5 | 2.8 1.8 | 3.6 1.8 | 3.2 2.1 | 3.9 2.1 | 3.6 2.2 | 3.9 2.2 | | |
| | 374 428 | | 392 428 | | 383 410 | | 374 401 | | 374 401 | | 374 401 | | 374 401 | | 179 356 | |
| | HB HB | | HB HB | | HB HB | | HB# | | HB# | | HB HB | | HB HB | | HB# | |
| | 1.0 E+14 1.0 E+14 | 1.0 E+13 1.0 E+13 | | | 1.0 E+15 1.0 E+14 | 1.0 E+12 1.0 E+12 | | | | | 1.0 E+15 1.0 E+14 | 1.0 E+12 1.0 E+12 | | | 1.0 E+15 1.0 E+16 | 1.0 E+13 1.0 E+15 |
| | 1,016 | 1,016 | | | 1,016 | 889 | 1,016 | 1,016 | 1,016 | 1,016 | 1,016 | 889 | 1,016 | 1,016 | 762 | 762 |
| | 5.0 4.0 | 15 4.5 | 5.0 | 15 | 4 4 | 10 4 | | | | | 4 4 | 10 4 | | | 4 4 | 8 4 |
| | 0.007 | 0.02 | | | 0.004 0.005 | 0.029 115 | | | | | | 0.032 108 | | | | |
| | | 600 | | 500 | | 600 | | 600 | | 600 | | 600 | | | | |

Film grades of Durethan polyamide 6
and copolyamide are available.
For information, call 1-800-622-6004.

17

CW 0308795

# TEXIN AND DESMOPAN THERMOPLASTIC POLYURETHANE

**Texin** Thermoplastic Polyurethane

| THERMOPLASTICS / Typical Physical Properties | ASTM Method | Units | Polyester | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 480-A | 668-A | 591-A | 345-D | 445-D | 355-D | 455-D | 458-D |
| **GENERAL** | | | | | | | | | | |
| Specific Gravity | D 792 | | 1.20 | 1.26 | 1.22 | 1.22 | 1.22 | 1.22 | 1.21 | 1.22 |
| Shore Hardness | D 2240 | A or D | 87 A | 88 A | 88 A | 45 D | 45 D | 52 D | 55 D | 60 D |
| Taber Abrasion: | D 3489 | | | | | | | | | |
| H-18 Wheel, 1000-g Load, 1000 Cycles | | mg Loss | 15 | 50 | 40 | 45 | 70 | 50 | 50 | 45 |
| Bayshore Resilience | D 2632 | % | 45 | 35 | 35 | 40 | 45 | 40 | 40 | 45 |
| Mold Shrinkage at 100-mil Thickness: | D 955 | | | | | | | | | |
| Flow Direction | | in/in | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 |
| Cross-Flow Direction | | in/in | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 |
| Processing Methods: | | | | | | | | | | |
| • Injection Molding | | | • | • | • | • | • | • | • | |
| • Extrusion–Hose, Tubing, Profiles | | | • | | • | | | | • | |
| –Wire & Cable | | | • | | | | | | | |
| –Film & Sheet | | | • | | | | | | | |
| • Blow Molding | | | • | | | | • | | | |
| Paintable Formulations Available • | | | | | | | | | | |
| **MECHANICAL** | | | | | | | | | | |
| Tensile Strength | D 412 | lb/in² | 6,000 | 4,500 | 6,000 | 4,500 | 6,000 | 5,000 | 6,000 | 6,000 |
| Tensile Stress at 50% Elongation | D 412 | lb/in² | 720 | 900 | 1,150 | 1,250 | 1,100 | 1,800 | 1,800 | 2,400 |
| Tensile Stress at 100% Elongation | D 412 | lb/in² | 750 | 1,000 | 1,200 | 1,300 | 1,300 | 2,000 | 2,000 | 3,000 |
| Tensile Stress at 300% Elongation | D 412 | lb/in² | 1,700 | 2,000 | 2,800 | 2,500 | 2,600 | 3,100 | 4,000 | 4,700 |
| Ultimate Elongation | D 412 | % | 500 | 600 | 540 | 500 | 550 | 500 | 500 | 450 |
| Flexural Modulus | D 790 | lb/in² | 4,000 | 5,000 | 5,500 | 8,400 | 10,000 | 15,000 | 20,000 | 37,000 |
| Compression Set: | D 395-B | | | | | | | | | |
| As Molded (Postcured)** | | % | 16 (12) | 21 (19) | 16 (12) | 16 (12) | 18 (18) | 17 (15) | 20 (15) | 40 (33) |
| 22 Hours at 73°F | | % | 65 (35) | 65 (40) | 65 (35) | 65 (30) | 43 (35) | 62 (35) | 65 (35) | 64 (40) |
| 22 Hours at 158°F | | | | | | | | | 5,585 | |
| Shear Strength | D 732 | lb/in² | | | | | | | | |
| Tear Strength, Die C | D 624 | lb/in² | 500 | 650 | 750 | 700 | 700 | 900 | 900 | 1,000 |
| Impact Strength, Notched Izod | D 256 | | | | | | | | | |
| 0.125-in Thickness, 73°F | | ft-lb/in | | | | | No Break 3.3 | | | |
| 0.125-in Thickness, -22°F | | ft-lb/in | | | | | | | | |
| Instrumented Impact, Total Energy: | D 3763 | | | | | | | | | |
| 100-mil Thickness, 5 mph, 3-in Clamp | | | | | | | | | | |
| 73°F | | ft-lb | | | | | | | 42.5 | |
| -22°F | | ft-lb | | | | | | | 36.9 | |
| **THERMAL** | | | | | | | | | | |
| Deflection Temperature Under Load: | D 648 | | | | | | | | | |
| 264 psi | | °F | | | | | | | 139 | 131 |
| 66 psi | | °F | | | | | | | | |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | | | 8.3 E-05 | | | | 7.3 E-05 | |
| Low-Temperature Brittle Point | D 746 | °F | <-90 | <-40 | <-90 | <-90 | <-90 | <-90 | <-90 | <-90 |
| Glass Transition Temperature (Tg) | (DMA)# | °F | -44 | -22 | -33 | -40 | -51 | -29 | -15 | 3 |
| Vicat Softening Temperature: Rate A | D 1525 | °F | 196 | 190 | 246 | 248 | 316 | 293 | 349 | 295 |
| **FLAMMABILITY†** | | | | | | | | | | |
| UL94 Flame Class: | (UL94) | | | | | | | | | |
| 0.062-in (1.57-mm) Thickness | | Rating | HB[a] | | | | | | HB[b] | |

* These items are provided as general information only. They are approximate values and are not part of the product specification.
** Postcured 16 hrs. at 230°F (110°C).
# DMA: Dynamic Mechanical Analysis.
† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.
[a] Natural color.
[b] Natural and black colors.

CW 0308796

## TEXIN AND DESMOPAN THERMOPLASTIC POLYURETHANE

**Texin** Thermoplastic Polyurethane (continued)

| | Polyester | | Polyether | | | Polyurethane/Polycarbonate Blends | | | | | | Medical | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 360-D | 470-D | 985-A | 990-A | 970-D | 3203 | 4203 | 4206 | 4210 | 4215 | 3215 | 5286 | 5187 | 5265 | 5370 |
| | 1.23 | 1.24 | 1.12 | 1.13 | 1.18 | 1.22 | 1.21 | 1.21 | 1.21 | 1.21 | 1.21 | 1.12 | 1.20 | 1.17 | 1.21 |
| | 60 D | 70 D | 86 A | 90 A | 70 D | 60 D | 60 D | 65 D | 70 D | 75 D | 75 D | 86 A | 87 A | 65 D | 70 D |
| | 55 | 90 | 30 | 25 | 75 | 90 | 70 | 80 | 65 | 85 | 80 | 30 | 15 | 75 | 65 |
| | 42 | 55 | 45 | 40 | 50 | 40 | 42 | 46 | 45 | 52 | 55 | 45 | 45 | 50 | 45 |
| | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.006 | 0.008 | 0.008 | 0.008 | 0.008 |
| | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.008 | 0.006 | 0.008 | 0.008 | 0.008 | 0.008 |
| | 5,000 | 6,000 | 6,900 | 5,000 | 6,000 | 4,500 | 5,000 | 5,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| | 2,400 | 4,100 | 650 | 950 | 3,000 | 2,700 | 2,500 | 3,700 | 4,100 | 4,600 | 4,800 | 650 | 720 | 2,900 | 4,100 |
| | 2,700 | 4,300 | 700 | 1,000 | 3,000 | 3,300 | 2,700 | 4,000 | 4,500 | 5,300 | 5,200 | 700 | 750 | 3,300 | 4,500 |
| | 3,400 | 5,200 | 1,100 | 1,750 | 5,200 | | | | | | | 1,100 | 1,700 | 4,450 | |
| | 500 | 350 | 550 | 550 | 375 | 300 | 325 | 200 | 180 | 150 | 175 | 550 | 500 | 460 | 180 |
| | 30,700 | 105,000 | 3,900 | 6,000 | 55,000 | 31,000 | 30,000 | 60,000 | 100,000 | 150,000 | 150,000 | 3,900 | 4,000 | 55,000 | 100,000 |
| | 20 (15) | 50 (30) | 19 (16) | 20 (13) | 40 (25) | | | | | | | 19 (16) | 16 (12) | 28 (20) | |
| | 40 (25) | 85 (45) | 80 (40) | 75 (35) | 75 (45) | | | | | | | 80 (40) | 65 (35) | 88 (35) | |
| | 1,000 | 1,300 | 500 | 550 | 1,100 | 750 | 3,920 | 5,300 | 6,200 | 7,300 | 1,000 | 500 | 500 | 1,200 | 900 |
| | | | | | | | 850 | 800 | 900 | 950 | | | | | |
| | | | | | | 13 | 13 | 13 | 16 | 18 | 15 | | | | |
| | | | | | | | 1 | 1 | 1 | 1.5 | | | | | |
| | | | | | | 42.0 | 44.1 | 33.1 | 35.8 | 39.1 | 36.0 | | | | |
| | | | | | | 41.0 | 40.9 | 39.6 | 40.5 | 42.9 | 44.0 | | | | |
| | 133 | 115 | | | 113 | 114 | 99 | 109 | 139 | 166 | 183 | | | | 139 |
| | 7.2 E-05 | 5.5 E-05 | | | 155 | 144 | 131 | 150 | 208 | 227 | 231 | | | | 208 |
| | <-90 | <-90 | <-90 | <-90 | 6.4 E-05 | <-90 | 7.0 E-05 | 5.8 E-05 | 5.7 E-05 | 5.0 E-05 | 8.9 E-05 | <-90 | <-90 | <-90 | 5.7 E-05 |
| | -20 | 32 | -51 | -47 | <-94 | -11 | <-90 | <-90 | <-90 | <-90 | <-90 | -51 | -44 | 14 | <-90 |
| | 315 | 316 | 176 | 223 | 32 | 302 | -27 | -27 | -27 | -31 | 0 | 176 | 197 | | -31 |
| | | | | | 306 | | 295 | 286 | 282 | 284 | 295 | | | | 282 |

CW 0308797

## BAYFLEX ELASTOMERIC POLYURETHANE RIM

**Bayflex**
Elastomeric RIM

| THERMOSETS Typical Properties | | | MP-5000 Unfilled | MP-10000 Unfilled | 110-25 IMR Unfilled | 110-50 Unfilled | 110-50 15% Glass[1] | XGT-100 Unfilled | XGT-100 15% Glass[1] |
|---|---|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | | | |
| Specific Gravity | D 792 | | 1.0 | 1.0 | 0.98 | 1.04 | 1.15 | 1.04 | 1.15 |
| Density | D 1622 | lb/ft³ | 62.4 | 62.4 | 61.2 | 63 | 71.2 | 65 | 72 |
| Thickness | | in | 0.118 | 0.118 | 0.125 | 0.125 | 0.125 | 0.125 | 0.125 |
| Shore Hardness | D 2240 | A or D | 30 D | 30 D | 40 D | 50 D | 60 D | 69 D | 70 D |
| Mold Shrinkage | (Miles) | % | 1.25 | 1.4 | 1.4 | 1.4 | 0.5-0.6 | 0.75-0.85 | 0.55-0.75 |
| Water Immersion, Length Increase | (Miles) | in/in | 0.015 | 0.014 | 0.008 | 0.006 | 0.002 | | |
| Water Absorption: | (Miles) | | | | | | | | |
| 24 Hours | | % | 3.3 | 3.3 | 2.8 | 2.8 | 2.6 | | |
| 240 Hours | | % | 5.0 | 5.0 | | | | | |
| **MECHANICAL** | | | | | | | | | |
| Tensile Strength, Ultimate | D 638/D 412 | lb/in² | 1,900 | 2,200 | 3,000 | 3,200 | 2,900 | 4,000 | 4,100 |
| Elongation at Break | D 638/D 412 | % | 360 | 300 | 260 | 220 | 93 | 100 | 95 |
| Flexural Modulus: | D 790 | | | | | | | | |
| 149°F | | lb/in² | 4,000 | 7,900 | | 38,000 | 60,000 | 43,000 | 94,000 |
| 73°F | | lb/in² | 5,000 | 10,000 | 25,000 | 51,000 | 100,000 | 100,000 | 210,000 |
| -22°F | | lb/in² | 14,500 | 23,600 | | 115,000 | 160,000 | 200,000 | 403,000 |
| Flexural Strength | D 790 | lb/in² | | | | | | | |
| Tear Strength, Die C | D 624 | lbf/in | .230 | 240 | 350 | 440 | 570 | 670 | 700 |
| Compressive Strength | D 395 | lb/in² | | | | | | | |
| Impact Strength: | | | | | | | | | |
| Charpy Impact | | ft·lb/in² | | | | | | | |
| Notched Izod | D 256 | ft·lb/in | | | 8 | 11 | 8 | 9 | 4.3 |
| Unnotched | D 256 | ft·lb/in | | | | | | | |
| **THERMAL** | | | | | | | | | |
| Deflection Temperature Under Load: | D 648 | | | | | | | | |
| 264 psi | | °F | | | | | | | |
| 66 psi | | °F | | | | | | | |
| Heat Sag: | D 3769 | | | | | | | | |
| 6-in Overhang, 1 hr at 250°F | | in | | | 0.51 | 0.60 | 0.28 | | |
| 4-in Overhang, 1 hr at 250°F | | in | | | | 0.36 | 0.27 | | |
| Coefficient of Linear Thermal Expansion | D 696 | in/in/°F | | | | 78 E-06 | 44 E-06 | 58 E-06 | 28 E-06 |
| **FLAMMABILITY†** | | | | | | | | | |
| UL94 Flame Class: | (UL94) | | | | | | | | |
| 0.125-in Thickness | | Rating | | | | | | | |
| 0.250-in Thickness | | Rating | | | | | | | |

\* These items are provided as general information only. They are approximate values and are not part of the product specifications.
† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.
¹ Milled glass fiber, OCF 737, 1/16 inch.
² Directed chopped fiber preform.
³ Continuous strand mat.

