JUN 24 '02  11:58AM PATENT DEPT

COPY P.3/9 #5
*request for Recon. HH 7/9/02*

P-3724-2-F1-C2                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of  Michael J. Sullivan

Serial No.:  09/832,154                    Examiner:  R. Gorden

Filing Date:  April 10, 2001               Group Art Unit:  3711

For: IMPROVED MULTI-LAYER GOLF BALL

Commissioner for Patents & Trademarks
Washington, DC 20231

*Duplicate accepted
Mailroom date = 1/8/02*

*Stephen Marcus
Special Program Examiner
Group 3700  6/26/5*

Sir:

## RESPONSE

This is in response to the Office Action of December 18, 2001.  Please consider
the following remarks.

---

### CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8a)

I hereby certify that this correspondence is, on the date shown below, being:

MAILING                                          FACSIMILE

___   deposited with the United States Postal      **XX**   transmitted by facsimile
      Service with sufficient postage as first class         to the Patent and Trademark
      mail, in an envelope addressed to the Assistant        Office to Examiner R. Gorden
      Commissioner for Patents, Washington,                  in TC3700 at 703-872-9302.
      D.C. 20231.

Date:  ___1/8/02___

                                                   *Laura J. Nolan* (Signature)

                                                   Laura J. Nolan
                                                   (type or print name of person certifying)

Received from < 4133222575 > at 6/24/02 12:01:09 PM [Eastern Daylight Time]

CW 0308825

09/832,154                                          P-3724-2-F1-C2

## REMARKS

Reconsideration of the present application is respectfully requested. Claims 1 to 6 are currently pending, and no claims have been amended.

The Office Action mailed December 18, 2001 addressed Claims 1 to 6. Claims 1 to 6 were rejected.

Claims 1 to 6 were rejected under the judicially created doctrine of obvious-type double patenting as being unpatentable over claims 1 to 8 of U.S. Patent No. 6,210,293. The Examiner stated that although the conflicting claims are not identical, they are not patentably distinct from each other because the claimed subject matter is very similar. The Examiner stated that the present invention claims a golf ball comprising a core, an inner cover and an outer cover, and the inner cover has a Shore D hardness of 60 or more and is made from a blend of two or more low acid ionomer resins containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid, and the outer cover layer has a Shore D hardness of 64 or less and is made from a polyurethane or non-ionomeric thermoplastic and thermosetting elastomers. The Examiner further stated that the '293 patent claims a golf ball with identical layers and features except the optional non-ionomeric thermoplastic and thermosetting elastomer materials for the outer cover layer, however the present invention and the '293 patent both claim a polyurethane outer cover. The Examiner concluded that claiming additional materials for the outer cover layer does not render a patentable distinction, and one skilled in the art would have included optional materials for the outer cover layer to increase manufacturing flexibility.

Although Applicant respectfully disagrees with the Examiner, in an effort to hasten prosecution, Applicant herein submits a Terminal Disclaimer which disclaims the terminal portion of any patent granting from the instant application, as required under MPEP § 1490. Applicant respectfully submits that this overcomes the rejection.

The Examiner is invited to telephone Applicant's attorney if it is deemed that a telephone conversation will hasten prosecution of the application.

CW 0308826

JUN 24 '02  11:59AM PATENT DEPT                                    P.5/9

09/832,154                                    P-3724-2-F1-C2

## CONCLUSION

Applicant respectfully requests reconsideration and allowance of each of the presently rejected claims, claims 1 to 6.  Applicant respectfully requests allowance of claims 1 to 6, the claims currently pending.

Respectfully submitted,

MICHAEL J. SULLIVAN

Customer No. 24492
Phone: (413) 322-2937

Date: _January 8_, 2002

By: _Michelle Bugbee_
Michelle Bugbee, Reg. No. 42,370
Spalding Sports Worldwide
Attorney for Applicant
425 Meadow Street
P.O. Box 901
Chicopee, MA  01021-0901

cc: Richard M. Klein, Esquire (SLD 2 0035-3-3-1-1(II))

Received from < 4133222575 > at 6/24/02 12:01:09 PM [Eastern Daylight Time]

CW 0308827

JUN 24 '02  11:59AM PATENT DEPT

P.6/9



P-3724-2-F1-C2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Michael J. Sullivan
Serial No.:  09/832,154
Filed:  April 10, 2001
Group No.:  3711
Examiner:  R. Gorden
For:  Improved Multi-Layer Golf Ball

**Commissioner of Patents and Trademarks
Washington, D.C. 20231**

### TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING
### REJECTION (37 CFR 1.321(b))

#### Identification Of Person(s) Making This Disclaimer

Name(s) of disclaimant(s):  Michelle Bugbee

having an address of:  Spalding Sports Worldwide, Inc.
425 Meadow Street
Chicopee, MA 01013

represent that I am

___  an inventor of this invention

___  an assignee of this invention

XX Attorney of record in the present application

---

**CERTIFICATE OF FACSIMILE TRANSMISSION (37 CFR 1.8a)**
I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is
being transmitted by facsimile on the date shown below to the Patent and Trademark Office to
Examiner R. Gorden in TC3700 at 703-872-9302.

Date: ___6 | 8___, 2002    Laura J. Nolan    06/10/2002 SHILL1    00000001 170150    09832154

(Terminal Disclaimer to Obviate a Double Patenting Rejection (37CFR 1.321(b))
01 FC:148    (9-4) 110.00 PA

Received from < 4133222575 > at 6/24/02 12:01:09 PM [Eastern Daylight Time]

CW 0308828

**09/832,154**                        -2-                **P-3724-2-F1-C2**


### Identity of Assignee and Title of Disclaimant (if applicable)

The assignee is

Name of assignee:              Spalding Sports Worldwide, Inc.

Address of assignee:           425 Meadow Street

Chicopee, MA 01013

Title of disclaimant authorized to sign on behalf of assignee:

Associate Patent Counsel

### Recordal of Assignment in PTO

XX the assignment to Spalding Sports Worldwide, Inc. from Lisco Inc.
was recorded on Reel: 010232; Frame: 0251 on April 23, 1999;
the assignment to Lisco Inc. was recorded on Reel: 7750; Frame: 0242
on November 9, 1995

___ authorization for recordal of the assignment is separately attached

### Extent of Interest

The extent of my (our) interest is in

XX the whole of this invention

___ a sectional interest in this invention as follows (here
state the exact interest of the disclaimant(s):

### Statement Pursuant to 37 C.F.R. 3.73(b)

I the undersigned, have reviewed all the evidentiary documents in the chain
of title of the

XX . patent application

___ patent

matter identified above and, to the best of my knowledge and belief, title is in the
assignee identified above which is seeking to take action.

(Terminal Disclaimer to Obviate a Double Patenting Rejection (37CFR 1.321(b))

(9-4)-page 2 of 4)

CW 0308829

**09/832,154**                                    -3-                              **P-3724-2-F1-C2**

### Disclaimer

I hereby disclaim the terminal part of any patent granted on the above-identified application, which would extend beyond the expiration date of the full statutory term of:

> XX United States Patent No. 6,210,293, as presently
>   shortened by any terminal disclaimer

> __ Any patent granted on application number:

and hereby agree that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to

> XX United States Patent No. 6,210,293

> __ Any patent granted on application number:

this agreement to run with any patent granted on the above-identified application and to be binding upon the grantor, its successors or assigns.

Petitioner does not disclaim any terminal part of any patent granted on the above-identified application prior to the expiration date of the full statutory term of

> XX United States Patent No. 6,210,293 as presently
>   shortened by any terminal disclaimer

> __ Any patent granted on application number:

In the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321(a), has all claims canceled by a reexamination certificate, or is otherwise terminated prior to expiration of its statutory term as presently shortened by any terminal disclaimer, except for the separation of legal title stated above.

> (Terminal Disclaimer to Obviate a Double Patenting Rejection (37CFR 1.323(b))
> (9-4)--page 3 of 4)

CW 0308830

**09/832,154**                          -4-                          **P-3724-2-F1-C2**

## Fee Status

*(37 CFR 1.20(d) and 37 CFR 1.321)*

XX other than a small entity -- fee $110.00

__ small entity--fee $55.00

    __ verified statement attached

    __ verified statement filed on _____

## Fee Payment

__ Attached is a check in the sum of $_____

__ The fee for this Disclaimer was previously paid on ; _____.
XX Charge Account **17-0150** for any fee deficiency required by this paper.

