IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 06-91 (SLR)<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

APPENDIX IN SUPPORT OF ACUSHNET COMPANY'S OPENING BRIEF
IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS

VOLUME 4 OF 5

EXHIBITS H TO P

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Dated: August 7, 2007
Public Version Dated: August 14, 2007

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

## TABLE OF CONTENTS

| | |
|---|---|
| Exhibit A | Patent 6210293(B1) |
| Exhibit B | Patent 6503156B1(B1) |
| Exhibit C | Patent 6506130(B2) |
| Exhibit D | Patent 6595873(B2) |
| Exhibit E | File History for '293 |
| Exhibit F | File History for '156 |
| Exhibit G | File History for '130 |
| Exhibit H | File History for '873 |
| Exhibit I | ASTM D 2240 |
| Exhibit J | ASTM D 790 |
| Exhibit K | 07.31.07 Wilkes Transcript Excerpts |
| Exhibit L | 07.20.07 Risen Transcript Excerpts |
| Exhibit M | Patent 6213894 |
| Exhibit N | Patent 6083119 |
| Exhibit O | Patent 6319153 |
| Exhibit P | Patent 6287217 |
| Exhibit Q | Patent 5273286 |
| Exhibit R | [redacted] |
| Exhibit S | [redacted] |
| Exhibit T | Surlyn_Properties_chart |
| Exhibit U | Request for Re-Exam re '293 95000120 |
| Exhibit V | Request for Re-exam re '156 95000121 |
| Exhibit W | Request for Re-Exam re '130 95000122 |
| Exhibit X | Request for re-Exam re '873 95000123 |
| Exhibit Y | Callaway Response to Office Action on '130 95000122. |
| Exhibit Z | 2007.05.30 Callaway's Supplemental Responses to 1st Set of Interrogatories [Nos 1 and 4] |
| Exhibit AA | Patent 5184828 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 14, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 14, 2007, I have Electronically Mailed the document to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030