# EXHIBIT L

Page 1

1         IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF DELAWARE
2

3  - - - - - - - - - - - - - - - - - -

   CALLAWAY GOLF COMPANY,
4
             Plaintiff,
5
    vs.                  Civil Action No.
6                        06-91 (SLR)
   ACUSHNET COMPANY,
7
             Defendant.
8

9  - - - - - - - - - - - - - - - - - -

10

11              Boston, Massachusetts
               Friday, July 20, 2007
12               Volume I of II

13            Videotaped Deposition of
          WILLIAM M. RISEN, JR., Ph.D.
14

15     The witness was called for examination by
   counsel for the Defendant, pursuant to notice,
16  commencing at 9:41 a.m. at the Law Offices of Fish &
   Richardson, P.C., 25 Franklin Street, Boston,
17  Massachusetts, before Kimberly A. Smith, Certified
   Realtime Reporter, Registered Diplomate Reporter, and
18  Notary Public for the Commonwealth of Massachusetts,
   when were present on behalf of the respective
19  parties:

20

21  -----------------------------------------------------

22             DIGITAL EVIDENCE GROUP

23       1111 16th Street, N.W., Suite 410

24          Washington, D.C.  20036

25            (202) 232-0646

```
 1    by some other methods that I'm not aware of.
 2        Q.    You're not aware of any method to take the
 3    flex modulus of a curved surface of a golf ball,
 4    right?
 5        A.    That's correct.
 6        Q.    And --
 7        A.    I should add without taking it off of the
 8    ball.
 9        Q.    And forming it into --
10        A.    That's right.  On the ball itself.  Well,
11    if I were to form it into something else, it would be
12    a different material.  But --
13        Q.    I guess the --
14        A.    -- on the ball, no.
15        Q.    So the question is, you're not aware of any
16    way to take a flex modulus measurement on the ball of
17    the cover layer?
18        A.    I'm not aware of an established method for
19    doing that, is really my answer.  I know all kinds of
20    research that are going on that would relate various
21    kinds of measurement probes, but I don't think any of
22    them constitutes an established method of measurement.
23        Q.    Now, your best reading of that phrase,
24    "said outer cover layer having a modulus in the range
25    of about 1,000 to about 30,000 psi," would mean that
```