IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY<br><br>    Plaintiff,<br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 06-91 (SLR)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)  **PUBLIC VERSION**<br>)<br>)<br>)<br>) |

**APPENDIX IN SUPPORT OF ACUSHNET COMPANY'S OPENING BRIEF
IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS**

VOLUME 5 OF 5

EXHIBITS Q TO AA

 

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

*Attorneys for Defendant Acushnet Company*

Dated: August 7, 2007
Public Version Dated: August 14, 2007

## TABLE OF CONTENTS

| | |
|---|---|
| Exhibit A | Patent 6210293(B1) |
| Exhibit B | Patent 6503156B1(B1) |
| Exhibit C | Patent 6506130(B2) |
| Exhibit D | Patent 6595873(B2) |
| Exhibit E | File History for '293 |
| Exhibit F | File History for '156 |
| Exhibit G | File History for '130 |
| Exhibit H | File History for '873 |
| Exhibit I | ASTM D 2240 |
| Exhibit J | ASTM D 790 |
| Exhibit K | 07.31.07 Wilkes Transcript Excerpts |
| Exhibit L | 07.20.07 Risen Transcript Excerpts |
| Exhibit M | Patent 6213894 |
| Exhibit N | Patent 6083119 |
| Exhibit O | Patent 6319153 |
| Exhibit P | Patent 6287217 |
| Exhibit Q | Patent 5273286 |
| Exhibit R | ■■■■■ |
| Exhibit S | ■■■■■ |
| Exhibit T | Surlyn_Properties_chart |
| Exhibit U | Request for Re-Exam re '293 95000120 |
| Exhibit V | Request for Re-exam re '156 95000121 |
| Exhibit W | Request for Re-Exam re '130 95000122 |
| Exhibit X | Request for re-Exam re '873 95000123 |
| Exhibit Y | Callaway Response to Office Action on '130 95000122. |
| Exhibit Z | 2007.05.30 Callaway's Supplemental Responses to 1st Set of Interrogatories [Nos 1 and 4] |
| Exhibit AA | Patent 5184828 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 14, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 14, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>David S. Shuman<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shuman@fr.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030