IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | C.A. No. 06-91 (SLR)<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

**APPENDIX IN SUPPORT OF ACUSHNET'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 6,210,293; 6,506,130; 6,503,156; AND 6,595,873**

VOLUME 1 OF 4

APPENDICES A TO D

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

Dated: August 7, 2007
Public Version Dated: August 14, 2007

# TABLE OF CONTENTS

| | |
|---|---|
| Appendix A | '293 Claim Chart |
| Appendix B | '130 Claim Chart |
| Appendix C | '156 Claim Chart |
| Appendix D | '873 Claim Chart |
| Exhibit 1 | '293 Patent |
| Exhibit 2 | '130 Patent |
| Exhibit 3 | '156 Patent |
| Exhibit 4 | '873 Patent |
| Exhibit 5 | Proudfit '187 |
| Exhibit 6 | Science and Golf II |
| Exhibit 7 | Science and Golf III |
| Exhibit 8 | Wu '67 |
| Exhibit 9 | Bellis Decl |
| Exhibit 10 | Nesbitt '193 |
| Exhibit 11 | AC0072945 |
| Exhibit 12 | Molitor '637 |
| Exhibit 13 | Molitor '751 |
| Exhibit 14 | [redacted] |
| Exhibit 15 | Kolychek covered golf balls '282 |
| Exhibit 16 | [redacted] |
| Exhibit 17 | [redacted] |
| Exhibit 18 | Love Decl. |
| Exhibit 19 | USGA Conforming Balls |
| Exhibit 20 | '428 Patent |
| Exhibit 21 | [redacted] |
| Exhibit 22 | [redacted] |
| Exhibit 23 | [redacted] |
| Exhibit 24 | [redacted] |
| Exhibit 25 | [redacted] |
| Exhibit 26 | CW0324119 |
| Exhibit 27 | ASTM D 2240 |
| Exhibit 28 | Callaway Response to Office Action on '293 95000120 |
| Exhibit 29 | '873 file history |
| Exhibit 30 | [redacted] |
| Exhibit 31 | GB2248067A[1] |
| Exhibit 32 | [redacted] |
| Exhibit 33 | Wu Excerpts |
| Exhibit 34 | [redacted] |
| Exhibit 35 | Office Action re '29 |
| Exhibit 36 | [redacted] |
| Exhibit 37 | |
| Exhibit 38 | Joint Claim Chart |
| Exhibit 39 | AC0116196 |
| Exhibit 40 | [redacted] |

| | |
|---|---|
| Exhibit 41 | PTO Bd of Patent App. |
| Exhibit 42 | ▬ |
| Exhibit 43 | ▬ |
| Exhibit 44 | AC0000616.UR. |
| Exhibit 45 | CW00512231. |
| Exhibit 46 | CW00615792 |
| Exhibit 47 | CW 0302942-947 |
| Exhibit 48 | ▬ |
| Exhibit 49 | Titlesit Press Web |
| Exhibit 50 | ▬ |
| Exhibit 51 | |
| Exhibit 52 | |
| Exhibit 53 | |
| Exhibit 54 | |
| Exhibit 55 | File history for the '873 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 14, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 14, 2007, I have Electronically Mailed the document to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030