# THIS DOCUMENT WAS FILED UNDER SEAL

# THIS DOCUMENT WAS FILED UNDER SEAL