## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, the parties believe that a short extension of the deadline for filing Daubert

motions is necessary, and

WHEREAS, the parties do not seek to alter any other dates set forth in the Scheduling

Order (D.I. 28);

NOW THEREFORE, the parties stipulate, subject to the Court's approval, that:

1.    The due date for filing Daubert motions and opening briefs in support shall be

extended from September 7, 2007 to and including September 10, 2007;

2.    Answering briefs on pending Daubert motions shall continue to be due September

21, 2007; and

3.    Reply briefs on pending Daubert motions shall continue to be due September 28,

2007.

FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
    Thomas L. Halkowski (#4099)
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, DE  19899-1114
    Telephone (302) 652-5070
    halkowski@fr.com

*Attorneys for Plaintiff*
*Callaway Golf Company*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

SO ORDERED this _____ day of _____, 2007.


_____
United States District Judge

817557 / 30030

2