Case 1:06-cv-00091-SLR    Document 280    Filed 09/10/2007    Page 1 of 1

# SEALED DOCUMENT
Case 1:06-cv-00091-SLR    Document 280    Filed 09/10/2007    Page 1 of 1