IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-91 (SLR) |

## CALLAWAY GOLF'S *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY RE HYBRID GOLF BALLS

For the reasons set forth in its memorandum, Callaway Golf respectfully moves to exclude any expert testimony regarding Acushnet's "hybrid" golf ball creations described in and referred to by the expert reports of Robert Statz and William MacKnight, and any expert opinions derived from Acushnet's fabrication and testing of those balls.

Dated: September 10, 2007

FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2007, the attached document will be electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 10, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle, Esq.<br>Kenneth Donnelly, Esq.<br>Brian A. Rosenthal, Esq.<br>Clint Brannon, Esq.<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
      Thomas L. Halkowski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>          Defendant. | C. A. No. 06-91 (SLR) |

## **ORDER**

      Having considered Callaway Golf's Daubert Motion to Exclude Expert Testimony Re Hybrid Golf Balls, as well as having considered argument and briefing from Callaway Golf and Acushnet re the motion, it is hereby ORDERED, this ____ day of _____, 2007 that the motion is granted.

 

_____
United States District Judge