IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| Plaintiff, | ) C.A. No. 06-91 (SLR) |
| v. | ) |
| | ) **PUBLIC VERSION** |
| ACUSHNET COMPANY, | ) |
| Defendant. | ) |

**APPENDIX TO
ACUSHNET'S MEMORANDUM OF LAW IN SUPPORT OF
ITS MOTION TO EXCLUDE THE TESTIMONY AND REPORT OF
<u>CALLAWAY'S EXPERT WITNESS GARTH L. WILKES</u>**

**VOLUME 1 OF 2**

**EXHIBITS 1 AND 2**

F COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: September 10, 2007
Public Version Dated: September 17, 2007

817927 / 30030

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

## TABLE OF CONTENTS

|  | TAB |
|---|---|
| Expert Report of G. Wilkes | 1 |
| Deposition of G. Wilkes, dated July 31, 2007 | 2 |
| Acushnet's Supplemental Respones to First Set of Interrogatories (Nos. 1, 3-5, 8, and 10) | 3 |
| Patent No. US 6,210,293 | 4 |
| [redacted] | 5 |
| [redacted] | 6 |
| [redacted] | 7 |
| Expert Report of S. Fienberg, dated July 6, 2007 | 8 |
| Expert Report of T. Puckett, dated July 6, 2007 | 9 |
| [redacted] | 10 |
| [redacted] | 11 |
| [redacted] | 12 |
| [redacted] | 13 |
| [redacted] | 14 |

817927 / 30030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 17, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 17, 2007, I have Electronically Mailed the document to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030

# EXHIBIT 1

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 2

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**