

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | |
| Plaintiff, | C. A. No. 06-91 (SLR) |
| v. | **CONFIDENTIAL INFORMATION –** |
| | **FILED UNDER SEAL – PURSUANT TO** |
| ACUSHNET COMPANY, | **PROTECTIVE ORDER** |
| Defendant. | |

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF
PLAINTIFF CALLAWAY GOLF'S OPPOSITION TO ACUSHNET COMPANY'S
MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF
BRIAN NAPPER**

I, Thomas L. Halkowski, declare as follows:

1.    I am a principal of Fish & Richardson P.C., counsel of record in this action for

plaintiff Callaway Golf Company.  I am a member of the Bar of the State of Delaware and am

admitted to this Court.  I have personal knowledge of the matters stated in this declaration and

would testify to them under oath if called upon to do so.

2.    Attached as Exhibit 1 is a true and correct copy of

3.    Attached as Exhibit 2 is a true and correct of

4.    Attached as Exhibit 3 is a true and correct copy of

5.    Attached as Exhibit 4 is a true and correct copy of

REDACTED

6.      Attached as Exhibit 5 is a true and correct copy

7.      Attached as Exhibit 6 is a true and correct copy of

8.      Attached as Exhibit 7 is a true and correct copy of

9.      Attached as Exhibit 8 is a true and correct copy of

10.     Attached as Exhibit 9 is a true and correct copy of

11.     Attached as Exhibit 10 is a true and correct copy of

12.     Attached as Exhibit 11 is a true and correct copy of

13.     Attached as Exhibit 12 is a true and correct copy of

14.     Attached as Exhibit 13 is a true and correct copy of

15.     Attached as Exhibit 14 is a true and correct copy of

16.     Attached as Exhibit 15 is a true and correct copy

17.     Attached as Exhibit 16 is a true and correct copy of

18.     Attached as Exhibit 17 is a true and correct copy

REDACTED

19.     Attached as Exhibit 18 is a true and correct copy of


20.     Attached as Exhibit 19 is a true and correct copy of


21.     Attached as Exhibit 20 is a true and correct copy of


22.     Attached as Exhibit 21 is a document titled


23.     Executed this 21st day of September, 2007, at Wilmington, Delaware.


/s/ Thomas L. Halkowski
Thomas L. Halkowski

# EXHIBIT 1

# REDACTED
# IN ITS ENTIRETY

# Exhibit 2

# REDACTED
# IN ITS ENTIRETY

# Exhibit 3

# REDACTED
# IN ITS ENTIRETY

# Exhibit 4

# REDACTED
# IN ITS ENTIRETY

# Exhibit 5

# REDACTED
# IN ITS ENTIRETY

# Exhibit 6

# REDACTED
# IN ITS ENTIRETY

# Exhibit 7

# REDACTED
# IN ITS ENTIRETY

# Exhibit 8

# REDACTED
# IN ITS ENTIRETY

# Exhibit 9

# REDACTED
# IN ITS ENTIRETY

# Exhibit 10

# REDACTED
# IN ITS ENTIRETY

# Exhibit 11

# REDACTED
# IN ITS ENTIRETY

# Exhibit 12

# REDACTED
# IN ITS ENTIRETY

# Exhibit 13

# REDACTED
# IN ITS ENTIRETY

# Exhibit 14

# REDACTED IN ITS ENTIRETY

# Exhibit 15

# REDACTED
# IN ITS ENTIRETY

# Exhibit 16

# REDACTED
# IN ITS ENTIRETY

# Exhibit 17

# REDACTED
# IN ITS ENTIRETY

# Exhibit 18

# REDACTED
# IN ITS ENTIRETY

# Exhibit 19

# REDACTED
# IN ITS ENTIRETY

# Exhibit 20

# REDACTED
# IN ITS ENTIRETY

# Exhibit 21

# REDACTED
# IN ITS ENTIRETY