IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 9, 2007, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S SUPPLEMENTAL RESPONSES TO DEFENDANT ACUSHNET COMPANY'S FIRST SET OF INTERROGATORIES (NO. 14) and PLAINTIFF CALLAWAY GOLF COMPANY'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>　rhorwitz@potteranderson.com<br>David E. Moore<br>　dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joseph P. Lavelle<br>  lavellej@howrey.com<br>Brian Rosenthal<br>  rosenthalB@howrey.com<br>Vivian S. Kuo<br>  kuov@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 383-6989 | Attorneys for Defendant ACUSHNET COMPANY |
| Dated: October 10, 2007 | FISH & RICHARDSON P.C.<br><br>By: */s/ Thomas L. Halkowski*<br>    Thomas L. Halkowski (#4099)<br>    919 N. Market Street, Suite 1100<br>    P.O. Box 1114<br>    Wilmington, DE 19899-1114<br><br>Attorneys for Plaintiff<br>CALLAWAY GOLF COMPANY |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Vivian S. Kuo
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80049273.doc