IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-91 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company and Third Party James Galipeau, hereby certifies that copies of the following documents were caused to be served on October 15, 2007, upon the following attorneys of record at the following addresses as indicated:

THIRD PARTY JAMES GALIPEAU'S OBJECTIONS AND
RESPONSES TO PLAINTIFF CALLAWAY GOLF COMPANY'S
SUBPOENA AD TESTIFICANDUM & DUCES TECUM

**VIA HAND DELIVERY**

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

**VIA ELECTRONIC MAIL**

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
shuman@fr.com

**VIA FEDERAL EXPRESS**

David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
shuman@fr.com

                              POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   /s/ David E. Moore |
|---|---|
| | Richard L. Horwitz (#2246) |
| Joseph P. Lavelle | David E. Moore (#3983) |
| Kenneth W. Donnelly | Hercules Plaza 6th Floor |
| Brian A. Rosenthal | 1313 N. Market Street |
| HOWREY LLP | P.O. Box 951 |
| 1299 Pennsylvania Ave., N.W. | Wilmington, DE 19899 |
| Washington, D.C. 20004 | Tel: (302) 984-6000 |
| Tel: (202) 783-0800 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |

Dated: October 16, 2007                      *Attorneys for Defendant Acushnet Company and*
825576 /30030                                      *Third Party James Galipeau*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 16, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 16, 2007, I have Electronically Mailed the document to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030