IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>  Defendant. | C. A. No. 06-91 (SLR)<br><br>**PLAINTIFF CALLAWAY GOLF COMPANY'S SECOND AMENDED NOTICE OF DEPOSITION OF JEFFREY L. DALTON PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANT ACUSHNET COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiff Callaway Golf Company ("Callaway Golf") will take the deposition of Jeffrey Dalton at White's of Westport, 66 State Road, Westport, MA on October 16, 2007, beginning at 2:00 p.m. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated: October 15, 2007

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

David J. Miclean
Craig R. Compton
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

David S. Shuman
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I served **PLAINTIFF CALLAWAY GOLF COMPANY'S SECOND AMENDED NOTICE OF DEPOSITION OF JEFFREY L. DALTON PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on opposing counsel at the following addresses in the following manner:

**BY ELECTRONIC MAIL AND MAIL**

| | |
|---|---|
| Richard L. Horwitz, Esq.<br> rhorwitz@potteranderson.com<br>David E. Moore, Esq.<br> dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Brian Rosenthal, Esq.<br> rosenthalB@howrey.com<br>Alan M. Grimaldi, Esq.<br> grimaldia@howrey.com<br>Joseph P. Lavelle, Esq.<br> lavellej@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C.  20004<br>Telephone:  (202) 383-6989 | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

10780720.doc