IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-91 (SLR)<br><br>**PLAINTIFF CALLAWAY GOLF COMPANY'S AMENDED NOTICE OF DEPOSITION OF JAMES R. PROUDFIT PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANT ACUSHNET COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiff Callaway Golf Company ("Callaway Golf") will take the deposition of James R. Proudfit at the Doubletree Hotel Jackson, 1770 Highway 45 Bypass, Jackson, TN 38305, on October 25, 2007, beginning at 9:30 a.m., or as otherwise agreed upon by the parties, or ordered by the Court. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated: October 16, 2007　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　By: */s/ Thomas L. Halkowski*
　　　　　　　　　　　　　　　　　　Thomas L. Halkowski (#4099)
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1114
　　　　　　　　　　　　　　　　　　Tel: (302) 652-5070
　　　　　　　　　　　　　　　　　　Fax: (302) 652-0607

　　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110-2804
　　　　　　　　　　　　　　　　　　Tel: (617) 542-5070
　　　　　　　　　　　　　　　　　　Fax: (617) 542-8906

　　　　　　　　　　　　　　　　　　David J. Miclean
　　　　　　　　　　　　　　　　　　Craig R. Compton
　　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　　Tel: (650) 839-5070
　　　　　　　　　　　　　　　　　　Fax: (650) 839-5071

　　　　　　　　　　　　　　　　　　Roger A. Denning
　　　　　　　　　　　　　　　　　　David S. Shuman
　　　　　　　　　　　　　　　　　　12390 El Camino Real
　　　　　　　　　　　　　　　　　　San Diego, CA 92130
　　　　　　　　　　　　　　　　　　Tel: (858) 678-5070
　　　　　　　　　　　　　　　　　　Fax: (858) 678-5099

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　CALLAWAY GOLF COMPANY

amended depo ntc of Proudfit.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I served **PLAINTIFF CALLAWAY GOLF COMPANY'S AMENDED NOTICE OF DEPOSITION OF JAMES R. PROUDFIT PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on opposing counsel at the following addresses in the following manner:

| | |
|---|---|
| **BY ELECTRONIC MAIL AND U.S. MAIL** <br> Richard L. Horwitz <br>   rhorwitz@potteranderson.com <br> David E. Moore <br>   dmoore@potteranderson.com <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |
| **BY ELECTRONIC MAIL AND U.S. MAIL** <br> Brian Rosenthal <br>   rosenthalB@howrey.com <br> Alan M. Grimaldi <br>   grimaldia@howrey.com <br> Joseph P. Lavelle <br>   lavellej@howrey.com <br> Howrey LLP <br> 1299 Pennsylvania Ave., N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 383-6989 | Attorneys for Defendant ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

amended depo ntc of Proudfit.doc