IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>              Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>             Defendant. | C. A. No. 06-91 (SLR)<br><br>**PLAINTIFF CALLAWAY GOLF COMPANY'S NOTICE OF DEPOSITION OF JERRY BELLIS PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANT ACUSHNET COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiff Callaway Golf Company ("Callaway Golf") will take the deposition of Jerry Bellis at Residence Inn New Bedford Dartmouth, 181 Faunce Corner Road North, Dartmouth, Massachusetts 02747, on October 24, 2007, beginning at 10:00 a.m.  The deposition will continue from day to day thereafter until complete.  The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony.  Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape.  Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated: October 22, 2007					FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

David J. Miclean
Craig R. Compton
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

David S. Shuman
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I served **PLAINTIFF CALLAWAY GOLF COMPANY'S NOTICE OF DEPOSITION OF JERRY BELLIS PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on opposing counsel at the following addresses in the following manner:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>rhorwitz@potteranderson.com<br>David E. Moore, Esq.<br>dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Brian Rosenthal, Esq.<br>rosenthalB@howrey.com<br>Alan M. Grimaldi, Esq.<br>grimaldia@howrey.com<br>Joseph P. Lavelle, Esq.<br>lavellej@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 383-6989 | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

50444457.doc