**Note 1**
All directional properties are listed parallel to flow.

**Note 2**
IBS: Interactive Blowing System.
IMR: Internal Mold Release.
RIM: Reaction Injection Molding.
XGT: Extended Gel Time.

20

**BAYDUR STR COMPOSITE POLYURETHANE RIM**
**BAYDUR STRUCTURAL FOAM POLYURETHANE RIM**
**PRISM SOLID POLYURETHANE RIM**

| Baydur STR Composite RIM | | Baydur Structural Foam RIM | | | | | | | PRISM Solid RIM | |
|---|---|---|---|---|---|---|---|---|---|---|
| STR/C-400 BB | STR/F-350 IMR | D-15 | 660 IBS | | 730 IBS | | 726 IBS | | CM-200 | |
| 60% Glass | 17% Glass | Density 20 pcf | Density 25 pcf | Density 35 pcf | Density 35 pcf | Density 41 pcf | Density 40 pcf | Density 55 pcf | Density 61 pcf | Density 67 pcf |
| 1.71 | 0.50 | 0.32 | 0.40 | 0.56 | 0.56 | 0.66 | 0.66 | 0.80 | 0.98 | 1.07 |
| 107 | 32 | 20 | 25 | 35 | 35 | 41 | 40 | 55 | 61 | 67 |
| 0.160 | 0.125 | 0.500 | 0.500 | 0.500 | 0.250 | 0.250 | 0.250 | 0.250 | 0.125 | 0.125 |
| 0.05 | 0.10 | 40 D | 57 D | 70 D | 65 D | 70 D | 66 D | 81 D | 73 D | 75 D |
|  |  |  |  |  | 0.7-0.9 | 0.7-0.9 | 0.7-0.9 | 0.7-0.9 | 0.7-0.9 | 0.7-0.9 |
| 0.35 |  |  |  |  |  |  |  |  |  |  |
| 0.98 |  |  |  |  |  |  |  |  |  |  |
| 32,100 | 2,900 | 1,000 | 1,300 | 2,800 | 2,000 | 2,700 | 3,100 | 4,800 | 5,500 | 6,600 |
| 1.8 |  | 6 | 7 | 7 | 10 | 10 | 8 | 8 | 11 | 12 |
| 2,120,000 | 220,000 | 53,000 | 76,000 | 113,000 | 125,000 | 170,000 | 160,000 | 240,000 | 267,000 | 309,000 |
| 62,600 | 6,700 | 3,000 | 3,000 | 5,000 | 4,000 | 5,500 | 5,600 | 9,000 | 9,300 | 10,300 |
|  |  | 900 | 1,200 | 2,600 |  |  |  |  |  |  |
|  |  | 2.2 | 4.8 | 6.3 |  |  |  |  |  |  |
| 30.7 | 6.5 |  |  |  | 8.2 | 11 | 8 | 15 | 5 | 7 |
| 416 | 209 | 149 | 199 | 219 | 158 | 176 | 181 | 212 | 192 | 205 |
|  | 0.04 |  |  |  |  |  |  |  | 0.29 | 0.26 |
| 7.8 E-06 | 7.8 E-06 |  |  |  |  |  | V-0/5VA | V-0/5VA | V-0/5VA | V-0/5VA |

21

CW 0308799

## BAYTEC RE POLYURETHANE SPRAY SYSTEMS
## BAYTEC RTM POLYURETHANE SYSTEMS FOR RESIN TRANSFER MOLDING

| THERMOSETS *Typical Physical Properties* | ASTM | Units | Baytec RE Spray Systems | | | | | Baytec RTM Molding Systems | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | RE 526 Unfilled | RE 526 30% Mineral[1] | RE 832 Unfilled | RE 527 Unfilled | RE 527 7% Glass[2] | RTM 532 Unfilled | RTM 532 20% Glass[3] | RTM 532 40% Glass[3] |
| **GENERAL** | | | | | | | | | | |
| Specific Gravity, 77°F | D 792 | | 1.05 | 1.11 | 0.96 | 1.16 | 1.2 | 1.18 | 1.28 | 1.44 |
| Density, 77°F | D 792 | lb/ft³ | 66 | 69 | 60 | 72 | 75 | 74 | 80 | 90 |
| Shore Hardness | D 2240 | A or D | 86 A/38 D | 65 D | 66 A | 75 D | 80 D | 81 D | 82 D | 84 D |
| Taber Abrasion: | D 4060 | | | | | | | | | |
| H-18 Wheel, 1000-g Load, 1000 Cycles | | mg Loss | 217 | 908 | 350 | | | | | |
| Bayshore Resilience | D 2632 | % | | | | 1.1 | 0.4 | 2 | 0.12 | 0 |
| Mold Shrinkage | (Miles) | % | | | | | | | | |
| Processing Methods: | | | | | | | | | | |
| • Casting | | | • | | • | | | | | |
| • Spray | | | • | | • | • | | | | |
| • Resin Transfer Molding | | | | | | | • | • | • | • |
| Paintable • | | | | | | | | | | |
| **MECHANICAL** | | | | | | | | | | |
| Tensile Strength | D 412 | lb/in² | 750 | 1,070# | 900 | 7,000 | 8,000 | 7,200# | 14,500# | 25,000# |
| Tensile Stress at 100% Elongation | D 412 | lb/in² | | | 320 | | | | | |
| Tensile Stress at 200% Elongation | D 412 | lb/in² | | | 460 | | | | | |
| Tensile Stress at 300% Elongation | D 412 | lb/in² | | | 600 | | | | | |
| Ultimate Elongation | D 412 | % | 65 | 50# | 490 | 6 | 4 | 8# | 4# | 4# |
| Flexural Strength: 77°F | D 790 | lb/in² | | | | 10,200 | 12,400 | 11,300 | 22,000 | 35,000 |
| 150°F | | lb/in² | | 7,100 | | | | 3,700 | 12,900 | 20,500 |
| Flexural Modulus: 77°F | D 790 | lb/in² | | | | 287,000 | 403,000 | 300,000 | 650,000 | 1,000,000 |
| 150°F | | lb/in² | | | | | | 105,000 | 400,000 | 740,000 |
| Shear Strength, Compressive Lap: | D 3846 | | | | | | | | | |
| Polyurethane - Acrylic | | lb/in² | | | | >2,000 | >2,000 | | | |
| Polyurethane - ABS | | lb/in² | | | | >4,000 | >4,000 | | | |
| Compression Set: | D 395-B | % | | | | | | | | |
| 22 Hours at 158°F | | | | | | | | | | |
| Compression Deflection: 5% | D 575 | lb/in² | | | 50 | | | | | |
| 10% | | lb/in² | | | 90 | | | | | |
| 25% | | lb/in² | | | 210 | | | | | |
| Tear Strength: Die C Tear | D 624 | lb/in | 120 | | 180 | | | | | |
| Split Tear | D 1938 | lb/in | 50 | | 90 | | | | | |
| Impact Strength, Notched Izod: | D 256 | ft-lb/in | | | | | | | | |
| 0.125-in Thickness, 77°F | | | | 1.9 | | 0.5 | 1.5 | 0.6 | 6 | 10 |
| Instrumented Impact, Total Energy: | D 3763 | ft-lb | | | | | | | | |
| 0.100-in Thickness, 77°F | | | | | | 0.31 | 3.5 | 0.2 | 6 | 10 |
| **THERMAL** | | | | | | | | | | |
| Deflection Temperature Under Load: | D 648 | | | | | | | | | |
| 264 psi | | °F | | | | | | 130 | 260 | 390 |
| 66 psi | | °F | | | | 122 | 138 | 160 | 420 | >425 |
| Coefficient of Linear Thermal Expansion, 122°F | (Miles) | in/in/°F | | | | 41 E-06 | 17 E-06 | 43 E-06 | 9 E-06 | 7 E-06 |
| **FLAMMABILITY**† | | | | | | | | | | |
| UL94 Flame Class at 0.125-in Thickness | (UL94) | Rating | | | | HB | HB | | | |
| ANSI Z-124.1, 5.6 (1987) | (ANSI) | Rating | Pass | Pass | Pass | | | | | |
| ANSI C37.20.2, 5.2.7 | (ANSI) | Rating | | | | | | | | |
| **ELECTRICAL** | | | | | | | | | | |
| Dielectric Strength | D 419 | V/mil | 322 | | 122 | 366 | | | | |
| Arc Resistance | D 495 | s | 121 | | | 123 | | | | |

* These items are provided as general information only. They are approximate values and are not part of the product specifications.
† Flammability results are based on small-scale laboratory tests for comparison purposes only and do not necessarily represent the hazard presented by this or any other material under actual fire conditions.
# Tested in accordance with ASTM D 638.
[1] Calcium carbonate.
[2] 0.250-inch chopped fiberglass roving.
[3] Continuous strand mat.

**Note 1**
All cast elastomer properties refer to uncatalyzed and postcured materials (postcured for 16 hours at 230°F/110°C).

**Note 2**
PTMG: Poly(tetramethylene ether) glycol
PG:   Poly(propylene ether) glycol

22

CW 0308800

# BAYTEC POLYURETHANE PREPOLYMERS FOR CAST ELASTOMERS

**Baytec**
Prepolymers (Cured with 1,4-Butanediol)

| | PTMG | | | | PC | | Polyester | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ME-040 | ME-050 | ME-080 | ME-090 | MP-090 | MP-100 | MS-041 | MS-051 | MS-061 | MS-081 | MS-090 | MS-092 | MS-242 |
| | 79 A | 85 A | 93 A | 95 A | 85 A | 90 A | 72 A | 80 A | 87 A | 90 A | 93 A/47 D | 93 A/43 D | 85 A |
| | 12 | 15 | 20 | 25 | 90 | 84 | 10 | 16 | 24 | 26 | 38 | 30 | 30 |
| | 65 | 63 | 60 | 60 | 20 | 20 | 52 | 52 | 44 | 44 | 26 | 43 | 32 |
| | 4,200 | 4,600 | 5,100 | 5,400 | 5,000 | 4,800 | 5,100 | 5,360 | 6,500 | 6,600 | 7,500 | 6,870 | 7,150 |
| | 600 | 840 | 1,150 | 1,560 | 990 | 1,640 | 460 | 640 | 900 | 1,110 | 1,500 | 1,480 | 830 |
| | 940 | 1,150 | 1,500 | 2,000 | 1,580 | 2,750 | 620 | 870 | 1,250 | 1,500 | 2,590 | 1,960 | 1,215 |
| | 1,200 | 1,670 | 1,900 | 2,600 | 2,750 | 4,290 | 820 | 1,180 | 1,730 | 2,350 | 3,800 | 2,600 | 1,750 |
| | 480 | 480 | 490 | 500 | 410 | 315 | 560 | 525 | 525 | 500 | 480 | 510 | 575 |
| | 17 | 16 | 18 | 17 | 45 | 35 | 20 | 24 | 18 | 20 | 35 | 22 | 24 |
| | 140 | 180 | 250 | 320 | 130 | 165 | 70 | 105 | 160 | 220 | 310 | 275 | 170 |
| | 180 | 370 | 490 | 575 | 275 | 360 | 145 | 220 | 280 | 425 | 600 | 530 | 300 |
| | 520 | 885 | 1,090 | 1,180 | 750 | 1,080 | 410 | 570 | 660 | 930 | 1,350 | 1,200 | 740 |
| | 340 | 415 | 555 | 610 | 360 | 380 | 325 | 380 | 550 | 575 | 705 | 675 | 525 |
| | 80 | 90 | 100 | 140 | 90 | 90 | 100 | 105 | 175 | 200 | 400 | 275 | 300 |

23

CW 0308801

**DEVELOPMENTAL PRODUCT INFORMATION**

Any product in this publication with a grade designation containing the letters DP, KU, or KL is classified as a developmental product and is not considered part of the Miles Inc. line of standard commercial products. Complete commercialization and continued supply are not assured. The purchaser/user agrees that Miles Inc. reserves the right to discontinue supply at any time.