XX Charge Account **17-0150** the sum of **$110.00.**

## Declaration

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

                    **Spalding Sports Worldwide, Inc.**

Date: January 8, 2002          By: *Michelle Bugbee*
                    Michelle Bugbee, Associate Patent Counsel
                    Reg. No. 42,370
                    Spalding Sports Worldwide, Inc.
                    425 Meadow Street, P. O. Box 901
                    Chicopee, MA 01021-0901

{Terminal Disclaimer to Obviate a Double Patenting Rejection (37CFR 1.321)(b))
(9-4)--page 4 of 4)

CW 0308831

<u>P-3724-2-F1-C2</u>          **PATENT**

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of  Michael J. Sullivan

Serial No.:   09/832,154          Examiner:  R. Gorden

Filing Date:   April 10, 2001          Group Art Unit: 3711
For: IMPROVED MULTI-LAYER GOLF BALL

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

### <u>RESPONSE</u>

This is a COPY of the previously faxed Response that was faxed to the USPTO

(Group 3700 Non Final at 703-872-9302) on January 8, 2002, the date on the

Certificate of Mailing/Transmission.  Please accept this COPY of the response.

Respectfully submitted,

MICHAEL J. SULLIVAN

(413)322-2937

By _Michelle Bugbee_

Michelle Bugbee, Reg. No. 42,370
Attorney for Applicants
Date: _June 24_ ,2002
Spalding Sports Worldwide
425 Meadow Street, P. O. Box 901
Chicopee, MA  01021-0901

---

**CERTIFICATE OF FACSIMILE TRANSMISSION (37 CFR 1.8a)**
I hereby certify that this paper (along with a copy of the Amendment and Terminal
Disclaimer) is being transmitted by facsimile on the date shown below to the Patent and
Trademark Office to Examiner R. Gorden in TC3700 at 703-746-3208.

_Michelle Bugbee_
Michelle Bugbee

Date: _June 24_ ,2002

Number of Pages, including this cover sheet: _9_

Received from < 4133222575 > at 6/24/02 12:01:09 PM [Eastern Daylight Time]

CW 0308832

JUN 24 '02  11:57AM PATENT DEPT
01/08/02 15:40:42          USPTO->       4133222575  RightFAX      P.2/9
                                                                   Page 001

TO:Auto-reply fax to 4133222575  COMPANY:


COPY

## Auto-Reply Facsimile Transmission


UNITED STATES
PATENT AND
TRADEMARK OFFICE
★ ★ ★ ★

TO:                    Fax Sender at 4133222575

Fax Information
Date Received:         1/8/02 3:39:07 PM [Eastern Standard Time]
Total Pages:           7 (including cover page)

*ADVISORY: This is an automatically generated return receipt confirmation of the facsimile transmission received by the Office.  Please check to make sure that the number of pages listed as received in Total Pages above matches what was intended to be sent.  Applicants are advised to retain this receipt in the unlikely event that proof of this facsimile transmission is necessary. Applicants are also advised to use the certificate of facsimile transmission procedures set forth in 37 CFR 1.8(a) and (b), 37 CFR 1.6(f).  Trademark Applicants, also see the Trademark Manual of Examining Procedure (TMEP) section 702.04 et seq.*

Received
Cover
Page
=======>

JAN 08 '02  04:34PM PATENT DEPT                                    P.1/7

P-3724-2-F2-C2     PATENT
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of Michael J. Sullivan
Serial No.: 09/832,154          Examiner: R. Gorden
Filing Date: April 10, 2001     Group Art Unit: 3711
For: IMPROVED MULTI-LAYER GOLF BALL

Commissioner for Patents & Trademarks
Washington, DC 20231

Sir:

RESPONSE

This is in response to the Office Action of December 18, 2001. Please consider the following remarks.

CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8a)

I hereby certify that this correspondence is, on the date shown below, being:

MAILING                              FACSIMILE

__  deposited with the United States Postal    XX  transmitted by facsimile
    Service with sufficient postage as first class    to the Patent and Trademark
    mail, in an envelope addressed to the Address    Office to Examiner R. Gorden
    Commissioner for Patents, Washington,    at TC3700 at 703-872-0022.
    D.C. 20231.

Date:  1/8/02              _____
                          Signature

                          Laura P. Nolan
                          (type or print name of person certifying)

Received from < 4133222575 > at 1/8/02 3:38:07 PM [Eastern Standard Time]

Received from < 4133222575 > at 6/24/02 12:01:09 PM [Eastern Daylight Time]

CW 0308833



# SPALDING SPORTS WORLDWIDE, INC.

**425 Meadow Street**
**P.O. Box 901**
**Chicopee, MA 01021-0901 U.S.A.**

**PHONE: 413-536-1200**      **FAX: 413-322-2575 (LEGAL II & PATENT)**

## CONFIDENTIAL FACSIMILE TRANSMISSION

TO:  Examiner R. Gorden

     Phone: 703-308-8354

     Fax: 703-746-3208

FROM: Michelle Bugbee  (413) 322-2937

DATE: September 25, 2002

PAGES: 4  (includes cover page)

RE:  Application Serial Number ~~09/873,642~~ *09/832,154*

MESSAGE: Examiner Gordon,

    Per our discussion, attached are the original claims from Application Serial No. 08/556,237 (filed 11/9/95), pages 48 to 50. Please note that original claim 8 should be misnumbered and should be claim 6. If you need any additional information, please do not hesitate to contact me. Thank you for your help.

Very truly yours,

Michelle Bugbee
Associate Patent Counsel
Registration No. 42,370

PLEASE CALL LAURA NOLAN AT EXT. 2985 - IF YOU DO NOT RECEIVE ALL PAGES.

CONFIRMATION COPY TO FOLLOW:  ____ YES  _X_ NO

### CONFIDENTIALITY NOTE:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the Postal Service. Thank you.

CW 0308834

I claim:

1. A golf ball comprising:

a core;

an inner cover layer having a Shore D hardness of 60
or more molded on said core, the inner cover layer comprising a
5      blend of two or more low acid ionomer resins containing no more
than 16% by weight of an alpha, beta-unsaturated carboxylic acid;
and

an outer cover layer having a Shore D hardness of 64
or less molded on said inner cover layer, said outer cover layer
10      comprising a relatively soft polymeric material selected from the
group consisting of non-ionomeric thermoplastic and thermosetting
elastomers.

2.    A golf ball according to claim 1, wherein the inner
cover layer has a thickness of about 0.100 to about 0.010 inches
and the outer cover layer has a thickness of about 0.010 to about
0.70 inches, the golf ball having an overall diameter of 1.680
inches or more.

3.    A golf ball according to claim 1 wherein the inner
cover layer has a thickness of about 0.050 inches and the outer
cover layer has a thickness of about 0.055 inches, the golf ball
having an overall diameter of 1.680 inches or more.

-48-

Received from < 4133222575 > at 9/25/02 11:16:02 AM [Eastern Daylight Time]

CW 0308835

4.  A golf ball according to claim 1 wherein the outer layer comprises a polyurethane based material.

5.  A multi-layer golf ball comprising:

a spherical core;

5   an inner cover layer having a Shore D hardness of about 60 or more molded over said spherical core, said inner cover layer comprising an ionomeric resin including no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi;

10   an outer cover layer having a Shore D hardness of about 64 or less molded over said spherical intermediate ball to form a multi-layer golf ball, the outer layer comprising polyurethane based material.

8.  A multi-layer golf ball comprising:

a spherical core;

an inner cover layer molded over said spherical core to form a spherical intermediate ball, said inner cover layer

5   comprising an ionomeric resin having no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi;

an outer cover layer molded over said spherical intermediate ball to form a multi-layer golf ball, the outer layer

-49-

Received from < 4133222575 > at 9/25/02 11:16:02 AM [Eastern Daylight Time]

CW 0308836

10     comprising a non-ionomeric elastomer selected from the group consisting of polyester elastomer, polyester, polyether polyurethane and polyester amide, said outer cover layer having a modulus in a range of about 1,000 to about 30,000 psi.

-50-

Received from < 4133222575 > at 9/25/02 11:16:02 AM [Eastern Daylight Time]

CW 0308837

SEP 26 '02  09:00AM PATENT DEPT

*9 - 30 - 02*

*P.1/6 # 70/ Supl.*
*Amot*
*B*

**P-3724-2-F1-C2**      **PATENT**
## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of  Michael J. Sullivan

Serial No.:    09/832,154               Examiner:  R. Gorden

Filing Date:   April 10, 2001           Group Art Unit:  3711

For: IMPROVED MULTI-LAYER GOLF BALL

Commissioner for Patents & Trademarks
Washington, DC  20231

*ENTER Supplemental Amendment 9/30/02 RG*

Sir:

## SUPPLEMENTAL AMENDMENT

This is a Supplemental Amendment in response to the Office Action of December 18, 2001.  Entry of the following amendment to the application is requested.