**REGULATORY COMPLIANCE INFORMATION**

Some of the end uses of the products described in this bulletin must comply with applicable regulations, such as the FDA, NSF, USDA and CPSC. If you have any questions on the regulatory status of these products, contact your local Miles representative or the Miles Regulatory Affairs Manager in Pittsburgh, Pennsylvania.

**HEALTH AND SAFETY INFORMATION**

Appropriate literature has been assembled which provides information concerning the health and safety precautions that must be observed when handling Miles products mentioned in this publication. Before working with any of these products, you must read and become familiar with the available information on their hazards, proper use and handling. This cannot be overemphasized. Information is available in several forms, e.g., material safety data sheets and product labels. Consult your local Miles representative or contact the Product Safety and Regulatory Affairs Department in Pittsburgh, Pennsylvania.

 **MILES**

Miles Inc. • Mobay Road • Pittsburgh, PA 15205-9741 • 1-800-622-6004

**Polymers Division**

**Sales Offices:**

California:     2010 Main Street, Suite 1000, Irvine, CA 92714-7206
                714 833-2351 • Fax: 714 752-1306

Georgia:        380 Interstate N. Parkway, Suite 200, Atlanta, GA 30339-2267
                404 955-4326 • Fax: 404 956-7484

Illinois:       9801 W. Higgins Road, Suite 560, Rosemont, IL 60018-4704
                708 692-5560 • Fax: 708 692-7408

Michigan:       1150 Stephenson Highway, Troy, MI 48083-1187
                810 583-9700 • Fax: 810 583-9701

New Jersey:     Raritan Plaza III, Edison, NJ 08837-3605
                908 225-1030 • Fax: 908 225-2571

Tennessee:      2505 Hillsboro Road, Suite 203, Nashville, TN 37212-5317
                615 298-3566 • Fax: 615 298-2641

The conditions of your use and application of our products, technical assistance and information (whether verbal, written or by way of production evaluations), including any suggested formulations and recommendations, are beyond our control. Therefore, it is imperative that you test our products, technical assistance and information to determine to your own satisfaction whether they are suitable for your intended uses and applications. This application-specific analysis at least must include testing to determine suitability from a technical as well as health, safety, and environmental standpoint. Such testing has not necessarily been done by Miles. All information is given without warranty or guarantee. It is expressly understood and agreed that customer assumes and hereby expressly releases Miles from all liability, in tort, contract or otherwise, incurred in connection with the use of our products, technical assistance and information. Any statement or recommendation not contained herein is unauthorized and shall not bind Miles. Nothing herein shall be construed as a recommendation to use any product in conflict with patents covering any material or its use. No license is implied or in fact granted under the claims of any patent.

 Printed on recycled paper

520(30M)5/94     Copyright © 1987, 1994, Miles Inc.     Printed in U.S.A.     KU-F-4022(152)E

**This Page is Inserted by IFW Indexing and Scanning
Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original
documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☐ BLACK BORDERS

☐ IMAGE CUT OFF AT TOP, BOTTOM OR SIDES

☑ FADED TEXT OR DRAWING

☑ BLURRED OR ILLEGIBLE TEXT OR DRAWING

☑ SKEWED/SLANTED IMAGES

☐ COLOR OR BLACK AND WHITE PHOTOGRAPHS

☐ GRAY SCALE DOCUMENTS

☐ LINES OR MARKS ON ORIGINAL DOCUMENT

☑ REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY

☐ OTHER: _____

## IMAGES ARE BEST AVAILABLE COPY.
**As rescanning these documents will not correct the image
problems checked, please do not report these problems to
the IFW Image Problem Mailbox.**

# Polyurethane Handbook

Chemistry – Raw Materials – Processing
Application – Properties

Edited by Günter Oertel

2nd Edition

### With contributions from

L. Abele, Dr. G. Avar, Dr. A. Awater, Dr. G. Baatz, R. Bock, H. Boden,
Dr. M. Dahm, Prof. Dr. D. Dieterich, Prof. Dr. W. Diller, Dr. M. Dollhausen,
H.-A. Ehlert, Dr. J. Franke, Dr. A. Freitag, Dr. H. Gall, Z. Galler,
H. Grammes, Prof. Dr. E. Grigat, Dr. P. Gupta, Dr. P. Haas, Dr. W. Hahn,
Dr. K.-H. Hentschel, Dr. H. Hespe, J. Hoffmann, H.-G. Hoppe,
Prof. Dr. R. Hoscheid, Dr. H. W. Illger, M. Jokel, Dr. M. Kapps, Dr. M. Kausch,
Dr. H. Kleimann, Dr. U. Knipp, D. Krettek, N. Künstler, Dr. H. Lüdke,
Dr. U. Maier, Dr. M. Mann, Dr. H.J. Meiners, Dr. F. Müller, Dr. H. Müller,
Dr. G. Oertel, D. Pelzner, Dr. F.H. Prager, Dr. E.Ch. Prolingheuer,
Dr. H. Rabe, Dr. K. Recker, Dr. W. Reichmann, Dr. H. Reiff, Dr. H. Rothermel,
Dr. H.D. Ruprecht, H. I. Sachs, Dr. K. Schauerte, Dr. H.G. Schmelzer,
Dr. H.G. Schneider, K. Schulte, Dr. P. Seifert, B. Stelte, R. Stoer,
Dr. R. Sundermann, Dr. H. Thomas, Dr. H. Toepsch, Prof. Dr. H. Träubel,
Dr. K. Uhlig, Dr. J. Vogel, U. Walber, Dr. R. Walter, Dr. Ch. Weber,
Dr. E. Weigand, W. Wieczorrek, Dr. R. Wiedermann, Dr. K.-D. Wolf,
Dr. H.-G. Wussow, Dr. R. Zöllner

BEST AVAILABLE COPY



Hanser Publishers, Munich Vienna New York

Hanser/Gardner Publications, Inc., Cincinnati



The Editor:
Dr. Günter Oertel, Applications Research, Polyurethanes Division, BAYER AG Germany,
51368 Leverkusen

Distributed in the USA and in Canada by
Hanser/Gardner Publications, Inc.
6600 Clough Pike, Cincinnati, Ohio 45244-4090, USA
Fax: +1 (513) 527-8950

Distributed in all other countries by
primarily Carl Hanser Verlag
Postfach 86 04 20, D-81631 München, Germany
Fax: +49 (89) 98 48 09

The use of general descriptive names, trademarks, etc., in this publication, even if the former are not especially identified, is not to be taken as a sign that such names, as understood by the Trade Marks and Merchandise Marks Act, may accordingly be used freely by anyone.

While the advice and information in this book are believed to be true and accurate at the date of going to press, neither the authors nor the editors nor the publisher can accept any legal responsibility for any errors or omissions that may be made. The publisher makes no warranty, express or implied, with respect to the material contained herein.

Library of Congress Cataloging-in-Publication Data

Polyurethane. English.
  Polyurethane handbook / edited by Günter Oertel, with
  contributions from L. Abele ... [et al.]. – 2nd ed.
    p.  cm.
  Includes bibliographical references and index.
  ISBN 1-56990-157-0
  1. Polyurethanes – Handbooks, manuals, etc. I. Oertel, Günter.
  II. Abele, L. (Lothar)  III. Title.
TP1180.P8P5713  1993
668.4'239–dc20                               93-33469

Die Deutsche Bibliothek – CIP-Einheitsaufnahme

Polyurethane handbook / ed. by Günter Oertel. With
contributions from L. Abele ... – 2. ed. – Munich ; Vienna ;
New York : Hanser ; Cincinnati : Hanser/Gardner
Publ. 1993
  Einheitssacht.: Polyurethane <engl.>
  ISBN 3-446-17198-3
NE: Oertel, Günter [Hrsg.]; Abele, Lothar [Mitverf.]; EST

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying or by any information storage and retrieval system, without permission from the publisher.

© Carl Hanser Verlag, Munich Vienna New York, 1994
Printed and bound in Germany by Passavia Druckerei GmbH Passau

# Preface

Since its publi
throughout the
all areas of po
technology. Vi
1990s, we wei
completely nev

During the "fir
primarily conce
ing the first co
generation" of
diisocyanate) b
eration" dates
markets far be

The rapid gro
maintained in t
and developing
light of this rap
mental concern
volume, while
years, is still l

Over the years,
ated some unfc
use of polyuret
logical and ecc

The polyuretha
key environme
management, a

The success of
achieve the bal
omy and the en

I would like to
represent the c
*Ms. Kindermar*
the editorial tea
their invaluable

Like its predec
stoff-Handbuch
1993. At this p
term "polyuret
only correct for
ized, is neverth
we have decide

This volume wa
ogy at Miles In
team for their ei
the technical qu

February 1993

# Contents

**1  Polyurethanes: Harmony between Technology, Economy and Ecology** .......   1
*Dr. G. Oertel, D. Pelzner, Dr. W. Reichmann, Dr. K. Uhlig*

1.1  The Development of Polyurethanes ...........................   1
1.2  The Market for Polyurethanes: Capacities – Consumption – Forecasts .....   3
1.3  Ecological Aspects of Polyurethanes ..........................   8
Reference List for Chapter 1 ...............................   9


**2  Principles of Polyurethane Chemistry and Special Applications** ..........  11
*Prof. Dr. D. Dieterich, Prof. Dr. E. Grigat, Dr. W. Hahn, Dr. H. Hespe, Dr. H. G. Schmelzer*

2.1  Chemical Principles .................................  11
   2.1.1  The Term "Polyurethanes" ......................  11
   2.1.2  Basic Reactions of the Isocyanate Groups ...............  12
      2.1.2.1  Addition of Nucleophilic Reactants ...............  12
      2.1.2.2  Reactions of Isocyanates with Themselves .............  14
   2.1.3  Formation of Polyurethanes .....................  15

2.2  Important Building Blocks for Polyurethanes ....................  17
   2.2.1  Isocyanates ............................  17
   2.2.2  Polyols ..............................  21
   2.2.3  Diamines and Polyamines .....................  23
   2.2.4  Additives .............................  25

2.3  Preparation Methods for Polyurethanes .......................  25
   2.3.1  Solvent-Free Reactions .......................  25
      2.3.1.1  One-Shot Process ......................  25
      2.3.1.2  Prepolymer Process .....................  26
   2.3.2  Reactions in Solution .......................  27
      2.3.2.1  Completely Reacted One-Component Systems ...........  28
      2.3.2.2  Reactive One-Component Systems .................  28
      2.3.2.3  Two-Component Systems ...................  29
   2.3.3  Aqueous Two-Phase Systems ....................  29
      2.3.3.1  Aqueous Dispersion .....................  29
      2.3.3.2  Properties of Aqueous Dispersions ................  31

2.4  Special Areas ....................................  32
   2.4.1  Special Polymers .........................  32
      2.4.1.1  Ionomers .........................  32
      2.4.1.2  Polyisocyanurates ......................  32
      2.4.1.3  Polyoxazolidinone-Polyisocyanurates ..............  32
      2.4.1.4  LC Polyurethanes ......................  33
      2.4.1.5  Combinations with Other Polymers (Alloys, Blends) ........  33
      2.4.1.6  Organo-Mineral Products ...................  33
   2.4.2  Special Product States .......................  34
      2.4.2.1  Aqueous Solutions .....................  34
      2.4.2.2  Hydrogels .........................  34

CW 0308806

VIII    *Contents*

2.4.2.3 Powders . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
2.4.2.4 Microcapsules . . . . . . . . . . . . . . . . . . . . . . . . 35
2.4.2.5 Poromerics . . . . . . . . . . . . . . . . . . . . . . . . . . 35
2.4.3 Special Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
2.4.3.1 Medical Applications . . . . . . . . . . . . . . . . . . . . 35
2.4.3.2 Biotechnology . . . . . . . . . . . . . . . . . . . . . . . . 36
2.4.3.3 Optical Lenses . . . . . . . . . . . . . . . . . . . . . . . . 37
2.4.3.4 Ultrathin Layers . . . . . . . . . . . . . . . . . . . . . . . 37
2.4.4 Special Processing: Thermal Compression Molding . . . . . . . . . . . . . 37