---

### CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8a)

I hereby certify that this correspondence is, on the date shown below, being:

MAILING

____  deposited with the United States Postal Service with sufficient postage as first class mail, in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

FACSIMILE

XX  transmitted by facsimile to the Patent and Trademark Office to Examiner R. Gorden in TC3700 at 703-746-3208.

Date:    Sept. 26    , 2002

Laura J. Nolan

Received from < 4133222575 > at 9/26/02 9:02:15 AM [Eastern Daylight Time]

CW 0308838

09/832,154                                        P-3724-2-F1-C2

## IN THE SPECIFICATION

Please replace the paragraph beginning at page 24, line 23 with the following rewritten paragraph:

Other soft, relatively low modulus non-ionomeric thermoplastic elastomers may also be utilized to produce the outer cover layer as long as the non-ionomeric thermoplastic elastomers produce the playability and durability characteristics desired without adversely effecting the enhanced spin characteristics produced by the low acid ionomer resin compositions. Preferably, the non-ionomeric thermoplastic elastomers have a Shore D hardness of 64 or less and a flexural modulus of from about 1,000 to about 30,000 psi. These include, but are not limited to thermoplastic polyurethanes such as: Texin° thermoplastic polyurethanes from Mobay Chemical Co. and the Pellethane° thermoplastic polyurethanes from Dow Chemical Co.; Ionomer/rubber blends such as those in Spalding U.S. Patents 4,986,545; 5,098,105 and 5,187,013; and, Hytrel° polyester elastomers from DuPont and Pebax° polyesteramides from Elf Atochem S.A.

## IN THE CLAIMS

Please amend claim 6 as follows:

6. (TWICE AMENDED) A multi-layer golf ball comprising:

a spherical core;

an inner cover layer molded over said spherical core to form a spherical intermediate ball, said inner cover layer having a Shore D hardness of 60 or greater and comprising an ionomeric resin having no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi;

an outer cover layer molded about said spherical intermediate ball to form a multi-layer golf ball, the outer layer comprising a non-ionomeric elastomer selected from the group consisting of polyester elastomer, polyester, polyether polyurethane and

Received from < 4133222575 > at 9/26/02 9:02:15 AM [Eastern Daylight Time]

CW 0308839



SEP 26 '02  09:01AM PATENT DEPT                                          P.3/6

09/832,154                                         P-3724-2-F1-C2

β 2   polyester amide, said outer cover layer having a modulus in the range of about 1,000 to about 30,000 psi and a Shore D hardness of 64 or less.

## REMARKS

Reconsideration of the present application is respectfully requested. Claims 1 to 6 are currently pending, and claim 6 has been amended.

The Office Action mailed December 18, 2001 addressed Claims 1 to 6. Claims 1 to 6 were rejected.

A response and terminal disclaimer were previously submitted on January 8, 2002, and a duplicate copy of the response was submitted on June 24, 2002.

In a telephonic interview with the Examiner on September 25, 2002, Examiner Gorden requested that claim 6 be amended to include the Shore D hardness of both the inner and outer cover layers. Per the Examiner's request, claim 6 has been amended to include Shore D hardness values. Additionally, the specification has been amended to recite the preferred Shore D hardness of the outer cover layer for non-ionomeric elastomers, as well as the flexural modulus of non-ionomeric elastomers. Support for this amendment may be found in the original claims filed in a parent application, U.S. Patent Application Serial No. 08/556,237, filed on November 9, 1995. A copy of the original claims in the parent application was faxed to Examiner Gorden, per her request, on September 25, 2002.

Attached hereto is a marked-up version of the changes made to the application by this Amendment. The Examiner is invited to telephone Applicant's attorney if it is deemed that a telephone conversation will hasten prosecution of the application.

Received from < 4133222575 > at 9/26/02 9:02:15 AM [Eastern Daylight Time]



CW 0308840

 P.4/6

09/832,154                                    P-3724-2-F1-C2

## CONCLUSION

Applicant respectfully requests reconsideration and allowance of each of the presently rejected claims, claims 1 to 6. Applicant respectfully requests allowance of claims 1 to 6, the claims currently pending.

Respectfully submitted,

MICHAEL J. SULLIVAN

Customer No. 24492
Phone: (413) 322-2937

By: _Michelle Bugbee_
Michelle Bugbee, Reg. No. 42,370
Spalding Sports Worldwide
Attorney for Applicant
425 Meadow Street
P.O. Box 901
Chicopee, MA  01021-0901

Date: _September 26_ , 2002

cc: Richard M. Klein, Esquire (SLD 2 0035-3-3-1-1(II))

CW 0308841

SEP 26 '02  09:02AM PATENT DEPT                                          P.5/6

09/832,154                                      P-3724-2-FI-C2

<u>**VERSION WITH MARKINGS TO SHOW CHANGES**</u>
<u>**IN THE SPECIFICATION**</u>

The paragraph beginning at page 24, line 23 has been replaced with the following rewritten paragraph:

Other soft, relatively low modulus non-ionomeric thermoplastic elastomers may also be utilized to produce the outer cover layer as long as the non-ionomeric thermoplastic elastomers produce the playability and durability characteristics desired without adversely effecting the enhanced spin characteristics produced by the low acid ionomer resin compositions. <u>Preferably, the non-ionomeric thermoplastic elastomers have a Shore D hardness of 64 or less and a flexural modulus of from about 1,000 to about 30,000 psi.</u> These include, but are not limited to thermoplastic polyurethanes such as: Texin<sup>e</sup> thermoplastic polyurethanes from Mobay Chemical Co. and the Pellethane<sup>e</sup> thermoplastic polyurethanes from Dow Chemical Co.; Ionomer/rubber blends such as those in Spalding U.S. Patents 4,986,545; 5,098,105 and 5,187,013; and, Hytrel<sup>e</sup> polyester elastomers from DuPont and [pebax] <u>Pebax<sup>e</sup></u> polyesteramides from Elf Atochem S.A.

<u>**IN THE CLAIMS**</u>

Claim 6 has been amended as follows:

6. (TWICE AMENDED) A multi-layer golf ball comprising:

a spherical core:

an inner cover layer molded over said spherical core to form a spherical intermediate ball, said inner cover layer <u>having a Shore D hardness of 60 or greater and</u> comprising an ionomeric resin having no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid and having a modulus of from about 15,000 to about 70,000 psi;

an outer cover layer molded about said spherical intermediate ball to form a multi-layer golf ball, the outer layer comprising a non-ionomeric elastomer selected from the group consisting of polyester elastomer, polyester, polyether polyurethane and

Received from < 4133222575 > at 9/26/02 9:02:15 AM [Eastern Daylight Time]



CW 0308842

09/832,154                                        P-3724-2-F1-C2

polyester amide, said outer cover layer having a modulus in the range of about 1,000 to about 30,000 psi and a Shore D hardness of 64 or less.

Received from < 4133222575 > at 9/26/02 9:02:15 AM [Eastern Daylight Time]

CW 0308843

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| 24492 | 7590 | 09/27/2002 |
| --- | --- | --- |

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

| EXAMINER |
| --- |
| GORDON, RAEANN |

| ART UNIT | CLASS-SUBCLASS |
| --- | --- |
| 3711 | 473-374000 |

DATE MAILED: 09/27/2002

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 | 2656 |

TITLE OF INVENTION: MULTI LAYER GOLF BALL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1280 | $300 | $1580 | 12/27/2002 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS.
THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON
PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE
MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY
PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT
FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT)
MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS
ABANDONED.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current
SMALL ENTITY status:
A. If the status is the same, pay the TOTAL FEE(S) DUE shown
above.

B. If the status is changed, pay the PUBLICATION FEE (if required)
and twice the amount of the ISSUE FEE shown above and notify the
United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now
claiming SMALL ENTITY status, check the box below and enclose
the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

❑ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with
your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be
completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be
completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to
Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

CW 0308844

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail**   Box ISSUE FEE
                                                       Commissioner for Patents
                                                       Washington, D.C. 20231
                                  **Fax**   (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|
| 24492       7590      09/27/2002 | |
| MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL | **Certificate of Mailing or Transmission** |
| SPALDING SPORTS WORLDWIDE INC | I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below. |
| 425 MEADOW STREET | |
| PO BOX 901 | |
| CHICOPEE, MA 01021-0901 | |

<table>
<tr><td></td><td>(Depositor's name)</td></tr>
<tr><td></td><td>(Signature)</td></tr>
<tr><td></td><td>(Date)</td></tr>
</table>

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 | 2656 |

TITLE OF INVENTION: MULTI LAYER GOLF BALL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $300 | $1580 | 12/27/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GORDON, RAEANN | 3711 | 473-374000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. |
|---|---|
| ❏ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | 1 _____ |
| ❏ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required. | 2 _____ |
| | 3 _____ |

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)  ❏ individual  ❏ corporation or other private group entity  ❏ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ❏ Issue Fee | ❏ A check in the amount of the fee(s) is enclosed. |
| ❏ Publication Fee | ❏ Payment by credit card. Form PTO-2038 is attached. |
| ❏ Advance Order - # of Copies _____ | ❏ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

| (Authorized Signature) | (Date) | |
|---|---|---|

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CW 0308845

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 | 2656 |

| | | |
|---|---|---|
| 24492     7590     09/27/2002 | **EXAMINER** | |
| MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL | GORDON, RAEANN | |
| SPALDING SPORTS WORLDWIDE INC | | |
| 425 MEADOW STREET | **ART UNIT** | **PAPER NUMBER** |
| PO BOX 901 | | |
| CHICOPEE, MA 01021-0901 | 3711 | |

DATE MAILED: 09/27/2002

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 142 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 142 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Page 3 of 4

PTOL-85  (REV. 04-02)  Approved for use through 01/31/2004.