2.5 Structure – Property – Relationship in Polyurethanes . . . . . . . . . . . . . . . 37
2.5.1 Two-Component Polyurethanes Without Segmented Structure . . . . . . . 37
2.5.2 Segmented Polyurethanes . . . . . . . . . . . . . . . . . . . . . . . . . . 38
2.5.2.1 Hard and Soft Segments . . . . . . . . . . . . . . . . . . . 38
2.5.2.2 Segregation and Domain Morphology . . . . . . . . . . . . 39
2.5.2.3 Morphology Within the Hard Segment Domains . . . . . . . 41
2.5.2.4 Effects of Hard Segment Domains on Mechanical and
Thermal Properties . . . . . . . . . . . . . . . . . . . . . . 42
2.5.2.5 The Effect of the Soft Segment Matrix on Thermal and
Mechanical Properties . . . . . . . . . . . . . . . . . . . . 44
2.5.2.6 Crosslinked Polyurethanes . . . . . . . . . . . . . . . . . . 45
2.5.3 Ionomers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

Reference List for Chapter 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

**3 Raw Materials** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
*Prof. Dr. W. Diller, Dr. P. Gupta, Dr. P. Haas, Dr. K. Schauerte, Dr. R. Sundermann, Dr. K. Uhlig*

3.1 Polyols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
3.1.1 Polyethers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
3.1.1.1 Chemical Structure . . . . . . . . . . . . . . . . . . . . . . 57
3.1.1.2 Raw Materials for Polyethers . . . . . . . . . . . . . . . . 59
3.1.1.3 Commercial Production . . . . . . . . . . . . . . . . . . . 61
3.1.1.4 Typical Properties . . . . . . . . . . . . . . . . . . . . . . 62
3.1.1.5 Transport, Storage . . . . . . . . . . . . . . . . . . . . . . 63
3.1.1.6 Quality and Analysis . . . . . . . . . . . . . . . . . . . . . 63
3.1.2 Polyesters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
3.1.2.1 Chemical Structure . . . . . . . . . . . . . . . . . . . . . . 66
3.1.2.2 Raw Materials for Polyesters . . . . . . . . . . . . . . . . 67
3.1.2.3 Commercial Production . . . . . . . . . . . . . . . . . . . 67
3.1.2.4 Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
3.1.2.5 Transportation, Storage, Handling . . . . . . . . . . . . . 69
3.1.2.6 Quality and Analysis . . . . . . . . . . . . . . . . . . . . . 71
Reference List for Chapter 3.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

3.2 Isocyanates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
3.2.1 Reaction Characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
3.2.2 Starting Materials for Isocyanates . . . . . . . . . . . . . . . . . . . . . 74
3.2.3 Commercial Production . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
3.2.3.1 Phosgenation . . . . . . . . . . . . . . . . . . . . . . . . . 76
3.2.3.2 Phosgenation Process . . . . . . . . . . . . . . . . . . . . . 77
3.2.3.3 Product Processing . . . . . . . . . . . . . . . . . . . . . . 78
3.2.3.4 Other Manufacturing Processes . . . . . . . . . . . . . . . 79

3.2.4 Ch...
3.2.5 Tra...
3.2.6 Qu...
Reference Lis...

3.3 Conversic...
3.3.1 Co...
3.3.
3.3.
3.3.
3.3.2 Co...
3.3.
3.3.

3.3.
3.3.
3.3.
3.3.
3.3.3 Hig...
3.3.
3.3.
3.3.
3.3.
Reference Lis...

3.4 Additives
3.4.1 Cat...
3.4.
3.4.
3.4.
3.4.2 Inhi...
3.4.3 Cro...
3.4.
3.4.
3.4.
3.4.4 Sur...
3.4.
3.4.
3.4.5 Blo...
3.4.6 Ad...
3.4.7 Fill...
3.4.8 An...
3.4.9 Mol...
3.4.10 Co...
3.4.11 Sp...
3.4.12 Ha...
Reference List

3.5 Industrial
3.5.1 Poly...
3.5.2 Isoc...

Contents    IX

|  |  |  |
|---|---|---|
| 34 | 3.2.4 Characteristics | 79 |
| 35 | 3.2.5 Transportation, Storage | 81 |
| 35 | 3.2.6 Quality and Analysis | 82 |
| 35 | Reference List for Chapter 3.2 | 83 |
| 35 |  |  |
| 36 | 3.3 Conversion Products of Raw Materials | 84 |
| 37 | 3.3.1 Conversion Products of Polyols | 85 |
| 37 | 3.3.1.1 Filled Polyols | 85 |
| 37 | 3.3.1.2 Polyol Prepolymers | 86 |
|  | 3.3.1.3 Storage and Transport | 86 |
| 37 | 3.3.2 Conversion Products of Polyisocyanates | 86 |
| 37 | 3.3.2.1 Low Molecular Weight Urethane Polyisocyanates | 87 |
| 38 | 3.3.2.2 Polyisocyanates with Uretdione, Isocyanurate, |  |
| 38 | and Carbodiimide Groups | 87 |
| 39 | 3.3.2.3 Polyisocyanates with Allophanate, Urea, and Biuret Groups | 90 |
| 41 | 3.3.2.4 Polyisocyanate Prepolymers | 92 |
|  | 3.3.2.5 Blocked Polyisocyanates | 93 |
| 42 | 3.3.2.6 Transport, Storage | 94 |
|  | 3.3.3 High Molecular Weight Polyurethane-Polyols | 94 |
| 44 | 3.3.3.1 Solid Materials | 94 |
| 45 | 3.3.3.2 Solutions of Solid Materials | 96 |
| 46 | 3.3.3.3 Polyurethane Polyols Produced in Solution | 96 |
| 48 | 3.3.3.4 Solid Materials from Solutions | 96 |
|  | 3.3.3.5 Transport, Storage | 97 |
|  | Reference List for Chapter 3.3 | 97 |
| 55 |  |  |
|  | 3.4 Additives and Auxiliary Materials | 98 |
| 55 | 3.4.1 Catalysis | 98 |
| 56 | 3.4.1.1 Terms of Reaction Kinetics and Catalysis | 99 |
| 57 | 3.4.1.2 Catalysis for NCO/NCO Reactions | 102 |
| 59 | 3.4.1.3 Catalysis for the NCO/OH Reaction | 103 |
| 61 | 3.4.2 Inhibitors | 104 |
| 62 | 3.4.3 Crosslinkers/Chain Extenders | 105 |
| 63 | 3.4.3.1 Alcohols | 105 |
| 63 | 3.4.3.2 Amines | 105 |
| 65 | 3.4.3.3 Special Crosslinking Principles | 106 |
| 66 | 3.4.4 Surfactants | 106 |
| 67 | 3.4.4.1 Emulsifiers | 106 |
| 67 | 3.4.4.2 Foam Stabilizers | 107 |
| 68 | 3.4.4.3 Cell Regulators | 108 |
| 69 | 3.4.5 Blowing Agents | 109 |
| 71 | 3.4.6 Additives for Flame Retardance | 111 |
| 71 | 3.4.7 Fillers | 112 |
|  | 3.4.8 Antiaging Agents | 113 |
| 73 | 3.4.9 Mold Release Agents | 114 |
| 73 | 3.4.10 Coloring Agents and Coloring | 115 |
| 74 | 3.4.11 Special Additives | 115 |
| 75 | 3.4.12 Handling, Storage, Transport | 116 |
| 76 | Reference List for Chapter 3.4 | 117 |
| 77 |  |  |
| 78 | 3.5 Industrial Hygiene of PU Raw Materials | 120 |
| 79 | 3.5.1 Polyols and Polyol Formulations | 120 |
|  | 3.5.2 Isocyanates | 120 |

X       Contents

          3.5.2.1 Acute Effects of Isocyanates . . . . . . . . . . . . . . . . . . . . . . . . . . . .  121
          3.5.2.2 Repeated or Chronic Exposure to Isocyanates . . . . . . . . . . . .  121
       3.5.3 Additives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  123
          3.5.3.1 Catalysts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  123
          3.5.3.2 Crosslinkers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  124
          3.5.3.3 Blowing Agents and Solvents . . . . . . . . . . . . . . . . . . . . . . . .  124
          3.5.3.4 Other Additives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  125
       3.5.4 Prevention of Health Risks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  125
    Reference List for Chapter 3.5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  127

4 Polyurethane Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  129
    H. Boden, K. Schulte,

4.1 Basics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  129

4.2 Design Principles for Polyurethane Processing Equipment . . . . . . . . . . . .  132
       4.2.1 Comparison of the Metering and Mixing Machine Systems . . . . . . . .  132
       4.2.2 Comparison of the Production Units . . . . . . . . . . . . . . . . . . . . . . . . . . .  135

4.3 Steps of Polyurethane Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  140
       4.3.1 Delivery and Storage of the Raw Materials . . . . . . . . . . . . . . . . . . . . . .  140
       4.3.2 Preparation of Components . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  142
       4.3.3 Metering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  149
       4.3.4 Mixing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  158
       4.3.5 Pouring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  166

4.4 Process Automation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  171

4.5 Safety Devices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  173

    Reference List for Chapter 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  175

5 Polyurethane Flexible Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  177
    Dr. G. Baatz, Dr. A. Freitag, H. Grammes, Dr. H. W. Illger, Dr. H. Kleimann, Dr. H. Rabe,
    Dr. K. Recker, Dr. H. G. Schneider, R. Stoer, Dr. Ch. Weber, Dr. K.-D. Wolf

    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  177
5.1 Slabstock Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  178
       5.1.1 Production of Slabstock Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  178
          5.1.1.1 Equipment Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  179
          5.1.1.2 Process Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  181
          5.1.1.3 Curing and Storing of Slabstock Foams . . . . . . . . . . . . . . . .  186
          5.1.1.4 Fabrication of Slabstock Foams . . . . . . . . . . . . . . . . . . . . . . .  188
          5.1.1.5 Utilization of Cutting Scrap . . . . . . . . . . . . . . . . . . . . . . . . . . .  193
          5.1.1.6 Slab Foam Types and Their Manufacturing Formulations . . . .  194
       5.1.2 Properties of Slabstock Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  202
       5.1.3 Application for Slabstock Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  210
          5.1.3.1 Upholstery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  210
          5.1.3.2 Mattresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  211
          5.1.3.3 Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  212
          5.1.3.4 Textile Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  212
          5.1.3.5 Packaging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  213
          5.1.3.6 Household Goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  214
          5.1.3.7 Miscellaneous Application . . . . . . . . . . . . . . . . . . . . . . . . . . . .  214

5.2 Carpet
    5.2.1 P
    5.2.2 P
       5
       5
    5.2.3 P

5.3 Flexible
    5.3.1 P
       5
       5
    5.3.2 P
    5.3.3 A

5.4 Semi-R
    5.4.1 P
       5
       5
    5.4.2 P
       5
       5
    5.4.3 A
       5
       5

    Reference L

6 Polyurethar
    R. Bock, Dr. N.
    Dr. R. Zöllner

    Introduction
6.1 Chemist
    6.1.1 Po
    6.1.2 Po
    6.1.3 B

6.2 Manufac
    6.2.1 M
    6.2.2 C
       6.
       6.
    6.2.3 D
       6.
       6.
    6.2.4 Fc
       6.

          6..
          6..

5.2 Carpet Backing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
    5.2.1 Products for Backing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
    5.2.2 Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
        5.2.2.1 Reverse Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
        5.2.2.2 Direct Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
    5.2.3 Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218

5.3 Flexible Polyurethane Molded Foam . . . . . . . . . . . . . . . . . . . . . . . . . . 218
    5.3.1 Production of Flexible Molded Foams . . . . . . . . . . . . . . . . . . . . . 218
        5.3.1.1 Raw Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
        5.3.1.2 Process Technology . . . . . . . . . . . . . . . . . . . . . . . . . . 227
    5.3.2 Properties of Molded Foams . . . . . . . . . . . . . . . . . . . . . . . . . . . 231
    5.3.3 Application of Molded Flexible Foam . . . . . . . . . . . . . . . . . . . . . 234

5.4 Semi-Rigid Polyurethane Molded Foams . . . . . . . . . . . . . . . . . . . . . . . 234
    5.4.1 Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
        5.4.1.1 Raw Materials and Production Methods . . . . . . . . . . . . . . . . 236
        5.4.1.2 Processing Technology . . . . . . . . . . . . . . . . . . . . . . . . 240
    5.4.2 Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 240
        5.4.2.1 Mechanical Properties . . . . . . . . . . . . . . . . . . . . . . . . 241
        5.4.2.2 Damping Properties . . . . . . . . . . . . . . . . . . . . . . . . . . 241
    5.4.3 Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 241
        5.4.3.1 Protective Paddings . . . . . . . . . . . . . . . . . . . . . . . . . . 241
        5.4.3.2 Energy Absorbing Foams . . . . . . . . . . . . . . . . . . . . . . . 242

Reference List for Chapter 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244

6 Polyurethane Rigid Foam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247
R. Bock, Dr. M. Kapps, D. Krettek, Dr. H. Thomas, Dr. R. Walter, Dr. R. Wiedermann,
Dr. R. Zöllner

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247

6.1 Chemistry and Raw Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
    6.1.1 Polyols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
    6.1.2 Polyisocyanates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
    6.1.3 Blowing Agents and Other Additives . . . . . . . . . . . . . . . . . . . . . 249