CW 0308846



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 | 2656 |

24492      7590      09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901
UNITED STATES

| EXAMINER |
|---|
| GORDON, RAEANN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

DATE MAILED: 09/27/2002

## Notice of Possible Fee Increase on October 1, 2002

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after October 1, 2002, then the amount due may be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there may be an increase in fees effective on October 1, 2002. See Revision of Patent and Trademark Fees for Fiscal Year 2003: Notice of Proposed Rulemaking, 67 Fed. Reg. 30634, 30636 (May 7, 2002). Although a change to the amount of the publication fee is not currently proposed for October 2002, if the issue fee or publication fee is to be paid on or after October 1, 2002, applicant should check the USPTO web site for the current fees before submitting the payment. The USPTO Internet address for the fee schedule is: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of any fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after October 1, 2002 (or mailed with a certificate of mailing on or after October 1, 2002), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 4 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

CW 0308847

| *Notice of Allowability* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 09/832,154 | MICHAEL J. SULLIVAN |
| | Examiner | Art Unit | |
| | Raeann Gorden | 3711 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment received 9-26-02*.

2. ☒ The allowed claim(s) is/are *1-6*.

3. ☒ The drawings filed on *10 April 2001* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a) ☐ All    b) ☐ Some*    c) ☐ None    of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

   (a) ☐ The translation of the foreign language provisional application has been received.

6. ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

      1) ☐ hereto or 2) ☐ to Paper No. ____ .

   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.

   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

5 ☒ Information Disclosure Statements (PTO-1449), Paper No. *7*.

7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

2 ☐ Notice of Informal Patent Application (PTO-152)

4 ☒ Interview Summary (PTO-413), Paper No. *8* .

6 ☐ Examiner's Amendment/Comment

8 ☒ Examiner's Statement of Reasons for Allowance

9 ☐ Other         .

CW 0308848

## REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance: the prior art of record does not disclose or fairly suggest a golf ball comprising: a core; an inner cover layer having a Shore D hardness of 60 or more, the inner cover layer comprising a blend of two or more low acid ionomer resins containing no more than 16% by weight of an alpha, beta-unsaturated carboxylic acid; and an outer cover layer having a Shore D hardness of 64 or less on said inner cover layer, said outer cover layer comprising a relatively soft polymeric material selected from the group consisting of non-ionomeric thermoplastic and thermosetting elastomers.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Raeann Gorden whose telephone number is 703-308-8354. The examiner can normally be reached on 7:30 AM to 5:00 PM Mon-Fri.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Paul Sewell can be reached on 703-308-2126. The fax phone numbers for

Application/Control Number: 09/832,154                          Page 3

Art Unit: 3711

the organization where this application or proceeding is assigned are 703-305-3579 for

regular communications and 703-308-3579 for After Final communications.

      Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-308-

1148.

rg
September 26, 2002

Steven Wong
Primary Examiner

CW 0308850

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 1 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | First Named Inventor: Michael J. Sullivan | |
| | Filing Date: April 10, 2001 | Examiner: Raeann Gordon | Group: 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| Ro | AA | 2,741,480 | 10 APR 1956 | Smith | |
| | AB | 2,764,572 | 25 SEP 1956 | Pechukas | |
| | AC | 2,973,800 | 07 MAR 1961 | Muccino | |
| | AD | 3,053,539 | 11 SEP 1962 | Piechowski | |
| | AE | 3,264,272 | 02 AUG 1966 | Rees | |
| | AF | 3,313,545 | 11 APR 1967 | Bartsch | |
| | AG | 3,373,123 | 12 MAR 1968 | Brice | |
| | AH | 3,384,612 | 21 MAY 1968 | Brandt et al. | |
| | AI | 3,395,109 | 30 JUL 1968 | Molitor et al. | |
| | AJ | 3,458,205 | 29 JUL 1969 | Smith et al. | |
| | AK | 3,502,338 | 24 MAR 1970 | Cox | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| Ro | AL | GB 494,031 | 19 OCT 1938 | Twiss et al. | | |
| | AM | GB 2 245 580 A | 08 JAN 1992 | Kim et al. | | |
| | AN | GB 2 248 067 A | 25 MAR 1992 | Viollaz | | |
| | AO | GB 2 264 302 A | 25 AUG 1993 | Pocklington | | |
| | AP | GB 2 278 609 A | 07 DEC 1994 | Sullivan | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| Ro | AQ | "Silicones" reprinted from *Encyclopedia of Polymer Science and Engineering*, Vol. 15, Second Edition, Pages 204-308, 1989 | |
| Ro | AR | *The Chemistry of Polyurethane Coatings: A General Reference Manual*; by Mobay Corporation, 1988 | |

| Examiner Signature | [signature] | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\0035\0B1BY\LSK02IDA.WPD

CW 0308851

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 2 of 16

| Substitute for form 1449/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | First Named Inventor: Michael J. Sullivan | |
| | Filing Date: April 10,2001 | Examiner: Raeann Gordon | Group: 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| Rg | AA | 3,534,965 | 20 OCT 1970 | Harrison et al. | |
| | AB | 3,572,721 | 30 MAR 1971 | Harrison, et al. | |
| | AC | 3,756,607 | 04 SEP 1973 | Lukinac et al. | |
| | AD | 3,883,145 | 13 MAY 1975 | Cox et al. | |
| | AE | 3,979,126 | 07 SEP 1976 | Dusbiber | |
| | AF | 3,989,568 | 02 NOV 1976 | Isaac | |
| | AG | 4,076,255 | 28 FEB 1978 | Moore et al. | |
| | AH | 4,085,937 | 25 APR 1978 | Schenk | |
| | AI | 4,123,061 | 31 OCT 1978 | Dusbiber | |
| | AJ | 4,187,358 | 05 FEB 1980 | Kyo et al. | |
| | AK | 4,190,711 | 26 FEB 1980 | Zdrhala et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| Rg | AL | GB 2 291 811 A | 07 FEB 1996 | Maruko et al. | | |
| | AM | GB 2 291 812 A | 07 FEB 1996 | Maruko et al. | | |
| | AN | GB 2 309 971 A | 13 AUG 1997 | Sullivan et al. | | |
| | AO | EP 0 589 647 B1 | 22 JUL 1998 | Yabuki et al. | | |
| | AP | EP 0 630 665 A1 | 28 DEC 1994 | Proudfit | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| Rg | AQ | Cytec Industries, Inc., "TMXDI®(META) Aliphatic Isocyanate" brochure, pp 2-11, 1994 | |
| Rg | AR | Bayer Corporation, *"Engineering Polymers: RIM Part and Mold Design: Polyurethanes"* brochure, pp. 1-85, 12/95 | |

| Examiner Signature | | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\2003S\08\BY\LSK0079A.WPD

CW 0308852

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 3 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | First Named Inventor: Michael J. Sullivan | | |
| | Filing Date: April 10, 2001 | Examiner: Raeann Gordon | Group: 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 4,218,543 | 19 AUG 80 | Weber et al. | |
| | AB | 4,248,432 | 03 FEB 1981 | Hewitt et al. | |
| | AC | 4,272,079 | 09 JUN 1981 | Nakade et al. | |
| | AD | 4,274,637 | 23 JUN 1981 | Molitor | |
| | AE | 4,337,946 | 06 JUL 1982 | Saito et al. | |
| | AF | 4,431,193 | 14 FEB 1984 | Nesbitt | |
| | AG | 4,442,282 | 10 APR 1984 | Kolycheck | |
| | AH | 4,570,937 | 18 FEB 1986 | Yamada | |
| | AI | 4,582,887 | 15 APR 1986 | Dominguez et al. | |
| | AJ | 4,590,219 | 20 MAY 1986 | Nissen et al. | |
| | AK | 4,598,909 | 08 JUL 1986 | Ventura et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | EP 0 630 665 A3 | 28 DEC 1994 | Proudfit | | |
| | AM | EP 0 633 043 A1 | 11 JAN 1995 | Higuchi et al. | | |
| | AN | EP 0 637 459 B1 | 08 FEB 1995 | Higuchi et al. | | |
| | AO | JP 7-24085 | 1993 | | | |
| | AP | | 27 Jan 1995 | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | Bayer Corporation, *"Engineering Polymers Properties Guide: Thermoplastics and Polyurethanes"* brochure, pp. 1-29, date unknown | |
| | AR | Miles, Inc., *"Engineering Polymers Properties Guide: Thermoplastics and Thermosets"* brochure, pp. 1-24, 5/94 | |

| Examiner Signature | | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\20035\UB1BY\LSK0279A.WPD