6.2 Manufacturing of Rigid Polyurethane Foams . . . . . . . . . . . . . . . . . . . . 251
    6.2.1 Manufacturing of Buns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 251
    6.2.2 Continuous Production of Panels . . . . . . . . . . . . . . . . . . . . . . . . 252
        6.2.2.1 Insulation Slabs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
        6.2.2.2 Laminated Panels with Metal Surfaces . . . . . . . . . . . . . . . 253
        6.2.2.3 Composite Panels . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
    6.2.3 Discontinuous Production of Panels . . . . . . . . . . . . . . . . . . . . . . 253
        6.2.3.1 Shell Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
        6.2.3.2 Cavity Filling Technique . . . . . . . . . . . . . . . . . . . . . . . 254
    6.2.4 Foaming of Appliances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 257
        6.2.4.1 Refrigerator/Freezer Cabinets . . . . . . . . . . . . . . . . . . . . 257
            6.2.4.1.1 Assembly Lines with Movable Fixtures . . . . . . . . . 258
            6.2.4.1.2 Installations with Stationary Fixtures . . . . . . . . . . 258
        6.2.4.2 Refrigerator and Freezer Doors . . . . . . . . . . . . . . . . . . . 259
        6.2.4.3 Water Heaters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 260

121
121
123
123
124
124
125
125
127

129

129
132
132
135
140
140
142
149
158
166

171
173
175

177

CW 0308810

XII    *Contents*

6.2.5 Processing of Pre-Insulated Pipes .......................... 261
6.2.6 Pipe Shells .................................................. 262
6.2.7 PU in situ Foam ............................................ 262
  6.2.7.1 Two-Component in situ Foam ......................... 262
  6.2.7.2 Pressurized Container and Cartridge System .......... 263

6.3 Properties of PU Rigid Foam ................................. 265
  6.3.1 General ................................................... 265
    6.3.1.1 Isotropy – Anisotropy ............................. 265
    6.3.1.2 Test Samples for Property Determination ........... 266
    6.3.1.3 Cell Structure ..................................... 266
    6.3.1.4 Open Cells – Closed Cells ......................... 266
  6.3.2 Mechanical Properties .................................... 266
    6.3.2.1 Compressive Strength .............................. 267
    6.3.2.2 Tensile Strength ................................... 268
    6.3.2.3 Bending and Shear Strength, Moduli ............... 268
    6.3.2.4 Effect of Heat and Time on Properties ............. 269
  6.3.3 Dimensional Stability at Low and High Temperature ........ 270
  6.3.4 Thermal Conductivity ..................................... 271
    6.3.4.1 Effect of the Cell Gas ............................. 271
    6.3.4.2 Effect of Density .................................. 273
    6.3.4.3 Effect of Temperature ............................. 273
    6.3.4.4 Effect of Moisture ................................. 273
  6.3.5 Water Absorption ......................................... 274
  6.3.6 Thermal Coefficient of Expansion ........................ 275
  6.3.7 Chemical Resistance ...................................... 275
  6.3.8 Combustibility ........................................... 276

6.4 Relationships between Production Methods and Properties ....... 277
  6.4.1 Slabstock Foam ........................................... 277
  6.4.2 Continuously Produced Laminated Elements with Facers ...... 278
    6.4.2.1 Flexible Facers .................................... 279
    6.4.2.2 Rigid Facers on One Side .......................... 279
    6.4.2.3 Rigid Facers on Both Sides ........................ 280
  6.4.3 Discontinuously Produced PU Sandwich Elements and
        Molded Parts .............................................. 281
    6.4.3.1 Sandwich Elements and Molded Parts with Facers ... 281
    6.4.3.2 Appliances .......................................... 283
    6.4.3.3 Preinsulated Pipes ................................. 284
  6.4.4 Pour-in-Place Rigid Urethane Foam ....................... 285

6.5 Application of Rigid PU Foams ............................... 286
  6.5.1 Refrigeration Technology and Appliances .................. 287
    6.5.1.1 Refrigerators and Freezers ......................... 287
    6.5.1.2 Commercial Display Cases .......................... 288
    6.5.1.3 Refrigerated Trucks and Containers ................. 288
    6.5.1.4 Refrigerated Warehouses and Walk-in-Coolers ....... 289
    6.5.1.5 Water Heaters ...................................... 290
  6.5.2 Construction Industry .................................... 290
    6.5.2.1 Insulation Boards .................................. 291
    6.5.2.2 Sandwich Elements ................................. 300
    6.5.2.3 Special Elements ................................... 305
    6.5.2.4 Building Blocks with Integrated Insulation ......... 306
    6.5.2.5 Spray Foam ........................................ 308

6
6.5.3 T
  6

6

6.5.4 A
  6
  6
6.5.5 T
  6
  6
  6
6.5.6 S
  6
  6
6.5.7 P
  6
  6
6.5.8 C
  6
  6
  6
  6
  6

6.6 Consoli
  6.6.1 C
  6
  6

Reference L


7 Integral Sk
Dr. G. Avar, H
Dr. H.-J. Mein

7.1 Introdu

7.2 Manufa
  7.2.1 N
  7.2.2 N
  7.2.3 T
  7.2.4 C

7.3 Flexible
  7.3.1 C
  7.3.2 F
  7.3.3 P

CW 0308811

...... 261
...... 262
...... 262
...... 262
...... 263

...... 265
...... 265
...... 265
...... 266
...... 266
...... 266
...... 266
...... 267
...... 268
...... 268
...... 269
...... 270
...... 271
...... 271
...... 273
...... 273
...... 273
...... 274
...... 275
...... 275
...... 276
...... 277
...... 277
...... 278
...... 279
...... 279
...... 280

...... 281
...... 281
...... 283
...... 284...
...... 285
...... 286
...... 287
...... 287
...... 288
...... 288
...... 289
...... 290
...... 290
...... 291
...... 300
...... 305
...... 306
...... 308

6.5.2.6  Bonding Foam .................................. 310
6.5.3  Technical Insulation ................................. 311
    6.5.3.1  Pipe Insulation ................................. 311
        6.5.3.1.1  Half-Shells and Moldings .................. 311
        6.5.3.1.2  Preinsulated Pipes ...................... 311
        6.5.3.1.3  Pour-in-Place Foam ...................... 313
    6.5.3.2  Insulation of Tanks ............................ 313
        6.5.3.2.1  Normal Temperature Range ............... 314
        6.5.3.2.2  Low Temperature Range ................... 315
6.5.4  Automotive Industry ................................ 316
    6.5.4.1  Interior Liners ................................ 316
    6.5.4.2  Cavity Foaming ................................ 318
6.5.5  Transportation ..................................... 318
    6.5.5.1  Refrigerated Vehicles .......................... 319
    6.5.5.2  Insulation for Transportation or Special Products ......... 320
    6.5.5.3  Trailer and Mobile Homes ...................... 320
6.5.6  Shipbuilding ...................................... 321
    6.5.6.1  Insulation of Cold Storage Holds in Fishing Boats ........ 321
    6.5.6.2  Boat Building ................................ 321
6.5.7  Packaging ........................................ 321
    6.5.7.1  Direct Encapsulation .......................... 321
    6.5.7.2  Transportation Protection in Vehicles ................ 323
6.5.8  Other Fields of Application .......................... 323
    6.5.8.1  Rigid Polyurethane Foams for Horticulture ............ 324
    6.5.8.2  Sporting Goods ............................... 324
    6.5.8.3  Furniture ................................... 324
    6.5.8.4  Solar Technology ............................. 325
    6.5.8.5  "Radomes" .................................. 325

6.6  Consolidation of Coal and Surrounding Strata ..................... 326
    6.6.1  Consolidation .................................... 326
        6.6.1.1  The Cartridge Process ......................... 327
        6.6.1.2  Injection Process ............................ 327

Reference List for Chapter 6 ................................. 328

7  Integral Skin Foams and RIM Materials ......................... 329

*Dr. G. Avar, H. Boden, Dr. A. Freitag, Dr. U. Knipp, Dr. H. Lüdke, Dr. U. Maier,
Dr. H.-J. Meiners, Dr. H. Müller, Dr. H. M. Rothermel, K. Schulte, Dr. P. Seifert, Dr. Ch. Weber*

7.1  Introduction ........................................ 329

7.2  Manufacturing Technology .............................. 330
    7.2.1  Metering and Mixing Technology ...................... 330
    7.2.2  Mold Design .................................... 330
    7.2.3  Tool Design .................................... 333
    7.2.4  Clamping Units .................................. 336

7.3  Flexible Integral Skin and RIM Materials .................... 342
    7.3.1  Chemistry and Raw Materials ......................... 342
    7.3.2  Fillers and Reinforcements .......................... 344
    7.3.3  Properties ..................................... 348

CW 0308812

XIV      *Contents*

                7.3.3.1  Shoe Industry .................................. 348
                7.3.3.2  Flexible Materials for the Transport Industry ............ 351
        7.3.4  Production and Application of Molded Parts ................... 357
                7.3.4.1  Shoe Industry .................................. 357
                7.3.4.2  Automotive ................................... 362
                7.3.4.3  Other Technical Applications ........................ 367

7.4  Rigid Integral Skin Foams and RIM Materials ...................... 368
        7.4.1  Chemistry and Raw Materials ............................. 368
        7.4.2  Fillers and Reinforcements .............................. 369
        7.4.3  Properties ......................................... 372
        7.4.4  Part Production and Applications .......................... 376
                7.4.4.1  Applications of Rigid Integral Skin Foams and
                         Microcellular Rigid PU Parts ..................... 376
                7.4.4.2  Production of Rigid PU-RIM Parts .................. 378
                7.4.4.3  Applications of Rigid PU Integral Skin Foam and
                         Rigid Microcellular Products ..................... 378
                         7.4.4.3.1  Furniture ............................ 378
                         7.4.4.3.2  Applications in the Electrical Field ......... 379
                         7.4.4.3.3  Technical Housings/Technical Parts ........ 380
                         7.4.4.3.4  Sport and Leisure ..................... 382
                         7.4.4.3.5  Construction Applications ............... 383

        Reference List for Chapter 7 ................................ 385

## 8  Solid Polyurethane Materials ................................ 387

*Dr. A. Awater, Dr. J. Franke, Dr. K.-H. Hentschel, H.-G. Hoppe, Prof. Dr. R. Hoscheid,*
*Dr. H. Kleimann, Dr. E.C. Prolingheuer, Dr. K. Recker, Dr. H.D. Ruprecht, B. Stelte,*
*Dr. H.-G. Wussow*

Introduction .............................................. 387
8.1  PUR Cast Systems ....................................... 388
        8.1.1  PU Cast Elastomers ................................... 388
                8.1.1.1  Raw Materials ................................. 390
                8.1.1.2  Dewatering of the Polyol ......................... 392
                8.1.1.3  Hot Cure Systems: Production and Processing ............ 393
                8.1.1.4  Polyurethane Cold Cure Systems .................... 397
                8.1.1.5  Reactive Spray Coatings .......................... 399
                8.1.1.6  Properties of Polyurethane Cast Elastomers ............. 400
        8.1.2  Casting Resins ..................................... 405
                8.1.2.1  The Electrical Sector ............................ 405
                         8.1.2.1.1  Reactive Ingredients ................... 407
                         8.1.2.1.2  Reactive Mixes ....................... 408
                         8.1.2.1.3  Cured Resin Compounds ................ 411
                         8.1.2.1.4  New Developments ..................... 415
                8.1.2.2  Sealants ..................................... 418