CW 0308853

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 4 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | **First Named Inventor:** Michael J. Sullivan | |
| | **Filing Date:** April 10,2001 | **Examiner:** Raeann Gordon   **Group:** 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| *Rag* | AA | 4,607,090 | 19 AUG 1986 | Dominguez | |
| | AB | 4,625,964 | 02 DEC 1986 | Yamada | |
| | AC | 4,650,193 | 17 MAR 1987 | Molitor et al. | |
| | AD | 4,660,830 | 28 APR 1987 | Tomar | |
| | AE | 4,674,751 | 23 JUN 1987 | Molitor et al. | |
| | AF | 4,679,795 | 14 JUL 1987 | Melvin et al. | |
| | AG | 4,683,257 | 28 JUL 1987 | Kakiuchi et al. | |
| | AH | 4,688,801 | 25 AUG 1987 | Reiter | |
| | AI | 4,690,981 | 01 SEP 1987 | Statz | |
| | AJ | 4,695,055 | 22 SEP 1987 | Newcomb et al. | |
| | AK | 4,714,253 | 22 DEC 1987 | Nakahara et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| *Rag* | AQ | Hanser Publishers, *"Polyurethane Handbook: Chemistry--Raw Materials--Processing--Application--Properties"*, 2nd Edition, Table of Contents and pp. 101-102, 1994 | |
| | AR | | |

| Examiner Signature | *Raeann Gordon* | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\2003\03B1BY\LSK\0279A.WFD

CW 0308854

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 5 of 16

| Substitute for Form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | **First Named Inventor:** Michael J. Sullivan | |
| | **Filing Date:** April 10, 2001 | **Examiner:** Raeann Gordon   **Group:** 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| (initials) | AA | 4,762,322 | 09 AUG 1988 | Molitor et al. | |
| | AB | 4,798,386 | 17 JAN 1989 | Berard | |
| | AC | 4,844,471 | 04 JUL 1989 | Terence et al. | |
| | AD | 4,848,770 | 18 JUL 1989 | Shama | |
| | AE | 4,852,884 | 01 AUG 1989 | Sullivan | |
| | AF | 4,858,923 | 22 AUG 1989 | Gobush et al. | |
| | AG | 4,858,924 | 22 AUG 1989 | Saito et al. | |
| | AH | 4,878,674 | 07 NOV 1989 | Newcomb et al. | |
| | AI | 4,884,814 | 05 DEC 1989 | Sullivan | |
| | AJ | 4,911,451 | 27 MAR 1990 | Sullivan et al. | |
| | AK | 4,915,390 | 10 APR 1990 | Gobush et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document / Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | (signature) | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\200350\B1BYL\K0079A.WPD

CW 0308855

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 6 of 16

| Substitute for form PTO | | Atty. Docket No.: SLD 2 0035-3-3-1-1(IT) | | Application No.: 09/832,154 | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | | First Named Inventor: Michael J. Sullivan | | | |
| | | Filing Date: April 10,2001 | | Examiner: Raeann Gordon | Group: 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| Rás | AA | 4,919,434 | 24 APR 1990 | Saito | |
| | AB | 4,955,966 | 11 SEP 1990 | Yuki et al. | |
| | AC | 4,957,297 | 18 SEP 1990 | Newcomb et al. | |
| | AD | 4,979,746 | 25 DEC 1990 | Gentiluomo | |
| | AE | 4,984,804 | 15 JAN 1991 | Yamada et al. | |
| | AF | 4,986,545 | 22 JAN 1991 | Sullivan | |
| | AG | 5,000,459 | 19 MAR 1991 | Isaac | |
| | AH | 5,002,281 | 26 MAR 1991 | Nakahara et al. | |
| | AI | 5,006,297 | 09 APR 1991 | Brown et al. | |
| | AJ | 5,019,319 | 28 MAY 1991 | Nakamura et al. | |
| | AK | 5,026,067 | 25 JUN 1991 | Gentiluomo | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | *[signature]* | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\2003\03B1BY\LSK4279A.WPD

CW 0308856

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 7 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | **First Named Inventor:** Michael J. Sullivan | |
| | **Filing Date:** April 10, 2001 | **Examiner:** Raeann Gordon    **Group:** 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| RG | AA | 5,035,425 | 30 JUL 1991 | Edwards | |
| | AB | 5,045,591 | 03 SEP 1991 | Meyer et al. | |
| | AC | 5,048,838 | 17 SEP 1991 | Chikaraishi et al. | |
| | AD | 5,061,757 | 29 OCT 1991 | Warner | |
| | AE | 5,068,151 | 26 NOV 1991 | Nakamura | |
| | AF | 5,068,152 | 26 NOV 1991 | Maro et al. | |
| | AG | 5,072,944 | 17 DEC 1991 | Nakahara et al. | |
| | AH | 5,096,201 | 17 MAR 1992 | Egashira et al. | |
| | AI | 5,098,105 | 24 MAR 1992 | Sullivan | |
| | AJ | 5,104,126 | 14 APR 1992 | Gentiluomo | |
| | AK | 5,120,791 | 09 JUN 1992 | Sullivan | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | 4/26/02 |
|---|---|---|---|

N:\SLD\20035\0B1BYU\SK0249A.WPD

CW 0308857

JUN 2·1 2002

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 8 of 16

| Substitute for form 1449/PTO<br><br># INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S) | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | | Application No.: 09/832,154 |
|---|---|---|---|
| | **First Named Inventor:** Michael J. Sullivan | | |
| | **Filing Date:** April 10, 2001 | **Examiner:** Raeann Gordon | **Group:** 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 5,142,835 | 01 SEP 1992 | Mrocca | |
| | AB | 5,150,906 | 29 SEP 1992 | Molitor et al. | |
| | AC | 5,156,405 | 20 OCT 1992 | Kitaoh et al. | |
| | AD | 5,184,828 | 09 FEB 1993 | Kim et al. | |
| | AE | 5,187,013 | 16 FEB 1993 | Sullivan | |
| | AF | 5,197,740 | 30 MAR 1993 | Pocklington et al. | |
| | AG | 5,222,739 | 29 JUN 1993 | Horiuchi et al. | |
| | AH | 5,244,969 | 14 SEP 1993 | Yamada | |
| | AI | 5,253,871 | 19 OCT 1993 | Viollaz | |
| | AJ | 5,273,286 | 28 DEC 1993 | Sun | |
| | AK | 5,273,287 | 28 DEC 1993 | Molitor et al. | |

RECEIVED JUN 2 6 2002 TECHNOLOGY CENTER 3700

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

N:\SLD\2003\03B1DY\LSK0279A.WPD

CW 0308858

JUN 2 1 2002

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 9 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | First Named Inventor: Michael J. Sullivan | |
| | Filing Date: April 10,2001 | Examiner: Raeann Gordon    Group: 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| RG | AA | 5,274,041 | 28 DEC 1993 | Yamada | |
| | AB | 5,281,651 | 25 JAN 1994 | Arjunan et al. | |
| | AC | 5,300,334 | 05 APR 1994 | Niederst et al. | |
| | AD | 5,304,608 | 19 APR 1994 | Yabuki et al. | |
| | AE | 5,306,760 | 26 APR 1994 | Sullivan | |
| | AF | 5,312,857 | 17 MAY 1994 | Sullivan | |
| | AG | 5,314,187 | 24 MAY 1994 | Proudfit | |
| | AH | 5,324,783 | 28 JUN 1994 | Sullivan | |
| | AI | 5,330,837 | 19 JUL 1994 | Sullivan | |
| | AJ | 5,334,673 | 02 AUG 1994 | Wu | |
| | AK | 5,338,610 | 16 AUG 1994 | Sullivan | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | *Raeann Gordon* | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\20035\3B1BY\LSK0279A.WPD