8.2  Thermoplastic Polyurethanes ............................... 421
        8.2.1  Production ........................................ 421
                8.2.1.1  Laboratory Preparation ........................... 422
                8.2.1.2  Technical Production ............................. 422
                8.2.1.3  Mixtures with Other Materials ...................... 422

| | |
|---|---|
| . . . . . 348 | 8.2.2 Processing . . . . . . . . . . . . . . . . . . . . . . 423 |
| . . . . . 351 |     8.2.2.1 Preparation of the Pellets . . . . . . . . . . . . 423 |
| . . . . . 357 |     8.2.2.2 Post-Treatment of the Finished Parts . . . . . . . . . . . . 423 |
| . . . . . 357 |     8.2.2.3 Use of Scrap and Regrind . . . . . . . . . . . . 423 |
| . . . . . 362 |     8.2.2.4 Addition of Colorants . . . . . . . . . . . . . . . . . . 424 |
| . . . . . 367 |     8.2.2.5 Injection Molding . . . . . . . . . . . . . . . . 426 |
| . . . . . 368 |     8.2.2.6 Extrusion . . . . . . . . . . . . . . . . . . . . . 427 |
| . . . . . 368 |     8.2.2.7 Calendering . . . . . . . . . . . . . . . . . . 427 |
| . . . . . 369 |     8.2.2.8 Bonding/Welding . . . . . . . . . . . . . . . . . . 428 |
| . . . . . 372 | 8.2.3 Properties . . . . . . . . . . . . . . . . . . . . . . 428 |
| . . . . . 376 |     8.2.3.1 Heat Resistance . . . . . . . . . . . . . . . . 430 |
| |     8.2.3.2 Low-Temperature Behavior . . . . . . . . . . . . 431 |
| . . . . . 376 |     8.2.3.3 Dynamic Characteristics . . . . . . . . . . . . 431 |
| . . . . . 378 |     8.2.3.4 Gas Permeability . . . . . . . . . . . . . . . . 431 |
| |     8.2.3.5 Chemical Resistance . . . . . . . . . . . . . . . 433 |
| . . . . . 378 | 8.3 Special Elastomers . . . . . . . . . . . . . . . . . . . 433 |
| . . . . . 378 | 8.3.1 Millable Urethane Gum . . . . . . . . . . . . . . . 433 |
| . . . . . 379 |     8.3.1.1 Production . . . . . . . . . . . . . . . . . . . 434 |
| . . . . . 380 |     8.3.1.2 Vulcanization Systems . . . . . . . . . . . . . 436 |
| . . . . . 382 |     8.3.1.3 Processing Methods . . . . . . . . . . . . . . . 436 |
| . . . . . 383 |     8.3.1.4 Properties of the Vulcanizate . . . . . . . . . . . 437 |
| |     8.3.1.5 Water Crosslinking . . . . . . . . . . . . . . . 437 |
| . . . . . 385 | 8.3.2 Glassfiber Reinforced, Solid Polyurethanes . . . . . . . . 437 |
| |     8.3.2.1 Materials . . . . . . . . . . . . . . . . . . . . 437 |
| |     8.3.2.2 Processing . . . . . . . . . . . . . . . . . . . 438 |
| . . . . . 387 |     8.3.2.3 Properties . . . . . . . . . . . . . . . . . . . 438 |
| |     8.3.2.4 Applications . . . . . . . . . . . . . . . . . . 438 |
| | 8.4 Applications for Solid Polyurethane Elastomers . . . . . . . . 438 |
| | 8.4.1 Applications of Cast Polyurethane Elastomers . . . . . . . 440 |
| . . . . . 387 |     8.4.1.1 Wheels and Roll Covers . . . . . . . . . . . . . 440 |
| . . . . . 388 |     8.4.1.2 Roll Covers . . . . . . . . . . . . . . . . . . . 442 |
| . . . . . 388 |     8.4.1.3 Damping and Spring Elements . . . . . . . . . . . 443 |
| . . . . . 390 |     8.4.1.4 Drive Components . . . . . . . . . . . . . . . . 445 |
| . . . . . 392 |     8.4.1.5 Wear Resistant Elements . . . . . . . . . . . . . 446 |
| . . . . . 393 |     8.4.1.6 Gaskets and Squeegees . . . . . . . . . . . . . 448 |
| . . . . . 397 |     8.4.1.7 PU Cast Tires . . . . . . . . . . . . . . . . . 449 |
| . . . . . 399 |     8.4.1.8 Applications in the Construction Industry . . . . . . . 450 |
| . . . . . 400 |         8.4.1.8.1 Sports and Track Surfaces . . . . . . . . 450 |
| . . . . . 405 |         8.4.1.8.2 Terra Cotta Pipe Seals . . . . . . . . . 452 |
| . . . . . 405 |         8.4.1.8.3 Formwork Mats . . . . . . . . . . . 452 |
| . . . . . 407 |         8.4.1.8.4 Applications for PU Joint Sealants . . . . . . 453 |
| . . . . . 408 |         8.4.1.8.5 Spray Protective Layers . . . . . . . . . 456 |
| . . . . . 411 | 8.4.2 Applications of PU Casting Resins . . . . . . . . . . . 458 |
| . . . . . 415 |     8.4.2.1 Cable Encapsulants . . . . . . . . . . . . . . . 458 |
| . . . . . 418 |     8.4.2.2 Transformers for Medium and High Voltage Technology . . . . . 459 |
| . . . . . 421 |     8.4.2.3 Insulators, Bushings, Switches . . . . . . . . . . . 460 |
| . . . . . 421 |     8.4.2.4 Low Voltage and Electronic Applications . . . . . . . 461 |
| . . . . . 422 |     8.4.2.5 PU Insulators for Outdoor Applications . . . . . . . 463 |
| . . . . . 422 | 8.4.3 Applications for Thermoplastic Polyurethanes (TPU) . . . . . . 465 |
| . . . . . 422 |     8.4.3.1 Applications in the Automobile Sector . . . . . . . . 465 |
| |         8.4.3.1.1 Bearings and Grease Boots . . . . . . . . 465 |

CW 0308814

XVI     *Contents*

8.4.3.1.2 Membranes . . . . . . . . . . . . . . . . . . . . . . . 466
8.4.3.1.3 Exterior Car Body Parts . . . . . . . . . . . . . . 467
8.4.3.2 Screens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468
8.4.3.3 Roller Systems . . . . . . . . . . . . . . . . . . . . . . . . 469
8.4.3.4 Drive and Conveyor Belts . . . . . . . . . . . . . . . . 470
8.4.3.5 Gaskets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 471
8.4.3.6 Hoses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 471
8.4.3.7 Cable and Wire Sheathing . . . . . . . . . . . . . . . . 472
8.4.3.8 Film . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 473
8.4.3.9 Ski Shoes/Ice Hockey Shoes . . . . . . . . . . . . . . 473
8.4.3.10 Sport Shoe Soles/Shoe Heels . . . . . . . . . . . . . 474
8.4.4 Applications of Special Elastomers . . . . . . . . . . . . . . . . 474
8.4.4.1 Applications for PU Rubber . . . . . . . . . . . . . . . 474
8.4.4.2 Applications for Water-Crosslinked PU Elastomers . . . . . . . . . . 475
8.4.4.3 Applications for One-Component PU Elastomers . . . . . . . . . 476

Reference List for Chapter 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 476

**9  Determination of the Composition and Properties of Polyurethanes** . . . . . . . 479
*J. Hoffmann, Dr. U. Maier, Dr. F.H. Prager, Dr. J. Vogel*

9.1 Determination of the Chemical Composition . . . . . . . . . . . . . . . . . . . 479
9.1.1 Detection Methods and Elucidation Procedures . . . . . . . . . . . . . . 479
9.1.2 Identification of Functional Groups . . . . . . . . . . . . . . . . . . . . 480
9.1.2.1 Identification of Polyurethanes . . . . . . . . . . . . . 480
9.1.2.2 Isocyanates . . . . . . . . . . . . . . . . . . . . . . . . . . 481
9.1.2.3 Residual NCO Groups . . . . . . . . . . . . . . . . . . . 482
9.1.2.4 Determination of Free Monomeric Isocyanates . . . . . . . . . . 482
9.1.2.5 Polyesters . . . . . . . . . . . . . . . . . . . . . . . . . . . 482
9.1.2.6 Polyethers . . . . . . . . . . . . . . . . . . . . . . . . . . . 483
9.1.2.7 Chain Extenders, Auxiliaries, and Additives . . . . . . . . . . 483
9.1.3 Trace Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 483
9.1.3.1 Isocyanates . . . . . . . . . . . . . . . . . . . . . . . . . . 483
9.1.3.2 Amines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484
9.1.3.3 Chlorofluorocarbons (CFC) . . . . . . . . . . . . . . . 484

9.2 Determination of Material Properties . . . . . . . . . . . . . . . . . . . . . . . 485
9.2.1 Standardized Test Methods . . . . . . . . . . . . . . . . . . . . . . . . . 485
9.2.2 Test Specimen Preparation . . . . . . . . . . . . . . . . . . . . . . . . . 490
9.2.3 Determination of Linear Dimensions . . . . . . . . . . . . . . . . . . . 491
9.2.4 Determination of Density/Apparent Density . . . . . . . . . . . . . . . 492
9.2.5 Determination of the Cell Structure . . . . . . . . . . . . . . . . . . . . 493
9.2.6 Determination of the Fraction of Open and Closed Cells in Foams . . . 494
9.2.7 Determination of the Mechanical Properties
in Short Term Experiments . . . . . . . . . . . . . . . . . . . . . . . . . 495
9.2.7.1 Tensile Experiments . . . . . . . . . . . . . . . . . . . . 495
9.2.7.2 Tear Experiments . . . . . . . . . . . . . . . . . . . . . . 496
9.2.7.3 Compression Experiments . . . . . . . . . . . . . . . . 497
9.2.7.4 Indentation Tests/Hardness Determination . . . . . . 498
9.2.7.5 Flexural Tests . . . . . . . . . . . . . . . . . . . . . . . . 499
9.2.7.6 Shear Tests . . . . . . . . . . . . . . . . . . . . . . . . . . 500
9.2.7.7 Determination of the Modulus of Elasticity . . . . . . 500

9.2.
9.2.
9.2.8 De
Exp
9.2.
9.2.
9.2.9 Det
Per
9.2
9.2
9.2
9.2.10 De
9.2
9.2

9.2
9.2
9.2
9.2
9.2.11 In
9.2
9.2

9.2.12 De
9.2.13 De
9.2.14 De
9.2.15 De
9.2.16 De
9.2.17 De

9.3 Suitabilit
9.3.1 Sir
9.3.2 Me
9.3

9.3
9.3.3 Ex
9.3
9.3
9.3
9.3
9.3

9.4 Compute
9.4.1 M
Sc
9.4.2 Th
9.4.3 St
9.4.4 Sh
9.5 Reaction
9.5.1 Fi
9.5.2 Fi

466
467
468
469
470
471
471
. . . . 472
. . . . 473
. . . . 473
. . . . . 474
. . . . . 474
. . . . . 474
. . . . . 475
. . . . . 476

. . . . 476


. . . . . . 479


. . . . . 479
. . . . . 479
. . . . . 480
. . . . . 480
. . . . . 481
. . . . . 482
. . . . . 482
. . . . . 482
. . . . . 483
. . . . . 483
. . . . . 483
. . . . . 483
. . . . . 484
. . . . . 484
. . . . . 485
. . . . . 485
. . . . . 490
. . . . . 491
. . . . . 492
. . . . . 493
ams . . . 494

. . . . . . 495
. . . . . . 495
. . . . . . 496
. . . . . . 497
. . . . . . 498
. . . . . . 499
. . . . . . 500
. . . . . . 500

9.2.7.8  Short Duration Experiments on Core Compounds . . . . . . . . 500
9.2.7.9  Impact Experiments . . . . . . . . . . . . . . . . . . . . . . . . . . . 502
9.2.8  Determination of the Mechanical Properties in Long-Term
Experiments under Static Load or Constant Deformation . . . . . . . . . . 504
9.2.8.1  Creep Experiments . . . . . . . . . . . . . . . . . . . . . . . . . . . . 504
9.2.8.2  Compression Set/Tensile Set . . . . . . . . . . . . . . . . . . . . . 504
9.2.9  Determination of the Mechanical Properties under
Periodically Varying Load or Deformation . . . . . . . . . . . . . . . . . . . 505
9.2.9.1  Dynamic Fatigue Experiments on Rigid Integral Skin Foams . . 505
9.2.9.2  Dynamic Fatigue Experiment on Flexible Foams . . . . . . . . . 505
9.2.9.3  Continuous Bending Experiments . . . . . . . . . . . . . . . . . . . 505
9.2.10  Determination of the Temperature Dependence of Properties . . . . . . . 506
9.2.10.1  Determination of Thermal Expansion . . . . . . . . . . . . . . . . 506
9.2.10.2  Determination of the Temperature Dependence of the
Elastic Modulus and Mechanical Damping . . . . . . . . . . . . . 507
9.2.10.3  Short Duration Experiments at Various Temperatures . . . . . . 508
9.2.10.4  Determination of the Softening Temperature . . . . . . . . . . . 509
9.2.10.5  Dimensional Stability in Heat and Cold . . . . . . . . . . . . . . 510
9.2.10.6  Long-Term Tests as a Function of Temperature . . . . . . . . . 510
9.2.11  Investigation of Aging Performance . . . . . . . . . . . . . . . . . . . . . . 510
9.2.11.1  Light and Weather Exposure . . . . . . . . . . . . . . . . . . . . . 510
9.2.11.2  Determination of the Stability against Gases, Liquids,
and Solids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511
9.2.12  Determination of Abrasion and Wear Perfomance . . . . . . . . . . . . . 512
9.2.13  Determination of the Thermal Conductivity . . . . . . . . . . . . . . . . . 512
9.2.14  Determination of Water Vapor Transmission . . . . . . . . . . . . . . . . 513
9.2.15  Determination of Water Absorption . . . . . . . . . . . . . . . . . . . . . . 514
9.2.16  Determination of the Acoustical Properties . . . . . . . . . . . . . . . . . 515
9.2.17  Determination of Electrical and Dielectric Properties . . . . . . . . . . . 516
9.3  Suitability Determination through End-Product Testing . . . . . . . . . . . . . . . 517
9.3.1  Simulation of Day-to-Day Use . . . . . . . . . . . . . . . . . . . . . . . . . 517
9.3.2  Measurement Methods for End-Product Testing . . . . . . . . . . . . . . . 519
9.3.2.1  Dimensional Stability, Determination of Part Weights
and Dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519
9.3.2.2  Mechanical Requirements . . . . . . . . . . . . . . . . . . . . . . . . 519
9.3.3  Examples for End-Product Testing . . . . . . . . . . . . . . . . . . . . . . . 520
9.3.3.1  Testing of PU Shoe Soles . . . . . . . . . . . . . . . . . . . . . . . 520
9.3.3.2  Testing of Automobile Seats . . . . . . . . . . . . . . . . . . . . . 521
9.3.3.3  Experiments on Bumper Systems of Automobiles . . . . . . . . 523
9.3.3.4  Automobile Headliners . . . . . . . . . . . . . . . . . . . . . . . . . 524
9.3.3.5  District Heating Systems . . . . . . . . . . . . . . . . . . . . . . . . 525
9.3.3.6  Roll and Caster Testing . . . . . . . . . . . . . . . . . . . . . . . . . 525
9.4  Computer-Aided Design Using Finite Element Method . . . . . . . . . . . . . . . . 526
9.4.1  Mold Filling Calculations on Thin-Walled Parts from
Solid Polyurethanes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527
9.4.2  Thermal Calculations for the Processing of Solid PU-Systems . . . . . . 529
9.4.3  Static Calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531
9.4.4  Shrinkage and Warpage Estimations . . . . . . . . . . . . . . . . . . . . . . 532
9.5  Reaction to Fire – Fire Protection, Testing and Evaluation . . . . . . . . . . . . . 533
9.5.1  Fire Hazard in Production and Storage . . . . . . . . . . . . . . . . . . . . 534
9.5.2  Fire Risks in End Use Applications . . . . . . . . . . . . . . . . . . . . . . . 535