CW 0308859

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 10 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | **First Named Inventor:** Michael J. Sullivan | |
| | **Filing Date:** April 10, 2001 | **Examiner:** Raeann Gordon  **Group:** 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 5,368,304 | 29 NOV 1994 | Sullivan et al. | |
| | AB | 5,368,806 | 29 NOV 1994 | Harasin et al. | |
| | AC | 5,387,637 | 07 FEB 1995 | Sullivan | |
| | AD | 5,387,750 | 07 FEB 1995 | Chiang | |
| | AE | 5,387,870 | 07 FEB 1995 | Knapp et al. | |
| | AF | 5,397,129 | 14 MAR 1995 | Kato et al. | |
| | AG | 5,403,010 | 04 APR 1995 | Yabuki et al. | |
| | AH | 5,439,227 | 08 AUG 1995 | Egashira et al. | |
| | AI | 5,452,898 | 26 SEP 1995 | Yamagishi et al. | |
| | AJ | 5,480,155 | 02 JAN 1996 | Molitor et al. | |
| | AK | 5,482,285 | 09 JAN 1996 | Yabuki et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document  Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\2003\03B1BY\LSK0279A.WPD

CW 0308860

JUN 2 1 2002

PATENT & TRADEMARK OFFICE

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 11 of 16

| Substitute for form 1449A/PTO | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | First Named Inventor: Michael J. Sullivan | |
| | Filing Date: April 10, 2001 | Examiner: Raeann Gordon   Group: 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /RG/ | AA | 5,484,870 | 16 JAN 1996 | Wu | |
| | AB | 5,490,673 | 13 FEB 1996 | Hiraoka | |
| | AC | 5,490,674 | 13 FEB 1996 | Hamada et al. | |
| | AD | 5,492,972 | 20 FEB 1996 | Stefani | |
| | AE | 5,553,852 | 10 SEP 1996 | Higuchi et al. | |
| | AF | 5,586,950 | 24 DEC 1996 | Endo | |
| | AG | 5,628,699 | 13 MAY 1997 | Maruko et al. | |
| | AH | 5,668,239 | 16 SEP 1997 | Nodelman et al. | |
| | AI | 5,674,137 | 07 OCT 1997 | Maruko et al. | |
| | AJ | 5,688,191 | 18 NOV 1997 | Cavallaro et al. | |
| | AK | 5,692,974 | 02 DEC 1997 | Wu et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document / Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\20035\0B1BY\LSK\278A.WPD

CW 0308861

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 12 of 16

| Substitute for form 1449A/PTO | | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | | Application No.: 09/832,154 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | | First Named Inventor: Michael J. Sullivan | | |
| | | Filing Date: April 10, 2001 | Examiner: Raeann Gordon | Group: 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 5,730,665 | 24 MAR 1998 | Shimosaka et al. | |
| | AB | 5,733,206 | 31 MAR 1998 | Nesbitt et al. | |
| | AC | 5,733,207 | 31 MAR 1998 | Sullivan et al. | |
| | AD | 5,733,428 | 31 MAR 1998 | Calabria et al. | |
| | AE | 5,733,977 | 31 MAR 1998 | Takemura et al. | |
| | AF | 5,739,247 | 14 APR 1998 | Lesko et al. | |
| | AG | 5,739,253 | 14 APR 1998 | Nodelman et al. | |
| | AH | 5,750,580 | 12 MAY 1998 | Mayer et al. | |
| | AI | 5,759,676 | 02 JUN 1998 | Cavallaro et al. | |
| | AJ | 5,779,561 | 14 JUL 1998 | Sullivan et al. | |
| | AK | 5,779,562 | 14 JUL 1998 | Melvin et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

N:\SLD\20035\IB1BY\LSK0279A.WPD

CW 0308862

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | | | **Atty. Docket No.:** SLD 2 0035-3-3-1-1(II) | **Application No.:** 09/832,154 |
|---|---|---|---|---|
| | | | **First Named Inventor:** Michael J. Sullivan | |
| | | | **Filing Date:** April 10, 2001 | **Examiner:** Raeann Gordon  **Group:** 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 5,779,563 | 14 JUL 1998 | Yamagishi et al. | |
| | AB | 5,782,707 | 21 JUL 1998 | Yamagishi et al. | |
| | AC | 5,783,293 | 21 JUL 1998 | Lammi | |
| | AD | 5,792,008 | 11 AUG 1998 | Kakiuchi et al. | |
| | AE | 5,797,808 | 25 AUG 1998 | Hayashi et al. | |
| | AF | 5,800,284 | 01 SEP 1998 | Sullivan et al. | |
| | AG | 5,803,831 | 08 SEP 1998 | Sullivan et al. | |
| | AH | 5,810,678 | 22 SEP 1998 | Cavallaro et al. | |
| | AI | 5,813,923 | 29 SEP 1998 | Cavallaro et al. | |
| | AJ | 5,816,937 | 06 OCT 1998 | Shimosaka et al. | |
| | AK | 5,820,488 | 13 OCT 1998 | Sullivan et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document  Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\2003\SB1BY\LSK0279\CWPD

CW 0308863

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 14 of 16

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| | First Named Inventor: Michael J. Sullivan | |
| | Filing Date: April 10,2001 | Examiner: Raeann Gordon    Group: 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| RG | AA | 5,820,489 | 13 OCT 1998 | Sullivan et al. | |
| | AB | 5,820,491 | 13 OCT 1998 | Hatch et al. | |
| | AC | 5,827,167 | 27 OCT 1998 | Dougan et al. | |
| | AD | 5,830,085 | 03 NOV 1998 | Higuchi et al. | |
| | AE | 5,830,087 | 03 NOV 1998 | Sullivan et al. | |
| | AF | 5,833,553 | 10 NOV 1998 | Sullivan et al. | |
| | AG | 5,833,554 | 10 NOV 1998 | Sullivan et al. | |
| | AH | 5,836,833 | 17 NOV 1998 | Shimosaka et al. | |
| | AI | 5,849,168 | 15 DEC 1998 | Lutz | |
| | AJ | 5,856,388 | 05 JAN 1999 | Harris et al. | |
| | AK | 5,863,264 | 26 JAN 1999 | Yamagishi et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document / Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | *(signature)* | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\20035\03B1BYI.SK0279A.WPD

CW 0308864

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

| Substitute for form 1449A/PTO | | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | | Application No.: 09/832,154 | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | | First Named Inventor: Michael J. Sullivan | | | |
| | | Filing Date: April 10, 2001 | | Examiner: Raeann Gordon | Group: 3711 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| ✓ | AA | 5,873,796 | 23 FEB 1999 | Cavallaro et al. | |
| | AB | 5,885,172 | 23 MAR 1999 | Hebert et al. | |
| | AC | 5,888,437 | 30 MAR 1999 | Calabria et al. | |
| | AD | 5,891,973 | 06 APR 1999 | Sullivan et al. | |
| | AE | 5,897,884 | 27 APR 1999 | Calabria et al. | |
| | AF | 5,899,822 | 04 MAY 1999 | Yamagishi et al. | |
| | AG | 5,902,192 | 11 MAY 1999 | Kashiwagi et al. | |
| | AH | 5,908,358 | 01 JUN 1999 | Wu | |
| | AI | 5,919,100 | 06 JUL 1999 | Boehm et al. | |
| | AJ | 5,919,862 | 06 JUL 1999 | Rajagopalan | |
| | AK | 5,922,252 | 13 JUL 1999 | Stanton et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document — Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | *Raeann Gordon* | Date Considered | 9/26/02 |
|---|---|---|---|

N:\SLD\2000393B1BV\LSK0249A.WPD

CW 0308865

PTO/SB/08B
Approved for use through 10/31/2002. OMB 0651-0031

Page 16 of 16

| Substitute for form 1449A | Atty. Docket No.: SLD 2 0035-3-3-1-1(II) | Application No.: 09/832,154 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT(S)** | **First Named Inventor:** Michael J. Sullivan | |
| | **Filing Date:** April 10, 2001 | **Examiner:** Raeann Gordon  **Group:** 3711 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document No. | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 5,929,189 | 27 JUL 1999 | Ichikawa et al. | |
| | AB | 5,935,021 | 10 AUG 1999 | Kashiwagi et al. | |
| | AC | 5,947,842 | 07 SEP 1999 | Cavallaro et al. | |
| | AD | 5,947,843 | 07 SEP 1999 | Calabria et al. | |
| | AE | 5,959,059 | 28 SEP 1999 | Vedula et al. | |
| | AF | 5,976,035 | 02 NOV 1999 | Umezawa et al. | |
| | AG | 5,984,807 | 16 NOV 1999 | Wai et al. | |
| | AH | 6,159,110 | 12 DEC 2000 | Sullivan et al. | |
| | AI | 6,204,331 | 20 MAR 2001 | Sullivan et al. | |
| | AJ | | | | |
| | AK | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document  Country Code & Country Number | Publication Date | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T? |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T? |
|---|---|---|---|
| | AQ | | |
| | AR | | |

| Examiner Signature | | Date Considered | 9-26-02 |
|---|---|---|---|

N:\SLD\20035\3B1BY\LSK079A.WPD

CW 0308866

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/832,154 | MICHAEL J. SULLIVAN |
| | Examiner | Art Unit | |
| | Raeann Gorden | 3711 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Raeann Gorden_.                    (3)_____.