CW 0308816

XVIII    *Contents*

9.5.2.1 Generally Used Laboratory Test Procedures . . . . . . . . . . . . . . 535
9.5.2.2 Mining Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536
9.5.2.3 Electrical Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536
9.5.2.4 Transportation Applications . . . . . . . . . . . . . . . . . . . . . . . . . 537
9.5.2.5 Furniture and Furnishing Applications . . . . . . . . . . . . . . . . . 538
9.5.2.6 Construction Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
9.5.3 Fire-Related Side Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
9.5.3.1 Dripping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
9.5.3.2 Smoke Density . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545
9.5.3.3 Toxicity of Combustion Products . . . . . . . . . . . . . . . . . . . . . 546

Reference List for Chapter 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549


**10 PU Paints and Coatings** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 555
*Dr. M. Dahm, H. Ehlert, Dr. F. Müller, Dr. H. Toepsch, Prof. Dr. H. Träubel, W. Wieczorrek*

10.1 Paints and Coatings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 555
10.1.1 Solvent-Containing, Ambient-Cure Reactive Coatings . . . . . . . . . . . 555
10.1.1.1 Two-Component PU Coatings . . . . . . . . . . . . . . . . . . . . . . 555
10.1.1.2 One-Component PU Coatings Formulation . . . . . . . . . . . . 559
10.1.1.3 Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 560
10.1.1.4 Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 560
10.1.1.5 Properties of the Coating . . . . . . . . . . . . . . . . . . . . . . . . . . 562
10.1.1.6 Application Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 564
10.1.2 Solvent-Borne, Non-Reactive Polyurethanes . . . . . . . . . . . . . . . . . . . 565
10.1.3 Solvent-Borne, Air-Dry Coatings . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
10.1.4 Solvent-Borne, One-Component Stoving Lacquers . . . . . . . . . . . . . . 566
10.1.5 Solvent-Free Paints and Coatings . . . . . . . . . . . . . . . . . . . . . . . . . . . . 569
10.1.5.1 Two-Component Coatings . . . . . . . . . . . . . . . . . . . . . . . . . 569
10.1.5.2 One-Component Coatings, Moisture Curing . . . . . . . . . . . 571
10.1.5.3 PU-Modified Epoxy Systems . . . . . . . . . . . . . . . . . . . . . . . 571
10.1.5.4 Oven-Dried, Solvent-Free Coatings . . . . . . . . . . . . . . . . . 572
10.1.6 PU Powder Coatings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 572
10.1.7 Waterborne Polyurethane Coatings . . . . . . . . . . . . . . . . . . . . . . . . . . . 574
10.1.8 Industrial Hygiene Precautions for the Use of PU Coatings . . . . . . . 574

10.2 Polyurethanes for Textile, Paper and Leather . . . . . . . . . . . . . . . . . . . . . . 575
10.2.1 Textile Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 575
10.2.1.1 Textile Treatment (Sizing) . . . . . . . . . . . . . . . . . . . . . . . . . 575
10.2.1.2 Textile Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 576
10.2.1.2.1 Selection of the Textile Substrate . . . . . . . . . . 576
10.2.1.2.2 The Polymer Structure of the PU Products . . . . 577
10.2.1.2.3 Coating Processes . . . . . . . . . . . . . . . . . . . . . . . 578
10.2.1.2.4 Finishing of PU Coatings . . . . . . . . . . . . . . . . . 579
10.2.1.3 Nonwoven Bonding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 579
10.2.1.4 Poromeric Imitation Leather . . . . . . . . . . . . . . . . . . . . . . . . 579
10.2.1.4.1 Polyaddition Using Dispersions . . . . . . . . . . . 582
10.2.1.4.2 Polyaddition in Solution . . . . . . . . . . . . . . . . . 582
10.2.1.4.3 The Use for Poromeric Imitation Leather . . . . . 583
10.2.2 Paper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 583
10.2.2.1 Polyurethane Ionic Dispersions for Paper Coating . . . . . . . 583
10.2.2.1.1 Properties of Polyurethane Films . . . . . . . . . . 584

10.2.3

10.2.4

Reference Li.

**11 Polyurethan·**
*. Dr. M. Dollhau.*

11.1 Introdu·

11.2 Polyisoc

11.3 Two-Co
11.3.1 1
11.3.2 1
11.3.3 .
11.3.4 1
11.3.5 .

11.4 One-Co
11.4.1 1
11.4.2 1

11.5 Solvent
11.5.1 1
11.5.2 .
11.5.3 1
11.5.4 .

11.6 Dispers:
11.6.1 1
11.6.2 ,
11.6.3 1
11.6.4 ,

11.7 Hot Me
11.7.1 1
11.7.2 1
11.7.3 .

11.8 Applica
11.8.1 1

*Contents*    XI

..... 535
..... 536
..... 536
..... 537
..... 538
..... 539
..... 544
..... 544
..... 545
..... 546

..... 549

..... 555

*rek*

..... 555
..... 555
..... 555
..... 559
..... 560
..... 560
..... 562
..... 564
..... 565
..... 565
..... 566
..... 569
..... 569
..... 571
..... 571
..... 572
..... 572
..... 574
..... 574
..... 575
..... 575
..... 575
..... 576
..... 576
:ts ..... 577
..... 578
..... 579
..... 579
..... 579
..... 582
..... 582
r ..... 583
..... 583
..... 583
..... 584

10.2.2.1.2 Working with Polyurethane Dispersions ...... 584
10.2.2.1.3 Application for Food Packaging Paper ....... 584
10.2.2.1.4 Other Applications of Polyurethane
           Dispersions for Paper Coating ........... 585
10.2.2.2 Polyurethane Dispersions and Solutions for Paper Sizing .. 586
10.2.3 Carbonless Copy Paper ................................. 586
      10.2.3.1 Microcapsules ................................ 587
      10.2.3.2 The Production of Carbonless Copy Paper ........... 587
10.2.4 Leather ............................................. 588
      10.2.4.1 Application in Tanning, Retanning, Coloring ...... 588
      10.2.4.2 Finishing ................................... 589
              10.2.4.2.1 Impregnation and Base Coating of Leather .... 589
              10.2.4.2.2 Top Finish ......................... 590
              10.2.4.2.3 Patent Leather ...................... 590
              10.2.4.2.4 Foil Finishing ...................... 591
      10.2.4.3 Special Processes ............................ 591

Reference List for Chapter 10 ................................. 593


11 Polyurethane Adhesives ..................................... 595
*Dr. M. Dollhausen*

11.1 Introduction .......................................... 595

11.2 Polyisocyanates ....................................... 596

11.3 Two-Component Reaction Adhesives ......................... 597
     11.3.1 Polyisocyanates ................................ 597
     11.3.2 Polyols ....................................... 598
     11.3.3 Additives ..................................... 599
     11.3.4 Production and Processing ........................ 600
     11.3.5 Adhesive Bonds ................................ 601

11.4 One-Component Reaction Adhesives ......................... 601
     11.4.1 Isocyanate Terminated Polyurethanes ............... 602
     11.4.2 Multiphase Systems with Encapsulated Isocyanates ...... 602

11.5 Solvent Adhesives ...................................... 604
     11.5.1 Hydroxyl Polyurethanes .......................... 604
     11.5.2 Additives ..................................... 604
     11.5.3 Production and Processing ........................ 605
     11.5.4 Adhesive Bonds ................................ 605

11.6 Dispersion Adhesives ................................... 607
     11.6.1 Manufacturing ................................. 607
     11.6.2 Additives ..................................... 607
     11.6.3 Processing .................................... 607
     11.6.4 Adhesive Bonds ................................ 608

11.7 Hot Melt Adhesives .................................... 608
     11.7.1 Manufacture ................................... 608
     11.7.2 Processing .................................... 608
     11.7.3 Adhesive Bonds ................................ 609

11.8 Application Fields .................................... 609
     11.8.1 Footwear Industry .............................. 609

XX      *Contents*

11.8.2 Plastics Industry ........................................ 610
11.8.3 Packaging Applications ................................ 611
11.8.4 Clothing Industry ...................................... 611
11.8.5 Automotive Industry .................................... 612
11.8.6 Building and Construction Industry .................... 612

11.9 Product Safety ............................................. 612

Reference List for Chapter 11 ................................. 613

**12 Polyurethane (PUR) Systems and Polyisocyanates as Starting Materials
for Binders** ..................................................... 615
*Dr. J. Franke, Dr. M. Kapps, Dr. K. Recker, Dr. H. Reiff, Dr. H.-D. Ruprecht, H. I. Sachs*

Introduction .................................................... 615

12.1 Bonding of Forest and Agricultural Products ............... 616
    12.1.1 The Bonding of Forest Products ...................... 616
        12.1.1.1 Manufacture .................................... 616
        12.1.1.2 Properties ..................................... 617
        12.1.1.3 Applications ................................... 620
    12.1.2 Bonding of Agricultural Products .................... 621
        12.1.2.1 Manufacture .................................... 621
        12.1.2.2 Properties ..................................... 622
        12.1.2.3 Applications ................................... 622

12.2 Bonding of Other Products ................................. 622
    12.2.1 Rubber ............................................... 622
        12.2.1.1 Manufacture .................................... 622
        12.2.1.2 Properties ..................................... 622
        12.2.1.3 Applications ................................... 623
    12.2.2 Rigid Polyurethane Foam Scrap ....................... 623
        12.2.2.1 Manufacture .................................... 623
        12.2.2.2 Properties ..................................... 623
        12.2.2.3 Applications ................................... 624
    12.2.3 Inorganic Products .................................. 624
        12.2.3.1 Manufacture .................................... 624
        12.2.3.2 Properties ..................................... 624
        12.2.3.3 Applications ................................... 624

12.3 Bonding of Foundry Sand .................................. 625

12.4 Sizings for Glass Fibers .................................. 625
    12.4.1 Manufacture .......................................... 626
    12.4.2 Properties ........................................... 626
        12.4.2.1 Processing Properties .......................... 626
        12.4.2.2 Properties of the Glass Fibers ................. 626
        12.4.2.3 Properties of the Reinforced Plastic .......... 627

Reference List for Chapter 12 ................................. 627

**13 Polyurethane Elastomeric Fibers** ............................ 629
*Dr. H. Gall, Dr. M. Kausch*

13.1 Synthesis of Segmented Polyurethanes ..................... 629

13.1.1
13.1.2

13.1.3
13.1.4
13.1.5

13.2 Spinnin
    13.2.1
    13.2.2
    13.2.3
    13.2.4
    13.2.5

13.3 Physica
    13.3.1
    13.3.2

13.4 Properti
    13.4.1
    13.4.2
    13.4.3

13.5 Manufa
    13.5.1
    13.5.2

Reference Li:

**14 Polyurethan**
*L. Abele, M. Jo*

14.1 Require

14.2 Industri
    14.2.1
    14.2.2

14.3 Transpo
    14.3.1
    14.3.2
    14.3.3

14.4 The Ec·

*Contents*   XXI

|  |  |
|---|---|
| . . . . . 610 | 13.1.1 Reactants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 629 |
| . . . . . 611 | 13.1.2 Reactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 630 |
| . . . . . 611 |     13.1.2.1 Preparation of NCO Prepolymers . . . . . . . . . . . . . 630 |
| . . . . . 612 |     13.1.2.2 Chain Extension . . . . . . . . . . . . . . . . . . . . . . . 630 |
| . . . . . 612 | 13.1.3 Crosslinked Elastanes . . . . . . . . . . . . . . . . . . . . . . . 631 |
| . . . . . 612 | 13.1.4 Thermoplastic Elastanes . . . . . . . . . . . . . . . . . . . . . 631 |
| . . . . . 613 | 13.1.5 Additives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 631 |
|  | 13.2 Spinning Processes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 632 |
|  | 13.2.1 Dry Spinning Processes . . . . . . . . . . . . . . . . . . . . . . 632 |
| . . . . . 615 | 13.2.2 Wet Spinning Processes . . . . . . . . . . . . . . . . . . . . . . 632 |
|  | 13.2.3 Reaction Spinning Methods . . . . . . . . . . . . . . . . . . . . 633 |
| . . . . . 615 | 13.2.4 Meltspin Processes . . . . . . . . . . . . . . . . . . . . . . . . . 633 |
|  | 13.2.5 Post Treatments . . . . . . . . . . . . . . . . . . . . . . . . . . 633 |
| . . . . . 616 | 13.3 Physical Crosslinking of Segmented Polyurea/Urethane Elastomers . . . . . 634 |
| . . . . . 616 | 13.3.1 Influence of Hard Segments . . . . . . . . . . . . . . . . . . . . 634 |
| . . . . . 617 | 13.3.2 Influence of the Soft Segments . . . . . . . . . . . . . . . . . . 634 |
| . . . . . 620 | 13.4 Properties and Testing of Elastane Filament Yarns . . . . . . . . . . . . . 635 |
| . . . . . 621 | 13.4.1 Mechanical Properties . . . . . . . . . . . . . . . . . . . . . . . 635 |
| . . . . . 621 | 13.4.2 Thermal Behavior . . . . . . . . . . . . . . . . . . . . . . . . . 635 |
| . . . . . 622 | 13.4.3 Chemical Characteristics . . . . . . . . . . . . . . . . . . . . . 636 |
| . . . . . 622 | 13.5 Manufacture and Operation . . . . . . . . . . . . . . . . . . . . . . . . . 638 |
| . . . . . 622 | 13.5.1 Types of Yarn . . . . . . . . . . . . . . . . . . . . . . . . . . . 638 |
| . . . . . 622 | 13.5.2 Applications of Elastic Fibers . . . . . . . . . . . . . . . . . . 639 |
| . . . . . 622 |     13.5.2.1 Knit Fabrics . . . . . . . . . . . . . . . . . . . . . . . . 639 |
| . . . . . 623 |     13.5.2.2 Woven Fabrics . . . . . . . . . . . . . . . . . . . . . . . 640 |
| . . . . . 623 |     13.5.2.3 Dyeing and Finishing of Elastane-Containing Fabrics . . . . . 641 |
| . . . . . 623 |     13.5.2.4 Characteristics of Elastane-Containing Fabrics . . . . . . . . 641 |
| . . . . . 623 |  |
| . . . . . 624 | Reference List for Chapter 13 . . . . . . . . . . . . . . . . . . . . . . . . . 642 |
| . . . . . 624 |  |
| . . . . . 624 |  |
| . . . . . 624 | **14 Polyurethanes and the Environment** . . . . . . . . . . . . . . . . . . . . 645 |
| . . . . . 624 | *L. Abele, M. Jokel, Dr. M. Mann, U. Walber, Dr. E. Weigand* |
| . . . . . 625 | 14.1 Requirements for the Industrial Production of Polyurethane . . . . . . . . . 645 |
| . . . . . 625 | 14.2 Industrial Hygiene in Manufacturing and Processing . . . . . . . . . . . . . 646 |
| . . . . . 626 | 14.2.1 Regulations and Guidelines . . . . . . . . . . . . . . . . . . . . 647 |
| . . . . . 626 | 14.2.2 Protective Measures at the Workplace . . . . . . . . . . . . . . 648 |
| . . . . . 626 |     14.2.2.1 Solvent-Free Raw Material Systems – |
| . . . . . 626 |         Stationary Processing . . . . . . . . . . . . . . . . . . . 649 |
| . . . . . 627 |     14.2.2.2 Solvent-Free Raw Material Systems – |
| . . . . . 627 |         Non-Stationary Processing . . . . . . . . . . . . . . . . 652 |
|  |     14.2.2.3 Processing Solvent-Containing Systems . . . . . . . . . . . 653 |
| . . . . . 629 |     14.2.2.4 Processing Polyurethanes . . . . . . . . . . . . . . . . . 653 |
|  | 14.3 Transportation, Unloading and Storage . . . . . . . . . . . . . . . . . . . 653 |
|  | 14.3.1 Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . 653 |
|  | 14.3.2 Unloading . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 654 |
|  | 14.3.3 Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 654 |
| . . . . . 629 | 14.4 The Ecology of Polyurethanes . . . . . . . . . . . . . . . . . . . . . . . . 655 |

CW 0308820



XXII   ·Contents

14.4.1 Emissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 655
14.4.2 Liquid and Solid Raw Materials . . . . . . . . . . . . . . . . . . . . . . . . 656
14.4.3 Waste Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 657
14.5 Polyurethanes in Food Contact Applications . . . . . . . . . . . . . . . . . . . . 658
14.6 Blowing Agents for PUR Foams . . . . . . . . . . . . . . . . . . . . . . . . . 659
   14.6.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 659
      14.6.1.1 Relevance of CFCs for the Environment . . . . . . . . . . . . . 659
      14.6.1.2 Legislature . . . . . . . . . . . . . . . . . . . . . . . . . . 659
   14.6.2 Reduction and Phase-Out of CFCs in PUR Foams . . . . . . . . . . . . 659
      14.6.2.1 Flexible PUR Foams . . . . . . . . . . . . . . . . . . . . . 659
      14.6.2.2 PUR Integral Skin Foams . . . . . . . . . . . . . . . . . . . 660
      14.6.2.3 PUR Packaging and One-Component Foams . . . . . . . . . . . 660
      14.6.2.4 Rigid PUR Foams . . . . . . . . . . . . . . . . . . . . . . 660
   14.6.3 Prospects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 663
14.7 Reuse of Polyurethanes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 664
Reference List for Chapter 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . 665

15 Commercial Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 669
   Z. Galler, N. Künstler

Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 679

1   Pol
  Eco

1.1   The
  Dr. K.

"High quality f
porous, lightwei
and in shipbuil
..., wheels ...,
orthopedic cast
These are quota
the inventors h
analyses of app
Hoppe and E. |
in Leverkusen)
polyisocyanate
thanes, as comp
of olefines or b
However, the n
of the Second
It was not unti
commercially a
ogy for the con
Germany, from
take place in th
Initially, all co
polyester polyo
technical, as w
role in polyure
polyols was a
of polyurethan
flexible polyure
The availability
tive prices, and
of PUR rigid
foam in the fur
During the six
cessing techno
market areas. E
rigid foams we
in automobiles
technologies, c
tion molding a
modern RIM
quality produc
positioned the

[Refs. p. 117]

rs. in certain
s

eterocyclic compound

gen (seldom)
. ester (mercaptides,
= 0) and tetravalent

n rate constants for the ure-
multaneously catalyzed by
cylamine and diethyltin-
iole ratio), example of syn-

r. cat. (meas.), b = amine +
= tin cat., d = amine cat.

: PUR catalysts:

manufacture of flexible
roperties which facilitate
:erest are delayed action
red point in time – for
ixture on a flat surface –
: mixture. Therefore, the
idines are an example of

Table 3.9. Relative Activity as a Function of Concentration and Synergism of Typical Commercially Used Catalysts [2]

| Catalyst | Concentration % | Relative reactivity |
|---|---|---|
| uncatalyzed | – | 1 |
| TMBDA | 0.1 | 56 |
| DABCO | 0.1 | 130 |
| TMBDA | 0.5 | 160 |
| DBTL | 0.1 | 210 |
| DABCO | 0.2 | 260 |
| DABCO | 0.3 | 330 |
| SnOct | 0.1 | 540 |
| DBTL | 0.5 | 670 |
| DBTL + TMBDA | 0.1 + 0.2 | 700 |
| SnOct + TMBDA | 0.1 + 0.2 | 1000 |
| DBTL + DABCO | 0.1 + 0.2 | 1000 |
| SnOct + TMBDA | 0.1 + 0.5 | 1410 |
| SnOct + DABCO | 0.1 + 0.5 | 1510 |
| SnOct | 0.3 | 3500 |
| SnOct + DABCO | 0.3 + 0.3 | 4250 |

TMBDA = Tetramethylbutanediamine    DBTL = Dibutyltindilaurate
DABCO = 1,4-Diaza(2,2,2)bicyclooctane    SnOct = Tinoctoate

Further, polyamines partially neutralized with formic acid [10] have attained significance as delayed action catalysts for semirigid and flexible molded foams. In recent years, a new latent catalyst was described that is noncorrosive and nonvolatile (no smell). The basis is the chemically blocking of the active amine by a component whose structure was not disclosed [11]. The product is used for flexible and semirigid foam.

Because of industrial hygiene concerns, the N-acylated amines [12] as low odor catalysts are of interest for foam manufacture:

$$R \atop R' \!\!\! > \!\! N-[CH_2]_n-N \!\! < \!\! {R \atop C=O} \atop \phantom{x}H$$

All terms and measuring procedures for the simple description of the kinetics of the polyurethane reaction are derived from industrial practice and observations of macroscopic phenomena. They are based on the following steps as a function of time:

– Mixing time (stirring time) is the duration of the time of mixing the components.
– The cream time (gel time, start time) is the time lapse from the beginning of the mixing process until a visual change or a distinct rise in the viscosity and the volume of the reaction mixture occurs.
– The rise time (only for foams) is the time span from the beginning of mixing to the end of the rise of the foam.
– The setting time (curing time) is the time span from the beginning of mixing until a point is reached where the polyaddition product no longer flows. According to the working procedure and the product, the determination of the setting time follows different criteria. Figure 3.4 shows that the reaction is not at all finished within the set time. Only a fraction of the total reaction rate is described by the described times. The complexity of the course of reaction is best described by the variety of terms used in practice, i.e., "post-pressure time", "tack free time", "string time", "pluck time".

CW 0308822



Fig. 3.4. Accessible measurable range of a specific application of a PU reaction (example: 275 g preparation of PU rigid foam, apparent density 22 kg/m³) a ≈ area between stirring dand tack-free time

- The mold release time is the time span from the mixing of the components until the earliest possible removal of the finished part ("green strength"). Cycle time is greater than the molding process time and includes mold preparation and post treatment (cleaning, mold release agents and taking out parts).
- Final curing time is the time span until the final curing of the finished part. This will be widely different based on the product and process (hours, days weeks) as well as temperature and humidity effects (compare section 5).

### 3.4.1.2  Catalysis for NCO/NCO Reactions

The catalysis for dimerization to uretdiones, the carbodiimide formation, and the currently less important linear polymerization of isocyanates to polyamide-1 has already been described in subsection 2.1.2.2 and 3.3.2.2. The trimerization reaction for the manufacture of solid and cellular polyurethanes has far greater significance.

Isocyanurate structures give polyurethanes a higher heat resistance and improve intrinsic fire retardance. Since pure polyisocyanurates lead to very brittle products, in practice PIR/PUR combinations are used exclusively [13]. As a result, two reactions running concurrently must be catalytically controlled: the NCO/OH and the trimerization reaction. In this regard, the catalysts for the isocyanurate formation have been thoroughly investigated [13 to 16]. In Table 3.10 the trimerization catalysts are collected according to structural types.

Table 3.10. Typical Structures of Trimerization Catalysts

| | |
|---|---|
| R¹R²R³N | Amines |
| R₃P | Phosphines |
| R–OMe   (Me = z. B. Alkali) | Alcoholates |
| Me₂O₂ | Metal oxides |
| RCOOMe   Me = K, Na, Ca, Fe, Mg, Hg, Ni, Pb, Co, Zn, Cr, Al, Sn, V, Ti | Carboxylates |
| R–Me–   Me = Zn, Si, Sn, Pb, Sb | Organo metal compounds |
| R₂Me | |
| R₃Me | |
| | Metal-Chelates |
| | Hydrides |
| org., inorg., Lewis-acids | Acids |
| Amine-epoxides | Combined catalysts |
| Amine-alkylenecarbonates | |
| Amine-imides | |

From this schemat

$H_3C$
        $N-$
$H_3C$

alkali salts of low
catalyst combinati·
there are known a·
ternary ammoniun

$R_3\overset{\oplus}{N}H$

and special aminin

$R_3\overset{\oplus}{N}-\overset{\ominus}{N}O$

### 3.4.1.3  Catalysi

The commercially
cohols (see subsec·
distribution of the
different reactivity
basic isocyanates, ·
tion 3.3.2) of diffe·
PUR applications ·
lamines, peralkyla·
laurate, N-alkyl m·
New polyurethane·
foams (RIM techn·
special demands c·
thanes, especially ·
combinations.



In flexible foams.
amine/tin catalysts·

CW 0308823

## This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☑ BLACK BORDERS

☐ IMAGE CUT OFF AT TOP, BOTTOM OR SIDES

☑ FADED TEXT OR DRAWING

☐ BLURRED OR ILLEGIBLE TEXT OR DRAWING

☑ SKEWED/SLANTED IMAGES

☐ COLOR OR BLACK AND WHITE PHOTOGRAPHS

☐ GRAY SCALE DOCUMENTS

☐ LINES OR MARKS ON ORIGINAL DOCUMENT

☑ REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY

☐ OTHER: _____

## IMAGES ARE BEST AVAILABLE COPY.
## As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.

CW 0308824