(2) _Michelle Bugbee_.                  (4)_____.

Date of Interview: _25 September 2002_ .

Type:  a)☒ Telephonic   b)☐ Video Conference
        c)☐ Personal [copy given to:  1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☐ No.
        If Yes, brief description: _____ .

Claim(s) discussed: _6_ .

Identification of prior art discussed: _____ .

Agreement with respect to the claims  f)☒  was reached.   g)☐  was not reached.   h)☐  N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _See Continuation Sheet_ .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

    i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview(if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an
Attachment to a signed Office action.

_____
Examiner's signature, if required

U.S. Patent and Trademark Office
PTO-413 (Rev. 03-98)                          Interview Summary                          Paper No. 8

CW 0308867



**Summary of Record of Interview Requirements**

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
**Paragraph (b)**
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

**37 CFR §1.2 Business to be transacted in writing.**
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

---

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone and video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case unless both applicant and examiner agree that the examiner will record same. Where the examiner agrees to record the substance of the interview, or when it is adequately recorded on the Form or in an attachment to the Form, the examiner should check the appropriate box at the bottom of the Form which informs the applicant that the submission of a separate record of the interview as a supplement to the Form is not required.

It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

CW 0308868

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: Applicant will provide Examiner with a copy of the original claims from the parent application (08/556,237) filed 11-9-95 to show the Shore D hardness and the flexural modulus is not new subject matter. Once reviewed by the Examiner applicant will amend the specification to include the Shore D hardness and flexural modulus for the outer layer. Applicant will also amend claim 6 to include the Shore D hardness values for each cover layer. Applicant will submit the changes in a supplemental amendment..

CW 0308869

NOV 21 '02  08:37AM PATENT DEPT                                      P.1

OIPE

NOV 21 2002

PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: Mail  Box ISSUE FEE
                                                                        Commissioner for Patents
                                                                        Washington, D.C. 20231
                                                                   Fax  (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

24492        7150        09/27/2002

MICHELLE BUGBEE, ASSOCIATE PATENT COUNSEL
SPALDING SPORTS WORLDWIDE INC
425 MEADOW STREET
PO BOX 901
CHICOPEE, MA 01021-0901

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Laura J Nolan          (Depositor's name)
Laura J Nolan          (Signature)
11/21/02               (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 | 2656 |

TITLE OF INVENTION: MULTI LAYER GOLF BALL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $300 | $1580 | 12/27/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GORDON, RAEANN | 3711 | 473-374000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Spalding Sports Worldwide, Inc.    Chicopee, MA

Please check the appropriate assignee category or categories (will not be printed on the patent)  ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☒ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number 14-5050 (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)
Michelle Bugbee Reg. No. 40370  November 20, 2002

NOTE: This Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

11/22/2002 KZEMBIE1 00000070 170150   09832154
01 FC:1501      1280.00 CH
02 FC:1504       300.00 CH

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV 04-02) Approved for use through 01/31/2004. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Received from <4133222575> at 11/21/02 8:38:41 AM [Eastern Standard Time]

CW 0308870



**UNITED STATES PATENT AND TRADEMARK OFFICE**
UNDER SECRETARY OF COMMERCE FOR
 INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE
Alexandria, Virginia  22313

Patent No. _6,506,130_                    Paper No. _11_


## NOTICE OF *INTER  PARTES* REEXAMINATION

Notice is hereby given that a request for *inter partes* reexamination of U.S. Patent No.

_6,506,130_ was filed on _1/17/06_ under 35 U.S.C. 311(a) and

37 CFR 1.913.

The reexamination proceeding has been assigned Control No. 95/_000,122_.


This Notice incorporates by reference into the <u>patent file,</u> all papers entered into the

reexamination file.


**Note: This Notice should be entered into the <u>patent file</u> and given a paper number.**

CW 0308871

*COPY FOR PATENT*

## OFFICIAL COMMUNICATION FACSIMILE

### CENTRAL REEXAMINATION UNIT (FAX NO: 571-273-9900)

Number of pages including this page     15

| | |
|---|---|
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,120 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,210,293 | ) |
| | |
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,121 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,503,156 | ) |
| | |
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,122 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,506,130 | ) |
| | |
| In re Sullivan | ) |
| Reexamination Proceeding | ) |
| Control No.: 95/000,123 | ) Examiner: Michael W. O'Neill |
| Filed: January 17, 2006 | ) Art Unit: 3993 |
| For: U.S. Patent No. 6,595,873 | ) |

FAX RECEIVED

MAR 2 2 2006

REEXAM UNIT

The following documents are attached to this facsimile communication cover sheet, which was facsimiled to the United States Patent and Trademark Office on March 22, 2006: Revocation and New Power of Attorney documents and a Certification Under 37 C.F.R. § 1.903.

Respectfully submitted,

Date: March 22, 2006

Dorothy P. Whelan (Reg. No. 33,814)
J. Patrick Finn III (Reg. No. 44,109)

Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at (612) 335-5070 to arrange for its return. Thank you.

CW 0308872

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.   : 6,210,293
Issue Date   : April 3, 2001
Applicant    : Michael J. Sullivan

Reexamination Proceeding
Control No.  : 95/000,120                    Art Unit   : 3993
Filed        : January 17, 2006              Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

## REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒    A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided:

1.    Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2.    Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3.    Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

*March 22, 2006*
Date of Transmission

*Judy Wasilkus*
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

CW 0308873

Patent No.      :   6,210,293
Issued          :   April 3, 2001
Applicant       :   Michael J. Sullivan

Reexamination Proceeding
Control No. :   95/000,120
Filed           :   January 17, 2006
Page            :   2 of 3

    To the best of undersigned's knowledge and belief, title is in the assignee identified above.

    The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

    The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

    All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0308874

Patent No.     :    6,210,293
Issued         :    April 3, 2001
Applicant      :    Michael J. Sullivan

Reexamination Proceeding
Control No.  :    95/000,120
Filed        :    January 17, 2006
Page         :    3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: _March 21, 2006_

Michael J. Rider, Esq.

Title: Senior Vice President,
General Counsel

6210293.doc

CW 0308875

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.   : 6,503,156
Issue Date   : January 7, 2003
Applicant    : Michael J. Sullivan

Reexamination Proceeding
Control No. : 95/000,121                    Art Unit   : 3993
Filed        : January 17, 2006             Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

## REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒      A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1.    Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2.    Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3.    Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

_March 22, 2006_
Date of Transmission

_Judy Wasilkus_
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

CW 0308876

| Patent No. | : | 6,503,156 |
| Issued | : | January 7, 2003 |
| Applicant | : | Michael J. Sullivan |

Reexamination Proceeding

| Control No. | : | 95/000,121 |
| Filed | : | January 17, 2006 |
| Page | : | 2 of 3 |

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0308877

03/22/2006 08:20 FAX 612 288 9696          FISH AND RICHARDSON                    ☒ 007/015

Patent No.   :   6,503,156
Issued       :   January 7, 2003
Applicant    :   Michael J. Sullivan

Reexamination Proceeding
Control No.  :   95/000,121
Filed        :   January 17, 2006
Page         :   3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: _March 21, 2006_

Michael J. Rider, Esq.

Title: Senior Vice President,
General Counsel



6503156.doc

CW 0308878

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.    : 6,506,130
Issue Date    : January 14, 2003
Applicant     : Michael J. Sullivan

Reexamination Proceeding
Control No.  : 95/000,122                    Art Unit  : 3993
Filed        : January 17, 2006              Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

### REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of

Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-

referenced patent by virtue of:

☒    A chain of title from the inventor of the above-referenced patent to the current

assignee as shown below. The reel and frame numbers of the recorded assignments or other

documents in the chain of title are provided.

1.    Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc.,

recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9,

1995, for parent patent application Serial No. 08/556,237.

2.    Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf

Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on

June 2, 2003.

3.    Assignment from The Top-Flite Golf Company to Callaway Golf Company,

recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26,

2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by
facsimile to the Patent and Trademark Office on the date indicated
below.

_March 22, 2006_
Date of Transmission

_Judy Wasilkus_
Signature

_JUDY WASILKUS_
Typed or Printed Name of Person Signing Certificate

CW 0308879

Patent No.    :   6,506,130
Issued        :   January 14, 2003
Applicant     :   Michael J. Sullivan

Reexamination Proceeding
Control No.   :   95/000,122
Filed         :   January 17, 2006
Page          :   2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0308880

Patent No.      :   6,506,130
Issued          :   January 14, 2003
Applicant       :   Michael J. Sullivan

Reexamination Proceeding
Control No.   :   95/000,122
Filed         :   January 17, 2006
Page          :   3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date:  _March 21, 2006_

Michael J. Rider, Esq.

Title: Senior Vice President,
        General Counsel

6506130.doc

CW 0308881

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent No.    : 6,595,873
Issue Date    : July 22, 2003
Applicant     : Michael J. Sullivan

Reexamination Proceeding
Control No.  : 95/000,123                    Art Unit   : 3993
Filed          : January 17, 2006              Examiner : Michael W. O'Neill

Central Reexamination Unit
Facsimile: 571-273-9900

### REVOCATION AND NEW POWER OF ATTORNEY

Under 37 C.F.R. § 3.73(b), CALLAWAY GOLF COMPANY, INC., a corporation of Delaware, certifies that it is the assignee of 100% of the right, title and interest in the above-referenced patent by virtue of:

☒      A chain of title from the inventor of the above-referenced patent to the current assignee as shown below. The reel and frame numbers of the recorded assignments or other documents in the chain of title are provided.

1.      Assignment from Michael J. Sullivan to Spalding Sports Worldwide, Inc., recorded in the U.S. Patent and Trademark Office at Reel 7750, Frame 0242 on November 9, 1995, for parent patent application Serial No. 08/556,237.

2.      Name change from Spalding Sports Worldwide, Inc. to The Top-Flite Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 013712, Frame 0219 on June 2, 2003.

3.      Assignment from The Top-Flite Golf Company to Callaway Golf Company, recorded in the U.S. Patent and Trademark Office at Reel 014007, Frame 0688 on September 26, 2003.

CERTIFICATE OF TRANSMISSION BY FACSIMILE

I hereby certify that this correspondence is being transmitted by facsimile to the Patent and Trademark Office on the date indicated below.

*March 22, 2006*
Date of Transmission

*Judy Wasilkus*
Signature

JUDY WASILKUS
Typed or Printed Name of Person Signing Certificate

CW 0308882

Patent No.   :   6,595,873
Issued       :   July 22, 2003
Applicant    :   Michael J. Sullivan

Reexamination Proceeding
Control No.  :   95/000,123
Filed        :   January 17, 2006
Page         :   2 of 3

To the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned, whose title is supplied below, is empowered to act on behalf of the assignee.

The undersigned, acting on behalf of the assignee, hereby revokes all powers of attorney previously granted in the above-referenced patent and appoints:

| | |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814 | Mark S. Ellinger, Ph.D., 33,812 |
| Ronald C. Lundquist, Ph.D., Reg. No. 37,875 | Richard J. Anderson, Reg. 36,732 |
| J. Patrick Finn III, Ph.D., Reg. No. 44,109 | John F. Hayden, Reg. No. 37,640 |
| M. Angela Parsons, Ph.D., Reg. No. 44,282 | John C. Phillips, Reg. No. 35,322 |
| Teresa A. Lavoie, Ph.D., Reg. No. 42,782 | Michael Catania, Reg. No. 36,474 |

with full power of substitution and revocation, to prosecute the above-referenced reexamination proceeding and to transact all business in the United States Patent and Trademark Office in connection with the above-referenced patent.

All correspondence regarding the application should be sent to:

Dorothy P. Whelan
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN 55440-1022

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

CW 0308883

03/22/2006 08:23 FAX  612 288 9696          FISH AND RICHARDSON                    ☒013/015

Patent No.      :   6,595,873
Issued          :   July 22, 2003
Applicant       :   Michael J. Sullivan

Reexamination Proceeding
Control No. :   95/000,123
Filed       :   January 17, 2006
Page        :   3 of 3

Code and that such willful false statements may jeopardize the validity of the above-referenced

patent.

Respectfully submitted,

CALLAWAY GOLF COMPANY

Date: _March 21, 2006_

Michael J. Rider, Esq.

Title: Senior Vice President,
       General Counsel

6595873.doc

CW 0308884

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Sullivan ) <br> Reexamination Proceeding ) <br> Control No.: 95/000,120 ) <br> Filed: January 17, 2006 ) <br> For: U.S. Patent No. 6,210,293 ) | Examiner: Michael W. O'Neill <br> Art Unit: 3993 |
| In re Sullivan ) <br> Reexamination Proceeding ) <br> Control No.: 95/000,121 ) <br> Filed: January 17, 2006 ) <br> For: U.S. Patent No. 6,503,156 ) | Examiner: Michael W. O'Neill <br> Art Unit: 3993 |
| In rc Sullivan ) <br> Reexamination Proceeding ) <br> Control No.: 95/000,122 ) <br> Filed: January 17, 2006 ) <br> For: U.S. Patent No. 6,506,130 ) | Examiner: Michael W. O'Neill <br> Art Unit: 3993 |
| In re Sullivan ) <br> Reexamination Proceeding ) <br> Control No.: 95/000,123 ) <br> Filed: January 17, 2006 ) <br> For: U.S. Patent No. 6,595,873 ) | Examiner: Michael W. O'Neill <br> Art Unit: 3993 |

Central Reexamination Unit
571-273-9900

### CERTIFICATION UNDER 37 C.F.R. § 1.903

In accordance with the requirements of 37 C.F.R. § 1.903, Patent Owner,
Callaway Golf Company ("Callaway Golf"), hereby certifies that service of the
accompanying Revocation and New Power of Attorney documents for the above-
referenced *inter partes* reexamination proceedings was made by U.S. first class mail on
March 22, 2006, to the following attorneys for Acushnet Company:

> Alan M. Grimaldi (Reg. No. 26,599)
> Joseph P. Lavelle (Reg. No. 31,036)
> Andrew R. Sommer (Reg. No. 53,932)
> Howrey LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004

1

CW 0308885

03/22/2006 08:24 FAX  612 288 9696        FISH AND RICHARDSON                    Ø 015/015

The accompanying Revocation and New Power of Attorney documents for the above-referenced *inter partes* reexamination proceedings also were sent to the attorneys for Acushnet Company via facsimile (202-383-6610) on March 22, 2006.

The Director is authorized to charge any fees or credit any overpayments to Deposit Account No. 06-1050.

Respectfully submitted,

Date: _March 22, 2006_

Dorothy P. Whelan (Reg. No. 33,814)
J. Patrick Finn III (Reg. No. 44,109)

Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

2

CW 0308886



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

*CORRECTED BIB DATA SHEET*

CONFIRMATION NO. 2656

| SERIAL NUMBER 09/832,154 | FILING OR 371(c) DATE 04/10/2001 RULE | CLASS 473 | GROUP ART UNIT 3711 | ATTORNEY DOCKET NO. P-3724-2-F1-C2 |
|---|---|---|---|---|

**APPLICANTS**

   Michael J. Sullivan, Barrington, RI;

** **CONTINUING DATA** *************************

   This application is a CON of 08/870,585 06/06/1997 ABN
   which is a CON of 08/556,237 11/09/1995 ABN
   which is a CIP of 08/542,793 10/13/1995 ABN
   which is a CIP of 08/070,510 06/01/1993 ABN

** **FOREIGN APPLICATIONS** *********************

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 04/26/2001

| Foreign Priority claimed ☐ yes ☐ no 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance Verified and Acknowledged   Examiner's Signature   Initials | STATE OR COUNTRY RI | SHEETS DRAWING 1 | TOTAL CLAIMS 6 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|

**ADDRESS**

Dorothy P. Whelan
Fish & Richardson P. C.
P. O. Box 1022
Minneapolis ,MN 55440-1022

**TITLE**

MULTI LAYER GOLF BALL

| FILING FEE RECEIVED 1010 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

CW 0308887



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 |

**CONFIRMATION NO. 2656**

24492
THE TOP-FLITE GOLF COMPANY, A WHOLLY OWNED
SUBSIDIARY OF CALLAWAY GOLF COMPANY
2180 RUTHERFORD ROAD
LEGAL DEPT
CARLSBAD, CA 92008-7328

*OC000000018349334*

Date Mailed: 03/23/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/22/2006.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

_M. A. Twitty_
MARSHA A TWITTY
3999 (571) 272-7750

OFFICE COPY

CW 0308888



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/832,154 | 04/10/2001 | Michael J. Sullivan | P-3724-2-F1-C2 |

Dorothy P. Whelan
Fish & Richardson P. C.
P. O. Box 1022
Minneapolis, MN 55440-1022

CONFIRMATION NO. 2656

*OC000000018349417*

Date Mailed: 03/23/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/22/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

MARSHA A TWITTY
3999 (571) 272-7750

OFFICE COPY

CW 0308889