IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

Plaintiff,

v.

ACUSHNET COMPANY,

Defendant.

C. A. No. 06-91 (SLR)

## PROPOSED PRETRIAL ORDER

Thomas L. Halkowski (#4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel:  (617) 542-5070
Fax:  (617) 542-8906

David J. Miclean
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax:  (858) 678-5099

*Attorneys for Plaintiffs*
CALLAWAY GOLF COMPANY

Dated:  November 13, 2007

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

*Attorneys for Defendants*
ACUSHNET COMPANY

On November 20, 2007, at 4:30 p.m., counsel for Callaway Golf Company ("Callaway Golf") and counsel for Acushnet Company ("Acushnet") shall appear before the Court for a pretrial conference held pursuant to Federal Rule of Civil Procedure 16, Rule 16.3 of this Court, and this Court's June 21, 2006, Scheduling Order.

This order shall control the subsequent course of the action unless modified by the Court to prevent manifest injustice. The following matters as to the trial commencing on December 3, 2007, are hereby ordered by the court:

## I.    STATEMENT OF THE NATURE OF THE ACTION AND THE PLEADINGS IN WHICH THE ISSUES ARE RAISED

On February 9, 2006, Callaway Golf filed this action against Acushnet for patent infringement and breach of contract. By this action, Callaway Golf seeks monetary damages and injunctive relief. Acushnet, in turn, denies infringement, denies breach of contract, asserts that the patents-in-suit are invalid, asserts that the patents-in-suit are unenforceable, asserts various other defenses, and seeks an order dismissing Callaway Golf's action on the basis that Callaway Golf is entitled to no relief on its claims.

### A.    Pleadings

#### 1.    Callaway Golf's Amended Complaint – D.I. 67

Callaway Golf's Amended Complaint contains five counts:

I.    Willful infringement of United States Patent No. 6,210,293

II.    Willful infringement of United States Patent No. 6,503,156

III.    Willful infringement of United States Patent No. 6,506,130

IV.    Willful infringement of United States Patent No. 6,595,873

V.    Breach of Contract

2.    **Acushnet's Answer to Callaway Golf's Amended Complaint–
      D.I. 60**

Acushnet denied infringement of the four patents, denied the breach of

contract count, and raised nine defenses:

First Defense:  The Amended Complaint fails to state a claim on which relief can

be granted.

Second Defense:  Acushnet does not infringe, has not infringed, and does not and

has not induced or contributed to infringement of any valid claim of the '293, '156, '130,

or '873 patents.

Third Defense:  Each claim of the patents-in-suit is invalid for failure to comply

with one or more provisions of the Patent Act (35 U.S.C. §§ 101 *et seq.*).

Fourth Defense:  The patents-in-suit are unenforceable because of material

misrepresentations made to the PTO.  Acushnet will not present this defense.

Fifth Defense:   Callaway Golf is not entitled to any relief in this action because it

has come to this Court with unclean hands.  Acushnet will not present this defense.

Sixth Defense:  Callaway Golf's claims are barred by at least one of the equitable

doctrines of waiver and/or laches.

Seventh Defense:  Callaway Golf should be barred from pursuing its claims under

the equitable doctrine of estoppel until the substantial new questions of patentability

raised in the four requests for reexamination filed by Acushnet have been resolved by the

PTO.

Eighth Defense:  Callaway Golf lacks standing to sue on its breach of contract

claim (Count V) as it is not a party to the 1996 Settlement Agreement between Acushnet

and Spalding.  The parties agree that this is a legal matter already before the Court as part

of the summary judgment submissions.

Ninth Defense:  To the extent any portion of the 1996 Settlement Agreement

between Acushnet and Spalding are held to preclude Acushnet from seeking

reexamination of the patents-in-suit, those portions of the 1996 Settlement Agreement are unenforceable and void. The parties agree that this is a legal matter already before the Court as part of the summary judgment submissions.

## II.    STATUTORY BASIS FOR JURISDICTION

This action arises under the patent laws of the United States, 35 U.S.C. §§ 271 *et seq.* The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b).

Plaintiff claims that this Court has jurisdiction over Callaway Golf's breach of contract claim pursuant to 28 U.S.C. § 1367. Plaintiff further contends that the breach of contract claim arises from the breach of a settlement agreement in a case previously litigated before this Court, and that the Court has retained jurisdiction to enforce that settlement agreement based on its jurisdiction over the underlying case.

## III.    PARTIES' PRETRIAL SUBMISSIONS

### A.    The Parties' Joint Statement of Admitted Facts

The parties' joint statement of admitted facts is attached as <u>Exhibit 1</u> to this Order.

### B.    The Parties' Statements of Issues of Facts Remaining to be Litigated

The parties' joint statement of issues of fact that remain to be litigated is attached as <u>Exhibit 2</u> to this Order.

### C.    The Parties' Statements of the Issues of Law Remaining to be Litigated

1.    Callaway Golf's statement of issues of law that remain to be litigated is attached as <u>Exhibit 3</u> to this Order.

2.    Acushnet's statement of issues of law that remain to be litigated is attached as <u>Exhibit 4</u> to this Order.

### D.    The Parties' Pre-Marked Trial Exhibits

1.    Callaway's List of Trial Exhibits and Acushnet's objections thereto are attached as <u>Exhibit 5</u> to this Order. This list does not include Callaway's demonstrative exhibits.

2.      Acushnet's List of Trial Exhibits and Callaway's objections thereto are attached as <u>Exhibit 6</u> to this Order.  This list does not include Acushnet's demonstrative exhibits.

3.      The parties will offer as exhibits at trial one or more of the exhibits set forth in their respective exhibit lists.  These lists include the exhibit number to be used as trial and a description sufficient to identify the exhibit, *e.g.* by production number, deposition number, or otherwise.  Subject to applicable objections, any party may use any document on any party's exhibit list.  The parties agree, however, that any description of a document on an exhibit list is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding that document.  The parties also agree that, in accordance with the reserved objections set forth in Section III.I.2.B, listing a document on a party's exhibit list is not an admission that the document is admissible as evidence.

4.      The parties shall exchange final drafts of **demonstrative exhibits** (subject only to addressing evidentiary objections or rulings) they intend to use at trial by **9:00 a.m.** the day before a given demonstrative is first used.  The parties' objections to the demonstrative exhibits, if any, shall be exchanged no later than **6:30 p.m.** the evening before they are used.  The notice provisions of this paragraph shall not apply to demonstrative exhibits created in the courtroom during testimony or opening or closing statements at trial or the enlargement, highlighting, ballooning, excerption, etc. of trial exhibits or of testimony.

5.      The parties shall meet and confer to resolve any objections to demonstratives.  Any objection that cannot be resolved shall be raised with the Court before the demonstrative is used in Court.

6.      Unless otherwise agreed during trial, each party will provide the other party a list of exhibits, by exhibit number and intended witness, that it intends to use on direct examination by **7:00 p.m.** the day before the exhibits are intended to be used in court.  If the party decides, after **7:00 p.m.** the night before the intended use of exhibits, to use additional exhibits on direct, that party will notify the opposing party as early as possible, but in no event later than **11:00 p.m.** the night before the exhibits are intended to be used in court.  The parties will meet and confer on any objections by **9:30 p.m.** that evening and will present any unresolved issues to the Court the morning of the proposed use of the disputed exhibit.  The parties hereby agree that, once confirmed, the exhibits to be used in direct examination may not change absent good cause.

7.      Legible photocopies of United States and foreign patents may be offered and received into evidence in lieu of certified copies thereof, subject to all other objections which might be made to the admissibility of certified copies.  Legible photocopies of United States Patent Applications and the contents of associated Patent and Trademark File Histories may be offered and received into evidence in lieu of certified copies thereof, subject to all other

4

objections which might be made to the admissibility of certified copies.

8.     The parties shall allow for inspection of all **physical exhibits** they intend to use at trial by **9:00 a.m.** the day before such physical exhibits are first used. The parties' objections to the physical exhibits, if any, shall be exchanged no later than **6:30 p.m.** the evening before they are used. The parties will present any unresolved such objections to the Court the morning of the proposed use of the physical exhibit.

**E.**     **Identification of Potential Witnesses to be Called to Testify at Trial**

1.     Callaway Golf's List of Potential Trial Witnesses that it will call or may call at trial is attached as <u>Exhibit 7</u> to this Order. This list includes a designation for each witness as to whether Callaway Golf intends to call the witness live or by deposition. Callaway Golf Deposition Designations (including Acushnet's counter-designations) and Acushnet's Objections to Callaway's Deposition Designations are attached as <u>Exhibit 8</u>.

2.     Acushnet's List of Potential Trial Witnesses that it will call or may call at trial is attached as <u>Exhibit 9</u> to this Order. This list includes a designation for each witness as to whether Acushnet intends to call the witness live or by deposition. Acushnet's Deposition Designations (including Callaway Golf's counter-designations) and Callaway's Objections to Acushnet's Deposition Designations are attached as <u>Exhibit 10</u>.

3.     The listing of a witness on a party's witness list does not require that party to call that witness to testify, either live or by deposition. However, either party may call at trial any witness appearing on the other party's trial witness list.

4.     Unless otherwise agreed to during trial, each party will provide to the other party a list of witnesses whom it intends to call on direct examination by **9:00 a.m.** the day before those witnesses are intended to testify in court. The parties hereby agree that, once confirmed, the identity and order of witnesses to be used in direct examination may not change absent good cause.

5.     The parties have agreed that deposition designations need not be submitted for witnesses appearing on the Lists of Potential Trial Witnesses who appear live at trial. A party shall provide reasonable notice if for any reason it does not intend to call a witness that it had previously indicated would appear live. In that event, each party shall be allowed to designate (including counter-designations) and offer deposition testimony from such witness.

**F.    Brief Statement of Intended Proofs**

1.    Callaway Golf's brief statement of what it intends to prove in support of its claims is attached to this order as <u>Exhibit 11</u>.

2.    Acushnet's brief statement of what it intends to prove in support of its claims is attached to this order as <u>Exhibit 12</u>.

**G.    Certificate of Attempted Resolution of Controversy**

The parties certify that they have engaged in a good faith effort to explore resolution of the controversy by settlement.

**H.    Motions in Limine**

A preliminary list of the motions in limine that Callaway Golf intends to raise is attached to this order as <u>Exhibit 13</u>.  A preliminary list of the motions in limine that Acushnet intends to raise is attached to this order as <u>Exhibit 14</u>.

**I.    Other Matters**

1.    **Order of Proof:**

   **Callaway Proposal:** Callaway will present its witnesses first on the issues of infringement, willfulness, and damages.  Acushnet will then answer on these issues and also present its case on invalidity.  Callaway will then answer Acushnet's invalidity case.

   **Acushnet Proposal**: It is premature to resolve this issue before the pretrial conference.  The order of proof should be resolved at the pretrial conference after the Court issues its *Markman* ruling and other rulings.

2.    **Admission of Exhibits:**

   A.  The parties request that counsel be permitted to move, and the Court admit if appropriate, evidence on the morning following use of the evidence, to the extent not admitted at the time of use.

   B.  Any exhibit identified in Callaway's or Acushnet's Exhibit List and not objected to is deemed admissible and authentic and may be entered into evidence, except that objections under FRE 104, 105, 402, and 403 are reserved for trial.

3.    **Deposition Designations:**

   A.  Unless otherwise agreed during trial, each party will provide the other party a list of deposition designations (from the previously designated testimony) that it intends to introduce by

6

7:00 p.m. two days before the designations are intended to be used in court. New deposition designations may not be added without good cause.

B. The other party will provide counter designations and objections (from the previously identified designations, and counter designations) by 7:00 p.m. the following evening. Such counter-designations may include deposition testimony previously designated by the other party. The parties will meet and confer on any objections by 11:00 p.m. that evening and will present any unresolved issues to the Court the morning of the proposed use of the disputed testimony. The parties hereby agree that, once confirmed, the deposition designations may not change absent good cause.

C. The manner of using counter designations at trial shall be in the same manner (video versus reading deposition transcripts) as that used for the designation sought to be rebutted, such that all designations, counter-designations, and cross designations will be played, or read, to the jury, as the case may be, in one consecutive segment in the order the testimony appears in the transcript. If a party offers video testimony, that party shall be responsible for including video portions of counter-designated testimony that is designated as described in this section. If a party reads testimony to the jury in lieu of playing video testimony, that party shall read all designations, counter designations and cross designations in one consecutive segment in the order the testimony appears in the transcript.

4.    **Juror Information:**

A. The parties shall be allowed to provide a jury notebook to each of the jurors, which shall include the patents-in-suit and such other evidence that the parties agree on. The jurors shall be permitted to take handwritten notes during the presentations of the parties. The jury will be permitted to bring these notebooks and handwritten notes into the deliberation room.

B. Counsel are encouraged to make transition statements, to introduce witnesses and their role in the litigation.

5.    **Confidential Information:**

A. The parties request that the trial be open to the public and not sealed unless a party requests that a particularly sensitive portion be sealed and not open. If a party makes such a request, subject to the Court's approval, and for good cause shown as required under the governing law of the Third Circuit, the courtroom will be cleared of those individuals not qualified under the Protective Order entered in this case, except that each party may designate one corporate representative who may remain in the courtroom throughout the entirety of the trial. Each party must notify the opposing party of the identity of this corporate representative before trial.

7

B.  Transcripts of any sealed testimony, and exhibits entered while the courtroom is sealed, shall remain under seal until thirty (30) days after the conclusion of the trial.  Prior to the time, the parties may designate, by page and line designations, the portions of the transcript they seek to have filed under seal and the exhibits they seek to have placed under seal, subject to Court approval.  Counsel for the parties shall be responsible for supplying the envelopes and labels necessary for any materials placed under seal.

6.      **Witness Sequestration**:  The parties request pursuant to Fed. R. Evid. 615 that the Court prevent fact witnesses from hearing the testimony of other witnesses.  The parties further request that in accordance with provision (2) of Rule 615, this exclusion rule will not apply to the officer or employee designated by each party as its representative.  The parties further request that expert witnesses not be excluded for either fact or expert testimony.

7.      **Opening and Closing Statements**:  Counsel may use PowerPoint presentations in their opening and closing statements.  In addition, the parties may request the Court to pre-admit into evidence certain exhibits prior to opening statements so that such evidence may be shown to the jury during opening statements.  Neither admitted exhibits nor presentation materials that are merely the text of attorney argument need be exchanged prior to closing statements.  However, demonstratives that have yet to be used in Court need to be exchanged in accordance with section III.D.4.

8.      **Acushnet's Equitable Estoppel Defense:**

Callaway Golf's Position:      The Court has previously denied Acushnet's request to stay the pending litigation on two separate occasions.  The Court's determination properly will allow *all* the issues disputed by the parties to be resolved via this suit after a full record has been presented to the Jury; as opposed to waiting for the United States Patent and Trademark Office to resolve some of the issues disputed by the parties and then re-start this litigation after a decade or more of delay.  Therefore, Callaway Golf believes that this issue has already been decided by the Court in Callaway Golf's favor.  In any event, it is not an issue for the jury.

Acushnet's Position:   Acushnet recognizes that the Court has addressed this issue on several occasions.  Acushnet calls to the Court's attention the fact that on November 2, 2007, the Patent Office issued a new Office Action in the reexamination of the '130 patent, considering and rejecting all of Callaway's arguments, including commercial

success, and once again rejecting each of the claims of the '130 patent as obvious and anticipated. Acushnet expects similar office actions on the other three patents-in-suit to issue shortly. Acushnet believes that the parties should reflect at the pretrial conference whether these developments warrant revisiting the decision not to stay the case, and whether Callaway should be estopped from continuing this litigation until those reexamination proceedings conclude. Acushnet agrees that this is an issue for the Court.

9.      **Acushnet's Waiver/Laches Defense:**

<u>Callaway Golf's Position</u>:      Acushnet's waiver/laches defense is an issue for the Court not the jury.

<u>Acushnet's Position</u>:   Acushnet asserts laches as a defense to Callaway's damages claims. Acushnet believes that while the ultimate issue of laches as a defense may be one for the Court to decide, it is appropriate to submit the issue to the jury together with the other damages-related questions.

10.     **Reexamination:**

<u>Callaway Golf's Position</u>:      As Callaway Golf has noted, the District Court is the most appropriate venue to assess validity of the asserted patents, because *inter alia* the United States Patent and Trademark Office applies a different standard to claim construction and lacks the ability to assess all of the evidence regarding validity. That independent assessment would be impeded should the jury learn of the *inter partes* reexamination proceedings that Acushnet has pursued – proceedings that are based on: (1) the broadest possible claim interpretation rather than the legally correct one under governing case law; and (2) less than the full evidentiary record that will be before the jury. This prejudice outweighs any probative value evidence of the reexamination may provide regarding any issue. Moreover, with regard to the breach of contract claim, the parties can simply reference the parties' settlement contract as prohibiting a party from pursuing another "proceeding", and that because Acushnet pursued another "proceeding" it breached the parties agreement. Therefore, no party shall be permitted to discuss,

9

mention, or allude to the pending inter partes reexaminations in the presence of the jury. Nor shall any party introduce or comment on evidence that refers to the reexaminations.

Acushnet's Position:    Acushnet believes that evidence of the reexaminations is highly relevant to several issues in the case and should be presented to the jury.  Two examiners in the reexaminations have now found asserted claims unpatentable as anticipated and obvious in light of the prior art Acushnet asserts in this case (the latter examiner considering and rejecting all of Callaway's arguments, including commercial success).  In view of this further ruling by a new examiner, Acushnet contends that the probative value of this evidence is not substantially outweighed by any concerns articulated in Fed. R. Evid. 403, and thus should be admitted.

In addition, evidence of the reexaminations is relevant to Callaway's breach of contract claim, including in particular the reasonableness of any damages Callaway alleges for its breach of contract claim.  Evidence of the reexaminations is also relevant to Acushnet's defense to Callaway's claim for willfulness in which it claims that Acushnet's alleged infringement continues to be willful.

Acushnet respectfully requests the Court's permission to submit a brief on the issue of the admissibility of the reexaminations.

11.    **Damages regarding breach of contract:**

Callaway Golf's Position:      In the event that Callaway Golf wins its motion for summary judgment that Acushnet breached the 1996 Settlement Agreement and it is necessary to present damages to the jury, no mention shall be made of the reexamination proceeding.  Allowing Acushnet to mention the pending reexamination proceedings to the jury is tantamount to a reward for breaching the settlement agreement because of the unfair prejudice that will infect the jury.  Therefore, as suggested above, the reexamination can simply be referred to as a "proceeding" and documents relevant to damages such as Callaway Golf's attorneys fees will be redacted to remove any reference to the reexamination.

Acushnet's Position:  For the reasons stated above, Acushnet believes that the reexaminations are relevant to many issues in this case, including breach of contract damages.  There is no way for the jury to determine the reasonableness of any attorneys' fees Callaway claims have resulted from Acushnet's alleged breach without examining the reasons such fees have been incurred.  That inquiry necessitates a discussion of the substance of the reexaminations.   Thus, Acushnet objects to any requirement that the reexaminations be referred to as anything that obscures the nature of the reexamination proceedings.

### 12.    Deposition Designations

Callaway Golf's Position:      Acushnet has designated Callaway Golf's counsel's instructions not to answer questions because of privilege.  It is improper to play such "testimony" as it has no probative value and can only mislead and/or confuse the jury. Callaway Golf has raised the issue with Acushnet who has indicated that it intends to use these designated passages.  Because this issue is not dependent upon any particular context, Acushnet's belated invitation to reconsider "specific portions" as noted below is simply an invitation to further delay a resolution of this straight-forward issue.

Acushnet's Position:  Acushnet requests that Callaway identify the specific portions of deposition testimony it objects to on this basis.  If Callaway will do so, Acushnet will carefully consider each such portion to determine whether Acushnet's designation of such testimony should be maintained or removed.

### 13.    Representative Claims

Callaway Golf's Position:  Callaway Golf believes that given the pending status Markman and Summary Judgment motions, it is premature at this time to reduce the number of pending claims to a representative number.  However, after the Court has issued its rulings, Callaway Golf will choose no more than 12 claims to proceed on.

Acushnet's Position:  Acushnet agrees that no more than 12 representative claims should be litigated in this case.  Acushnet also agrees that it makes sense to identify those

12 claims after the Court rules on the pending Markman and Summary Judgment motions. Acushnet does not agree that the choice of those 12 claims should be solely at the discretion of Callaway. After the Court rules on the pending Markman and Summary Judgment motions, Acushnet believes the parties should meet and confer to agree on at most 12 representative claims, and if no agreement can be reached, the parties should submit competing proposals to the Court.

## IV.    PRETRIAL ORDER TO CONTROL FUTURE PROCEEDINGS

This Order shall control the subsequent course of the action unless modified by the Court to prevent manifest injustice.

/s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel:  (617) 542-5070
Fax:  (617) 542-8906

David J. Miclean
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax:  (858) 678-5099

*Attorneys for Plaintiffs*
CALLAWAY GOLF COMPANY

/s/ Richard L. Howitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

*Attorneys for Defendants*
ACUSHNET COMPANY

SO ORDERED this _____ day of _____, 2007.

_____

UNITED STATES DISTRICT JUDGE

80051591.doc

13

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

          Plaintiff,

    v.

ACUSHNET COMPANY,

          Defendant.

C. A. No. 06-91 (SLR)

## EXHIBIT 1

## STATEMENT OF FACTS WHICH ARE ADMITTED AND REQUIRE NO PROOF

Plaintiff and Defendant stipulate to the following admitted facts that require no proof:

1. Plaintiff Callaway Golf Company ("Callaway Golf") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business in Carlsbad, California.

2. Callaway Golf is the parent company of The Top-Flite Golf Company ("Top-Flite"), which is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business in Chicopee, Massachusetts.

3. Defendant Acushnet Company ("Acushnet") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business in Fairhaven, Massachusetts.

4. Acushnet is a wholly-owned operating company of Fortune Brands, Inc. ("Fortune Brands").

1

5.      Fortune Brands is a publicly-traded corporation organized and existing under the laws of the State of Delaware.

6.      United States Patent No. 6,210,293 ("the '293 patent") entitled "Multi-Layer Golf Ball" issued on April 3, 2001.

7.      United States Patent No. 6,503,156 ("the '156 patent") entitled "Golf Ball Having Multi-Layer Cover With Unique Cover Characteristics" issued on January 7, 2003.

8.      United States Patent No. 6,506,130 ("the '130 patent") entitled "Multi-Layer Golf Ball" issued on January 14, 2003.

9.      United States Patent No. 6,595,873 ("the '873 patent") entitled "Multi-Layer Golf Ball" issued on July 22, 2003.

10.     Michael J. Sullivan is the sole named inventor on the '293, '156, '130, and '873 patents (collectively "the patents-in-suit").

11.     United States Patent 4,274,637 ("Molitor '637"), entitled "Golf ball having cellular cover," issued on June 23, 1981.

12.     United States Patent 4,431,193 ("Nesbitt"), entitled "Golf ball and method of making same," issued on February 14, 1984.

13.     United States Patent 4,674,751 ("Molitor '751"), entitled "Golf ball having improved playability properties," issued on June 23, 1987.

14.     United States Patent 5,314,187 ("Proudfit"), entitled "Golf ball with improved cover," issued on May 24, 1994.

15.     United States Patent 5,334,673 ("Wu"), entitled "Polyurethane golf ball," issued on August 2, 1994.

2

16.    The effective priority date of the '293, 156, and '873 patents is November 9, 1995.

17.    The effective priority date of the '130 patent is October 13, 1995.

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

        Plaintiff,

    v.                               C. A. No. 06-91 (SLR)

ACUSHNET COMPANY,

          Defendant.

**EXHIBIT 2**

**STATEMENT OF ISSUES OF FACT THAT REMAIN TO BE LITIGATED**

The following factual issues remain to be litigated at trial. To the extent that any issues of law set forth in Exhibits 3 or 4 of the Joint Pre-Trial Order may be considered or include issues of fact, the parties incorporate those portions of Exhibits 3 and 4 herein by reference. The parties incorporate Exhibits 11 and 12 (Brief Statement of Intended Proofs) herein.

**I.    INFRINGEMENT**

        1.      Whether Callaway Golf can show by a preponderance of the evidence that Acushnet has infringed at least one of claims 1, 2, 4, and 5 of United States Patent No. 6,506,130.

        2.      Whether Callaway Golf can show by a preponderance of the evidence that Acushnet has infringed at least one of claims 1-11 of United States Patent No. 6,503,156.

        3.      Whether Callaway Golf can show by a preponderance of the evidence that Acushnet has infringed at least one of claims 1, 2, 4, and 5 of United States Patent No. 6,210,293.

        4.      Whether Callaway Golf can show by a preponderance of the evidence that Acushnet has infringed at least one of claims 1 and 3 of United States Patent No. 6,595,873.

1

## II.    WILLFUL INFRINGEMENT

1.    Whether Callaway Golf can show by clear and convincing evidence that Acushnet's alleged infringement of United States Patent No. 6,506,130 was and is willful.

2.    Whether Callaway Golf can show by clear and convincing evidence that Acushnet's alleged infringement of United States Patent No. 6,503,156 was and is willful.

3.    Whether Callaway Golf can show by clear and convincing evidence that Acushnet's alleged infringement of United States Patent No. 6,210,293 was and is willful.

4.    Whether Callaway Golf can show by clear and convincing evidence that Acushnet's alleged infringement of United States Patent No. 6,595,873 was and is willful.

## III.    BREACH OF CONTRACT

1.    Whether Callaway Golf can show by a preponderance of the evidence that Acushnet breached the 1996 Settlement Agreement.

## IV.    INVALIDITY (AND OTHER DEFENSES)

### A.    Obviousness

While obviousness is a legal issue, Acushnet intends to offer evidence on at least the following underlying issues of fact:

1.    The scope and content of the prior art.

2.    The level of ordinary skill in the art of the patents-in-suit in 1995.

3.    The differences, if any, between the claimed inventions of the patents-in-suit and the prior art.

4.    If Callaway offers evidence of alleged secondary considerations of non-obviousness, Acushnet will offer evidence to rebut such secondary consideration evidence and to demonstrate that there is no nexus between any such alleged secondary considerations and the claimed inventions of the patents-in-suit.

2

**B.     Anticipation**

1.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '293 patent are anticipated under 35 U.S.C. § 102.

2.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '156 patent are anticipated under 35 U.S.C. § 102.

3.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '130 patent are anticipated under 35 U.S.C. § 102.

4.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '873 patent are anticipated under 35 U.S.C. § 102.

**C.     Written Description**

1.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '293 patent are invalid under 35 U.S.C. § 112 for failure to provide an adequate written description.

2.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '156 patent are invalid under 35 U.S.C. § 112 for failure to provide an adequate written description.

3.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '130 patent are invalid under 35 U.S.C. § 112 for failure to provide an adequate written description.

4.     Whether Acushnet has proven by clear and convincing evidence that the asserted claims of the '873 patent are invalid under 35 U.S.C. § 112 for failure to provide an adequate written description.

**D.     Other**

1.     Callaway Golf reserves the right to address in rebuttal all issues relating to the validity of the patents-in-suit, including:

(a)  That none of the asserted claims of the patents-in-suit are invalid as anticipated, obvious, or for lacking written description;

(b)  whether any suggestion or motivation existed to combine and/or alter prior art to arrive at the inventions set forth in the asserted claims; and

(c)  the extent of objective indicia of nonobviousness of the inventions set forth in the asserted claims, including: (i) commercial success of products covered by any of the asserted patent claims; (ii) a long felt, unmet need in the art that was satisfied by the invention; (iii) the

3

failure by others to make the invention; (iv) copying of the invention by others; (v) initial skepticism of the invention by others; (vi) praise of the invention by others. Callaway Golf will also show that there is a nexus between the secondary considerations and the claimed inventions of the patents-in-suit.

## V.    DAMAGES

1.    The amount of damages, if any, in the form of lost profits due to Callaway Golf as a result of Acushnet Company's alleged infringement through November 30, 2007.

2.    The amount of damages, if any, in the form of a royalty due to Callaway Golf as a result of Acushnet Company's alleged infringement through November 30, 2007.

3.    The amount of damages, if any, in the form of lost profits due to Callaway Golf as a result of Acushnet Company's alleged infringement from December 1, 2007 through such time as Acushnet Company is enjoined, if ever, from further infringement to be determined by a post-judgment accounting ordered by the Court.

4.    The amount of damages, if any, in the form of a reasonable royalty due to Callaway Golf as a result of Acushnet Company's alleged infringement from December 1, 2007 through such time as Acushnet Company is enjoined, if ever, from further infringement to be determined by a post-judgment accounting ordered by the Court.

As to 3 and 4, Callaway Golf contends that should Acushnet be found to infringe any claim of the patents-in-suit, an injunction is appropriate. Acushnet disagrees.

5.    If Callaway has proven that Acushnet breached the 1996 Settlement Agreement with Spalding, the amount of damages due to Callaway Golf as a result of Acushnet Company's breach of the 1996 Settlement Agreement through November 30, 2007.

6.    If Callaway has proven that Acushnet breached the 1996 Settlement Agreement with Spalding, the amount of damages due to Callaway Golf as a result of Acushnet Company's breach of the 1996 Settlement Agreement from December 1, 2007 through such time as the USPTO proceedings regarding the patents-in-suit are complete.

As to 5 and 6, Acushnet contends that Callaway Golf is precluded from obtaining damages on its breach of contract claim. Callaway has never provided a computation of

its breach of contract damages, as required by Rule 26 mandatory disclosures, or any documents demonstrating its damages, and has never indicated any witnesses who may testify concerning Callaway's alleged damages, such that Acushnet could depose them. Acushnet has no idea of even the magnitude of the damages that Callaway may be claiming.  Also, having learned that Callaway's damages, if ever disclosed, will be based on attorneys' fees, Acushnet contends that Delaware law does not permit this form of damages on this contract.  Callaway disagrees that it is precluded and is preparing a redacted set of materials regarding damages which will confirm the extent of attorney fees and expenses to date.  Since the beginning of the reexamination proceedings, Callaway Golf and Fish & Richardson have maintained a separate billing number solely for fees related to the reexaminations.  The calculation is not difficult and if deemed appropriate, Callaway Golf will provide a witness on the topic of those fees prior to trial.

Exhibit 2 -- Joint Contested Facts FINAL.doc

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

Plaintiff,

v.

ACUSHNET COMPANY,

Defendant.

Civil Action No. 05-91 (SLR)

**EXHIBIT 3**

**CALLAWAY GOLF'S STATEMENT OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

The following legal issues remain to be litigated. To the extent that any issues of fact set forth in Exhibit 2 of the Joint Pre-Trial Order may be considered issues of law, those portions of Exhibit 2 are herein incorporated by reference.  To the extent any of the issues of law set forth in this exhibit may be considered issues of fact, Callaway Golf incorporates those portions of this exhibit in Exhibit 2.  Callaway Golf incorporates by reference Exhibit 11 (Brief Statement of Intended Proofs) herein.

**A.**     The scope of the injunction to which Callaway Golf is entitled enjoining Acushnet from further infringement of the asserted claims of the patents-in-suit.

**B.**     What enhancement of damages Callaway Golf is entitled to as a result of Acushnet's willful infringement.

**C.**     The rate of pre-judgment interest to be applied to any award.

**D.**     The rate of post-judgment interest to be applied to any award.

**E.**     Whether Callaway Golf should be awarded attorneys' fees pursuant to 35 U.S.C. § 285.

**F.**     Whether Acushnet has breached the 1996 Settlement Agreement.

Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

         Plaintiff,

    v.

ACUSHNET COMPANY,

         Defendant.

C. A. No. 06-91 (SLR)

**EXHIBIT 4**

**ACUSHNET'S STATEMENT OF ISSUES OF LAW
THAT REMAIN TO BE LITIGATED**

       Acushnet contends that the following legal issues remain to be litigated.  To the extent

that any issues of fact set forth in Exhibit 2 may be considered issues of law, Acushnet

incorporates these portions of Exhibit 2 by reference.  To the extent any of the issues of law set

forth below may be considered issues of fact, Acushnet incorporates those issues into Exhibit 2.

Acushnet also incorporates Exhibit 12 (Brief Statement of Intended Proofs) herein by

reference.  These issues of law may change based on the Court's decisions on the pending

summary judgment motions, claim constructions, and any motions *in limine* filed with the

Court.

    I.      **INVALIDITY OF CALLAWAY'S PATENTS-IN-SUIT**

        A.      **Obviousness**

Issue of law: Whether the asserted claims of the patents-in-suit are invalid as obvious
under 35 U.S.C. § 103.  Acushnet may rely on some or all of the following
combinations of prior art references:

- U.S. Patent No. 5,314,187 to Proudfit in view of U.S. Patent No. 4,674,751 to Molitor

- U.S. Patent No. 5,314,187 to Proudfit in view of U.S. Patent No. 5,334,673 to Wu

- U.S. Patent No. 5,314,187 to Proudfit in view of U.S. Patent No. 4,274,637 to Molitor

- U.S. Patent No. 4,431,193 to Nesbitt in view of U.S. Patent No. 4,674,751 to Molitor

- U.S. Patent No. 4,431,193 to Nesbitt in view of U.S. Patent No. 5,334,673 to Wu

- U.S. Patent No. 4,431,193 to Nesbitt in view of U.S. Patent No. 4,274,637 to Molitor

- The Wilson Ultra Tour Balata Golf Ball in view of in view of U.S. Patent No. 4,674,751 to Molitor

- The Wilson Ultra Tour Balata Golf Ball in view of in view of U.S. Patent No. 5,334,673 to Wu

- The Wilson Ultra Tour Balata Golf Ball in view of the Titleist Professional Golf Ball

- The Wilson Ultra Tour Balata Golf Ball in view of the Titleist Professional 2P Golf Ball

- Other art identified by Acushnet in its discovery responses

35 U.S.C. §103 (a) states:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this titled, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Thus, a claim is obvious when the differences between the subject matter of the claim and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person of ordinary skill in the art. *KSR Int'l Co. v. Teleflex,*

*Inc.*, 127 S. Ct. 1727, 1734 (2007); *see also Alza Corp. v. Mylan Labs., Inc.*, 464 F.3d 1286, 1289 (Fed. Cir. 2006); *In re Kahn*, 441 F.3d 997, 985 (Fed. Cir. 2006) (citing *Graham v. John Deere Co.*, 383 U.S. 1, 13, 14 (1966); *Merck & Co. v. Biocraft Labs., Inc.*, 874 F.2d 804, 807 (Fed. Cir. 1989)).

Obviousness is a question of law based upon underlying factual questions, which are (1) the scope and content of the prior art; (2) the level of ordinary skill in the prior art; and (3) the differences between the claimed invention and the prior art. *KSR*, 127 S. Ct. at 1734. In addition, objective evidence of non-obviousness might also be utilized to give light to the circumstances surrounding the origin of the claimed subject matter. *Id.*; *Graham v. John Deere Co.*, 383 U.S. at 18; *see also Alza Corp.*, 464 F.3d at 1289-90; *Dippin' Dots, Inc. v. Mosey*, 476 F.3d 1337, 1343 (Fed. Cir. 2007); *Pfizer v. Apotex, Inc.*, 480 F.3d 1348 (Fed. Cir. 2007); *Leapfrog Enters., Inc. v. Fisher-Price, Inc.*, 485 F.3d 1157, 1162 (Fed. Cir. 2007); *In re Translogic Tech., Inc.*, 2007 U.S. App. LEXIS 23969, *26 (Fed. Cir. Oct. 12, 2007).

If a person of ordinary skill can implement a predictable variation, § 103 likely bars its patentability. Likewise, if a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious. *KSR*, 127 S. Ct. at 1740. "When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has a good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely the product not [sic] of innovation but of ordinary skill and common sense." *Id.* at 1742. In conducting an obviousness analysis, the court need not seek out precise teachings directed to the specific

3

subject matter of the challenged claim, but rather a court can take into account the inferences and creative steps that a person of ordinary skill would employ. *Id*. at 1741.

### 1.    Secondary Considerations

Once presented with a prima facie case of invalidity based on obviousness, a patentee must come forward with rebuttal evidence if the patent is to be saved from a finding of invalidity. *See Mas-Hamilton Group v. LaGard, Inc.*, 156 F.3d 1206, 1216 (Fed. Cir.1998); *Pfizer Inc. v. Apotex*, 480 F.3d 1348, 1360 (Fed. Cir. 2007). For this, the patentee may present evidence of alleged objective indicia of non-obviousness, *i.e.* secondary considerations, such as commercial success, unexpectedly better results, failure of others, commercial acquiescence to the validity of the patent, and copying. *See Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966).

As part of this evidence, however, a "nexus must be established between the merits of the claimed invention and evidence of commercial success [, or other secondary considerations,] before that evidence may become relevant to the issue of obviousness." *Iron Grip Barbell Co., Inc. v. USA Sports, Inc.*, 392 F.3d 1317, 1324 (Fed. Cir. 2004) (quoting *Solder Removal Co. v. USITC*, 582 F.2d 628, 637 (1978)).

"[E]vidence of commercial success, or other secondary considerations, is only significant if there is a nexus between the claimed invention and the commercial success." *Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299, 1311-12 (Fed. Cir. 2006); *see also Stratoflex , Inc. v. Aeroquip Corp.*, 713 F.2d 1530, 1539 (Fed. Cir. 1983). Where the patentee cannot establish such a nexus, the alleged evidence of secondary considerations is given little or no weight. For example, the commercial success of a product sponsored by the preexisting market

leader is of limited probative value. *Pentec, Inc. v. Graphic Controls, Corp.,* 776 F.2d 309, 316

(Fed. Cir. 1985) (Because GC was clearly the market leader well before the introduction of the

[patented product], its sales figures cannot be given controlling weight in this case on the

question of obviousness."). *See also Schwinn Bicycle Co. v. Goodyear Tire & Rubber Co.,* 444

F.2d 295, 300 (9th Cir. 1970) (finding patent obvious despite commercial success where

patented product was sold by market leader). This is especially true when the commercial

success of a market leader's new product replaces sales of the market leader's previous

products. *See McNeil-PPC v. Perrigo Co.,* No. 05 Civ. 1321 (WHP), 2007 U.S. Dist. LEXIS

50255 at **33-34 (S.D.N.Y. July 3, 2007). Also, when a commercially successful product is

covered by multiple patents, it makes it very difficult to attribute commercial success to any

one of those patents. *See id.* at *34 (finding no nexus between commercial success and asserted

patent where patented product was covered by three different patents).

        **B.**      **Anticipation**

    <u>Issue of law</u>: Whether the Nesbitt '193 patent incorporates by reference the Molitor
'637 patent.

        35 U.S.C. §102 (b) states:

        A person shall be entitled to a patent unless the invention was patented or
        described in a printed publication in this or a foreign country or in public use or
        on sale in this country, more than one year prior to the date of the application for
        patent in the Untied States.

    Anticipation requires that a single prior art reference disclose each and every limitation

of the claimed invention. *Schering Corp. v. Geneva Pharmaceuticals*, 339 F.3d 1373, 1379-80

(Fed. Cir. 2003). There is no requirement that each claim limitation be found in a single

example of the single prior art reference. *See Glaxo Group Ltd. v. Apotex, Inc*., 376 F.3d 1339,

1349 (Fed. Cir. 2004) ("[A]nticipation requires that all limitations of the claimed invention are described in a single reference, rather than a single example in the reference.").

"[A] prior art reference may anticipate without disclosing a feature of the claimed invention if that missing characteristic is necessarily present, or inherent, in the single anticipating reference." *SmithKline Beecham Corp. v. Apotex Corp.*, 403 F.3d 1331, 1343 (Fed. Cir. 2005); *Continental Can Co. v. Monsanto Co.*, 948 F.2d 1264, 1268 (Fed. Cir. 1991). As such, "anticipation does not require actual performance of suggestions in a disclosure. Rather, [it] only requires that those suggestions be enabling to one of skill in the art." *Bristol-Myers Squibb Co. v. Ben Venue Laboratories, Inc.*, 246 F.3d 1368, 1378 -1381 (Fed. Cir. 2001). Furthermore, there is no requirement that a person of ordinary skill in the art recognize that the inherent property would be present in the prior art reference. *Schering Corp.*, 339 F.3d at 1378. "Where... the result is a necessary consequence of what was deliberately intended, it is of no import that the article's authors did not appreciate the results." *MEHL/Biophile Int'l Corp. v. Milgraum*, 192 F.3d 1362, 1366 (Fed. Cir. 1999); *Atlas Powder Co. v. Ireco, Inc.*, 190 F.3d 1342, 1348-49 (Fed. Cir. 1999). In some cases, the inherent property corresponds to a claimed new benefit or characteristic of an invention otherwise in the prior art. In those cases, the new realization alone does not render the old invention patentable. *See Atlas Powder*, 190 F.3d at 1347; *Johnson & Johnson v. W.L. Gore & Assocs.*, 436 F. Supp. 704, 725 (D. Del. 1977) ("Recognition of the inherent properties of a material does not constitute invention.").

Material incorporated by reference into a document may be considered in an anticipation determination. *Advanced Display Systems, Inc. v. Kent State University*, 212 F.3d 1272, 1282 (Fed. Cir. 2000). "Incorporation by reference provides a method for integrating

material from various documents into a host document—a patent or printed publication in an anticipation determination—by citing such material in a manner that makes clear that the material is effectively part of the host document as it is were explicitly contained therein." *Id.*

Prior art that supplies a specific example contained within the range(s) given by a patent claim will invalidate that claim as anticipated. *See Titanium Metals Corp. v. Banner,* 778 F.2d 775, 782 (Fed. Cir. 1985). A single example is sufficient to invalidate the entire claim. *See Atlas Powder Co. v. Ireco Inc.,* 190 F.3d 1342, 1346 (Fed. Cir. 1999). When a patent claims a limitation "in terms of ranges," a single prior art reference that falls within each of the ranges anticipates the claim. *Id.* The example can include specific values mentioned in the prior art or it can be a point derived from a graph in the prior art. *See Titanium Metals Corp. v. Banner,* 778 F.2d 775 (Fed. Cir. 1985). Once a specific example has been found that is contained within the range(s) of the patent claim, the claim will be invalidated without regard to other considerations. *See id.*

### C.    Enablement and Written Description

Issue of law: Whether the asserted claims of the patents-in-suit are invalid under 35 U.S.C. § 112 for lack of enablement.

35 U.S.C. §112, ¶1 states:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

The specification must describe the manner and process of making and using the invention so as to enable a person of skill in the art to make and use the full scope of the invention without undue experimentation. *See Automotive Techs. Int'l, Inc. v. BMW of N. Am.*, 2007 U.S. App. LEXIS 21271, **27-28 (Fed. Cir., Sept. 6, 2007); *Liebel-Flarsheim Co. v. Medrad, Inc.*, 481 F.3d 1371, 1378-79 (Fed. Cir. 2007); *Lizardtech, Inc. v. Earth Resource Mapping, Inc.*, 424 F.3d 1336 1345 (Fed. Cir. 2005); *AK Steel Corp. v. Sollac and Ugine*, 344 F.3d 1234, 1244 (Fed. Cir. 2003). In particular, "there must be sufficient disclosure, either through illustrative examples or terminology, to teach those of ordinary skill how to make and how to use the invention as broadly as it is claimed." *In re Vaeck*, 947 F.2d 488, 496 (Fed. Cir. 1991); *see also Plant Genetic Systems, N.V. v. DeKalb Genetics Corporation*, 315 F.3d 1335 (Fed. Cir. 2003) ("the scope of the claims must bear a reasonable correlation to the scope of enablement provided by the specification to persons of ordinary skill in the art.") (citations omitted); *National Recovery Technologies, Inc. v. Magnetic Separation Systems, Inc.*, 166 F.3d 1190. 1195-1196 (Fed. Cir. 1999) ("The enablement requirement ensures that the public knowledge is enriched by the patent specification to a degree at least commensurate with the scope of the claims.) (citations omitted).

The Federal Circuit has stated that "[p]atent protection is granted in return for an enabling disclosure of an invention, not for vague intimation of general ideas that may or may not be workable." *Genentech Inc. v. Novo Nordisk A/S*, 108 F.3d 1361, 1365-66 (Fed. Cir. 1997). Where the claimed invention is the application of an unpredictable technology an enabling description in the specification must provide those skilled in the art with a specific and useful teaching. 108 F.3d at 1367-68; *see also In re Fisher*, 427 F.2d 833, 839 (C.C.P.A. 1970) (in cases involving unpredictable factors, such as most chemical reactions and physiological

activity, the scope of the enablement obviously varies inversely with the degree of unpredictability of the factors involved.").

A patent is not enabled nor adequately described merely by describing one embodiment of the claims, if the claims are construed to have a scope broader than that embodiment. *Automotive Techs. Int'l.*, 2007 U.S. App. LEXIS 21271, **27-28; *Liebel-Flarsheim Co.,* 481 F.3d at 1378-79. Similarly, a patent specification does not provide an enabling disclosure where it does not disclose in its specification embodiments of the invention covering points throughout the broad range claimed by the applicants. *AK Steel*, 344 F.3d at 1244; *see also, e.g., In re Cook*, 439 F.2d 730, 735-36 (C.C.P.A. 1971) (claims properly rejected when applicants failed to establish support for range limitations in claims; although applicants disclosed six examples, they failed to disclose embodiments at "various points throughout the broader claimed range."); *In re Fisher*, 427 F.2d at 839 (claims properly rejected where claim required potency of "at least 1" but specification disclosed products having potencies from only 1.11 to 2.30); *Syngenta Seeds, Inc. v. Monsanto Co.*, 404 F.Supp.2d 594, 603-04 (D.Del. 2005) (affirming jury verdict that claims having "at least about 60%" limitation were invalid for lack of written description where the specification disclosed only one working gene in the claimed range).

The patent must describe the invention sufficiently to convey to a person of skill in the art that the patentee had possession of the claimed invention at the time of the application, i.e., that the patentee invented what is claimed. *Lizardtech*, 424 F.3d at 1345. In other words, the court must decide whether the invention applicants seek to protect by their claims is part of the

invention that is described in the specification. *In re Wertheim*, 541 F.2d 257, 263 (C.C.P.A. 1976)

Where the claims of the patent are broader than the invention applicants described in the patent specification, the patent does not satisfy the written description requirement. *Id.* at 263 (claim properly rejected where it recites a solids content range of "at least 35%," which is broader than the 25-65% range described in the patent); *see also In re Cook*, 439 F.2d 730, 735-36 (C.C.P.A. 1971) (claims properly rejected when applicants failed to establish support for range limitations in claims; although applicants disclosed six examples, they failed to disclose embodiments at "various points throughout the broader claimed range."); *In re Fisher*, 427 F.2d at 839 (claims properly rejected where claim required potency of "at least 1" but specification disclosed products having potencies from only 1.11 to 2.30); *Syngenta Seeds, Inc. v. Monsanto Co.*, 404 F.Supp.2d 594, 603-04 (D.Del. 2005) (affirming jury verdict that claims having "at least about 60%" limitation were invalid for lack of written description where the specification disclosed only one working gene in the claimed range).

The enablement and written description requirements of 35 U.S.C. §112, ¶1 usually rise and fall together. "A recitation of how to make and use the invention across the full breadth of the claim is ordinarily sufficient to demonstrate that the inventor possesses the full scope of the invention, and vice versa." *Lizardtech*, 424 F.3d at 1345.

### D.    Presumption of Validity

35 U.S.C. § 282 states in pertinent part:

A patent shall be presumed valid. Each claim of a patent (whether in independent, dependent or multiple dependent

form) shall be presumed valid independently of the validity of other claims; dependent or multiple dependent claims shall be presumed valid even though dependent upon an invalid claim. The burden of establishing invalidity of a patent or any claim thereof shall rest on the party asserting such invalidity.

A patent is presumed valid; however, the presumption is in no way dispositive. Instead, "The courts are the final arbiter of patent validity and, although courts may take cognizance of, and benefit from, the proceedings before the patent examiner, the question is ultimately for the courts to decide, without deference to the rulings of the patent examiner." *Quad Envtl. Techs. Corp. v. Union Sanitary Dist.*, 496 F.2d 870, 876 (Fed. Cir. 1991). Furthermore, the presumption of validity seems diminished when the PTO has issued a patent without acting on full information. *KSR,* 127 S. Ct. at 1745. Moreover, the presumption of validity seems diminished where, as here, the PTO has reviewed the initial grant of patentability and determined that the claims of the patent at issue are not valid.

## II.    INFRINGEMENT

### A.    Literal Infringement

Issue of law: Proper construction of the disputed terms of the patents-in-suit:

35 U.S.C. § 271(a) states:

Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.

Literal infringement is determined in a two-step analysis. The first step is determining the meaning and scope of the patent claims asserted to be infringed. The second step is comparing the properly construed claims to the device accused of infringing. *Markman v.*

*Westview Instruments, Inc.*, 52 F.3d 967, 976 (Fed. Cir. 1995) (en banc), aff'd., 517 U.S. 370 (1996).

Interpretation of the asserted claims is a question of law, and the court must determine the scope and meaning of the claims. *Id*. Claims are construed with reference to the claim language, the patent specification and the prosecution history, which together constitute the "intrinsic" evidence. *Loctite v. Ultraseal*, 781 F.2d 861, 867 (Fed. Cir. 1985). When determining the scope and meaning of the patent claims, the language of the claims in light of the specification is considered first. *McGill, Inc. v. John Zink Co*., 736 F.2d 666, 672 (Fed. Cir. 1984).

In a patent case, the patentee bears the burden of proving infringement. *See Under Sea Indus., Inc. v. Dacor Corp.*, 833 F.2d 1551, 1557 (Fed. Cir. 1987). To establish infringement, in the second step, the patentee must demonstrate that the accused products contain each and every limitation of the asserted claim, either literally or by equivalence. *See S. Bravo Sys. v. Containment Techs. Corp*., 96 F.3d 1372, 1376 (Fed. Cir. 1996). "If even one limitation is missing, there is no literal infringement." *Mas-Hamilton Group v. LaGard, Inc*., 156 F.3d 1206, 1211 (Fed. Cir. 1998).

**B.     Infringement under the Doctrine of Equivalents**

If a product does not literally infringe the claims of an asserted patent, the product may still be found to infringe the patent under the Doctrine of Equivalents if there is "equivalence" between the accused product and each element of the patent's claims. *Graver Tank & Mfg. Co. v. Linde Air Prods. Co.,* 339 U.S. 605, 608 (1950); *Warner-Jenkinson Co., Inc. v. Hilton Davis*

*Chem. Co.,* 520 U.S. 17, 28 (1997); *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535

U.S. 722, 732 (2002). A claim limitation is equivalently present in an accused device if there

are only "insubstantial differences" between the claim limitation and the corresponding aspect

of the accused device. *CAE Screenplates, Inc. v. Heinrich Fiedler GmbH & Co. KG,* 224 F.3d

1308, 1317 (Fed. Cir. 2000). Thus, the doctrine of equivalents allows the patentee to claim

those "*unimportant* and *insubstantial* changes and substitutions in the patent which, though

adding nothing, would be enough to take the copied matter outside the claim." *Festo VIII,* U.S.

at 733 (emphasis added).

The doctrine of equivalents does not permit wholesale redrafting of a claim in order to

capture an accused product; the deviation from the literal scope of the claim must be

*insubstantial, Perkin-Elmer Corp. v. Westinghouse Elec. Corp.*, 822 F.2d 1528, 1532 (Fed. Cir.

1987). The test for determining whether differences are "insubstantial" is objective: whether a

person with ordinary skill in the relevant art would find the differences to be "insubstantial."

*Hilton Davis Chem. Co. v. Warner-Jenkinson Co.,* 62 F.3d 1512, 1519 (Fed. Cir. 1995), *rev'd*

*on other grounds,* 520 U.S. 17 (1997). Where the patent describes a narrow mechanical

improvement in a crowded field, the scope of potential equivalents is narrow. *Texas*

*Instruments, Inc. v. U.S. Int'l Trade Comm'n,* 805 F.2d 1558, 1563 (Fed. Cir. 1986).

### III.    REMEDIES

#### A.    Laches

<u>Issue for the Court</u>: Whether Callaway's claimed are barred by the equitable doctrine of
laches.

To invoke the defense of laches, a defendant must prove that (1) the plaintiff "delayed filing suit for an unreasonable and inexcusable length of time" and (2) the "delay operated to the prejudice or injury of the defendant." *A.C. Auckerman Co. v. R.L. Chaides Const. Co.*, 960 F.2d 1020, 1032 (Fed. Cir. 1992).

### B. Reasonable Royalty

35 U.S.C. § 284 states:

> Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.

In determining a reasonable royalty, courts often apply the fifteen factors first enunciated in *Georgia-Pacific Corp. v. United States Plywood Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970), *modified and aff'd*, 446 F.2d 295 (2d Cir.), *cert. denied*, 404 U.S. 870 (1971). *See Unisplay, S.A. v. American Elec. Sign Co.*, 69 F.3d 512, 517, n.7 (Fed. Cir. 1995) (citing to *Georgia-Pacific* factors). These factors are:

1. The royalties received by the patentee for the licensing of the patent in suit, proving or tending to prove an established royalty.

2. The rates paid by the licensee for the use of other patents comparable to the patent in suit.

3. The nature and scope of the license, as exclusive or non-exclusive; or as restricted or nonrestricted in terms of territory or with respect to whom the manufactured product may be sold.

4.      The licensor's established policy and marketing program to maintain his patent monopoly by not licensing others to use the invention or by granting licenses under special conditions designed to preserve that monopoly.

5.      The commercial relationship between the licensor and licensee, such as, whether they are competitors in the same territory in the same line of business; or whether they are inventor and promotor [sic].

6.      The effect of selling the patented specialty in promoting sales of other products of the licensee; the existing value of the invention to the licensor as a generator of sales of his non-patented items; and the extent of such derivative or convoyed sales.

7.      The duration of the patent and the term of the license.

8.      The established profitability of the product made under the patent; its commercial success; and its current popularity.

9.      The utility and advantages of the patent property over the old modes or devices, if any, that had been used for working out similar results.

10.     The nature of the patented invention; the character of the commercial embodiment of it as owned and produced by the licensor; and the benefits to those who have used the invention.

11.     The extent to which the infringer has made use of the invention; and any evidence probative of the value of that use.

12.     The portion of the profit or of the selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions.

13.     The portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer.

14.     The opinion testimony of qualified experts.

15.     The amount that a licensor (such as the patentee) and a licensee (such as the infringer) would have agreed upon (at the time the infringement began) if both had been reasonably and voluntarily trying to reach an agreement; that is, the amount which a prudent licensee – who desired, as a business proposition, to obtain a license to manufacture and sell a particular article embodying the patented invention – would have been willing to pay as a royalty and yet be able to make a reasonable profit and which amount would have been acceptable by a prudent patentee who was willing to grant a license. *Georgia Pacific*, 318 F. Supp. at 1120.

Acushnet contends that Callaway's expert, Mr. Napper, failed to consider the single most important piece of evidence probative of an appropriate reasonable royalty damages award. In particular, Mr. Napper failed to properly consider the testimony of Mr. Arturi, Spalding's General Counsel, as to how much he would have accepted in 2001 to grant Acushnet a license to the patents-in-suit. Accordingly, Mr. Napper's testimony regarding reasonable royalty damages should be excluded.

C.    **Lost Profits**

A patentee can recover lost profits as damages it if proves that "but for" the infringement it would have made the sales in question. Otherwise, a patentee normally recovers damages based on a "reasonable royalty" theory. *Panduit Corp. v. Stahlin Bros Fibre Works, Inc.,* 575 F. 2d 1152, 1157 (6th Cir. 1978). "To recover lost profits, the patent owner must show 'causation in fact,' establishing that the 'but for' the infringement, he would have made additional profits." *Id.* at 1349. This analysis requires a detailed consideration of the market – it is necessary to determine what would have occurred had there never been any infringement. *Id.* at 1350. While such a market reconstruction is a hypothetical exercise, *Grain Processing* teaches that it must not "laps[e] into pure speculation." *Id.* Hence, a determination of lost profits "requires sound economic proof of the nature of the market and likely outcomes with infringement factored out of the economic picture." *Id.*

Moreover, an alleged infringer cannot be considered to have simply stood still in the absence of infringement: "a fair and accurate reconstruction of the 'but for' market also must take into account, where relevant, alternative actions the infringer foreseeably would have taken had he not infringed." *Id.* In particular, "[w]ithout the infringing product, a rational would-be infringer is likely to offer an acceptable noninfringing alternative." *Id.*

Acushnet contends that Callaway's expert, Mr. Napper, failed to properly construct the market "but for" Acushnet's alleged infringement since he, among other flaws, ignored the period of alleged infringement between the time the first patent-in-suit issued (April 2001) and the time from which he claims lost profits (September 2003). Accordingly, Mr. Napper's testimony regarding lost profits damages should be excluded.

### D.    Injunctions

35 U.S.C. § 283 states in pertinent part:

> The several courts having jurisdiction of cases under this title may grant injunctions in accordance with the principles of equity to prevent the violation of any right secured by patent, on such terms as the court deems reasonable.

"[T]he decision whether to grant or deny injunctive relief rests within the equitable discretion of the district courts, and that such discretion must be exercised consistent with traditional principles of equity. . . ."  *eBay, Inc. v. MercExchange, L.L.C.*, 126 S. Ct. 1837, 1841 (2006).

According to well-established principles of equity, a plaintiff seeking a permanent injunction must satisfy a four-factor test before a court may grant such relief.  "A plaintiff must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction."  *Id*. at 1839.

### E.    Attorneys' Fees

<u>Issue of law</u>: Whether this is an exceptional case and that Acushnet should be awarded its attorneys' fees pursuant to 35 U.S.C. § 285.

35 U.S.C. § 285 provides that "[t]he court in exceptional cases may award reasonable attorney fees to the prevailing party."  Determining whether a case is exceptional and whether attorneys' fees should be granted under 35 U.S.C. § 285 is a two-step process.  *Tate Access Floors*, 222 F.3d at 964.  The first step is a factual determination whether the case is

exceptional, and in the second step, the Court exercises its discretion to determine whether attorneys' fees should be awarded. *Id.*

Misconduct during litigation and vexatious litigation are types of conduct that can provide a basis for an award of attorneys' under § 285. *Beckman Instruments, Inc. v. LKB Produkter AB,* 892 F.2d 1547, 1551 (Fed. Cir. 1989). A finding that the plaintiff brought or continued a patent infringement suit in bad faith, for example when the patentee knows the patents are invalid, is a proper basis to award attorneys' fees under § 285. *Hughes v. Novi American, Inc.*, 724 F.2d 122, 124-126 (Fed. Cir. 1984).

## IV.    BREACH OF CONTRACT

<u>Issue of law</u>: Interpretation of the 1996 Settlement Agreement between Acushnet and Spalding, including specifically, a) whether Callaway has enforceable rights under the 1996 Agreement; b) whether the 1996 Agreement prohibits either party from filing reexaminations as to any patent; and c) whether the 1996 Agreement is void as contrary to public policy to the extent it prohibits either party from filing reexaminations.

# Exhibit 5

EXHIBIT 5

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY

V.

ACUSHNET COMPANY

**CALLAWAY GOLF COMPANYS' EXHIBIT LIST**

C.A. No. 06-91 (SLR)

**Callaway Golf Company reserves the right to supplement or otherwise amend this exhibit list.**

| PRESIDING JUDGE<br>**Sue L. Robinson** | PLAINTIFF'S ATTORNEYS<br>**Frank E. Scherkenbach, Roger Denning, Thomas Halkowski, David Shuman, David Miclean** | DEFENDANT'S ATTORNEYS<br>**Richard L. Horwitz, David E. Moore, Joseph P. Lavelle, Kenneth Donnelly, Brian Rosenthal, Clint Brannon** |
|---|---|---|
| TRIAL DATE (S)<br>**December 3, 2007** | COURT REPORTER | COURTROOM DEPUTY |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-1 | | United States Patent 6,506,130 (CW 0304589 – 0304604) | | | | |
| PX-2 | | United States Patent 6,503,156 (CW 0304828 – 0304844) | | | | |
| PX-3 | | United States Patent 6,210,293 (CW 0305030 – 0305043) | | | | |
| PX-4 | | United States Patent 6,595,873 (CW 0305297 – 0305312) | | | | |
| PX-5 | | US Patent Application 09/832,154 File History | | | | |
| PX-6 | | US Patent Application 09/873,642 File History | | | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-7 | | US Patent Application 09/470,196 File History | | | | |
| PX-8 | | US Patent Application 09/776,278 File History | | | | |
| PX-9 | | US Patent Application 08/863,788 File History (CW 0300601 – 0300660) | | 402, 403, 802 | | |
| PX-10 | | US Patent Application 09/207690 File History (CW 0322383 - 032246) | | 402, 403, 802, DISC | | |
| PX-11 | | US Patent Application 09/625,544 File History (CW 0320853 - 0321264) | | 402, 403, 802, DISC | | |
| PX-12 | | US Patent Application  09/274,015 File History (CW 0329641 - 0329977) | | 402, 403, 802, DISC | | |
| PX-13 | 2/14/1984 | United States Patent 4,431,193 (CW 300568-300572) | | | | |
| PX-14 | | United States Patent 4,607,090 | | 402, 403, 802, DISC | | |
| PX-15 | 06/23/1987 | United States Patent 4,674,751 (CW 304134 –  CW 304139) | | | | |
| PX-16 | | United States Patent 7,090,798 (AC0100489-498) | | 402, 403, 802 | | |
| PX-17 | | United States Patent 5,885,172 (CW 0300663 – 0300669) | | | | |
| PX-18 | | United States Patent 6,267,693 (CW 01785515 - 01785527) | | | | |
| PX-19 | | United States Patent 6,150,470 | | 402, 403, 802, DISC | | |
| PX-20 | | United States Patent 6,433,094 | | 402, 403, 802, DISC | | |
| PX-21 | | United States Patent 6,561,928 | | 402, 403, 802, DISC | | |
| PX-22 | | United States Patent 7,086,965 (CW 1788658 – 1788688) | | 402, 403, 802 | | |
| PX-23 | | United States Patent 7,083,534 (CW 1788639 – 178659) | | 402, 403, 802 | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-24 | | United States Patent 7,074,138 (CW 1788603 – 1788638) | | 402, 403, 802 | | |
| PX-25 | | United States Patent 7,026,430 (CW 1788377 – 1788394) | | 402, 403, 802 | | |
| PX-26 | | United States Patent 6,958,020 (CW 1788377 – 1788154) | | 402, 403, 802 | | |
| PX-27 | | United States Patent 6,929,568 (CW 17817981 – 1787015) | | 402, 403, 802 | | |
| PX-28 | | United States Patent  6,902,499 | | 402, 403, 802, DISC | | |
| PX-29 | | United States Patent  6,824,476 | | 402, 403, 802, DISC | | |
| PX-30 | | United States Patent  6,716,954 | | 402, 403, 802, DISC | | |
| PX-31 | | United States Patent  6,663,509 | | 402, 403, 802, DISC | | |
| PX-32 | | United States Patent  6,648,777 | | 402, 403, 802, DISC | | |
| PX-33 | | United States Patent  6,638,185 | | 402, 403, 802, DISC | | |
| PX-34 | | United States Patent  6,623,381 | | 402, 403, 802, DISC | | |
| PX-35 | | United States Patent  6,616,550 | | 402, 403, 802, DISC | | |
| PX-36 | | United States Patent  6,599,203 | | 402, 403, 802, DISC | | |
| PX-37 | | United States Patent  6,595,873 | | | | |
| PX-38 | | United States Patent  6,585,607 | | 402, 403, 802, DISC | | |
| PX-39 | | United States Patent  6,495,633 | | 402, 403, 802, DISC | | |
| PX-40 | | United States Patent  6,476,147 | | 402, 403, 802, DISC | | |

3

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-41 | | United States Patent 6,441,095 | | 402, 403, 802, DISC | | |
| PX-42 | | United States Patent 6,213,894 | | 402, 403, 802 | | |
| PX-43 | | United States Patent 6,204,331 | | 402, 403, 802, DISC | | |
| PX-44 | | United States Patent 6,057,403 | | 402, 403, 802, DISC | | |
| PX-45 | | United States Patent 6,015,356 | | 402, 403, 802, DISC | | |
| PX-46 | | United States Patent 6,667,001 | | 402, 403, 802, DISC | | |
| PX-47 | | United States Patent 6,616,551 | | 402, 403, 802, DISC | | |
| PX-48 | | United States Patent 6,612,941 | | 402, 403, 802, DISC | | |
| PX-49 | | United States Patent 6,435,983 | | 402, 403, 802, DISC | | |
| PX-50 | | United States Patent 6,416,424 | | 402, 403, 802, DISC | | |
| PX-51 | | United States Patent 6,394,914 | | 402, 403, 802, DISC | | |
| PX-52 | | United States Patent 6,394,913 | | 402, 403, 802, DISC | | |
| PX-53 | | United States Patent 6,368,237 | | 402, 403, 802, DISC | | |
| PX-54 | | United States Patent 6,325,731 | | 402, 403, 802, DISC | | |
| PX-55 | | United States Patent 6,319,153 | | 402, 403, 802, DISC | | |
| PX-56 | | United States Patent 6,315,681 | | 402, 403, 802, DISC | | |
| PX-57 | | United States Patent 6,277,035 | | 402, 403, 802, DISC | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-58 | | United States Patent 6,224,498 | | 402, 403, 802, DISC | | |
| PX-59 | | United States Patent 6,220,972 | | 402, 403, 802, DISC | | |
| PX-60 | | United States Patent 6,213,894 | | 402, 403 | | |
| PX-61 | | United States Patent 6,152,834 | | 402, 403, 802, DISC | | |
| PX-62 | | United States Patent 6,149,536 | | 402, 403, 802, DISC | | |
| PX-63 | | United States Patent 6,117,025 | | 402, 403, 802, DISC | | |
| PX-64 | | United States Patent 6,042,488 | | 402, 403, 802, DISC | | |
| PX-65 | | United States Patent 5,971,871 | | 402, 403, 802, DISC | | |
| PX-66 | | United States Patent 7,217,200 | | 402, 403, 802, DISC | | |
| PX-67 | | United States Patent 7,148,266 | | 402, 403, 802, DISC | | |
| PX-68 | | United States Patent 7,118,496 | | 402, 403, 802, DISC | | |
| PX-69 | | United States Patent 6,935,970 | | 402, 403, 802, DISC | | |
| PX-70 | | United States Patent 6,855,076 | | 402, 403, 802, DISC | | |
| PX-71 | | United States Patent 7,232,382 | | 402, 403, 802, DISC | | |
| PX-72 | | United States Patent 7,208,562 | | 402, 403, 802, DISC | | |
| PX-73 | | United States Patent 7,192,368 | | 402, 403, 802, DISC | | |
| PX-74 | | United States Patent 7,182,701 | | 402, 403, 802, DISC | | |

5

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-75 | | United States Patent 7,179,177 | | 402, 403, 802, DISC | | |
| PX-76 | | United States Patent 7,175,543 | | 402, 403, 802, DISC | | |
| PX-77 | | United States Patent 7,160,210 | | 402, 403, 802, DISC | | |
| PX-78 | | United States Patent 7,160,207 | | 402, 403, 802, DISC | | |
| PX-79 | | United States Patent 7,156,755 | | 402, 403, 802, DISC | | |
| PX-80 | | United States Patent 7,140,981 | | 402, 403, 802, DISC | | |
| PX-81 | | United States Patent 7,134,974 | | 402, 403, 802, DISC | | |
| PX-82 | | United States Patent 7,128,864 | | 402, 403, 802, DISC | | |
| PX-83 | | United States Patent 7,083,534 | | 402, 403, 802, DISC | | |
| PX-84 | | United States Patent 7,070,726 | | 402, 403, 802, DISC | | |
| PX-85 | | United States Patent 7,067,081 | | 402, 403, 802, DISC | | |
| PX-86 | | United States Patent 7,066,843 | | 402, 403, 802, DISC | | |
| PX-87 | | United States Patent 7,048,534 | | 402, 403, 802, DISC | | |
| PX-88 | | United States Patent 7,041,008 | | 402, 403, 802, DISC | | |
| PX-89 | | United States Patent 7,033,157 | | 402, 403, 802, DISC | | |
| PX-90 | | United States Patent 7,026,430 | | 402, 403, 802, DISC | | |
| PX-91 | | United States Patent 6,986,721 | | 402, 403, 802, DISC | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-92 | | United States Patent 6,979,271 | | 402, 403, 802, DISC | | |
| PX-93 | | United States Patent 6,969,477 | | 402, 403, 802, DISC | | |
| PX-94 | | United States Patent 6,958,020 | | 402, 403, 802, DISC | | |
| PX-95 | | United States Patent 6,932,931 | | 402, 403, 802, DISC | | |
| PX-96 | | United States Patent 6,905,648 | | 402, 403, 802, DISC | | |
| PX-97 | | United States Patent 6,905,427 | | 402, 403, 802, DISC | | |
| PX-98 | | United States Patent 6,905,424 | | 402, 403, 802, DISC | | |
| PX-99 | | United States Patent 6,896,629 | | 402, 403, 802, DISC | | |
| PX-100 | | United States Patent 6,872,154 | | 402, 403, 802, DISC | | |
| PX-101 | | United States Patent 6,855,077 | | 402, 403, 802, DISC | | |
| PX-102 | | United States Patent 6,855,073 | | 402, 403, 802, DISC | | |
| PX-103 | | United States Patent 6,824,476 | | 402, 403, 802, DISC | | |
| PX-104 | | United States Patent 6,817,853 | | 402, 403, 802, DISC | | |
| PX-105 | | United States Patent 6,790,149 | | 402, 403, 802, DISC | | |
| PX-106 | | United States Patent 6,776,731 | | 402, 403, 802, DISC | | |
| PX-107 | | United States Patent 6,769,900 | | 402, 403, 802, DISC | | |
| PX-108 | | United States Patent 6,755,634 | | 402, 403, 802, DISC | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-109 | | United States Patent  6,716,954 | | 402, 403, 802, DISC, DUP | | |
| PX-110 | | United States Patent  6,699,027 | | 402, 403, 802, DISC | | |
| PX-111 | | United States Patent  6,663,508 | | 402, 403, 802, DISC | | |
| PX-112 | | United States Patent  6,648,777 | | 402, 403, 802, DISC, DUP | | |
| PX-113 | | United States Patent  6,638,185 | | 402, 403, 802, DISC, CUM, DUP | | |
| PX-114 | | United States Patent  6,585,607 | | 402, 403, 802, DISC, CUM, DUP | | |
| PX-115 | | United States Patent  6,548,618 | | 402, 403, 802, DISC | | |
| PX-116 | | United States Patent  6,533,566 | | 402, 403, 802, DISC | | |
| PX-117 | | United States Patent  6,520,871 | | 402, 403, 802, DISC | | |
| PX-118 | | United States Patent  6,517,451 | | 402, 403, 802, DISC | | |
| PX-119 | | United States Patent  6,290,614 | | 402, 403, 802, DISC | | |
| PX-120 | | United States Patent  6,287,217 | | 402, 403, 802, DISC | | |
| PX-121 | | United States Patent  6,083,119 | | 402, 403, 802, DISC | | |
| PX-122 | | United States Patent  6,220,972 | | 402, 403, 802, DISC, CUM | | |
| PX-123 | | United States Patent  6,213,894 | | 402, 403, 802, DISC, CUM | | |
| PX-124 | 5/27/2003 | Various Golf Durability Tests (CW00119540 - 00119599) | | 402, 403, AUTH, F, 802, MULT | | |
| PX-125 | 11/06/1998 | Test Report Summary #1337 requested by Mike Yagley (CW00154902 – 00154903) | | 402, 403, AUTH, F, 802, CUM | | |

8

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-126 | 11/10/1998 | Project Status Report re Tour Player Ball Performace Survey (CW 00145904 – 00145905) | | 402, 403, AUTH, F, 802, CUM, Mischaracterized | | |
| PX-127 | 1999 | Callaway Golf Ball Company Tour Player Test Results (CW00162969 - 00163099) | | 402, 403, F, AUTH, 802 | | |
| PX-128 | 12/2001 | G&C VS Titlest Pro V1 Player Test (CW00519995 - 00520352) | | 402, 403, F, AUTH, 802 | | |
| PX-129 | 02/2002 | G vs Ultimate Player Test (CW00520353 - 00520565) | | 402, 403, F, AUTH, 802, CUM | | |
| PX-130 | 07/2003 | Hogan Black vs. ProV1x Distance Player Test (CW00521502 - 00521701) | | 402, 403, F, AUTH, 802, CUM | | |
| PX-131 | 01/2001 | Strata Tour Ulitmate vs. Titlest Pro V1 Test (CW00563861 - 00564080) | | 402, 403, F, AUTH, 802, CUM | | |
| PX-132 | 04/2001 | Tour Ultimate vs. Pro V1 Offsite (CW00564476 - 00564581) | | 402, 403, F, AUTH, 802, CUM | | |
| PX-133 | 06/2002 | ProV1 vs Stu G Player Test (CW00578692 - 00578894) | | 402, 403, F, AUTH, 802, CUM | | |
| PX-134 | 06/2002 | ProV1 vs Hogan Tour Player Test (CW00578895 - 00579087) | | 402, 403, F, AUTH, 802, CUM | | |
| PX-135 | 09/2002 | Apex DB Offsite Ball Player Test (CW00580038 - 00580350) | | 402, 403, F, AUTH, 802, CUM, MULT | | |
| PX-136 | 11/2002 | Ultimate X vs CTU30 Red Ball Player Test (CW00580621 - 00580885) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-137 | 08/2003 | Titleist ProV1 vs Hogan Player Test (CW00583592 - 00583807) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-138 | 10/2003 | Big Bertha Red Cal VSTF Player Test (CW00583808 - 00583993) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-139 | 10/26/2006 | Fortune Brand New Release, Titleist Introduces New Pro V1 and New Pro V1x Golf Balls  (CW 0280233- 280234) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-140 | 3/29/2005 | Titleist, News: Media Center: Press Releases, "The Players' Choice" (CW 0280235-0280236) | | 402, 403, 802, CUM, F | | |
| PX-141 | 8/2001 | "Right on the SEAM – Titleist Pro V1, golf ball – Evaluation" Golf Digest, by Jamie Diaz (CW 0307375-0307379) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-142 | 10/27/2006 | "Titlest Advances Golf Ball Leadership Position with Introduction of New High Performance Multi-Component Pro V1", by Golf Pro-Online. (CW 0280214 - 280217) | | 402, 403, 802, CUM, F, AUTH | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-143 | 3/05/2003 | "Titlest High Performance Golf Ball Leadership Underscored with Introduction of New Pro V1 and New Pro V1x", The Wire (CW 0280229 - 280232) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-144 | | "Callaway's Prospects for Growth and the February 2000 Launch of the Callaway Golf Ball (CW 0280199 - CW 280201) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-145 | 4/02/2004 | "The Technology of Golf: The Golf Ball", by Andy Brumer (CW 0307401 - 0307406) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-146 | | Titlest, News: Media Center, " Top Three at Bay hill. Top Ball Around the World. (CW 0280268 - 0280269) | | 402, 403, 802, CUM | | |
| PX-147 | | "Heritage Winner Relies on Pro V1 Golf Ball, Cameron Putter for First Career Victory (CW 0280275 - 0280276) | | 402, 403, 802, CUM | | |
| PX-148 | | "Collegiate Players Make Titleist Overwhelming #1 Golf Ball (CW 0280290 - 0280291) | | 402, 403, 802, CUM | | |
| PX-149 | | "One Ball. Consecutive Execellence." (CW 0280292 - 028094) | | 402, 403, 802, CUM | | |
| PX-150 | | "Titlest Sets Standard as The Overwhelming Tee-To-Green Equipment Choice at 2006 U.S. Junior Amateur Championship", Titlest News: Media Center (CW 0280295 - 0280297) | | 402, 403, 802, CUM | | |
| PX-151 | | "Titleist Tops Golf Ball Count at The Open Championship", Titlest News: Media Center (CW 0280298 - 0280299) | | 402, 403, 802, CUM | | |
| PX-152 | | "Pavin, Roberts, Karlsson, Taniguchi Lead Titleist to Four – Win Week", Titlest News: Media Center (CW 0280300 - 0280302) | | 402, 403, 802, CUM | | |
| PX-153 | | "Over 100 wins and still counting ", Titlest News Media Center (CW 0280303 – 0280305) | | 402, 403, 802, CUM | | |
| PX-154 | | "Four Tours. Four Victories. One Ball." , Titlest, News: Media Center (CW 0280306 - 0280307) | | 402, 403, 802, CUM | | |
| PX-155 | | " Titlest Tops Golf Ball, Iron, Wedge and Putter Counts at PGA Championship" Titlest: New Media Center, (CW 0280308 - 0280310) | | 402, 403, 802, CUM | | |
| PX-156 | | "Titleist is the Overwhelming Tee-to-Green Equipment Favorite at U.S. Amateur, Titlest: New Media Center (CW 0280311 – 0280312) | | 402, 403, 802, CUM | | |
| PX-157 | | "Ben Curtis Trusts Titleist from Tee-to Green For Second Win of  the Year: (CW 0280313 - 0280314) | | 402, 403, 802, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-158 | | "Local Favorite. World Class Performance" (CW 0280315 – 0280317) | | 402, 403, 802, CUM | | |
| PX-159 | | Email to Cavallaro et al from Hebert/Titlest and Foot-Joy Worldwide re Co-Injection Molded Cups - Update (CW 0320910) | | 402, 403, 802, CUM, F, AUTH, INC, DISC | | |
| PX-160 | 5/28/2001 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 875 – 77) | | 402, 403, 802, CUM, INC | | |
| PX-161 | 1/25/2002 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 878 – 80) | | 402, 403, 802, CUM, INC | | |
| PX-162 | 3/12/2002 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 881 – 83) | | 402, 403, 802, CUM, INC | | |
| PX-163 | 3/08/2002 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 894 – 96) | | 402, 403, 802, CUM, INC | | |
| PX-164 | 11/26/2002 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 897 – 99) | | 402, 403, 802, CUM, INC | | |
| PX-165 | 4/04/2003 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 900 – 02) | | 402, 403, 802, CUM, INC | | |
| PX-166 | 11/03/2004 | Titleist Pro V1 392 Double Cover Solid Core Golf Ball specifications/test results (AC 903 – 05) | | 402, 403, 802, CUM, INC | | |
| PX-167 | 11/26/2002 | Titleist Pro V1x 332 Double Cover Double Solid Core Golf Ball specifications/test results (AC 906 – 09) | | 402, 403, 802, CUM, INC | | |
| PX-168 | 4/04/2003 | Titleist Pro V1x 332 Double Cover Double Solid Core Golf Ball specifications/test results (AC 910 – 13) | | 402, 403, 802, CUM, INC | | |
| PX-169 | 12/07/1999 - 12/21/1999 | E-mail correspondence between Ed Hebert, Jeff Dalton, Paul Puniello re Cost Analysis of Veneer Ball Mantle – Compression vs. injection Molding (AC 4173 – 76) | | 402, 403, 802 | | |
| PX-170 | 6/07/2004 | RPIM molded casing properties test data – 8660 Elimination by P. Puniello (AC 5369 – 73) | | 402, 403, 802, CUM | | |
| PX-171 | 7/28/2004 | Du Pont Company Customer Specifications for Surlyn Resin 7940 (AC 12368) | | AUTH | | |
| PX-172 | 11/03/2004 | Du Pont Company Customer Specifications for Surlyn Resin 8940 (AC 12392) | | AUTH | | |

11

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-173 | 11/10/2004 | Du Pont Company Customer Specifications for Surlyn Resin 7940 (AC 12400 – 01) | | AUTH | | |
| PX-174 | 2/28/2005 | Du Pont Company Customer Specifications for Surlyn Resin 7940 (AC 12412 – 13) | | AUTH | | |
| PX-175 | 2/28/2005 | Du Pont Company Customer Specifications for Surlyn Resin 8940 (AC 12417) | | AUTH | | |
| PX-176 | 3/21/2005 | Du Pont Company Customer Specifications for Surlyn Resin 7940 (AC 12424 – 25) | | AUTH | | |
| PX-177 | 4/14/2005 | Du Pont Company Customer Specifications for Surlyn Resin 7940 (AC 12464 – 65) | | AUTH | | |
| PX-178 | 4/14/2005 | Du Pont Company Customer Specifications for Surlyn Resin 8940 (AC 12467) | | AUTH | | |
| PX-179 | 4/22/2005 | Du Pont Company Customer Specifications for Surlyn Resin 8940 (AC 12473 – 74) | | AUTH | | |
| PX-180 | 5/09/2005 | Du Pont Company Customer Specifications for Surlyn Resin 8940 (AC 12482) | | AUTH | | |
| PX-181 | 5/28/2005 | Du Pont Company Customer Specifications for Surlyn Resin 9650 (AC 18461) | | AUTH, F, UNK | | |
| PX-182 | 5/09/2005 | Du Pont Company Customer Specifications for Surlyn Resin 8920 (AC 18481) | | AUTH, F, UNK | | |
| PX-183 | 10/2004 | Pro V1x – 332 Ball Construction specifications from 2000 Manufacturing Guidelines (AC 18502) | | 402, 403, 802, CUM, INC | | |
| PX-184 | 12/2000 | Pro V1 – 392 Ball Construction specifications from 2000 Manufacturing Guidelines (AC 18529) | | 402, 403, 802, CUM, INC | | |
| PX-185 | 11/2004 | Pro V1 – 392 Ball Construction specifications from 2004 Manufacturing Guidelines (AC 18550) | | 402, 403, 802, CUM, INC | | |
| PX-186 | 11/2002 | Pro V1 – 392 Ball Construction specifications from 2002 Manufacturing Guidelines (AC 18573) | | 402, 403, 802, CUM, INC | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-187 | 12/2002 | Pro V1x – 332 Ball Construction specifications from 2002 Manufacturing Guidelines (AC 18594) | | 402, 403, 802, CUM, INC | | |
| PX-188 | 10/2004 | Pro V1x – 332 Ball Construction specifications from 2004 Manufacturing Guidelines (AC 18619) | | 402, 403, 802, CUM, INC | | |
| PX-189 | | Improved Pro V1* (will be 332) Specification/Description (AC 19048 – 49) | | 402, 403, 802, CUM, AUTH | | |
| PX-190 | 8/09/2000 | E-mail Correspondence from Chris Cavallaro re Veneer Ball update (AC 19642 – 43) | | 402, 403, 802, CUM | | |
| PX-191 | 8/2000 | Pro V1 – 392 August 2000 Manufacturing Guidelines for Ball Plants I & II (AC 19804 – 25) | | 402, 403, 802, CUM | | |
| PX-192 | 12/2000 | Pro V1 – 392 December 2000 Ball Construction Manufacturing Guidelines for Ball Plants I & II (AC 20440) | | 402, 403, 802, CUM, INC, UNK | | |
| PX-193 | 12/2000 | Pro V1 – 392 December 2000 Mantle Blending Manufacturing Guidelines for Ball Plants I & II  (AC 20449) | | 402, 403, 802, CUM, INC, UNK | | |
| PX-194 | 8/2000 | Pro V1 – 392 August 2000 Ball Construction Manufacturing Guidelines for Ball Plants I & II (AC 20478) | | 402, 403, 802, CUM, INC, UNK | | |
| PX-195 | 8/2000 | Pro V1 – 392 August 2000 Mantle Blending Manufacturing Guidelines for Ball Plants I & II (AC 20486) | | 402, 403, 802, CUM, INC, UNK | | |
| PX-196 | 1/2001 | Titleist Solid Construction Golf Ball  Specification chart for Pro V1 392 (AC 26632.UR) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-197 | 2/2003 | Titleist Solid Construction Golf Ball  Specification chart for Pro V1 392, Pro V1x 332, NXT Tour, NXT, and DT (AC 26635.UR) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-198 | 5/2004 | Titleist Solid Construction Golf Ball  Specification chart for Pro V1 392, Pro V1x 332, NXT Tour, NXT, and DT (AC 26637) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-199 | 2002 | Titleist Pro V1 392 and Pro V1x 332 ball test results (AC 55594 – 95) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-200 | 12/04/2002 | Titleist Pro V1 392 Shore D Test Results (AC 55742) | | 402, 403, 802, CUM, F, AUTH, INC | | |
| PX-201 | 12/04/2002 | Titleist Pro V1x332 Shore D Test Results (AC 55744) | | 402, 403, 802, CUM, F, AUTH, INC | | |
| PX-202 | 12/13/2002 | Titleist Pro V1 392 (inner cover) Shore D Test Results (AC 55764 – 65) | | 402, 403, 802, CUM, F, AUTH, INC | | |
| PX-203 | 2003 | Titleist Pro V1 392 and Pro V1x 332 ball test results (AC 57383 – 84) | | 402, 403, 802, CUM, F, AUTH, UNK | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-204 | 3/14/2003 | Titleist Pro V1 392 (ball) Shore D Test Results (AC 57424 – 42) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-205 | 2003 | Titleist Pro V1x 332 (ball) Shore D and Shore C Test Results (AC 57444 – 62) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-206 | 2003 | Titleist Pro V1 392 (inner cover) Shore D Test Results (AC 57694 – 703) | | 402, 403, 802, CUM | | |
| PX-207 | 2003 | Titleist Pro V1x 332 (inner cover) Shore D and Shore C Test Results (AC 57704 – 13) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-208 | 12/2004 – 1/2005 | Titleist Pro V1 392 (ball) Shore D & Shore C Test Results (AC 59632 – 42) | | 402, 403, 802, CUM | | |
| PX-209 | 12/2004 - 1/2005 | Titleist Pro V1 392 (inner cover) Shore D Test Results (AC 59681 – 86) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-210 | 12/2004 – 1/2005 | Titleist Pro V1x 332 (ball) Shore D and Shore C Test Results (AC 59777 – 87) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-211 | 12/2004 – 1/2005 | Titleist Pro V1 392 (inner cover) Shore D Test Results (AC 59826 – 31) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-212 | 2005 | Titleist Pro V1 392 (ball) Shore D & Shore C Test Results (AC 59948 – 56) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-213 | 2005 | Titleist Pro V1x 332 (ball) Shore D and Shore C Test Results (AC 59965 – 68) | | 402, 403, 802, CUM, F, AUTH | | |
| PX-214 | | Titleist Ball Thickness Chart (AC 59901) | | 402, 403, 802, CUM, INC, AUTH, MULT | | |
| PX-215 | 6/19/2006 | Acushnet Resps to Callaways 1st Set of Rogs - Nos 1-11 | | 402, 403, 802 | | |
| PX-216 | 1/31/2007 | Acushnet Suppl Resps To Callaway 1st Set Of Rogs To Acushnet No 2 | | 402, 403, 802 | | |
| PX-217 | 2/02/2007 | Acushnet 2nd Suppl Resp to Callaway 1st Set of Rogs No  2 | | 402, 403, 802 | | |
| PX-218 | 4/30/2007 | Acushnet Suppl Resps to Callaway 1st Set Of Rog To Acushnet Nos 1 3-5 8 and 10.pdf | | 402, 403, 802 | | |
| PX-219 | 05/04/2007 | Acushnet Objections and Resps to Callaway 2nd Set of Rogs - Nos. 12-33 | | 402, 403, 802 | | |
| PX-220 | 9/10/2007 | Acushnet Suppl Resps To Callaway 1st and 2nd Set pf Rogs To Acushnet - Nos 2-4 8 12-14 25 26 and 28 | | 402, 403, 802 | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-221 | 12/09/1998 | U.S. Patent Application No. 09/207,690 (AC 0100168 – AC0100203) | | 402, 403, 802, CUM, INC, F, AUTH | | |
| PX-222 | | U.S. Patent Application No. 98/207,690 File History (AC0100237 – AC 0100342) | | 402, 403, 802, CUM, INC, F, AUTH | | |
| PX-223 | | U.S. Patent Application No. 11/260,169 (AC0100403 – AC0100462) | | 402, 403, 802, CUM, INC, F, AUTH | | |
| PX-224 | 7/25/2005 | U.S. Patent Application No. 09/270,015 (AC0100463 -  AC 0100767) | | 402, 403, 802, CUM, INC, F, AUTH | | |
| PX-225 | | U.S. Patent No. 6,749,789 (AC0100768 - AC0100809) | | 402, 403, 802, CUM | | |
| PX-226 | 5/27/1997 | U.S. Patent Application No. 08/863,788 (AC0100810 – AC0100900) | | 402, 403, 802, CUM, INC, F, AUTH | | |
| PX-227 | N/A | Ball testing results (AC000015-023) | | 402, 403, 802, F, INC, MULT | | |
| PX-228 | 2/19/2002 | Email fr Elliot to Cavallaro re CN for ZnPCTP (AC0046073.UR-0046074.UR) | | 402, 403, 802, CUM | | |
| PX-229 | 05/2003 | Titleist Pro V1 Family, NXT, DT Solid Balls, New Pinnacle Balls chart from 1999-2003 (AC0046764.UR-0046768.UR) | | 402, 403, 802, CUM | | |
| PX-230 | 9/20/2001 | Email chain between Harris, Wu, Kramer, Isaac et al. re: Question on Storage Conditions (AC0022011-0022013) | | 402, 403, 802, CUM | | |
| PX-231 | 12/30/2000 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated /US (December 2000) (AC0043849-0043865) | | 402, 403, 802, CUM | | |
| PX-232 | 12/29/2001 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (December 2001) (AC0043866-0043881) | | 402, 403, 802, CUM | | |
| PX-233 | 12/29/2001 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (December 2001) (AC0043882-0043887) | | 402, 403, 802, CUM | | |
| PX-234 | 1/01/2003 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (2002) (AC0043888-0043902) | | 402, 403, 802, CUM | | |
| PX-235 | 1/01/2003 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (December 2002) (AC0043903-0043908) | | 402, 403, 802, CUM | | |
| PX-236 | 2/23/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (December 2003) (AC0043909-0043923) | | 402, 403, 802, CUM | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-237 | 2/23/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (December 2003) (AC0043924-0043926) | | 402, 403, 802, CUM | | |
| PX-238 | 2/23/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (January 2004) (AC0043929-0043935) | | 402, 403, 802, CUM | | |
| PX-239 | 2/23/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (January 2004) (AC0043936-0043938) | | 402, 403, 802, CUM | | |
| PX-240 | 2/28/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (February 2004) (AC0043939-0043946) | | 402, 403, 802, CUM | | |
| PX-241 | 2/29/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (February 2004) (AC0043947-0043949) | | 402, 403, 802, CUM | | |
| PX-242 | 4/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (March 2004) (AC0043950-0043958) | | 402, 403, 802, CUM | | |
| PX-243 | 4/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (March 2004) (AC 0043959-0043961) | | 402, 403, 802, CUM | | |
| PX-244 | 5/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (April 2004) (AC0043962-0043971) | | 402, 403, 802, CUM | | |
| PX-245 | 5/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (April 2004) (AC0043972-0043974) | | 402, 403, 802, CUM, INC, F, ILL | | |
| PX-246 | 5/29/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (May 2004) (AC0043975-0043984) | | 402, 403, 802, CUM, INC, F, ILL | | |
| PX-247 | 5/29/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (May 2004)  (AC0043985-0043987) | | 402, 403, 802, CUM | | |
| PX-248 | 7/04/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (June 2004)  (AC0043988-0043998) | | 402, 403, 802, CUM | | |
| PX-249 | 7/31/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US   (AC0044002-0044015) | | 402, 403, 802, CUM | | |
| PX-250 | 9/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (August 2004)  (AC0044016-0044027) | | 402, 403, 802, CUM, INC, F, ILL | | |
| PX-251 | 9/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (August 2004)  (AC0044028-0044031) | | 402, 403, 802, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-252 | 10/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (September 2004) (AC0044032-0044043) | | 402, 403, 802, CUM | | |
| PX-253 | 10/30/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (October 2004) (AC0044048-0044059) | | 402, 403, 802, CUM | | |
| PX-254 | 10/30/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (October 2004) (AC044060-044063) | | 402, 403, 802, CUM, INC, F, ILL | | |
| PX-255 | 12/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (November 2004) (AC0044064-0044075) | | 402, 403, 802, CUM | | |
| PX-256 | 12/01/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (November 2004) (AC0044076-44079) | | 402, 403, 802, CUM | | |
| PX-257 | 12/31/2004 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (December 2004) (AC0044093-44096) | | 402, 403, 802, CUM | | |
| PX-258 | 02/02/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (January 2005) (AC0044097-0044103) | | 402, 403, 802, CUM, INC, F, ILL | | |
| PX-259 | 02/02/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (January 2005) (AC0044104-0044106) | | 402, 403, 802, CUM | | |
| PX-260 | 3/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (February 2005) (AC0044107-0044115) | | 402, 403, 802, CUM | | |
| PX-261 | 3/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (February 2005) (AC0044116-0044118) | | 402, 403, 802, CUM | | |
| PX-262 | 4/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (March 2005) (AC0044119-0044128) | | 402, 403, 802, CUM | | |
| PX-263 | 4/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (March 2005) (AC0044129-0044131) | | 402, 403, 802, CUM | | |
| PX-264 | 4/30/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (April 2005) (AC0044132-0044142) | | 402, 403, 802, CUM | | |
| PX-265 | 4/30/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (April 2005) (AC0044143-0044145) | | 402, 403, 802, CUM | | |
| PX-266 | 6/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (May 2005) (AC0044146-0044157) | | 402, 403, 802, CUM | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-267 | 6/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (May 2005) (AC0044158-0044161) | | 402, 403, 802, CUM | | |
| PX-268 | 7/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (June 2005) (AC0044162-0044174) | | 402, 403, 802, CUM | | |
| PX-269 | 7/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (June 2005) (AC0044175-0044178) | | 402, 403, 802, CUM | | |
| PX-270 | 7/30/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (July 2005) (AC0044179-0044191) | | 402, 403, 802, CUM | | |
| PX-271 | 9/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (August 2005) (AC0044192-0044204) | | 402, 403, 802, CUM | | |
| PX-272 | 9/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (August 2005) (AC0044205-0044208) | | 402, 403, 802, CUM | | |
| PX-273 | 10/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (September 2005) (AC0044209-0044221) | | 402, 403, 802, CUM | | |
| PX-274 | 10/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (September 2005) (AC0044222-44225) | | 402, 403, 802, CUM | | |
| PX-275 | 11/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (October 2005) (AC0044226-0044240) | | 402, 403, 802, CUM | | |
| PX-276 | 11/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (October 2005) (AC0044241-0044244) | | 402, 403, 802, CUM | | |
| PX-277 | 12/01/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (November 2005) (AC0044245-0044259) | | 402, 403, 802, CUM | | |
| PX-278 | 12/31/2005 | Titleist and Foot-Joy Worldwide Product Analysis Division 01-Consolidated/US (December 2005) (AC0044260-0044274) | | 402, 403, 802, CUM | | |
| PX-279 | 2005-12-31 | Titleist and Foot-Joy Worldwide Product Analysis Division 03-Consolidated/International (December 2005) (AC0044275-44279) | | 402, 403, 802, CUM | | |
| PX-280 | 5/30/2002 | Titleist Pro V1 Inner Cover, Shore D Test Results (AC0054980) | | 402, 403, 802, CUM, INC | | |
| PX-281 | 5/30/2002 | Titleist Pro V1 (star) Inner Cover, Shore D Test Results (AC0054981) | | 402, 403, 802, CUM, INC | | |
| PX-282 | | Competitive Ball Technical Profile (CW 0125880-0125881) | | 802, F, AUTH | | |

18

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-283 | 10/24/2000 | Email fr Yagley to Bartels, Goodman, Catania Re Titleist Tear Down Data (CW 0125934) | | 802, 1006, INC | | |
| PX-284 | 9/2000 | Materials Buyers' Guide Polyethylene (CW 0181213) | | 402, 403, 802, INC, F, AUTH, UNK | | |
| PX-285 | | Thermoplastic Elastomers Table IV (CW 0182212-0182215) | | 402, 403, 802, INC, F, AUTH, MULT | | |
| PX-286 | | Polyethylene Greffe – Grafted Polyethylene (CW 0182222-2224) | | 402, 403, 802, AUTH | | |
| PX-287 | | CB-3 Second DOE Model PW vs High Speed Driver Spin (CW 0182383-0182386) | | 402, 403, 802, INC, AUTH | | |
| PX-288 | | Technical Meeting Agenda (CW 00111411-00111412) | | 402, 403, 802, INC, AUTH | | |
| PX-289 | | Ball Testing Data (CW 0000015-000023) | | 402, 403, 802, INC, AUTH, MULT, ILL | | |
| PX-290 | 3/19/2001 | Letter fr Steven C. McCracken to Joseph Nauman re Draft License Agreement (CW 0274433-0274460) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-291 | 2/15/2001 | Email fr Steve McCracken to Lisa Lafleur, cc'd Nauman, discussing and attaching draft Callaway Golf discussion proposal – patent license (CW 0274461-0274464) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-292 | 2/16/2001 | Email fr McCracken to Nauman, Lafleur, discussing and attaching draft Callaway Golf discussion proposal – patent license   (CW 0274465-0274468) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-293 | 3/02/2001 | Email fr Nauman to McCracken discussing and attaching Patent License Agreement (CW 0274469-0274490) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-294 | 5/13/2003 | Fax fr Nauman to McCracken re April 2001 license agreement (CW 0274491-0274993) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-295 | 5/23/2003 | Letter fr McCracken to Nauman re April 4, 2001 License Agreement (CW 0274494-0274497) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-296 | 6/03/2003 | Fax fr Nauman to McCracken discussing License Agreement (CW 0274498-0274500) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-297 | 2/09/2001 | Letter fr McCracken to Nauman, cc'd Mike Catania, re Ball Patents (CW 0274501-0274502) | | 402, 403, 408, 802, CUM, AUTH, INC | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-298 | 2/08/2001 | Fax fr Catania to Acushnet Company: Attn Troy Lester, re dimple patent application claims (CW 0274505) | | 402, 403, 408, 802, AUTH | | |
| PX-299 | 2/07/2001 | Fax fr Catania to Acushnet: Attn Lester, re Claims directed to dimple surface coverage (CW 0274506-0274509) | | 402, 403, 408, 802, AUTH | | |
| PX-300 | 2/07/2001 | Fax fr Lester to Catania re claims directed to dimple surface coverage  (CW 0274510-0274514) | | 402, 403, 408, 802, CUM, AUTH, MULT, INC | | |
| PX-301 | 2/05/2001 | Fax fr Nauman to McCracken re January proposal of full protection for the CB1 model golf ball attaching Acushnet/Callaway Agreement in Principal –patent license (CW 0274515-0274518) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-302 | 1/23/2001 | Fax fr Nauman to McCracken re attaching and discussing draft proposed license (CW 0274519-0274521) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-303 | 1/17/2001 | Fax fr Catania to Acushnet Company: Attn Nauman, re Settlement Negotiations discussing claims for 09/296,197 (CW 0274522-0274526) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-304 | 1/17/2001 | Letter fr Catania to Lester re Confidentiality Agreement and three of the New Golf Balls  (CW 0274527-0274529) | | 402, 403, 408, 802, CUM, AUTH, INC | | |
| PX-305 | 1/17/2001 | Fax fr Lester to Catania re Acushnet Patents (CW 0274530-0274532) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-306 | 1/17/2001 | Fax fr Catania to Acushnet: Attn Nauman, re Settlement Negotiations attaching draft Confidentiality Agreement (CW 0274533-0274534) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-307 | 1/17/2001 | Fax fr Catania to Acushnet: Attn Lester, re Settlement Negotiations attaching draft Confidentiality Agreement (CW 0274535-0274536) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-308 | 1/11/2001 | Fax fr Catania to Acushnet: Attn Nauman, re Settlement Negotiations and attaching  Callaway Golf Discussion Proposal (CW 0274537-0274539) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-309 | 1/05/2001 | Letter fr Catania to Lester re Acushnet Patents (CW 0274540-0274541) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-310 | 1/02/2001 | Fax from Lester to Catania re Acushnet Golf Ball Patents (CW 0274542-0274545) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-311 | 12/27/2000 | Letter fr Catania to Nauman re Acushnet Patents (CW 0274546 - 274548) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, AUTH | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-312 | 12/21/2000 | Letter from Catania to Nauman re Acushnet Patents  (CW 0274549-274551) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-313 | 12/21/2000 | Fax fr Catania to Acushnet: Attn Nauman, re Settlement Negotiations  (CW 0274552-0274553) | | 402, 403, 408, 802, CUM, AUTH, INC | | |
| PX-314 | 12/19/2000 | Letter fr Catania to Nauman re Acushnet Patents (CW 0274554-0274555) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-315 | 12/15/2000 | Fax fr Catania to Acushnet: Attn Nauman, re Settlement Negotiations  (CW 0274556) | | 402, 403, 408, 802, CUM, AUTH | | |
| PX-316 | 12/18/2000 | Fax fr Nauman to McCracken discussing and attaching patent proposal (CW 0274557-0274560) | | 402, 403, 408, CUM | | |
| PX-317 | 12/15/2000 | Letter fr Catania to Nauman re Acushnet Patents – discussing and attaching claim charts and US Patent 3,112,521 (CW 0274561 -0274586) | | 402, 403, 408, 802, CUM, AUTH, MULT | | |
| PX-318 | 12/08/2000 | Letter fr Lester to Catania re Acushnet Golf Ball Patents – infringement of Acushnet's polyurethane process patents attaching evaluation of claim charts (CW 0274587-0274603) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, AUTH, MULT | | |
| PX-319 | 12/01/2000 | Letter fr Catania to Nauman re Acushnet Patents attaching dimple pattern drawing and meeting agenda (CW 0274621-0274624) | | 402, 403, 408, 802, CUM, AUTH, MULT | | |
| PX-320 | 11/02/2000 | Letter fr Catania to Nauman re Meeting agenda for Carlsbad (CW0274625-0274626) | | 402, 403, 408, 802 | | |
| PX-321 | 8/17/2000 | Email fr Steve Aoyama to Bill Morgan, cc'd Jeff Dalton, re V1 vs. Callaway Red headwind issues in T200066 (AC0000584-0000585) | | 402, 403, 802, CUM | | |
| PX-322 | 4/18/2000 | Email fr Aoyama to Morgan, Dalton, Hebert, Chris Cavallaro, Megan Morgan, Bill Barry, cc'd Kevin Harris, David Bulpett, re Venser vs. Callaway test 200030 (AC0019513-0019514) | | 402, 403, 802, CUM | | |
| PX-323 | 5/01/2001 | Testing data – Ball Type: Callaway Red for Testing (AC0020226) | | 402, 403, 802, CUM, INC, AUTH | | |
| PX-324 | | Testing data – Callaway Red (AC0020227) | | 402, 403, 802, CUM, INC, AUTH | | |
| PX-325 | 5/01/2001 | Testing data – Callaway Red data sheet, Measurement Type: Shore D (AC0020228) | | 402, 403, 802, CUM, INC, AUTH | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-326 | 2/28/2001 | Email fr Bill Morgan to Megan Morgan, Hebert, cc'd Dalton, Cavaliaro, re Pro V1 Covers (includes email chain w/testing data) (AC0020416.UR-0020459.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-327 | | Presentation – Urethane Performance Balls – Test results (AC0022839-0022893) | | 402, 403, 802, CUM | | |
| PX-328 | 6/14/2001 | Distance Request Form – Test Title: Redacted, Test Number: 200152, Test Purpose: Redacted, Requested for: Mike Jordan (AC0025320-0025323) | | 402, 403, 802, CUM | | |
| PX-329 | 6/14/2001 | Distance Request Form – Test Title: Redacted, Test Number: 200153, Test Purpose: Compare NXT Tour and…vs Competitive products, Requested for: Mike Jordan (AC0025324-0025327) | | 402, 403, 802, CUM | | |
| PX-330 | 12/14/2001 | Distance Request Form – Test Title: Paint Application Study Part 7 – Prime Coats Vary Part D, Test Number: 200215, Requested for: Hogge (AC0025328-0025329) | | 402, 403, 802, CUM | | |
| PX-331 | 12/14/2001 | Distance Request Form – Test Title: Paint Application Study Part 8, Test Number: 200216, Requested for: Hogge (AC0025330-0025331) | | 402, 403, 802, CUM | | |
| PX-332 | 1/21/2002 | Distance Request Form – Test Title: Callaway HX balls vs key Competitors and Titleist, Test Number: 2002003, Requested for: Jason Williams (AC0025332-0025335) | | 402, 403, 802, CUM | | |
| PX-333 | 2/07/2002 | Distance Request Form – Test Title: New Wilson vs Titleist, Test Number: 2002004, Requested for: Bill Morgan (AC0025336-0025338) | | 402, 403, 802, CUM | | |
| PX-334 | 2/11/2002 | Distance Request Form – Test Title: Improved Spraylat Paint System, Test Number: 2002005, Requested for: Hogge (AC0025339-0025340) | | 402, 403, 802, CUM | | |
| PX-335 | 2/19/2002 | Distance Request Form – Test Title: Precept vs Titleist and Competitors, Test Number: 2002006, Requested for: Jason Williams (AC0025341-0025343) | | 402, 403, 802, CUM | | |
| PX-336 | 3/26/2002 | Distance Request Form – Test Title: Strata Tour Ultimate 2 vs Titleist – Renumbered as Distance/Spin 2002017, Test Number: 2002012, Requested for: Jason Williams, (AC0025344-0025345) | | 402, 403, 802, CUM | | |
| PX-337 | 4/05/2002 | Distance Request Form – Test Title: Improved Spraylat Paint System – Retest with "New" Balls, Test Number: 2002015, Requested for: Hogge (AC0025346-0025347) | | 402, 403, 802, CUM | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-338 | 7/30/2002 | Distance Request Form – Test Number: 2002021, Test Purpose: Determination of edge angle for these balls in 392x5 to 81.5% coverage, Requested for Doug Jones (AC0025348-0025350) | | 402, 403, 802, CUM | | |
| PX-339 | 8/08/2002 | Distance Request Form – Test Title: 332x7 with various amounts of polar dimple adjustments, Test Number 2002022, Requested for Doug Jones (AC0025351-0025352) | | 402, 403, 802, CUM | | |
| PX-340 | 9/17/2002 | Distance Request Form – Test Number: 2002023, Test Purpose: Rehit of DS2002064 using Hob's 881 and 882, Requested by: Mark Joaquin  (AC0025353-0025354) | | 402, 403, 802, CUM | | |
| PX-341 | 10/03/2002 | Distance Request Form – Test Title: Pro V1 392-5 Hob, Test Number: 2002024, Requested for Bill Morgan (AC0025355-0025357) | | 402, 403, 802, CUM | | |
| PX-342 | 10/08/2002 | Distance Request Form – Test Title: 2nd look at Spraylat vs PPG Solvent on 332x, Test Number: 2002025, Requested for: Doug Jones (AC0025358-0025359) | | 402, 403, 802, CUM | | |
| PX-343 | 10/14/2002 | Distance Request Form – Test Title: 332x (7) in current water-based paint system NOW IS DS2002088, Test Number: 2002026, Requested for: Doug Jones (AC0025360-0025361) | | 402, 403, 802, CUM | | |
| PX-344 | 7/11/2003 | Distance Request Form – Test Title: Cancelled 7/30 (per Hogge) – Consolidation: Effect of Paint Process Changes on Pro V1 Performance, Test Number: 2003002, Requested for: Hogge, (AC0025362-0025363) | | 402, 403, 802, CUM | | |
| PX-345 | 4/22/2002 | Email fr Bill Morgan to Jeff Dalton, cc'd Product Development Engineers, Kevin Harris, Larry Bissonnette, Mike Sullivan, Ed Hebert, re Notes from Product Development & Aerodynamics Update 4/16 & 1/17/02 (AC0030580-0030584) | | 402, 403, 802, CUM | | |
| PX-346 | | Presentation – New Pro V1 Product Summary (AC0034491.UR-0034507.UR) | | 802, AUTH, INC, F, CUM | | |
| PX-347 | | Ball type comparison testing data in terms of Driver Distance, Variation, Impact Areas (AC0045965.UR-0045973.UR) | | 802, AUTH, INC, F, CUM | | |
| PX-348 | 8/26/2002 | Distance and Spin Request Form – Test Title: 175 Bomb: 1st true prototypes (solvent paint), Test Number: 2002062, Requested For: Doug Jones (AC0046340.UR-0046343.UR) | | 402, 403, 802, CUM | | |
| PX-349 | | Construction data (relating to various ball types) (AC0048669-0048685) | | 402, 403, 802, F, CUM, MULT, AUTH, INC | | |
| PX-350 | 2005 | Report – 2005 Competitive Ball Review (AC0049052-0049120) | | 402, 403, 802, CUM, AUTH | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-351 | | Sales document – Titleist describing their process for providing test results in the competitive report (AC0049698-0049700) | | 402, 403, 802, AUTH, CUM | | |
| PX-352 | 2002 | Titleist Pro V1 392 testing data – Log # 2002008 (AC0054080) | | 402, 403, F, 802, CUM, INC | | |
| PX-353 | 2002 | Titleist Pro V1 Star testing data – Log # 2002009 (AC0054081) | | 402, 403, F, 802, CUM, INC | | |
| PX-354 | 2002 | Callaway CTU 30 Red testing data – Log # 2002018 (AC0054090) | | 402, 403, F, 802, CUM | | |
| PX-355 | 2002 | Callaway CTU 30 Blue testing data – Log # 2002019 (AC0054091) | | 402, 403, F, 802, CUM | | |
| PX-356 | 2002 | Callaway HX Red testing data – Log # 2002020 (AC0054092) | | 402, 403, F, 802, CUM | | |
| PX-357 | 2002 | Callaway HX Blue testing data – Log # 2002021 (AC0054093-0054096) | | 402, 403, F, 802, CUM | | |
| PX-358 | 2002 | Callaway CB1 Red testing data – Log # 2002026 (AC0054098) | | 402, 403, F, 802, CUM | | |
| PX-359 | 2002 | Callaway CB1 Blue testing data – Log # 2002027 (AC0054099) | | 402, 403, F, 802, CUM | | |
| PX-360 | 2/12/2002 | Pro V1 392 (core) testing data – Log # 2002008 (AC0054329) | | 402, 403, F, 802, CUM | | |
| PX-361 | 2/12/2002 | Titleist Pro V1 Star (core) testing data – Log # 2002009 (AC0054330) | | 402, 403, F, 802, CUM | | |
| PX-362 | 2/12/2002 | Callaway CTU 30 Red (core) testing data – Log # 2002018 (AC0054339) | | 402, 403, F, 802, CUM | | |
| PX-363 | 2/12/2002 | Callaway CTU 30 Blue (core) testing data – Log # 2002019 (AC0054340) | | 402, 403, F, 802, CUM | | |
| PX-364 | 4/05/2002 | Callaway HX Red (core) testing data – Log # 2002020 (AC0054341) | | 402, 403, F, 802, CUM | | |
| PX-365 | 4/05/2002 | Callaway HX Blue (core) testing data – Log # 2002021 (AC0054342) | | 402, 403, F, 802, CUM | | |
| PX-366 | 4/22/2002 | Email fr Bill Morgan to Jeff Dalton, cc'd Product Development Engineers, Kevin Harris, Larry Bissonnette, Mike Sullivan, Ed Hebert, re Notes from Product Development & Aerodynamics Update 4/16 & 4/17/02 (notes provided in email) (AC0102504.UR-0102508.UR) | | 402, 403, F, 802, CUM, DUP | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-367 | | Presentation – New Titleist Pro V1 and Pro V1x, by Bill Morgan (AC0116445-0116469) | | 402, 403, F, 802, CUM | | |
| PX-368 | 10/03/2006 | Distance and Spin Request Form, Test Title: 2007 Pro V1, Pro V1x vs. Competitive Tour balls, Test Number: 2006073, Requested for: Bill Morgan (AC0116775) | | 402, 403, F, 802, CUM, INC | | |
| PX-369 | 8/2000 | Acushnet Company – Veneer (Pro V1 – 392), Manufacturing Guidelines Manual, Ball Plants I & II (AC0020477.UR-0020495.UR) | | 402, 403, F, 802, CUM | | |
| PX-370 | 12/23/2002 | Email fr Doug Jones to William Brum, (along with 30 additional recipients from Acushnet, and 11 more individuals from Acushnet cc'd) re New Pro V1 and Pro V1x Platform Team Minutes 12/18/02 (minutes provided in the email) (AC0029935.UR-0029936.UR) | | 402, 403, F, 802, CUM | | |
| PX-371 | 10/21/1996 | Publication – Conforming Golf Balls, as approved by The United States Golf Association and The Royal and Ancient Golf Club of St. Andrews, Scotland (AC0040483-0040495) | | 402, 403, F, 802, CUM | | |
| PX-372 | 1/2006 | Acushnet Company – Pro V1-392 (Japan) Manufacturing Guidelines, Ball Plant III (AC0065364.UR-0065392.UR) | | 402, 403, F, 802, CUM | | |
| PX-373 | 09/27/2002 | Acushnet Intra-Company Correspondence fr Rick Rudzik to Distribution list re MRC Meeting Minutes – 9/25/02 (AC0066040.UR-0066047.UR) | | 402, 403, F, 802, CUM | | |
| PX-374 | 2/02/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jan. 2006) (AC0119833-0119834) | | 402, 403, F, 802, CUM | | |
| PX-375 | 2/02/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jan. 2006) (AC0119835) | | 402, 403, F, 802, CUM | | |
| PX-376 | 2/02/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jan. 2006) (AC0119836) | | 402, 403, F, 802, CUM | | |
| PX-377 | 3/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Feb. 2006) (AC0119837-0119838) | | 402, 403, F, 802, CUM | | |
| PX-378 | 3/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Feb. 2006) (AC0119839-0119840) | | 402, 403, F, 802, CUM | | |
| PX-379 | 3/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Feb. 2006) (AC0119841) | | 402, 403, F, 802, CUM | | |
| PX-380 | 4/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Mar. 2006) (AC0119842-0119843) | | 402, 403, F, 802, CUM | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-381 | 4/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Mar. 2006) (AC0119844) | | 402, 403, F, 802, CUM | | |
| PX-382 | 4/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Mar. 2006) (AC0119845-0119846) | | 402, 403, F, 802, CUM | | |
| PX-383 | 4/30/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Apr. 2006) (AC0119847-0119848) | | 402, 403, F, 802, CUM | | |
| PX-384 | 4/30/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Apr. 2006) (AC0119849) | | 402, 403, F, 802, CUM | | |
| PX-385 | 4/30/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Apr. 2006) (AC0119850-0119851) | | 402, 403, F, 802, CUM | | |
| PX-386 | 6/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (May 2006) (AC0119852-0119854) | | 402, 403, F, 802, CUM | | |
| PX-387 | 6/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (May 2006) (AC0119855) | | 402, 403, F, 802, CUM | | |
| PX-388 | 6/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (May 2006) (AC0119856-0119857) | | 402, 403, F, 802, CUM | | |
| PX-389 | 7/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jun. 2006) (AC0119858-0119860) | | 402, 403, F, 802, CUM | | |
| PX-390 | 7/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jun. 2006) (AC0119861) | | 402, 403, F, 802, CUM | | |
| PX-391 | 7/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jun. 2006) (AC0119862-0119863) | | 402, 403, F, 802, CUM | | |
| PX-392 | 8/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jul. 2006) (AC0119864-0119866) | | 402, 403, F, 802, CUM | | |
| PX-393 | 8/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jul. 2006) (AC0119867) | | 402, 403, F, 802, CUM | | |
| PX-394 | 8/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Jul. 2006) (AC0119868-0119869) | | 402, 403, F, 802, CUM | | |
| PX-395 | 9/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Aug 2006) (AC0119870-0119872) | | 402, 403, F, 802, CUM | | |
| PX-396 | 9/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Aug 2006) (AC0119873) | | 402, 403, F, 802, CUM | | |
| PX-397 | 9/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Aug. 2006) (AC0119874-0119875) | | 402, 403, F, 802, CUM | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-398 | 10/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Sept. 2006) (AC0119876-0119878) | | 402, 403, F, 802, CUM | | |
| PX-399 | 10/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Sept. 2006) (AC0119879) | | 402, 403, F, 802, CUM | | |
| PX-400 | 10/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Sept. 2006) (AC0119880-0119881) | | 402, 403, F, 802, CUM | | |
| PX-401 | 11/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Oct. 2006) (AC0119882-0119884) | | 402, 403, F, 802, CUM | | |
| PX-402 | 11/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Oct. 2006) (AC0119885) | | 402, 403, F, 802, CUM | | |
| PX-403 | 11/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Oct. 2006) (AC0119886-0119887) | | 402, 403, F, 802, CUM | | |
| PX-404 | 12/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Nov. 2006) (AC0119888-0119890) | | 402, 403, F, 802, CUM | | |
| PX-405 | 12/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Nov. 2006) (AC0119891) | | 402, 403, F, 802, CUM | | |
| PX-406 | 12/01/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Nov. 2006) (AC0119892-0119893) | | 402, 403, F, 802, CUM | | |
| PX-407 | 1/2007 | Sales Meeting General Session – Bill Morgan (AC 0116546 – 0116550) | | 402, 403, 802, INC, AUTH, CUM | | |
| PX-408 | | Change Notices BPII – (AC 018246.UR – 018314.UR) | | 402, 403, 802, AUTH, CUM | | |
| PX-409 | 12/2000 | Acushnet Company Pro V1 Manufacturing Guidelines Ball Plants I & II – (AC 018480.UR – 018500.UR) | | 402, 403, 802, CUM | | |
| PX-410 | 12/2002 | Acushnet Company Pro V1 392 Manufacturing Guidelines Ball Plants I & II – (AC 018460.UR – 018479.UR) | | 402, 403, 802, CUM | | |
| PX-411 | 10/2004 | Acushnet Company Pro V1x-332 Manufacturing Guidelines Ball Plant III (AC 018501.UR – 018527.UR) | | 402, 403, 802, CUM | | |
| PX-412 | 12/2000 | Acushnet Company Pro V1 392 Manufacturing Guidelines Ball Plants I & II (AC 018528.UR – 018548.UR) | | 402, 403, 802, CUM | | |
| PX-413 | | Acushnet Company Pro V1 392 Manufacturing Guidelines (AC 018549.UR – 018571.UR) | | 402, 403, 802, CUM | | |
| PX-414 | 11/2002 | Acushnet Company Pro V1 392 Manufacturing Guidelines Ball Plants I & II (AC 018572.UR – 018592.UR) | | 402, 403, 802, CUM | | |

| TRIAL Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-415 | 12/2002 | Acushnet Company Pro V1x 332 Manufacturing Guidelines Ball Plants I, II, and III (AC 018593.UR – 018617.UR) | | 402, 403, 802, CUM | | |
| PX-416 | 10/2004 | Acushnet Company Pro V1x – 332 Manufacturing Guidelines Ball Plant III (AC 018618.UR – 018647.UR) | | 402, 403, 802, CUM | | |
| PX-417 | 8/18/2005 | Change Notice Details  (AC 027830.UR – 027838.UR) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-418 | 8/18/2005 | Change Notice Details (AC 027839.UR – 027964.UR) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-419 | 12/23/2002 | Email from Doug Martin to Acushnet personnel re New Pro V1 and Pro V1x Platform Team Minutes 12/18/02 (AC 019107.UR – 019108.UR) | | 402, 403, 802, CUM | | |
| PX-420 | 3/15/2001 | Email from Doug Martin to Top Flite personel re Pro V1 molded ball changes (AC 020420.UR – 020421.UR) | | 402, 403, 802, CUM | | |
| PX-421 | 12/23/2002 | Email from Doug Jones to Acushnet personel re New Pro V1 and Pro v1x Platform Team Minutes (AC 029935.UR – 029936.UR) | | 402, 403, 802, CUM | | |
| PX-422 | 8/2000 | Acushnet Company Veneer (Pro V1 – 392) Manufacturing Guidelines Manual Ball Plants I & II (AC 020477.UR – 020495.UR) | | 402, 403, 802, CUM | | |
| PX-423 | 1/2006 | Acushnet Company Pro V1-392 (Japan) Manufacturing Guidelines Ball Plant III  (AC 065364.UR) | | 402, 403, 802, CUM, F, INC | | |
| PX-424 | | Manufacturing Change Notice BPI (AC 046803.UR – 046810.UR) | | 402, 403, 802, CUM, F, MULT | | |
| PX-425 | | Manufacturing Change Notices BPIII (AC 079084 – 079296) | | 402, 403, 802, CUM, F, MULT | | |
| PX-426 | 4/17/2001 | Opinion of Council opined by James G. Markey of Pennie & Edmonds LLP for Troy Lester re Invalidity Opinion of US Patent No. 6,210,293 to Sullivan assigned to Splading Sports Worldwide, Inc. for Multi-Layer Golf Ball including exhibits A-I (AC 0120415 – 0120496) | | 802 as to exhibits | | |

28

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-427 | 4/03/2003 | Opinion of Council opined by Edward A. Pennington of Swidler Berlin Shereff Friedman, LLP for Troy Lester re Invalidity and Unenforceability Opinion of US Patent Nos. 6,503,156 and 6,506,130 to Sullivan assigned to Spalding Sports Worldwide, Inc. for Golf Ball having Multi-Layer cover with Unique outer cover characterisitics including exhibits A-U (AC 0120837 – 0121090) | | 802 as to exhibits | | |
| PX-428 | 10/20/2003 | Opinion of Council opined by Edward A. Pennington of Swidler Berlin Shereff Friedman, LLP for Troy Lester re Invalidity and Unenforceability Opinion of US Patent Nos. 6,595,873 to Sullivan assigned to Spalding Sports Worldwide, Inc. for Multi-Layer Golf Ball including exhibits A-R (AC 0121177 – 01211365) | | 802 as to exhibits | | |
| PX-429 | | Golf Ball Box Covers (Photocopies) of assorted Pro V1 and Pro V1x Golf Balls (AC 0117465 – 0117509) | | 802, BEST, AUTH, INC, MULT | | |
| PX-430 | | Miscellaneous Hebert patent application and file history documentation (AC 0100168 – 0100908) | | 402, 403, CUM, MULT, INC | | |
| PX-431 | 4/13/2004 – 6/07/2004 | Acushnet Internal E-mail correspondence dated between 4/13/04 to 5/3/04 re Pro V1 development (AC 004605 – 004621) | | 402, 403, CUM, 802, MULT, F | | |
| PX-432 | 2/13/2004 – 4/06/2004 | Acushnet Internal E-mail correspondence dated between 2/13/04 – 4/6/04 re Pro V1 development (AC 004552 – 004594) | | 402, 403, 802, CUM, MULT, F | | |
| PX-433 | 2/10/2004 | Acushnet Internal E-mail correspondence (AC 004549 – 004551) | | 402, 403, 802, CUM, MULT, F | | |
| PX-434 | 1/15/2004 – 2/10/2004 | Acushnet Internal E-mail correspondence (AC 004512 – 004520) | | 402, 403, 802, CUM, MULT, F | | |
| PX-435 | 3/07/2003 - 3/12/2003 | Acushnet Internal E-mail correspondence (AC 00481 – 00483) | | 402, 403, 802, CUM, MULT, F | | |
| PX-436 | 01/19/2001 | Capital Expenditure Request (CER)/(FO 0000008 - 0000029) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-437 | 06/29/2001 | Capital Expenditure Request (CER) Acushnet's Urethane Ball Expansion A-83 (FO 0000031 - 0000040) | | 402, 403, 802, CUM, MULT, AUTH, DUP | | |
| PX-438 | 08/03/2001 | Capital Expenditure Request (CER) Acushnet's Urethane Ball Expansion A-84 (FO 0000042 - 0000046) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-439 | 10/29/2001 | Capital Expenditure Request (CER)- (FO 0000104 - 0000113) | | 402, 403, 802, CUM, MULT, AUTH | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-440 | 04/12/2001 | Email to Uihlein et al fr Morgan re The Earliest "V" Tests (AC0028868.UR) | | 402, 403, 802 | | |
| PX-441 | 09/09/1996 | Inter-Office Correspondence to Allen et al fr Boehm re Golf Ball New Product Team Meeting 09-06-96 (AC0040429 - 0040435) | | 402, 403, 802, CUM, F | | |
| PX-442 | | New Pro V1 Product Brief (AC0101050.UR - 0101062.UR) | | 402, 403, 802, CUM, MULT, F | | |
| PX-443 | 10/13/2000 | Email to Imamura et al fr Bohn re Titleist Pro V1 392 Creative Brief (AC 0033840 – 0033843) | | 402, 403, 802, CUM, MULT, F | | |
| PX-444 | 11/03/2000 | The New Titleist PRO_V1 Launch Communication Program (AW01431 - 01458) | | 402, 403, 802, CUM, MULT, F, AUTH | | |
| PX-445 | 5/25/2000 – 6/08/2000 | Veneer Vs Callaway Blue: Soft Feel (AC0019723 - 0019729) | | 402, 403, 802, CUM, MULT, F | | |
| PX-446 | 02/24/2003 | Email to Broome et al fr Morgan re HX Comparison (AC0028891.UR - 0028895.UR) | | 402, 403, 802, CUM, MULT, F | | |
| PX-447 | 10/12/2000 | Email to Cavallaro et al fr Morgan re V1 is Huge and so is this email (AC0109477.UR - 0109482.UR) | | 402, 403, 802, CUM, MULT, F | | |
| PX-448 | 08/2001 | Acushnet Co Ltr to Golfers fr Uihlein re Titleist Pro V1 Golf Ball (AW00034) | | 402, 403, 802, CUM, MULT, F | | |
| PX-449 | 2003 | A Sequel to Pro V1 (AW00041) | | 402, 403, 802, CUM, MULT, F | | |
| PX-450 | 02/08/2007 | Email to Acushnet Meida1 fr Gomes re Titleist Introduces New Pro V1 and Pro V1x Golf Balls  (AC0120352 - 0120355) | | 402, 403, 802, CUM, MULT, F | | |
| PX-451 | 04/05/2007 | Timeline (AW 02579 - 81) | | 402, 403, 802, CUM, MULT, F | | |
| PX-452 | 2005 | Our Most Important Victory is winning the trust of the worlds best players (AW00001 - 00050) | | 402, 403, 802, CUM, MULT, F | | |
| PX-453 | 07/29/2004 | Titleist webtop Golf ball survey results (AC0064957 - 0064962) | | 402, 403, 802, CUM, MULT, F | | |
| PX-454 | 05/10/2004 | Email to Bellis et al fr Sine re Another round of golf magazine questions (AC0034597 - 0034599) | | 402, 403, 802, CUM, MULT, F | | |
| PX-455 | 2005 | 2005 Media Recommendation ( AC0063202.UR - 0063227.UR) | | 402, 403, 802, CUM, MULT, F | | |
| PX-456 | 11/22/2005 | 2006 Media Plan Recommendation (AC0063293 - 0063365) | | 402, 403, 802, CUM, MULT, F | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-457 | 10/19/2001 | Email to Abrain et al fr Spark re Nov. Golf Ball new product development team meeting  (AC0030643.UR - 0030654.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-458 | 10/05/2000 | Email to Drumm et al fr Morgan re V-1 testing at New Albany classic (AC0028769.UR - 0028781.UR) | | 402, 403, 802, CUM | | |
| PX-459 | 07/22/2002 | Ltr to J. Simoneau et al fr Whelan re 2002 Competitive Spending Report-20 (AC0065075.UR - 0065093.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-460 | 03/10/2006 | Ltr to Bohn et al fr Ostrom re 2006Media Budget Summary/Flowchart Update (AC0065229.UR - 0065250.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-461 | 02/06/2003 | Email to Feeney et al fr Harwood re Strategies Attached-Driver and Pro V1 Family (AW01666 - 01668) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-462 | 05/12/2004 | Email to Treps et al fr Bohn re Titleist Advertising Schedule-May Update (AC0112449.UR - 0112453.UR) | | 402, 403, 802, CUM | | |
| PX-463 | | Table of Log numbers & Thickness (AC0059901.UR) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-464 | 12/2004 - 01/2005 | Data for Sample: Titleist Pro V1 392 (Ball) (AC0059632 - 0059642) | | 402, 403, 802, CUM, AUTH, INC, MULT | | |
| PX-465 | 2003 | Data for Sample: Titleist Pro V1 392 (Ball) (AC0057694 - 0057703) | | 402, 403, 802, CUM, AUTH, INC, MULT | | |
| PX-466 | | Data Sheets for Titleist Pro V1 392, V1x 332, (AC0000875.UR - 0000916.UR) | | 402, 403, 802, CUM, AUTH, INC, MULT | | |
| PX-467 | 01/25/2002 | Data Sheet for the Pro V1  *392  (AC0046761.UR - 0046763.UR) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-468 | 2003-2005 | Titleist Solid Construction Golf Balls Spreadsheet (AC0026632.UR - 0026640.UR) | | 402, 403, 802, AUTH, INC, MULT | | |
| PX-469 | 07/28/2004 | Email to Mayer et al fr Copolymers re DuPont order # DNHP61213A0000-Certification Letter (AC0012365.UR - 0012376.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-470 | 08/25/2005 | Incoming Raw Material-Quality Assurance Testing Record-Surlyn Resin 7940 (AC0013618 - 0013624) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-471 | 02/02/2007 | Defendant Acushnet's 2nd Supp Responses to Callaway's 1st set of Roggs to Acushnet NO. 2 | | 402, 403, 105 | | |
| PX-472 | 12/30/2006 | Titleist and Foot-Joy Worldwide – Product Analysis data, Program: SARO 15 (Dec. 2006) (AC0119894 - 0119896) | | 402, 403, 802, CUM, INC | | |
| PX-473 | 12/30/2006 | Product  Analysis for Titleist and Foot-Joy World Wide Consolidated/international (AC0119897) | | 402, 403, 802, CUM, INC | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-474 | 12/30/2006 | Product Analysis for Titleist and Foot-Joy World Wide Consolidated/inter-company (AC0119898 - 0119899) | | 402, 403, 802, CUM | | |
| PX-475 | 12/31/2000 | Product Analysis for Titleist and Foot-Joy World Wide Consolidated/US (AC0044080.UR - 0044092.UR) | | 402, 403, 802, CUM | | |
| PX-476 | 12/30/2000 | Product Analysis for Titleist and Foot-Joy World Wide Consolidated/International (AC0043849.UR - 0044279.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-477 | 10/17/2006 | Acushnet Company 2007 Strategic Plan (AC0119966 - 0120088) | | 402, 403, 802, CUM | | |
| PX-478 | 02/04/2002 | Ltr to Omtvedt re 2002 Financial Forecast (AC0047731.UR - 0047739.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-479 | | To Capex Committee fr Interim CER for Acushnet re Solid Core/ Veneer Ball Capacity Expansion A-82 (FO 0000009 - 0000024) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-480 | | Acushnet Solid Core/ Veneer Ball Expansion A-82 (FO 0000025 - 0000030) | | 402, 403, 802, CUM, INC, AUTH | | |
| PX-481 | 06/29/2001 | Acushnet Urethane Ball Expansion A-83 (FO 0000031 - 0000040) | | 402, 403, 802, CUM, AUTH | | |
| PX-482 | 08/03/2001 | Acushnet Urethane Ball Expansion A-84 (FO 0000042 - 0000046) | | 402, 403, 802, CUM, AUTH | | |
| PX-483 | 12/20/2001 | Fortune Brands Memo- To Ewers et al fr Flocco re Approval for Acushnet Capital Expenditure (FO 0000077 - 0000091) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-484 | 09/26/2005 | Acushnet Co Business Review (AC0076099.UR- AC0076128.UR) | | 402, 403, 802, CUM | | |
| PX-485 | 09/20/2004 | Email to International Market Managers et al fr Sine re 2005 Golf Ball Pricing (AC0031737.UR) | | 402, 403, 802 | | |
| PX-486 | 08/2000 | Veneer Pro V1-392 Manufacturing Guidelines Manual Ball Plants 1 & 2 (AB0111784 - 0111803) | | 402, 403, 802, CUM | | |
| PX-487 | 10/2000 | Veneer- Manufacturing Guidelines manual Ball plants 1 and 2 (AB0111826 - 0111844) | | 402, 403, 802, CUM | | |
| PX-488 | 12/2000 | Pro V1 392 Manufacturing Guidelines Ball Plants 1 & 2 (AB0038279 - 0038299) | | 402, 403, 802, CUM | | |
| PX-489 | 08/2001 | Dual Core Veneer Manufacturing Guidelines Ball Plants 1-3 (AB0111726 - 0111753) | | 402, 403, 802, CUM | | |
| PX-490 | 09/2001 | Pro V1 392 Mfg Guidelines Ball Plants 1-3 (AB0111755 - 0111782) | | 402, 403, 802, CUM, F | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-491 | 03/2002 | Pro V1 392 MFG Guidelines Ball Plants 1-3 (AB0111963 - 111990) | | 402, 403, 802, CUM, F | | |
| PX-492 | 11/2002 | Pro V1 392 MFG Guidelines Ball  Plants 1 & 2 (AB0038341 - 38361) | | 402, 403, 802, CUM, F | | |
| PX-493 | 12/2002 | PRO V1x 332 MFG Guidelines Ball Plants 1-3 (AB0015563 - 15587) | | 402, 403, 802, CUM, F | | |
| PX-494 | 10/2004 | PRO V1x 332 MFG Guidelines Ball Plant 1 (AB0015471 - 15497) | | 402, 403, 802, CUM | | |
| PX-495 | 11/2004 | PRO V1-392 MFG Guidelines Ball Plants 3 (AB0038532 - 38560) | | 402, 403, 802, CUM | | |
| PX-496 | 10/2004 | PRO V1x 332 MFG Guidelines Ball Plants 3 (AB0015588 - 15617) | | 402, 403, 802, CUM | | |
| PX-497 | 10/20/1998 | Email to Hebert et al fr Dalton re Veneer Revived (AC0019548.UR) | | 402, 403, 802, | | |
| PX-498 | 02/21/1996 | New Product Directive Project X Technology (AC0040355.UR - 40361.UR) | | 402, 403, 802, | | |
| PX-499 | 02/18/2000 | Veneer Development – Lab Notebook user Fletcher (AC0041186.UR - 0041198.UR) | | 402, 403, 802, MULT | | |
| PX-500 | 02/18/2000 | Veneer Development Lab Notebook user Fletcher (AC0041513.UR - 41527.UR) | | 402, 403, 802, MULT | | |
| PX-501 | 01/2000 | Veneer Ball Product Specs (AC0041270 - 0041275) | | 402, 403, 802, CUM, INC, AUTH, F | | |
| PX-502 | 02/15/2000 | Email to Mydlack et al fr Hebert re Veneer Ball Trial Summary 2-10-00 (AC0004139.UR - 0004141.UR) | | 402, 403, 802, CUM | | |
| PX-503 | 10/02/2000 | Email to Drumm et al fr Morgan re V-1 Cut/Shear (AC0020457.UR - 20459.UR) | | 402, 403, 802, CUM | | |
| PX-504 | 03/06/2000 | Email to Hebert et al fr Morgan re Veneer Strategy is defined March 06-2000 (AC0000253.UR - 0000254.UR) | | 402, 403, 802 | | |
| PX-505 | 08/17/2000 | Email to Morgan et al fr Aoyama re V1 vs. Callaway red headwind issues in T200066 (AC0000584 - 0000585) | | 402, 403, 802, CUM | | |
| PX-506 | 04/27/2000 | Email to Mydlack et al fr Cavallaro re Veneer Platform Team Update  (AC0019451.UR - 0019453.UR) | | 402, 403, 802, CUM | | |
| PX-507 | 04/18/2000 | Email to Morgan et al fr Aoyama re Veneer Vs. Callaway Test 200030 (AC0019513.UR - 0019514.UR) | | 402, 403, 802, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-508 | 04/01/2002 | Email to Product Development Engineers et al fr Dalton re Notes fr Pd and Aerodynamics update 3-29-02 (AC0000408.UR-AC0000410.UR ) | | 402, 403, 802, CUM, INC | | |
| PX-509 | 08/20/2004 | Distance and Spin Request Form  (AC0025079.UR - 0025083.UR) | | 402, 403, 802, CUM | | |
| PX-510 | 12/30/2000 | Veneer Vol 1 (AB0037028 - 0037256) | | 402, 403, 802 | | |
| PX-511 | | Veneer Vol 2 (AB0037257 - 0037523) | | 402, 403, 802 | | |
| PX-512 | | Veneer Vol 3 (AB0037524 - 0037706) | | 402, 403, 802 | | |
| PX-513 | | Veneer V1 vol 4 (AB0037707 - 0037935) | | 402, 403, 802 | | |
| PX-514 | | Veneer Vol 5 (AB0037936 - 0038022) | | 402, 403, 802 | | |
| PX-515 | 2002 | Improved Pro V1 volume 1 (AB0034583 - 0034829 ) | | 402, 403, 802 | | |
| PX-516 | | Improved Pro V1 volume 2   (AB0034830 - 0035195) | | 402, 403, 802 | | |
| PX-517 | 04/03/2001 | Email to Morgan et al fr Dalton re Possible Prior Art | | UNK | | |
| PX-518 | 01/03/2007 | Standard Test Method for Rubber Property-Durometer Hardness | | UNK | | |
| PX-519 | 02/20/1996 | New Product Directive- Multi-Layer Project DX (AC0040363.UR - 0367.UR) | | 402, 403, 802, INC, MULT | | |
| PX-520 | 01/2004 | Titelist Solid Construction Golf Balls Data Sheets (AC0026632.UR -26638.UR) | | 402, 403, 802, INC, CUM, MULT | | |
| PX-521 | 02/20/1996 | New Product Directive multi-layer Project X (AC0040363.UR - 0367.UR) | | 402, 403, 802, CUM, DUP | | |
| PX-522 | | Email to Cavallaro et al fr Hebert re Co-Injection Molded Cups-Update (CW0320910-0320911) | | 402, 403, 802, INC, CUM, AUTH, DISC | | |
| PX-523 | | Invention Record-Layered Ball with Tain Thermoset surface (CW0320903-0320909) | | 105, 402, 403, 802, MULT, CUM | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-524 | 07/15/1996 | Hebert/Titleist and Foot-Joy WorldWide Project X 2 (Urethane Veneer Cover) Project Update (AC0040520.UR) | | 402, 403, 802 | | |
| PX-525 | 1997 | Veneer Project Update-September 2  (AC0041187.UR) | | 402, 403, 802 | | |
| PX-526 | 10/20/1998 | Email to Hebert et al fr Dalton re Veneer Revived (AC0019548.UR) | | 402, 403, 802 | | |
| PX-527 | 01/12/1998 | Urethane Veneer Project-Dual Core Experiment (AC0040739.UR-40740.UR) | | 402, 403, 802 | | |
| PX-528 | 02/18/2000 | Intra-Company Correspondence to MFG Review Committee fr Rudzik re MFG Review Committee Minutes 2-16-00 (AC0065879-65895) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-529 | 02/18/2000 | Veneer Development Notebook by Fletcher  (AC0041513.UR-41527.UR) | | 402, 403, 802, MULT, DUP | | |
| PX-530 | 10/10/2000 | Draft # 3 Titleist High Performance multi- component Golf Ball to Debut at Las Vegas Invitational (AC0033824-33830) | | 402, 403, 802, CUM, ILL, INC | | |
| PX-531 | 10/17/2000 | US Patent No 6,132,324 (CW0179321-179331) | | 402, 403, 802 | | |
| PX-532 | 07/24/1996 | Email to Hebert et al fr Snell re Urethane Veneer Ball Update (AC0040412-40413) | | 402, 403, 802 | | |
| PX-533 | | Chapter 52- The Curious Persistence of the Wound Ball | | UNK | | |
| PX-534 | 1994 | Sullivan et al – The Relationship between golf ball construction and Performance (CW 317517-317532) | | 402, 403, 802, CUM, UNK, AUTH, INC, MULT | | |
| PX-535 | 12/07/2001 | Ltr to Arturi et al fr Nauman re US Patent No 293 and 894 Titleist PRO V1 (CW0274118-274121) | | 402, 403, 408, 802 | | |
| PX-536 | 01/16/2002 | Ltr to Nauman et al fr Arturi re US Patents No 293 and 894 Titleist PRO V1 (CW0274115-274116) | | 402, 403, 408, 802 | | |
| PX-537 | 08/08/2002 | Email to Arturi et al fr Nauman re Proposed Urethane License (CW0274062-274074) [Subject to FRE 408] | | 402, 403, 408, 802 | | |
| PX-538 | 08/22/2002 | Email to Nauman et al fr Arturi re Proposed Urethane License (CW0274054-274061) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, AUTH, INC | | |
| PX-539 | 09/19/2002 | Email to Arturi et al fr Nauman re Proposed Urethane License (CW0274042-274052) | | 402, 403, 408, 802 | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-540 | 06/30/2000 | License Agreement Between Acushnet and Dunlop Maxflisports Corp (AB0090086-90093) | | 402, 403, 802 | | |
| PX-541 | 07/08/1987 | Settlement Agreement between Spalding and Kidde Recreation Products (CW0274027-274031) | | 402, 403, 802, CUM | | |
| PX-542 | 11/15/1990 | Settlement Agreement between Spalding and Lisco (AC0014584-14615) | | 402, 403, CUM, INC | | |
| PX-543 | 12/18/2000 | Ltr to McCracken fr Nauman re Three groups of patents currently under discussion (CW0274558-0274560) | | 402, 403, 408, 802, CUM, INC | | |
| PX-544 | 06/20/2001 | Email to Sine fr Andre re The Pro V1 it aint-DRAFT of Note to TREPS (AC0034094-34096) | | 402, 403, 802, CUM | | |
| PX-545 | 2003 | January 2003 Sales Meeting –Summer cd (AC0030277.UR-30382.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-546 | | Chain of Command for Acushnet  (AC0030750-30771) | | 402, 403, 802, INC, AUTH, MULT | | |
| PX-547 | 08/15/2000 | Ltr to McCracken et al fr Nauman re Acushnet conducted extensive testing and analysis of Callaway's rule 35 golf balls (CW0274660-274666) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, MULT | | |
| PX-548 | | Golf Digest Magazine - June 2003 Cover page and Titleist Pro V1 "There's that Buzzing sound again" advertisement & April 2001 Cover page and "Word of Mouth On the new ball from Titleist isn't just positive.. It's deafening" Titleist Pro V1 advertisement (CW 0366587-0366591) | | 402, 403, 802, MULT, CUM, DISC | | |
| PX-549 | 12/21/2000 | Ltr to Nauman fr Catania re Summary of discussion pertaining to the Calabria patents and the Hebert Patents (CW0274550-274551) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-550 | 12/27/2000 | Ltr to Nauman fr Catania re List of cases that support our position concerning the failure to remove the word about from the claim (CW0274547-274548) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-551 | 12/06/2001 | Ltr to Nauman et al fr Arturi re US Patent Nos 293 and 894 Titleist Pro V1 (AC0014624) [Subject to FRE 408] | | 402, 403, 408, 802 | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-552 | 12/07/2001 | Ltr to Arturi fr Nauman re Our review of the 293 and 894 resulted in our conclusion that the titlesit pro v1 did not infringe any claims of either patent (CW00615304-615305) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-553 | 03/04/2002 | Ltr to Lester fr Bugbee re Follow up the conf. call on 2-12-02 (CW00615313-615325) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-554 | 09/19/2002 | Email to Arturi et al fr Nauman re Proposed Urethane License (CW00615365-615375) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, INC | | |
| PX-555 | | Pro V1 Clearance Chart (AC0120356-120360) | | 402, 403, 408, 802, INC, AUTH, AC, MULT | | |
| PX-556 | 04/03/2001 | Email to Morgan et al fr Dalton re Possible prior art (AC0120361) | | 402, 403, 802 | | |
| PX-557 | 04/04/2001 | Email to Morgan et al fr Dalton re More Prior Art (AC0120362) | | | | |
| PX-558 | 04/17/2001 | Opinion of Counsel- Penne & Edmonds LLP—Ltr to Lester et al fr Markey re Invalidity opinion of us patent no 293 to Sullivan assigned to Spalding for Multi-Layer Golf balls (AC0115679-115750) | | 802 as to exhibits | | |
| PX-559 | 04/13/2001 | Memo to Lester fr Sullivan re Competitive Patent Review Related to Planned Product Introductions (AC0120495-120496) | | 402, 403, 802, CUM, AC, INC, MULT | | |
| PX-560 | 04/11/2001 | Ltr to Nauman et al fr Lester re Invalidity Investigation of Us Patent no 293 issued to Spalding on 4-03-01 (AC0120363-120413) | | 802 | | |
| PX-561 | 04/08/2003 | Opinion of Counsel- Letter to Lester fr Pennington re Invalidity and Unenforceability opinion of US Patent Nos 156 and 130 to Sullivan assigned to Spalding For Golf balls having multi-layer cover with unique outer cover characteristics (AC0115945-116197) | | 802 as to exhibits | | |
| PX-562 | 10/20/2003 | Opinion of Counsel- ltr to Lester fr Pennington re Invalidity and unenforceability opinion of US Patent No 873 to Sullivan assigned to Spalding for Multi-Layer Golf Ball (AC0121177-121201) | | INC | | |
| PX-563 | | Conf-Priv Memo re Pro V Dual Core Patent Nos 293 Executive summary (AC0120492-120494) | | 802, AC | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-564 | 02/01/2002 | Ltr to Pennington et al fr Lester re Invalidity opinion of US Patent No 293 assigned to Spalding for Multi-Layered Golf Ball (AC0120560) | | 802, INC | | |
| PX-565 | 07/30/2002 | Fax to Lester fr Mulgrew re Summary of Requested Sullivan Family Analysis (AC0120576-120608) | | 802, CUM, INC, AC | | |
| PX-566 | 08/05/2003 | Troy Lester opinion memo to Nauman et al re Evaluation of Spalding '510 Patents (AC0120643-120836) [Subject to FRE 408] | | 802 | | |
| PX-567 | 12/16/2003 | Declaration of J. Mulgrew Under 37 CFR § 1.132 (CW0320889-320921) | | 402, 403, 802, CUM, DISC | | |
| PX-568 | 04/12/2001 | Email to Uihlein et al fr Morgan re The Earliest V Test (AC0028868.UR-28877.UR) | | 402, 403, 802, MULT | | |
| PX-569 | 08/2000 | Tour Distance SF and the Next Generation Product (AC0028332.UR - 28358.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-570 | 04/03/2001 | Email to Morgan et al fr Dalton re Possible Prior Art (AC0120361-120363) | | 402, 403, 802, CUM, AUTH, DUP, MULT, INC | | |
| PX-571 | 12/18/2000 | Letter fr Nauman to McCracken re the Lynch, Hebert, and Calabria patents attaching Patent License Proposal  (CW 0274558 - 274560) | | 402, 403, 408, 802, CUM, MULT | | |
| PX-572 | 04/29/2003 | Titleist Pro V1 392 Ball Specs (AC0057426) | | 402, 403, 802, CUM, AUTH | | |
| PX-573 | 06/09/2003 | Titleist Pro V1 392 Ball Specs (AC0057430) | | 402, 403, 802, CUM, AUTH | | |
| PX-574 | 07/22/2003 | Titleist Pro V1 392 Ball Specs (AC0057432) | | 402, 403, 802, CUM, AUTH | | |
| PX-575 | 07/28/2003 | Titleist Pro V1 392 Ball Specs  (AC0057433) | | 402, 403, 802, CUM, AUTH | | |
| PX-576 | 08/11/2003 | Titleist Pro V1 392 Ball Specs (AC0057436) | | 402, 403, 802, CUM, AUTH | | |
| PX-577 | 08/14/2003 | Titleist Pro V1 392 Ball Specs (AC0057438) | | 402, 403, 802, CUM, AUTH | | |
| PX-578 | 08/23/2003 | Titleist Pro V1 392 Ball Specs (AC0057440) | | 402, 403, 802, CUM, AUTH | | |
| PX-579 | 09/02/2003 | Titleist Pro V1 392 Ball Specs (AC0057442) | | 402, 403, 802, CUM, AUTH | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-580 | 01/2004 | Titleist Solid Construction Golf Balls Table (AC0026632-26640) | | 402, 403, 802, CUM, AUTH, MULT, DUP | | |
| PX-581 | 04/29/2002 | Titleist Pro V1 Star Ball Specs (AC0054583) | | 402, 403, 802, CUM, AUTH | | |
| PX-582 | | New Pro V1 Product Brief (AC0101050.UR-101072.UR) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-583 | | The Road to Our Present Day Pro V1 Journey (AC0000072-0097) | | 402, 403, 802, CUM, AUTH | | |
| PX-584 | 02/14/2001 | Email to Steinbred fr Sine re PRO v1 (AC0036670-36671) | | 402, 403, 802, CUM | | |
| PX-585 | 06/20/2001 | Email to Sine fr Andre re The Pro V1 it ain't –draft of note to TREPS (AC0034094-34096) | | 402, 403, 802, CUM | | |
| PX-586 | 10/17/2006 | Acushnet Company 2007 Strategic Plan (AC0119966-120088) | | 402, 403, 802, CUM, DUP | | |
| PX-587 | | Titleist Market analysis etc (AC0023618-23740) | | 402, 403, 802, CUM | | |
| PX-588 | 06/20/1996 | Interoffice Memo to Morgan et al fr Hebert re Layered Ball testing with Brad Faxon (AC0040398-40400) | | 802 | | |
| PX-589 | 06/28/1996 | Interoffice Memo to Snell et al fr Hebert re GHO Layered Performance Ball Testing-6-25-96 (AC0040402-40404) | | 802 | | |
| PX-590 | 10/04/1996 | Golf Ball New Product Team Meeting Minutes (AC0029069.UR-29079.UR) | | 802 | | |
| PX-591 | 07/15/1996 | Heberte/Titleist & Foot-Joy Worldwide: Project X2 (Urethane Veneer Cover) Project Update (AC0040520.UR) | | 802, CUM, DUP | | |
| PX-592 | 07/24/1996 | Email to Hebert et al fr Snell re Urethane Veneer Ball Update (AC0029090.UR-29091.UR) | | 802, DUP | | |
| PX-593 | | Invention Record: Layered Ball with Thin Thermoset Surface (CW0320903-320909) | | 402, 403, 802, CUM, DUP, DISC | | |
| PX-594 | 10/26/1999 | US Patent No 5,971,869 (CW0296056-296066) | | 402, 403, 802, CUM | | |
| PX-595 | 08/08/2000 | United States Patent No 6,100,340 | | 402, 403, 802, CUM | | |
| PX-596 | 05/06/1998 | Research Technology –How Discontinuous Innovation Really Happens | | UNK | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-597 | | Statz- Surlyn Ionomers for Golf Ball Covers (AC0131200-131207) | | 402, 403, 802 | | |
| PX-598 | | Statz- Methods for Developing New Polymers for Golf Ball covers (AC0130722-130726) | | 402, 403, 802 | | |
| PX-599 | 06/23/1981 | US Patent No 4,274,637 (CW0303515-303530) | | | | |
| PX-600 | | Standard Test Method for Rubber Property-Durometer Hardness | | UNK | | |
| PX-601 | | Exhibit O-JIS C and Shore D/Shore A Hardness Values | | 402, 403, 802, CUM, AUTH, INC, UNK | | |
| PX-602 | | JIS C and Shore D/Shore A Hardness Values (CW0076878-76879) | | | | |
| PX-603 | 05/24/1994 | US Patent No 5,314,187 (CW0300577-300587) | | | | |
| PX-604 | 11/01/2005 | US Patent No 6,960,630 B2 (CW0301046-301058) | | 402, 403, 802, CUM | | |
| PX-605 | | Employee File (CW0253246-253285) | | 402, 403, 802, AUTH, MULT. | | |
| PX-606 | 05/24/1991 | Memo to Ferris fr Sullivan re Catalogue Background Info-Spalding Research (CW00507275-507282) | | 402, 403, 802, CUM, AUTH | | |
| PX-607 | | Handwritten Notes re Key Accomplishments (CW00503898-503899) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-608 | 06/12/1984 | Agreement & Waiver  Signed by Sullivan  (CW0253286) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-609 | | Handwritten Notes re Intro Self, Nealon, Bellinger, Tavares (CW00551673-551674) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-610 | | 127 Years of Excellence and Innovation Time Line (CW00610225) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-611 | | Handwritten notes titled "Titleist's view of its own Strengths and Weakness' (CW00555285-555288) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-612 | 08/02/1994 | US Patent No. 5,334,673 (CW0304056-304061) | | | | |
| PX-613 | 03/21/1991 | Engineering and Research Notebook/Spalding (CW00611726,CW611786.01, CW611786.02,CW00611805) | | 402, 403, 802, INC | | |

| TRIAL Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-614 | 09/26/1995 | Memo to Sullivan fr Binette re Castable PU Covered Multi-Layer Balls (CW00522440-522441) | | 402, 403, 802, CUM, AUTH | | |
| PX-615 | | Improved Multi-Layer Golf Ball-Field of the Invention (CW0300231-300283) | | 402, 403, 802, CUM, AUTH | | |
| PX-616 | 05/24/1993 | Assignment in Improved Multi-Layer Golf Ball (CW0300288-300290) | | 802, AUTH | | |
| PX-617 | 05/24/1993 | Declaration for Patent Application Docket No. P-3724/SLD 2 035 (CW0300285-300286) | | 802 | | |
| PX-618 | 10/31/1995 | Declaration for Patent Application Docket No. P-3724-2/SLD 2 035-3-3 (CW0300356-300402) | | 402, 403, 802, AUTH, ILL, MULT, INC | | |
| PX-619 | 11/20/2000 | Acushnet Miscellaneous Notebook for Sullivan, Research dept. (AC0090622-90715) | | 402, 403, 802, CUM, AUTH | | |
| PX-620 | | Acushnet Company-Privileged Memo- Freedom to operate opinion pro v dual core (AC0120492-120496) | | DUP, AC, MULT | | |
| PX-621 | 04/17/2001 | Opinion of Counsel-Pennie & Edmonds (AC0115679-115698) | | DUP, INC | | |
| PX-622 | 10/20/2003 | Opinion of Counsel- Swindler Berlin Shereff Friedman (AC0115751-115772) | | DUP, INC | | |
| PX-623 | 04/08/2003 | Opinion of Counsel –Swindler Berlin Shereff Friedman (AC0115945-115981) | | DUP, INC | | |
| PX-624 | 1994 | Article- Sullivan et al –The Relationship between golf ball construction and performance (CW0317527-317532) | | 402, 403, 802, AUTH | | |
| PX-625 | 09/06/1989 | Engineering and Research Notebook for Sullivan (CW00611621,CW611660.01) | | 402, 403, 802, CUM, INC, UNK | | |
| PX-626 | 02/26/2001 | Email to Mayer et al fr Wu re Vibrathane 23.708 as an alternate prepolymer for PRO V1 (AC0020415.UR) | | 402, 403, 802, CUM | | |
| PX-627 | 07/12/2000 | Polyurethane projects-Wu & Kuntimaddi (AC0019566) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-628 | 12/6/2001 | Arturi Letter to Nauman re '293 and '894 (CW 0274122) [Subject to FRE 408] | | 408, 802, CUM | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-629 | | Nauman letter to Arturi re '293 and '894 (AC0099813-99814); with 8/18/2001 GolfWeek article re Titleist producing 5 million dozen per year; taking two months to accomplish what normally was done in six (AC0099815); and 8/2001 Uhlien letter to "Loyal Golfers" re: introduction of Pro VI (AC0099816) | | 408, 802, CUM, INC | | |
| PX-630 | 01/16/2002 | Arturi letter to Nauman re '293 and '894 (AC100109-100111) | | 408, 802, CUM, DUP | | |
| PX-631 | 1/22/2002 | Nauman letter to Arturi re '293 and '894 (AC0099819-99820) [Subject to FRE 408] | | 408, 802, CUM, DUP | | |
| PX-632 | 3/04/2002 | Bugbee letter to Lester re '293 and '894 (AC0100092-100104) [Subject to FRE 408] | | 408, 802, CUM, DUP | | |
| PX-633 | 8/08/2002 | Nauman email to Arturi re Proposed Urethane License (CW 0274062-0274074) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-634 | 8/22/2002 | Arturi email to Nauman re Proposed Urethane License (CW 0274054) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, DUP | | |
| PX-635 | 09/19/2002 | Nauman email to Arturi re Proposed Urethane License (CW 0274042-0274061) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, MULT | | |
| PX-636 | 10/08/2002 | Arturi email to Nauman re Proposed Urethane License (CW 0274041) [Subject to FRE 408] | | 402, 403, 408, 802, CUM, DUP | | |
| PX-637 | 11/08/2002 | Arturi email to Nauman re Next meeting (CW 0274039) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-638 | 12/10/2002 | Nauman letter to Arturi re Thursday December 12th Meeting at Framingham Sheraton (CW 0274412) [Subject to FRE 408] | | 402, 403, 408, 802 | | |
| PX-639 | 8/22/2003 | Nauman email to McCracken re Call Back (AC0100019-100031) | | 402, 403, 408, 802, CUM | | |
| PX-640 | 8/26/2003 | McCracken letter to Nauman re potential License Agreement (CW 0282408-282410) | | 802, INC | | |
| PX-641 | 6/30/2003 | Asset Purchase Agreement between Top-Flite and Callaway Golf (CW 0274695-274763) | | 402, 403, 802, INC | | |
| PX-642 | | Asset Purchase Agreement Amendment No. 1 (CW 0282496-0282505) | | 402, 403, 802, INC | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-643 | 9/04/2003 | Amendment No. 2 to Asset Purchase Agreement 24 (CW 0284940-02824953) | | 402, 403, 802, INC | | |
| PX-644 | 11/15/1990 | Settlement Agreement between Spalding & Evenflo Companies, Inc. and Acushnet (CW 0273914-273930) | | 402, 403, 802, CUM | | |
| PX-645 | | Settlement Agreement between Spalding & Evenflo Companies, Inc., and Lisco Inc and Acushnet Company (CW 0273951-0273970) | | 802, INC, DUP | | |
| PX-646 | 12/24/1986 | Settlement Agreement between Spalding & Evenflo inc., and Ram Golf Corp. (CW 0274017-0274026) | | 402, 403, 802, CUM, AUTH | | |
| PX-647 | Fall 2000 | CG magazine article titled "Callaway Golf Consolidates Club, Ball Operations (CW 168226-168243) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-648 | 8/26/2003 | Golf Ball Product Group Meeting Minutes –(CW 001882842-1882844) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-649 | 9/13/2001 | Tom Kennedy Email to Jim Craigie re Hal Sutton (CW 00534411) | | 402, 403, 802 | | |
| PX-650 | 7/05/2001 | T. Kennedy Memo to J. Cragie re New Product Update (CW 1850789-791) | | 402, 403, 802 | | |
| PX-651 | 1/07/2002 | T. Kennedy Memo to J. Craigie re New product Update (CW001850553-557) | | 402, 403, 802, INC | | |
| PX-652 | 12/01/2005 | Golf Equipment Testing – Past,  Present and Future by Thomas J. Kennedy, III, Callaway Golf  (CW 253217) | | 402, 403, 802, INC | | |
| PX-653 | 6/30/2003 | Asset Purchase Agreement between Top-Flite Golf Company (f/k/a SPALDING)  and Callaway Golf Company CW 0282422-0282495) | | 402, 403, 802, INC | | |
| PX-654 | 8/26/2003 | McCracken letter to Joe Nauman re Potential License Agreement (discusses icense to the '510 fmily  and document idicating CG would probably take lump sum of 10 million) (CW 0325715-325720) | | 802 | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-655 | | Schedule 2.14 to Asset and Purchase Agreement (CW 0274938-0274866) | | 402, 403, 802, CUM, AUTH, UNK | | |
| PX-656 | 1/01/2000 | License Agreement between Callaway Golf Company and Acushnet Company (CW 0274474-0274489) | | 802 | | |
| PX-657 | 9/30/2003 | U.S. Securities and exchange Commission Form 10-Q re Callaway Golf Company (CW 0286930-0287013) | | 802 | | |
| PX-658 | 8/21/2003 | Email exchanges between Steve McCracken and Joe Nauman re potential license to the '510 family (AC 0100027-0100029) | | 402, 403, 802, 408, CUM | | |
| PX-659 | 8/22/2003 | Email exchanges between Jaumand Nd Joe McCracken re Call back with further discussion re '510 family (AC0100019-0100021) | | 802, 408 | | |
| PX-660 | 1/09/2001 | Confidential Agreement and Patent License Proposal (AC99585-586) [Subject to FRE 408] | | 402, 403, 802, 408, CUM | | |
| PX-661 | 1/23/2001 | License Proposal from Nauman to Steve McCracken (AC99582-584) [Subject to FRE 408] | | 402, 403, 802, 408, CUM | | |
| PX-662 | 2/16/2001 | Letter from Steve McCracken to Joe Nauman re Hebert License Terms (AC99549-552) [Subject to FRE 408] | | 402, 403, 802, 408, CUM | | |
| PX-663 | | Hebert License (AC 100118-139) | | 802 | | |
| PX-664 | 1/16/2002 | Arturi letter to Joe Nauman (CW 615309-310) | | 402, 403, 802, 408, CUM, INC | | |
| PX-665 | 1/22/2002 | Nauman Nauman letter to Peter artuei (CW 615311-312) [Subject to FRE 408] | | 402, 403, 802, 408 | | |
| PX-666 | 3/18/2002 | Joe Nauman letter to Peter arturi re Spalding applications (CW 274085-088) | | 402, 403, 802, 408 | | |
| PX-667 | 5/24/2002 | Arturi letter to Nauman re proposes Agreement (CW 274378-386) [Subject to FRE 408] | | 402, 403, 802, 408 | | |
| PX-668 | 12/2001 | Atachment to 12/2001 letter (CW 615306-307) | | 402, 403, 802, 408, CUM, INC, UNK, AUTH | | |

44

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-669 | | Email exchanges between Arturi and Nauman re December meeting (CW 274036) [Subject to FRE 408] | | 402, 403, 802, 408, CUM, DUP | | |
| PX-670 | 8/2003 | Email exchanges between Joe Nauman and Steve McCracken re potential license to Spalding (AC 100027-29) | | 408, 802, MULT | | |
| PX-671 | 8/2003 | Proposed term sheet for Spaldign patents (AC 100025-26) | | 402, 403, 802, 408, CUM, INC | | |
| PX-672 | | Email echanged betweein Joe Nauman and Steve McCracken re Proposed terms for license to Spalding patents (AC 100019021) | | 802, 408 | | |
| PX-673 | 8/26/2003 | Steve McCracken letter to Nauman re potentiallicense Agreemet (AC 17172-74) | | 802 | | |
| PX-674 | | Employment offer to Sullivan (AC 99721-724) | | 402, 403, 802 | | |
| PX-675 | | Emplouyment Agreement between Sullivan and Acushnet ((AC99638-651) | | 402, 403, 802, CUM | | |
| PX-676 | | Callaway Golf ball Company New Hire Training (CG 33676-33955) | | UNK | | |
| PX-677 | | Dewanju Lab Notebook (CS 0032248-32250) | | UNK | | |
| PX-678 | | Morgan Declaration from Bridgestone litigation | | 802 | | |
| PX-679 | | Bellis Declaration from Bridgestone litigation | | 802 | | |
| PX-680 | | Love Declaration from Bridgestone litigation | | 802 | | |
| PX-681 | 3/25/2003 | Report titled "Assessing Strategic Options forSpalding by Oaktree Capital Management, LLC (CW 00595802-00595867) | | 402, 403, 802, CUM | | |
| PX-682 | | Acushnet Shore D Data (AC000900) | | 402, 403, 802, CUM, INC | | |
| PX-683 | 8/25/2000 | Callaway Golf Ball MFG Specification Sku #2-Firm/Red Rule 35 Part # 63121 (CW0002249-CW0002251) | | 402, 403, 802, INC, CUM, F, AUTH | | |
| PX-684 | 8/2001 | Ball Specs Folder (CW0008575-CW0008587) | | 402, 403, 802, INC, CUM, F, AUTH, MULT | | |

45

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-685 | | Competitive Ball Technical Profile-Project # B00-01-0094 (CW0081796-81797) | | 402, 403, 802, INC, CUM, F, AUTH | | |
| PX-686 | | Competitive Ball Technical Profile-Project # B00-01-0095 (CW0080466-80467) | | 402, 403, 802, INC, CUM, F, AUTH | | |
| PX-687 | 11/01/2000 | Callaway with Logo in blue-Rule 35-B00-01-0094 (CW0081794-81795) | | 402, 403, 802, INC, CUM, F, MULT, AUTH | | |
| PX-688 | 11/02/2004 | Physicals for HX and HX TPU Balls (CW0223002) | | 402, 403, 802, INC, CUM, F, MULT, AUTH | | |
| PX-689 | 2/27/1998 | CB-3 Design Rationale (CW0078770-CW0078771) | | 402, 403, 802 | | |
| PX-690 | | Callaway golf balls- VP Callaway Golf Ball Product Management (CW001152203-1152255) | | 402, 403, 802, INC, CUM, F | | |
| PX-691 | | The Callaway Golf Ball (CW0124330-124335) | | 402, 403, 802, INC, F | | |
| PX-692 | | Callaway Golf Ball Company R&D Presented by Felker (CW001649189-1649221) | | 402, 403, 802, INC, F | | |
| PX-693 | | THIN WINS!!  Cast Thermoset Ployurethane Cover (CW0212871-212874) | | 402, 403, 802 | | |
| PX-694 | | Callaway 1- Rule #5 Brochure (CW0212938-212965) | | 402, 403, 802 | | |
| PX-695 | | The Golf Ball Business (CW001072879-1072911) | | 402, 403, 802, AUTH | | |
| PX-696 | 9/27/2006 | Share Graph and Tables (CW001141029-1141034) | | 402, 403, 802, AUTH, MULT | | |
| PX-697 | | Callaway Financials (CW001136853-1137018) | | 402, 403, 802, MULT, INC | | |
| PX-698 | 2003 | 2003 Callaway golf Annual Report | | 105, 802 | | |
| PX-699 | | Callaway Golf Ball 3-5 Year Projection (CW0009723-9734) | | 402, 403, 802, MULT, INC | | |
| PX-700 | 2002 - 2005 | Strategic Plan (CW0011446560-1146572) | | 402, 403, 802, F, INC, MULT | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-701 | 1/18/1996 | Herb Boehm inter-office correspondence to Dennis Allen, Jerry Bellis, Bob Dubiel, David Longfritz, Bill Morgan, George Sine and Wally Ulhlein re Meeting Notes (AC0028936.UR-28938.UR) | | 802 | | |
| PX-702 | 6/28/1996 | Hebert Titleist and Foot-Joy Worldwide Inter-office Memo to Dean Snell, Jeff Dalton, Bill Morgan and Herb Boehm re GHO, Layered Performance Ball Testing  (AC0040402) | | 802 | | |
| PX-703 | | PGA Tour Testing:  Greater Hartford Open (AC0040544) | | 802 | | |
| PX-704 | 2/29/2000 | Herb Boehm Titleist and Footjoy Worldwide Inter-office Correspondence to Ed Abrain, Dennis Allen, Eric Bartsch, Jerry Bellis, Mary Lou Bohn, Dennis Brissette, et al re Golf Ball Product Development Team Meeting- 2/28/2000 (AC0029132.UR-29136.UR) | | 402, 403, 802, F, CUM | | |
| PX-705 | 4/04/2000 | Herb Boehm Acushnet Company Inter-office Correspondence re Golf Ball product Development Team Meeting - 4-3-2000 (AC0029156.UR-29158.UR) | | 402, 403, 802, F, CUM | | |
| PX-706 | 8/05/2000 | Bill Morgan email to Ed Hebert re One of Three (AC0029187.UR) | | 402, 403, 802, F, CUM, INC | | |
| PX-707 | 6/05/2000 | Bill Morgan email to Ed Herbert re Two of Three (AC0029188.UR-29190.UR) | | 402, 403, 802, F, CUM | | |
| PX-708 | 5/30/2000 | Bill Morgan Email to Jeff Dalton, Devin Harris re "The Smell of O'Meara, let it not be our self immolation!" (AC0029183.UR-29184.UR) | | 402, 403, 802, F, CUM | | |
| PX-709 | 5/30/2000 | Ed Abrain email to Bill Morgan and Herb Boehm re "The smell of O'Meara, let it not be our self immolation!" (AC0040463-464) | | 402, 403, 802, F, CUM | | |
| PX-710 | 5/30/2000 | Bill Morgan email to Herb Boehm re "The smell of O'Meara, let it not be our self immolation!"(AC0069564) | | 402, 403, 802, F, CUM | | |
| PX-711 | 6/05/2000 | Bill Morgan email to Ed Herbert re Three of three (AC0029191.UR-2194.UR) | | 402, 403, 802, F, CUM | | |
| PX-712 | 6/07/2000 | Megan Morgan email to Jeff Dalton, Bill Morgan and Ed Hebert re Phil Mickelson meets veneer (AC0040465) | | 802 | | |
| PX-713 | 9/22/2000 | Golf World Article titled "Going  to Great Lengths" (AC0089569) | | 402, 403, 802, F, CUM, INC | | |
| PX-714 | 6/29/2000 | Jeff Dalton email to Megan Morgan re Veneer + Phil =long email (AC000925-928) | | 402, 403, 802, F, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-715 | 6/29/2000 | Bill Morgan email to Heb Boehm, Ed Abrain, Wally Ulhlein and Bill Young re Veneer Schedule (AB0038208) | | 402, 403, 802, F, CUM | | |
| PX-716 | 4/11/2001 | Joe Gomes email to Ed Abrain, Jerry Bellis, Herb Boehm, Mary Lou Bohn, bill Morgan, George sine, Bill Young, Mac Fritz and Wally Ulhlein re SI (AC0089600-89605) | | 402, 403, 802, F, CUM | | |
| PX-717 | 8/25/2000 | Herb Boehm Acushnet company Inter-office Correspondence re Golf ball Product Development Team Meeting- August 24, 2000 (AC0102408.UR-102412.UR) | | 402, 403, 802, F, CUM | | |
| PX-718 | 6/19/2006 | Kieran Andre email to Troy Lester re Jim Achenbach Questions – Pro V1: 5 Years Later and Pinnacle CLR (AC0080047-80051) | | 402, 403, 802, F, CUM | | |
| PX-719 | 10/05/2000 | Megan Morgan email to Jack Drumm, Bill Morgan re V-1 Testing at New Albany Classic (AC0028769.UR-28781) | | 402, 403, 802, F, CUM | | |
| PX-720 | 6/20/2001 | Jerry Bellis email to TREPS re competitive Attacks on the Titleist Pro V1 (AC0034099-34101) | | 402, 403, 802, F, CUM | | |
| PX-721 | 10/12/2000 | Bill Morgan email  to Chris Cavallero (AC0109477.UR-109482.UR) | | 402, 403, 802, F, CUM | | |
| PX-722 | 8/18/2001 | "Inside Look"  Titleist's Big Makeover by John Steinbreder (AC0089551-552) | | 402, 403, 802, F, CUM | | |
| PX-723 | 2/20/2007 | SouthCoast Today.com article titled "Economy hits golf industry (CW 0334979-80) | | 402, 403, 802, F, CUM, DISC | | |
| PX-724 | 10/12/2000 | George Sne email to Golf Bal marketing Team re Pro V1 392-the most played ball in Vegas! (AC0109474.UR-475.ur) | | 402, 403, 802, F, CUM | | |
| PX-725 | 4/24/2001 | Modified V1 (30 D Cover material) Testing- LGPA, 4/24/01, Austin TX Executive Summary (AC0039772-780) | | 402, 403, 802, F, CUM | | |
| PX-726 | 1/20/2002 | Wally Ulhlein email to Herb Boehm, Bill Morgan, Jerry Bellis, George Sine,  Ed Abrain and Joe Nauman re Mickelson ProV1 and Pro V1 Star (AC0030642) | | 402, 403, 802, F, CUM | | |
| PX-727 | 8/25/2000 | Jack Drumm email to bill Morgan, Heb Boehm, Wally Ulhlein re Manchester Lane Testing with Tim Kite August 24, 2000 (AC0028751.UR-754.UR) | | 402, 403, 802, F, CUM | | |
| PX-728 | 3/01/2001 | Jack Drumm Email to Bill Morgan, re VDC testing with Greg Norman…February 28, 2001 (AC0028851.UR-53.UR) | | 402, 403, 802, F, CUM | | |
| PX-729 | 3/30/2001 | Jack Drumm email to Bill Morgan re Testing at BellSouth…March 2001 (AC0028861.UR-64.UR) | | 402, 403, 802, F, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-730 | 4/17/2001 | Jack Drumm email to Bill Morgan re Field Visit to MCI WorldCom…Hilton Head, SC (AC0028869-28877.UR) | | 402, 403, 802, F, CUM | | |
| PX-731 | 9/04/2001 | Jack Drumm email to Bill Morgan, Wally Ulhlein, Bill Young re O'Meara comments/observations (AC0046373-46375) | | 402, 403, 802, F, CUM | | |
| PX-732 | 9/15/2001 | Jack Drumm email to Bill Morgan re PGA Tour player observations from St. Louis…September 10, 11,12, 2001 | | 402, 403, 802, F, CUM | | |
| PX-733 | | Acushnet Objections and Responses to Callaway Golf's 1st Set of Request For Admissions to Acushnet – Nos. 1-42 | | 402, 403 | | |
| PX-734 | | Acushnet Responses to Callaway's 1st Set of Interrogatories – Nos. 1-11 | | 402, 403, 802 | | |
| PX-735 | | Acushnet Supplemental  Responses to Callaway's 1st Set of Interrogatories – No. 2 | | 402, 403, 802 | | |
| PX-736 | | Acushnet Second Supplemental Responses to Callaway's 1st Set of Interrogatories – No.2 | | 402, 403, 802 | | |
| PX-737 | 06/28/2001 | Ball Specs for double cover solid core (AC0000875.UR-877.UR) | | 402, 403, 802, F, CUM, INC, F | | |
| PX-738 | 01/25/2002 | Bal Specs for double cover solid core (AC0000878.UR-880.UR) | | 402, 403, 802, F, CUM | | |
| PX-739 | 03/12/2002 | Ball Specs for double cover solid core (AC0000881.UR-883.UR) | | 402, 403, 802, F, CUM | | |
| PX-740 | 03/08/2002 | Ball Specs for double cover solid core (AC0000894.UR-896.UR) | | 402, 403, 802, F, CUM | | |
| PX-741 | 11/26/2002 | Ball Specs for double cover solid core (AC0000897.UR-899.UR) | | 402, 403, 802, F, CUM | | |
| PX-742 | 04/04/2003 | Ball Specs for double cover solid core  (AC0000900.UR-902.UR) | | 402, 403, 802, F, CUM | | |
| PX-743 | 11/03/2004 | Ball Specs for double cover solid core (AC0000903.UR-905.UR) | | 402, 403, 802, F, CUM | | |
| PX-744 | 11/26/2002 | Ball Specs for double cover double solid core (AC0000906.UR-909.UR) | | 402, 403, 802, F, CUM, INC, F | | |
| PX-745 | 04/04/2003 | Ball Specs for double cover double solid core (AC0000910.UR-913.UR) | | 402, 403, 802, F, CUM | | |
| PX-746 | 12/21/1999 | Email to Puniello fr Hebert re Cost Analysis of Veneer Ball Mantel- Compression vs. Injection Molding  (AC0004173.UR-4176.UR) | | 402, 403, 802, F, CUM, INC, F | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-747 | 06/07/2004 | RPIM Casing-8660 Elimination by P. Puniello (AC0005369-5373) | | 402, 403, 802, F, CUM | | |
| PX-748 | 07/29/2004 | Email to Mayer et al re DuPont Order Number DNHP61213A0000-Certification Letter   (AC0012365.UR-12376.UR) | | AUTH | | |
| PX-749 | 11/03/2004 | Email to Mayer et al re DuPont order Number DNHP68510A0000-Certification Letter (AC0012388.UR-12398.UR) | | AUTH | | |
| PX-750 | 11/10/2004 | Email to Mayer et al re DuPont Order Number DNHP69314A0000-Certification Letter (AC0012399.UR-12405.UR) | | AUTH | | |
| PX-751 | 02/28/2005 | Email to Mayer et al re DuPont Order Number DNHP76773A0000-Certification Letter (AC0012411.UR-12422.UR) | | AUTH | | |
| PX-752 | 03/21/2005 | Email to Mayer et al re DuPont Order Number DNHP78092A0000-Certification Letter (AC12423.UR-12427.UR) | | AUTH | | |
| PX-753 | 04/14/2005 | Email to Mayer et al re DuPont Order Number DNHP79899A0000 (AC0012463.UR-12469.UR) | | AUTH | | |
| PX-754 | 04/22/2005 | Email to Mayer et al re DuPont Order Number DNHP80554A0000- Certification Letter (AC0012470.UR-12477.UR) | | AUTH | | |
| PX-755 | 05/09/2005 | Email to Mayer et al re DuPont Order Number DNHP81758A0000- Certification Letter  (AC0012478.UR-12485.UR) | | AUTH | | |
| PX-756 | | Cross Tab Query  product SUR 7940 (AC0013175) | | 402, 403, 802, F, CUM, INC, F | | |
| PX-757 | | Incoming RAW Material –Quality Assurance Testing Record SURLYN 7940 (AC0013618-136124) | | 402, 403, 802, F, CUM, INC, F | | |
| PX-758 | 12/2002 | PRO V1 392 Manufacturing Guidelines Ball Plants I & II(AC0018460.UR-18479.UR) | | 402, 403, 802, F, CUM | | |
| PX-759 | 12/2000 | PRO V1 392 Manufacturing Guidelines Ball Plants I & II(AC0018480.UR-18500.UR) | | 402, 403, 802, F, CUM | | |
| PX-760 | 10/2004 | PRO V1x -332 Manufacturing Guidelines Ball Plant III (AC18501.UR-18527.UR) | | 402, 403, 802, F, CUM | | |
| PX-761 | 12/2000 | PRO V1 392 Manufacturing Guidelines Ball Plants I & II (AC18528.UR-AC0018548.UR) | | 402, 403, 802, F, CUM | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-762 | 11/2004 | PRO V1- 392 Manufacturing Guidelines  Ball Plant III (AC18549.UR-18571.UR) | | 402, 403, 802, F, CUM | | |
| PX-763 | 11/2002 | PRO V1 -392 Manufacturing Guidelines Ball Plants I & II (AC0018572.UR-18592.UR) | | 402, 403, 802, F, CUM | | |
| PX-764 | 12/2002 | PRO V1x 332 Manufacturing Guidelines Ball Plants I, II and III (AC0018593.UR-18617.UR) | | 402, 403, 802, F, CUM | | |
| PX-765 | 10/2004 | PRO V1x- 332 Manufacturing Guidelines Ball Plant III (AC0018618.UR-18647.UR) | | 402, 403, 802, F, CUM | | |
| PX-766 | | Improved Pro V1 Objective  and  Core Info (AC0019046.UR-19049.UR) | | 402, 403, 802, F, CUM, MULT, AUTH | | |
| PX-767 | 08/09/2000 | Email to Donovan et al fr Cavallaro re Veneer Ball Update (AC0019642.UR-19644.UR) | | 402, 403, 802, F, CUM | | |
| PX-768 | 08/2000 | Veneer Pro V1-392 Manufacturing Guidelines Manual Ball Plants I & II (AC0019804.UR-19825.UR) | | 402, 403, 802, F, CUM | | |
| PX-769 | 12/2000 | Pro V1 392 Manufacturing Guidelines Ball Plants I & II (AC0020439-20459) | | 402, 403, 802, F, CUM | | |
| PX-770 | 08/2000 | Veneer (Pro V1-392 ) Manufacturing Guidelines Manual Ball Plants I & II (AC0020477.UR-20495.UR) | | 402, 403, 802, F, CUM | | |
| PX-771 | 01/2001 | Titleist Solid Construction Golf Balls  PRO V1 392 (AC0026632.UR-26640.UR) | | 802, DUP, MULT, AUTH | | |
| PX-772 | 09/2001 | PRO V1 392 Manufacturing Guidelines Ball Plants I, II and III(AC0046733.UR-46756.UR) | | 402, 403, 802,  CUM | | |
| PX-773 | 01/25/2002 | Ball Specs for Double cover double solid core (AC0046761.UR-46763.UR) | | 402, 403, 802,  CUM, INC | | |
| PX-774 | | Ball Info Titleist DT So Lo 2002-228   (AC0055591.UR-55609.UR) | | 402, 403, 802,  CUM, AUTH | | |
| PX-775 | 12/04/2002 | Titleist Pro V1 392 Ball log # 2002-231(AC0055742) | | 402, 403, 802,  CUM, AUTH | | |
| PX-776 | 12/04/2002 | Titleist Pro V1x332 Ball Log # 2002-232 (AC0055744) | | 402, 403, 802,  CUM, AUTH | | |
| PX-777 | 12/13/2002 | Titleist Pro V1 392 and Pro V1x 392 Ball logs  (AC0055764-55765) | | 402, 403, 802,  CUM, AUTH | | |
| PX-778 | | Ball Info # fell through and % Retained (AC0057378.UR-57401.UR) | | 402, 403, 802,  CUM, AUTH | | |

51

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | Fre in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-779 | | Ball Specs (AC0057434-57442) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-780 | | Ball Specs (AC0057444-57462) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-781 | 2003 | Ball Specs (AC0057694-57703) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-782 | | Ball Specs (AC0057704-57713) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-783 | 01/05/2005 | Titleist Pro V1 392 (Ball) Shore D (AC0059632-59642) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-784 | | Ball Specs (AC0059777-59787) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-785 | | Ball Specs (AC0059681-59686) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-786 | | Ball Specs (AC0059816-59831) | | 402, 403, 802, CUM, MULT, AUTH | | |
| PX-787 | | Ball Spec (AC0059901.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-788 | | Ball Specs (AC0059948-59956) | | 402, 403, 802, CUM, AUTH | | |
| PX-789 | | Ball Specs (AC0059965-59968) | | 402, 403, 802, CUM, AUTH | | |
| PX-790 | | Appendix III the Ball (CW0055452) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-791 | | DuPont Surlyn 7940 Product Description (CW0307285-307287) | | | | |
| PX-792 | 03/2004 | Du Pont Surlyn 8940 Data Sheet - March 2004 (CW0307288-307290) | | | | |
| PX-793 | 8/05/1996 | Settlement Agreement between Spalding & Evenflow Companies Inc., Lisco, Inc., and Acushnet Company | | UNK | | |
| PX-794 | 2/08/2007 | Hearing Transcript in the instant case | | 402, 403, 802 | | |
| PX-795 | | Document titled, "DuPont Surlyn Thermoplastic Resins Product Information" (Exhibit I to the Request for *Inte Partes* Reexaminatin of US Patent 6,210,293). | | ILL | | |

| TRIAL Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-796 | | Spreadsheet titled "Titleist Solid Construction Golf Balls" (AC0026632-38.UR) | | 802, AUTH | | |
| PX-797 | | U.S. Patent No. 5,856,388 | | 402, 403, 802, CUM | | |
| PX-798 | 6/19/2006 | Acushnet Company's Objections and Responses to Callaway Golf's Sirst Set of Interrogatories [Nos. 1-11] | | 402, 403, 802 | | |
| PX-799 | 1/24/2006 | Exhibit A to the Acushnet Rule 1.132 Declaration of Edmund Herbert and identified as an Acushnet 1993 "competitive ball report'' which was submitted with Acushnet's Petition for inter Partes Reexamination of U.S. Patent 6,595,873 | | 802, MULT | | |
| PX-800 | | U.S. Patent No. 5,383,858. | | 402, 403, 802, CUM | | |
| PX-801 | | U.S. Patent No. 5,554,389 | | 402, 403, 802 | | |
| PX-802 | 10/05/2005 | Article titled "Golf's New Handdicap: Technology" by Mark McClusky published by *Wired News* | | 402, 403, 802, CUM, AUTH | | |
| PX-803 | 10/15/1987 | Memo from Steve Aoyama of titlest Golf Division to John Jepson [AC0078432-AC0078436] | | 402, 403, 802, CUM, AUTH | | |
| PX-804 | 11/1995 | Standard titled "Standard Test Method for Rubber Property-Durometer Hardness (Designation: D 2240-95) issued by the American Standard Society Testing and Materials | | | | |
| PX-805 | 11/01/2005 | U. S. Patent No. 6,690,630 (CW 0301046-058) | | 402, 403, 802, CUM | | |
| PX-806 | 11/16/2004 | U. S. Patent No. 6,818,705 (AC0021327-346) | | 402, 403, 802, CUM | | |
| PX-807 | 10/26/1999 | U. S. Patent 5,971,869 (CW 0296056-066) | | 402, 403, 802, CUM | | |
| PX-808 | 10/10/1975 | Patent Specification for Acushnet's Application 4,230,375 | | UNK | | |
| PX-809 | | Acushnet Company's Answer to Callaway's Complaint and Demand for Jury Trial | | 105 | | |
| PX-810 | 10/19/2000 | Fortune Brands News Release, http://www.fortunebrands.com/news/ReleaseDetail.cfm?ReleaseID=26156&ReleaseType=Earnings (Exhibit A to Halkwoski Declaration re Motion to Stay) | | 402, 403, 802, CUM, AUTH | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-811 | 12/06/2001 | Peter A. Arturi letter to Joseph J. Nauman re Acushnet's potential infringement of US Patent No .6,210,293 (Arturi Declaration Ex. A) | | 408, 802,  CUM, DUP | | |
| PX-812 | | Ball Exemplar: Callaway Golf RULE-35 RED Golf Ball (1 5-ball sleeve) Bates No. CW 0325854 | | UNK, 105, DISC | | |
| PX-813 | | Ball Exemplar: Callaway Golf RULE-35 BLUE Golf Ball (1 5-ball sleeve) Bates No. CW 0325855 | | UNK, 105, DISC | | |
| PX-814 | | Ball Exemplar: Callaway Golf HX BLUE Golf Ball (1 12-ball Box) (CW 0325856, CW 0325865, CW 0325859) | | UNK, 105, DISC | | |
| PX-815 | | Ball Exemplar: Callaway Golf HX RED Golf Ball (1 12-ball Box) (CW 0325857, CW 0325858, CW 0325860) | | UNK, 105, DISC | | |
| PX-816 | | Ball Exemplar: Callaway Golf HX Tour Original Golf Ball (1 12-ball Box) (CW 0325864) | | UNK, 105, DISC | | |
| PX-817 | | Ball Exemplar: Callaway Golf HX Tour Improved Golf Ball (1 12-ball Box)  CW 0325862 | | UNK, 105, DISC | | |
| PX-818 | | Ball Exemplar: Callaway Golf HX Tour 56 Original Golf Ball (1 12-ball Box) CW 0325861 | | UNK, 105, DISC | | |
| PX-819 | | Ball Exemplar: Callaway Golf HX Tour 56 Improved Golf Ball (1 12-ball Box) CW 0325863 | | UNK, 105, DISC | | |
| PX-820 | | Ball Exemplar: Ben Hogan Tour Deep 2005 Golf Ball (1 12-ball Box) CW 0325466 | | UNK, 105, DISC | | |
| PX-821 | 2005 | 2005 Titleist Pro V1 Golf Ball Box with 3 (3) ball sleeves AC 120092 | | | | |
| PX-822 | 2005 | 2005 Titleist Pro V1X Golf Ball Box with 3 (3) ball sleeves AC 120091 | | | | |
| PX-823 | 2007 | 2007 Titleist Pro V1 Golf Ball Box with 3 (3) ball sleeves AC 83472 | | | | |
| PX-824 | 2007 | 2007 Titleist Pro V1 Golf Ball Sleeves AC 83472.1, AC 83472.2, AC 83472.3 | | | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-825 | 2007 | 2007 Titleist Pro V1X Golf Ball Box with 3 (3) ball sleeves AC 83470 | | | | |
| PX-826 | 2007 | 2007 Titleist Pro V1 Golf Ball Sleeves AC 83470.1, AC 83470.2, AC 83470.3 | | | | |
| PX-827 | | Titleist Professional Golf Ball & Box | | UNK | | |
| PX-828 | | Callaway Golf CTU 30 Ball Sleeves and Box | | UNK, 105 | | |
| PX-829 | 02/10/2006 | Article published on ESPN.com "Callaway files Lawsuit over Patents" by E. Michael Johnson and Mike Stachura CW 0280247 – CW 0280248 | | 402, 403, 802, AUTH | | |
| PX-830 | 02/10/2006 | Article published on Golfdigest.com "Callaway files Lawsuit over Patents" by E. Michael Johnson and Mike Stachura CW 0280252 – CW 0280253 | | 402, 403, 802, CUM, AUTH | | |
| PX-831 | 02/13/2006 | Article published in the Web Street Golf Report Vol. 9 No. 6 CW 0280257 – CW 0280267 | | 402, 403, 802, CUM, AUTH | | |
| PX-832 | 8/17/2001 | Awtrrey,  PGA Notebook | | UNK | | |
| PX-833 | 01/22/2001 | Faxon Pulls Away in Sony Open by Harry Blayvelt, USA Today | | UNK | | |
| PX-834 | 2/14/2001 | So Far, Paxon playing like a million, by Blauvelt, USA Today | | UNK | | |
| PX-835 | 5/08/2001 | Factiva - Fourtune Brand Launches New Product | | UNK | | |
| PX-836 | 4/05/2001 | The Detriot News, "Improving ball makes it easier for touring pros", by Kupelian (CW 000383950- CW 000383953) | | 402, 403, 802, CUM, F, DISC | | |
| PX-837 | 4/05/2001 | USA Today,  Mickelson: It's my time by Blauvelt | | UNK | | |
| PX-838 | 3/20/2001 | The Atlanta Constitution, Love comes Around by Gleen Sheely (CW 000383954-000383957) | | 402, 403, 802, CUM, F, DISC | | |
| PX-839 | 9/02/2007 | That 70's Show by  - Links to the Past by Tad Reeve, Pioneer Press | | UNK | | |
| PX-840 | 6/2001 | Golf Digest, Mortally Wounded?  byE. Michael Johnson (CW 280206) | | 402, 403, 802, CUM, F | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-841 | 2000 | Titleist – Introducing Tour Distance (CW 0091223 – CW 0091228) | | 402, 403, 802, CUM, F | | |
| PX-842 | | NOV. Choice Mag Article on Rule 35 Ball. Pp 42-47 .(CW 0173648- CW 0173652) | | 402, 403, 802, CUM, F | | |
| PX-843 | | Seal- The COMING Golf Ball wars-Golf Industry- LOOK SMART (CW 0280182-CW 0280190) | | 402, 403, 802, CUM, F | | |
| PX-844 | 1/04/2000 | Article published on ESPN Golf Online-- Callaways ball to make unofficial debut at Kapalua (CW 0051921) | | 402, 403, 802, CUM, F | | |
| PX-845 | 1/21/2001 | Ads published in Golf World mag --- CW 0280534-CW 0280539) | | 402, 403, 802, CUM, F | | |
| PX-846 | 1/22/2000 | Articles published in Golf Week- (CW 0280384-CW 0280388) | | 402, 403, 802, CUM, F | | |
| PX-847 | 1/26/2000 | Articles published in Golf Week (CW 0280389- CW 0280392) | | 402, 403, 802, CUM, F | | |
| PX-848 | 2/04/2000 | Article published in Wall Street Journal Market Place- Biddle- Fore! Callaway golf, Maker of Big Bertha Clubs, Tees up a New Ball. (CW 0056893) | | 402, 403, 802, CUM, F | | |
| PX-849 | 2/04/2000 | Articles published in Golf World – Ripple Effect. (CW 0056895-CW 0056899) | | 402, 403, 802, CUM, F | | |
| PX-850 | 2/04/2000 | Article published on PGA.Com—McAndrew- Callaways ball fate now in consumers hands (CW 0056910-CW 0056911) | | 402, 403, 802, CUM, F | | |
| PX-851 | 2/04/2000 | Article published on PGA.com- Pike- Callway Launches its ball with a bang. (CW 0056912-CW0056913) | | 402, 403, 802, CUM, F | | |
| PX-852 | 2/04/2000 | Article produced on PGA Tour.com- Stogel- Play Ball: Callaway intrduces the Rule 35 (CW 0056914-CW 0056915) | | 402, 403, 802, CUM, F | | |
| PX-853 | 2/07/2000 | Article published on GolfDigest.com- Sirak- Making a splash, Callway golfs 160 million golf ball gamble hits the market and immediately makes waves. (CW 0056960-CW0056964) | | 402, 403, 802, CUM, F | | |
| PX-854 | 2/04/2000 | Yash et al – Callaway golf ball Co. Introduces the new Callaway Rule 35 golf balls- The easiest choice golfers will ever make. (CW 0212850-CW 0212852) | | 402, 403, 802, CUM, F | | |
| PX-855 | | Articles and ads from Callaways callawaygolfball.com (CW 0214808-CW 0214818) | | 402, 403, 802, CUM, F | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-856 | 2/04/2000 | Article published in the San Diego Union Tribune – Freeman- Rule 35' tees off Callaway golf puts a new ball into play (CW 0223521-CW 0223522) | | 402, 403, 802, CUM, F | | |
| PX-857 | 2/04/2000 | Article published in the Wall Street Journal Market place- Biddle- Fore- Callaway Golf, Maker of the big bertha Clubs, Tees up a new ball. (CW 0223524) | | 402, 403, 802, CUM, F | | |
| PX-858 | 2/05/2000 | Article published in Golf Week- Achenbach- Long on Promises, Short on Explanation- Callaway silent on science of new ball (CW 0056905-CW 0056907) | | 402, 403, 802, CUM, F | | |
| PX-859 | 2/05/2000 | Article – Graves – Callway Enters the Ball Game (CW 0056908- CW 0056909) | | 402, 403, 802, CUM, F | | |
| PX-860 | 2/05/2000 | Article published on NYtimes.com –Blank- 2 Makers of Golf Balla in Market-Share War. (CW 0056919-CW 0056921) | | 402, 403, 802, CUM, F | | |
| PX-861 | 2/05/2000 | Articles and ads published on GolfWeek (CW 0280393-CW0280397) | | 402, 403, 802, CUM, F | | |
| PX-862 | 2/07/2000 | Article published in Sports Illustrated- Garrity et al- I've got a secret- Callaway spent yesars and millions, covertly developing the new rule 35 ball.  No wonder the company panicked when a man who kenw to much quit to join the competition.  (CW 0159532-CW 0159535) | | 402, 403, 802, CUM, F | | |
| PX-863 | 2/09/2000 | Article published on Usatoday.com- Potter- Club maker stakes a claim for slice of 1.5 b ball market (CW 0253480-CW 0253482) | | 402, 403, 802, CUM, F | | |
| PX-864 | 2/18/2000 | Articles published in the GolfWorld magazine- (CW 0280525-CW 0280528) | | 402, 403, 802, CUM, F | | |
| PX-865 | 2/19/2000 | Articles published in GolfWeek (CW 0280398-CW 0280403) | | 402, 403, 802, CUM, F | | |
| PX-866 | 2/26/2000 | Articles published in GolfWeek (CW 0280404-CW 0280409) | | 402, 403, 802, CUM, F | | |
| PX-867 | 2/27/2000 | Article published on the Palm Beach Post- Dolch- May the Best Ball win (CW 0253470-CW 0253473) | | 402, 403, 802, CUM, F | | |
| PX-868 | 3/2000 | Article published in the Golf Magazine- Sauerhaft- Which ball for you?  How to find the best ball for your game. (CW 0253475-CW 0253477) | | 402, 403, 802, CUM, F | | |
| PX-869 | 3/17/2000 | Articles published in  Golf World (CW 0280529-CW 0280533) | | 402, 403, 802, CUM, F | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-870 | 3/18/2000 | Articles published in Golf Week (CW 0280410-CW 0280414) | | 402, 403, 802, CUM, F | | |
| PX-871 | 3/24/2000 | Ads and Articles published in GolfWorld (CW 0280609-CW 0280612) | | 402, 403, 802, CUM, F | | |
| PX-872 | 4/2000 | Ads published in GolfWeek 25th Anniversary- (CW 0280415-CW 0280417) | | 402, 403, 802, CUM, F | | |
| PX-873 | 4/01/2000 | Articles and ads published in GolfWeek- (CW 0280418-CW 0280423) | | 402, 403, 802, CUM, F | | |
| PX-874 | 4/2000 | Articles and Ads published in Golf World (CW 0280625-CW 0280629) | | 402, 403, 802, CUM, F | | |
| PX-875 | 4/07/2000 | Articles and Ads published in GolfWorld- (CW 0280613-CW 0280616) | | 402, 403, 802, CUM, F | | |
| PX-876 | 4/08/2000 | Articles and Ads published in GolfWeek (CW 0280424-CW 0280430) | | 402, 403, 802, CUM, F | | |
| PX-877 | 4/14/2000 | Ads published in GolfWorld – (CW 0280617-CW 0280619) | | 402, 403, 802, CUM, F | | |
| PX-878 | 4/15/2000 | Articles and ads published in GolfWeek (CW 0280431-CW 0280434) | | 402, 403, 802, CUM, F | | |
| PX-879 | 4/21/2000 | Articles and ads published in Golf World (CW 0280620-CW 0280624) | | 402, 403, 802, CUM, F | | |
| PX-880 | 4/22/2000 | Articles and Ads published in Golfweek (CW 0280435-CW 0280437) | | 402, 403, 802, CUM, F | | |
| PX-881 | 4/29/2000 | Ads published in Golfweek- (CW 0280438-CW 0280440) | | 402, 403, 802, CUM, F | | |
| PX-882 | 5/2000 | Article published on wired news – Lewis- Callaway hired a team of aerospace engineers to help perfect its game and they're not the only rocket scientists on the golf course these days.  (CW 0280191-CW 0280195 | | 402, 403, 802, CUM, F, AUTH | | |
| PX-883 | 5/2000 | Ad published in Golfweek (CW 0280445-CW 0280446) | | 402, 403, 802, CUM, F | | |
| PX-884 | 5/19/2000 | Articles and ads published in GolfWorld- (CW 0280637-CW 0280640) | | 402, 403, 802, CUM, F | | |
| PX-885 | 5/12/2000 | Articles and ads published in Golf World- (CW 0280633-CW 0280636) | | 402, 403, 802, CUM, F | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-886 | 5/13/2000 | Ads and Articles published in Golfweek (CW0280441-CW 0280444) | | 402, 403, 802, CUM, F | | |
| PX-887 | 5/20/2000 | Ads and Articles published in Golf Week- (CW 0280447-CW 0280451) | | 402, 403, 802, CUM, F | | |
| PX-888 | 5/26/2000 | Ads and articles published in Gold World (CW 0280641-CW 0280649) | | 402, 403, 802, CUM, F | | |
| PX-889 | 5/27/2000 | Ads and articles published in Golf Week (CW 0280452-CW 0280455) | | 402, 403, 802, CUM, F | | |
| PX-890 | 6/03/2000 | Articles and ads published in Golfweek (CW 0280456-CW 0280461) | | 402, 403, 802, CUM, F | | |
| PX-891 | 6/10/2000 | Articles published in Golfweek ( CW 0280462-CW 0280467) | | 402, 403, 802, CUM, F | | |
| PX-892 | 6/17/2000 | Articles and Ads published in Golfweek (CW 0280468-CW 0280471) | | 402, 403, 802, CUM, F | | |
| PX-893 | 6/21/2000 | Article published on Nikegolf.com- Woods switching to Nike Ball Move May increase companys market share (CW 0064393- CW 0064394) | | 402, 403, 802, CUM, F | | |
| PX-894 | 6/14/2000 | Articles and ads published in GolfWeek (CW 0280472-CW 0280476) | | 402, 403, 802, CUM, F | | |
| PX-895 | 7/01/2000 | Articles and ads published in GolfWeek (CW 0280477-CW 0280483) | | 402, 403, 802, CUM, F | | |
| PX-896 | 7/22/2000 | Articles published in GolfWeek- (CW 0280484-CW 0280487) | | 402, 403, 802, CUM, F | | |
| PX-897 | 7/29/2000 | Articles published in Golfweek (CW 0280488-CW 0280491) | | 402, 403, 802, CUM, F | | |
| PX-898 | 8/12/2000 | Articles published in Golfweek (CW 0280492-CW 0280495) | | 402, 403, 802, CUM, F | | |
| PX-899 | 8/18/2000 | Article published in Golf World business (CW 0197847) | | 402, 403, 802, CUM, F | | |
| PX-900 | 6/05/2000 | E-mail from Bill Morgan to Ed Hebert forwarding an e-mail chain between George Sine, Herb Boehm, Bill Young, and Ken Graham from multiple dates , 5/24/2000, 5/30/2000 re Tiger-Tour Accuracy and Golf World Business E-mail AC 029185.UR – AC 029194.UR | | 402, 403, 802, CUM | | |

59

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-901 | 5/21/1979 | Sullivan Laboratoy Notebook (CW 610757 – CW 610862) | | 402, 403, 802, CUM, AUTH | | |
| PX-902 | 1/21-8/14/1980 | Sullivan Laboratory Notebook (CW 610863 – CW 610971) | | 402, 403, 802, CUM, AUTH | | |
| PX-903 | 8/15/1980 – 1/30/1981 | Sullivan Laboratory Notebook (CW 610972 – CW 611080) | | 402, 403, 802, AUTH, CUM | | |
| PX-904 | 1/31/1981 | Sullivan Laboratory Notebook (CW 611082 – CW 611131) | | 402, 403, 802, CUM, AUTH | | |
| PX-905 | | Sullivan Laboratory Notebook pages (CW 611188.01) | | 402, 403, 802, CUM, AUTH, UNK, INC, DISC | | |
| PX-906 | 6/12/1984 – 10/1984 | Sullivan Laboratory Notebook (CW 611133 – CW 611245) | | 402, 403, 802, CUM, AUTH | | |
| PX-907 | 12/1984 | Sullivan Laboratory Notebook (CW 611246 – CW 611298) | | 402, 403, 802, CUM, AUTH | | |
| PX-908 | 12/1984 | Sullivan Laboratory Notebook pages (CW 611298.01 – CW 611298.57) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-909 | 8/28/1985 | Sullivan Laboratory Notebook (CW 611299 – CW 611405) | | 402, 403, 802, CUM, AUTH | | |
| PX-910 | | Sullivan Laboratory Notebook pages (CW 611389.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-911 | | Sullivan Laboratory Notebook pages (CW 611401.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-912 | 3/08/1986 | Sullivan Laboratory Notebook (CW 611406 – CW 611511) | | 402, 403, 802, CUM, AUTH | | |
| PX-913 | | Sullivan Laboratory Notebook pages (CW 611425.01 – CW 611425.02) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-914 | | Sullivan Laboratory Notebook pages (CW 611434.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-915 | | Sullivan Laboratory Notebook pages (CW 611489.01 – CW 611489.09) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-916 | | Sullivan Laboratory Notebook pages (CW 611492.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-917 | | Sullivan Laboratory Notebook pages (CW 611503.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-918 | | Sullivan Laboratory Notebook pages (CW 611505.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-919 | 1/12/1987 – 6/04/1987 | Sullivan Laboratory Notebook (CW 611512 – CW 611559) | | 402, 403, 802, CUM, AUTH | | |
| PX-920 | | Sullivan Laboratory Notebook pages (CW 611517.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-921 | | Sullivan Laboratory Notebook pages (CW 611520.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-922 | | Sullivan Laboratory Notebook pages (CW 611559.01 – CW 611559.60) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-923 | 5/02/1988- 12/1988 | Sullivan Laboratory Notebook (CW 611560 – CW  611620) | | 402, 403, 802, CUM, AUTH | | |
| PX-924 | | Sullivan Laboratory Notebook pages (CW 611563.01 – CW 611563.45) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-925 | 9/06/1996 | Sullivan Laboratory Notebook (CW611621 – CW 611725) | | 402, 403, 802, CUM, AUTH | | |
| PX-926 | | Sullivan Laboratory Notebook pages (CW 611660.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-927 | 3/21/1991 | Sullivan Laboratory Notebook (CW 611726 – CW 611821) | | 402, 403, 802, CUM, AUTH | | |
| PX-928 | | Sullivan Laboratory Notebook pages (CW 611746.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-929 | | Sullivan Laboratory Notebook pages (CW 611780.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-930 | | Sullivan Laboratory Notebook pages (CW 611790.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-931 | | Sullivan Laboratory Notebook pages (CW 611804.01 – CW 611804 .02) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-932 | | Sullivan Laboratoy Notebook pages (CW 611805.01 – 611805.03) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-933 | | Sullivan Laboratory Notebook pages (CW 611815 .01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-934 | | Sullivan Laboratory Notebook pages (CW 611820.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-935 | 9/1992 | Sullivan Laboratoy Notebook (CW 611822 – 611909) | | 402, 403, 802, CUM, AUTH | | |
| PX-936 | | Sullivan Laboratory Notebook pages (CW 611822.01 – 611822.03) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-937 | | Sullivan Laboratory Notebook pages  (CW 611832.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-938 | | Sullivan Laboratory Notebook pages (CW 611856.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-939 | | Sullivan Laboratory Notebook pages (CW 611862.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-940 | | Sullivan Laboratory Notebook pages (CW 611865.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-941 | | Sullivan Laboratory Notebook pages (CW 611866.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-942 | | Sullivan Laboratory Notebook pages (CW 611875.01 – 611875.05) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-943 | | Sullivan Laboratory Notebook pages (CW 611884.01) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-944 | | Sullivan Laboratory Notebook pages (CW 611894.01 – CW 611894.02) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-945 | | Sullivan Laboratory Notebook pages (CW 611897.01 – CW 611897.02) | | 402, 403, 802, CUM, AUTH, INC, DISC | | |
| PX-946 | 1/18/2000 | Callaway comparison Table re Golf Balls | | UNK | | |
| PX-947 | 8/23/2000 | Acushnet v. Spalding - Motion to Dismiss or Alternativley, to Stay or Transfer | | UNK, 402, 403 | | |
| PX-948 | 8/23/2000 | Acushnet v. Spalding - Defendants Memorandum in Support to Dismiss or Alternatively, to Stay or Transfer | | UNK, 402, 403 | | |
| PX-949 | | 2002 U.S. Top Grade Golf Ball Sales (AC 45999.UR – 46016.UR) | | 402, 403, 802, CUM | | |
| PX-950 | | Product Analysis Sales 2007 Pro V1 and Pro V1x sales data through September 2007 (AC 131669 – AC 131765) | | 402, 403, 802, CUM | | |
| PX-951 | 1996 | Settlement agreement between Spalding and Acushnet | | 402, 403, 408, 802, CUM, INC, DUP | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-952 | | Predciting distance: Pro V1 graphs (AC 101042.UR – 101048.UR) | | 402, 403, 802, CUM, INC | | |
| PX-953 | | Email from Wally Uihlein to Ed Abrain, Jerry Bellis, George Sine, Mary Bohn and Herb Boehm re US Ball volumes 01 versus 00 (AC 101049.ur) | | 402, 403, 802, CUM | | |
| PX-954 | | New Pro v1 Product Brief ( AC010150.ur – AC101062.ur) | | 402, 403, 802, CUM, MULT, F, DUP | | |
| PX-955 | 10/10/2000 | Titleist High Performance Multi-Component Golf  Ball to Debut at Las Vegas Invitational  (AC 101063 .ur  - AC 101065.ur) | | 402, 403, 802, CUM, AUTH | | |
| PX-956 | 10/16/2000 | Andrade Hits Jackpot in Las vegas with New titlest Pro V1 392 golf ball by Achushnet (AC 101068.ur – AC 101070.ur) | | 402, 403, 802, CUM | | |
| PX-957 | 10/23/2000 | Tour Confirmed (AC 101071.ur) | | 402, 403, 802, CUM | | |
| PX-958 | 11/3/2000 | Letter from Jerry Bellis and George Sine jr. to Titlest Sales and Respresentaive and Sales Leaders re launch of  Titlest Pro V1 golf ball | | UNK | | |
| PX-959 | 3/29/2001 | Email from Joe Gomes to George Sine and Pat Geyer forwarding article from The Detroit News entitled "Talking with … George Sine, Acushnet Company"  (AC 0036676 – AC 0036677) | | 402, 403, 802, CUM, AUTH | | |
| PX-960 | 10/30/2000 | Email from Kieran Andre to Nancy Gates-Hickney re updates to Titlest Pro V1 392 creative Brief (AC 0033853 – Ac 33856) | | 402, 403, 802 | | |
| PX-961 | 10/2/2000 | Email fr Adam Bradshaw to Carla Fizgerald, Kieran Andre. Bryan Gillis, Mike Stephens and George Sine re New Titlest Pro NT – D Creative Brief (AC 0033818 – AC 0033822) | | 402, 403, 802, CUM | | |
| PX-962 | | The best ball for you - Titlest Pro V1 Features (AC 44468 – AC 44475) | | 402, 403, 802, CUM, AUTH | | |
| PX-963 | 8/15/2000 | Letter from Steve McCracken to Joseph Nauman re Acushnet Golf Ball Patents (CW 274660) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-964 | 1/02/2001 | Letter from Troy Lester to Mike Catania re Acushnet Golf Ball Patents (CW 274543 – 274545) | | 402, 403, 408, 802, CUM | | |
| PX-965 | | Settlement agreement between Acushnet and Callaway | | UNK | | |
| PX-966 | 8/25/1999 | Email to Wally Uihlein fr Herb Boehm re interview with Mike Sullivan (AC 0080259 – AC 0080262) | | 402, 403, 802, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-967 | 4/13/2001 | Memorandum to Troy Lester from Mike Sullivan re competitive patent review to planned product introductions (AC 0120495-AC 0120496) | | 802, CUM, AC, INC | | |
| PX-968 | 4/03/2001 | Email to Bill Morgan et al. from Jeff Dalton re Possible prior art in re to '293 patent. (AC 0120361 – 0120362) | | 802, DUP, MULT | | |
| PX-969 | 4/11/2001 | Letter to Joseph Nauman et al. from Troy Lester re Invalidity Investigation of U.S. Patent 6,210,293 issued to Spalding Sports Worldwide on April 3, 2001 (AC 0120363 – AC 0120413) | | 802, DUP | | |
| PX-970 | 4/17/2001 | Invalidity Opinion of Counsel of U.S. Patent No. 6,210,293 to Sullivan Assigned to Spalding Sports Worldwide, Inc. for: Multi-Layer Golf Ball (AC 115679 – AC 115750) | | DUP | | |
| PX-971 | 12/06/2001 | Letter from Peter Arturi to Joseph Nauman re Infringing U.S. Patent 6,210,293 and 6,213,894 (CW 0615303) | | 402, 403, 408, 802, CUM, INC, DUP | | |
| PX-972 | 9/12/2002 | Email from Joe Nauman to Peter Arturi et al. re Proposed Urethan License (AC 0100035 – AC 0100038) | | 402, 403, 408, 802, CUM, INC, MULT | | |
| PX-973 | | January 2001 Sales Meeting by Bill Morgan (AC 28380 – AC 28437.ur) | | 402, 403, 802, CUM | | |
| PX-974 | 6/19/2001 | Email from George Sine to Adam Bradshaw et al. re The Pro V1 It Ain't – DRAFT of note to TREPS (AC 0034094 – AC 0034096) | | 402, 403, 802 | | |
| PX-975 | 01/16/2007 | Acushnet Company Presentation entitled "Titleist Golf Balls 2007 Sales & Marketing Preview" (AC 0120033 – AC 0120047) | | 402, 403, 802, CUM, F | | |
| PX-976 | 4/16/2001 | Sports Illustrated, Golf Plus the Masters, "Great Balls of Fire" by John Garrity (CW 173581 - CW 173584) | | 402, 403, 802, CUM, AUTH | | |
| PX-977 | 3/14/2001 | New-generation ball Shaking Golf to the Core", by Jerry Potter, USA Today (CW 0280202 - CW 250205) | | 402, 403, 802, CUM, AUTH | | |
| PX-978 | 5/2001 | Golf Ball Sales on-course pro shops descending average selling price (AC 023741.ur – AC 23864.ur) - 23756 | | 402, 403, 802, CUM, INC | | |
| PX-979 | 10/17/2006 | Acushnet Company presentation entitled "Titleist Golf Balls 2006 Sales & Marketing Preview"  (AC 119980 – AC 120002) | | 402, 403, 802, CUM, INC | | |
| PX-980 | 12/07/2001 | Ltr to Arturi et al fr Nauman re US Patent No 293 and 894 Titleist PRO V1 (CW0274118-CW0274121) | | 402, 403, 408, 802, DUP | | |
| PX-981 | 1/16/2002 | Ltr to Nauman et al fr Arturi re US Patents No 293 and 894 Titleist PRO V1 (CW0274115-CW0274116) | | 402, 403, 408, 802, DUP | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-982 | 12/18/2000 | Letter fr Nauman to McCracken re the Lynch, Hebert, and Calabria patents attaching Patent License Proposal  (CW 0274558 - 0274560) | | 402, 403, 408, 802, CUM | | |
| PX-983 | 7/21/2002 | Southcoast Today, Economy hits golf industry Acushnet Co. layoffs are just a symptom by Aaron Nicodemus (CW 334979 – CW 334980) | | 402, 403, 408, 802, CUM, AUTH, DISC | | |
| PX-984 | 10/13/2000 | Golf World Vol. 54 No. 17, The Bunker, The  Fall Offensive edited by Geoff Russell (AC 0089559) | | 402, 403, 802, CUM | | |
| PX-985 | 5/01/2000 | Veneer Core Srearch (AC 0041525.ur – AC 0041527.ur) | | 402, 403, 802, CUM, AUTH | | |
| PX-986 | 9/22/2000 | Golf World, Going to Great Lengths (AC 0089569) | | 402, 403, 802, CUM, AUTH | | |
| PX-987 | 10/12/2000 | Email to Cavallaro et al fr Morgan re V1 is Huge and so is this email (AC0109477.UR-AC0109482.UR) | | 402, 403, 802, CUM | | |
| PX-988 | 4/24/2001 | The Pantagraph, "Golfers Scrambling for Titleist Pro V1" by Kate Arthur ( AC 089667) | | 402, 403, 802, F, INC | | |
| PX-989 | 6/12/1996 | Titleiest R&D Invention Record re layered ball with thin thermoset surface (AC 131665 – AC 131668) | | 105, 802 | | |
| PX-990 | | Titleist Pro V1 Timeline 6/00-7/23/07 (AC 131527 – AC 131533) | | 402, 403, 802, CUM, AUTH | | |
| PX-991 | 7/2002 | Spalding Company Timeline (CW 1851395 – CW 1851397) | | 402, 403, 802, AUTH | | |
| PX-992 | 3/14/2007 | Callaway Golf Notice of 30b6 Depo of Acushnet | | 402, 403 | | |
| PX-993 | 02/01/2007 | Callaway Amended Notice of Depo Pursuant to 30b6 | | 402, 403 | | |
| PX-994 | 11/07/2006 | Callaway Golfs First Notice of Depos Pursuant to 30b6 | | 402, 403 | | |
| PX-995 | | PRO V1 Power Point Slide Show (AC 0000072.UR – AC 0000097.UR) | | 402, 403, 802, CUM, AUTH | | |
| PX-996 | | Titleist Golf Ball market Industry Power Point Slides (AC 0020562.UR-606.UR) | | 402, 403, 802, AUTH | | |
| PX-997 | 1/2001 | Titleist – January 2001 Sales Meeting (AC 0023618.UR-740.UR) | | 402, 403, 802, CUM, DUP | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-998 | 7/2001 | Titleist – January 2001 Sales Meeting (AC 0023741.UR - 864.UR) | | 402, 403, 802, CUM, DUP | | |
| PX-999 | 1/2001 | Titleist – January 2001 Sales Meeting Power Point Slides (AC 0028380.UR - 437.UR) | | 402, 403, 802, CUM, DUP | | |
| PX-1000 | 6/20/2001 | E-mail from George Sine re "The Pro V1 it ain't" (AC 0034094-96) | | 402, 403, 802, CUM | | |
| PX-1001 | 2/09/2001 | Acushnet Company Press Release: "New Titleist Pro V1 Marketplace success mirrors Tour Success" (AC 0034564-65) | | 402, 403, 802, CUM | | |
| PX-1002 | 12/20/2000 | E-mail from George Sine re "Capital Core Expansion" (AC 0036645-46) | | 402, 403, 802, CUM | | |
| PX-1003 | 4/08/2005 | E-mail from Adam Bradshaw to George Sine re Atlanta Co-Travel (AC 0045267.UR - 269.UR) | | 402, 403, 802, CUM | | |
| PX-1004 | 9/22/2005 | Acushnet Company Sales and Market Data Power Point Slides (AC 0048551-77) | | 402, 403, 802, CUM, INC | | |
| PX-1005 | 7/18/2005 | Acushnet Company Financial Review Power Point Slides (AC 0048578-579) | | 402, 403, 802, CUM, INC | | |
| PX-1006 | 6/28/2001 | E-mail from Mark Goldstein to Jerry Bellis re "Mass Mercahnt Forecast Changes" (AC 0090056) | | 402, 403, 802, CUM | | |
| PX-1007 | 11/07/2000 | Power Point Slides, E-mails, Press Releases from October and November 2000 re Pro V1 (AC AC 00101042-72) | | 402, 403, 802, INC, CUM, AUTH, MULT | | |
| PX-1008 | 10/17/2006 | Acushnet Company Golf Balls Sales & Marketing Review Power Point Slides (AC 0119980-120047) | | 402, 403, 802, CUM, INC | | |
| PX-1009 | 2/20/2007 | Bridgestone Sports v Acushnet Company C.A. No. 05-132 (JJF) Declaration of Gerald M. Bellis | | 802 | | |
| PX-1010 | 6/30/2000 | Settlement Agreement between Acushnet and Dunlop Maxfli AB 90062 – AB 90093 | | 402, 403, 802, CUM, DUP | | |
| PX-1011 | | Golf Ball Mission Statement - George Sine AC 0020946.UR – AC 0020954.UR | | 402, 403, 802, CUM, AUTH | | |
| PX-1012 | 5/2001 | Golf Ball Sales On-Course Pro Shops AC 0023756.UR – AC 0023757.UR | | 402, 403, 802, CUM, AUTH | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1013 | 2/2002 | February 2002 Datatech Competitive Market Share and Average Selling Price (U.S.) (AC 0024026) | | 402, 403, 802, CUM, INC | | |
| PX-1014 | 9/19/2005 | E-mail Correspondence between George Sine and Acushnet Golf Ball Marketing Team re "Fall Run Check-In and Check-Through" (AC 0080001 – AC 0080027) | | 402, 403, 802, CUM, INC | | |
| PX-1015 | 2006 | Acushnet 2006 Sales and Marketing document (AC 0080083) | | 402, 403, CUM, 802 | | |
| PX-1016 | | "A New Super Ball? – Looks like Hit for Titleist" by Tom Yantz – The Hartford Courant (AC 0089661 – AC 0089662) | | 402, 403, 802, CUM, AUTH | | |
| PX-1017 | 7/16/2001 | "Golf: New Ball a hot item" by Colin Stephenson – The Star-Ledger (AC 0089663 – AC 0089665) | | 402, 403, 802, CUM, INC | | |
| PX-1018 | | Titleist Pro V1 – 392 Competitive Overview (AC 0101051.UR) | | 402, 403, 802, CUM, INC | | |
| PX-1019 | 9/17/2001 | E-mail correspondence between George sine and Golf Ball board of directors re Pro V1 Naming Process (AC 0101073.UR) | | 402, 403, CUM, 802 | | |
| PX-1020 | | "Inside Look, Titleist's Big Makeover" – By John Steinbreder (CW 0009057) | | 402, 403, 802, CUM | | |
| PX-1021 | 10/08/2002 | E-mail Correspondence between Peter Arturi and Joe Nauman re Proposed Urethane License (CW 0274041) [Subject to FRE 408] | | 402, 403, 408, 802, CUM | | |
| PX-1022 | | Proposed License agreement between Spalding Sports Worldwide and Acushnet Company (CW 0274055 – CW 0274066) | | 402, 403, 408, 802, CUM, DUP | | |
| PX-1023 | 1/16/2002 | Confidential Settlement Communication – Letter from Peter Arturi to Joseph Nauman re U.S. Patent Nos. 6,201,293 and 6,213,894/TITLEIST PRO V1 – (CW 0274115 – CW 0274116) | | 402, 403, 408, 802, CUM, DUP | | |
| PX-1024 | 12/18/2000 | Letter from Joseph Nauman to Steven McCracken re Patent License Proposal (CW 0274558 – CW 0274560) | | 402, 403, 408, 802, CUM, DUP | | |

67

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-1025 | 11/15/1990 | Settlement Agreement between Spalding & Evenflo Companies Inc., and Acushnet Company (CW 0273914 – CW 0273940) | | 402, 403, 802, DUP | | |
| PX-1026 | 2003 | U.S. 2003 Retail Golf Ball Market (CW 01138630 – CW 01138637) | | 402, 403, 802, INC | | |
| PX-1027 | 9/28/2007 | Bridgestone v. Acushnet license agreement (AC 131465 – AC 1314688) | | 402, 403, 802, F, INC | | |
| PX-1028 | | Titleist Golf Ball Workshop Discussion Points - (AC 20645 – 20664) | | 402, 403, 802, CUM, AUTH | | |
| PX-1029 | 11/08/2000 | Achusnet Company letter to customers introducing the new Pro V1 ball (CW 616140) | | 402, 403, 802, F | | |
| PX-1030 | 6/01/2007 | Schedule to Brian Napper Expert Report | | UNK | | |
| PX-1031 | 10/31/2006 | Acushnet Company objections and responses to Callaway Golf First Set of Requests for Admission to Defendant Acuhnet Company [Nos. 1-42] | | 402, 403 | | |
| PX-1032 | 5/24/2002 | Letter to Joesph Nauman to Peter Arturi re settlement proposal (CW 274076 – CW 274084) | | 402, 403, 408 | | |
| PX-1033 | | Golf DataTech Marketing Intelligence Capabilites presented to Callaway Golf (CW 383334 – CW 383339) | | 402, 403, 802, F, DISC | | |
| PX-1034 | 2006 | Fixed variable details (CW 383745 – CW 383747) | | 402, 403, 802, F, AUTH, INC, DISC | | |
| PX-1035 | 6/20/2004 | Final Inspection and Packaging week ending 06-20-04 (CW 383058 – CW 383076) | | 402, 403, 802, F, AUTH, INC, DISC | X | |
| PX-1036 | 07/2006 | Prod_History of balls (CW 383264 – 383282) | | 402, 403, 802, F, AUTH, INC, DISC | | |
| PX-1037 | 2003-2005 | Callaway Golf Company Golf Ball Statement of Operations (CW 383633 – CW 383637) | | 402, 403, 802, F, AUTH, INC, DISC | | |
| PX-1038 | 2002-2006 | CallawayGolf Sales and Net Margins data (CW 383748 – CW 383888) | | 402, 403, 802, F, AUTH, INC, DISC | | |
| PX-1039 | 9/1996 | E&S Holding Corporation confidentiality agreement (CW 382815 – CW 382965) | | UNK, 402, 403, 802, CUM, AUTH, Mischaracterized, ILL, DISC | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-1040 | 1997-2007 | Darrell Survery "Balls models Played by Year, 1997-2007" (CW 383524 – CW 383527) | | 402, 403, 802, F, DISC | | |
| PX-1041 | | Matthew Evans Albertazzi presentation "From 5 to 12 in 18 Callaway Golf Ball strategic communication planning" (CW 9126 – CW 9148) | | 402, 403, 802, INC | | |
| PX-1042 | 10/18/2000 | Ball Company Update (CW 9518 – CW 9547) | | 402, 403, 802, F, ILL | | |
| PX-1043 | | Callaway Golf Ball  - Introducing the new Callaway Golf Ball "Rule 35" (CW 56957 – CW 56958) | | 402, 403, 802, F, AUTH | | |
| PX-1044 | | CTU 30 Blue and Red features, advantages and benefits (CW 197852 – CW 197856) | | 402, 403 | | |
| PX-1045 | 12/09/2002 | Bear Sterns Equity Research Callaway Golf (Ely – 12.31) Peer Perfrom (OAK 257 – OAK 264) | | 402, 403, 802, CUM, AUTH | | |
| PX-1046 | | Chapter 9 Titleist Advertisement (AW 2770) | | 402, 403 | | |
| PX-1047 | | License Agreement between Acushnet Company and Callaway Golf re US Patent 4,389,365 (AC 045596 - AC 045602) | | 402, 403, 802, CUM, DUP | | |
| PX-1048 | | Golf Ball Sales On-Course Pro Shops AC 0023677.UR | | 402, 403, 802, CUM | | |
| PX-1049 | 1996 | 1996 Agreement between Spalding and Acushnet (AC 014586 – AC 014615) | | 802, CUM | | |
| PX-1050 | | Callaway documents re Chicopee and Carlsbad (CW 0383059) | | 402, 403, 802, INC, AUTH, CUM, DISC | | |
| PX-1051 | | Callaway documents re Chicopee and Carlsbad (CW 0383357 – CW 0383376) | | 402, 403, 802, INC, AUTH, CUM, DISC | | |
| PX-1052 | | Callaway documents re Chicopee and Carlsbad (CW 0383340 – CW 0383356) | | 402, 403, 802, INC, AUTH, CUM, DISC | | |
| PX-1053 | | Excerpt from Titleist Golf Ball Workshop Discussion Points (AC 020649) | | 402, 403, 802, CUM, INC, F, AUTH | | |
| PX-1054 | | Excerpt from Titleist Golf Ball Workshop Discussion Points (AC 020658) | | 402, 403, 802, CUM, INC, F, AUTH | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1055 | 1/16/2007 | Excerpt from Titleist Golf Balls 2007 Sales & marketing Preview (AC 0120037) | | 402, 403, 802, CUM, AUTH, DUP | | |
| PX-1056 | 5/03/2005 | E-mail correspondence from George Sine re "Questions" (AC 033603 – AC 033605) | | 402, 403, 802, CUM | | |
| PX-1057 | 2/02/2004 | Letter from Craig Omtvedt from William Burke attaching documents (AC 047689.UR – AC 047708.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-1058 | 10/17/2006 | Acushnet Company 2007 Strategic Plan (AC 0119966 – AC 0119968) | | 402, 403, 802, CUM, INC, DUP | | |
| PX-1059 | 10/17/2006 | Acushnet Company Golf Ball Operations Business Review (AC 0119969 – AC 0119979) | | 402, 403, 802, CUM, INC, DUP | | |
| PX-1060 | 1/16/2007 | Titleist Golf Balls Advertising Review (AC 0120048 – AC 0120067) | | 402, 403, 802, F, CUM, INC | | |
| PX-1061 | 1/16/2007 | Acushnet Company Golf Ball Operations Business Review (AC 0120068 – AC 0120088) | | 402, 403, 802, F, CUM, INC | | |
| PX-1062 | 2001-2004 | 2001-2004 Darrell Survey Almanacs Golf Ball Chapters (AC 0131512 – AC 0131526) | | 402, 403, 802, INC | | |
| PX-1063 | 5/17/2002 | Declaration of Herbert C. Boehm in re Patent Application 09/274,015 – US patent 7,090,798 to Hebert et al. (CW 0329817 – CW 0329819) | | 402, 403, 802, CUM, DISC | | |
| PX-1064 | 2002 | IndyGolf.com Frequently Asked Questions by Bob Ostrander (CW 0127894 – CW 0127917) | | 402, 403, 802, F, CUM, AUTH | | |
| PX-1065 | | Top-Flite Golf Company Overview (CW 01511166 – CW 01511190) | | 402, 403, 802 | | |
| PX-1066 | 10/2001 | Golf World Business Artilce – "Supreme Challenge" (CW 0383906 – CW 0383913) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1067 | | Callaway Golf Rule 35 StorngFeel Product/Launch Summary (CW 063353 – CW 063357) | | 402, 403, 802, F, CUM, AUTH | | |
| PX-1068 | Fall 2000 | Callaway Connection Issue No 39 – Fall 2000 – "The Callaway Golf Family Proudly Welcomes Arnold Palmer" (CW 0168225 – CW 0168229) | | 402, 403, 802 | | |
| PX-1069 | | Callaway Golf  "Rule 35 – hit it. Believe it." Product  brochure. (CW 0212948) | | 402, 403, 802, F, AUTH | | |
| PX-1070 | 8/22/2003 | Proposed Term Sheet for Patent License between Callaway Golf and Acushnet  (CW 0282411 – CW 0282412) | | 402, 403, 408, 802, F, CUM, INC | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1071 | 2/26/1999 | Spalding Pro Tour Strategy  (CW 0500779 – CW 0500811) | | 402, 403, 802, F, CUM | | |
| PX-1072 | 5/02/1996 | USA TODAY Sports Article – Cronin, Dan – "Top-Flite will sell Multilayer Golf Ball"  (CW 00615118) | | 402, 403, 802, F, CUM, INC | | |
| PX-1073 | 5/29/1996 | Business Week Article – Merritt, Jennifer – Product Peek ----- "The Belle of the Golf Balls"  (CW 0615108) | | 402, 403, 802, F, CUM | | |
| PX-1074 | 5/27/1999 | Settlement Agreement between Spalding Sports Worldwide and Gary Player Group  (CW 0273998 – CW 0274005) | | 402, 403, 802, CUM | | |
| PX-1075 | 6/19/1992 | Agreement between Spalding and Dunlop Slazenger (CW 0274032 – CW 0274035) | | 402, 403, 802, CUM | | |
| PX-1076 | 2002-2003 | Callaway Golf Net Sales Figures and Budgets (CW 0320767 – CW 0320842) | | 402, 403, 802, F, DISC | | |
| PX-1077 | 6/20/2002 | Collaboration License and Option Agreement between Spalding and Brown University Research Foundation (CW 0325513 – CW 0325524) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1078 | 1/01/1999 | License Agreement between Acushnet Company and Callaway Golf Ball Company  (CW 01864026 – CW 01864032) | | 802, DUP | | |
| PX-1079 | 2002-2005 | Callaway Golf Sales Figures (CW 0309392 – CW 0310549) | | 402, 403, 802, CUM, AUTH, MULT, INC | | |
| PX-1080 | | Callaway Golf Product History (CW 0316619 – CW 0316684) | | 402, 403, 802, F, CUM, AUTH, INC | | |
| PX-1081 | | Titleist Pro V1 & Pro V1x Pricing Considerations (AC 023593.UR – AC 023617.UR) | | 402, 403, 802, CUM | | |
| PX-1082 | 3/2002 vs 3/2003 | Acushnet Company Golf Ball Sales Comparison (AC 023940.UR – AC 024080.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-1083 | | Opening Price Point (OPP) Titleist Strategic Document (AC 024032 – AC 024054) | | 402, 403, 802, CUM, MULT | | |
| PX-1084 | 6/2004 | Titleist and Foot-Joy WorldWide  Product Analysis (AC 024121.UR – AC 024290.UR) | | 402, 403, 802, CUM | | |
| PX-1085 | 4/19/2005 | E-mail Correspondence from Keith Duffy to George Sine re "Field Visit to Jacksonville, FL"  (AC 033598 – AC 033600) | | 402, 403, 802, CUM | | |
| PX-1086 | 5/03/2005 | E-mail Correspondence from George Sine re "Questions" (AC 033603.UR – AC 033605.UR) | | 402, 403, 802, CUM | | |
| PX-1087 | 10/05/1989 | Agreement between Acushnet company and Neplea, Holmstrom, and Call Products  (AC 045574 – AC 045588) | | 402, 403, 802, CUM, AUTH | | |

71

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1088 | 10/08/2003 | Acushnet Company Titleist Golf Balls Sales & Marketing Review (AC 048048.UR – AC 048069.UR) | | 402, 403, 802, CUM | | |
| PX-1089 | 12/23/2002 | Golfweek.com Article – Leading Edge by James Achenbach "New Pro V1s lead technology parade" (AC 089537 – AC 089539) | | 402, 403, 802, CUM, AUTH, ILL | | |
| PX-1090 | 10/17/2000 | Assorted Articles – "New Titleist Ball is all the Rage" – "Titleist Scores Big with new Ball" by John Steinbreder (AC 089540 – AC 089546) | | 402, 403, 802, CUM, AUTH | | |
| PX-1091 | 1/26/2001 | Acushnet Company Press Release "Titleist Advances Golf Ball Leadership Position With Introduction of New High Performance Multi-Component Pro V1" (AC 089690 – AC 089691) | | 402, 403, 802, F, CUM, AUTH | | |
| PX-1092 | 4/04/2001 | License Agreement between Callaway Golf and Acushnet Company (AC 0100118 – AC 0100139) | | 402, 403, 802, CUM | | |
| PX-1093 | 2000 | Titleist 2000 Sales Meeting – Orlando 2000 (AC 0102854.UR – AC 0102960.UR) | | 402, 403, 802, CUM | | |
| PX-1094 | 2000 | Titleist 2000 Sales Meeting – Pinehurst 2000 (AC 0103177.UR – AC 0103270.UR) | | 402, 403, 802, CUM | | |
| PX-1095 | 2006 | Titleist Golf Ball Workshop 2006 (AC 0116312 – AC 0116395) | | 402, 403, 802, CUM | | |
| PX-1096 | 2006 | Titleist and Foot-Joy Worldwide Product Analysis (AC 0119833 – AC 0119899) | | 402, 403, 802, CUM | | |
| PX-1097 | 7/27/2005 | Letter to David Plant from Frank Scherkenbach re Callaway Golf – Acushnet Meditation (AC 014364 – AC 014391) | | 402, 403, 408, 802, CUM | | |
| PX-1098 | 3/06/2000 | E-mail Correspondence from Bill Morgan re "VENEER STRATEGY is defined March 6, 2000" (AC 0000253.UR – AC 0000254.UR) | | 402, 403, 802, CUM | | |
| PX-1099 | 11/03/1994 | Excerpt from UK Patent 2276093 to Yamagishi (Bridgestone) (AC 0006885 –AC 0006903) | | 402, 403, 802, CUM | | |
| PX-1100 | 6/21/2005 | Titleist Press Release "Titleist. The #1 Ball Played at the U.S. Open for the 57th Consecutive Year" (AC 0014581 – AC 0014583) | | 402, 403, 802, CUM, AUTH | | |
| PX-1101 | 8/03/2005 | Acushnet Company/Callaway Golf Mediation Brief of Acushnet Company (AC 0016400 – AC 0016423) | | 403, 408 | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-1102 | 3/31/2001 – 12/31/2005 | Acushnet Company Statements of Income (in USD) from March 31st 2001 – December 31st 2005  (AC 0043829 –AC 0043848) | | 402, 403, 802, CUM, AUTH, INC | | |
| PX-1103 | 1/12/2001 | Email to Ed Abrain to from George Sine re golf ball article response (AC 33927 – AC 33930) | | 402, 403, 802, CUM | | |
| PX-1104 | | Acushnet International Sales data (AC 43465.ur – AC 43824.ur) | | 402, 403, 802, CUM, F, AUTH, MULT | | |
| PX-1105 | | Titleist Sales Data for various countries (AC 44845.ur  - AC 44860.ur) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-1106 | 1/19/2006 | Titleist Golf Balls Sales and Marketing Review (AC 48474 – 48497) | | 402, 403, 802, CUM | | |
| PX-1107 | 1/2007 | New Pro V1 and Pro V1x Launch presentation (AC 116551 – AC 116678) | | 402, 403, 802, CUM | | |
| PX-1108 | 2002 | Ball Dollar Share Price Point Opportunity Combined (CW 1144539 – CW 1144562) | | 402, 403, 802, F, CUM, AUTH, INC | | |
| PX-1109 | 2003 – 2006 | Standard Cost spreadsheet (CW 383638-383744) | | 402, 403, 802, F, CUM, AUTH, INC, DISC | | |
| PX-1110 | 2003 – 2006 | Standard Cost Spreadsheet (CW 383528- CW 383632) | | 402, 403, 802, F, CUM, AUTH, INC, DISC | | |
| PX-1111 | 2004 | Titleist Pro V1 Print Advertisement "If You've Won with Pro V1 In 2004 Raise Your Hand" (AW 02713) | | 402, 403, 802, F, CUM | | |
| PX-1112 | 2000 | Titleist Pro V1 Print Advertisements (AC 0017139 – AC 0017144) | | 402, 403, 802, CUM, INC, MULT | | |
| PX-1113 | 9/01/2000 | E-mail correspondence from Jack Drumm re "Testing of Davis Love III at Sea Island, GA…."  (AC 028755.UR – AC 028758.UR) | | 402, 403, 802 | | |
| PX-1114 | 2/21/1996 | Titleist New Product Directive "Project X Technology" Revision # 2 (AC 028959.UR – AC 028965.UR) | | 402, 403, 802 | | |
| PX-1115 | 5/10/1996 | Titleist New Product Directive "Project X Technology" Revision # 3 (AC 028978.UR – AC 028982.UR) | | 402, 403, 802, DUP | | |
| PX-1116 | 2000 – 2001 | New Pro V1 Product Brief (AC 030020 – AC 030032) | | 402, 403, 802, CUM, DUP | | |
| PX-1117 | 9/29/2000 | E-mail correspondence from George Sine re "New Titleist Pro NT – D Creative Brief"  (AC 033810.UR – AC 33813.UR) | | 402, 403, 802, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1118 | 2/05/2001 | E-mail correspondence from Joe Gomes re "Love Wins ATI with Titleist"  (AC 033948 – AC 033949) | | 402, 403, 802, CUM | | |
| PX-1119 | 2/12/2001 | E-mail correspondence from Joe Gomes re "Mickelson Tops Titleist Pro V1 Sweep at Buick Invitational"  (AC 033976 – AC 033977) | | 402, 403, 802, CUM | | |
| PX-1120 | 3/29/2001 | E-mail Correspondence from Joe Gomes enclosing text from March 28, 2001 Article from the Detroit News "Talking with... George Sine, Acushnet Company" By Vartan Kupelian (AC 036676 – AC 036677) | | 402, 403, 802, CUM | | |
| PX-1121 | | Titleist Pro V1 Brochure "Performance Beyond Expectation" (AC 04448 – AC 044467) | | UNK | | |
| PX-1122 | | Titleist Pro V1 Design Slides  (AC 044747 – AC 044757) | | 402, 403, 802, CUM, INC | | |
| PX-1123 | 5/2001 – 10/2001 | Assorted Pro V1 Golf World Print Articles "The Fall Offensive", "Titleist Fires Up the Artillery", "Dessert Storm by V1 Ball", "Having a Ball"  (AC 089556 – AC 089563) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-1124 | 9/26/2000 | www.golf.com Article "Wound bound to be obsolete" by Doug Ferguson  (AC 089564 – AC 089566) | | 402, 403, 802, CUM, AUTH | | |
| PX-1125 | 9/22/2000 | GolfDigest.com Article "Going to Great Lengths" by Tim Rosaforte (AC 089570 – AC 089572) | | 402, 403, 802, CUM, AUTH | | |
| PX-1126 | 9/15/2000 | Golf World Business Article "Titleist inks Love to new deal; Uihlein declares: 'We're at war'" (AC 089573) | | 402, 403, 802, CUM, AUTH | | |
| PX-1127 | 12/15/2000 | Golf World Article "Star Wars" author unknown (AC 089574 – AC 089575) | | 402, 403, 802, CUM, AUTH | | |
| PX-1128 | 10/17/2000 | Golfweek Business Article "Titleist's new solid ball goes into play in Vegas" by John Steinbreder (AC 089648 – AC 89649) | | 402, 403, 802, CUM, AUTH | | |
| PX-1129 | 4/05/2001 | Star Tribune Article "Longer-playing golf balls are talk of tourney" by Patrick Reusse (AC 089651 – AC 089652) | | 402, 403, 802, CUM, AUTH | | |
| PX-1130 | 4/24/2001 | The Pantagraph Article "Best ball? Golfers Scrambling for Titleist Pro V1" (AC 089666 – AC 089667) | | 402, 403, 802, CUM | | |
| PX-1131 | 10/18/2000 | www.golf.com Article "Solid-core Titleist appeals to pros" by Jim Slater (AC 089682 – AC 089683) | | 402, 403, 802, CUM, AUTH | | |

| TRIAL Ex. No. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-1132 | 3/15/2001 | Bay Hill Invitational, Fastscripts Interview with Phil Mickelson (AC 089684 – AC 089687) | | 402, 403, 802, CUM, AUTH | | |
| PX-1133 | 2001 | B&W Titleist Pro V1 Print Advertisement from 2001 Ad Campaign "Word of Mouth on the new ball from Titleist isn't just positive… It's Deafening" (AC 089740 – AC 089743) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-1134 | 3/14/2001 | USA Today Front Page Article "The Ball that's turning Golf upside down"  (AC 089762 – AC 089765) | | 402, 403, 802, CUM, AUTH, MULT | | |
| PX-1135 | 2/05/2001 | E-mail correspondence from Adam Bradshaw re "Meeting Follow-up" (AC 0109625.UR – AC 0109632.UR) | | 402, 403, 802, CUM, MULT | | |
| PX-1136 | No dates | Titleist Pro V1 and Pro V1x Player quotes/testimonials (AC 0116948) | | 402, 403, 802, CUM, UNK | | |
| PX-1137 | 2004 | Titleist Pro V1 Table of Golf Ball Victories on 2004 Worldwide Professional Tours (AC 0126844 – AC 0126859) | | 402, 403, 802, F, CUM | | |
| PX-1138 | 3/2000 - 4/2000 | Player Magazine Print Article "The Science of Choosing a Golf Ball" by Marshall Lewis (CW 0253539 – CW 0253542) | | 402, 403, 802, F, CUM | | |
| PX-1139 | 1/28/2006 | www.golfweek.com Article "A fab five for the Pro V1" by James Achenbach (CW 0273801 – CW 0273802) | | 402, 403, 802, F, CUM | | |
| PX-1140 | 10/13/2000 | Golf World Print Article "the Bunker – The Fall Offensive" by Geoff Russell" (CW 0280161 – CW 0280162) | | 402, 403, 802, F, CUM | | |
| PX-1141 | | Golf Pro-Online Article "Titleist Advances Golf Ball Leadership Position with Introduction of New High Performance Multi-Component Pro V1"  (CW 0280214 – CW 0280217) | | 402, 403, 802, F, CUM | | |
| PX-1142 | 2/16/2001 | Print Advertisements taken from GolfWorld magazine including Pro V1 "It's Defeaning" ad and "Pro V1 for all – Mickelson Trusts Titleist for 3rd Buick Invitational"  (CW 0280546 – CW 0280555) | | 402, 403, 802, F, CUM, MULT | | |
| PX-1143 | 2/10/2001 | Titleist Print advertisement published in Golfweek.com magazine "At the Top of His Game with Equipment to Match" (CW 0280722 – CW 0280723) | | 402, 403, 802, F, CUM | | |
| PX-1144 | 3/17/1999 | Pro Tour Endorsements – Justin Leonard, Mark O'Meara, Tom Watson  (CW 0500752 – CW 0500759) | | 402, 403, 802, F, CUM | | |
| PX-1145 | 1/10/1999 – 11/14/1999 | PGA Tour 1st Place Finishes Table (CW 01819166 – CW 01819194) | | 402, 403, 802, F, CUM | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1146 | 7/08/2000 | Facsimile correspondence from Marvin M. Giles, III to Wally Uihlein re Davis Love's contract with Titleist (AC 0131590 – AC 0131592) | | 402, 403, 802, F, CUM | | |
| PX-1147 | 12/06/2000 | Players Agreement between Acushnet Company and Davis Love III (AC 0131542 – AC 0131545) | | 402, 403, 802, F, CUM | | |
| PX-1148 | 12/04/2000 | E-mail Correspondence from Wally Uihlein re "Davis Love III Chonology" (AC 0131546 – AC 0131547) | | 402, 403, 802, F, CUM | | |
| PX-1149 | 11/28/2000 | Letter from Wally Uihlein to Vinnie Giles re Davis Love III business matters (AC 0131548 – AC 0131551) | | 402, 403, 802, F, CUM | | |
| PX-1150 | 11/20/2000 | Letter from Uihlein to Davis Love III re revised agreements (AC 0131552) | | 402, 403, 802, F, CUM | | |
| PX-1151 | 10/30/2000 | Letter from Uihlein to Davis Love III re agreements (AC 0131553 – AC 0131559) | | 402, 403, 802, F, CUM | | |
| PX-1152 | 9/2001 | Letter from Uihlein to Davis Love III including Press Articles (AC 0131560 – AC 0161565) | | 402, 403, 802, F, CUM | | |
| PX-1153 | 11/04/2000 | Acushnet Company/Davis Love III Proposal (AC 0131566 – AC 0131569) | | 402, 403, 802, F, CUM | | |
| PX-1154 | 9/03/2000 | E-mail Correspondence from Davis Love III to Uihlein re "Confirmation" (AC 0131570 – AC 0131571) | | 402, 403, 802, F, CUM | | |
| PX-1155 | 9/01/2000 | E-mail Correspondence from uihlein to Davis Love III re "The Future" (AC 0131572 – AC 0131574) | | 402, 403, 802, F, CUM | | |
| PX-1156 | 7/12/2000 | Correspondence between Davis Love and Uihlein re upcoming tournaments and Titleist sponsorhip (AC 0131575 – AC 0131577) | | 402, 403, 802, F, CUM | | |
| PX-1157 | 6/19/2000 | Handwritten letter from Uihlein to Davis Love III (AC 0131578 – AC 0131582) | | 402, 403, 802, F, CUM | | |
| PX-1158 | 6/16/2000 | Letter from Uihlein to Davis Love III re proposed agreement (AC 0131583 – AC 0131587) | | 402, 403, 802, F, CUM | | |
| PX-1159 | 6/09/2000 | Letter from Marvin Giles III (Love's agent) to Uihlein re proposed figures for agreement (AC 0131588 –AC 0131589) | | 402, 403, 802, F, CUM | | |
| PX-1160 | 1/17/1996 | Titleist and Foot-Joy Worldwide Players agreement with Davis Love III (AC 0131593 – AC 0131595) | | 402, 403, 802, F, CUM, DUP | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE IN SUPPORT OF ADMISSION | Admitted |
|---|---|---|---|---|---|---|
| PX-1161 | 8/09/2000 | Titleist.com Titleist Professional promotional of Davis Love III (CW 082130 – CW 082131) | | 402, 403, 802, F, CUM | | |
| PX-1162 | 2/21/2001 | Article from the San Diego Union – Tribune "Wild and Wacky – There have been surprises galore so far on the 2001 tour" by Ted Leonard (CW 0384002 – CW 0384004) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1163 | 4/04/2001 | Article from the Miami Herald – "Hold That Swing!" by Jeff Shain (CW 0383990 – CW 0383993) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1164 | 3/11/2001 | Article from The observer – "The Tiger is Tamed by a Golf Ball Revolution: Why has the world No. 1 lost his aura of invincibility?" by Bill Elliot (CW 0383999 – CW 0384001) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1165 | 10/12/2000 | Article from USA TODAY "An 'authentic swing' at golf" by Harry Blauvelt (CW 0383958 – CW 0383959) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1166 | 4/04/2001 | Ariticle from the Denver Post "Dead Solid Almost Perfect" by Kensler (CW 0383978 – CW 0383980) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1167 | 7/19/2007 | YES, Dallas Morning News – Inside the ROPES, Dallas Morning News, FIRST ed, p6C (CW 000383960 – CW 000383961) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1168 | 6/01/2006 | Bomb & Gouge: there's a new way to play, and it's all about power Morrice, Peter Golf Digest, v57, n6, p124 (CW 000383962 – CW 000383977) | | 402, 403, 802, F, CUM, AUTH, INC, Mischaracterized, DISC | | |
| PX-1169 | 5/13/2001 | Dead, solid perfect Credits, Star-Telegram Fort Worth Star Telegream (Tx) Final ed (CW 000383978 – CW 000383980) | | 402, 403, 802, F, CUM, DUP, DISC | | |
| PX-1170 | 5/01/2001 | Golf Digest - Extra Holes (CW 000383981 – CW 000383986) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1171 | 3/15/2001 | New Orleans Times Picayune , Dave Lagarde, Golfers having a blast with Titleist ball (CW 000383994 – CW 00383996) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1172 | 3/14/2001 | The Ball that is Turning Golf Upside Down by Jerry Potter, USA Today (CW 000383997 - 383998) | | 402, 403, 802, F, CUM, DISC | | |
| PX-1173 | 2/27/2001 | West Coast in Swing Review by Tod Leonard, The San Diego Union-Tribune Union Tribune, 1,7 ed, pD-4 (CW 000384002 – CW000384004) | | 402, 403, 802, F, CUM, DUP, DISC | | |
| PX-1174 | 8/15/20000 | Email from Chris Cavallaro to Sine et al. re veneer platform meeting minutes 8/8 (AC 0109480 – AC0109480) | | 402, 403, 802, F, CUM, AUTH, INC, | | |

| Trial Ex. No. | Doc. Date | Description | Offered | Objections | FRE in support of admission | Admitted |
|---|---|---|---|---|---|---|
| PX-1175 | 1932-2007 | The History of the Titleist Golf Ball – authors unknown (AB 0118041 – AB 0118098) | | 402, 403, 802, UNK | | |
| PX-1176 | 2007 | Titleist Pro V1 Microsite from Titleist.com (CW 0383115) | | 402, 403, 802, UNK, DISC | | |
| PX-1177 | | Innovations – Great Leaps Forward -  The evolution of a game: 1890 – today  (CW 0383889 – 383894) | | 402, 403, 802, UNK, DISC | | |
| PX-1178 | | Fortune Brands – Our Brands – Home and Hardware | | UNK | | |
| PX-1179 | 3/11/2001 | BusinessWeek Magazine Article "Commentary: Ely Callaway: He did it his way" by Mark Hyman | | 402, 403, 802, CUM, AUTH | | |
| PX-1180 | 12/31/2001 | USSEC – Callaway Golf 2001 Form 10-K | | 105, 802 | | |
| PX-1181 | 12/31/2006 | USSEC – Callaway Golf 2006 Form 10-K | | 105, 802 | | |
| PX-1182 | 12/31/2003 | USSEC – Callaway Golf 2003 Form 10-K | | 105, 802 | | |
| PX-1183 | | CallawayGolf.com "Our History" Timeline | | UNK | | |
| PX-1184 | | Fortune Brands 2001 Form 10-K | | 105, 802 | | |
| PX-1185 | 1997-2006 | Golf Datatech – Quarterly Reports – 1997 – 2006 On-Off Course | | 105, DISC | | |
| PX-1186 | 7/17/2007 | GolfEurope.com Article "A History of the Golf Ball" – www.golfeurope.com/almanac/history/golf_ball.htm | | 802, AUTH, F | | |
| PX-1187 | 2002-2003 | Golf Datatech – Monthly Reports – July-Sept Mass Merchant – Sporting Goods – On-OFF Course | | 105, DISC | | |
| PX-1188 | | Titleist.com Press Release "Titleist Celebrates Launch of New Pro V1 Balls with Seven Title Sweep around the world" | | 402, 403, 802, AUTH | | |
| PX-1189 | | Golfsmith.com Callaway HX Tour 56 product info: "The New Science of Distance with Accuracy" | | 402, 403, 802, AUTH, INC, UNK | | |
| PX-1190 | | Spalding Holdings Corporation Form 10-K for the year ended December 31, 2000 | | 802 | | |
| PX-1191 | 2001-2006 | Golf Datatech – Quarterly Reports – 2001 – 2006 On Course | | 105, DISC | | |

| TRIAL EX. NO. | DOC. DATE | DESCRIPTION | OFFERED | OBJECTIONS | FRE IN SUPPORT OF ADMISSION | ADMITTED |
|---|---|---|---|---|---|---|
| PX-1192 | 2001-2003 | Golf Datatech – Quarterly Reports – 2001 – 2003 Sporting Goods | | 105, DISC | | |
| PX-1193 | 2001-2006 | Golf Datatech – Quarterly Reports – 2001 – 2006 Off Course | | 105, DISC | | |
| PX-1194 | 2001-2004 | Golf Datatech – Quarterly Reports – 2001 – 2004 Mass Merchants | | 105, DISC | | |

# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | |
| Plaintiff, | |
| v. | C. A. No. 06-91 (SLR) |
| ACUSHNET COMPANY, | |
| Defendant. | |

**EXHIBIT 6**

**ACUSHNET'S EXHIBIT LIST AND CALLAWAY'S OBJECTIONS TO SAME**

Pursuant to Fed. R. Civ. P. 26(a)(3)(C), Defendant Acushnet Company ("Acushnet") hereby submits the attached list of exhibits that it may seek to introduce into evidence at trial.

Acushnet reserves the right to use the exhibits listed by plaintiff Callaway Golf Company ("Callaway") or to introduce complete copies of any of the documents listed by Acushnet or Callaway. Acushnet further reserves the right to supplement its exhibit list with documents produced pursuant to any trial subpoena or documents produced after the date of this submission. Acushnet further reserves the right (as agreed by Callaway) to supplement its exhibit list in light of further discovery provided to Acushnet.

Acushnet reserves the right to enlarge exhibits identified on the exhibit list of either party or otherwise admitted at trial and may highlight certain portions of the language or otherwise feature that language to facilitate the presentation and understanding of the evidence. Acushnet also reserves the right to enlarge or portray graphically any deposition testimony that has been designated or is otherwise admissible.

- 1 -

**KEY**   R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
        I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
        ? = Unknown Document    B = Best evidence

Acushnet also reserves the right to use at trial certain demonstratives and graphics that will be used solely for illustrative purposes and that it will not seek to admit into evidence. Acushnet further reserves the right to use large drawing pads for illustrative purposes and other aides to facilitate the presentation and understanding of the evidence.

This list does not include all exhibits that Acushnet may use at trial for the purposes of impeachment. Acushnet reserves the right to use at trial any document (whether listed or not) for the purposes of impeachment, in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 26 advisory committee's note ("By its terms, rule 26(a)(3) does not require disclosure of evidence to be used solely for impeachment purposes . . .")

Finally, because questions may remain regarding the scope of the evidence at trial, Acushnet has designated certain exhibits, the relevance of which it does necessarily admit. The fact that an exhibit is listed on Acushnet's exhibit list is not an admission that the exhibit is relevant or otherwise admissible.

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 1 | 04/03/2000 | U.S. Patent 6,210,293 | | | 571 | | |
| 2 | 01/07/2003 | U.S. Patent 6,503,156 | | | 1147 | NP | |
| 3 | 01/14/2003 | U.S. Patent 6,506,130 | | | 1148 | NP | |
| 4 | 07/22/2003 | U.S. Patent 6,595,873 | | | 1149 | NP | |
| 5 | 12/21/99 | File History 6,210,293 | CW 0307772 | CW 0307957 | 968 | MIL | |
| 6 | 04/10/01 | File History 6,506,130 | CW 0308182 | CW 0308889 | 969 | MIL | |
| 7 | 06/04/01 | File History 6,503,156 | CW 0307958 | CW 0308181 | 962 | MIL | |
| 8 | 07/22/03 | File History for U.S. Patent 6,595,873 | CW 0308890 | CW 0309143 | 577 | MIL | |
| 9 | 02/14/84 | U.S. Patent 4,431,193 | | | 557 | | |
| 10 | 05/24/94 | U.S. Patent 5,314,187 | | | 558 | | |
| 11 | 06/23/87 | U.S. Patent 4,674,751 | | | 570 | | |
| 12 | 06/23/1981 | U.S. Patent 4,274,637 | | | 567 | | |
| 13 | 08/02/1994 | U.S. Patent 5,334,673 | | | 1123 | NP | |

**KEY**  R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 14 | | UK Patent Application GB 2 248 067 A | | | 1160 | NP | |
| 15 | | USPTO before the Board of Patent Appeals and Interferences Ex Parte Michael J. Sullivan Appeal no. 2002-0242 Application No. 09/873,594 | AC 0015597 | AC 0015612 | 69 | R, P, H, MIL | |
| 16 | 04/17/01 | Opinion of Counsel on U.S. Patent 6,210,293 | AC 0115679 | AC 0115698 | 367 | | |
| 17 | 10/20/03 | Opinion of Counsel on U.S. Patent 6,595,873 | AC 0115751 | AC 0115772 | 368 | | |
| 18 | 04/08/03 | Opinion of Counsel on U.S. Patent 6,506,130 and 6,503,156 | AC 0115945 | AC 0115981 | 369 | | |
| 19 | 11/00/2001 | Estane 58133 TPO Product Data Sheet | AC 0116196 | AC 0116196 | 370 | R, P, H | |
| 20 | 03/00/2004 | DuPont Product Description of Surlyn 7940 | CW 0307285 | CW 0307287 | 572 | | |
| 21 | 03/00/2004 | DuPont Product Description of Surlyn 8940 | CW 0307288 | CW 0307290 | 573 | R, P, H | |
| 22 | 08/21/02 | Letter Rider to Arturi re Outstanding Club and Ball Patent Issues | CW 1850770 | CW 1850771 | 733 | 408, R, P, H, MIL | |
| 23 | 08/21/2007 | Letter from Michael J. Rider to  Arturi re: Outstanding club issues | CW 0282376 | CW 0282377 | 536 | 408, R, P, H | |
| 24 | 07/01/2002 | Letter to Arturi from Michael J. Rider re Iron Patents & Golf Ball Patents | CW 0282378 | CW 0282382 | 538 | 408, R, P, H | |
| 25 | 04/30/2002 | Letter to Stephen MacCracken from P. Arturi re Intellectual Property Issues | CW 0282383 | CW 0282384 | 539 | 408, R, P, H | |
| 26 | 05/22/2007 | PTLI Testing Results | AC 0131402 | AC 0131425 | 389 | R, P, H | |
| 27 | 07/21/98 | File Wrapper for Application 08/870,585 | CW 0300403 | CW 0300567 | 556 | MIL | |
| 28 | 06/01/93 | File History for Application No. 08/070,510  (Klein Ex. 10) | | | 966 | NP, MIL | |
| 29 | | File History for U.S. patent 4,431,193 | CW 0303427 | CW 0303495 | 566 | MIL | |
| 30 | | File History for U.S. Patent 4,274,637 | | | 1354 | NP | |
| 31 | | File History for U.S. Patent 4,674,751 | | | 1355 | NP | |
| 32 | | File History for U.S. Patent 5,314,187 | | | 1356 | NP | |
| 33 | | File History for U.S. Patent 5,334,673 | | | 1357 | NP | |
| 34 | 07/20/2007 | ASTM 2240-95 Standard | AC 0029349 | AC 0029352 | 829 | R, P, H | |
| 35 | | ASTM Standard D 2240 - 02a | CW 0274337 | CW 0274348 | 832 | R, P, H | |
| 36 | | ASTM Standard D 2240 - 91 | | | 833 | R, P, H, NP | |
| 37 | 05/24/94 | U.S. Patent 5,314,187 | | | 630 | | |
| 38 | | ◄●Pro V1 392●► (Physical Packaging Sample) | | | 1569 | | |
| 39 | | ◄●Pro V1x 332●► (Physical Packaging Sample) | | | 1570 | | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 40 | | ◄Pro V1 ● 392► (Physical Packaging Sample) | | | 1571 | | |
| 41 | | ◄--Pro V1--► (Physical Packaging Sample) | | | 1572 | | |
| 42 | | ◄Pro V1-392► (Physical Packaging Sample) | | | 1573 | | |
| 43 | | ◄--Pro V1x--► (Physical Packaging Sample) | | | 1574 | | |
| 44 | | ◄Pro V1 Star 392► (Physical Packaging Sample) | | | 1575 | | |
| 45 | | ◄Pro V1x-332► (Physical Packaging Sample) | | | 1576 | | |
| 46 | | ◄Pro V1 392► (Physical Packaging Sample) | | | 1568 | | |
| 47 | 07/09/1993 | Declaration of Proudfit (PTO) | CW 0302942 | CW 0302947 | 915 | R, P, H, MIL | |
| 48 | | Plastics Technology Laboratories, Inc.: Hardness Testing Photographs | PTLI 000009 | PTLI 000015 | 1286 | R, P, H, A, B | |
| 49 | | Plastics Technology Laboratories, Inc.: Test Report Documentation | PTLI 000018 | PTLI 000018 | 1287 | R, P, H, A, B | |
| 50 | | Plastics Technology Laboratories, Inc.: Test Report Documentation | PTLI 000019 | PTLI 000019 | 1288 | R, P, H, A, B | |
| 51 | | PTL, Inc. Shore Hardness and Flexural Property Testing Invoice | PTLI 000022 | PTLI 000025 | 1289 | R, P, H | |
| 52 | | Letter to Lester from Galipeau with attached testing results | PTLI 000026 | PTLI 000050 | 1290 | R, P, H | |
| 53 | | PTL, Inc. Shore Hardness and Flexural Property Testing Invoice | PTLI 000100 | PTLI 000100 | 1291 | R, P, H | |
| 54 | | Handwritten Notes and chart of Callaway Prior Art testing | PTLI 000101 | PTLI 000103 | 1292 | R, P, H, A | |
| 55 | | Email to Lester from Smith re testing results | PTLI 000104 | PTLI 000104 | 1293 | R, P, H | |
| 56 | | Letter to Lester from Koehler re Project P20071713 Test Reports | PTLI 000105 | PTLI 000105 | 1294 | R, P, H | |
| 57 | | P20071713 - Supporting documentation | PTLI 000107 | PTLI 000109 | 1295 | R, P, H | |
| 58 | | Certificate of Calibration: MIC-342-06 | PTLI 000110 | PTLI 000111 | 1296 | R, P, H | |
| 59 | | Certificate of Calibration: Shore D-005-06 | PTLI 000112 | PTLI 000113 | 1297 | R, P, H | |
| 60 | | Certificate of Calibration: UTM-289-06 | PTLI 000114 | PTLI 000115 | 1298 | R, P, H | |
| 61 | | Certificate of Calibration: LC-290-06 | PTLI 000116 | PTLI 000117 | 1299 | R, P, H | |
| 62 | | Service Call Report: Calibration of Macro Extensometer Only | PTLI 000118 | PTLI 000121 | 1300 | R, P, H | |
| 63 | | Individual Report from Rubber Program Cycle #153, Third Quarter 2007 by Collaborative Testing Services, | PTLI 000122 | PTLI 000125 | 1301 | R, P, H | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Inc. | | | | | |
| 64 | | Performance Analysis Report for the Plastics Interlaboratory Program Cycle #63, Third Quarter 2007 | PTLI 000126 | PTLI 000133 | 1302 | R, P, H | |
| 65 | | Training documentation for 2007 James McCarthy | PTLI 000134 | PTLI 000135 | 1303 | R, P, H | |
| 66 | | Article: Correlating JIS C and Shore D/ Shore A Hardness Values (Statz. Dep. Ex. 13) | | | 792 | R, P, H | |
| 67 | | Competitive ball report entry for Wilson Ultra Tour Balata 100 | AC 0072945 | AC 0072945 | 318 | R, P, H | |
| 68 | 00/00/19994 | Titleist and Foot-Joy Worldwide 1994 Competitive Ball Report | AC 0072908 | AC 0072946 | 1502 | R, P, H | |
| 69 | | Training documentation for 2007 Laura Howland | PTLI 000136 | PTLI 000137 | 1304 | R, P, H | |
| 70 | | 1986 Competitive Ball Report | AC 0079318 | AC 0079327 | 1218 | R, P, H | |
| 71 | | 1988 Competitive Ball Report | AC 0079358 | AC 0079449 | 1219 | R, P, H | |
| 72 | | 1988 Chemical Analysis of Competitor Golf Balls | AC 0079450 | AC 0079471 | 1220 | R, P, H | |
| 73 | | Competitive Ball Report | AC 0079869 | AC 0079951 | 1221 | R, P, H | |
| 74 | 0/0/96 | Introducing Top Flite Strata Tour | AC 0128187 | AC 0128194 | 1602 | R, P, H | |
| 75 | | Strata Tour Multi-Layer Technology | CW 0521703 | CW 0521753 | 642 | R, P, H | |
| 76 | | New Strata is Ultimate for Distance and Spin | CW 0537887 | CW 0537889 | 659 | R, P, H | |
| 77 | | Top-Flite Strata TourCompetition | CW 0599805 | CW 0599820 | 667 | R, P, H | |
| 78 | 09/03/96 | Memorandum Watson to Sullivan re Strata Commercial Success | CW 0615099 | CW 0615130 | 676 | R, P, H | |
| 79 | | Opinions of Counsel re Invalidity and Unenforceability of 6,210,293 | AC 0120414 | AC 0120491 | 1235 | | |
| 80 | 08/01/2003 | Opinion of Counsel Memo re '510 Patents | AC 0120643 | AC 0120836 | 1567 | | |
| 81 | | Opinions of Counsel re Invalidity and Unenforceability of 6,503,156 and 6,506,130 | AC 0120837 | AC 0121090 | 1236 | | |
| 82 | | Opinions of Counsel re Invalidity and Unenforceability of 6,595,873 | AC 0121177 | AC 0121365 | 1237 | | |
| 83 | | Documents referred to in Opinions of Counsel and Associated Claim Charts re Incorporation | CW 0274433 | CW 0274625 | 1272 | R, P, H | |
| 84 | 08/16/2007 | Declaration of James Proudfit re Wilson Ultra Tour Balata (Acushnet Response to Callaway SJ Motion of No Anticipate Ex. 5) | | | 1487 | H | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 85 | 08/24/2007 | Declaration of Dalton In Support Of Acushnet's Motion For summary Judgment Of Invalidity Of U.S. Patent Nos 6,210,293; 6,506,130; 6,503,156 and 6,595,973 | | | 893 | R, P, H, MIL | |
| 86 | 06/01/2007 | Expert Report of MacKnight | | | 954 | H | |
| 87 | 06/01/2007 | Expert Report of Statz | | | 958 | H | |
| 88 | 07/06/2007 | CV of Stephen Fienberg | | | 884 | R, P, H | |
| 89 | 07/06/2007 | Expert Report of Fienberg | | | 952 | H | |
| 90 | 08/03/2007 | Expert Report of Puckett | | | 956 | H | |
| 91 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_1(Core - Nesbitt 193; ICL Nesbitt 193; OCL- Molitor 637) | | | 1366 | R, P, MIL | |
| 92 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_2 (Core - Nesbitt 193; ICL - Nesbitt 193; OCL - Wu 673) | | | 1367 | R, P, MIL | |
| 93 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_3 (Core - Nesbitt 193; ICL - Nesbitt 193; OCL- Molitor 751) | | | 1368 | R, P, MIL | |
| 94 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_4 (Core - Nesbitt 193; ICL - Molitor 637; OCL - Molitor 637) | | | 1369 | R, P, MIL | |
| 95 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_5 (Core - Nesbitt 193; ICL - Molitor 637; OCL - Wu 673) | | | 1370 | R, P, MIL | |
| 96 | | Physical ball sample -- Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_6 (Core - Nesbitt 193; ICL - Molitor 637; OCL - 751) | | | 1371 | R, P, MIL | |
| 97 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_7 (Core - Proudfit 187; ICL - Proudfit 187; OCL - Molitor 637) | | | 1372 | R, P, MIL | |
| 98 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_8 (Core - Proudfit 187; ICL - Proudfit 187; OCL - Wu 673) | | | 1373 | R, P, MIL | |
| 99 | | Physical ball sample -- Prior Art Golf Balls Made at the Direction of Dr. MacKnight Ball_9 (Core - Proudfit 187; ICL - Proudfit 187; OCL - Molitor 751) | | | 1374 | R, P, MIL | |

- 6 -

**KEY**    R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 100 | 05/02/1988 | Mike Sullivan's Lab Notebook | CW 00611560 | CW 00611620 | 1578 | R, P, H | |
| 101 | 09/06/1989 | Mike Sullivan's Lab Notebook | CW 00611621 | CW 00611725 | 1579 | R, P, H | |
| 102 | 03/21/1991 | Mike Sullivan's Lab Notebook | CW 00611726 | CW 00611821 | 1580 | R, P, H | |
| 103 | 09/15/1992 | Mike Sullivan's Lab Notebook | CW 00611822 | CW 00611909 | 1581 | R, P, H | |
| 104 | | Darrell Survey 2000 Almanac of Golf Equipment | | | 1247 | R, P, H, NP | |
| 105 | | Darrell Survey 2001 Almanac of Golf Equipment | | | 1248 | R, P, H, NP | |
| 106 | | Darrell Survey 2002 Almanac of Golf Equipment | | | 1249 | R, P, H, NP | |
| 107 | | Darrell Survey 2003 Almanac of Golf Equipment | | | 1250 | R, P, H, NP | |
| 108 | | Darrell Survey 2004 Almanac of Golf Equipment | | | 1251 | R, P, H, NP | |
| 109 | | Invention Record: Layered Ball with thin thermoset surface | AC 0131665 | AC 0131668 | 1252 | | |
| 110 | | Durometer Hardness Conversion Table | CW 0003892 | CW 0003892 | 407 | R, P, H | |
| 111 | 03/27/1995 | Conforming Golf Balls  (Acushnet's Comments re Office Actions Ex. L) | | | 878 | R, P, H, MIL | |
| 112 | 03/27/1995 | USGA Championships Conforming Golf Balls (Acushnet SJ Invalidity Ex. 19) | | | 1163 | R, P, H, NP | |
| 113 | | Physical ball sample -- 1992 Slazenger Interlock 420 Balata 100 | | | 1314 | | |
| 114 | | Physical ball sample -- 1992 Wilson Ultra Tour Balata | | | 1315 | | |
| 115 | | Physical ball sample -- 1993 Altus Newing | | | 1316 | | |
| 116 | | Physical ball sample -- 1994 Kasco DC432 RR-105 (Dual core, soft cover); 1995 | | | 1317 | | |
| 117 | | Physical ball sample -- 1995 PRGR WS M-40 DC-926 | | | 1318 | | |
| 118 | | Physical ball sample -- 1995 Titleist ® Professional TM | | | 1319 | | |
| 119 | | Physical ball sample -- 1995 Titleist ® Professional TM 2-Piece | | | 1320 | | |
| 120 | | Physical ball sample -- Accutech UC3 | | | 1321 | | |
| 121 | | Physical ball sample -- I.U. Choice Gold 85 | | | 1358 | | |
| 122 | | Physical ball sample -- Kasco Star DC432 | | | 1360 | | |

- 7 -

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 123 | | Physical ball sample -- Kasco Star DC492 | | | 1361 | | |
| 124 | | Physical ball sample -- Pro V1 392 | | | 1375 | | |
| 125 | | Physical ball sample -- Reygrande Two by Two | | | 1376 | | |
| 126 | | Physical ball sample -- Reygrande X II, | | | 1377 | | |
| 127 | | Physical ball sample -- Spalding Executive | | | 1379 | | |
| 128 | | Physical ball sample -- Spalding Tour Executive | | | 1380 | | |
| 129 | | Physical ball sample -- Strata® Tour Ace$^{TM2}$ | | | 1381 | | |
| 130 | | Physical ball sample -- Titleist Pro  2-Piece | | | 1383 | | |
| 131 | | Physical ball sample -- Titleist Pro 2P | | | 1384 | | |
| 132 | | Physical ball sample -- Titleist Professional 100 | | | 1386 | | |
| 133 | | Physical ball sample -- Titleist Professional 2p | | | 1387 | | |
| 134 | | Physical ball sample -- Titleist Professional 90 | | | 1388 | | |
| 135 | | Physical ball sample -- Titleist Tour Prestige 100 | | | 1389 | | |
| 136 | | Physical ball sample -- Titleist Tour Prestige 90 | | | 1390 | | |
| 137 | | Physical ball sample -- Titleist Tour TEC 100 | | | 1391 | | |
| 138 | | Physical ball sample -- Titleist Tour TEC 90 | | | 1392 | | |
| 139 | | Physical ball sample -- Titleist Tour Urethane 100 | | | 1393 | | |
| 140 | | Physical ball sample -- Titleist Tour Urethane 90 | | | 1394 | | |
| 141 | | Physical ball sample -- Top-Flite® Strata® TL-Tour$^{TM}$ | | | 1396 | | |
| 142 | | Physical ball sample -- Top-Flite® Strata® Tour Premier$^{TM}$ | | | 1397 | | |
| 143 | | Physical ball sample -- Tour Edition 100 | | | 1398 | | |
| 144 | | Physical ball sample -- Tour Editon 90 | | | 1399 | | |
| 145 | | Physical ball sample -- Wilson Ultra Tour Balata 90 | | | 1451 | | |
| 146 | | Physical ball sample -- Wilson Ultra Tour Balata 100 | | | 1452 | | |
| 147 | | Physical ball sample -- Strata Tour Ultimate G | | | 1453 | | |
| 148 | | Physical ball sample -- Ben Hogan® Apex Tour® | | | 1327 | | |
| 149 | | Physical ball sample -- Ben Hogan® Apex Tour® Black | | | 1328 | | |
| 150 | | Physical ball sample -- Ben Hogan® Apex Tour® Red | | | 1329 | | |
| 151 | | Physical ball sample -- Ben Hogan® The Hawk® | | | 1330 | | |
| 152 | | Physical ball sample -- Ben Hogan® Tour Deep® | | | 1331 | | |
| 153 | | Physical ball sample -- Calaway Golf® HX ® Tour 56 | | | 1332 | | |
| 154 | | Physical ball sample -- Callaway Golf® CTU 30 | | | 1333 | | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 155 | | Physical ball sample -- Callaway Golf® HX® Blue | | | 1334 | | |
| 156 | | Physical ball sample -- Callaway Golf® HX® Red | | | 1335 | | |
| 157 | | Physical ball sample -- Callaway Golf® HX® Tour | | | 1336 | | |
| 158 | | Physical ball sample -- Callaway Golf® HX® Tour 56 Improved | | | 1337 | | |
| 159 | | Physical ball sample -- Callaway Golf® HX® Tour Improved | | | 1338 | | |
| 160 | | Physical ball sample -- Callaway Golf® Rule 35® Firm Feel | | | 1339 | | |
| 161 | | Physical ball sample -- Callaway Golf® Rule 35® Soft Feel | | | 1340 | | |
| 162 | | Physical ball sample -- Cayman Grand Tour | | | 1341 | | |
| 163 | | Estane Polyurethanes Polymer and Compound Products Line | CW 00615791 | CW 00615793 | 948 | R, P, H | |
| 164 | | Nike Tour Accuracy Data | CW 0064313 | CW 0064318 | 1257 | R, P, H | |
| 165 | | Nike Tour Accuracy Data | CW 0064323 | CW 0064325 | 1258 | R, P, H | |
| 166 | | Nike Tour Accuracy Data | CW 0064336 | CW 0064337 | 1259 | R, P, H | |
| 167 | | Nike Tour Accuracy Data | CW 0064339 | CW 0064340 | 1260 | R, P, H | |
| 168 | | Nike Tour Accuracy Data | CW 0064352 | CW 0064352 | 1261 | R, P, H | |
| 169 | | Nike Tour Accuracy Data | CW 0064356 | CW 0064356 | 1262 | R, P, H | |
| 170 | | Nike Tour Accuracy Data | CW 0064357 | CW 0064357 | 1263 | R, P, H | |
| 171 | 05/11/2005 | Competitive Ball Database Reports | AC 0000887 | AC 0000893 | 34 | R, P, H | |
| 172 | 04/04/2003 | Competitive Ball Database Reports | AC 0000900 | AC 0000902 | 38 | | |
| 173 | 04/04/2003 | Competitive Ball Database II Reports on Double Cover Solid Core Balls | AC 0000910 | AC 0000913 | 41 | | |
| 174 | | Competitive Ball Testing Data Report | AC 0048737 | AC 0048792 | 1213 | R, P, H | |
| 175 | | Golf Data Tech Sales Reports for Golf Balls sold at on and off course outlets | AC 0131489 | AC 0131489 | 978 | R, P, H | |
| 176 | | DuPont Packaging and Industrial Polymers: DuPont Surlyn 8150 Data Sheet | AC 0131493 | AC 0131495 | 1243 | R, P, H | |
| 177 | | DuPont Packaging and Industrial Polymers: DuPont Surlyn 8140 Data Sheet | AC 0131496 | AC 0131498 | 1244 | R, P, H | |
| 178 | | DuPont Packaging and Industrial Polymers: DuPont Nucrel resins 960 Data Sheet | AC 0131499 | AC 0131501 | 1245 | R, P, H | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 179 | | DuPont Packaging and Industrial Polymers: DuPont Fusabond ® N MO525D  Data Sheet | AC 0131502 | AC 0131503 | 1246 | R, P, H | |
| 180 | 07/31/2007 | Excerpt, Acushnet Competitive Ball Database | AC 900 | AC 902 | 398 | | |
| 181 | 10/23/00 | Email Espinoza to Catania, Yagley re Titleist Tear Down Data | CW 0125933 | CW 0125933 | 457 | R, P, H | |
| 182 | 09/28/1998 | Memo to Mark King, Chuck Yash and Callaway Golf Sales Department from Mike Pai re Golf Datatech Summary | CW 0218662 | CW 0218767 | 1268 | R, P, H | |
| 183 | 9/28/1998 | Memorandum from Pai to King & Yash re Golf Datatech Summary | CW 0218662 | CW 0218767 | 1560 | R, P, H | |
| 184 | 08/00/2002 | Golf Datatech Report On and Off Course Shops Sales | CW 1154381 | CW 1154394 | 1277 | R, P, H | |
| 185 | | Nike Tour Accuracy Data | CW 1640005 | CW 1640010 | 1278 | R, P, H | |
| 186 | | Nike Tour Accuracy Data | CW 1850814 | CW 1850815 | 1280 | R, P, H | |
| 187 | | Nike Tour Accuracy Data | CW 1851506 | CW 1851506 | 1282 | R, P, H | |
| 188 | | Nike Tour Accuracy Data | CW 1851507 | CW 1851508 | 1283 | R, P, H | |
| 189 | | Nike Tour Accuracy Data | CW 1851509 | CW 1851511 | 1284 | R, P, H | |
| 190 | 12/09/02 | Email string Cwiertnia to Wilkerson, Motulsky, McCracken re Data Room Index | CW 1897999 | CW 1898013 | 748 | R, P, H | |
| 191 | | Family Continuity Data '510 Patent (Acushnet Reply Brief in support of SJ of Invalidity Ex. 56) | | | 960 | R, P, H | |
| 192 | | Bridgestone v Callaway Callaway Motion for Summary Judgment | AC 0022446 | AC0022473 | 838 | R, P, H | |
| 193 | 03/05/2021 | Bridgeston v. Callaway--Callaway Reply Brief in Support of Invalidity SJ Motion | AC 0022519 | AC 0022537 | 1488 | R, P, H | |
| 194 | 07/28/2004 | E-mail to Joe Mayer, Michael Rounds, Nancy Hammond and Qarmcoa re Dupont Order #DNHP61213A0000 Certification Letter (no from) | AC 0012365.UR | AC 0012376.UR | 53 | | |
| 195 | 07/28/2004 | Surlyn Resin 7940 Lot Tests by DuPont | AC 0012368 | AC 0012368 | 54 | | |
| 196 | 11/03/2004 | Surlyn Resin 8940 Lot Tests by DuPont | AC 0012392 | AC 0012392 | 55 | | |
| 197 | 11/10/2004 | Surlyn Resin 7940 Lot Tests by DuPont | AC 0012400 | AC 0012401 | 56 | | |
| 198 | | Photographs of DuPont Solid Core Golf Balls (DOM) | AC 0131426 | AC 0131434 | 1238 | A, B | |
| 199 | 06/25/02 | Callaway/DuPont Meeting | CW 0027824 | CW 0027824 | 427 | R, P, H | |
| 200 | 07/31/2007 | DuPont Surlyn brochure, bearing bates Nos. CW 0076878 through CW  0076879 | CW 0076878 | CW 0076879 | 440 | | |
| 201 | 12/02/96 | Memorandum Binette to Sullivan re DuPont Cover | CW 0599360 | CW 0599360 | 663 | R, P, H | |

**KEY**  R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Formulations | | | | | |
| 202 | | Physical ball sample -- Championship 3 Golf Balls (balls cut in half) (Nesbitt Dep. Ex. 12) | | | 1051 | R, P | |
| 203 | | Physical ball sample -- Championship 5 Golf Balls (balls cut in half) (Nesbitt Dep. Ex. 11) | | | 1052 | R, P | |
| 204 | 02/15/77 | Handwritten Notes | CW 0615798 | CW 0615798 | 685 | R, P, H, A | |
| 205 | 01/06/78 | Memorandum Molitor to Nesbitte re 3 Piece Top Flite Ball | CW 0252993 | CW 0252993 | 485 | R, P, H | |
| 206 | 01/25/78 | Letter Hess to Peacock re Injection Molding Compound for Two Piece Golf Ball | CW 0615820 | CW 0615820 | 690 | R, P, H | |
| 207 | 01/31/78 | Unicore Center Stock | CW 0615861 | CW 0615861 | 698 | R, P, H | |
| 208 | 02/03/1978 | Invention Record for Three-piece Top-Flite Golf Ball re A.G. Spalding & Bros. Inc. | AC 0009938 | AC 0010354 | 1508 | R, P, H | |
| 209 | 02/11/78 | Big dimple 3 Piece Top-Flite -Prototype Development | CW 0615795 | CW 0615795 | 684 | R, P, H | |
| 210 | 02/15/78 | Handwritten notes and diagram re 3 Piece Top-Flite | CW 0533597 | CW 0533597 | 653 | R, P, H, A | |
| 211 | 2/15/1978 | 3 Piece Top-Flite (hand written) | CW 0274169 | CW 0274169 | 1522 | R, P, H | |
| 212 | 02/21/78 | Letter Hess to Nesbitt re Service Bulletin Covering Injection Molding of Estane Thermoplastic Polyurethane | CW 0615807 | CW 0615807 | 688 | R, P, H | |
| 213 | 02/23/78 | Purchase Order | CW 0253051 | CW 0253051 | 488 | R, P, H | |
| 214 | 02/24/78 | Purchase Order | CW 0252989 | CW 0252989 | 484 | R, P, H | |
| 215 | 03/01/78 | Handwritten Notes re X-09370 | CW 0615836 | CW 0615839 | 693 | R, P, H, A | |
| 216 | 03/01/78 | Physical Test request | CW 0615840 | CW 0615844 | 694 | R, P, H | |
| 217 | 3/07/78 | Special Physical Test Request 231 | CW 0615858 | CW 0615859 | 697 | R, P, H | |
| 218 | 03/10/78 | Special Physical Test Request 241 | CW 0615847 | CW 0615857 | 696 | R, P, H | |
| 219 | 03/14/78 | Special Physical Test Request 244 | CW 0615845 | CW 0615846 | 695 | R, P, H | |
| 220 | 3/22/78 | Special Physical Test Request 250 | CW 0615829 | CW 0615830 | 692 | R, P, H | |
| 221 | 03/23/78 | Handwritten Notes | CW 0615808 | CW 0615817 | 689 | R, P, H, A | |
| 222 | 3/23/1978 | 3 Piece Top-Flite (hand drawn) | CW 0274179 | CW 0247179 | 1519 | R, P, H, A, B | |
| 223 | 03/24/78 | Memorandum Peacock to Nesbitt re Estane Pricing | CW 0253003 | CW 0253003 | 487 | R, P, H | |
| 224 | 03/29/78 | Memorandum Nesbitt to Lapinski re 3 Piece Top-Flite Golf Ball | CW 0533599 | CW 0533599 | 655 | R, P, H | |
| 225 | 3/29/1978 | Memorandum from Ed Lapinksi re 3 Piece Top-Flite Golf Ball | CW 0274181 | CW 0274181 | 1517 | R, P, H | |

- 11 -

**KEY**  R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408   A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 226 | 3/29/1978 | 3 Piece Top-Flite (hand drawn) | CW 0274172 | CW 0274172 | 1518 | R, P, H, A, B | |
| 227 | 3/29/1978 | Handwritten notes (Hebert) | CW 0274170 | CW 0274171 | 1521 | R, P, H | |
| 228 | 04/03/78 | Memorandum Molitor to Nesbitt re Quality Control Special Tests | CW 0252995 | CW 0252995 | 486 | R, P, H | |
| 229 | 04/03/78 | Memorandum Molitor to Nesbitt re Quality Control Special Tests | CW 0253066 | CW 0253066 | 489 | R, P, H | |
| 230 | 05/17/78 | Handwritten Notes | CW 0615871 | CW 0615875 | 699 | R, P, H, A | |
| 231 | 08/01/78 | Special Physical Test Request 479 | CW 0615902 | CW 0615903 | 703 | R, P, H | |
| 232 | 08/03/78 | Special Physical Test Request 482 | CW 0615801 | CW 0615802 | 686 | R, P, H | |
| 233 | 8/3/1978 | Special Physical Test Request - Urethane 2 pc center | CW 0274174 | CW 0274175 | 1520 | R, P, H | |
| 234 | 08/16/78 | Special Physical Test Request 511 | CW 0615876 | CW 0615882 | 701 | R, P, H | |
| 235 | 09/07/78 | Handwritten notes | CW 0615886 | CW 0615901 | 702 | R, P, H, A | |
| 236 | 03/23/07 | 3 Piece Top-Flite Diagram | CW 0615821 | CW 0615821 | 691 | R, P, H | |
| 237 | | Estane 58134 | CW 0615805 | CW 0615806 | 687 | R, P, H | |
| 238 | | Handwritten notes and diagram re 3 Piece Top-Flite; 4 Piece Top-Flite Diagram | CW 0615874 | CW 0615874 | 700 | R, P, H, A | |
| 239 | 09/01/1999 | Declaration under 37 C.F.R. 1.131; Declaration of michael Sullivan for Application 08/926,246 | CW 0324119 | CW 0324134 | 590 | R, P, H, MIL | |
| 240 | 04/04/01 | Email Dalton to Morgan, Sullivan, Harris, Lester, Lacy, Boehm re More Prior Art | AC 0120362 | AC 0120362 | 381 | | |
| 241 | 04/11/2001 | Memorandum from Troy Lester to Joe Nauman et al | AC 0120363 | AC 0120413 | 1600 | R, P, H | |
| 242 | 04/03/01 | Email Dalton to Distribution re Possible Art | AC 0120361 | AC 0120361 | 380 | | |
| 243 | | Science and Golf I, Proceedings of the First World Scientific Congress of 1990 | | | 1071 | R, P, H, NP | |
| 244 | | Standard Test Methods For Flexural Properties of Unreinforced and Reinforced Plastics and Electrical Insulating Materials (Acushnet's Comments re Office Actions Ex. D) | | | 1082 | R, P, H, NP | |
| 245 | | Typical Properties of Selected Industrial Grades of Surlyn (Acushnet Markman Brief Ex. T) | | | 1102 | R, P, H, NP | |
| 246 | 04/10/2001 | U.S. Patent 6,213,894 | | | 1142 | NP | |
| 247 | 12/10/1996 | Standard Test Method for Flexurial Properties of Unreinforced and Reinforced Plastics and Electrical Insulating Materials ASTM D790 - 96A | CW 0119975 | CW 0119983 | 1079 | R, P, H | |

- 12 -

**KEY**    R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 248 | | Properties of Surlyn Ionomer Resins Tab | DUP 0000027 | DUP 0000028 | 751 | R, P, H | |
| 249 | | New Surlyn Resin Codes | DUP 0000038 | DU P 0000038 | 752 | R, P, H | |
| 250 | | Typical Properties of Surlyn Ionmer Resins | DUP 0000132 | DUP 0000132 | 753 | R, P, H | |
| 251 | | Surlyn, a Tough Performer that takes a Beating | DUP 0000030 | DUP 000035 | 1094 | R, P, H | |
| 252 | 02/28/2005 | Surlyn Resin 7940 Lot Tests by DuPont | AC 0012412 | AC 0012413 | 57 | | |
| 253 | 02/28/2005 | Surlyn Resin 8940 Lot Tests by DuPont | AC 0012417 | AC 0012417 | 58 | | |
| 254 | 03/21/2005 | Surlyn Resin 7940 Lot Tests by DuPont | AC 0012424 | AC 0012425 | 59 | | |
| 255 | 04/14/2005 | Surlyn Resin 7940 Lot Tests by DuPont | AC 0012464 | AC 0012465 | 60 | | |
| 256 | 04/14/2005 | Surlyn Resin 8940 Lot Tests by DuPont | AC 0012467 | AC 0012467 | 61 | | |
| 257 | 04/22/2005 | Surlyn Resin 8940 Lot Tests by DuPont | AC 0012473 | AC 0012474 | 62 | | |
| 258 | 05/09/2005 | Surlyn Resin 8940 Lot Tests by DuPont | AC 0012482 | AC 0012482 | 63 | | |
| 259 | | File History for UK Patent Application GB 2 248 067 A | | | 1577 | NP | |
| 260 | | Service Bulletin Covering Injection Molding of Estane Thermoplastic Polyurethane | CW 0274217; CW 0615862 | CW 0274219; CW 0615868 | 511 | R, P, H, M | |
| 261 | | Selector Guide for Molding - Surlyn Ionomer Resin | CW 0274276 | CW 0274279 | 1516 | R, P, H | |
| 262 | | Estane Properties (Part) | CW 0274280 | CW 0274283 | 1515 | R, P, H | |
| 263 | 03/08/1961 | U.S. Patent 3,112,521 | | | 1105 | NP | |
| 264 | 05/31/1961 | UK Patent 869,490 | | | 1161 | NP | |
| 265 | 06/25/1974 | U.S. Patent 3,819,768 | | | 1108 | NP | |
| 266 | 10/15/1975 | UK Patent 1,515,196 | | | 1104 | NP | |
| 267 | 11/02/1976 | U.S. Patent 3,989,568 | | | 1109 | NP | |
| 268 | 02/03/81 | U.S. Patent 4,248,432 | | | 1112 | NP | |
| 269 | 09/29/1992 | U.S. Patent 5,150,906 | | | 1119 | NP | |
| 270 | 02/09/1993 | U.S. Patent 5,184,828 | | | 1120 | NP | |
| 271 | 08/06/1996 | U.S. Patent 5,542,677 | | | 1128 | NP | |
| 272 | 09/10/1996 | U.S. Patent 5,554,389 | | | 1129 | NP | |
| 273 | 06/27/1997 | U.S. Patent 4,097,127 | | | 1110 | NP | |
| 274 | 03/31/1998 | U.S. Patent 5,733,428 | | | 1131 | NP | |
| 275 | 09/08/1998 | U.S. Patent 5,803,831 | | | 1133 | NP | |
| 276 | 03/23/99 | U.S. Patent 5,885,172 | | | 337 | | |
| 277 | 03/23/99 | U.S.Patent 5,885,172 | | | 561 | | |
| 278 | 10/26/1999 | U.S. Patent 5,971,869 | | | 549 | | |
| 279 | 07/04/2000 | U.S. Patent 6,083,119 | | | 1137 | NP | |
| 280 | 08/08/2000 | U.S. Patent 6,100,340 | | | 1138 | NP | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 281 | 09/11/2001 | U.S. Patent 5,273,286 | | | 1121 | NP | |
| 282 | 11/20/2001 | U.S. Patent 6,319,153 | | | 1146 | NP | |
| 283 | | U.S. Patent 3,264,272 | | | 1106 | NP | |
| 284 | | U.S. Patent 3,454,280 | | | 1107 | NP | |
| 285 | | U.S. Patent 4,123,061 | | | 1111 | NP | |
| 286 | | U.S. Patent 4,442,282 | | | 1115 | NP | |
| 287 | | U.S. Patent 4,844,814 | | | 1117 | NP | |
| 288 | | U.S. Patent 5,018,742 | | | 1118 | NP | |
| 289 | | U.S. Patent 5,691,418 | | | 1130 | NP | |
| 290 | | U.S. Patent 5,795,529 | | | 1132 | NP | |
| 291 | | U.S. Patent 5,957,786 | | | 1135 | NP | |
| 292 | | U.S. Patent 6,152,836 | | | 1140 | NP | |
| 293 | | U.S. Patent 6,287,217 | | | 1143 | NP | |
| 294 | | U.S. Patent 6,314,187 | | | 1144 | NP | |
| 295 | | U.S. Patent 6,315,915 | | | 1145 | NP | |
| 296 | | U.S. Patent 6,635,716 | | | 1151 | NP | |
| 297 | | U.S. Patent 6,749,789 | | | 1152 | NP | |
| 298 | | U.S. Patent 6,755,912 | | | 1153 | NP | |
| 299 | | U.S. Patent 6,953,820 | | | 1157 | NP | |
| 300 | | U.S. Patent 5,553,852 | | | 1542 | NP | |
| 301 | | U.S. Patent 5,782,707 | | | 1543 | NP | |
| 302 | | U.S. Patent 6,679,791 | | | 1544 | NP | |
| 303 | | U.S. Patent 5,252,652 | | | 1545 | NP | |
| 304 | | U.S. Patent 6,634,961 | | | 1546 | NP | |
| 305 | | U.S. Patent 5,743,817 | | | 1547 | NP | |
| 306 | | U.S. Patent 5,803,834 | | | 1548 | NP | |
| 307 | | U.S. Patent 5,695,413 | | | 1549 | NP | |
| 308 | | U.S. Patent 5,813,924 | | | 1550 | NP | |
| 309 | | U.S. Patent No. 7,083,856 | | | 1603 | NP | |
| 310 | | U.S. Patent No. 6,342,019 | | | 1604 | NP | |
| 311 | | U.S. Patent No. 6,648,776 | | | 1605 | NP | |
| 312 | | U.S. Patent No. 6,926,621 | | | 1606 | NP | |
| 313 | | U.S. Patent No. 6,958,379 | | | 1607 | NP | |
| 314 | | U.S. Patent No. 7,008,972 | | | 1608 | NP | |
| 315 | | U.S. Patent No. 6,103,166 | | | 1609 | NP | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|--------|------|---------------------|-------------|-----------|----------------|-----------|----------|
| 316 | 07/20/2007 | Reexamination -- Acushnet's Request for Reexamination of U.S. Patent 6,210,293 | | | 809 | R, P, H, MIL | |
| 317 | 01/04/06 | Reexamination -- Declaration of Hebert re Reexamination of U.S. Patent 6,506,130 | | | 904 | R, P, H, MIL | |
| 318 | 01/04/2006 | Reexamination -- Declaration of Herbert re Reexamination of 6,210, 293 | | | 905 | R, P, H, MIL | |
| 319 | 01/05/2006 | Reexamination -- Declaration of  Dalton Under 37 C.F.R. 1.132 re Reexamination of '293 patent | | | 887 | R, P, H, MIL | |
| 320 | 01/05/06 | Reexamination -- Declaration of Dalton re Reexamination of U.S. Patent 6,503,156 | | | 897 | R, P, H, MIL | |
| 321 | 01/05/06 | Reexamination -- Declaration of Dalton re Reexamination of U.S. Patent 6,506,130 | | | 898 | R, P, H, MIL | |
| 322 | 01/05/06 | Reexamination -- Declaration of Dalton re Reexamination of U.S. Patent 6,595,873 | | | 899 | R, P, H, MIL | |
| 323 | 01/17/2006 | Reexamination -- Office Action re  '293 patent | | | 1036 | R, P, H, MIL | |
| 324 | 06/28/2006 | Reexamination -- Acushnet's Opposition to Callaway's Petition to the Director for Reconsideration for U.S. Patent No. 6,503,156. | | | 801 | R, P, H, MIL | |
| 325 | 06/28/2006 | Reexamination -- Acushnet's Opposition to Callaway's Petition to the Director of Reconsideration for '293 patent | | | 803 | R, P, H, MIL | |
| 326 | 07/07/2006 | Reexamination -- Order Denying Petition to Vacate in Reexamination of '293 patent | | | 1046 | R, P, H, MIL | |
| 327 | 07/13/2006 | Reexamination -- PTO Denial Suspend Reexam in '293 patent | | | 1062 | R, P, H, MIL | |
| 328 | 03/24/2006 | Reexamination -- Acushnet's Opposition to Callaway's Petition to Suspend Inter Partes Reexamination Proceedings for '130 Patent | | | 802 | R, P, H, MIL | |
| 329 | 04/13/2006 | Reexamination -- Petition to Vacate Order Granting Reexam | | | 1049 | R, P, H, MIL | |
| 330 | 04/13/2006 | Reexamination -- Petition to Vacate Patent in Reexamaination as Ultra Vires | | | 1050 | R, P, H, MIL | |
| 331 | 04/28/2006 | Reexamination -- Petition to Suspend Reexam | | | 1048 | R, P, H, MIL | |
| 332 | 01/27/2007 | Reexamination -- Callaway Response to Office Action | | | 863 | R, P, H, | |

- 15 -

**KEY**   R = Relevance   P = Prejudicial   H  =  Hearsay   408 = subject to FRE 408   A = Authentication
I = Incomplete   M = Multiple   MIL = subject to Motion in Limine   NP = Not Produced
? = Unknown Document   B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | re '293 patent | | | | MIL | |
| 333 | 01/30/2007 | Reexamination -- Response to Office Action - '130 | | | 1067 | R, P, H, MIL | |
| 334 | 01/30/2007 | Reexamination -- Response to Office Action - '873 | | | 1068 | R, P, H, MIL | |
| 335 | 02/06/2007 | Declaration of Love  III (Bridgestone v. Acushnet) | | | 907 | R, P, H, MIL | |
| 336 | 02/20/2007 | Declaration of Bellis (Bridgestone v. Acushnet) | | | 889 | R, P, H, MIL | |
| 337 | 02/20/2007 | Declaration of Morgan (Bridgestone v. Acushnet) | | | 912 | R, P, H, MIL | |
| 338 | 02/27/2007 | Reexamination -- Response to Office Action Mailed February 27, 2007 - '156 | | | 1069 | R, P, H, MIL | |
| 339 | | Office Action in Reexam Control No. 95/000,122 mailed November 5, 2007 | | | 1615 | R, P, H, MIL | |
| 340 | | Reexamination File History for Control No. 95/000,120 | | | 1582 | R, P, H, MIL | |
| 341 | | Reexamination File History for Control No. 95/000,121 | | | 1583 | R, P, H, MIL | |
| 342 | | Reexamination File History for Control No. 95/000,122 | | | 1584 | R, P, H, MIL | |
| 343 | | Reexamination File History for Control No. 95/000,123 | | | 1585 | R, P, H, MIL | |
| 344 | 06/01/2006 | Reexamination -- PTO Denial Vacate Order Granting Reexam in '293 patent | | | 1063 | R, P, H, MIL | |
| 345 | 04/17/2007 | Letter to Whelan from Brannon re Reexamination Control Nos. 95/000,120 - 95/000,123 | | | 1551 | R, P, H, NP | |
| 346 | 04/27/2007 | Reexamination -- Response to Office Action Mailed February 27, 2007 - '293 | | | 1070 | R, P, H, MIL | |
| 347 | | Reexamination -- Achushnet's Comments After Response to Office Action ('293 Patent) | | | 769 | R, P, H, MIL | |
| 348 | | DuPont Surlyn Thermoplastic Resins "Typical Properties of Selected Grades of Surlyn" (Acushnet Request for Reexam Ex. I) | | | 934 | R, P, H, MIL | |
| 349 | | History and Evolution of the Golf Ball and Golf (Acushnet Request for Reexamination Ex. M) | | | 984 | R, P, H, MIL | |

- 16 -

KEY    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 350 | | Reexamination -- Inter Partes Reexamination Request for Transmittal ; Request for Reexam- 6,210,293 | | | 998 | R, P, H, MIL | |
| 351 | | Reexamination -- Inter Partes Reexamination Request for Transmittal ; Request for Reexam- 6,503,156 | | | 999 | R, P, H, MIL | |
| 352 | | Reexamination -- Inter Partes Reexamination Request for Transmittal; Request for Reexam - 6,506,130 | | | 1000 | R, P, H, MIL | |
| 353 | | Reexamination -- Inter Partes Reexamination Request for Transmittal ; Request for Reexam- 6,595,873 | | | 1001 | R, P, H, MIL | |
| 354 | | Materials Marketing Materials & USA Today Article (Acushnet Request for Reexamination Ex. C) | | | 1025 | R, P, H, NP | |
| 355 | | Reexamination -- Request for Inter Partes Reexamination of U.S. Patent 6,210,293 | | | 1064 | R, P, H, MIL | |
| 356 | | Reexamination -- Request for Inter Partes Reexamination of U.S. Patent 6,506,130 | | | 1065 | R, P, H, MIL | |
| 357 | | Reexamination -- Office Action re '130 Patent | | | 1596 | R, P, H, MIL | |
| 358 | | Reexamination -- Office Action re '156 Patent | | | 1597 | R, P, H, MIL | |
| 359 | | Reexamination -- Office Action re '873 Patent | | | 1598 | R, P, H, MIL | |
| 360 | | Veneer Vol. 1 | AB 0037028 | AB 0037256 | 6 | H | |
| 361 | | Veneer Vol. 2 | AB 0037257 | AB 0037523 | 7 | H | |
| 362 | | Veneeer Vol. 3 | AB 0037524 | AB 0037706 | 8 | H | |
| 363 | | Veneer Vol. 4 | AB 0037706 | AB 0037935 | 9 | H | |
| 364 | | Veneer Vol. 5 | AB 0037936 | AB 0038022 | 10 | H | |
| 365 | 01/16/96 | Memorandum Morgan to Dalton re Product Development Priorities 1996 | AC 0040353.UR | AC 0040354.UR | 160 | R, P, H | |
| 366 | 01/16/1996 | Tiltleist InterOffice Memo to Dalton from Morgan/Titleist and Foot-Joy World Wide re Product Development Priorities | AC 0040353.UR | AC 0040354.UR | 1503 | R, P, H | |
| 367 | 01/18/1996 | Inter office memo to Dennis Allen, Jerry Bellis, Bob Dubiel, David Longfritz, Bill Morgan, Sine and Wally Uihlein from Herb Boehm re Jan. 16 Meeting Notes | AC 0028936.UR | AC 0028938.UR | 1167 | | |
| 368 | 02/20/96 | New Product Directive Multi-Layer Project X | AC 0040363.UR | AC 0040367.UR | 163 | | |
| 369 | 02/21/96 | New Product Directive Project6 X Technology | AC 0040355.UR | AC 0040361.UR | 161 | | |

**KEY**   R = Relevance     P = Prejudicial     H  =  Hearsay     408 = subject to FRE 408     A = Authentication
I = Incomplete     M = Multiple     MIL = subject to Motion in Limine     NP = Not Produced
? = Unknown Document     B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 370 | 02/21/1996 | New Product Dirrective: Product X Technology | AC 0040355.UR | AC 0040361.UR | 1504 | R, P, H | |
| 371 | 7/24/1997 | Letter to Herbert from Morgan re Urethane "Veneer" Balls | AC 0040766 | AC 0040767 | 1459 | R, P, H | |
| 372 | 7/24/1997 | Letter to Morgan from Herbert re Urethane "Veneer" Balls | AC 0040765 | AC 0040765 | 1460 | R, P, H | |
| 373 | 7/24/1997 | Letter to Morgan from Winfield | AC 0040771 | AC 0040771 | 1463 | R, P, H | |
| 374 | 09/02/97 | Veneer Project Update | AC 0041186.UR | AC 0041198.UR | 179 | | |
| 375 | 06/07/2000 | E-mail to Jeff Dalton, Bill Morgan, Ed Hebert from Megan Morgan re Phil Mickelson meets Veener | AC 0040465 | AC 0040465 | 1180 | | |
| 376 | 04/12/01 | Email Morgan to Uihlein re The earliest "V" tests | AC 0028868.UR | AC 0028868.UR | 140 | | |
| 377 | 07/15/96 | Memorandum by Hebert re Project X2 (Urethane Veneer Cover) Project Update | AC 0040520.UR | AC 0040520.UR | 173 | | |
| 378 | 07/24/96 | Email Snell to Hebert re Urethane Veneer Ball Update | AC 0029090.UR | AC 0029091.UR | 145 | | |
| 379 | 07/24/96 | Email Snell to Hebert re Urethane Veneer Ball Update | AC 0040412 | AC 0040413 | 169 | | |
| 380 | 05/16/96 | Memorandum Sine to Allen, Bellis, Falton, Longfritz, Montigny, Morgan re Layered Cover Product Strategy Considerations | AC 0028983.UR | AC 0028995.UR | 142 | R, P, H | |
| 381 | 05/16/1996 | Titleist Draft Memo re Layered Cover Product Strategy Considerations from Bill Morgan | AC 0040393.UR | AC 0040397.UR | 1506 | R, P, H | |
| 382 | 05/20/96 | Research Notebook Ed Hebert | AC 0040875.UR | AC 0040882.UR | 178 | R, P, H | |
| 383 | 06/12/96 | 1996 Spin Rate Test Summary | AC 0040396.UR | AC 0040396.UR | 165 | R, P, H | |
| 384 | 6/20/1996 | Letter to Morgan from Herbert re Layered Ball testing with Brad Faxon | AC 0040761 | AC 0040763 | 1457 | R, P, H | |
| 385 | 06/25/1996 | Letter from E. Herbert to Snell; Jeff Dalton; Bill Morgan; Herb Boehm CC: Dennis Brissette; Young; Jim Silveira; Paul O'Reilly re GHO, Layered Performance Ball Testing | AC 0040402 | AC 0040406 | 167 | | |
| 386 | 06/28/96 | Email Hebert to Snell, Dalton, Morgan, Boehm | AC 0029086.UR | AC 0029088.UR | 144 | R, P, H | |
| 387 | 07/10/96 | Memorandum Boehm to Allen, Bellis, Brissette, Dalton, Dubiel, Longfritz, Morga, Sine, Uihlein re Golf Ball New Product Team Meeting - July 3, 1996 | AC 0040408 | AC 0040409 | 168 | R, P, H | |
| 388 | 12/00/2002 | ◄●Pro V1 392●► Manufacturing Guidelines Ball Plants I & II - Ball Construction | AC 0018460.UR | AC 0018479.UR | 71 | | |
| 389 | 12/00/2000 | Pro V1 392 Manufacturing Guidelines Ball Plants I & II - Ball Construction | AC 0018480.UR | AC 0018500.UR | 72 | | |

**KEY**   R = Relevance     P = Prejudicial     H  =  Hearsay     408 = subject to FRE 408     A = Authentication
I = Incomplete     M = Multiple     MIL = subject to Motion in Limine     NP = Not Produced
? = Unknown Document     B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 390 | 10/00/2004 | ◄●Pro V1x 332●► Manufacturing Guidelines Ball Plant III - Ball Construction | AC 0018501.UR | AC 0018527.UR | 73 | | |
| 391 | 12/00/2000 | Pro V1 392 Manufacturing Guidelines Ball Plants I & II - Ball Construction | AC 0018528.UR | AC 0018548.UR | 74 | | |
| 392 | 11/00/2004 | ◄Pro V1-392► Manufacturing Guidelines Ball Plant III - Ball Construction | AC 0018549.UR | AC 0018571.UR | 75 | | |
| 393 | 11/00/2002 | ◄●Pro V1 392●► Manufacturing Guidelines Ball Plants I & II November 2002 | AC 0018572.UR | AC 0018592.UR | 1206 | | |
| 394 | 12/00/2002 | ◄●Pro V1x 332●► Manufacturing Guidelines Ball Plants I, II & III - Ball Construction | AC 0018593 | AC 0018617 | 77 | | |
| 395 | 10/00/2004 | ◄Pro V1x-332► Manufacturing Guidelines Ball Plant III - Ball Construction | AC 0018618.UR | AC 0018647.UR | 78 | | |
| 396 | | ◄--Pro V1--► Manufacturing Guidelines Ball October 2006 | AC 0116713 | AC 0116736 | 1231 | R, P, H | |
| 397 | | ◄--Pro V1--► 5k Dozen Pilot Summary | AC 0117250 | AC 0117278 | 1232 | R, P, H | |
| 398 | | ◄--Pro V1x--► 5k Dozen Pilot Summary | AC 0117279 | AC 0117317 | 1233 | R, P, H | |
| 399 | | Titleist Pro V1 and ProV1x Packaging Pictures | AC 0117465 | AC 0117509 | 1234 | | |
| 400 | 08/00/01 | Dual Core Veneer Manufacturing Guidelines | AB 0111726 | AB 0111753 | 17 | | |
| 401 | 08/00/00 | Acushnet Company Veneer (Pro V1-392) Manufacturing Guidelines | AB 0111784 | AB 0111803 | 19 | | |
| 402 | 10/00/00 | Acushnet Company Veneer (Pro V1-392) Manufacturing Guidelines | AB 0111826 | AB 0111844 | 20 | | |
| 403 | 06/29/2004 | E-mail to Megan Morgan from Jeff Dalton re Veneer + Phil = long e-mail | AC 0000925 | AC 0000928 | 1182 | | |
| 404 | 10/20/98 | Email Dalto to Hebert, Cavallaro re Veneer Revised | AC 0019548.UR | AC 0019548.UR | 97 | | |
| 405 | 08/00/2000 | Veneer (Pro V1-392) Manufacturing Guidelines Ball Plants I & II - Ball Construction | AC 0020477.UR | AC 0020495.UR | 110 | | |
| 406 | 7/00/96 | Presentation Episode-Eclipse-Veneer Product Teams | AC 0040423.UR | AC 0040423.UR | 170 | R, P, H | |
| 407 | 06/26/06 | Memorandum Sine to Dalton re USGA Submissions - Veneer Urethane Cover | AC 0040496.UR | AC 0040504.UR | 172 | R, P, H | |
| 408 | 10/20/98 | Email Morgan to Boehm re Plasma and Veneer | AC 0040760 | AC 0040760 | 176 | R, P, H | |
| 409 | 6/4/1997 | Letter to Herbert from Silveir re Veneer Balls | AC 0040764 | AC 0040764 | 1458 | R, P, H | |
| 410 | | Veneer Project Update - September 2 | AC 0041187.UR | AC 0041187.UR | 180 | | |
| 411 | 01/00/00 | Veneer Ball product Specifications | AC 0041270 | AC 0041275 | 181 | | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 412 | | Veneer (Pro V1-392) Manufacturing Guidelines Ball Plants I & II - Ball Construction | AC 19804.UR | AC 19825.UR | 1253 | | |
| 413 | | Q and A Solid Core\Veneer Ball Expansion | FO 0000025 | FO 0000040 | 763 | | |
| 414 | | Slides and Chart of Pro V1 vs Multilayer Competitors | AC 0000072.UR | AC 0000084.UR | 23 | I | |
| 415 | 11/15/2002 | NGF Industry Shipments - 2002 Rolling 12 | AC 0000234.UR | AC 0000247.UR | 1511 | R, P, H | |
| 416 | | Vencer vs Competitors | AC 000616.UR | AC 000616.UR | 51 | R, P, H | |
| 417 | 07/12/00 | Polyurethane Projects | AC 0019566 | AC 0019566 | 98 | | |
| 418 | | Urethane Performance Balls Presentation | AC 0022839.UR | AC 0022893.UR | 1208 | | |
| 419 | | Urethane Performance Balls | AC 0022839.UR | AC0022893.UR | 1564 | R, P, H | |
| 420 | | Memorandum from Wu describing polyurethanes used in the Titleist Professional and Titleist Professional 2p golf balls | AC 0131367 | AC 0131369 | 1028 | R, P, H | |
| 421 | | Urethane Double-Cover Market Share Analysis (Acushnet Comments re Office Actions Ex. S) | | | 1162 | R, P, H, NP | |
| 422 | 10/20/1998 | Letter to Boehm from Morgan re Plasma and Veneer | AC 0040760 | AC 0040760 | 1456 | R, P, H | |
| 423 | 10/20/1998 | Letter to Herbert from Morgan re Veneer Revived | AC 0040768 | AC 0040768 | 1461 | R, P, H | |
| 424 | 10/20/1998 | Letter to Boehm from Herbert re Plasma and Veneer | AC 0040769 | AC 0040769 | 1462 | R, P, H | |
| 425 | 01/12/99 | Urethane Veneer Project Dual Core Experiment | AC 0040739 | AC 0040784 | 174 | R, P, H | |
| 426 | 01/12/99 | Urethane Veneer Project Dual Core Experiment | AC 0040739.UR | AC 0040740.UR | 175 | | |
| 427 | 1/12/1999 | Urethane Veneer Project Dual Core Experiement | AC 0040739 | AC 0040740 | 1454 | R, P, H | |
| 428 | 1/12/1999 | Letter to Alexander and Fletcher from Herbert re Plasma Treatment Experiment | AC 0040741.UR | AC 0040741.UR | 1455 | R, P, H | |
| 429 | 1/12/1999 | Urethane Veneer Project Dual Core Experiement | AC 0040739 | AC 0040740 | 1509 | R, P, H | |
| 430 | 1/12/1999 | Urethane Veneer Project Dual Core Experiement | AC 0040739 | AC 0040740 | 1553 | R, P, H | |
| 431 | | U.S. Patent  4,858,923 | | | 1400 | NP | |
| 432 | | U.S. Patent  4,865,326 | | | 1401 | NP | |
| 433 | | U.S. Patent  4,915,390 | | | 1402 | NP | |
| 434 | | U.S. Patent  4,929,407 | | | 1403 | NP | |
| 435 | | U.S. Patent  4,936,587 | | | 1404 | NP | |
| 436 | | U.S. Patent  4,949,976 | | | 1405 | NP | |
| 437 | | U.S. Patent  5,000,459 | | | 1406 | NP | |
| 438 | | U.S. Patent  5,060,954 | | | 1407 | NP | |
| 439 | | U.S. Patent  5,080,367 | | | 1408 | NP | |
| 440 | | U.S. Patent  5,158,300 | | | 1409 | NP | |
| 441 | | U.S. Patent  5,725,891 | | | 1410 | NP | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 442 | | U.S. Patent 5,795,529 | | | 1411 | NP | |
| 443 | | U.S. Patent 5,897,884 | | | 1412 | NP | |
| 444 | | U.S. Patent 5,947,843 | | | 1413 | NP | |
| 445 | | U.S. Patent 6,042,768 | | | 1414 | NP | |
| 446 | | U.S. Patent 6,093,357 | | | 1415 | NP | |
| 447 | | U.S. Patent 6,096,255 | | | 1416 | NP | |
| 448 | | U.S. Patent 6,358,161 | | | 1417 | NP | |
| 449 | | U.S. Patent 6,465,578 | | | 1418 | NP | |
| 450 | | U.S. Patent 6,486,261 | | | 1419 | NP | |
| 451 | | U.S. Patent 6,494,791 | | | 1420 | NP | |
| 452 | | U.S. Patent 6,575,848 | | | 1421 | NP | |
| 453 | | U.S. Patent 6,609,982 | | | 1422 | NP | |
| 454 | | U.S. Patent 6,644,948 | | | 1423 | NP | |
| 455 | | U.S. Patent 6,645,414 | | | 1424 | NP | |
| 456 | | U.S. Patent 6,679,789 | | | 1425 | NP | |
| 457 | | U.S. Patent 6,705,959 | | | 1426 | NP | |
| 458 | | U.S. Patent 6,726,869 | | | 1427 | NP | |
| 459 | | U.S. Patent 6,729,976 | | | 1428 | NP | |
| 460 | | U.S. Patent 6,790,147 | | | 1429 | NP | |
| 461 | | U.S. Patent 6,797,097 | | | 1430 | NP | |
| 462 | | U.S. Patent 6,809,822 | | | 1431 | NP | |
| 463 | | U.S. Patent 6,872,423 | | | 1432 | NP | |
| 464 | | U.S. Patent 6,913,547 | | | 1433 | NP | |
| 465 | | U.S. Patent 6,913,550 | | | 1434 | NP | |
| 466 | | U.S. Patent 6,923,736 | | | 1435 | NP | |
| 467 | | U.S. Patent 6,945,880 | | | 1436 | NP | |
| 468 | | U.S. Patent 6,998,083 | | | 1437 | NP | |
| 469 | | U.S. Patent 6,998,445 | | | 1438 | NP | |
| 470 | | U.S. Patent 7,009,005 | | | 1439 | NP | |
| 471 | | U.S. Patent 7,033,287 | | | 1440 | NP | |
| 472 | | U.S. Patent 7,033,532 | | | 1441 | NP | |
| 473 | | U.S. Patent 7,041,245 | | | 1442 | NP | |
| 474 | | U.S. Patent 7,041,743 | | | 1443 | NP | |
| 475 | | U.S. Patent 7,044,864 | | | 1444 | NP | |
| 476 | | U.S. Patent 7,090,798 | | | 1445 | | |

**KEY**  R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 477 | | U.S. Patent 7,105,610 | | | 1446 | NP | |
| 478 | | U.S. Patent 7,873,757 | | | 1447 | NP | |
| 479 | | U.S. Patent 5,029,870 | | | 1448 | NP | |
| 480 | | U.S. Patent 5,080,367 | | | 1449 | NP | |
| 481 | | U.S. Patent 5,888,437 | | | 1450 | NP | |
| 482 | 09/00/01 | Pro V1* 392 Manufacturing Guidelines | AB 0111755 | AB 0111782 | 18 | | |
| 483 | 03/00/02 | Pro V1* 392 Manufacturing Guidelines | AB 0111963 | AB 0111990 | 21 | | |
| 484 | 09/00/2001 | Pro V1x 392 Manufacturing Guidelines Ball Plants I, II & III | AC 0046733 | AC 0046756 | 193 | | |
| 485 | | Pro V1-392 (Japan) Manufacturing Guidelines | AC 0065364.UR | AC 0065364.UR | 1217 | | |
| 486 | 10/00/2006 | Pro V1 Manufacturing Guidelines Ball Plant III | AC 0116713 | AC 0116736 | 373 | R, P, H | |
| 487 | 08/02/02 | Letter Arturi to Rider re Outstanding Club and Ball Patent Issues CC: Thomas J. Kennedy; Michelle Bugbee; Klein | CW 0325448 | CW 0325450 | 594 | 408, R, P, H, MIL | |
| 488 | 08/08/2002 | Email to Arturi from Nauman with proposed urthethane license | CW 0274062 | CW 0274074 | 506 | 408, R, P, H, MIL | |
| 489 | 09/19/02 | Email (with attachments) Nauman to Arturi re Proposed Urethane License | CW 0274042 | CW 0274061 | 505 | 408, R, P, H, MIL | |
| 490 | 09/19/2002 | Email Nauman to Arturi re Proposed Urethane License | CW 00615365 | CW 00615375 | 1566 | R, P, H, 408, MIL | |
| 491 | 10/08/02 | Email Arturi to Nauman re Proposed Urethane License | CW 0274041 | CW 0274041 | 504 | 408, R, P, H, MIL | |
| 492 | 10/8/2002 | Email, Arturi to Nauman re Proposed Urethane License | CW 00615364 | CW 00615364 | 1510 | R, P, H, 408, MIL | |
| 493 | 08/15/2002 | Letter from Steve McCracken to Joseph Nauman re Acushnet Golf Ball Patents | CW 0274660 | CW 0274666 | 522 | 408, R, P, H, MIL | |
| 494 | 12/18/2000 | Letter to McCracken from Nauman re Patent License Proposal | CW 0274558 | CW 0274560 | 521 | 408, R, P, H, MIL | |
| 495 | 12/18/2000 | Letter to McCracken from Nauman, dated 12/18/2000 | CW 0274558 | CW 0274560 | 1018 | R, P, H, 408, MIL | |
| 496 | 12/21/2000 | Letter to Joseph Nauman from Michael Catania re Acushnet Patents | CW 0274550 | CW 0274551 | 1273 | R, P, H, 408, MIL | |
| 497 | 01/11/2001 | Callaway Golf Discsussion Proposal patent License | CW 0274538 | CW 0274539 | 519 | 408, R, P, H, MIL | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 498 | 01/15/01 | Letter McCracken to Arturi re Hogan Apex Edge Irons | CW 0325456 | CW 0325458 | 597 | 408, R, P, H, MIL | |
| 499 | 01/17/2001 | Confidentiality Agreement between Callaway and Acushnet | AC 0099585 | AC 0099586 | 1224 | R, P, H, 408, MIL | |
| 500 | 01/22/2001 | Acushnet Discussion Propsal patent License | CW 0274519 | CW 0274521 | 518 | 408, R, P, H, MIL | |
| 501 | 01/26/2001 | Press Release Introduction fo Pro V1 | AC 0089690 | AC 0089691 | 334 | | |
| 502 | 02/02/2001 | Amendment to 09/776,278 | CW 0309054 | CW 0309061 | 814 | MIL | |
| 503 | 02/05/2001 | Agreement In Principle patent License | CW 0274515 | CW 0274518 | 517 | 408, R, P, H, MIL | |
| 504 | 01/16/02 | Letter(with attachments) Arturi to Nauman U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | AC 0100109 | AC 010111 | 346 | R, P, H, 408, MIL | |
| 505 | 01/16/2002 | Letter to Nauman from Arturi | CW 0274115 | CW 0274116 | 508 | 408, R, P, H, MIL | |
| 506 | 01/16/2002 | Letter to Nauman from Arturi re patents  293, 894 / Titleist Pro V1 | CW 0615308 | CW 0615310 | 681 | 408, R, P, H, MIL | |
| 507 | 01/22/02 | Letter (with attachments)  Nauman to Arturi U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | AC 0099819 | AC 0099820 | 342 | R, P, H, 408, MIL | |
| 508 | 01/22/2002 | Letter to Peter Artuir from Joseph Nauman re Patents '293 & '894/Titleist Pro V1 | CW 0274356 | CW 0274358 | 513 | 408, R, P, H, MIL | |
| 509 | 01/22/2002 | Letter to Arturi from Joseph Nauman re 293 and 849 . Titleist Pro V1 | CW 0615311 | CW 0615312 | 682 | 408, R, P, H, MIL | |
| 510 | 02/16/2001 | Callaway Golf Discsussion Proposal patent License | CW 0274466 | CW 0274468 | 515 | 408, R, P, H, MIL | |
| 511 | 02/16/2001 | Email to J. Nauman from S. MacCracken re Patents | CW 0299448 | CW 0299451 | 551 | 408, R, P, H, MIL | |
| 512 | 02/16/2001 | E-mail to Joe Nauman from Steve McCracken re Patents | AC 0099549 | AC 0099552 | 1222 | R, P, H, 408, MIL | |
| 513 | 08/21/2003 | Proposed Term Sheet Patent License - Acushnet Draft | AC 0100025 | AC 0100026 | 1227 | R, P, H, 408, MIL | |
| 514 | 08/22/03 | Email String Nauman to Steve McCracken  from Joe Nauman re 510 license Agreement | AC 0100019 | AC 0100031 | 343 | R, P, H, 408, MIL | |
| 515 | 08/26/03 | Letter McCracken to Nauman re Potential License Agreement | CW 0282408 | CW 0282412 | 540 | 408, R, P, H | |

**KEY**   R = Relevance     P = Prejudicial     H  =  Hearsay     408 = subject to FRE 408     A = Authentication
I = Incomplete     M = Multiple     MIL = subject to Motion in Limine     NP = Not Produced
? = Unknown Document     B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 516 | 08/26/2003 | Letter to Joseph Nauman from Steve McCraken re Potential License Agreement | CW 0325715 | CW 0325720 | 600 | 408, R, P, H, MIL | |
| 517 | 12/06/2001 | Letter to Nauman from Arturi re patents  293, 894 / Titleist Pro V1 | CW 0615303 | CW 0615303 | 680 | 408, R, P, H, MIL | |
| 518 | 12/07/01 | Letter (with attachments) Nauman to Arturi U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | AC 099813 | AC 0099816 | 396 | R, P, H, 408, MIL | |
| 519 | 12/07/2001 | Letter to Arturi form Nauman with Attachments, | CW 0274118 | CW 0274121 | 509 | 408, R, P, H, MIL | |
| 520 | 12/19/01 | Memorandum Flocco to Distribution re Approval for Acushnet Capital Expenditure | FO 0000077 | FO 0000091 | 761 | | |
| 521 | 12/23/2001 | Fax to Steve McCraken from Joe Nauman re Proposed Patent License | AC 0099582 | AC 0099584 | 1223 | R, P, H, 408, MIL | |
| 522 | 3/18/2002 | Letter from Joseph Nauman to Peter Arturi re U.S. Patent Nos. 6,210,293 and 6,213,894 | CW 0274085 | CW 0274088 | 1270 | R, P, H, 408, MIL | |
| 523 | 03/04/02 | Letter (with attachments) Bugbee to Lester re  U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | CW 0615313 | CW 0615325 | 683 | 408, R, P, H | |
| 524 | | Letter from Nauman to Arturi re U.S. Patent Nos. 6,210,293 and 6,213,894 / Titleist Pro V1 | AC 0099813 | AC 0099816 | 1197 | R, P, H, 408, MIL | |
| 525 | 12/10/2002 | E-mail to Peter Arturi from Joe Nauman re December 12 Meeting at Framingam Sheraton | CW 0274036 | CW 0274036 | 1269 | R, P, H, 408, MIL | |
| 526 | 11/08/02 | Email Arturi to Nauman re Next Meeting | CW 0274039 | CW 0274039 | 503 | 408, R, P, H, MIL | |
| 527 | 05/24/02 | Letter Arturi to Nauman re U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | CW 0274076 | CW 0274076 | 507 | 408, R, P, H, MIL | |
| 528 | | Letter from Nauman to Arturi re U.S. Patent Nos. 6,210,293 and 6,213,894 / Titleist Pro V1 | CW 0274076 | CW 0274076 | 1169 | R, P, H, 408, MIL | |
| 529 | 12/06/2001 | Letter to Joseph Nauman from Arturi re Patents '293 & '894/titleist Pro V1; Letter from Arturi to Joseph Nauman re Titleist Pro V1 | CW 0274122 | CW 0274122 | 510 | 408, R, P, H, MIL | |
| 530 | 05/24/2002 | Letter to Joseph Nauman from Peter Arturi re U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | CW 0274378 | CW 027386 | 1271 | R, P, H, 408, MIL | |
| 531 | 12/10/02 | Email Nauman to Arturi re Thursday, December 12th Meeting at Framingham Sheraton | CW 0274412 | CW 0274412 | 514 | 408, R, P, H, MIL | |
| 532 | 08/26/2003 | Letter to Joseph Nauman from Steven McCracken re Potential License Agreement | AC 0017173 | AC 0017174 | 1205 | R, P, H, 408 | |

- 24 -

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 533 | 08/07/2003 | E-mail to Joe Nauman from Ben Fackler re Top-Flite Revised License Term Sheet (cc'd Mark Roche) | AC 0100030 | AC 0100031 | 1228 | R, P, H, 408 | |
| 534 | 09/04/2003 | Callaway Golf, Press Release, "Callaway Golf Approved as Buyer of Top-Flite", 09/04/2003; Callaway Golf, Press Release, "Callaway Golf Wins Auction for Top-Flite", 09/04/2003 (www.callawygolf.com) | | | 857 | R, P, H, NP | |
| 535 | 06/30/2004 | Callaway Golf Company Form 10-Q for quarterly period ending 6/30/04 (Cormier Ex. 5) | | | 844 | R, P, H, NP | |
| 536 | 12/31/2003 | Callaway Golf Company, SEC Form 10-K for the fiscal year ending 12/31/2003 | | | 846 | R, P, H, NP | |
| 537 | 12/31/2004 | Callaway Golf Company, SEC Form 10-K for the fiscal year ending 12/31/2004, Page 20-21 | | | 847 | R, P, H, NP | |
| 538 | 12/31/2006 | Callaway Golf Company, SEC Form 10-K, for the fiscal year ending 12/31/2006 | | | 848 | R, P, H, NP | |
| 539 | | Intangible Asset Valuation | CW 0325176 | CW 0325188 | 591 | R, P, H | |
| 540 | 12/31/2000 | Spalding Corporation, SEC Form, 10-K, for the fiscal year ending 12/31/2000 | | | 1076 | R, P, H, NP | |
| 541 | 12/31/2005 | Callaway Golf Company, SEC Form 10-K, for the fiscal year ending 12/31/2005 | | | 1591 | R, P, H | |
| 542 | 08/11/03 | Amendment No. 1 to Asset Purchase Agreement between Top-Flite Golf Company and Spalding Sports Worldwide, Inc. | CW 0282496 | CW 0282505 | 542 | | |
| 543 | | Schedule 2.14 Intellectual Property | CW 0274938 | CW 0274939 | 524 | | |
| 544 | | Attachment 2.15 Shc, Inc. and Subsidiaries Pending and Threatened Litigation | CW 0275192 | CW 0275194 | 525 | R, P | |
| 545 | 01/09/1997 | E & S Holings Corporation, Prospectus, 01/09/1997, unnumbered Page 1 | | | 935 | R, P, H, A | |
| 546 | 09/30/1997 | Evenflo & Spalding Holding Corporation, SEC Form 10-K, for the fiscal year ending 09/30/1997 | | | 950 | R, P, H | |
| 547 | 06/30/03 | Asset Purchase agreement bewteen The Top-Flite Golf Company and Callaway Golf Company | CW 0282413 | CW 0282495 | 541 | | |
| 548 | 06/30/03 | Asset Purchase Agreement between Top-Flite Golf Company and Callaway Golf Company Volumes 1 - 5 | CW 0284211 | CW 0288092 | 543 | | |
| 549 | 06/30/2003 | Asset Purchase Agreement between The Top-Flite Golf Company (f/k/a Spalding Sports Worldwide, Inc.) and | CW 0287531 | CW 0287605 | 1484 | | |

KEY    R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Callaway Golf Company | | | | | |
| 550 | 01/27/2004 | Letter to Michael Uster from Eric Nelson re Callaway Golf Company purchase price allocation | CW 0282370 | CW 0282373 | 534 | 408, R, P, H | |
| 551 | 07/01/02 | Letter Rider to Arturi re Response to 4/30/02 letter to Arturi | CW 0325451 | CW 0325454 | 595 | 408, R, P, H, MIL | |
| 552 | 05/01/02 | Letter McCracken to Arturi re Callaway Golf/Spalding Intellectual Property Issues | CW 0325455 | CW 0325455 | 596 | 408, R, P, H, MIL | |
| 553 | 04/30/2002 | Letter Arturi to McCracken re Callaway/ Spalding Intellectual Property Issues | CW 0325459 | CW 0325460 | 598 | 408, R, P, H, MIL | |
| 554 | | Callaway Golf Company - 2003 Annual Report (Cormier Dep. Ex. 4) | | | 1202 | R, P, H, NP | |
| 555 | | Callaway 2002 Annual Report | | | 1599 | R, P, H | |
| 556 | 11/04/99 | Callaway Golf Ball Company Testing Team Meeting Agenda | CW 0120105 | CW 0120107 | 455 | R, P, H | |
| 557 | 11/11/99 | Callaway Golf Ball Company Testing Team Meeting Minutes | CW 0078097 | CW 0078099 | 441 | R, P, H | |
| 558 | 11/11/99 | Callaway Golf Ball Company Testing Team Meeting Agenda | CW 0078100 | CW 0078109 | 442 | R, P, H | |
| 559 | 10/6/99 | GBPG Mtg Notes | CW 1882863 | CW 1882866 | 745 | R, P, H | |
| 560 | 12/14/00 | Product Integration Group Meeting Notes | CW 0332893 | CW 0332894 | 604 | R, P, H, A | |
| 561 | 08/10/01 | Callaway Golf Ball Manufacturing Specification | CW 0008576 | CW 0008587 | 408 | R, P, H | |
| 562 | 08/24/01 | Callaway Golf Ball Manufacturing Specification | CW 0008582 | CW 0008584 | 409 | R, P, H | |
| 563 | 11/18/99 | Memorandum Yagley to PDC re Minutes from November 16, 1999 @3:00pm/PDC Meeting | CW 0080224 | CW 0080225 | 446 | R, P, H | |
| 564 | 01/01/2000 | License Agreement between Acushnet Company and Callaway Golf Ball Company | CW 0274474 | CW 0274489 | 516 | 408, R, P, H, MIL | |
| 565 | 02/11/00 | Letter (with attachment) Weddell to Catania re Flex Modulus Data on Surlyn 8150/9150/6320 | CW 0179607 | CW 0179609 | 470 | R, P, H | |
| 566 | 02/18/00 | Memorandum Rudzik to Manufacturing Review Committee re Manufacturing Review Committee Minute - 2/16/00 | AC 0065879 | AC 0065895 | 314 | | |
| 567 | 03/08/2000 | Email Morgan to Hebert re Veneer Strategy is defined March 6, 2000 | AC 0000253.UR | AC 0000254.UR | 24 | | |
| 568 | 05/05/98 | Minutes Callaway Golf Company Product | CW 0014308 | CW 0014311 | 422 | R, P, H | |

**KEY**   R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Development Committee | | | | | |
| 569 | 5/8/1998 | Rooke Group Examination of Golf Ball Brands and Purchase Criteria | CW 0213978 | CW 0214055 | 1533 | R, P, H | |
| 570 | 05/15/98 | Action Items and Note from Golf Ball Product Group Meeting | CW 0014340 | CW 0014341 | 423 | R, P, H | |
| 571 | 05/20/98 | Minutes Callaway Golf Company Product Development Committee | CW 1895677 | CW 1895678 | 747 | R, P, H | |
| 572 | 06/08/98 | R&D Meeting minutes | CW 1789259 | CW 1789264 | 727 | R, P, H | |
| 573 | 06/09/98 | Minutes Callaway Golf Company Product Development Committee | CW 0075674 | CW 0075676 | 437 | R, P, H | |
| 574 | 06/30/98 | Minutes Callaway Golf Company Product Development Committee | CW 0014446 | CW 0014447 | 424 | R, P, H | |
| 575 | | Draft Letter Kennedy to Farricker re Technical Perspective on New Callaway Golf Balls | CW 1850611 | CW 1850612 | 732 | R, P, H | |
| 576 | | Draft Letter Kennedy to Jim re Golf Ball Innovations | CW 1850856 | CW 1850858 | 735 | R, P, H | |
| 577 | | Callaway Golf List of R&D Potential Products | CW 1866003 | CW 1866003 | 740 | R, P, H | |
| 578 | | Callaway Golf Ball Company New Hire Training Making of Champions | CW 1867535 | CW 1867814 | 741 | R, P, H | |
| 579 | | Callaway Golf Ball Company Marketing Plan | CW 1868151 | CW 1868419 | 743 | R, P, H | |
| 580 | 08/18/99 | Memorandum Chapman to PDC re Minutes from Tuesday, August 17, 1999 @3:00pm/PDC Meeting | CW 0080236 | CW 0080238 | 447 | R, P, H | |
| 581 | 07/02/99 | Memorandum Chapman to PDC re Minutes from Tuesday, June 22, 1999 @3:00am/PDC Meeting | CW 0080254 | CW 0080255 | 448 | R, P, H | |
| 582 | | Callaway Golf Competitive Ball Technical Profile | CW 0080466 | CW 0080467 | 449 | | |
| 583 | | Callaway with Logo in Blue | CW 0081794 | CW 0081795 | 450 | | |
| 584 | | Callaway Golf Competitive Ball Technical Profile | CW 0081796 | CW 0081797 | 451 | | |
| 585 | 04/21/03 | Callaway Golf Ball Company Test Request | CW 0087631 | CW 0087631 | 452 | R, P, H | |
| 586 | 10/16/00 | Email Yagley to McCool re Core Size and Cover Thickness | CW 0092765 | CW 0092765 | 453 | R, P, H | |
| 587 | 06/13/00 | CB-3 Capacity Conclusions | CW 0094298 | CW 0094305 | 454 | R, P, H | |
| 588 | | Ogg Lab Notebook | CW 0107453 | CW 01107616 | 1490 | R, P, H | |
| 589 | 02/04.0000 | Memorandum to Chuck Yash and Mark King re 1999 Orlando Show Report | CW 0119962 | CW 0119967 | 1486 | R, P, H | |
| 590 | | Presentation The Callaway Golf Ball | CW 0124330 | CW 0124335 | 456 | | |
| 591 | 08/29/00 | PIT Meeting notes | CW 0280018 | CW 02800178 | 526 | R, P, H | |

- 27 -

**KEY**   R = Relevance     P = Prejudicial     H  =  Hearsay     408 = subject to FRE 408     A = Authentication
I = Incomplete     M = Multiple     MIL = subject to Motion in Limine     NP = Not Produced
? = Unknown Document     B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 592 | | Southland Slices | CW 0280327 | CW 0280329 | 533 | R, P, H | |
| 593 | 10/21/2003 | The Science of Golf Balls: Evolving Structures and Materials Multi Layer Structure | CW 0299424 | CW 0299425 | 550 | R, P, H | |
| 594 | 12/5/1998 | Callaway Golf Technology Review Meeting | CW 0154154 | CW 0154313 | 1529 | R, P, H | |
| 595 | 12/4/1997 | Callaway Golf Technology Review Meeting | CW 0154314 | CW 0154469 | 1528 | R, P, H | |
| 596 | 01/07/02 | Memorandum Kennedy to Craigie re New Product Update | CW 1850553 | CW 1850557 | 731 | | |
| 597 | 06/25/02 | Spalding Draft Press Release Leader in Golf Ball Technology Unveils "Best Ever" Ben Hogan Apex Tour | CW 1850533 | CW 1850536 | 730 | R, P, H | |
| 598 | | Definition of Core - Websters (Acushnet's Responsive Markman Brief Ex. HH) | | | 932 | R, P, H, MIL | |
| 599 | 08/23/2003 | Shore D Testing Titleist Pro V1 392 Ball ; QC Hardness Measurements | AC 0057440 | AC 0057440 | 234 | I | |
| 600 | 08/23/2003 | Shore D Testing Titleist Pro V1x 332 Ball; QC Hardness Measurements | AC 0057460 | AC 0057460 | 252 | I | |
| 601 | 09/02/2003 | Shore D Testing Titleist Pro V1;Titleist Pro V1 392 Shore D Quality Control Results; QC Hardness Measurements | AC 0057442 | AC 0057442 | 236 | I | |
| 602 | 09/02/2003 | Shore D Testing Titleist Pro V1x 332 Ball | AC 0057462 | AC 0057462 | 254 | I | |
| 603 | 09/03/2003 | QC Hardness Measurements | AC 0057441 | AC 0057441 | 235 | I | |
| 604 | 08/12/2003 | QC Hardness Measurements | AC 0057434 | AC 0057435 | 230 | I | |
| 605 | 08/14/2003 | Shore D Testing Titleist Pro V1; QC Hardness Measurements | AC 0057438 | AC 0057438 | 232 | I | |
| 606 | 08/11/2003 | Shore D Testing Titleist Pro V1; QC Hardness Measurements | AC 0057436 | AC 0057436 | 231 | I | |
| 607 | | Physical ball sample -- ◄Pro V1 392► | | | 1305 | | |
| 608 | | Physical ball sample -- ◄●Pro V1 392●► | | | 1306 | | |
| 609 | | Physical ball sample -- ◄●Pro V1x 332●► | | | 1307 | | |
| 610 | | Physical ball sample -- ◄Pro V1 ● 392► | | | 1308 | | |
| 611 | | Physical ball sample -- ◄--Pro V1--► | | | 1309 | | |
| 612 | | Physical ball sample -- ◄Pro V1-392► | | | 1310 | | |
| 613 | | Physical ball sample -- ◄--Pro V1x--► | | | 1311 | | |
| 614 | | Physical ball sample -- ◄Pro V1 Star 392► | | | 1312 | | |
| 615 | | Physical ball sample -- ◄Pro V1x-332► | | | 1313 | | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 616 | 10/00/04 | Pro V1x - 332 Manufacturing Guidelines | AB 0015471 | AB 0015497 | 1 | | |
| 617 | 12/00/02 | ProV1x 392 Manufacturing Guidelines | AB 0015563 | AB 0015587 | 2 | | |
| 618 | 10/00/04 | Pro V1x - 332 Manufacturing Guidelines | AB 0015588 | AB 0015617 | 3 | | |
| 619 | | Improved Pro V1 /I | AB 0034583 | AB 0034829 | 4 | | |
| 620 | | Improved Pro V1 /II | AB 0034830 | AB 0035195 | 5 | | |
| 621 | 12/00/00 | Acushnet Company Pro V1 392 Manufacturing Guidelines | AB 0038279 | AB 0038299 | 11 | | |
| 622 | 11/00/02 | Pro V1 392 Manufacturing Guidelines | AB 0038341 | AB  0038361 | 12 | | |
| 623 | 11/00/04 | Pro V1 - 392 Manufacturing Guidelines | AB 0038532 | AB 0038560 | 13 | | |
| 624 | 04/29/2002 | Shore D Testing Pro V1 Star (ball); QC Hardness Measurements | AC 0054583 | AC 0054583 | 206 | | |
| 625 | 03/14/2003 | Shore D Tetsing Titleist pro V1 392 Ball; QC Hardness Measurements | AC 0057424 | AC 0057424 | 223 | I | |
| 626 | 04/30/2003 | QC Hardness Measurements | AC 0057425 | AC 0057425 | 224 | I | |
| 627 | 07/28/2003 | Shore D Testing Titleist Pro V1 392 Ball ; QC Hardness Measurements | AC 0057433 | AC 0057433 | 229 | I | |
| 628 | 06/09/2003 | QC Hardness Measurements | AC 0057439 | AC 0057439 | 233 | I | |
| 629 | 03/14/2003 | QC Hardness Measurements | AC 0057444 | AC 0057444 | 237 | I | |
| 630 | 04/30/2003 | QC Hardness Measurements | AC 0057445 | AC 0057445 | 238 | I | |
| 631 | 05/14/2003 | QC Hardness Measurements; Shore D Testing Titleist Pro V1x 332 Ball (13-18) | AC 0057447 | AC 0057447 | 240 | I | |
| 632 | 07/28/2003 | Shore D Testing Titleist Pro V1x 332 Ball; QC Hardness Measurements | AC 0057453 | AC 0057453 | 246 | I | |
| 633 | 01/05/2005 | Shore D Testing Titleist Pro V1 392 Ball (inner cover); QC Hardness Measurements | AC 0059632 | AC 0059642 | 275 | | |
| 634 | | Press Release re Titleist the # Ball Played at the US Open for the 57th Connecticut year | AC 0014582 | AC 0014583 | 67 | R, P, H | |
| 635 | 05/17/2006 | 1Q 2006 Competitive Spending Report | AC 0064971 | AC 0064979 | 1500 | R, P, H | |
| 636 | 04/06/06 | Thin Wins | CW 0212871 | CW 0212874 | 474 | | |
| 637 | 10/27/2004 | Callaway Golf 2005 Planning-Ball Marketing Strategy Part III | YR 003352 | YR 003356 | 1471 | R, P, H | |
| 638 | 7/28/2005 | Callaway Golf Brand Plan | CW 001689587 | CW 001689661 | 1513 | R, P, H | |
| 639 | 11/01/2005 | U.S. Patent 6,960,630 | | | 340 | | |
| 640 | 11/22/2005 | 2006 Media Plan Recomendation | AC 0063293 | AC 0063365 | 1501 | R, P, H | |
| 641 | 11/14/2000 | Golf Channel/ Web Spots | YR 011686 | YR 011688 | 1478 | R, P, H | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 642 | 07/28/05 | Callaway Golf A Better Game by Design Brand Plan | CW 1689587 | CW 1689661 | 725 | R, P, H | |
| 643 | 08/08/05 | Callaway Golf 2006 Golf Ball Product Plan | CW 0525214 | CW 0525214 | 649 | R, P, H | |
| 644 | 05/22/2007 | Titleist Press Web (Acushnet SJ of Invalidity Ex. 49) | | | 1100 | R, P, H, NP | |
| 645 | 05/25/2007 | Based on Darrell Survey, "Ball Models Played by Year, 1997-2007; | CW 0383524 | CW 0383527 | 620 | | |
| 646 | 05/27/2007 | Titleist Advertisement (Acushnet Comments re Office Actions Ex. Q) | | | 1097 | R, P, H, NP | |
| 647 | 05/29/2007 | Reexamination -- Declaration of MacKnight in Support ot Re-Exam | | | 909 | R, P, H, MIL | |
| 648 | 05/30/2007 | Callaway's Supplemental Responses to 1st Set of Interrogatories [Nos 1 - 4] | | | 875 | R, P, H, NP | |
| 649 | 06/01/2007 | Golf Ball Mission Statement | AC 0020946 | AC 0020954 | 115 | | |
| 650 | 06/01/2007 | "Titleist Scores Big with New Ball, " John Steinberder | AC 0089540 | AC 0089546 | 328 | | |
| 651 | 06/01/2007 | AW02770, Chapter 9 Titleist Advertisement | AW 02770 | AW 02770 | 405 | | |
| 652 | 06/01/2007 | Introducing The New CGB Rule 35 | CW 0056957 | CW 0056958 | 433 | | |
| 653 | 06/01/2007 | Rule 35 Strongfeel Product Launch Summary | CW 0063353 | CW 0063353 | 434 | | |
| 654 | 06/01/2007 | AD for CTU 30 Blue and Red | CW 0197852 | CW 0197852 | 471 | | |
| 655 | 07/13/2007 | Emails re Product Devlopement | AC 0101368.UR | AC 0101377.UR | 356 | R, P, H | |
| 656 | 07/13/2007 | Pinnacle Consumer Research Summary | AC 0103937.UR | AC 0103965.UR | 363 | R, P, H | |
| 657 | 07/13/2007 | Titleist and Pinnacle Custom Golf Balls | AC 0116316 | AC 0116395 | 372 | R, P, H | |
| 658 | 07/13/2007 | National Golf Foundation Reports 2004 | AC 0126713 | AC 0126772 | 383 | R, P, H | |
| 659 | 07/13/2007 | Callaway Golf Ball Marketing 2005-2007: Adding Definition and Identity to Become the Real Number Two | YR 008044 | YR 008077 | 765 | R, P, H | |
| 660 | 07/13/2007 | Callaway Golf Ball Marketing 2005-2007: Adding Definition and Identity to Become the Real Number Two | YR 008053 | YR 008083 | 766 | R, P, H | |
| 661 | 07/13/2007 | Callaway Golf Ball Marketing 2005-2007: Adding Definition and Identity to Become the Real Number Two | YR 008059 | YR 008053 | 767 | R, P, H | |
| 662 | 07/13/2007 | Positioning the Callaway HX Hot Ball: Exploratory Research, Y & R Brands 01/28/2004 | YR 012241 | YR 012255 | 768 | R, P, H | |
| 663 | 00/00/2002 | Spring 2002 Marketing Overview and Sales Report | AC 0023940.UR | AC 0024080.UR | 1210 | | |
| 664 | 00/00/2002 | Ben Hogan Brand Outlook 2002 Sales and Marketing | CW 1650718 | CW 1650728 | 1279 | R, P, H | |

- 30 -

**KEY**   R = Relevance   P = Prejudicial   H = Hearsay   408 = subject to FRE 408   A = Authentication
I = Incomplete   M = Multiple   MIL = subject to Motion in Limine   NP = Not Produced
? = Unknown Document   B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Synopsis | | | | | |
| 665 | 00/00/2003 | Competitive Ball Review 2003 | AC 0076501.UR | AC 0076556.UR | 320 | R, P, H | |
| 666 | 00/00/2003 | U.S. 2003 Retail Golf Ball Market | CW 1138630 | CW 1138637 | 709 | | |
| 667 | 00/00/2004 | Competitive Ball Review 2004 | AC 0076557 | AC 0076602 | 322 | R, P, H | |
| 668 | 00/00/2004 | Callaway Golf Ball Company International Sales and Marketing Meeting 10/1999 | CW 0215607 | CW 0215778 | 478 | R, P, H | |
| 669 | 00/00/2004 | Callaway HX Tour 56 advertisment | YR 000030 | YR 000031 | 1466 | R, P, H | |
| 670 | 00/00/2005 | Competitive Ball Review 2005 | AC 0076603 | AC 0076671 | 323 | R, P, H | |
| 671 | 00/00/2005 | Callaway HX Tour 56 advertisement | YR 000018 | YR 000019 | 1465 | R, P, H | |
| 672 | 00/00/2005 | Callaway HX Tour 56 advertisement | YR 000074 | YR 000074 | 1467 | R, P, H | |
| 673 | | Callaway ad script for Phil Mickelson | YR 002546 | YR 002547 | 1469 | R, P, H | |
| 674 | | Brand X-Series "Out There" spot outline | YR 011670 | YR 011679 | 1477 | R, P, H | |
| 675 | | Presentation: HX Tour 56 Staffer Survey | YR 014096 | YR 014113 | 1480 | R, P, H | |
| 676 | | Callaway Branding Presentation Document | CW 0008888 | CW 0008898 | 1481 | R, P, H | |
| 677 | | Golfer Survey | CW 00532398 | CW 00532427 | 1491 | R, P, H | |
| 678 | | Consumer Research Background | AC 0036890 | AC 0036933 | 1492 | R, P, H | |
| 679 | | Consumer Research Background | AC 0112048.UR | AC 0112092.UR | 1493 | R, P, H | |
| 680 | | Consumer Research Background | AC 0111901 | AC 0111930 | 1494 | R, P, H | |
| 681 | | Survey Summary | AC 0036773 | AC 0036776 | 1495 | R, P, H | |
| 682 | | NXT Tour Callaway Rule 35 Red Presentation | AC 0107976 | AC 0108003 | 1496 | R, P, H | |
| 683 | | Golf Ball Advertising Expenditures & Market Share (2000/01) | CW 001685200 | CW 001685200 | 1512 | R, P, H | |
| 684 | 02/25/2002 | Presentation: Callaway Golf Destination and Brand Assessment - Balls and Irons | CW 0009322 | CW 0009382 | 1482 | R, P, H | |
| 685 | 03/10/02 | Letter (with attachments) Ostrom to Bohn re 2006 Media Budget Summary/Flow Chart Update | AC 0065229.UR | AC 0065250.UR | 313 | | |
| 686 | 04/08/02 | Callaway Golf Balls - Research Findings and Strategic Conclusions | CW 0009164 | CW 0009321 | 418 | R, P, H | |
| 687 | | Callaway Slide - "Key Learning" | CW 0008889 | CW 0008889 | 410 | R, P, H | |
| 688 | | Callaway Slide - "Key Learning" | CW 0008890 | CW 0008890 | 411 | R, P, H | |
| 689 | | Callaway Slide "Key Learning" | CW 0008891 | CW 0008891 | 412 | R, P, H | |
| 690 | | Callaway Slide - "Summary of Communications Platform" | CW 0008892 | CW 0008892 | 413 | R, P, H | |
| 691 | | Titleist Advertisements | AW 00001 | AW 00050 | 399 | | |
| 692 | | Pro V1 brochure | AW 00041 | AW 00041 | 401 | | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication

I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced

? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|--------|------|---------------------|-------------|-----------|----------------|-----------|----------|
| 693 | | Callaway Golf Catalogue | CW 0212938 | CW 0212965 | 475 | | |
| 694 | | Callaway Launch Plan (draft) | CW 0214082 | CW 0214101 | 477 | R, P, H | |
| 695 | | Callaway Golf Ball Sales and Marketing Presentation | CW 0215941 | CW 0215962 | 479 | R, P, H | |
| 696 | | Callaway Golf 2005 Marketing Plan Overview | CW 0366865 | CW 0367011 | 609 | R, P, H | |
| 697 | | Callaway Golf 2006 Marketing Plan Overview | CW 0367012 | CW 0367133 | 610 | R, P, H | |
| 698 | | Presentation Callaway Golf A Better Game by Design | CW 0367134 | CW 0367272 | 611 | R, P, H | |
| 699 | | Factors That Will Increase or Decrease Category in the Upcoming Year | CW 0507615 | CW 0507616 | 634 | R, P, H | |
| 700 | | Callaway Golf Company Organizational Charts | CW 0508961 | CW 0508964 | 635 | R, P, H | |
| 701 | 10/12/2004 | Memorandum re: Phil Mickelson Photo Shoot 10/22/2004 | YR 001067 | YR 001069 | 1468 | R, P, H | |
| 702 | 11/00/2004 | MI-5 Market Intel Brief | YR 003160 | YR 003226 | 1470 | R, P, H | |
| 703 | 08/03/2004 | Brand Reinvention Rollout Plan | YR 004866 | YR 004884 | 1472 | R, P, H | |
| 704 | 09/30/2004 | Callaway Golf Planning Part I | YR 004941 | YR 004943 | 1473 | R, P, H | |
| 705 | 12/21/2004 | Memo from NGF Research to Callaway Team re 2004 Late Season Report Highlights | YR 010697 | YR 010698 | 1474 | R, P, H | |
| 706 | 02/00/2005 | Callaway Presentation: Market Update | YR 010963 | YR 011043 | 1475 | R, P, H | |
| 707 | 05/18/2005 | Callaway Golf Ball Marketing 2005-2007: Adding Definition and Identity to Become the Real Number Two | YR 011467 | YR 011500 | 1476 | R, P, H | |
| 708 | 12/20/2005 | HX Tour / Phil Mickelson Television Spot outline | YR 011689 | YR 011694 | 1479 | R, P, H | |
| 709 | 05/17/2004 | Letter to Mary Lou Bohn from Lauren Ostrom re 1Q 2006 Competitive Spending Report | AC 0064971.UR | AC 0064979.UR | 1541 | R, P, H | |
| 710 | 07/16/2004 | Letter to Janice Simoneau from Lauren Ostrom re 2Q 2004 Competitive Spending Report | AC 0065025.UR | AC 0065033.UR | 1535 | R, P, H | |
| 711 | 12/22/2003 | Letter to Janice Simoneau from Lauren Ostrom re 3Q 2003 Competitive Spending Report | AC 0065050.UR | AC 0065056.UR | 1536 | R, P, H | |
| 712 | 04/24/2003 | Letter to Janice Simoneau from Laurie Whelan re 1Q 2003 Competitive Spending Report | AC 0065060.UR | AC 0065067.UR | 1537 | R, P, H | |
| 713 | 01/27/2003 | Letter to Janice Simoneau from Laurie Whelan re 2002 Competitive Spending Report - Full Year | AC 0065068.UR | AC 0065074.UR | 1538 | R, P, H | |
| 714 | 07/22/02 | Letter (with attachments) Whelan to Simoneau re 2002 Competitive Spending Report - 2Q | AC 0065075.UR | AC 0065093.UR | 312 | | |
| 715 | 04/27/2001 | Letter to Janice Simoneau from Michael Bianco re 2001 Combined Print\Network Competitive Spending | AC 0065113.UR | AC 0065118.UR | 1539 | R, P, H | |

**KEY**    R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Report - First Quarter | | | | | |
| 716 | 04/27/2001 | Letter to Janice Simoneau from Jeff Gagne re 2001 Network Competitive Report First Quarter | AC 0065119.UR | AC 0065122.UR | 1540 | R, P, H | |
| 717 | 05/08/02 | Script re Callaway Balls | CW 0009149 | CW 0009163 | 417 | R, P, H | |
| 718 | 10/18/2000 | Ball Company Update | CW 0009518 | CW 0009547 | 420 | | |
| 719 | 03/22/1999 | 1999 - 2000 Callaway Golf Ball Company Marketing Communications Plan | CW 0009560 | CW 0009631 | 1483 | R, P, H | |
| 720 | 07/15/2002 | Golf Ball Strategy Planning Session | CW 0009635 | CW 0009720 | 1499 | R, P, H | |
| 721 | | Callaway Golf Ball 3-5 Year Projection | CW 0009723 | CW 0009734 | 421 | | |
| 722 | | Ben Hogan Brand Outlook | CW 001650718 | CW 001650728 | 1554 | R, P, H | |
| 723 | 10/17/97 | Brand(s) That Employ the Most Advanced Technology | CW 0511529 | CW 0511536 | 636 | R, P, H | |
| 724 | | Spalding Golf Ball Brand Positioning Discussion June 14, 2000 | CW 0531454 | CW 0531514 | 652 | R, P, H | |
| 725 | | Segment 7 of CW 0366837, Ad. No. 000305005 ("Not all men are afraid of commitment") | | | 1611 | R, P, H, NP | |
| 726 | | Segment 9 of CW 0366837, Ad. No. 000310234 ("Some people pray for miracles") | | | 1612 | R, P, H, NP | |
| 727 | | Segment 12 of CW 0366837, Ad. No. 000501929 ("Some people take golf balls seriously") | | | 1613 | R, P, H, NP | |
| 728 | | Segment 10 of CW 0366837, Ad. No. 000401968 ("I trusted Titleist") | | | 1610 | R, P, H, NP | |
| 729 | | Titleist Business Overview | AC 0020726.UR | AC 0020782.UR | 1207 | R, P, H | |
| 730 | | Titleist Business Overview | AC 0020726.UR | AC 0020782.UR | 1563 | R, P, H | |
| 731 | | Pro V 1 ads (Acuhsnet's Reply Brief in Support of SJ of Invalidity Ex. 70) | | | 1059 | R, P, H, MIL | |
| 732 | 11/00/04 | Titleist and Pinnacle International Sales and Marketing Meeting | AC 0023121.UR | AC 0023201.UR | 121 | R, P, H | |
| 733 | | July 2001 Sales Meeting | AC 0023741.UR | AC 0023864.UR | 1562 | R, P, H | |
| 734 | | Acushnet Company Golf Ball Sales Comparison March: 2002 vs 2001 | AC 0023940.UR | AC 0024080.UR | 129 | | |
| 735 | 01/00/01 | Sales Meeting Presentation | AC 0028380.UR | AC 0028437.UR | 137 | | |
| 736 | 01/00/2003 | January 2003 Sales Meeting andMarket Review | AC 0030277.UR | AC 0030382.UR | 1211 | | |
| 737 | | January 2003 Sales Meeting | AC 0030277.UR | AC 0030382.UR | 1557 | R, P, H | |
| 738 | | January 2004 Sales Leader Meeting - Fairhaven | AC 0103937.UR | AC 0103965.UR | 1561 | R, P, H | |

**KEY**   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 739 | 01/00/2004 | January 2004 Sales Meeting Fair haven | AC 0103957.UR | AC 0103960.UR | 364 | R, P, H | |
| 740 | 05/28/2003 | Top-Flite Sales and Marketing Overview | CW 1850926 | CW 1850988 | 1281 | R, P, H | |
| 741 | 10/12/2000 | Titleist Advances Golf Ball Technology Leadership Position on PGA Tour with Debut of Pro V1 Model | AC 0000265 | AC 000266 | 26 | R, P, H | |
| 742 | | Titleist Presentation: Technology and Tradition - Preserving the Balance | CW 0383194 | CW 0383949 | 1275 | R, P, H | |
| 743 | 00/00/2007 | Presentation - www.titleist.com/technology/ | CW 0383914 | CW 0383949 | 624 | R, P, H, I | |
| 744 | | Presentation on 2002 - 2003 Golf Ball Market | AC 0020562.UR | AC 0020606.UR | 112 | | |
| 745 | | Callaway Golf 2002 Market Research | CW 0009117 | CW 0009148 | 415 | R, P, H | |
| 746 | | Callway Golf 2005 Marketing Overview | CW 0218350 | CW 0218376 | 1532 | R, P, H | |
| 747 | 10/20/04 | Memorandum Woock to White re Pro Tiur Player Usage in CG Marketing | CW 0218558 | CW 0218561 | 481 | R, P, H | |
| 748 | 03/22/1999 | 1999-2000 Callaway Golf Ball Company Marketing Communications Plan, | CW 0218774 | CW 0218855 | 482 | R, P, H | |
| 749 | 3/22/1999 | 1999-2000 Callaway Golf Marketing Communications Plan | CW 0218774 | CW 0218855 | 1531 | R, P, H | |
| 750 | | Titleist Market Performance Power Point Presentation | CW 0503446 | CW 0503884 | 1276 | R, P, H | |
| 751 | | Spalding and Evenflo Market Research | CW 0516389 | CW 0516390 | 639 | R, P, H | |
| 752 | | Spalding and Evenflo Market Research | CW 0516396 | CW 0516398 | 640 | R, P, H | |
| 753 | | Appendix A Kerr Expert Report - William O. Kerr CV | | | 1323 | H | |
| 754 | | Appendix B Kerr Expert Report - Materials Reviewed | | | 1324 | H | |
| 755 | | Appendix C Kerr Expert Report - Pro V1 Inner Cover Layer Formulation Costs (based on 2001 business plan) | | | 1325 | H | |
| 756 | | Appendix C Kerr Expert Report - Y2001 Raw Material Standard Cost October 31, 2000 | | | 1326 | H | |
| 757 | | Exhibit 1 Kerr Expert Report - Summary of Golf related Agreements and Negotiations Between Competitors | | | 1343 | H | |
| 758 | | Exhibit 10 Kerr Expert Report - Sensitivity of Lost Profit Calculation to Various Price Criteria - 2004 | | | 1344 | H | |
| 759 | | Exhibit 11 Kerr Expert Report - Sensitivity of Lost Profit Calculation to Selection of Competing Balls - 2004 | | | 1345 | H | |
| 760 | | Exhibit 12 Kerr Expert Report - Percentage of Golf Ball Sales by Channel and Mr. Napper's Estimation of | | | 1346 | H | |

- 34 -

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Share | | | | | |
| 761 | | Exhibit 4 Kerr Expert Report - Golfer Satisfction Ratings and Prices by Ball Model 1999 | | | 1348 | H | |
| 762 | | Exhibit 5 Kerr Expert Report - Macfli A10 Prices and Units Sold by Channel and Quarter 2003 | | | 1349 | H | |
| 763 | | Exhibit 6 Kerr Expert Report - Golf Ball Models "in" and "out" of Mr. Napper's Relevant Market | | | 1350 | H | |
| 764 | | Exhibit 7 Kerr Expert Report - List of Golf Ball Models in Napper's Relevant Market and Additional Competing Ball Models | | | 1351 | H | |
| 765 | | Exhibit 8 Kerr Expert Report - Unit Share of Pro V1 and Selected Comperting Golf Balls On and Off Course 2000-2001 | | | 1352 | H | |
| 766 | | Exhibit 9 Kerr Expert Report - Correction of Mr. Napper's Treatment of NXT Balls, 2004 | | | 1353 | H | |
| 767 | | Callaway Golf Ball Statement of Operations | CW 0367328 | CW 0367328 | 1514 | R, P, H | |
| 768 | | Callaway Financial Documents | CW 0382307 | CW 0382323 | 1589 | R, P, H | |
| 769 | | Callaway Financial Documents | CW 0382325 | CW 0382367 | 1588 | R, P, H | |
| 770 | | Callaway Financial Documents | CW 0382412 | CW 0382454 | 1590 | R, P, H | |
| 771 | | Callaway Financial Documents | CW 0382455 | CW 0382461 | 1586 | R, P, H | |
| 772 | | Callaway Financial Documents | CW 0382662 | CW 0382669 | 1587 | R, P, H | |
| 773 | | Callaway 1999 Annual Report | CW 0168355 | CW 0168406 | 1527 | R, P, H | |
| 774 | | Economics (7th ed.) Glossary of Terms - Cross Elasticity of Demand & Price Elasticity of Demand (D.I. 30 Ex. 5) | | | 936 | R, P, H, A | |
| 775 | 07/13/2007 | Expert Report of Kerr | | | 953 | H | |
| 776 | 08/23/2007 | Exhibit 3 Kerr Expert Report - Golf Ball Model Satisfaction Rating and Priced by Handicap 1999 | | | 823 | R, P, H, NP | |
| 777 | 03/00/2001 | Exhibit 2 Kerr Expert Report - Units Sold and Share of Golf Balls Priced Greater than or Equal to $30 | | | 1347 | H | |
| 778 | | Calculating Intellectual Property Damages, Richard Troxel and Kerr, Thomson-West, 2006 | | | 839 | R, P, H, NP | |
| 779 | 03/00/1991 | Agreement between Bridgestone, Titleist & Footjoy | AB 0085420 | AB 0085428 | 14 | R, P, H | |
| 780 | 06/30/2000 | License Agreement between Acushnet and Dunlop | AB 0090062 | AB 0090093 | 15 | | |

**KEY**    R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 781 | 00/00/96 | Settlement Agreement bewteen Spalding, Lisco & Acushnet; Ex. R and S to Callaway Mediation Brief; | AC 0014584 | AC 0014615 | 68 | 408, R, P, H | |
| 782 | 10/06/1989 | Agreement Between Acushnet & Polara Parties | AC 0045574 | AC 0045588 | 189 | | |
| 783 | 9//4/1990 | Agreement Between Acushnet & American Ball | AC 0045589 | AC 0045591 | 190 | R, P, H | |
| 784 | 07/13/2007 | Agreement Titleist & Footjoy | AC 0045592 | AC 0045594 | 191 | R, P, H | |
| 785 | 01/01/1999 | License Agreement Bewteen Acushnet and Callaway | AC 0045596 | AC 0045602 | 192 | | |
| 786 | 04/04/2001 | Agreement between Callaway and Acushnet | AC 0100118 | AC 0100139 | 347 | R, P, H, 408, MIL | |
| 787 | | 1996 Settlement Agreement | AC 0128371 | AC 0128406 | 386 | R, P, H, 408 | |
| 788 | 00/00/1996 | Ex. A to Callaways Opposition Motion to Stay 1996 Agreement | AC 0129509 | AC 0129554 | 387 | R, P, H | |
| 789 | 11/01/1999 | Employment Agreement between Michael Sullivan and Acushnet | AC0099638 | AC 0099651 | 1254 | | |
| 790 | 11/15/1990 | Settlement Agreement between Spalding & Evenflo Companies, Inc. and Acushnet Company | CW 0273914 | CW 0273940 | 494 | 408, R, P, H | |
| 791 | 00/00/1996 | Settlement Agreement between Spalding & Evenflo Companies, Inc. and Lisco, Inc. and Acushnet Company | CW 0273951 | CW 0273970 | 495 | 408, R, P, H | |
| 792 | 08/30/1996 | Settlement Agreement between Spalding, Lisco, and Dunlop | CW 0273988 | CW 0273997 | 496 | 408, R, P, H | |
| 793 | 06/30/2003 | Asset Purchase Agreement between Top-Flite Golf Company and Spalding Sports Worldwide, Inc. | CW 0274695 | CW 0274763 | 523 | | |
| 794 | 09/21/01 | Settlement and License Agreement between Bridgestone Sports Company and Callaway Golf Company | CW 0307736 | CW 0307767 | 575 | 408, R, P, H | |
| 795 | 06/20/2002 | Collaboration License and Option Agreement | CW 0325513 | CW 0325524 | 599 | 408, R, P, H, MIL | |
| 796 | 09/01/99 | Patent License Agreement between Orlimar Golf Equipment Company and Callaway Golf Company | CW 0366829 | CW 0366836 | 607 | 408, R, P, H | |
| 797 | | Nesbitt Consulting Agreement | CW 0366856 | CW 0366864 | 608 | R, P, H | |
| 798 | 09/15/03 | Patent License Agreement between Callaway Golf Company and The Top-Flite Golf company | CW 0367304 | CW 0367307 | 612 | | |
| 799 | 07/31/96 | Settlement Agreement between Spalding & Evenflo Companies, Inc. and Lisco, Inc. and Acushnet | CW 0615266 | CW 0615302 | 679 | 408, R, P, H | |

- 36 -

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | Company | | | | | |
| 800 | 01/01/99 | License Agreement between Acushnet Company and Callaway Golf Ball Company | CW 1864026 | CW 1864032 | 739 | 408, R, P, H, MIL | |
| 801 | 06/01/94 | Patent Sublicense Agreement between Roger Cleveland Golf Company and Callaway Golf Company | CW 1898172 | CW 1898192 | 749 | R, P, H, 408 | |
| 802 | 04/17/2003 | Press Release, "Russell and Spalding Announce Purchase Agreement for Spalding's Sporting Goods Business", Kohlberg Kravis Roberts & Co. website (www.kkr.com) | | | 815 | R, P, H, NP | |
| 803 | | D&B Business Information Report: Callaway Golf Company (McCracken Ex. 1) | | | 886 | NP | |
| 804 | 04/30/2007 | Plaintiff Callaway Golf Company's Supplemental Responses to Defendant Acushnet's First Set of Interrogatories [No. 5,6,7, and 12] | | | 1057 | R, P, H, MIL | |
| 805 | 10/09/2007 | Plaintiff Callaway Golf Company's Second Supplemental Intitial Disclosures | | | 1165 | ? | |
| 806 | 10/09/2007 | Plaintiff Callaway Golf Company's Supplemental Responses to Defendant Acushnet's First Set of Interrogatories [No. 14] | | | 1166 | R, P | |
| 807 | | Acushnet's Second Set of Requests for the Production of Documents and Things to Plaintiff [Nos. 164-180] | | | 1322 | R | |
| 808 | | Plaintiff Callaway Golf Company's First Supplemental Initial Disclosures | | | 1362 | R, H, P | |
| 809 | | Plaintiff Callaway Golf Company's Initial Disclosures | | | 1363 | R, H, P | |
| 810 | | Plaintiff Callaway Golf Company's Response to Defendant Acusnet Company's Fist Set of Requests for Admissions [Nos. 1- 34] | | | 1364 | | |
| 811 | | Plaintiff Callaway Golf Company's Second Supplemental Initial Disclosures | | | 1365 | ? | |
| 812 | | Cross Beta Query Surlyn 7940 | AC 0013175 | AC 0013175 | 64 | | |
| 813 | 08/25/2005 | Incoming Raw Material Quality Assurance Testing Record | AC 0013618 | AC 0013624 | 65 | | |
| 814 | 10/02/00 | Email Morgan to Distribution re V-1 Cut/Sheer | AC 0020457.UR | AC 0020459.UR | 108 | | |
| 815 | | Improved Titleist Pro V1 Product and Introduction Plans | AC 0023546.UR | AC 0023556.UR | 1209 | R, P, H | |

KEY    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
       I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
       ? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 816 | | Improved Titleist Pro VI Product & Introduction Plans | AC 0023546.UR | AC 0023556.UR | 1556 | R, P, H | |
| 817 | 01/00/2003 | Titleist Pro V1 and ProV1x Pricing Consideration | AC 0023593.UR | AC 0023595.UR | 122 | I | |
| 818 | | Competitive Analysis | AC 0023940.UR | AC 0024080.UR | 128 | R, P, H | |
| 819 | 08/00/00 | Presentation: Tour Distance SF and the Next Generation Product | AC 00283332.UR | AC 0028358.UR | 136 | | |
| 820 | 02/24/03 | Email Morgan to Broome re HX comparisons | AC 0028891.UR | AC 0028895.UR | 141 | | |
| 821 | 10/04/96 | Golf Ball New Product Team Meeting | AC 0029069.UR | AC 0029079.UR | 143 | | |
| 822 | | (1) Operating Procedure for Durometer Hardness Measurements; (2) Catalog Ad for Duro Automatic Operating Stand Model 902 & 2000; (3) DuroTronic Model 2000 Operating Manual; (4) Shore Durometer Technical Information Selection Guide; (5) Standard Test Method for Rubber Property - Durometer Hardness | AC 0029337 | AC 0029356 | 146 | M, H, R, P | |
| 823 | 04/19/2002 | Emails re: Product Development | AC 0029852.UR | AC 0029864.UR | 147 | R, P, H | |
| 824 | 04/22/2002 | Emails re: Product Development | AC 0030580 | AC 0030584 | 148 | | |
| 825 | 02/14/2001 | E-mail to J. Steinbred from Sine re Pro V1, | AC 0036670 | AC 0036671 | 159 | | |
| 826 | 05/16/2007 | Titleist Draft Memo re Layered Cover Product Strategy Considerations from George Sine | AC 0040388 | AC 0040392 | 1507 | R, P, H | |
| 827 | 06/20/06 | Letter to Bill Morgan and Jeff Dalton from E. Herbert re Layered Ball Testing with Brad Faxon | AC 0040398 | AC 0040400 | 166 | | |
| 828 | 08/08/1996 | Titleist and Foot-Joy Worlwide inter-Office Correspondence re Golf ball New Product Team Meeting | AC 0040420.UR | AC 0040428.UR | 1505 | R, P, H | |
| 829 | 09/09/06 | Memorandum Boehm to Allen, Bellis, Brissette, Dalton, Dubiel, Longfritz, Morga, Sine, Uihlein re Golf Ball New Product Team Meeting - September 6, 1997 | AC 0040429 | AC 0040435 | 171 | | |
| 830 | 04/28/95 | Memorandum Harris to Wu re Golf Ball Construction Effects on Physical Properties | AC 0040820 | AC 0040822 | 177 | R, P, H | |
| 831 | | Comparative Testing Docs ; Construction Types | AC 0048669 | AC 0048685 | 1212 | | |
| 832 | | 2003 Competitive Ball Review | AC 0048950 | AC 0049005 | 1214 | R, P, H | |
| 833 | | 2005 Competitive Ball Report | AC 0049052 | AC 0049120 | 1215 | | |
| 834 | | 1990 Competitive Ball Report | AC 0049577 | AC 0049988 | 1216 | R, P, H | |
| 835 | | Shore D Testing Titleist Pro V1x 332 | AC 0059965 | AC 0059968 | 306 | | |
| 836 | 07/29/04 | Golf Ball Survey Results | AC 0064957 | AC 0064962 | 311 | | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 837 | | Letter to John Jepson from Steve Aoyama re a Game-Improvement Golf Ball | AC 0078432 | AC 0078436 | 325 | | |
| 838 | 10/20/97 | Chris Cavallaro Research notebook | AC 0093075 | AC 0093078 | 336 | R, P, H | |
| 839 | | Michael Sullivan personal records | AC 0099657 | AC 0099679 | 1225 | R, P, H | |
| 840 | 10/15/1999 | Letter to Michael Sullivan from Herbert Boehm re employment with titleist | AC 0099721 | AC 0099724 | 1226 | | |
| 841 | 03/04/07 | Letter (with attachments) Bugbee to Lester U.S. Patent Nos. 6,210,293 and 6,213,894/Titleist Pro V1 | AC 0100092 | AC 0100104 | 345 | R, P, H, 408, MIL | |
| 842 | | The Relationship Between Golf Ball Construction and Performance | AC 0100916 | AC 0100921 | 348 | R, P, H | |
| 843 | | History and Construction of non wound golf balls | AC 0100929 | AC 0100936 | 349 | R, P, H | |
| 844 | 04/19/2002 | Emails re Product Devlopement | AC 0100962 | AC 0100974 | 350 | R, P, H | |
| 845 | | Titleist "A Passion for Excellence" (video) | AC 0101025 | AC 0101025 | 1229 | R, P, H | |
| 846 | | Pro V1 Product Brief | AC 0101050.UR | AC 0101072.UR | 352 | | |
| 847 | | Sidestamp-Pro V1 392 | AC 0101051.UR | AC 0101051.UR | 353 | | |
| 848 | 09/15/2001 | E-mail to Bill Morgan, Megan Morgan, Fordie Pitts, Wally Uihlein, Young, Mac Fritz, Herb Boehm, Steve Mata, Bob Vokey, Mike Chisum, Ed Hebert, Chris Cavallaro, Ryan Bosanko, Jeff Dalton, Mike Jordan from Jack Drumm re PGA Tour Player observations from St. Louis - September 10, 11, 12, 2001 | AC 0101505.UR | AC 0101509.UR | 1196 | R, P, H | |
| 849 | 01/00/2002 | January 2002 Kick-Off Meeting | AC 0102961.UR | AC 0103176.UR | 359 | R, P, H | |
| 850 | | Wilson Sporting Goods Advertisement | AC 0103061.UR | AC 0103063.UR | 360 | R, P, H | |
| 851 | 01/29/2003 | Email to Balls- NGF Industry Shipment Summary | AC 0110084.UR | AC 0110091.UR | 1498 | R, P, H | |
| 852 | 09/03/2004 | Titleist NXT Campaign Study Presentation of Findings by arnoldworldwide | AC 0110571 | AC 0110607 | 1497 | R, P, H | |
| 853 | | Titleist Custom Golf Balls | AC 0116312 | AC 0116395 | 1565 | R, P, H | |
| 854 | | Presentation: New Titleist Pro V1 and ProV1x by Bill Morgan | AC 0116445 | AC 01164550 | 1230 | | |
| 855 | | Acushnet Company Freedom-to Operate O[pinion Pro V Dual Core | AC 0120492 | AC 0120496 | 382 | | |
| 856 | | Photographs of '510 Family History | AC 0127803 | AC 0127807 | 1601 | R, P, H, A | |
| 857 | | Photographs of Shore C & Shore D Durometer | AC 0128108 | AC 0128109 | 385 | A, R, P | |
| 858 | | Article titled, Methods for Developing New Polymers For Golf Ball Covers | AC 0130722 | AC 0130726 | 824 | | |

**KEY**   R = Relevance   P = Prejudicial   H = Hearsay   408 = subject to FRE 408   A = Authentication
I = Incomplete   M = Multiple   MIL = subject to Motion in Limine   NP = Not Produced
? = Unknown Document   B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 859 | | Article titled, Surlyn Ionomers For Golf Ball Covers | AC 0131200 | AC 01312007 | 825 | | |
| 860 | | Robert J. Statz, "Commercial Uses of Ionomers," Polymer Preprints, Sept. 1988, and others; | AC 0131372 | AC 0131377 | 1075 | R, P, H | |
| 861 | | COMPASS Readings, July 1991 | AC 0131379 | AC 0131379+ | 876 | R, P, H | |
| 862 | | Elastomers Notebook No. 149 | AC 0131380 | AC 0131395 | 937 | R, P, H | |
| 863 | | William E. Morgan 1997 Objectives/Accomplishments | AC 0131441 | AC 0131446 | 1239 | R, P, H | |
| 864 | 05/04/2007 | Callaway Prior Art Testing: Attorney work Product | AC 0131443 | AC 0131446 | 1464 | R, P, H | |
| 865 | | Y2001 Raw Materials Standard Costs | AC 0131492 | AC 0131492 | 1242 | R, P, H | |
| 866 | 05/00/2006 | ConsumerReports.org Golf Ball Ratings: Charts and Commentaries | AC 0131504 | AC 0131511 | 977 | R, P, H | |
| 867 | 08/25/00 | Callaway Golf Ball Manufacturing Specification | CW 0002249 | CW 0002251 | 406 | | |
| 868 | | Article *Inside look: Titleist Big Makeover* | CW 0009057 | CW 0009057 | 414 | | |
| 869 | | HX & CTU Competitors | CW 001154381 | CW 001154394 | 1555 | R, P, H | |
| 870 | 07/05/01 | Callaway Golf Company Golf Ball Manufacturing Capacity | CW 0016373 | CW 0016373 | 425 | R, P, H | |
| 871 | 5/28/2003 | The Top Flite Company Presentation | CW 001850926 | CW 001850988 | 1559 | R, P, H | |
| 872 | 08/04/00 | Meeting minutes Use of CGC Resources for CGBC Process Development | CW 0027764 | CW 0027765 | 426 | R, P, H | |
| 873 | 02/10/06 | Article: Callaway Takes Big Swing at Acushnet | CW 0028050 | CW 0028051 | 428 | R, P, H | |
| 874 | | Wai Lab Notebook | CW 0031908 | CW 0032069 | 1489 | R, P, H | |
| 875 | | Research Notebook | CW 0032248 | CW 0032411 | 429 | | |
| 876 | | Appendix III The Ball | CW 0055452 | AC 0055452 | 430 | | |
| 877 | 10/27/99 | Project Status Report | CW 0056295 | CW 0056297 | 431 | R, P, H | |
| 878 | 2/28/0000 | Nike Golf Announces 2000 European PGA Tour Staff | CW 0064388 | CW 0064389 | 435 | R, P, H | |
| 879 | | Callaway Testing Pro V1 per 33 (d) | CW 0065320 | CW 0065330 | 1264 | R, P, H | |
| 880 | | Callaway Testing Pro V1 per 33 (d) | CW 0068563 | CW 0068563 | 1265 | R, P, H | |
| 881 | 12/12/97 | Email Bryan to SteveO re Perception - Reply | CW 0075431 | CW 0075431 | 436 | R, P, H | |
| 882 | | Presentation Consumer Research | CW 0075721 | CW 0075733 | 438 | R, P, H | |
| 883 | | ASTM D 2240-97 | CW 0076799 | CW 0076802 | 439 | | |
| 884 | 10/22/99 | Callaway Golf Ball Company Testing Team Meeting Agenda | CW 0078128 | CW 0078135 | 443 | R, P, H | |
| 885 | 08/26/99 | Minutes: Callaway Golf Ball Company Testing Team Meeting | CW 0078192 | CW 0078194 | 444 | R, P, H | |
| 886 | | CB-3 design Rationale | CW 0078770 | CW 0078771 | 445 | | |
| 887 | 00/00/2000 | R&D Design and Planning Meetings 2000 | CW 0079410 | CW 0079712 | 1266 | R, P, H | |

**KEY**  R = Relevance   P = Prejudicial   H = Hearsay   408 = subject to FRE 408   A = Authentication
I = Incomplete   M = Multiple   MIL = subject to Motion in Limine   NP = Not Produced
? = Unknown Document   B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|--------|------|----------------------|-------------|-----------|----------------|-----------|----------|
| 888 | | R & D Design & Planning Meetings - 2000 | CW 0079573 | CW 0079691 | 1558 | R, P, H | |
| 889 | | Callaway Testing Pro V1 per 33 (d) | CW 0125880 | CW 0125881 | 1267 | | |
| 890 | 10/24/00 | Email Yagley to Bartels, Goodman, Catania, Pij | CW 0125934 | CW 0125935 | 458 | | |
| 891 | 03/17/99 | Minutes: Callaway Golf Ball Company R&D Staff & Team Leader Meeting | CW 0148602 | CW 0148602 | 461 | R, P, H | |
| 892 | 08/02/01 | Email Dewanjee to Bartels, Goodman, Parker, Mike | CW 0165436 | CW 0165436 | 462 | R, P, H | |
| 893 | 00/00/00 | The Callaway Connection Issue No. 30; The Callaway Golf Family Proudly Welcomes Arnold Palmer | CW 0168225 | CW 0168243 | 463 | | |
| 894 | | Callaway Golf Ball Company Aims | CW 0172303 | CW 01872311 | 1526 | R, P, H | |
| 895 | | Competitive Ball Technical Profile | CW 0173769 | CW 0173770 | 466 | R, P, H | |
| 896 | 03/26/01 | Firm Cover - Preliminary Specification Meeting Minutes | CW 0174029 | CW 0174030 | 467 | R, P, H | |
| 897 | 03/01/01 | LF 930 Development Meeting | CW 0174040 | CW 0174041 | 468 | R, P, H | |
| 898 | 10/17/00 | U.S. Patent 6,132,324 | CW 0179321 | CW 0179331 | 469 | | |
| 899 | | DOE Status for CB-3 | CW 0187308 | CW 0187310 | 1525 | R, P, H | |
| 900 | | The Language of Golf Balls - A Quick Test! | CW 0187464 | CW 0187476 | 1524 | R, P, H | |
| 901 | 12/5/2001 | Comparison of Physical Properties of Pro V1, Pro V1 Diamond, Pro V1 Star and CTU 30 Red | CW 0193425 | CW 0193425 | 1523 | R, P, H | |
| 902 | | Callaway Golf CTU-30 Golf Ball | CW 0197853 | CW 0197854 | 472 | | |
| 903 | 9/17/01 | Callaway Golf Ball Manufacturing Specification | CW 0208978 | CW 0208981 | 473 | R, P, H | |
| 904 | | Callaway Golf HX Golf Ball - The Next Generation of Aerodynamics | CW 0212790 | CW 0212791 | 1534 | R, P, H | |
| 905 | 12/15/04 | Presentation Callaway Golf | CW 0218378 | CW 0218446 | 480 | R, P, H | |
| 906 | 11/02/04 | Physicals for HX and HX TPU Balls | CW 0223002 | CW 0223002 | 483 | | |
| 907 | 12/01/05 | Golf Equipment Testing Past, Present and Future | CW 0253217 | CW 0253225 | 490 | | |
| 908 | | Personnel Records Michael Sullivan | CW 0253246 | CW 0253285 | 491 | | |
| 909 | | Callaway Golf - Launch Business Plan | CW 0255825 | CW 0255868 | 1530 | R, P, H | |
| 910 | 12/15/05 | Callaway Golf Company Organizational Charts | CW 0273796 | CW 0273797 | 493 | R, P, H | |
| 911 | 06/01/1993 | Multilayer Patents and Applications Which Claim Priority Back To June 1, 1993 | CW 0274104 | CW 0274108 | 1485 | R, P, H | |
| 912 | | Schedule 1.1(b) -- Assumed Contracts | CW 0274861 | CW 0274866 | 1595 | R, P, H | |
| 913 | | The Relationship between Golf Ball Construction and Performance | CW 0317527 | CW 0317532 | 582 | | |
| 914 | 12/16/2003 | Supplemental Declaration of E. Morgan Under 37 CFR 1.131 with Ex.s | CW 0320898 | CW 0320920 | 585 | R, P, H, MIL | |

- 41 -

KEY    R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 915 | | Invention Record | CW 0320903 | CW 0320909 | 586 | | |
| 916 | | Email Hebert to Cavallaro, Dalton, Morgan, Perry | CW 0320910 | CW 0320911 | 587 | | |
| 917 | | File History 5,803,831 | CW 0323696 | CW 0323796 | 964 | MIL | |
| 918 | 07/22/1997 | Declaration of Mark Binette in Support of Patent Application for 5,808,831 | CW 0323729 | CW 0323733 | 588 | R, P, H, MIL | |
| 919 | 01/23/07 | Handwritten Notes | CW 0329373 | CW 0329379 | 602 | R, P, H, A | |
| 920 | 10/19/04 | Handwritten Notes | CW 0329380 | CW 0329383 | 603 | R, P, H, A | |
| 921 | 02/00/99 | Spalding Custom Golf Balls | CW 0500583 | CW 0500629 | 625 | R, P, H | |
| 922 | 02/26/1999 | Spalding Pro Tour Strategy | CW 0500779 | CW 0500811 | 626 | | |
| 923 | 11/18/96 | Handwritten Notes re P-1687 3 Piece Top-Flite Golf Ball; Charts re Lab notebooks | CW 0507579 | CW 0507579 | 633 | R, P, H | |
| 924 | | Properties of Surlyn Ionomer Resins | CW 0512231 | CW 0512231 | 637 | R, P, H | |
| 925 | | Spalding Research Department Organizational Chart | CW 0512740 | CW 0512740 | 638 | R, P, H | |
| 926 | | Callaway Golf Company Organizational Charts | CW 0516403 | CW 0516403 | 641 | R, P, H | |
| 927 | 09/26/95 | Memorandum Binette to Sullivan re Castable PU Covered Multi-Layer Balls | CW 0522440 | CW 0522441 | 643 | | |
| 928 | 11/13/95 | Memorandum Tavares to Sullivan re Spin Measurements of Multi-layer Golf Balls Using ENCORE's Spin Detector Instrument | CW 0522573 | CW 0522581 | 644 | R, P, H | |
| 929 | | Specs for Hogan Apex Tour | CW 0522648 | CW 0522687 | 645 | R, P, H | |
| 930 | 06/24/99 | Memorandum Binette to Kennedy, Sullivan re Multi-Layer Balls with No Interlayer Adhesion (Mold Release on Mantle) | CW 0522939 | CW 0522939 | 646 | R, P, H | |
| 931 | 07/01/04 | Presentation Top-Flite Authenticate or Die | CW 0523929 | CW 0523953 | 647 | R, P, H | |
| 932 | | American Golfer Survey The Ball Report Initial Results Based | CW 0531331 | CW 0531374 | 650 | R, P, H | |
| 933 | 09/13/01 | Emqail Kennedy to Cragie re testing for Hal Sutton | CW 0534411 | CW 0534411 | 657 | | |
| 934 | 06/00/01 | Excerpt Maximum Golf | CW 0537857 | CW 0537860 | 658 | R, P, H | |
| 935 | | Handwritten Notes | CW 0555285 | CW 0555286 | 661 | | |
| 936 | 03/25/03 | Assessing Strategic Options for Spalding | CW 0595802 | CW 0595867 | 662 | | |
| 937 | | Spalding Timeline | CW 0599382 | CW 0599383 | 664 | R, P, H | |
| 938 | 04/21/97 | memorandum Whitworth to Distribution re WSI Article on "Competitive Advantage" | CW 0599384 | CW 0599385 | 665 | R, P, H | |
| 939 | 03/27/98 | Presentation Spalding Sports Worldwide Special Intelligence Briefing Competitor Profile for Titleist and | CW 0599403 | CW 0599477 | 666 | R, P, H | |

- 42 -

KEY   R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| | | footjoy Worldwide | | | | | |
| 940 | | 127 Years of Excellence and Innovation | CW 0610225 | CW 0610225 | 668 | | |
| 941 | 03/21/1991 | Mike Sullivan Lab Notebook | CW 0611726 | CW 0611821 | 670 | | |
| 942 | 06/19/02 | Memorandum Tzivanis to Godbout, Hanna re Hogan Apex Tour Golf Ball Transmittal | CW 0614771 | CW 0614798 | 675 | R, P, H | |
| 943 | 07/29/1996 | Article "The Bell of Golf Balls" | CW 0615108 | CW 0615108 | 677 | | |
| 944 | 05/02/1996 | Article " Top-Flite Will Sell Multi Layer Golf Ball" | CW 0615118 | CW 0615118 | 678 | | |
| 945 | 03/27/01 | Email Kennedy to Craigie re Pro V1 Testing | CW 0616102 | CW 0616102 | 705 | R, P, H | |
| 946 | | Presentation The Golf Ball Business | CW 1072879 | CW 1072911 | 706 | | |
| 947 | | Current Golf Ball Business Structure | CW 1135813 | CW 1135815 | 707 | R, P, H | |
| 948 | | Charts: Analysis: 2002 Golf Balls Actual vs. Budget | CW 1136853 | CW 1137018 | 708 | | |
| 949 | | Charts re Chronological Buildup of Titleist Pro V1 unit share and Callaway 3 Piece Unit Share | CW 1141029 | CW 1141034 | 710 | | |
| 950 | | Ball Dollar Share, Price Point Opportunity | CW 1144539 | CW 1144562 | 711 | | |
| 951 | 02/00/04 | Callaway Golf Strategic Plan | CW 1146560 | CW 1146572 | 713 | R, P, H | |
| 952 | | Presentation Callaway Golf Balls | CW 1152203 | CW 1152255 | 714 | | |
| 953 | 01/10/2003 | 2004 Golf Ball Subsidiary Meeting | CW 1153535 | CW 1153541 | 715 | R, P, H | |
| 954 | 07/29/03 | 2004 Estimated US Wholesale Pricing | CW 1155421 | CW 1155421 | 716 | R, P, H | |
| 955 | | Memorandum re Warbird Background for Promotion Creation | CW 1161592 | CW 1161593 | 717 | R, P, H | |
| 956 | 07/00/03 | Callaway Golf Ball Intercepts Research | CW 1162508 | CW 1162557 | 718 | R, P, H | |
| 957 | 06/30/2003 | Email to Callway Golf Worldwide from Ron Drapeau re Golf Ball Plans | CW 1166342 | CW 1166342 | 719 | R, P, H | |
| 958 | | Callaway Golf Records management Policy and Procedures | CW 1201559 | CW 1201578 | 720 | R, P, H | |
| 959 | | Presentation Callaway Golf Ball Company R&D | CW 1649189 | CW 1649221 | 722 | | |
| 960 | | Top-Flite Product Line | CW 1654332 | CW 1654351 | 723 | R, P, H | |
| 961 | 05/10/005 | 2005 + Pro Tour Strategy Thoughts and Ideas | CW 1687537 | CW 1687541 | 724 | R, P, H | |
| 962 | | 2007 Rough Cut Capacity | CW 1741132 | CW 1741133 | 726 | R, P, H | |
| 963 | 07/25/00 | Article: Bridgestone Accuses Callaway of Impinging Golf Ball Patents | CW 1830260 | CW 1830260 | 728 | R, P, H | |
| 964 | | Callaway Golf Company 2000 Annual Report | CW 1830282 | CW 1830306 | 729 | R, P, H | |
| 965 | 07/05/01 | Memorandum Kennedy to Craigie re New Product Update | CW 1850789 | CW 1850791 | 734 | | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 966 | 11/27/01 | Memorandum Kennedy to Craigie re New Product Update | CW 1850858 | CW 1850560 | 736 | R, P, H | |
| 967 | 10/13/98 | Memorandum Tzivanis to Ricci, Gajewski, Zawaski, Skirkanich, Peter | CW 1851452 | CW 1851452 | 738 | R, P, H | |
| 968 | | Callaway 10-K Form for Fiscal Year 2000 | CW 1863868 | CW 1863896 | 1285 | R, P, H | |
| 969 | 05/23/01 | Callaway Golf Company Final Report of Findings Golf Ball Exploratory | CW 1867989 | CW 1868024 | 742 | R, P, H | |
| 970 | 08/26/03 | Memorandum Tyagley to GBPG re Golf ball Product Group Meeting Minutes/Action Items | CW 1882842 | CW 1882844 | 744 | | |
| 971 | 02/10/2004 | Golf Ball Product Group Meeting Minutes | CW 1892596 | CW 1892600 | 746 | R, P, H | |
| 972 | 03/21/1991 | Spalding Mike Sullivan Lab Notebook | CW 611726 | CW 611821 | 750 | | |
| 973 | 01/31/2003 | Callaway Golf Electronic Research Report | MCK-CAL-0000839 | MCK-CAL-0000843 | 1594 | R, P, H | |
| 974 | 02/18/2003 | Spalding Board Meeting | MCK-CAL-0001477 | MCK-CAL-0001572 | 1592 | R, P, H | |
| 975 | 12/09/2002 | Callaway Golf Inc. Peer Perform | MCK-CAL-0001927 | MCK-CAL-0001934 | 1593 | R, P, H | |
| 976 | 11/01/2002 | BE Hogan Golf Signs Colin Montgomery to Multi Year Contract; Ryder Cup Sensation Excited about Ben Hogan Endorsement and Products (Acushnet's Comments re Office Actions Ex. W) | | | 836 | R, P, H, NP | |
| 977 | 07/01/2003 | Article - David Barboza, "Callaway to Buy Top Flite", NYTimes.com, 07/01/2003; | | | 816 | R, P, H, NP | |
| 978 | 09/01/2003 | Robert Barker, "Why is Callaway Chasing golf Balls?", BusniessWeek.com, 09/01/2003 | | | 819 | R, P, H, NP | |
| 979 | 10/21/2003 | U.S. Patent 6,634,964 | | | 338 | NP, R, P | |
| 980 | 02/01/2005 | U.S. Patent 6,849,006 | | | 339 | NP, R, P | |
| 981 | 06/14/2005 | U.S. Patent 6,905,648 | | | 1156 | NP | |
| 982 | 08/18/2006 | Callaway Response to Acushnet 1st Set of RFPs (Nos. 1-163) | | | 862 | R, P, H, NP | |
| 983 | 08/18/2006 | Callaway's Response to Acushnet's 1st Set of Interrogatories (Nos. 1-15) | | | 873 | R, P, H, NP | |
| 984 | 12/18/2006 | Callaway Supplemental Responses to Acushnet 1st Set of Interrogatories 1-2 and 10 | | | 864 | R, P, H, NP | |

**KEY**    R = Relevance    P = Prejudicial    H  =  Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

| DX NO. | Date | Document Description | Begin Bates | End Bates | Control Number | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 985 | 01/17/2007 | Callaway's Supplemental Response to Acushnet's First Set Interrogatories (Nos. 3 and 7) | | | 874 | R, P, H, NP | |
| 986 | 04/30/07 | Callaway Golf Company's Objections to Acushnet Company's Notice of Dep. Pursuant to Fed R. Civ.P. 30(b)(6) | | | 851 | R, P, H, NP | |
| 987 | 06/01/2007 | CV of J. MacKnight | | | 885 | R, P, H | |
| 988 | 08/07/2007 | Declaration of Statz in support of Acushnet's Motion for Summary Judgment of Invalidity (Acushnet's Opening SJ Motion Ex. 23) | | | 918 | R, P, H, MIL | |
| 989 | 10/31/2007 | Letter to Denning from Rosenthal re Callaway's Interrogatory Responses regarding the Rule 35 Firmfeel Golf Ball | | | 1552 | R, P, H, NP | |
| 990 | | Callaway's Form 10K for the year ending 1998 | | | 1616 | R, P, H, NP | |

**KEY**   R = Relevance    P = Prejudicial    H = Hearsay    408 = subject to FRE 408    A = Authentication
I = Incomplete    M = Multiple    MIL = subject to Motion in Limine    NP = Not Produced
? = Unknown Document    B = Best evidence

# Exhibit 7

**Callaway Golf Company v. Acushnet Company**

**Exhibit 7**

**Callaway Golf's Witness List**

Callaway Golf Company ("Callaway Golf") anticipates calling the following witnesses at trial. Callaway Golf further anticipates that the witnesses will testify live except where otherwise indicated. Callaway Golf reserves the right to call anyone appearing on Acushnet Company's witness list, and reserves the right to amend its answering/rebuttal witness list in view of events at trial.

| Witness | Live/ Depo |
|---------|-----------|
| Arturi, Peter | Live |
| Bellis, Jerry | Depo |
| Boehm, Herbert | Depo |
| Bohn, Mary Louise | Depo |
| Bulpett, David | Depo |
| Burke, William | Depo |
| Cavallaro, Christopher | Depo |
| Dalton, Jeffrey L. | Depo |
| Hebert, Edmund | Depo |
| Kennedy, Thomas | Live |
| Lester, Troy | Depo |
| McCracken, Steve | Live |
| Mickelson, Phil | Live |
| Napper, Brian | Live |
| Nauman, Joseph | Live |
| Norman, Greg | Live |
| Rider, Michael | Live |
| Risen, William | Live |
| Sine, George | Depo |
| Snell, Dean | Depo |
| Sullivan, Michael | Live/Depo |
| Wilkes, Garth | Live |
| Wu, Shenshen | Depo |
| Yagley, Michael | Live |
| Young, William J. | Depo |

Exhibit 8

## EXHIBIT 8

## CALLAWAY GOLF'S DEPOSITION DESIGNATIONS

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| 05/03/07 | Boehm, Herbert | 4:2-8 | Callaway | | 5:13-18 | Acushnet | |
| | | 7:8-14 | Callaway | 106 | | | |
| | | 7:21-25 | Callaway | 106 | 8:1-5 | Acushnet | |
| | | 8:17-20 | Callaway | 106 | | | |
| | | 9:7-16 | Callaway | | | | |
| | | 10:8-11:14 | Callaway | 402; 403 | | | |
| | | 12:8-25 | Callaway | 106 | 13:1-22 | Acushnet | |
| | | 13:23-14:14 | Callaway | F; L; 106; 402; 403; 602 | 14:15-15:3; 16:8-17:15 | Acushnet | |
| | | 17:23-18:7 | Callaway | 106; 402; 403 | 18:8-19:21 | Acushnet | |
| | | 21:14-16 | Callaway | | | | |
| | | 22:22-24:12 | Callaway | F; 402; 403; 602 | | | |
| | | 24:13-27:1 | Callaway | 105; 106 | 27:12-28:1 | Acushnet | |
| | | 27:2-11 | Callaway | 105; 106; 402; 403 | | | |
| | | 29:2-11 | Callaway | 105; 106 | 29:12-30:5 | Acushnet | |
| | | 30:6-33:6 | Callaway | 105; 106 | 33:7-23 | Acushnet | |
| | | 36:12-37:18 | Callaway | F; 106; 402; 403; 602; multiple docs. in same exhibit | 37:19-22; 38:6-22 | Acushnet | |
| | | 39:8-20 | Callaway | F; 106; 402; 403; 602 | 39:21-24 | Acushnet | |
| | | 39:25-40:16 | Callaway | F; S; 402; 403 | | | |
| | | 41:14-42:1 | Callaway | F; S; 105; 106; 402; 403 | 41:2-13; 45:19-46:9 | Acushnet | |
| | | 48:19-49:12 | Callaway | F; 106; 402; 403; 602; multiple docs. in same exhibit | 49:13-20 | Acushnet | |
| | | 49:23-50:8 | Callaway | 106; 402; 403 | 50:9-14 | Acushnet | |
| | | 50:16-51:13 | Callaway | 106; 402; 403 | 52:3-54:6 | Acushnet | |
| | | 54:24-57:13 | Callaway | F; 106; 402; 403; multiple docs. in same exhibit | 57:14-17 | Acushnet | |
| | | 58:5-16 | Callaway | F; 106; 402; 403; 602 | | | |
| | | 59:25-61:23 | Callaway | F; incomplete exhibit; 105; 106; 402; 602; 802 | | | |
| | | 63:30-65:4 | Callaway | F; S; 106; 402; 403; 602; 802; | 61:24-63:2; 65:5-11 | Acushnet | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | | | 1002 | | | |
| | | 65:12-21 | Callaway | F; S; 106; 602; 802; 1002 | | | |
| | | 66:4-19 | Callaway | F; 106; 402; 403; 602; 802 | | | |
| | | 67:14-24 | Callaway | F; 106; 402; 403; 602; 802 | 67:25-68:9 | Acushnet | |
| | | 68:10-69:15 | Callaway | 402; 403; argumentative | | | |
| | | 71:15-72:9 | Callaway | 106; 402; 403; 802 | 69:16-70:18; 72:19-21; 86:8-24; 87:3-15 | Acushnet | |
| | | 72:22-25 | Callaway | F; 106; 402; 403; 602; 1002 | 73:1-3 | Acushnet | |
| | | 73:11-74:13 | Callaway | F; 106; 402; 403; 602; 1002 | | | |
| | | 74:18-75:14 | Callaway | 106 | 75:15-23 | Acushnet | |
| | | 75:24-76:7 | Callaway | 106 | 76:8-24; 77:8-24 | Acushnet | |
| | | 78:12-22 | Callaway | F; 402; 403 | | | |
| | | 79:2-80:5 | Callaway | F; 402; 403 | | | |
| | | 80:8-22 | Callaway | 105; 402; 403 | | | |
| | | 81:10-16 | Callaway | 105; 106; 402; 403 | 81:5-9 | Acushnet | |
| | | 82:3-13 | Callaway | 105; 106; 402; 403 | | | |
| | | 83:13-84:13 | Callaway | 105; 402; 403 | 84:14-21; 85:4-19 | Acushnet | |
| 04/26/07 | **Bohn, Mary Louise** | 6:9-10 | Callaway | 402 | | | |
| | | 13:6-15 | Callaway | 402; 802; 1002 | | | |
| | | 14:2-7 | Callaway | 106; 402; 802; 1002 | 14:8-14 | Acushnet | |
| | | 15:8-16:22 | Callaway | 802; 106; 402; 1002 | 14:21-15:4 | Acushnet | |
| | | 20:9-21:11 | Callaway | | | | |
| | | 22:1-2 | Callaway | | | | |
| | | 28:5-29:6 | Callaway | 402; 403 | | | |
| | | 29:10-18 | Callaway | 402; 403 | | | |
| | | 36:6-37:12 | Callaway | Form | | | |
| | | 38:4-39:6 | Callaway | | | | |
| | | 41:18-42:24 | Callaway | 106 | 42:25-23:4 | Acushnet | |
| | | 43:5-45:18 | Callaway | 106; 402; 403; 802 | | | |
| | | 50:21-51:17 | Callaway | | | | |
| | | 52:24-53:3 | Callaway | | | | |
| | | 53:14-17 | Callaway | | | | |
| | | 54:3-6 | Callaway | 106; 402 | 54:10-15 | Acushnet | |
| | | 54:16-24 | Callaway | 106; 402 | 56:8-17 | Acushnet | |
| | | 58:19-59:9 | Callaway | Form; 106 | 59:10-22; 60:14-61:3; 61:10-25; 62:11-16 | Acushnet | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 64:18-65:1 | Callaway | 106 | 64:6-17 | Acushnet | |
| | | 68:5-73:18 | Callaway | | | | |
| | | 74:10-76:1 | Callaway | | | | |
| | | 77:9-78:18 | Callaway | 106; Form; 402; 403; 802; 1002 | 78:19-79:5 | Acushnet | |
| | | 80:4-82:18 | Callaway | 106; Form | | | |
| | | 83:4-10 | Callaway | 106 | | | |
| | | 83:20-84:4 | Callaway | 106; 402; 802 | 84:5-25; 85:18-86:3 | Acushnet | |
| | | 86:4-23 | Callaway | 106 | 86:24-37:16 | Acushnet | |
| | | 87:17-88:14 | Callaway | 106; 1006; Form | 88:15-86:3 | Acushnet | |
| | | 90:1-7 | Callaway | 106 | 90:17-21 | | |
| | | 91:18-24 | Callaway | 402; 802 | | | |
| | | 92:17-93:17 | Callaway | 402; 403; 802 | | | |
| | | 94:2-23 | Callaway | 402; 403; 802 | | | |
| | | 95:1-96:7 | Callaway | 106; 1006; Form | 96:8-23 | Acushnet | |
| | | 97:5-11 | Callaway | See below | Subsumed in range below | | |
| | | 96:24-109:12 | Callaway | 402; 403; 802; 1006; Form; S.F | | | |
| | | 110:9-111:19 | Callaway | 106; 402; 403; 802; Form | 109:13-110:8 | Acushnet | |
| | | 112:11-25 | Callaway | 106 | 113:1-22 | Acushnet | |
| | | 114:18-116:6 | Callaway | Form; 402; 403; 802 | | | |
| | | 116:19-119:25 | Callaway | 402; 403; 802; F | | | |
| | | 120:11-129:12 | Callaway | 802; 402; 403; 608; S; F; Form; 1006 | | | |
| | | 130:5-25 | Callaway | 402; 403; 802; 1002 | | | |
| | | 131:13-133:2 | Callaway | 802; 608 | | | |
| | | 133:6-139:18 | Callaway | 802; S; 403; 1002; 608; 402 | | | |
| | | 140:6-143:25 | Callaway | 802; 402; 403; 106; 608 | 144:1-8 | Acushnet | |
| | | 144:9-145:1 | Callaway | 106; 802; 402 | | | |
| | | 146:19-147:1 | Callaway | 106; 402; 403 | 145:15-146:18 | Acushnet | |
| | | 147:7-13 | Callaway | 106 | 147:2-6; 147:14-148:8 | Acushnet | |
| | | 151:1-21 | Callaway | 106; 802 | 151:22-24 | Acushnet | |
| | | 153:5-154:1 | Callaway | 1002; 402; 403 | 155:3-157:18 | Acushnet | |
| | | 160:17-161:2 | Callaway | 106 | 160:4-16 | Acushnet | |
| | | 163:15-23 | Callaway | | | | |
| | | 166:7-174:11 | Callaway | 106; 802; 402; | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | | | 403; Form; S; 1002; 608 | | | |
| | | 175:19-176:12 | Callaway | 106 | 174:18-175:18; 176:22-177:5 | Acushnet | |
| | | 181:16-182:21 | Callaway | AC; 402; 403; 1002 | | | |
| | | 189:2-16 | Callaway | 106 | 190:14-191:3; 192:6-193:5 | Acushnet | |
| | | 193:9-19 | Callaway | 106 | 193:20-195:9 | Acushnet | |
| | | 201:22-203:22 | Callaway | 106; S; L | 201:14-21 | Acushnet | |
| | | 208:22-209:19 | Callaway | 402; 403 | 204:24-205:20 | Acushnet | |
| | | 211:19-212:9 | Callaway | 106 | 212:10-18 | Acushnet | |
| | | 212:19-214:4 | Callaway | 106 | 214:16-215:24 | Acushnet | |
| | | 216:6-217:14 | Callaway | 802; 106 | 217:17-22 | Acushnet | |
| | | 222:4-12 | Callaway | | | | |
| | | 223:8-18 | Callaway | | | | |
| | | 224:23-227:10 | Callaway | 802 | | | |
| | | 227:14-229:20 | Callaway | 802; 106 | 229:21-230:23 | Acushnet | |
| | | | | | 231:18-233:6; 233:14-21; 233:23-235:4; 235:8-18; 237:10-238:10 | Acushnet | |
| | | 239:24-240:25 | Callaway | | 241:6-23 | Acushnet | |
| 05/25/07 | Bulpett, David | 7:20-23 | Callaway | | | | |
| | | 37:17-38:12 | Callaway | 105; 402; 403 | | | |
| | | 40:12-16 | Callaway | 105; 402; 403 | | | |
| | | 41:6-43:9 | Callaway | 105; F; 402; 403; S | | | |
| | | 44:5-46:9 | Callaway | 105; F; 402; 403; S | 46:10-18; 47:5-19 | Acushnet | |
| | | 52:8-53:18 | Callaway | 105; 402; 403 | | | |
| | | 56:15-58:10 | Callaway | 105; 106; 403; 702 | 54:12-25; 55:1-25; 56:1-14; | Acushnet | |
| | | 62:9-22 | Callaway | 402; 403; F | | | |
| | | 63:25-64:8 | Callaway | 402; 403; F | 65:4-19 | Acushnet | |
| | | 65:20-66:1 | Callaway | 402; 403; 702; F | | | |
| 04/25/07 | Burke, William | 7:2-6 | Callaway | | | | |
| | | 8:1-21 | Callaway | | | | |
| | | 23:11-22 | Callaway | | 24:9-22 | Acushnet | |
| | | 32:4-33:2 | Callaway | 402 | | | |
| | | 36:7-18 | Callaway | | | | |
| | | 37:9-38:5 | Callaway | | | | |
| | | 38:19-39:22 | Callaway | Form | | | |
| | | 56:9-14 | Callaway | | 41:2-43:4; 44:11-24 | Acushnet | |
| | | 56:20-58:12 | Callaway | 402 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | 59:14-60:16 | Callaway | | | | |
| | | 61:4-8 | Callaway | | | | |
| | | 61:16-62:6 | Callaway | | | | |
| | | 63:24-64:6 | Callaway | Form | | | |
| | | 65:4-7 | Callaway | | | | |
| | | 65:15-21 | Callaway | 106 | 65:22-66:4 | Acushnet | |
| | | 66:5-17 | Callaway | 106 | | | |
| | | | | | 72:1-13 | Acushnet | |
| | | 72:23-25 | Callaway | 402 | | | |
| | | 78:12-20 | Callaway | 106 | 78:21-79:6 | Acushnet | |
| | | 79:7-14 | Callaway | 106 | | | |
| | | 79:22-81:3 | Callaway | | | | |
| | | 81:9-21 | Callaway | | | | |
| | | 83:15-22 | Callaway | | 83:23-84:9 | Acushnet | |
| | | 84:15-25 | Callaway | | | | |
| | | 85:16-86:7 | Callaway | | | | |
| | | 87:2-88:3 | Callaway | | | | |
| | | 90:6-14 | Callaway | | | | |
| | | 91:3-92:18 | Callaway | | | | |
| | | 94:2-6 | Callaway | | | | |
| | | 95:17-96:9 | Callaway | | | | |
| | | 101:22-103:2 | Callaway | 106 | 101:3-21 | Acushnet | |
| | | 106:25-109:5 | Callaway | | | | |
| | | 112:25-113:18 | Callaway | | | | |
| | | 114:11-115:10 | Callaway | 402 | 115:11-116:16 | Acushnet | |
| | | 117:11-118:20 | Callaway | 402; 403 | | | |
| | | 119:8-23 | Callaway | | | | |
| | | 120:3-9 | Callaway | | | | |
| | | 121:14-16 | Callaway | | | | |
| | | | | | 123:14-124:1; 124:7-125:14 | Acushnet | |
| | | 127:20-128:6 | Callaway | 106 | 125:25-127:19 | Acushnet | |
| | | 129:23-130:6 | Callaway | 106; 402; 403 | 130:7-20 | Acushnet | |
| | | 130:21-131:1 | Callaway | 106; 402; 403 | | | |
| | | 131:11-18 | Callaway | | | | |
| | | 132:12-23 | Callaway | | | | |
| | | 134:24-135:8 | Callaway | 402 | | | |
| | | 135:19-137:16 | Callaway | | | | |
| | | 139:16-140:8 | Callaway | | | | |
| | | 141:3-14 | Callaway | 106 | 141:15-21 | Acushnet | |
| | | 146:2-147:25 | Callaway | Form | | | |
| | | 148:24-149:16 | Callaway | | 151:11-19 | Acushnet | |
| | | 152:14-153:21 | Callaway | 106; 802; Form | 153:22-154:1 | Acushnet | |
| | | 156:1-6 | Callaway | | 156:7-158:15 | Acushnet | |
| | | 158:16-159:20 | Callaway | 106 | | | |
| | | 161:13-162:17 | Callaway | | | | |
| | | 164:8-17 | Callaway | | | | |
| | | 167:12-168:12 | Callaway | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | 168:21-169:14 | Callaway | | | | |
| | | 170:5-171:9 | Callaway | | | | |
| | | 173:13-15 | Callaway | | | | |
| | | 173:24-174:12 | Callaway | | | | |
| | | 175:14-176:15 | Callaway | | | | |
| | | 178:18-179:10 | Callaway | | | | |
| | | 180:18-181:2 | Callaway | 106 | 181:3-8 | Acushnet | |
| | | 182:21-25 | Callaway | 106 | 182:12-20 | Acushnet | |
| | | 183:13-186:4 | Callaway | 106 | 183:1-12 | Acushnet | |
| | | 187:24-189:23 | Callaway | 106; form | 189:24-190:5 | Acushnet | |
| | | 190:6-22 | Callaway | 106 | | | |
| | | 191:5-18 | Callaway | | | | |
| | | 193:9-17 | Callaway | | | | |
| | | 194:1-195:3 | Callaway | | 200:21-201:4 | Acushnet | |
| | | 203:16-19 | Callaway | | 203:25-206:4 | Acushnet | |
| | | 207:11-209:22 | Callaway | | | | |
| | | 210:3-211:1 | Callaway | 106 | 211:2-15 | Acushnet | |
| | | 213:14-214:14 | Callaway | 106 | 214:15-22 | Acushnet | |
| | | 215:4-16 | Callaway | | | | |
| | | 215:22-217:1 | Callaway | 106; 802 | 217:2-16 | Acushnet | |
| | | 217:17-218:13 | Callaway | 106; 802 | 218:14-219:3 | Acushnet | |
| | | 229:14-22 | Callaway | 106 | 229:23-230:6 | Acushnet | |
| | | 232:9-18 | Callaway | | | | |
| | | 234:15-18 | Callaway | | | | |
| | | 235:25-236:7 | Callaway | 106 | 236:8-14 | Acushnet | |
| | | 237:8-14 | Callaway | 402 | | | |
| | | | | | 238:17-22; 239:10-240:6 | Acushnet | |
| | | 243:7-245:21 | Callaway | Form; F | | | |
| | | 246:10-24 | Callaway | | | | |
| | | 247:14-248:2 | Callaway | | | | |
| | | 249:25-250:16 | Callaway | 106 | 250:17-22 | Acushnet | |
| | | 250:23-251:4 | Callaway | 106 | | | |
| | | 252:4-253:14 | Callaway | 106; 1006 | 251:22-251:3; 253:15-254:5 | Acushnet | |
| | | 256:8-19 | Callaway | Form | | | |
| | | 257:3-21 | Callaway | Form | | | |
| | | 258:2-17 | Callaway | | | | |
| | | 260:4-261:4 | Callaway | | | | |
| | | 262:11-264:22 | Callaway | | | | |
| | | 266:11-20 | Callaway | | | | |
| 04/18/07 | Cavallaro, Christopher | 6:11-13 | Callaway | | | | |
| | | 15:6-9 | Callaway | | | | |
| | | 15:12-22 | Callaway | | | | |
| | | 18:13-15 | Callaway | | | | |
| | | 22:21-23:19 | Callaway | 105; 402; 403 | | | |
| | | 24:11-14 | Callaway | 402; 403 | | | |
| | | 24:22-25 | Callaway | 402; 403 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 25:17-21 | Callaway | Argumentative 105; 402; 403; vague | 25:1-16; | Acushnet | |
| | | 25:25-26:16 | Callaway | Argumentative 105; 402; 403; vague | | | |
| | | 26:19-21 | Callaway | Argumentative 105; 402; 403; vague; F | | | |
| | | 26:23-27:16 | Callaway | Argumentative 105; 402; 403; vague; F; | | | |
| | | 27:19-29:2 | Callaway | Argumentative 105; 402; 403; vague; F; asked and answered; | | | |
| | | 29:12-23 | Callaway | 402; 403 | | | |
| | | 30:11-18 | Callaway | 402; 403 | | | |
| | | 30:21-23 | Callaway | 402; 403; form | | | |
| | | 32:8-34:19 | Callaway | | | | |
| | | 35:5-22 | Callaway | 105; 402; 403; vague | | | |
| | | 35:24-36:21 | Callaway | 105; 402; 403; vague | | | |
| | | 38:8-12 | Callaway | | | | |
| | | 40:3-9 | Callaway | | | | |
| | | 40:14-21 | Callaway | | | | |
| | | 40:23-41:2 | Callaway | 402; 403 | | | |
| | | 41:23-42:7 | Callaway | | | | |
| | | 43:2-10 | Callaway | | | | |
| | | 44:4-45:3 | Callaway | | | | |
| | | 47:24-48:2 | Callaway | 105; 402; 403 | 45:19-25; 46:1-25; 47:1-6. | Acushnet | |
| | | 48:4-18 | Callaway | 105; 402; 403 | | | |
| | | 48:21-49:3 | Callaway | | | | |
| | | 50:14-51:6 | Callaway | | | | |
| | | 52:9-23 | Callaway | | | | |
| | | 53:4-13 | Callaway | Vague | | | |
| | | 53:17-20 | Callaway | Vague | | | |
| | | 54:13-22 | Callaway | | | | |
| | | 55:19-22 | Callaway | | | | |
| | | 56:9-18 | Callaway | 105; 402; 403 | | | |
| | | 56:20-57:6 | Callaway | 105; 402; 403; vague | | | |
| | | 57:9-13 | Callaway | 105; 402; 403; vague; F; S | | | |
| | | 57:15-58:6 | Callaway | 105; 402; 403; vague | 58:7-23 | Acushnet | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
|  |  | 62:18-21 | Callaway |  |  |  |  |
|  |  | 63:1-4 | Callaway |  |  |  |  |
|  |  | 63:19-21 | Callaway | 402; 403 |  |  |  |
|  |  | 63:25-64:8 | Callaway | 402; 403 |  |  |  |
|  |  | 66:11-67:7 | Callaway |  |  |  |  |
|  |  | 67:11-21 | Callaway |  |  |  |  |
|  |  | 68:6-9 | Callaway |  |  |  |  |
|  |  | 71:5-73:18 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 75:6-20 | Callaway | 105; 402; 403 | 78:4-7 | Acushnet |  |
|  |  | 81:21-82:13 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 83:15-18 | Callaway | 105; 402; 403; misstates |  |  |  |
|  |  | 83:23-84:3 | Callaway | 105; 402; 403; misstates |  |  |  |
|  |  | 85:1-25 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 86:11-18 | Callaway |  |  |  |  |
|  |  | 87:1-25 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 93:4-5 | Callaway | 105; 402; 403; mischaracterizes; vague |  |  |  |
|  |  | 93:8-11 | Callaway | 105; 402; 403; mischaracterizes; vague |  |  |  |
|  |  | 93:16-21 | Callaway | 105; 402; 403; mischaracterizes; vague |  |  |  |
|  |  | 98:11-19 | Callaway | 105; 402; 403 | 98:1-5 | Acushnet |  |
|  |  | 103:19-104:1 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 104:15-105:20 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 108:2-14 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 108:24-109:8 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 109:11-25 | Callaway | 105; 402; 403; mischaracterizes |  |  |  |
|  |  | 110:25-111:8 | Callaway | 402; 403 |  |  |  |
|  |  | 111:12-21 | Callaway | 402; 403; asked and answered |  |  |  |
|  |  | 111:23-112:8 | Callaway | 402; 403; vague |  |  |  |
|  |  | 112:12-15 | Callaway | 402; 403; vague; mischaracterizes |  |  |  |
|  |  | 112:17-113:1 | Callaway | 402; 403; vague |  |  |  |
|  |  | 113:5 | Callaway | 402; 403 vague; F |  |  |  |
|  |  | 113:12-16 | Callaway | 402; 403 vague; F; |  |  |  |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | | | misstates | | | |
| | | 113:20-114:1 | Callaway | 402; 403 vague; F; misstates | | | |
| | | 114:4-15 | Callaway | 402; 403; asked and answered | | | |
| | | 114:19-21 | Callaway | 402; 403; F; misstates; asked and answered | | | |
| | | 116:11-117:3 | Callaway | | | | |
| | | 120:4-10 | Callaway | 105; 402; 403 | 124:12-19; 160:16-25; 209:2-25; 210:1-16; 211:3-13; 211:16-22; 211:25; 212:1-4; 212:6-12 | Acushnet | |
| | | 121:14-122:2 | Callaway | 105; 402; 403 | | | |
| | | 122:6-16 | Callaway | 105; 402; 403; S | | | |
| | | 123:7-124:8 | Callaway | 105; 402; 403; S | | | |
| | | 124:11 | Callaway | 105; 402; 403; vague | | | |
| | | 125:25-127:25 | Callaway | 105; 402; 403; form | | | |
| | | 128:4-12 | Callaway | 105; 402; 403; form | | | |
| | | 130:13-131:3 | Callaway | 105; 402; 403 | | | |
| | | 131:10-132:13 | Callaway | 105; 402; 403 | | | |
| | | 132:18-133:9 | Callaway | 105; 402; 403 | 133:10-17 | Acushnet | |
| | | 133:18-134:6 | Callaway | 105; 402; 403 | 134:7-135:8 | Acushnet | |
| | | 135:13-20 | Callaway | 105; 402; 403 vague | | | |
| | | 135:22-136:5 | Callaway | 105; 402; 403; vague | | | |
| | | 136:7-24 | Callaway | 105; 402; 403; vague | | | |
| | | 140:25-141:7 | Callaway | 402; 403 | | | |
| | | 142:3-15 | Callaway | 105; 402; 403 | | | |
| | | 142:23-143:1 | Callaway | 105; 402; 403; F | | | |
| | | 143:4-8 | Callaway | 105; 402; 403; F | | | |
| | | 143:11 | Callaway | 105; 402; 403; F | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 144:22-25 | Callaway | 105; 402; 403 | | | |
| | | 145:4-15 | Callaway | 105; 402; 403 | | | |
| | | 146:5-19 | Callaway | 105; 402; 403 | | | |
| | | 147:11-14 | Callaway | 105; 402; 403 | | | |
| | | 147:16 | Callaway | 105; 402; 403 | | | |
| | | 147:21-148:9 | Callaway | 105; 402; 403 | 148:10-149:2 | Acushnet | |
| | | 150:21-23 | Callaway | 105; 402; 403 | | | |
| | | 151:3-152:1 | Callaway | 105; 402; 403 | | | |
| | | 152:4-9 | Callaway | 105; 402; 403; S; vague | | | |
| | | 152:12-13 | Callaway | 105; 402; 403; S; vague | | | |
| | | 153:20-154:4 | Callaway | 105; 402; 403; F | | | |
| | | 154:7-16 | Callaway | 105; 402; 403; F | | | |
| | | 154:19-21 | Callaway | 105; 402; 403; F | | | |
| | | 154:25-155:12 | Callaway | 105; 402; 403; F; vague mischaracterizes | | | |
| | | 155:15-156:2 | Callaway | 105; 402; 403; F; vague mischaracterizes | | | |
| | | 156:5 | Callaway | 105; 402; 403; F; vague | | | |
| | | 162:5-15 | Callaway | 105; 402; 403; F | | | |
| | | 162:19-163:12 | Callaway | 105; 402; 403; F | | | |
| | | 163:16-23 | Callaway | 105; 402; 403 | | | |
| | | 164:7 | Callaway | 105; 402; 403 | | | |
| | | 164:12-165:7 | Callaway | 105; 402; 403 | | | |
| | | 169:13-16 | Callaway | 105; 402; 403; F | | | |
| | | 169:20-170:1 | Callaway | 105; 402; 403; F | | | |
| | | 170:5 | Callaway | 105; 402; 403; F | | | |
| | | 175:18-24 | Callaway | | | | |
| | | 179:13-24 | Callaway | 105; 402; 403; form | | | |
| | | 180:1-4 | Callaway | 105; 402; 403; form | | | |
| | | 180:14-18 | Callaway | 105; 402; 403; F; vague | | | |
| | | 180:22 | Callaway | | | | |
| | | 181:5-9 | Callaway | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 181:12-19 | Callaway | | | | |
| | | 181:21-182:3 | Callaway | | | | |
| | | 182:9-14 | Callaway | | | | |
| | | 182:18-22 | Callaway | | | | |
| | | 182:25-183:3 | Callaway | | | | |
| | | 183:6-10 | Callaway | | | | |
| | | 183:20-23 | Callaway | | | | |
| | | 183:25-184:1 | Callaway | | | | |
| | | 184:17-23 | Callaway | | | | |
| | | 185:13-186:9 | Callaway | 105; 402; 403 | | | |
| | | 186:13-14 | Callaway | 105; 402; 403; F; form | | | |
| | | 186:17-25 | Callaway | 105; 402; 403; F | | | |
| | | 187:4-16 | Callaway | 105; 402; 403; F | | | |
| | | 187:19-188:16 | Callaway | 105; 402; 403; F; form | | | |
| | | 188:19-189:4 | Callaway | 105; 402; 403; F; form | | | |
| | | 191:10-24 | Callaway | 105; 402; 403 | 192:2-10 | Acushnet | |
| | | 192:11-14 | Callaway | 105; 402; 403; form | | | |
| | | 192:17-21 | Callaway | 105; 402; 403; form | | | |
| | | 193:3-9 | Callaway | | | | |
| | | 194:8-195:10 | Callaway | 105; 402; 403; form | | | |
| | | 195:14-196:15 | Callaway | 105; 402; 403; form | | | |
| | | 197:5-7 | Callaway | 105; 402; 403; F; S | | | |
| | | 197:10-16 | Callaway | 105; 402; 403; F; S | | | |
| | | 197:18-22 | Callaway | 105; 402; 403; F; S | | | |
| | | 197:25-5 | Callaway | 105; 402; 403; F; S | | | |
| | | 198:10-200:8 | Callaway | 105; 402; 403; F | | | |
| | | 200:11-14 | Callaway | 105; 402; 403; F | | | |
| | | 200:17-19 | Callaway | 105; 402; 403; F | | | |
| | | 200:22-201:16 | Callaway | 105; 402; 403 | | | |
| | | 201:24-202:10 | Callaway | 105; 402; 403 | | | |
| | | 202:14-16 | Callaway | 105; 402; 403; form | | | |
| | | 202:21-25 | Callaway | 105; 402; 403 | | | |
| | | 203:3-8 | Callaway | 105; 402; 403 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | 204:6-8 | Callaway | 105; 402; 403; form; F | | | |
| | | 204:11-22 | Callaway | 105; 402; 403; form; F | | | |
| | | 204:25-205:13 | Callaway | | | | |
| 03/27/07 | Dalton, Jeffrey | 9:6-15 | Callaway | | | | |
| | | 11:14-12:19 | Callaway | | | | |
| | | 15:6-10 | Callaway | 105; 106; 402; 403 | 12:20-17:10 | Acushnet | |
| | | 16:18-25 | Callaway | 105; 106; 402; 403 | | | |
| | | 19:1-13 | Callaway | | | | |
| | | 23:10-12 | Callaway | 105; 402; 403; form | | | |
| | | 23:14-25:21 | Callaway | 105; 402; 403; form | | | |
| | | 33:23-35:7 | Callaway | 105; 402; 403; 702 | 35:8-14; 35:22-37:1 | Acushnet | |
| | | 37:2-38:12 | Callaway | 105; 402; 403; 702 | | | |
| | | 39:11-20 | Callaway | | | | |
| | | 40:13-45:9 | Callaway | 105; 402; 403; 702 | 47:9-48:9 | Acushnet | |
| | | 48:10-49:3 | Callaway | 105; 402; 403; 702 | | | |
| | | 49:13-50:15 | Callaway | 105; 402; 403; 702; S | 50:16-51:5 | Acushnet | |
| | | 51:6-51:13 | Callaway | 105; 402; 403; form; 702 | | | |
| | | 51:15-53:2 | Callaway | 105; 402; 403; form; 702 | | | |
| | | 53:24-54:2 | Callaway | | | | |
| | | 57:4-61:2 | Callaway | 105; 402; 403; 702 | 56:4-57:3 | Acushnet | |
| | | 62:19-64:13 | Callaway | 105; 402; 403; form; 702 | | | |
| | | 64:16-65:9 | Callaway | 105; 402; 403; form; 702 | | | |
| | | 69:10-23 | Callaway | 105; 402; 403; form | | | |
| | | 70:20-71:5 | Callaway | 105; 402; 403; form | | | |
| | | 71:19-72:17 | Callaway | 105; 402; 403; form | | | |
| | | 103:20-25 | Callaway | | | | |
| | | 104:16-18 | Callaway | 105; 402; 403; form; 702 | 104:22-105:8 | Acushnet | |
| | | 105:9-24 | Callaway | 105; 402; 403; form; 702 | 118:12-136:10 | Acushnet | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 126:11-127:18 | Callaway | 105; 402; 403; form | 142:11-146:25 | Acushnet | |
| | | 127:20-132:1 | Callaway | 105; 402; 403; form | | | |
| | | 132:8-20 | Callaway | 105; 402; 403; form | 132:2-7 | Acushnet | |
| | | 133:9-135:21 | Callaway | 105; 402; 403; form | 137:1-140:15 | Acushnet | |
| | | 136:21-137-24 | Callaway | 105; 402; 403 | 149:1-152:1 | Acushnet | |
| | | 152:2-7 | Callaway | 105; 402; 403 | | | |
| | | 174:11-22 | Callaway | 105; 402; 403; form; F; S; calls for legal conclusion | 170:23-174:10 | Acushnet | |
| | | 174:25-175:7 | Callaway | 105; 402; 403; form; calls for legal conclusion; F; S | | | |
| | | 175:11-12 | Callaway | 105; 402; 403; form; F; S | | | |
| | | 175:14-176:21 | Callaway | 105; 402; 403; form; F; S | 176:22-177:19 | Acushnet | |
| | | 177:20-178:24 | Callaway | 105; 402; 403; form; F; S | | | |
| | | 179:18-180:9 | Callaway | 105; 402; 403; form; F; S | 179:14-17 | Acushnet | |
| | | 180:11-181:9 | Callaway | 105; 402; 403; form; F; S | | | |
| | | 181:11-182:21 | Callaway | 105; 402; 403; form; F; S | | | |
| | | 184:2-13 | Callaway | 105; 402; 403; form; F; S | | | |
| | | 186:1-187:10 | Callaway | 105; 402; 403; F; S | | | |
| | | 187:22-188:14 | Callaway | 105; 403; 402 | | | |
| | | 188:17-18 | Callaway | 105; 402; 403; F; 701 | | | |
| | | 189:7-190:12 | Callaway | 105; 402; 403; F; 701 | | | |
| 03/28/07 | Hebert, Edmund | 7:19-8:2 | Callaway | | | | |
| | | 263:21-264:9 | Callaway | 106; F; 701; S | | | |
| 02/07/07 | Lester, Troy – Vol. 1 | 5:7-6:11 | Callaway | | | | |
| | | 8:21-15:2 | Callaway | | | | |
| | | 26:10-28:10 | Callaway | | | | |
| | | 170:17-174:19 | Callaway | Form; outside the scope of 30(b)(6) | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | | | notice; 408 | | | |
| | | 177:11-179:19 | Callaway | Form; outside the scope of 30(b)(6) notice; 402; 403 | | | |
| | | 198:17-199:22 | Callaway | Form; outside the scope of 30(b)(6) notice | | | |
| | | 268:15-269:3 | Callaway | 106; outside the scope of 30(b)(6) notice | | | |
| | | 274:10-276:10 | Callaway | Form; outside the scope of the 30(b)(6) notice | | | |
| | | 277:14-280:25 | Callaway | Form; F; AC | | | |
| 08/17/07 | Lester, Troy – Vol 2 | 6:13-11:6 | Callaway | Form; vague; 106 | 11:7 | Acushnet | |
| | | 21:7-24:4 | Callaway | Form | 16:24-17:6; 24:5-25:11; 26:10-14; 26:25-27:10 | Acushnet | |
| | | 27:11-35:1 | Callaway | AC; 402; 403 | 36:5-11; 37:15-38:4; 38:13-16 | Acushnet | |
| | | 53:11-56:9 | Callaway | 402; 403 | | | |
| | | 61:16-76:18 | Callaway | AC; 402; 403; form; F; 408 | 76:19-22 | Acushnet | |
| | | 79:16-102:20 | Callaway | 402; 403; 408; form | 102:21-23 | Acushnet | |
| | | 107:18-111:10 | Callaway | 408 | | | |
| | | 129:11-136:10 | Callaway | 408 | | | |
| | | 146:6-153:25 | Callaway | Form; F | 143:4-144:25 | Acushnet | |
| | | 154:1-157:9 | Callaway | Form; F | | | |
| | | 161:17-169:3 | Callaway | Form; S | 172:15-174:19 | Acushnet | |
| | | 185:2-190:4 | Callaway | 408; 402; 403; form; F | | | |
| | | 191:6-196:3 | Callaway | Calls for legal conclusion; | 200:2-3; 200:13-19; 201:13-202:13; 202:16-24; 203:12-17; 203:24-204:13; 204:20-25 | Acushnet | |
| | | 205:11-207:2 | Callaway | Form | | | |
| | | 208:14-238:25 | Callaway | | | | |
| | | 239:10-243:13 | Callaway | | | | |
| | | 245:7-246:4 | Callaway | | | | |
| 04/24/07 | Sine, George | 4:6-10 | Callaway | 106 | 24:23-25:4 | Acushnet | |
| | | 19:5-11 | Callaway | | | | |
| | | 20:1-19 | Callaway | | | | |
| | | 21:8-14 | Callaway | | | | |
| | | 21:22-22:10 | Callaway | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 22:15-23:1 | Callaway | | | | |
| | | 24:7-22 | Callaway | | | | |
| | | 31:2-10 | Callaway | | | | |
| | | 40:2-4 | Callaway | 402 | | | |
| | | 41:4-13 | Callaway | 402 | | | |
| | | 41:21-42:4 | Callaway | | | | |
| | | 42:21-43:10 | Callaway | | 43:24-44:9 | Acushnet | |
| | | 47:16-48:11 | Callaway | 106 | 46:24-27:15 | Acushnet | |
| | | 48:19-49:4 | Callaway | | | | |
| | | 49:24-50:12 | Callaway | | 51:24-52-6 | Acushnet | |
| | | 52:17-53:9 | Callaway | 106 | 53:10-12 | Acushnet | |
| | | 53:20-54:5 | Callaway | 106 | 53:16-19 | Acushnet | |
| | | 54:9-12 | Callaway | 402 | | | |
| | | 54:16-20 | Callaway | | | | |
| | | 55:11-15 | Callaway | 402 | | | |
| | | 55:22-56:4 | Callaway | | | | |
| | | 56:8-15 | Callaway | 106 | 56:16-20 | Acushnet | |
| | | 56:21-57:7 | Callaway | 106 | 57:8-17 | Acushnet | |
| | | 57:18-22 | Callaway | 106 | | | |
| | | 58:7-59:11 | Callaway | 402; 106 | 59:12-60:2; 60:12-16; 60:24-62:5 | Acushnet | |
| | | 62:15-63:13 | Callaway | Form; 106 | 63:14; 63:19-64:2 | Acushnet | |
| | | 65:19-67:2 | Callaway | Form; F; S; 106 | 67:3-10; 69:3-12 | Acushnet | |
| | | 70:25-72:3 | Callaway | 106; 402; 802 | 69:24-17; 72:4-7 | Acushnet | |
| | | 72:8-24 | Callaway | 106; 402 | 72:25-73:13 | Acushnet | |
| | | 73:18-74:4 | Callaway | 106; 402 | 74:5-11 | Acushnet | |
| | | 76:7-13 | Callaway | 106; 402 | 76:14-16 | Acushnet | |
| | | | | | 78:2-8 | Acushnet | |
| | | | | | 79:1-80:24 | Acushnet | |
| | | 82:16-84:7 | Callaway | 402; F; S | | | |
| | | 87:5-13 | Callaway | 402; 106 | 87:14-88:3 | Acushnet | |
| | | 88:4-14 | Callaway | 106 | 89:5-24 | Acushnet | |
| | | 90:12-25 | Callaway | | | | |
| | | 98:6-15 | Callaway | 106; F; S; Form | 97:22-98:5; 98:16-23 | Acushnet | |
| | | 98:24-99:5 | Callaway | 106; S | 99:14-19; 100:5-23 | Acushnet | |
| | | | | | 103:7-20 | Acushnet | |
| | | 107:6-20 | Callaway | 402; Form; S; F | | | |
| | | 121:19-122:1 | Callaway | 402 | | | |
| | | 123:23-124:1 | Callaway | 402 | | | |
| | | | | | 125:17-126:14 | Acushnet | |
| | | 135:4-15 | Callaway | | | | |
| | | 136:25-137:5 | Callaway | | | | |
| | | | | | 139:2-16 | Acushnet | |
| | | 143:9-144:8 | Callaway | 106 | 144:9-14; 144:23-145:5; 145:23-146:7; 148:23-149:16 | Acushnet | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 151:8-12 | Callaway | 106 | 151:3-7; 151:13-20 | Acushnet | |
| | | 152:18-153:2 | Callaway | Form | | | |
| | | 154:11-25 | Callaway | 106 | 155:1-4 | Acushnet | |
| | | 159:6-160:17 | Callaway | | 158:7-24 | Acushnet | |
| | | 161:8-162:11 | Callaway | | | | |
| | | 162:19-163:6 | Callaway | | | | |
| | | 164:21-165:20 | Callaway | | | | |
| | | 165:24-166:5 | Callaway | 106 | 165:6-11 | Acushnet | |
| | | 166:12-167:6 | Callaway | 106 | | | |
| | | 173:12-17 | Callaway | 402; 403 | | | |
| | | 189:5-190:1 | Callaway | Form; F | 187:22-188:9 | Acushnet | |
| | | 190:21-191:6 | Callaway | | 190:14-20 | Acushnet | |
| | | 192:11-193:6 | Callaway | 402; 403; 106; Form; F; S | 193:13-17; 194:7-195:15 | Acushnet | |
| | | | 197:21-198:10 | | | | |
| | | 202:24-203:12 | Callaway | 106 | 202:6-23 | Acushnet | |
| | | 203:20-204:2 | Callaway | 106 | | | |
| | | 204:13-205:19 | Callaway | 106 | 205:20-206:9 | Acushnet | |
| | | 206:14-22 | Callaway | 106 | 206:23-207:5; 207:18-208:15 | Acushnet | |
| | | 209:21-210:20 | Callaway | 106; Form | 210:21-211:4 | Acushnet | |
| | | 211:5-17 | Callaway | 106 | 211:18-212:8 | Acushnet | |
| | | | 213:14-21; 214:23-215:10; 216:4-18 | | | | |
| | | 216:24-217:4 | Callaway | 402 | | | |
| | | 218:14-219:12 | Callaway | 106; 402; 403 | 219:13-17; 219:23-220:2; 220:17-22 | Acushnet | |
| | | 221:13-222:3 | Callaway | 802 | | | |
| | | 232:1-12 | Callaway | 106 | 231:5-25; 232:17-233:5 | Acushnet | |
| | | 233:14-18 | Callaway | 106 | 233:14-18 | Acushnet | |
| | | 234:12-19 | Callaway | Form | 235:14-236:21 | Acushnet | |
| | | | | 238:1-239:10 | | | |
| | | 240:8-18 | Callaway | 106 | 240:25-241:1 | Acushnet | |
| | | 241:2-13 | Callaway | 106 | | | |
| | | 249:2-6 | Callaway | 402; 403; 106 | 249:7-15 | Acushnet | |
| | | 249:16-24 | Callaway | 106 | 249:25-251:19 | Acushnet | |
| | | 251:20-252:8 | Callaway | 106 | | | |
| | | 252:12-18 | Callaway | | | | |
| | | 253:17-254:7 | Callaway | 106; Form; L | 254:88-256:2 | Acushnet | |
| | | 256:3-13 | Callaway | 106 | 256:14-257:6; 257:16-260:2 | Acushnet | |
| | | 260:23-262:8 | Callaway | Form | 262:24-263:19 | Acushnet | |
| | | 266:17-267:5 | Callaway | 402 | 266:4-16 | Acushnet | |
| | | 275:16-276:9 | Callaway | AC; 402; 403 | | | |
| | | 278:5-23 | Callaway | | 279:9-280:18 | Acushnet | |
| | | 281:21-282:19 | Callaway | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 288:14-289:2 | Callaway | | 289:3-20 | Acushnet | |
| | | 294:21-295:12 | Callaway | | 296:23-297:6 | Acushnet | |
| | | 301:14-302:6 | Callaway | 402 | | | |
| | | 304:4-305:3 | Callaway | | | | |
| | | 305:8-307:20 | Callaway | 106 | 307:21-25 | Acushnet | |
| | | 311:15-313:1 | Callaway | 106; 402; 403 | 310:7-311:14 | Acushnet | |
| | | 313:18-318:5 | Callaway | | | | |
| | | 318:19-319:19 | Callaway | F; S | | | |
| | | | | | 325:7-18; 325:23-326:17; 326:20-327:4 | Acushnet | |
| 04/05/07 | Snell, Dean | 15:21-16:15 | Callaway | 402; 403 | | | |
| | | 18:6-11 | Callaway | 402; 403; legal conclusion; F | | | |
| | | 22:23-23:4 | Callaway | | | | |
| | | 32:20-21 | Callaway | 402; 403; S | | | |
| | | 32:25-33:5 | Callaway | 402; 403; S | 33:10-34:4; 34:15-36:11 | Acushnet | |
| | | 36:12-37:6 | Callaway | 402; 403; F | | | |
| | | 100:12-14 | Callaway | 105; 403; F | | | |
| | | 100:25-101:11 | Callaway | 402; 403; F | | | |
| | | 101:15-20 | Callaway | 402; 403; calls for a legal conclusion; form; | | | |
| | | 101:24-102:5 | Callaway | 402; 403; calls for a legal conclusion; form | | | |
| | | 102:8 | Callaway | 402; 403; calls for a legal conclusion; form; asked and answered | | | |
| | | 112:1-4 | Callaway | 402; 403; | | | |
| | | 112:7-10 | Callaway | 402; 403; asked and answered | | | |
| | | 112:13-17 | Callaway | 402; 403; asked and answered | | | |
| | | 112:25-113:8 | Callaway | 402; 403; S | | | |
| 04/05/07 | Sullivan, Michael J. | 6:9-19 | Callaway | | | | |
| | | 10:19-12:3 | Callaway | | | | |
| | | 15:10-20:23 | Callaway | S; F; 402: 403 | | | |
| | | 21:17-22 | Callaway | 105; 402; 403 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
|  |  | 22:1-26:7 | Callaway |  |  |  |  |
|  |  | 26:8-28:19 | Callaway | 105; 402; 403; S; F |  |  |  |
|  |  | 30:4-32:2 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 32:3-33:18 | Callaway |  |  |  |  |
|  |  | 36:6-41:17 | Callaway | 105; 402; 403; S; F |  |  |  |
|  |  | 42:4-20 | Callaway | 402; 403 |  |  |  |
|  |  | 43:22-44:2 | Callaway |  |  |  |  |
|  |  | 45:22-47:4 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 48:6-51:14 | Callaway | 105; 402; 403; form |  |  |  |
|  |  | 52:1-52:11 | Callaway | 105; 402; 403 | 52:12-19 | Acushnet |  |
|  |  | 52:20-53:14 | Callaway | 105; 402; 403 | 53:15-18 | Acushnet |  |
|  |  | 63:21-65:22 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 66:4-66:7 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 102:8-125:24 | Callaway | 105; 402; 403; form: F; S; 701; 702 |  |  |  |
|  |  | 126:8-127:19 | Callaway | 105; 402; 403 |  | Acushnet |  |
|  |  | 130:10-17 | Callaway | 105; 402; 403 | 130:18-131:1 |  |  |
|  |  | 133:7-134:24 | Callaway | 105; 402; 403; calls for a legal conclusion |  |  |  |
|  |  | 136:4-140:15 | Callaway | 105; 402; 403; asked and answered; form; calls for a legal conclusion; F; 702 | 141:22-142:15; | Acushnet |  |
|  |  | 168:24-170:13 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 174:25-175:3 | Callaway | 105; 402; 403 | 173:24-174:24 | Acushnet |  |
|  |  | 175:22-176:17 | Callaway | 105; 402; 403 |  |  |  |
|  |  | 176:21-177:15 | Callaway | 105; 402; 403 |  |  |  |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | 178:4-179:6 | Callaway | 105; 402; 403 | | | |
| | | 242:15-248:18 | Callaway | 105; 402; 403; 1002 | | | |
| | | 249:20-252:21 | Callaway | 105; 402; 403 | | | |
| 03/23/07 | Wu, Shenshen | 6:10-15 | Callaway | | | | |
| | | 7:13-17 | Callaway | | | | |
| | | 10:25-11:15 | Callaway | 105; 402; 403 | | | |
| | | 18:15-19:9 | Callaway | 105; 402; 403; | 11:16-12:12; 19:10-21:23; 22:3-11; 23:13-24:8; | Acushnet | |
| | | 24:14-15 | Callaway | 105; 402; 403; vague | | | |
| | | 24:17-25:11 | Callaway | 105; 402; 403; vague | 25:20-24; 27:9-15 | Acushnet | |
| | | 27:22-28:19 | Callaway | 105; 402; 403 | | | |
| | | 29:11-30:18 | Callaway | 105; 402; 403 | | | |
| 08/29/07 | Young, William J. | 6:12-14 | Callaway | | | | |
| | | 6:20-7:13 | Callaway | | | | |
| | | 9:1-8 | Callaway | | | | |
| | | 9:19-21 | Callaway | | | | |
| | | 10:2-15 | Callaway | | | | |
| | | 11:11-19 | Callaway | | | | |
| | | 11:23–12:11 | Callaway | | 12:12-15 | Acushnet | |
| | | 12:16-18 | Callaway | | | | |
| | | 13:12–14:6 | Callaway | | | | |
| | | 15:21–16:1 | Callaway | | | | |
| | | 16:6–17:23 | Callaway | | | | |
| | | 18:1-18 | Callaway | | | | |
| | | 19:3–21:8 | Callaway | | | | |
| | | 21:19–25 | Callaway | | | | |
| | | 22:4-14 | Callaway | 106; F | 22:1-4 | Acushnet | |
| | | 22:24–23:4 | Callaway | | | | |
| | | 23:9-11 | Callaway | 106 | 23:8 | Acushnet | |
| | | 23:15–24:6 | Callaway | Vague | | | |
| | | 25:6–27:14 | Callaway | Form | | | |
| | | 27:16–28:18 | Callaway | Vague; 106 | 28:19-20 | Acushnet | |
| | | 28:21–29:3 | Callaway | 106 | 29:4-7; 29:25-30:13; 30:16-24 | Acushnet | |
| | | 30:25–31:5 | Callaway | S; F | | | |
| | | 31:8-9 | Callaway | | | | |
| | | 31:14–33:1 | Callaway | | | | |
| | | 33:18-20 | Callaway | | | | |
| | | 33:22–34:5 | Callaway | F | 34:13-25 | Acushnet | |
| | | 35:15–36:3 | Callaway | F | | | |
| | | 37:19–38:10 | Callaway | 106; F | 37:11-18 | Acushnet | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|---|---|---|---|---|---|---|---|
| | | 38:16–39:15 | Callaway | 802; F | | | |
| | | 39:17-19 | Callaway | 106; 802; F | 39:20-40:1 | Acushnet | |
| | | 40:2-13 | Callaway | 802; F | | | |
| | | 43:7–44:22 | Callaway | F; 701 | | | |
| | | 45:13–46:2 | Callaway | F | | | |
| | | 49:25–51:5 | Callaway | F | | | |
| | | 52:2-10 | Callaway | F | 51:17-52:1 | Acushnet | |
| | | 52:24–53:10 | Callaway | | 53:11-17; 53:20-54:2 | Acushnet | |
| | | 54:3–55:11 | Callaway | F; 701; 802 | | | |
| | | 55:13-18 | Callaway | F; 701; 802 | | | |
| | | 55:20–56:3 | Callaway | F; 701; 802 | 56:4-11; 57:20-25; 58:2-7 | Acushnet | |
| | | 59:5–50:1 | Callaway | F; 701; 802 | | | |
| | | 63:14–64:23 | Callaway | F | 60:24-61:24 | Acushnet | |
| | | 66:20-25 | Callaway | | | | |
| | | 67:23–69:15 | Callaway | 402; 403; F; 802 | | | |
| | | 69:21–71:2 | Callaway | 402; 403; F | | | |
| | | 71:8-19 | Callaway | 402; 403; F | 71:20-22; 72:2-73:20; 73:22-74:7; 74:11-19 | Acushnet | |
| | | 75:20-22 | Callaway | | | | |
| | | 76:2–77:21 | Callaway | 1006; F; 402; 403; 802 | | | |
| | | 77:23–78:2 | Callaway | | | | |
| | | 78:24–79:6 | Callaway | F; 402; 403 | | | |
| | | 79:25–80:13 | Callaway | F; 402; 403 | | | |
| | | 81:16–82:16 | Callaway | F; 402; 403 | | | |
| | | 82:19-21 | Callaway | F; 402; 403 | | | |
| | | 83:20–84:21 | Callaway | F; 402; 403 | | | |
| | | 85:16–86:12 | Callaway | F; 402; 403 | | | |
| | | 86:14–87:4 | Callaway | F; 402; 403 | | | |
| | | 87:7–90:12 | Callaway | F; 402; 403; 802 | | | |
| | | 92:10-15 | Callaway | F; 402; 403 | 90:22-92:9; 92:16-93:5 | Acushnet | |
| | | 93:6-11 | Callaway | F; 402; 403 | | | |
| | | 96:16–98:1 | Callaway | F; 402; 403 | | | |
| | | 98:10–99:15 | Callaway | F; 402; 403; 701 | 100:18-101:2 | Acushnet | |
| | | 101:15–102:17 | Callaway | F; 402; 403; 802 | | | |
| | | 104:17-25 | Callaway | F; vague | | | |
| | | 105:4-8 | Callaway | F; vague | | | |
| | | 110:2-12 | Callaway | F; 402; 403; 802; vague | 110:13-111:6 | Acushnet | |
| | | 111:7–112:1 | Callaway | F; 402; 403; 802; vague | | | |
| | | 113:11-21 | Callaway | F; 402; 403; | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| | | | | 701; vague | | | |
| | | 113:23-114:14 | Callaway | F; 402; 403; 701; vague | | | |
| | | 114:16-115:16 | Callaway | F; 402; 403; 701; vague; 1006 | 115:17-116:23 | Acushnet | |
| | | 119:18-120:2 | Callaway | F; S; 802; 701; 402; 403 | | | |
| | | 120:4-121:5 | Callaway | F; S; 802; 701; 402; 403 | | | |
| | | 127:1-2 | Callaway | F | | | |
| | | 127:4-15 | Callaway | F; 802; 402; 403 | | | |
| | | 129:11-130:9 | Callaway | F; 802; 402; 403 | | | |
| | | 130:12-16 | Callaway | F; 802; 402; 403; asked and answered | | | |
| | | 131:3-133:3 | Callaway | F; 1006; 802; 402; 403 | | | |
| | | 134:4-25 | Callaway | F; 802; 402; 403 | 135:2-13 | Acushnet | |
| | | 135:14-18 | Callaway | F; 402; 403 | | | |
| | | 135:25–138:4 | Callaway | F; 802; 402; 403 | | | |
| | | 138:15-17 | Callaway | F; 402; 403 | | | |
| | | 138:20–139:10 | Callaway | 106; F; S; 402; 403; 802 | 139:11-14 | Acushnet | |
| | | 139:15-22 | Callaway | F; 402; 403; S; 802 | | | |
| | | 139:25–143:2 | Callaway | F; 402; 403; S; 802 | 143:3-144:3 | Acushnet | |
| | | 144:4-9 | Callaway | 106; 1006; | 144:10-145:14 | Acushnet | |
| | | 145:15–146:13 | Callaway | F; S; 802; vague; 402; 403 | | | |
| | | 146:15-22 | Callaway | Vague; F; asked and answered; 402; 403 | | | |
| | | 146:25–147:1 | Callaway | Vague; F; asked and answered | 147:2-17; 147:21-22 | Acushnet | |
| | | 148:10-24 | Callaway | F; 402; 403; 802 | | | |
| | | 149:2–150:3 | Callaway | F; 402; 403; 802 | | | |
| | | 150:6–152:5 | Callaway | 802; 402; 403; F; vague; S | | | |
| | | 152:7–154:6 | Callaway | 802; 402; 403; | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECTION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
|  |  |  |  | F; vague; S |  |  |  |
|  |  | 159:12–160:7 | Callaway | 802; 402; 403; F |  |  |  |
|  |  | 160:11-23 | Callaway | 802; 402; 403; F |  |  |  |
|  |  | 162:18-19 | Callaway | 402; 403; F |  |  |  |
|  |  | 162:21-25 | Callaway | 402; 403; F |  |  |  |
|  |  | 164:1–165:19 | Callaway | 1006; 802 |  |  |  |
|  |  | 166:1-10 | Callaway | 802; vague; 701; 402; 403 |  |  |  |
|  |  | 166:14 | Callaway | 802; vague; 701; 402; 403 |  |  |  |
|  |  | 168:2–169:24 | Callaway | 802; 402; 403; F |  |  |  |
|  |  | 170:1-8 | Callaway | F; 1006 |  |  |  |
|  |  | 170:15–172:20 | Callaway | F; 802; 402; 403 | 172:21-173:11; 173:16-22; 173:25-174:7 | Acushnet |  |
|  |  | 176:11-21 | Callaway | F; 802; 402; 403 |  |  |  |
|  |  | 176:23–177:20 | Callaway | F; 802; 402; 403; 701; S |  |  |  |
|  |  | 177:23–178:12 | Callaway | F; 402; 403; 701; S |  |  |  |
|  |  | 178:21–179:16 | Callaway | F; 402; 403; 802; 1006; vague; form |  |  |  |
|  |  | 179:19–180:11 | Callaway | F; 402; 403; 802; vague; form | 180:20-181:2 | Acushnet |  |
|  |  | 181:3-19 | Callaway | F; 402; 403; 802; vague |  |  |  |
|  |  | 181:23–182:1 | Callaway | F; 402; 403; 802; vague | 182:8; 182:10-22 | Acushnet |  |
|  |  | 182:23–183:9 | Callaway | 1006; 106; 402; 403; 802 |  |  |  |
|  |  | 184:12-18 | Callaway | 106; 802; 1006; F | 184:11 | Acushnet |  |
|  |  | 192:18-24 | Callaway |  |  |  |  |
|  |  | 194:12-23 | Callaway |  |  |  |  |
|  |  | 195:2–196:14 | Callaway |  |  |  |  |
|  |  | 204:23–205:7 | Callaway | 402; 403; S; F |  |  |  |
|  |  | 205:11–206:5 | Callaway | 402; 403; S; F |  |  |  |
|  |  |  | Callaway |  |  |  |  |

# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | |
| Plaintiff, | |
| v. | C. A. No. 06-91 (SLR) |
| ACUSHNET COMPANY, | |
| Defendant. | |

## EXHIBIT 9

## ACUSHNET COMPANY'S LIST OF POTENTIAL TRIAL WITNESSES

Defendant Acushnet Company ("Acushnet") intends to call or may call the following witnesses at trial. Acushnet identifies for each witness whether it intends to call the witness live or by deposition. Acushnet reserves the right to call anyone appearing on Callaway's witness list, and reserves the right to amend its answering/rebuttal witness list in view of events at trial or other developments, including claim construction rulings, evidentiary rulings, or other rulings by the Court. Acushnet also reserves the right not to call any of the witnesses (either live or by deposition) set forth in the list below, or to call by deposition any witnesses listed as a live witness below.

| WITNESS | LIVE/ DEPO |
|---|---|
| Arturi, Peter | Live/Depo |
| Bellis, Jerry | Live |
| Catania, Michael | Depo |
| Cormier, Marlo | Depo |
| Dalton, Jeffrey | Live |
| Fienberg, Stephen | Live |
| Galipeau, James | Live/Depo |
| Hebert, Ed | Live |
| Kennedy, Thomas | Depo |
| Kerr, William | Live |
| Lester, Troy | Live |
| Love, Davis | Live |
| MacKnight, William | Live |
| McCracken, Steve | Live/Depo |
| Morgan, William | Live |

| Nauman, Joseph | Live |
|---|---|
| Nesbitt, Dennis | Depo |
| Ogg, Steve | Depo |
| Proudfit, James | Depo |
| Puckett, Troy | Live |
| Rider, Michael | Live |
| Statz, Robert | Live |
| Sullivan, Michael | Live |
| White, Scott | Depo |
| Wu, ShenShen | Depo |
| Yagley, Michael | Depo |

Acushnet objects to the testimony of the following witnesses identified by Callaway:

- Phil Mickelson.  Mr. Mickelson was never disclosed as a potential witness in any Rule 26 disclosures during discovery, or in any interrogatory responses during discovery.  Callaway identified Mr. Mickelson as a potential witness for the first time on October 1, 2007, in its disclosure of rebuttal witnesses.  Acushnet has been prejudiced by this late disclosure because it did not have the opportunity to depose Mr. Mickelson during discovery, nor to depose other Callaway employees regarding any testimony Mr. Mickelson might offer.  In addition, Mr. Mickelson can provide only anecdotal "praise" evidence that does not evaluate the accused products against the closest prior art.  Moreover, it appears that Callaway intends to offer Mr. Mickelson to provide expert testimony in the guise of a fact witness, where no expert report was served.  For those reasons, Mr. Mickelson's testimony should be excluded from trial.

- Greg Norman.  Callaway identified Mr. Norman has having relevant information for the first time on the last day of discovery.  Moreover, Callaway has represented that the only day Mr. Norman is available for deposition is November 26, 2007, one week before trial begins.  Callaway has provided no proffer as to what Mr. Norman intends to testify about at trial, except for the following vague description in its supplemental interrogatory responses: "Golf ball performance, acceptance and praise for the patented technology, and secondary considerations of non-obviousness."  Since Acushnet has not been informed as to the specific subject matter of Mr. Norman's testimony, and has had no reasonable opportunity to depose Mr. Norman sufficiently in advance of trial, Acushnet has been prejudiced in its ability to predict and react to Mr. Norman's testimony.  In addition, Mr. Norman can provide only anecdotal "praise" evidence that does not evaluate the accused products against the closest prior art, which is therefore irrelevant.  Moreover, it appears that Callaway intends to offer Mr. Norman to provide expert testimony in the guise of a fact witness, where no expert report was served.  For all of the foregoing reasons, Mr. Norman's testimony should be excluded from trial.

Acushnet notes that some depositions have not yet taken place as of the filing of this pretrial order, including those of Mr. Mickelson and Mr. Norman.  Acushnet reserves the right to designate the depositions of any such witnesses whose depositions have yet to occur.

# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

               Plaintiff,

    v.

ACUSHNET COMPANY,

               Defendant.

C. A. No. 06-91 (SLR)

**EXHIBIT 10**

**ACUSHNET'S DEPOSITION DESIGNATIONS AND CALLAWAY'S
OBJECTIONS AND COUNTERDESIGNATIONS TO SAME**

Defendant Acushnet Company ("Acushnet") hereby submits the attached designations of deposition testimony that it may seek to introduce into evidence at trial.

Acushnet reserves the right to use the deposition testimony listed by plaintiff Callaway Golf Company ("Callaway"). Acushnet further reserves the right to supplement its deposition designations with testimony given pursuant to depositions taken after the date of this submission. Acushnet further reserves the right (as agreed by Callaway) to supplement its deposition designations in light of further discovery provided to Acushnet.

Acushnet also reserves the right to enlarge or portray graphically any deposition testimony that has been designated or is otherwise admissible.

This list does not include all testimony that Acushnet may use at trial for the purposes of impeachment. Acushnet reserves the right to use at trial any testimony (whether listed or not) for the purposes of impeachment, in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 26 advisory committee's note ("By its terms, rule 26(a)(3) does not require disclosure of evidence to be used solely for impeachment purposes . . ."

Acushnet notes that some depositions have not yet taken place as of the filing of this pretrial order, including those of Mr. Mickelson and Mr. Norman.  Acushnet reserves the right to designate the depositions of any such witnesses whose depositions have yet to occur.

Acushnet also notes that the depositions of Messrs. Proudfit and Galipeau took place recently, and Acushnet only recently provided designations of those transcripts to Callaway.  The parties have agreed that Callaway can provide objections and counter-designations to those depositions at a mutually-agreeable later time.

The parties have agreed to exchange objections to counter designations at a mutually-agreeable later time.

Finally, because questions may remain regarding the scope of the evidence at trial, Acushnet has designated certain testimony, the relevance of which it does necessarily admit. The fact that testimony is listed on Acushnet's designation list is not an admission that the testimony is relevant or otherwise admissible.

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| 3/15/07 | Peter A. Arturi | 8:20-25 | Acushnet | | 13:9-11 | Callaway | |
| | | 9:1-25 | Acushnet | | 31:16-17 | Callaway | |
| | | 10:1-25 | Acushnet | | 32:5-12 | Callaway | |
| | | 11:1-25 | Acushnet | | 39:22-41:7 | Callaway | |
| | | 12:1-25 | Acushnet | | 46:1-3 | Callaway | |
| | | 13:1-8 | Acushnet | | 47:19-21 | Callaway | |
| | | 13:12-22 | Acushnet | | 49:5-49:8 | Callaway | |
| | | 15:11-25 | Acushnet | | 51:24-52:2 | Callaway | |
| | | 17:4-14 | Acushnet | | 52:15-52:20 | Callaway | |
| | | 17:23-25 | Acushnet | | 58:20-21 | Callaway | |
| | | 18:1 | Acushnet | | 66:11-21 | Callaway | |
| | | 18:11-25 | Acushnet | 402/403 | 83:3-11 | Callaway | |
| | | 19:1-9 | Acushnet | 402/403 | 84:7-16 | Callaway | |
| | | 22:21-25 | Acushnet | 402/403 | 86:10-20 | Callaway | |
| | | 24:19-25 | Acushnet | 402/403 | 92:8-12 | Callaway | |
| | | 25:1-15 | Acushnet | 402/403 | 93:4-7 | Callaway | |
| | | 25:19-25 | Acushnet | 402/403 | 93:11-12 | Callaway | |
| | | 26:1-5 | Acushnet | 402/403 | 94:15-21 | Callaway | |
| | | 28:4-25 | Acushnet | 402/403, 408 | 98:8-99:5 | Callaway | |
| | | 29:1-8 | Acushnet | 402/403, 408 | 105:1-3 | Callaway | |
| | | 31:1-15 | Acushnet | 402/403, 408, | 112:6-113:14 | Callaway | |

2

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| | | | | 802 | | | |
| 3/15/07 | Arturi (Cont) | 31:18-25 | Acushnet | 402/403, 408, 802 | 120:22-25 | Callaway | |
| | | 32:1-4 | Acushnet | 402/403, 408, 802 | 121:11-17 | Callaway | |
| | | 32:13-22 | Acushnet | 402/403, 408, 802 | 124:4-5 | Callaway | |
| | | 32:25 | Acushnet | 402/403, 408, 802 | 126:9-127:14 | Callaway | |
| | | 33:1-25 | Acushnet | 402/403, 408, 802 | 134:15-20 | Callaway | |
| | | 34:1-25 | Acushnet | 402/403, 408, 802 | 135:11-136:3 | Callaway | |
| | | 35:1-19 | Acushnet | 402/403, 408, 802 | 137:12-138:5 | Callaway | |
| | | 36:6-25 | Acushnet | 402/403, 408, 802 | 141:12-17 | Callaway | |
| | | 37:1-25 | Acushnet | 402/403, 408, 802 | 144:17-19 | Callaway | |
| | | 38:1-2 | Acushnet | 402/403, 408, 802 | 147:6-148:3 | Callaway | |
| | | 38:10-25 | Acushnet | 402/403, 408, 802 | 160:18-161:16 | Callaway | |
| | | 39:1-21 | Acushnet | 402/403, 408, 802 | 176:9-179:18 | Callaway | |
| | | 43:7-10 | Acushnet | 402/403, 408, 802 | 183:23-184:5 | Callaway | |
| | | 45:2-20 | Acushnet | | 184:13-184:17 | Callaway | |
| | | 46:4-14 | Acushnet | 402/403 | 192:12-24 | Callaway | |
| | | 46:17-25 | Acushnet | Designates objection | 199:13-19 | Callaway | |
| | | 47:8-18 | Acushnet | | 203:12-21 | Callaway | |
| | | 48:13-16 | Acushnet | | 204:6-205:13 | Callaway | |
| | | 48:22-25 | Acushnet | | 205:21-25 | Callaway | |
| | | 49:1-4 | Acushnet | 402/403 | | | |
| | | 50:2-16 | Acushnet | 402/403, 408, 802 | | | |
| | | 50:19-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 51:1 | Acushnet | 402/403, 408, 802 | | | |
| | | 51:9-13 | Acushnet | 402/403, 408, 802 | | | |
| | | 51:18-23 | Acushnet | 402/403, 408, 802 | | | |
| | | 56:9-11 | Acushnet | 402/403, 408, 802 | | | |
| | | 56:17-25 | Acushnet | 402/403, 408, 802 | | | |

3

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 3/15/07 | Arturi (cont) | 57:1-3 | Acushnet | 402/403, 408, 802 | | | |
| | | 57:9-23 | Acushnet | 402/403, 408, 802, 106 | | | |
| | | 58:22-24 | Acushnet | 402/403, 408, 802 | | | |
| | | 59:2-21 | Acushnet | 402/403, 408, 802 | | | |
| | | 60:5-16 | Acushnet | 402/403, 408, 802 | | | |
| | | 60:24-25 | Acushnet | 402/403 | | | |
| | | 61:1-9 | Acushnet | 402/403, 408, 802 | | | |
| | | 61:13-16 | Acushnet | 402/403, 408 | | | |
| | | 61:19 | Acushnet | 402/403 | | | |
| | | 61:22-25 | Acushnet | 402/403 | | | |
| | | 62:1-8 | Acushnet | 402/403 | | | |
| | | 62:11-25 | Acushnet | 402/403 | | | |
| | | 63:17-23 | Acushnet | 402/403 | | | |
| | | 64:19-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 65:1-14 | Acushnet | 402/403, 408, 802 | | | |
| | | 73:16-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 74:1-5 | Acushnet | 402/403, 408, 802 | | | |
| | | 76:26 | Acushnet | 402/403, 408, 802; 106 (Should be 76:25) | | | |
| | | 77:1-12 | Acushnet | 402/403, 408, 802 | | | |
| | | 78::7-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 79:1-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 80:5-8 | Acushnet | 402/403, 408, 802 | | | |
| | | 80:24-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 81:1-17 | Acushnet | 402/403, 408, 802 | | | |
| | | 83:12-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 84:1-6 | Acushnet | 402/403, 408, 802 | | | |
| | | 84:17-25 | Acushnet | 402/403 | | | |
| | | 85:1-13 | Acushnet | 402/403, 408, 802 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| 3/15/07 | Arturi (cont) | 86:1-9 | Acushnet | 402/403, 408, 802 | | | |
| | | 87:2-6 | Acushnet | 402/403, 408, 802 | | | |
| | | 87:11-14 | Acushnet | 402/403, 408, 802 | | | |
| | | 89:8-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 90:1 | Acushnet | 402/403, 408, 802 | | | |
| | | 90:13-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 91:1-11 | Acushnet | 402/403, 408, 802 | | | |
| | | 91:24-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 92:1-7 | Acushnet | 402/403, 408, 802 | | | |
| | | 92:18-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 93:1-3 | Acushnet | 402/403, 408, 802 | | | |
| | | 93:13-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 94:1-14 | Acushnet | 402/403, 408, 802 | | | |
| | | 95:16-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 96:1-8 | Acushnet | 402/403, 408, 802 | | | |
| | | 96:14-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 97:1-4 | Acushnet | 402/403, 408, 802 | | | |
| | | 100:6-15 | Acushnet | 402/403, 408 | | | |
| | | 100:20-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 101:1-3 | Acushnet | 402/403, 408, 802 | | | |
| | | 101:10-22 | Acushnet | 402/403, 408, 802 | | | |
| | | 102:12-15 | Acushnet | 402/403, 408, 802 | | | |
| | | 102:20-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 103:1 | Acushnet | 402/403, 408, 802 | | | |
| | | 103:6-25 | Acushnet | 402/403, 408, 802 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| 3/15/07 | Arturi (cont) | 104:1-15 | Acushnet | 402/403, 408, 802 | | | |
| | | 104:19-22 | Acushnet | 402/403, 408, 802 | | | |
| | | 104:25 | Acushnet | 402/403, 408, 802 | | | |
| | | 105:4-22 | Acushnet | 402/403, 408, 802 | | | |
| | | 106:2-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 107:1-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 108:1-7 | Acushnet | 402/403, 408, 802 | | | |
| | | 108:22-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 109:1-18 | Acushnet | 402/403, 408, 802 | | | |
| | | 110:3-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 111:1-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 112:1-5 | Acushnet | 402/403, 408, 802 | | | |
| | | 113:15-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 114:1-12 | Acushnet | 402/403, 408, 802 | | | |
| | | 114:15-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 115:19-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 116:1-3 | Acushnet | 402/403, 408, 802 | | | |
| | | 116:6-10 | Acushnet | 402/403, 408, 802 | | | |
| | | 116:13-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 117:1-13 | Acushnet | 402/403, 408, 802 | | | |
| | | 117:16-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 118:1-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 119:1-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 120:1-17 | Acushnet | 402/403, 408, 802 | | | |
| | | 121:1-10 | Acushnet | 402/403, 408, | | | |

6

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | 802 | | | |
| 3/15/07 | Arturi (cont) | 121:18-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 122:1-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 123:1-19 | Acushnet | 402/403, 408, 802 | | | |
| | | 123:24-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 124:1-3 | Acushnet | 402/403, 408, 802 | | | |
| | | 124:6-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 125:1-6 | Acushnet | 402/403, 408, 802 | | | |
| | | 125:14-18 | Acushnet | 402/403, 408, 802 | | | |
| | | 125:21-24 | Acushnet | 402/403, 408, 802 | | | |
| | | 126:3-8 | Acushnet | 402/403, 408, 802 | | | |
| | | 127:15-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 128:1-2 | Acushnet | 402/403, 408, 802 | | | |
| | | 128:10-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 129:1-9 | Acushnet | 402/403, 408, 802 | | | |
| | | 129:13-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 130:1-4 | Acushnet | 402/403, 408, 802 | | | |
| | | 131:13-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 135:1-4 | Acushnet | 402/403, 408, 802, 106 (Should be 135:1-5) | | | |
| | | 135:8-10 | Acushnet | 402/403, 408, 802 | | | |
| | | 137:3-6 | Acushnet | 402/403, 408, 802 | | | |
| | | 140:6-16 | Acushnet | 402/403, 408, 802 | | | |
| | | 140:20-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 141:1-11 | Acushnet | 402/403, 408, 802 | | | |
| | | 143:7-21 | Acushnet | 402/403, 408, | | | |

7

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | 802 | | | |
| 3/15/07 | Arturi (cont) | 144:9-16 | Acushnet | 402/403, 408, 802 | | | |
| | | 144:20-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 145:1-13 | Acushnet | 402/403, 408, 802 | | | |
| | | 145:16-25 | Acushnet | 402/403, 802 | | | |
| | | 146:1-25 | Acushnet | 402/403, 802, MIL | | | |
| | | 147:1-5 | Acushnet | 402/403, 802, MIL | | | |
| | | 148:20-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 149:1-2 | Acushnet | 402/403, 408, 802 | | | |
| | | 149:5-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 150:1-8 | Acushnet | 402/403, 408, 802 | | | |
| | | 152:14-20 | Acushnet | 402/403 | | | |
| | | 153:2 | Acushnet | 402/403 | | | |
| | | 154:11-23 | Acushnet | | | | |
| | | 158:19-25 | Acushnet | | | | |
| | | 159:1-12 | Acushnet | | | | |
| | | 159:17-25 | Acushnet | | | | |
| | | 160:5-17 | Acushnet | | | | |
| | | 161:17-25 | Acushnet | 402/403, 602 | | | |
| | | 162:1-11 | Acushnet | 402/403, 602 | | | |
| | | 162:16-25 | Acushnet | 402/403, 602 | | | |
| | | 163:1 | Acushnet | 402/403, 602 | | | |
| | | 163:17-24 | Acushnet | 402/403, 602 | | | |
| | | 165:23-25 | Acushnet | 402/403, 602 | | | |
| | | 166:1 | Acushnet | 402/403, 602 | | | |
| | | 173:2-12 | Acushnet | 602 | | | |
| | | 173:17-25 | Acushnet | 402/403, 802 | | | |
| | | 174:1-25 | Acushnet | 402/403, 802 | | | |
| | | 175:1-5 | Acushnet | 402/403, 802 | | | |
| | | 175:8-16 | Acushnet | 402/403, 802 | | | |
| | | 175:19-25 | Acushnet | 402/403, 802 | | | |
| | | 176:1-8 | Acushnet | 402/403, 802 | | | |
| | | 179:19-25 | Acushnet | 402/403, 602 | | | |
| | | 180:1-13 | Acushnet | 402/403, 802, 602 | | | |
| | | 181:2-14 | Acushnet | 402/403, 408, 802 | | | |
| | | 181:19-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 183:11-13 | Acushnet | 402/403, 802 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| | | 183:17-22 | Acushnet | 402/403, 802 | | | |
| 3/15/07 | Arturi (cont) | 184:22-25 | Acushnet | 402/403, 408, 802 | | | |
| | | 185:1-8 | Acushnet | 402/403, 408, 802 | | | |
| | | 187:22-25 | Acushnet | 402/403 | | | |
| | | 188:1-3 | Acushnet | 402/403 | | | |
| | | 189:25 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 190:1-16 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 190:19-22 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 191:20-25 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 192:1-9 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 193:22-25 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 194:1-5 | Acushnet | 402/403, 408, 802, 602 | | | |
| | | 199:7-13 | Acushnet | 402/403, 701 | | | |
| | | 200:4-15 | Acushnet | 402/403, 408 | | | |
| | | 200:18-19 | Acushnet | 402/403, 408 | | | |
| | | 201:22-25 | Acushnet | 402/403, 408 | | | |
| | | 202:1-22 | Acushnet | 402/403, 408 | | | |
| | | 206:13-21 | Acushnet | 402/403, 602, 701 | | | |
| | | 206:24-25 | Acushnet | 402/403, 602, 701 | | | |
| | | 207:1-9 | Acushnet | 402/403, 602, 701 | | | |
| **4-5-07** | **Dean Snell** | 12:21-25 | Acushnet | | 34:5-13 | Callaway | |
| | | 13:1-20 | Acushnet | | 50:12-17 | Callaway | |
| | | 13:18-24 | Acushnet | | 74:19-75:6 | Callaway | |
| | | 14:19-25 | Acushnet | | 78:23-81:4 | Callaway | |
| | | 15:1 | Acushnet | | 83:21-84:8 | Callaway | |
| | | 15:21-25 | Acushnet | | 86:25-87:12 | Callaway | |
| | | 16:1-6 | Acushnet | | 91:9-25 | Callaway | |
| | | 22:23-25 | Acushnet | | 101:19-102:8 | Callaway | |
| | | 23:1-4 | Acushnet | | | | |
| | | 30:10-12 | Acushnet | | | | |
| | | 30:14-20 | Acushnet | | | | |
| | | 32:14-16 | Acushnet | | | | |
| | | 33:2-5 | Acushnet | | | | |
| | | 33:10-25 | Acushnet | | | | |
| | | 34:1-4 | Acushnet | | | | |
| | | 34:15-25 | Acushnet | | | | |

9

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-5-07 | Snell (cont) | 35:1-25 | Acushnet | | | | |
| | | 36:1-11 | Acushnet | | | | |
| | | 37:11-18 | Acushnet | | | | |
| | | 40:16-25 | Acushnet | 402 | | | |
| | | 41:1-9 | Acushnet | 402 | | | |
| | | 47:13-18 | Acushnet | | | | |
| | | 49:5-25 | Acushnet | | | | |
| | | 50:1-11 | Acushnet | | | | |
| | | 51:18-24 | Acushnet | | | | |
| | | 60:6-12 | Acushnet | | | | |
| | | 60:19-25 | Acushnet | | | | |
| | | 61:1-16 | Acushnet | | | | |
| | | 66:6-9 | Acushnet | | | | |
| | | 73:19-25 | Acushnet | | | | |
| | | 74:1-2 | Acushnet | | | | |
| | | 76:18-25 | Acushnet | | | | |
| | | 77:1-21 | Acushnet | | | | |
| | | 81:10-25 | Acushnet | | | | |
| | | 82:1-7 | Acushnet | | | | |
| | | 82:9-25 | Acushnet | | | | |
| | | 86:15-24 | Acushnet | | | | |
| | | 90:13-20 | Acushnet | | | | |
| | | 90:23 | Acushnet | | | | |
| | | 100:12-14 | Acushnet | | | | |
| | | 101:5-11 | Acushnet | | | | |
| | | 101:15-17 | Acushnet | | | | |
| | | 104:18-22 | Acushnet | | | | |
| | | 105:5-25 | Acushnet | | | | |
| | | 113:23-25 | Acushnet | | | | |
| | | 114:1-11 | Acushnet | | | | |
| | | | | | | | |
| 4-10-07 | Stephen C. McCracken | 7:1-24 | Acushnet | | 27:6-27:14 | Callaway | |
| | | 8:1-24 | Acushnet | | 29:1-31:8 | Callaway | |
| | | 9:1-24 | Acushnet | | 33:4-12 | Callaway | |
| | | 10:1-24 | Acushnet | | 40:12-41:21 | Callaway | |
| | | 11:1-16 | Acushnet | | 52:18-53:8 | Callaway | |
| | | 13:4-14 | Acushnet | | 65:16-67:5 | Callaway | |
| | | 14:19-24 | Acushnet | | 84:6-23 | Callaway | |
| | | 15:1-4 | Acushnet | | 85:14-21 | Callaway | |
| | | 18:16-24 | Acushnet | | 94:15-18 | Callaway | |
| | | 19:1-5 | Acushnet | | 102:15-106:13 | Callaway | |
| | | 23:1-20 | Acushnet | | 109:18-112:24 | Callaway | |
| | | 24:19-21 | Acushnet | | 143:2-12 | Callaway | |
| | | 25:1-19 | Acushnet | | 144:8-145:6 | Callaway | |
| | | 26:2-10 | Acushnet | | 196:10-196:19 | Callaway | |
| | | 27:15-24 | Acushnet | | 205:1-3 | Callaway | |
| | | 28:1-16 | Acushnet | | 216:13-217:6 | Callaway | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-10-07 | McCracken (cont) | 28:20-24 | Acushnet | | | | |
| | | 31:10-19 | Acushnet | | | | |
| | | 32:13-24 | Acushnet | 402, 403 | | | |
| | | 33:1-2 | Acushnet | 402, 403 | | | |
| | | 33:14-24 | Acushnet | | | | |
| | | 34:1-19 | Acushnet | | | | |
| | | 36:9-24 | Acushnet | | | | |
| | | 37:1-24 | Acushnet | | | | |
| | | 38:1-2 | Acushnet | | | | |
| | | 38:15-24 | Acushnet | | | | |
| | | 39:1-2 | Acushnet | | | | |
| | | 39:6-24 | Acushnet | | | | |
| | | 40:1-11 | Acushnet | 402, 403 | | | |
| | | 41:22-24 | Acushnet | | | | |
| | | 42:1-24 | Acushnet | | | | |
| | | 43:1-11 | Acushnet | | | | |
| | | 43:16-24 | Acushnet | | | | |
| | | 44:1-24 | Acushnet | 408 | | | |
| | | 45:1-24 | Acushnet | 408, 802 | | | |
| | | 46:1-24 | Acushnet | | | | |
| | | 47:1-18 | Acushnet | | | | |
| | | 48:3-24 | Acushnet | 402, 802 | | | |
| | | 49:1-24 | Acushnet | 402, 802, 1002 | | | |
| | | 50:1-24 | Acushnet | 402, 802, 1002 | | | |
| | | 51:1-3 | Acushnet | 402, 802, 1002 | | | |
| | | 52:9-17 | Acushnet | 402, 403, 802, 1002 | | | |
| | | 53:23-24 | Acushnet | | | | |
| | | 54:1-10 | Acushnet | 402, 403 | | | |
| | | 54:16-24 | Acushnet | | | | |
| | | 55:1-24 | Acushnet | 802 | | | |
| | | 56:1-24 | Acushnet | 802 | | | |
| | | 57:1-24 | Acushnet | | | | |
| | | 58:1-5 | Acushnet | | | | |
| | | 58:20-24 | Acushnet | 802 | | | |
| | | 59:1-24 | Acushnet | 402, 403, 802 | | | |
| | | 60:1-24 | Acushnet | 402, 403, 602, 802 | | | |
| | | 61:1-9 | Acushnet | 106 (add 6:10), 402, 403, 802 | | | |
| | | 61:16-21 | Acushnet | 602, 802 | | | |
| | | 61:24 | Acushnet | 602, 802 | | | |
| | | 62:1-6 | Acushnet | 602, 802 | | | |
| | | 62:13-24 | Acushnet | | | | |
| | | 63:1-4 | Acushnet | 602 | | | |
| | | 63:7-24 | Acushnet | 602, 802 | | | |
| | | 64:1-9 | Acushnet | 402, 602 | | | |
| | | 71:18-22 | Acushnet | | | | |

11

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-10-07 | McCracken (cont) | 72:14-24 | Acushnet | 408 | | | |
| | | 73:1-24 | Acushnet | 403, 408 | | | |
| | | 74:1-24 | Acushnet | 408 | | | |
| | | 75:1-24 | Acushnet | 408 | | | |
| | | 76:1-3 | Acushnet | 408, 802 | | | |
| | | 77:12-24 | Acushnet | 403, 408 | | | |
| | | 78:1-10 | Acushnet | 408 | | | |
| | | 78:12-24 | Acushnet | 408 | | | |
| | | 79:1-24 | Acushnet | 408, 802 | | | |
| | | 80:1-23 | Acushnet | 402, 403, 408, 802 | | | |
| | | 81:7-24 | Acushnet | 402, 403, 408, 802 | | | |
| | | 82:1-2 | Acushnet | 408 | | | |
| | | 82:14-24 | Acushnet | 402, 403, 408 | | | |
| | | 83:1-24 | Acushnet | 402, 403, 408 | | | |
| | | 84:1-5 | Acushnet | 408 | | | |
| | | 84:24 | Acushnet | 408 | | | |
| | | 85:1-13 | Acushnet | 402, 403, 408 | | | |
| | | 85:22-24 | Acushnet | 408, 802 | | | |
| | | 86:1-3 | Acushnet | 408 | | | |
| | | 86:18-24 | Acushnet | 408, 802 | | | |
| | | 87:1-24 | Acushnet | 408, 802 | | | |
| | | 88:1-24 | Acushnet | 408, 802 | | | |
| | | 89:1-5 | Acushnet | 408, 802 | | | |
| | | 89:16-24 | Acushnet | 402, 403, 408 | | | |
| | | 90:1-24 | Acushnet | 402, 403, 408, 802 | | | |
| | | 91:1-24 | Acushnet | 408 | | | |
| | | 92:1-24 | Acushnet | 408 | | | |
| | | 93:1-24 | Acushnet | 408, 802 | | | |
| | | 94:1-14 | Acushnet | 408 | | | |
| | | 94:19-24 | Acushnet | 402, 403, 408 | | | |
| | | 95:1-4 | Acushnet | 402, 403, 408 | | | |
| | | 95:18-24 | Acushnet | | | | |
| | | 96:1-4 | Acushnet | 402, 403, 408, 602, 802 | | | |
| | | 96:8-24 | Acushnet | 106 (add 97:1-2), 402, 403, 408, 602, 802 | | | |
| | | 99:15-24 | Acushnet | 408 | | | |
| | | 100:1-24 | Acushnet | 402, 403, 408, 802 | | | |
| | | 101:1-24 | Acushnet | 402, 403, 408 | | | |
| | | 102:1 | Acushnet | 408 | | | |
| | | 107:1-9 | Acushnet | 106 (add 106:24), 408, 802 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-10-07 | McCracken (cont) | 107:24 | Acushnet | 408, 802 | | | |
| | | 108:1-24 | Acushnet | 408 | | | |
| | | 109:1-17 | Acushnet | 408 | | | |
| | | 113:1-24 | Acushnet | 402, 403, 408, 802 | | | |
| | | 114:1-24 | Acushnet | 402, 403, 408, 602, 802 | | | |
| | | 115:1-10 | Acushnet | 408 | | | |
| | | 116:6-24 | Acushnet | | | | |
| | | 117:1 | Acushnet | | | | |
| | | 139:6-24 | Acushnet | 403, 408 | | | |
| | | 141:2-8 | Acushnet | 408, 802 | | | |
| | | 141:12-24 | Acushnet | 408, 602, 802 | | | |
| | | 142:1-24 | Acushnet | 408, 602, 802 | | | |
| | | 143:1 | Acushnet | 408, 802 | | | |
| | | 143:13-24 | Acushnet | 408 | | | |
| | | 144:1-17 | Acushnet | 408 | | | |
| | | 147:12-24 | Acushnet | | | | |
| | | 148:1-11 | Acushnet | | | | |
| | | 149:1-24 | Acushnet | 106 (add 148:24) | | | |
| | | 150:1-24 | Acushnet | | | | |
| | | 151:1-24 | Acushnet | | | | |
| | | 152:1-9 | Acushnet | 403 | | | |
| | | 153:1-24 | Acushnet | | | | |
| | | 154:1-24 | Acushnet | | | | |
| | | 155:1-24 | Acushnet | 602 | | | |
| | | 156:1-24 | Acushnet | 602 | | | |
| | | 157:1-24 | Acushnet | 408, 802 | | | |
| | | 158:1-24 | Acushnet | 408, 802 | | | |
| | | 159:1-24 | Acushnet | 408, 602, 802 | | | |
| | | 160:1-24 | Acushnet | 408, 802 | | | |
| | | 161:1-7 | Acushnet | 403, 408, 802 | | | |
| | | 161:18-24 | Acushnet | 408, 802 | | | |
| | | 162:1-22 | Acushnet | 408, 802 | | | |
| | | 171:17-24 | Acushnet | 408 | | | |
| | | 172:1-2 | Acushnet | 408 | | | |
| | | 172:7-24 | Acushnet | 408, 802 | | | |
| | | 173:1-24 | Acushnet | 408, 802 | | | |
| | | 174:1-24 | Acushnet | 408, 802 | | | |
| | | 175:1-24 | Acushnet | 408 | | | |
| | | 176:1-24 | Acushnet | 408 | | | |
| | | 177:1-10 | Acushnet | 408, 602 | | | |
| | | 177:13-24 | Acushnet | 408 | | | |
| | | 178:1-5 | Acushnet | 408 | | | |
| | | 179:2-24 | Acushnet | 402, 403, 408 | | | |
| | | 180:1-14 | Acushnet | 402, 403, 408 | | | |
| | | 180:23-24 | Acushnet | 408 | | | |
| | | 181:1-24 | Acushnet | 408 | | | |

13

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-10-07 | McCracken (cont) | 182:1-24 | Acushnet | 402, 403, 408 | | | |
| | | 183:1-7 | Acushnet | | | | |
| | | 183:21-24 | Acushnet | 408 | | | |
| | | 184:1-8 | Acushnet | 408 | | | |
| | | 184:15-24 | Acushnet | 408 | | | |
| | | 185:1-24 | Acushnet | 408 | | | |
| | | 186:1-24 | Acushnet | 403, 408 | | | |
| | | 187:1-24 | Acushnet | 403, 408 | | | |
| | | 188:1-5 | Acushnet | 408 | | | |
| | | 189:5-10 | Acushnet | 408, 802 | | | |
| | | 193:17-24 | Acushnet | | | | |
| | | 194:1-24 | Acushnet | 402, 403 | | | |
| | | 201:3-10 | Acushnet | | | | |
| | | 202:10-24 | Acushnet | | | | |
| | | 203:1-3 | Acushnet | | | | |
| | | 203:17-24 | Acushnet | 602, 802 | | | |
| | | 204:1-28 | Acushnet | 403, 602, 802 | | | |
| | | 205:4-9 | Acushnet | 106 (add 205:1-3) | | | |
| | | 205:20-24 | Acushnet | 802 | | | |
| | | 206:15-24 | Acushnet | 602, 802 | | | |
| | | 207:1-24 | Acushnet | 602, 802 | | | |
| | | 208:1-24 | Acushnet | 602, 802 | | | |
| | | 209:1-9 | Acushnet | 602 | | | |
| | | 209:14-24 | Acushnet | | | | |
| | | 210:1-13 | Acushnet | | | | |
| | | 211:11-24 | Acushnet | 602, 802 | | | |
| | | 212:1 | Acushnet | 602, 802 | | | |
| | | 213:20-24 | Acushnet | | | | |
| | | 214:1-4 | Acushnet | 802 | | | |
| | | 214:14-24 | Acushnet | | | | |
| | | 215:1-24 | Acushnet | 802 | | | |
| | | 216:1-12 | Acushnet | 802 | | | |
| | | 217:7-24 | Acushnet | | | | |
| | | 218:1-24 | Acushnet | 402, 403, 602 | | | |
| | | 219:1-24 | Acushnet | 402, 403, 602 | | | |
| | | 220:1-24 | Acushnet | 402, 403, 602 | | | |
| | | 221:1-24 | Acushnet | 402, 403 | | | |
| | | 222:1-24 | Acushnet | 402, 403 | | | |
| | | 223:1-24 | Acushnet | 402, 403, 408 | | | |
| | | 224:1-20 | Acushnet | 408, 501 | | | |
| | | 225:6-20 | Acushnet | 403, 501 | | | |
| | | 225:24 | Acushnet | 403, 501 | | | |
| | | 226:1-20 | Acushnet | 403, 501 | | | |
| | | 227:1-24 | Acushnet | 403, 501 | | | |
| | | 228:1-10 | Acushnet | | | | |

14

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| **4-11-07** | **R. Dennis Nesbitt** | 6:3-4 | Acushnet | | 16:18-21 | Callaway | |
| | | 7:15-21 | Acushnet | | 44: 21-25 | Callaway | |
| | | 11:18-25 | Acushnet | | 68: 24-69:1 | Callaway | |
| | | 12:1-25 | Acushnet | | 69: 4-6 | Callaway | |
| | | 13:1-25 | Acushnet | | 80: 15-81:4 | Callaway | |
| | | 14:1-25 | Acushnet | | 83: 7 | Callaway | |
| | | 15:1-25 | Acushnet | | 88: 16-19 | Callaway | |
| | | 16:1-9 | Acushnet | | 89: 22-89:2 | Callaway | |
| | | 16:22-25 | Acushnet | | 90:5-15 | Callaway | |
| | | 17:1-25 | Acushnet | | 93:13-19 | Callaway | |
| | | 18:10-22 | Acushnet | | 94:24-5:12 | Callaway | |
| | | 19:9-25 | Acushnet | | 95:24-25 | Callaway | |
| | | 20:1-25 | Acushnet | | 96: 6-7:17 | Callaway | |
| | | 21:1-25 | Acushnet | | 98:6-10 | Callaway | |
| | | 22:1-25 | Acushnet | | 98:12-19 | Callaway | |
| | | 23:1-24 | Acushnet | | 99:11-25 | Callaway | |
| | | 24:20-25 | Acushnet | | 100:5-8 | Callaway | |
| | | 25:1-25 | Acushnet | | 107:16-17 | Callaway | |
| | | 26:1-25 | Acushnet | | 175:11-12 | Callaway | |
| | | 27:1-25 | Acushnet | | 175:23-17:6 | Callaway | |
| | | 28:1-25 | Acushnet | | 177:8 | Callaway | |
| | | 29:1-25 | Acushnet | | 179:23-25 | Callaway | |
| | | 30:1-25 | Acushnet | | 180:23 | Callaway | |
| | | 31:1-25 | Acushnet | | 181:1-6 | Callaway | |
| | | 32:1-10 | Acushnet | | 181:8-15 | Callaway | |
| | | 32:12-25 | Acushnet | | 181:18-20 | Callaway | |
| | | 33:1-25 | Acushnet | | 181:25 | Callaway | |
| | | 34:1-25 | Acushnet | | 182:3-5 | Callaway | |
| | | 35:1-25 | Acushnet | | 182:8-11 | Callaway | |
| | | 36:1-21 | Acushnet | | 182:13 | Callaway | |
| | | 37:13-25 | Acushnet | | 190:16-24 | Callaway | |
| | | 38:1-25 | Acushnet | | 191:17-20 | Callaway | |
| | | 39:1-11 | Acushnet | | 192:16-193:4 | Callaway | |
| | | 41:20-25 | Acushnet | | 195:6-9 | Callaway | |
| | | 42:3-12 | Acushnet | 106; 402 | 195:12-19 | Callaway | |
| | | 42:15-25 | Acushnet | 402; 403; Not a Question | 195:22-23 | Callaway | |
| | | 43:1-5 | Acushnet | Lacks Foundation | 196:8-11 | Callaway | |
| | | 43:11-18 | Acushnet | Lacks Foundation | 196:14-19 | Callaway | |
| | | 43:21-25 | Acushnet | | 197:7-11 | Callaway | |
| | | 44:1-2 | Acushnet | 106 | 197:13-18 | Callaway | |
| | | 45:1-25 | Acushnet | 106 | 199:10-15 | Callaway | |
| | | 46:2-4 | Acushnet | | 203:25-204:4 | Callaway | |
| | | 46:7-25 | Acushnet | | 209:15-211:1 | Callaway | |
| | | 47:1 | Acushnet | | 220:12-16 | Callaway | |
| | | 47:8-13 | Acushnet | | 221:19-23 | Callaway | |

15

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-11-07 | Nesbitt (cont) | 47:16-24 | Acushnet | | 224:1-225: 4 | Callaway | |
| | | 48:3-14 | Acushnet | Lacks Foundation | 225:19-23 | Callaway | |
| | | 48:18-20 | Acushnet | Lacks Foundation | 227:10-13 | Callaway | |
| | | 48:23-25 | Acushnet | Lacks Foundation | 227:16-228: 6 | Callaway | |
| | | 49:3-22 | Acushnet | Lacks Foundation | 228:8-9 | Callaway | |
| | | 50:8-10 | Acushnet | | 230:5-11 | Callaway | |
| | | 50:13-18 | Acushnet | | 233:20-25 | Callaway | |
| | | 50:21-25 | Acushnet | | 235:13-21 | Callaway | |
| | | 51:1-25 | Acushnet | | 236:3 | Callaway | |
| | | 52:1-4 | Acushnet | | 236:5-10 | Callaway | |
| | | 53:8-25 | Acushnet | | 236:11-237:6 | Callaway | |
| | | 54:1-14 | Acushnet | | 237:14-23 | Callaway | |
| | | 55:12-25 | Acushnet | | 238:14-21 | Callaway | |
| | | 56:3-25 | Acushnet | | 239:22-239:1 | Callaway | |
| | | 57:1-7 | Acushnet | | 239:3-20 | Callaway | |
| | | 57:19-25 | Acushnet | | 239:22-243:16 | Callaway | |
| | | 58:1-25 | Acushnet | | 244:21-245:24 | Callaway | |
| | | 59:1-5 | Acushnet | | 246:1-7 | Callaway | |
| | | 59:8-25 | Acushnet | | 246:9-12 | Callaway | |
| | | 60:1-4 | Acushnet | | 246:14-16 | Callaway | |
| | | 60:6-25 | Acushnet | | 247:4-13 | Callaway | |
| | | 61:1-8 | Acushnet | | 247:15-19 | Callaway | |
| | | 61:12-25 | Acushnet | | 248:22-249:3 | Callaway | |
| | | 62:1-25 | Acushnet | Lacks Foundation | 249:4-6 | Callaway | |
| | | 63:1 | Acushnet | Lacks Foundation | 249:11-15 | Callaway | |
| | | 63:4-25 | Acushnet | Lacks Foundation | | | |
| | | 64:1-25 | Acushnet | | | | |
| | | 65:1-17 | Acushnet | | | | |
| | | 65:20-25 | Acushnet | | | | |
| | | 66:1-8 | Acushnet | | | | |
| | | 66:11-25 | Acushnet | | | | |
| | | 67:1-13 | Acushnet | | | | |
| | | 67:15-25 | Acushnet | | | | |
| | | 68:1-23 | Acushnet | | | | |
| | | 69:7-25 | Acushnet | | | | |
| | | 70:1-25 | Acushnet | | | | |
| | | 71:1-22 | Acushnet | | | | |
| | | 71:25 | Acushnet | | | | |
| | | 72:1-13 | Acushnet | | | | |
| | | 72:16-25 | Acushnet | Lacks Foundation | | | |
| | | 73:3-25 | Acushnet | Lacks | | | |

16

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | Foundation | | | |
| 4-11-07 | Nesbitt (cont) | 74:1-6 | Acushnet | | | | |
| | | 74:9-25 | Acushnet | | | | |
| | | 75:1-25 | Acushnet | | | | |
| | | 76:1-25 | Acushnet | | | | |
| | | 77:1-6 | Acushnet | | | | |
| | | 77:11-18 | Acushnet | | | | |
| | | 77:21-25 | Acushnet | | | | |
| | | 78:1-25 | Acushnet | 802 | | | |
| | | 79:1-25 | Acushnet | 802 | | | |
| | | 80:1-14 | Acushnet | 802 | | | |
| | | 81:25 | Acushnet | | | | |
| | | 82:1-25 | Acushnet | | | | |
| | | 83:1-4 | Acushnet | | | | |
| | | 83:11-25 | Acushnet | | | | |
| | | 84:1-11 | Acushnet | | | | |
| | | 84:17-25 | Acushnet | | | | |
| | | 85:1-25 | Acushnet | | | | |
| | | 86:1-13 | Acushnet | | | | |
| | | 86:19-25 | Acushnet | | | | |
| | | 87:1-25 | Acushnet | | | | |
| | | 88:1-9 | Acushnet | | | | |
| | | 89:7-17 | Acushnet | | | | |
| | | 89:20-25 | Acushnet | | | | |
| | | 90:1-4 | Acushnet | | | | |
| | | 90:16-25 | Acushnet | | | | |
| | | 91:1-12 | Acushnet | Not a Question | | | |
| | | 91:14-25 | Acushnet | | | | |
| | | 92:1-25 | Acushnet | | | | |
| | | 93:1-12 | Acushnet | | | | |
| | | 94:3-23 | Acushnet | | | | |
| | | 95:13-23 | Acushnet | | | | |
| | | 97:18-25 | Acushnet | | | | |
| | | 98:1-5 | Acushnet | | | | |
| | | 100:1-4 | Acushnet | | | | |
| | | 102:10-25 | Acushnet | | | | |
| | | 103:1-6 | Acushnet | | | | |
| | | 103:8-12 | Acushnet | | | | |
| | | 103:15-18 | Acushnet | | | | |
| | | 105:5-25 | Acushnet | | | | |
| | | 106:1-25 | Acushnet | | | | |
| | | 107:1-15 | Acushnet | | | | |
| | | 109:5-25 | Acushnet | | | | |
| | | 110:1-5 | Acushnet | | | | |
| | | 112:20-25 | Acushnet | | | | |
| | | 113:1-16 | Acushnet | | | | |
| | | 114:1-12 | Acushnet | Not a Question | | | |
| | | 115:1-5 | Acushnet | 106 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-11-07 | Nesbitt (cont) | 115:8-9 | Acushnet | | | | |
| | | 116:8-25 | Acushnet | Not a Question | | | |
| | | 117:1-25 | Acushnet | Not a Question | | | |
| | | 118:1-25 | Acushnet | | | | |
| | | 119:1-13 | Acushnet | | | | |
| | | 119:20-21 | Acushnet | | | | |
| | | 119:22-25 | Acushnet | | | | |
| | | 120:1-25 | Acushnet | | | | |
| | | 121:1-8 | Acushnet | | | | |
| | | 121:11-21 | Acushnet | | | | |
| | | 122:2-25 | Acushnet | | | | |
| | | 123:1-25 | Acushnet | | | | |
| | | 124:1-25 | Acushnet | | | | |
| | | 125:1-25 | Acushnet | | | | |
| | | 126:1-25 | Acushnet | | | | |
| | | 127:1-25 | Acushnet | | | | |
| | | 128:1-12 | Acushnet | | | | |
| | | 128:24-25 | Acushnet | | | | |
| | | 129:1-25 | Acushnet | | | | |
| | | 130:1-25 | Acushnet | | | | |
| | | 131:1-25 | Acushnet | | | | |
| | | 132:1-25 | Acushnet | | | | |
| | | 133:1-25 | Acushnet | | | | |
| | | 134:1-25 | Acushnet | | | | |
| | | 135:1-25 | Acushnet | | | | |
| | | 136:1-4 | Acushnet | | | | |
| | | 146:18-25 | Acushnet | | | | |
| | | 147:1-25 | Acushnet | | | | |
| | | 148:1-14 | Acushnet | | | | |
| | | 149:23-25 | Acushnet | Failure to Designate an Answer | | | |
| | | 150:1-25 | Acushnet | | | | |
| | | 151:1-25 | Acushnet | | | | |
| | | 152:1-24 | Acushnet | | | | |
| | | 153:1-25 | Acushnet | | | | |
| | | 154:1-25 | Acushnet | | | | |
| | | 155:1-25 | Acushnet | | | | |
| | | 156:1-25 | Acushnet | | | | |
| | | 157:1-25 | Acushnet | | | | |
| | | 158:1-25 | Acushnet | | | | |
| | | 159:1-25 | Acushnet | | | | |
| | | 160:1-16 | Acushnet | | | | |
| | | 160:19-21 | Acushnet | | | | |
| | | 161:5-25 | Acushnet | | | | |
| | | 162:1-25 | Acushnet | | | | |
| | | 163:1-25 | Acushnet | | | | |
| | | 164:1-25 | Acushnet | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-11-07 | Nesbitt (cont) | 165:1-4 | Acushnet | | | | |
| | | 165:6 | Acushnet | | | | |
| | | 165:8-17 | Acushnet | | | | |
| | | 165:20-25 | Acushnet | | | | |
| | | 166:1-16 | Acushnet | | | | |
| | | 166:20-25 | Acushnet | | | | |
| | | 167:1-17 | Acushnet | | | | |
| | | 168:5-7 | Acushnet | | | | |
| | | 168:10-25 | Acushnet | | | | |
| | | 169:1-24 | Acushnet | | | | |
| | | 170:10-13 | Acushnet | | | | |
| | | 170:16-25 | Acushnet | | | | |
| | | 171:1-11 | Acushnet | | | | |
| | | 171:13-19 | Acushnet | | | | |
| | | 172:23-25 | Acushnet | | | | |
| | | 173:1-25 | Acushnet | | | | |
| | | 174:1 | Acushnet | | | | |
| | | 174:5-9 | Acushnet | | | | |
| | | 177:18-25 | Acushnet | | | | |
| | | 178:1-4 | Acushnet | | | | |
| | | 178:13-24 | Acushnet | | | | |
| | | 179:15-22 | Acushnet | | | | |
| | | 180:1-7 | Acushnet | | | | |
| | | 180:11-14 | Acushnet | | | | |
| | | 180:18-22 | Acushnet | | | | |
| | | 183:14-16 | Acushnet | | | | |
| | | 183:19 | Acushnet | | | | |
| | | 184:7-12 | Acushnet | | | | |
| | | 184:17-25 | Acushnet | | | | |
| | | 185:1 | Acushnet | | | | |
| | | 185:3-20 | Acushnet | | | | |
| | | 185:22-25 | Acushnet | | | | |
| | | 186:1-4 | Acushnet | | | | |
| | | 186:6-17 | Acushnet | | | | |
| | | 186:19-25 | Acushnet | | | | |
| | | 187:1-25 | Acushnet | | | | |
| | | 188:1-7 | Acushnet | | | | |
| | | 188:14-25 | Acushnet | | | | |
| | | 189:15-17 | Acushnet | Not a Question; Mischaracterizes a document | | | |
| | | 189:22-25 | Acushnet | | | | |
| | | 190:1-15 | Acushnet | | | | |
| | | 190:25 | Acushnet | | | | |
| | | 191:1-16 | Acushnet | | | | |
| | | 192:1-15 | Acushnet | | | | |
| | | 193:5-8 | Acushnet | | | | |
| | | 193:25 | Acushnet | | | | |

19

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| 4-11-07 | Nesbitt (cont) | 194:1-25 | Acushnet | | | | |
| | | 195:3-5 | Acushnet | | | | |
| | | 195:24-25 | Acushnet | | | | |
| | | 196:1-5 | Acushnet | | | | |
| | | 196:20-25 | Acushnet | | | | |
| | | 197:1-6 | Acushnet | | | | |
| | | 199:19-25 | Acushnet | | | | |
| | | 200:1-3 | Acushnet | | | | |
| | | 200:8-21 | Acushnet | | | | |
| | | 201:25 | Acushnet | | | | |
| | | 202:1-11 | Acushnet | | | | |
| | | 202:15-25 | Acushnet | | | | |
| | | 203:1-24 | Acushnet | | | | |
| | | 204:12-25 | Acushnet | | | | |
| | | 205:1-25 | Acushnet | | | | |
| | | 206:1-24 | Acushnet | | | | |
| | | 207:1-2 | Acushnet | | | | |
| | | 208:5-25 | Acushnet | | | | |
| | | 209:1-8 | Acushnet | | | | |
| | | 211:5_25 | Acushnet | | | | |
| | | 212:1-25 | Acushnet | | | | |
| | | 213:1-25 | Acushnet | | | | |
| | | 214:10-15 | Acushnet | | | | |
| | | 215:14-25 | Acushnet | | | | |
| | | 216:1-8 | Acushnet | | | | |
| | | 216:11-25 | Acushnet | | | | |
| | | 217:1 | Acushnet | | | | |
| | | 217:4-6 | Acushnet | | | | |
| | | 217:25 | Acushnet | | | | |
| | | 218:1-25 | Acushnet | | | | |
| | | 219:3-18 | Acushnet | | | | |
| | | 219:20-25 | Acushnet | | | | |
| | | 220:1 | Acushnet | | | | |
| | | 220:3-8 | Acushnet | | | | |
| | | 226:6-10 | Acushnet | | | | |
| | | 229:24-25 | Acushnet | | | | |
| | | 230:1-4 | Acushnet | | | | |
| | | 233:14-19 | Acushnet | | | | |
| | | 234:21-25 | Acushnet | | | | |
| | | 235:1-11 | Acushnet | | | | |
| | | 243:24-25 | Acushnet | | | | |
| | | 244:1-17 | Acushnet | | | | |
| | | 249:21-25 | Acushnet | | | | |
| | | 250:1-25 | Acushnet | 408 | | | |
| | | 251:1-17 | Acushnet | 408 | | | |
| | | | | | | | |
| **4-12-07** | **Scott White** | 7:6-7 | Acushnet | | 11:12-12:14 | Callaway | |
| | | 8:14-15 | Acushnet | | 17:10-20 | Callaway | |

20

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-12-07 | White (cont) | 12:15-24 | Acushnet | | 22:10-16 | Callaway | |
| | | 13:1-24 | Acushnet | | 24:6-25:11 | Callaway | |
| | | 14:1-7 | Acushnet | | 27:8-13 | Callaway | |
| | | 15:5-24 | Acushnet | | 28:4-9 | Callaway | |
| | | 16:1-24 | Acushnet | | 42:11-43:8 | Callaway | |
| | | 17:1-9 | Acushnet | | 47:8-12 | Callaway | |
| | | 17:21-24 | Acushnet | | 47:20-23 | Callaway | |
| | | 18:1-10 | Acushnet | | 72:10-21 | Callaway | |
| | | 19:18-24 | Acushnet | | 77:13-78:15 | Callaway | |
| | | 20:1-24 | Acushnet | | 79:18 | Callaway | |
| | | 21:1-6 | Acushnet | | 102:16-17 | Callaway | |
| | | 21:14-24 | Acushnet | | 102:19-22 | Callaway | |
| | | 22:1-9 | Acushnet | | 106:24-110:21 | Callaway | |
| | | 22:17-24 | Acushnet | | 111:9-13 | Callaway | |
| | | 23:1-24 | Acushnet | | 146:15-23 | Callaway | |
| | | 24:1-5 | Acushnet | | 151:17-153:17 | Callaway | |
| | | 25:12-24 | Acushnet | | 168:6-169:21 | Callaway | |
| | | 26:1-24 | Acushnet | | 172:19-22 | Callaway | |
| | | 27:1-7 | Acushnet | | 174:17-175:3 | Callaway | |
| | | 27:14-15 | Acushnet | | 177:2-19 | Callaway | |
| | | 27:18-24 | Acushnet | | 178:17-22 | Callaway | |
| | | 28:1-3 | Acushnet | | 182:1-20 | Callaway | |
| | | 36:1-6 | Acushnet | | 182:24-185:5 | Callaway | |
| | | 36:8-24 | Acushnet | | 199:23-200:17 | Callaway | |
| | | 37:1-4 | Acushnet | | 209:6-16 | Callaway | |
| | | 37:6-18 | Acushnet | | 210:3-14 | Callaway | |
| | | 55:15-24 | Acushnet | | 219:12-220:16 | Callaway | |
| | | 56:1-24 | Acushnet | | 220:22-221:3 | Callaway | |
| | | 57:1-10 | Acushnet | | 227:1-228:3 | Callaway | |
| | | 60:18-24 | Acushnet | | 247:10-12 | Callaway | |
| | | 61:1-24 | Acushnet | | | | |
| | | 62:1-24 | Acushnet | | | | |
| | | 63:1-3 | Acushnet | | | | |
| | | 64:15-24 | Acushnet | | | | |
| | | 65:1-14 | Acushnet | | | | |
| | | 65:17-18 | Acushnet | | | | |
| | | 65:23-24 | Acushnet | | | | |
| | | 66:1-24 | Acushnet | 402/403, 802 | | | |
| | | 67:1-22 | Acushnet | 402/403, 802 | | | |
| | | 68:15-24 | Acushnet | | | | |
| | | 69:1-24 | Acushnet | | | | |
| | | 70:1-23 | Acushnet | | | | |
| | | 78:16-24 | Acushnet | | | | |
| | | 79:1-14 | Acushnet | | | | |
| | | 79:19-24 | Acushnet | 106 | | | |
| | | 80:1-20 | Acushnet | | | | |
| | | 81:5-14 | Acushnet | | | | |
| | | 82:9-24 | Acushnet | | | | |

DM_US:20432218_1

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-12-07 | White (cont) | 83:1-20 | Acushnet | | | | |
| | | 84:15-24 | Acushnet | | | | |
| | | 85:1-12 | Acushnet | | | | |
| | | 85:15-24 | Acushnet | | | | |
| | | 86:1-24 | Acushnet | | | | |
| | | 87:1-24 | Acushnet | | | | |
| | | 88:1-24 | Acushnet | | | | |
| | | 89:1-24 | Acushnet | | | | |
| | | 90:9-24 | Acushnet | | | | |
| | | 91:1-24 | Acushnet | | | | |
| | | 92:1-19 | Acushnet | | | | |
| | | 92:22-24 | Acushnet | | | | |
| | | 93:1-24 | Acushnet | | | | |
| | | 94:1-12 | Acushnet | | | | |
| | | 96:7-8 | Acushnet | | | | |
| | | 96:10-24 | Acushnet | | | | |
| | | 97:1-24 | Acushnet | | | | |
| | | 98:1-2 | Acushnet | | | | |
| | | 98:18-24 | Acushnet | | | | |
| | | 99:1-24 | Acushnet | | | | |
| | | 100:1-24 | Acushnet | 402/403, 602, 802 | | | |
| | | 101:1-3 | Acushnet | 402/403, 602 | | | |
| | | 101:7-24 | Acushnet | | | | |
| | | 102:1-15 | Acushnet | | | | |
| | | 103:2-4 | Acushnet | | | | |
| | | 103:11-24 | Acushnet | Includes an objection | | | |
| | | 104:1-24 | Acushnet | | | | |
| | | 105:4-8 | Acushnet | | | | |
| | | 105:10-24 | Acushnet | | | | |
| | | 106:1 | Acushnet | | | | |
| | | 106:4-23 | Acushnet | | | | |
| | | 110:22-24 | Acushnet | 602 | | | |
| | | 111:1-8 | Acushnet | 602 | | | |
| | | 116:24 | Acushnet | | | | |
| | | 117:1-24 | Acushnet | | | | |
| | | 118:1-24 | Acushnet | | | | |
| | | 119:1 | Acushnet | | | | |
| | | 119:4-24 | Acushnet | | | | |
| | | 120:1-24 | Acushnet | 602 | | | |
| | | 121:1-16 | Acushnet | 602, 701 | | | |
| | | 121:18-24 | Acushnet | | | | |
| | | 122:1-6 | Acushnet | | | | |
| | | 122:14-24 | Acushnet | | | | |
| | | 123:1-24 | Acushnet | | | | |
| | | 124:1-11 | Acushnet | | | | |
| | | 124:14-24 | Acushnet | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-12-07 | White (cont) | 125:1-4 | Acushnet | | | | |
| | | 125:7-9 | Acushnet | | | | |
| | | 125:11-24 | Acushnet | 402/403, 602, 701 | | | |
| | | 126:1 | Acushnet | 402/403, 602, 701 | | | |
| | | 126:4-24 | Acushnet | 402/403, 602, 701 | | | |
| | | 127:1-24 | Acushnet | 402/403, 602, 802 | | | |
| | | 128:1-24 | Acushnet | 402/403 | | | |
| | | 129:1-21 | Acushnet | 402/403 | | | |
| | | 130:8-24 | Acushnet | 402/403 | | | |
| | | 131:1-12 | Acushnet | 402/403, 602 | | | |
| | | 131:15-24 | Acushnet | 402/403, 602 | | | |
| | | 132:1-24 | Acushnet | 402/403, 602 | | | |
| | | 133:1-13 | Acushnet | 402/403, 602 | | | |
| | | 133:16-24 | Acushnet | 402/403, 602 | | | |
| | | 134:1-23 | Acushnet | 402/403, 602 | | | |
| | | 135:1-17 | Acushnet | 402/403, 602 | | | |
| | | 137:7-24 | Acushnet | 402/403 | | | |
| | | 138:1-24 | Acushnet | 402/403 | | | |
| | | 139:1-24 | Acushnet | 402/403 | | | |
| | | 140:1-10 | Acushnet | 402/403 | | | |
| | | 143:10-15 | Acushnet | 106 | | | |
| | | 146:24 | Acushnet | | | | |
| | | 147:1-24 | Acushnet | | | | |
| | | 148:1-6 | Acushnet | | | | |
| | | 148:18-24 | Acushnet | 106 | | | |
| | | 149:1-7 | Acushnet | 402/403, 602 | | | |
| | | 149:10-17 | Acushnet | 402/403, 602 | | | |
| | | 153:18-24 | Acushnet | | | | |
| | | 154:1-13 | Acushnet | | | | |
| | | 159:14-22 | Acushnet | 402/403 | | | |
| | | 159:24 | Acushnet | 402/403 | | | |
| | | 160:1-5 | Acushnet | 402/403 | | | |
| | | 160:6-19 | Acushnet | 402/403 | | | |
| | | 161:3-13 | Acushnet | 402/403 | | | |
| | | 162:12-21 | Acushnet | 402/403 | | | |
| | | 163:6-24 | Acushnet | 402/403 | | | |
| | | 164:1-23 | Acushnet | 402/403 | | | |
| | | 166:12-24 | Acushnet | 402/403 | | | |
| | | 167:1-9 | Acushnet | 402/403 | | | |
| | | 167:22-24 | Acushnet | 402/403 | | | |
| | | 168:1-5 | Acushnet | 402/403 | | | |
| | | 169:22-24 | Acushnet | 402/403 | | | |
| | | 170:1-24 | Acushnet | 402/403 | | | |
| | | 171:1-18 | Acushnet | 402/403, 602 | | | |
| | | 171:21-24 | Acushnet | 402/403, 602 | | | |

23

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-12-07 | White (cont) | 172:1-18 | Acushnet | 402/403, 602 | | | |
| | | 173:21-24 | Acushnet | | | | |
| | | 174:7-16 | Acushnet | | | | |
| | | 175:4-24 | Acushnet | 402/403, 602 | | | |
| | | 176:1-24 | Acushnet | 402/403, 602 | | | |
| | | 177:1 | Acushnet | 402/403, 602 | | | |
| | | 177:20-24 | Acushnet | 402/403, 602 | | | |
| | | 178:1-16 | Acushnet | 402/403, 602 | | | |
| | | 178:23-24 | Acushnet | | | | |
| | | 179:1-24 | Acushnet | | | | |
| | | 180:1-24 | Acushnet | | | | |
| | | 181:1-9 | Acushnet | | | | |
| | | 182:21-23 | Acushnet | | | | |
| | | 185:6-24 | Acushnet | | | | |
| | | 186:1-13 | Acushnet | | | | |
| | | 187:3-24 | Acushnet | | | | |
| | | 188:1-11 | Acushnet | 402/403, 602 | | | |
| | | 188:14-18 | Acushnet | 402/403, 602 | | | |
| | | 190:1-18 | Acushnet | | | | |
| | | 194:2-24 | Acushnet | 402/403 | | | |
| | | 195:1-24 | Acushnet | 402/403 | | | |
| | | 196:1-24 | Acushnet | 402/403 | | | |
| | | 197:1-24 | Acushnet | 402/403 | | | |
| | | 198:1-24 | Acushnet | 402/403, 602 | | | |
| | | 199:1-22 | Acushnet | | | | |
| | | 200:18-24 | Acushnet | | | | |
| | | 201:1-24 | Acushnet | | | | |
| | | 203:12-18 | Acushnet | | | | |
| | | 203:24 | Acushnet | | | | |
| | | 204:1-8 | Acushnet | | | | |
| | | 204:11-24 | Acushnet | | | | |
| | | 205:1 | Acushnet | | | | |
| | | 206:11-24 | Acushnet | | | | |
| | | 207:1-24 | Acushnet | | | | |
| | | 208:1-24 | Acushnet | | | | |
| | | 209:1-5 | Acushnet | | | | |
| | | 209:17-24 | Acushnet | 402/403, 602 | | | |
| | | 210:1-2 | Acushnet | 402/403, 602 | | | |
| | | 210:15-24 | Acushnet | 402/403, 602 | | | |
| | | 211:1-3 | Acushnet | 402/403, 602 | | | |
| | | 211:19-21 | Acushnet | | | | |
| | | 212:18-24 | Acushnet | | | | |
| | | 213:1-11 | Acushnet | | | | |
| | | 214:6-24 | Acushnet | | | | |
| | | 215:1-24 | Acushnet | | | | |
| | | 216:1 | Acushnet | | | | |
| | | 218:10-24 | Acushnet | 402/403, 602 | | | |
| | | 219:1-11 | Acushnet | 402/403, 602 | | | |

DM_US:20432218_1

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-12-07 | White (cont) | 220:17-21 | Acushnet | 402/403, 602 | | | |
| | | 221:4-22 | Acushnet | 402/403, 602 | | | |
| | | 222:6-22 | Acushnet | | | | |
| | | 225:18-23 | Acushnet | | | | |
| | | 226:6-24 | Acushnet | | | | |
| | | 228:14-24 | Acushnet | | | | |
| | | 229:9-16 | Acushnet | | | | |
| | | 229:18-24 | Acushnet | 106 | | | |
| | | 239:7-24 | Acushnet | 402/403, 802, 602 | | | |
| | | 240:1-9 | Acushnet | | | | |
| | | 241:2-23 | Acushnet | | | | |
| | | 242:17-22 | Acushnet | 402/403, 802, 602 | | | |
| | | 243:5-24 | Acushnet | 402/403, 802, 602 | | | |
| | | 244:1-14 | Acushnet | | | | |
| | | 246:11-24 | Acushnet | | | | |
| | | 247:1-9 | Acushnet | | | | |
| | | 247:13-24 | Acushnet | | | | |
| | | 248:1-24 | Acushnet | | | | |
| | | 249:1-24 | Acushnet | | | | |
| | | 250:6-16 | Acushnet | | | | |
| | | 251:15-24 | Acushnet | | | | |
| | | 252:1-6 | Acushnet | | | | |
| | | 254:23-24 | Acushnet | | | | |
| | | 255:1-6 | Acushnet | | | | |
| | | 256:4-5 | Acushnet | | | | |
| | | 256:14-24 | Acushnet | | | | |
| | | 257:1-6 | Acushnet | 106 | | | |
| | | 258:3-18 | Acushnet | | | | |
| | | 262:10-24 | Acushnet | | | | |
| | | 263:22-24 | Acushnet | | | | |
| | | 264:1-9 | Acushnet | | | | |
| | | | | | | | |
| 4-13-07 | Mike Catania | 9:7-8 | Acushnet | | 30:7-16 | Callaway | |
| | | 9:17-22 | Acushnet | | 48:21 | Callaway | |
| | | 16:14-24 | Acushnet | | 53:10-11 | Callaway | |
| | | 17:1-4 | Acushnet | | 67:14-24 | Callaway | |
| | | 20:14-18 | Acushnet | | 82:18-20 | Callaway | |
| | | 24:23-24 | Acushnet | | 82:21-22 | Callaway | |
| | | 25:1-24 | Acushnet | | 95:12-13 | Callaway | |
| | | 26:1-8 | Acushnet | | 95:19-96:1 | Callaway | |
| | | 30:17-24 | Acushnet | 106 (add 30:7-16) | 97:3-98:8 | Callaway | |
| | | 31:1-24 | Acushnet | 106 (add 30:7-16) | 119:24 | Callaway | |
| | | 32:1-24 | Acushnet | | 146:1-14 | Callaway | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-13-07 | Catania (cont) | 43:16-21 | Acushnet | | 149:24 | Callaway | |
| | | 44:4-24 | Acushnet | | 154:4-8 | Callaway | |
| | | 45:1-11 | Acushnet | | 189:15-23 | Callaway | |
| | | 45:16-24 | Acushnet | | 196:9-197:5 | Callaway | |
| | | 46:1-24 | Acushnet | | 208:4-7, 16 | Callaway | |
| | | 47:1-5 | Acushnet | | 221:21-24 | Callaway | |
| | | 47:24 | Acushnet | | 223:7-15 | Callaway | |
| | | 48:1-17 | Acushnet | | 223:19-224:4 | Callaway | |
| | | 48:22-24 | Acushnet | 106 (add 48:21) | 230:4-7 | Callaway | |
| | | 49:1-5 | Acushnet | | 238:20-24 | Callaway | |
| | | 49:7-22 | Acushnet | | 242:16-23 | Callaway | |
| | | 50:5-24 | Acushnet | | | | |
| | | 51:1-19 | Acushnet | | | | |
| | | 52:18-22 | Acushnet | | | | |
| | | 53:1-9 | Acushnet | 106 (add 53:10-11) | | | |
| | | 53:12-16 | Acushnet | | | | |
| | | 54:3-24 | Acushnet | | | | |
| | | 56:21-24 | Acushnet | | | | |
| | | 57:1-24 | Acushnet | | | | |
| | | 58:1-15 | Acushnet | 408 | | | |
| | | 59:5-21 | Acushnet | 408 | | | |
| | | 60:9-24 | Acushnet | 408 | | | |
| | | 61:1-21 | Acushnet | 408 | | | |
| | | 62:3-5 | Acushnet | 408 | | | |
| | | 66:4-24 | Acushnet | 408, 802, 106 (add 67:14-24) | | | |
| | | 67:1-2 | Acushnet | 408, 802, 106 (add 67:14-24) | | | |
| | | 72:7-22 | Acushnet | 408 | | | |
| | | 73:15-23 | Acushnet | 408 | | | |
| | | 75:19-24 | Acushnet | 408 | | | |
| | | 76:1-22 | Acushnet | 408 | | | |
| | | 82:6-17 | Acushnet | 408, 602, 802, 106 (add 82:18-20) | | | |
| | | 83:2-16 | Acushnet | 408, 602, 802, 106 (add 82:21-22) | | | |
| | | 83:20-24 | Acushnet | | | | |
| | | 84:1-3 | Acushnet | | | | |
| | | 89:23-24 | Acushnet | | | | |
| | | 90:1-11 | Acushnet | | | | |
| | | 91:3-20 | Acushnet | | | | |
| | | 91:23-24 | Acushnet | | | | |
| | | 92:1-7 | Acushnet | | | | |
| | | 92:10-14 | Acushnet | 402, 403, 408, 501, 802 | | | |
| | | 93:1-24 | Acushnet | 402, 403 | | | |

26

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-13-07 | Catania (cont) | 94:1-16 | Acushnet | 402, 403, 802 | | | |
| | | 94:22-24 | Acushnet | 106 (add 95:12-13) | | | |
| | | 95:1 | Acushnet | 106 (add 95:12-13) | | | |
| | | 95:14-18 | Acushnet | 106 (add 95:12-13, 95:19-96:1) | | | |
| | | 96:2-4 | Acushnet | | | | |
| | | 96:8-15 | Acushnet | 402, 403, 501 | | | |
| | | 96:19-24 | Acushnet | 602, 106 (add 97:3-98:8) | | | |
| | | 97:1-2 | Acushnet | 602, 106 (add 97:3-98:8) | | | |
| | | 99:20-24 | Acushnet | 602 | | | |
| | | 100:1-4 | Acushnet | 602 | | | |
| | | 104:23-24 | Acushnet | | | | |
| | | 105:1-24 | Acushnet | 602, 802, 1002 | | | |
| | | 106:1-7 | Acushnet | | | | |
| | | 107:11-13 | Acushnet | | | | |
| | | 114:19-23 | Acushnet | 402, 403 | | | |
| | | 115:6-9 | Acushnet | 402, 403 | | | |
| | | 115:13-23 | Acushnet | 402, 403 | | | |
| | | 116:22-24 | Acushnet | 402, 403 | | | |
| | | 117:1-6 | Acushnet | 402, 403 | | | |
| | | 117:11-13 | Acushnet | 402, 403 | | | |
| | | 119:9-22 | Acushnet | 402, 403 | | | |
| | | 120:1-4 | Acushnet | 402, 403, 106 (add 119:24) | | | |
| | | 120:8-23 | Acushnet | 402, 403 | | | |
| | | 121:15-24 | Acushnet | 602, 802, 1002 | | | |
| | | 122:1-2 | Acushnet | 602, 802, 1002 | | | |
| | | 126:4-17 | Acushnet | 402, 403 | | | |
| | | 126:20-24 | Acushnet | 402, 403 | | | |
| | | 127:1-3 | Acushnet | 402, 403 | | | |
| | | 127:5-13 | Acushnet | 402, 403 | | | |
| | | 127:15-24 | Acushnet | 402, 403 | | | |
| | | 128:1-24 | Acushnet | 402, 403, 501, 802 | | | |
| | | 129:1-6 | Acushnet | 402, 403, 501, 802 | | | |
| | | 129:10-20 | Acushnet | 402, 403, 501, 802 | | | |
| | | 130:4-22 | Acushnet | 402, 403, 802 | | | |
| | | 131:1-2 | Acushnet | 402, 403, 802 | | | |
| | | 131:4-5 | Acushnet | 402, 403 | | | |
| | | 131:10-22 | Acushnet | 402, 403 | | | |
| | | 132:1-15 | Acushnet | 402, 403 | | | |
| | | 132:18-24 | Acushnet | 402, 403 | | | |
| | | 133:1-7 | Acushnet | 402, 403 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-13-07 | Catania (cont) | 133:10-11 | Acushnet | 402, 403 | | | |
| | | 133:16-24 | Acushnet | 402, 403 | | | |
| | | 134:1-13 | Acushnet | 402, 403, 602, 802 | | | |
| | | 145:8-9 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 145:14-24 | Acushnet | 402, 403, 602, 802, 1002, 106 (add 146:1-14) | | | |
| | | 150:1-3 | Acushnet | 402, 403, 106 (add 149:24) | | | |
| | | 150:6-14 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 153:18-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 154:1-3 | Acushnet | 402, 403, 602, 802, 1002, 106 (add 154:4-8) | | | |
| | | 154:9-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 155:1-3 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 156:16-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 157:1-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 158:1-23 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 159:8-11 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 159:13-24 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 160:1-17 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 162:21-24 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 163:1-2 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 164:15-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 165:1-6 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 174:11-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 175:1-3 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 184:6-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 185:1-24 | Acushnet | 402, 403, 602, | | | |

DM_US:20432218_1

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | 802, 1002 | | | |
| 4-13-07 | Catania (cont) | 186:1-24 | Acushnet | 402, 403, 602, 802 | | | |
| | | 187:1-6 | Acushnet | 402, 403, 602, 802 | | | |
| | | 187:10-15 | Acushnet | 402, 403, 602, 802 | | | |
| | | 188:20-24 | Acushnet | 602, 802, 1002 | | | |
| | | 189:1-6 | Acushnet | 602, 802, 1002 | | | |
| | | 189:10-12 | Acushnet | 602, 802, 1002, 106 (add 189:15-23) | | | |
| | | 190:19-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 191:1-24 | Acushnet | 402, 403, 602, 802, 1002 | | | |
| | | 192:14-24 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 193:1-9 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 193:19 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 193:22-23 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 195:6-8 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 195:15-24 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 196:1-4 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 197:6-10 | Acushnet | 402, 403, 602, 611, 802, 1002, 106 (add 196:9-197:5) | | | |
| | | 198:15-21 | Acushnet | 402, 403, 602, 611, 802, 1002 | | | |
| | | 202:14-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 203:1-4 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 203:16-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 204:1-8 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 204:21-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 205:1-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 206:1-7 | Acushnet | 402, 403, 408, | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | 602, 802,1002 | | | |
| 4-13-07 | Catania (cont) | 206:15-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 207:1-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 208:1-24 | Acushnet | 402, 403, 408, 501, 602, 802,1002 (also overlaps following two entries) | | | |
| | | 208:1-3 | Acushnet | 402, 403, 408, 602, 802,1002, 106 (add 208:4-7, 16) | | | |
| | | 208:18-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 209:1-10 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 209:12-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 210:1-24 | Acushnet | 402, 403, 408, 501, 602, 802,1002 | | | |
| | | 211:1-4 | Acushnet | 402, 403, 408, 501, 602, 802,1002 | | | |
| | | 212:9-22 | Acushnet | 402, 403, 408, 501, 602, 802,1002 | | | |
| | | 213:1-4 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 213:23-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 214:1-2 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 215:2-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 216:1 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 217:8-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 218:1-11 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 218:19-23 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 219:2-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 220:1-4 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |

30

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-13-07 | Catania (cont) | 220:15-19 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 221:3-20 | Acushnet | 402, 403, 408, 602, 802,1002, 106 (add 221:21-24) | | | |
| | | 222:1-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 223:1-6 | Acushnet | 402, 403, 408, 602, 802,1002, 106 (add 223:7-15, 223:19-224:4) | | | |
| | | 224:8-12 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 224:23-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 225:1-4 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 225:7-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 226:1-15 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 227:24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 228:1-3 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 228:6-12 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 228:21-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 229:1-10 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 229:12-18 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 230:10-24 | Acushnet | 402, 403, 408, 602, 802,1002, 106 (add 230:4-7) | | | |
| | | 231:1-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 232:1-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 233:1-14 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 233:21-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 234:1-24 | Acushnet | 402, 403, 408, 501, 602, 802,1002 | | | |

31

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-13-07 | Catania (cont) | 235:1-21 | Acushnet | 402, 403, 408, 501, 602, 802,1002 | | | |
| | | 238:4-19 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 239:1-8 | Acushnet | 402, 403, 408, 602, 802,1002, 106 (add 238:20-24) | | | |
| | | 241:19-24 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 242:1-8 | Acushnet | 402, 403, 802, 106 (add 242:16-23) | | | |
| | | 242:24 | Acushnet | 402, 403, 802 | | | |
| | | 243:1-11 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| | | 243:13 | Acushnet | 402, 403, 408, 602, 802,1002 | | | |
| 4-18-07 | Michael J. Rider | 6:6-24 | Acushnet | | 10:19-23 | Callaway | |
| | | 7:1-20 | Acushnet | | 32:22-24 | Callaway | |
| | | 8:21-24 | Acushnet | | 33:1-3 | Callaway | |
| | | 9:1-13 | Acushnet | | 37:21-24 | Callaway | |
| | | 9:15-24 | Acushnet | | 40:22-42:3 | Callaway | |
| | | 10:1-10 | Acushnet | 106 | 58:21-24 | Callaway | |
| | | 11:3-24 | Acushnet | | 59:1-8 | Callaway | |
| | | 12:1-9 | Acushnet | | 62:19-21 | Callaway | |
| | | 12:16-24 | Acushnet | | 63:14-17 | Callaway | |
| | | 13:1-20 | Acushnet | | 64:1-14 | Callaway | |
| | | 26:20-23 | Acushnet | | 67:10-17 | Callaway | |
| | | 27:13-24 | Acushnet | | 80:16-24 | Callaway | |
| | | 28:1-24 | Acushnet | | 81:1-5 | Callaway | |
| | | 29:1-24 | Acushnet | | 83:2-7; 83:21-24 | Callaway | |
| | | 30:1-24 | Acushnet | | 84:1-11 | Callaway | |
| | | 31:1-9 | Acushnet | | 85:22-86:1; 86:5-7; 86:14-19 | Callaway | |
| | | 31:15-24 | Acushnet | | 87:24-88:3 | Callaway | |
| | | 32:1-21 | Acushnet | 106 | 91:5-92:7 | Callaway | |
| | | 33:11-13 | Acushnet | 106 | 95:11-13 | Callaway | |
| | | 33:15-24 | Acushnet | | 99:12-100:8 | Callaway | |
| | | 34:7-21 | Acushnet | 403; 408; 802 | 104:11-13; 108:23-109:5 | Callaway | |
| | | 36:22-24 | Acushnet | 403; 408; 802 | 112:8-11 | Callaway | |
| | | 37:1-18 | Acushnet | 106; 403; 408; 802 | 120:24-121:5 | Callaway | |
| | | 38:19-24 | Acushnet | 403; 408; 802 | 129:11-17 | Callaway | |
| | | 39:1-2 | Acushnet | 106; 403; 408; | | | |

32

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | 802 | | | |
| 4-18-07 | Rider (cont) | 52:22-24 | Acushnet | 403; 408; 802 | | | |
| | | 53:1-24 | Acushnet | 403; 408; 802 | | | |
| | | 54:1-24 | Acushnet | 403; 602; 802 | | | |
| | | 55:1-24 | Acushnet | 402; 403; 408; 802 | | | |
| | | 56:1-11 | Acushnet | 402; 403; 408; 802 | | | |
| | | 56:13-24 | Acushnet | 402; | | | |
| | | 57:1-24 | Acushnet | 402 | | | |
| | | 58:1-8 | Acushnet | 106; 402 | | | |
| | | 59:9-24 | Acushnet | 106; 402 | | | |
| | | 60:1-24 | Acushnet | 402 | | | |
| | | 61:1-11 | Acushnet | 402 | | | |
| | | 62:8-18 | Acushnet | 106; 402 | | | |
| | | 62:22-24 | Acushnet | 402 | | | |
| | | 63:1 | Acushnet | 106; 402 | | | |
| | | 63:18-24 | Acushnet | 106; 402 | | | |
| | | 66:16-24 | Acushnet | 402 | | | |
| | | 67:1-9 | Acushnet | 106; 402 | | | |
| | | 68:2-9 | Acushnet | 402 | | | |
| | | 68:18-24 | Acushnet | 403; 408; 802 | | | |
| | | 69:1-24 | Acushnet | 403; 408; 802 | | | |
| | | 70:1-24 | Acushnet | 403; 408; 802 | | | |
| | | 71:1-12 | Acushnet | 403; 408; 802 | | | |
| | | 72:19-24 | Acushnet | 403; 408; 802 | | | |
| | | 73:1 | Acushnet | 403; 408; 802 | | | |
| | | 73:15-20 | Acushnet | 403; 408; 802 | | | |
| | | 77:3-17 | Acushnet | 403; 408; 802 | | | |
| | | 78:4-24 | Acushnet | 403; 408; 802 | | | |
| | | 79:1-6 | Acushnet | 403; 408; 802 | | | |
| | | 79:8-24 | Acushnet | 403; 408; 802 | | | |
| | | 80:1-15 | Acushnet | 106; 403; 408; 802 | | | |
| | | 81:7-24 | Acushnet | 106; 403; 408; 802 | | | |
| | | 82:1-16 | Acushnet | 403; 408; 802 | | | |
| | | 83:8-19 | Acushnet | 106; 403; 408; 802 | | | |
| | | 84:16-24 | Acushnet | 106; 403; 408; 802 | | | |
| | | 85:1-2 | Acushnet | 403; 408; 802 | | | |
| | | 85:8-18 | Acushnet | 106; 403; 408; 802 | | | |
| | | 87:18-23 | Acushnet | 106; 403; 408; 802 | | | |
| | | 88:4-21 | Acushnet | 403; 408; 802 | | | |
| | | 88:23-24 | Acushnet | 403; 408; 802 | | | |
| | | 89:1-2 | Acushnet | 403; 408; 802 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 4-18-07 | Rider (cont) | 89:7-20 | Acushnet | 106; 403; 408; 802 | | | |
| | | 93:7-24 | Acushnet | 403; 408; 802 | | | |
| | | 94:1:17 | Acushnet | 403; 408; 802 | | | |
| | | 94:21-24 | Acushnet | 403; 408; 802 | | | |
| | | 95:1-9 | Acushnet | 106; 403; 408; 802 | | | |
| | | 96:6-24 | Acushnet | 403; 408; 802 | | | |
| | | 97:1-24 | Acushnet | 403; 408; 802 | | | |
| | | 98:1-23 | Acushnet | 403; 408; 802 | | | |
| | | 99:9-11 | Acushnet | 106; 403; 408; 802 | | | |
| | | 101:14-24 | Acushnet | 403; 408; 802 | | | |
| | | 102:1-9 | Acushnet | 403; 408; 802 | | | |
| | | 102:24 | Acushnet | 403; 408; 802 | | | |
| | | 103:1-24 | Acushnet | 403; 408; 802 | | | |
| | | 104:1-3 | Acushnet | 106; 403; 408; 802 | | | |
| | | 111:2-24 | Acushnet | 402; 403 | | | |
| | | 112:1-7 | Acushnet | 106; 402; 403 | | | |
| | | 113:13-19 | Acushnet | 402; 403 | | | |
| | | 116:21-24 | Acushnet | 402; 403 | | | |
| | | 117:1-22 | Acushnet | 402; 403 | | | |
| | | 118:12-24 | Acushnet | 403 | | | |
| | | 119:1-4 | Acushnet | 403 | | | |
| | | 119:12-24 | Acushnet | 403 | | | |
| | | 120:1-23 | Acushnet | 106; 403; 602 | | | |
| | | 126:7-24 | Acushnet | | | | |
| | | 127:1-24 | Acushnet | 403; 602 | | | |
| | | 128:1-5 | Acushnet | 403; 602 | | | |
| | | 128:10-24 | Acushnet | | | | |
| | | 129:1-5 | Acushnet | 106 | | | |
| | | 132:19-24 | Acushnet | | | | |
| | | | | | | | |
| | | | | | | | |
| 5-8-07 | Michael Yagley | 12:20-22 | Acushnet | 106; 402 | 10:8-14 | Callaway | |
| | | 13:1-13 | Acushnet | 402 | (Delete 16:18) | Callaway | |
| | | 14:20-22 | Acushnet | | 37:8-12 | Callaway | |
| | | 15:1-22 | Acushnet | | 42:2-7; 42:11-15 | Callaway | |
| | | 16:1-18 | Acushnet | 402; 403 | (Delete 57:6-9) | Callaway | |
| | | 17:11-14 | Acushnet | | 79:6-22 | Callaway | |
| | | 19:7-22 | Acushnet | | 80:1-10 | Callaway | |
| | | 20:1-22 | Acushnet | | 91:19 | Callaway | |
| | | 21:1-22 | Acushnet | | 106:16-22 | Callaway | |
| | | 22:1-22 | Acushnet | | 107:1-8; 112:13-15 | Callaway | |
| | | 23:1-22 | Acushnet | | 117:14-18; 118:20- | Callaway | |

34

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | | | | 119:3 | | |
| 5-8-07 | Yagley (cont) | 24:1-22 | Acushnet | | 152:11-16 | Callaway | |
| | | 25:1-9 | Acushnet | | 156:22-157:16 | Callaway | |
| | | 27:2-12 | Acushnet | | 159:10-16 | Callaway | |
| | | 27:20-22 | Acushnet | | 181:18-22 | Callaway | |
| | | 28:1-8 | Acushnet | | 184:3-5 | Callaway | |
| | | 33:6-22 | Acushnet | | 185:14-16 | Callaway | |
| | | 34:1-22 | Acushnet | | 189:10-13 | Callaway | |
| | | 35:1-22 | Acushnet | | 190:18-21 | Callaway | |
| | | 36:1-22 | Acushnet | | 215:18-216:3 | Callaway | |
| | | 37:1-12 | Acushnet | 106 | 217:10-15 | Callaway | |
| | | 39:1-22 | Acushnet | | 219:11-13; 220:3-18 | | |
| | | 40:1-22 | Acushnet | | 243:14-244:7 | Callaway | |
| | | 41:1-18 | Acushnet | | 264:19-20 | Callaway | |
| | | 42:16-22 | Acushnet | 106 | 271:2-3 | Callaway | |
| | | 43:1-4 | Acushnet | | 274:10 | Callaway | |
| | | 43:6-21 | Acushnet | | 274:22-275:4 | Callaway | |
| | | 44:1-22 | Acushnet | | 281:20-282:2 | Callaway | |
| | | 45:1-10 | Acushnet | | 282:20-283:19 | Callaway | |
| | | 45:21-22 | Acushnet | | 301:20-22 | Callaway | |
| | | 46:1-11 | Acushnet | | 310:13-15 | Callaway | |
| | | 48:11-22 | Acushnet | | 316:9-13 | Callaway | |
| | | 49:1-7 | Acushnet | | 325:6-14 | Callaway | |
| | | 55:3-8 | Acushnet | | 347:19-349:5 | Callaway | |
| | | 55:21-22 | Acushnet | | 351:9-13 | Callaway | |
| | | 56:1-9 | Acushnet | | 368:8-13 | Callaway | |
| | | 56:16-22 | Acushnet | | 369:14-17 | Callaway | |
| | | 57:1-9 | Acushnet | 402; 403 | 394:13-17 | Callaway | |
| | | 57:18-22 | Acushnet | | 432:18-19 | Callaway | |
| | | 58:1-22 | Acushnet | | 434:16-435:15 | Callaway | |
| | | 59:1-17 | Acushnet | | 436:13-437:5 | Callaway | |
| | | 61:13-22 | Acushnet | | 454:11 | Callaway | |
| | | 62:1-12 | Acushnet | | 468:4-14 | Callaway | |
| | | 63:1-22 | Acushnet | | 469:9-13 | Callaway | |
| | | 64:1-22 | Acushnet | 402; 403; 602 | | | |
| | | 65:1-22 | Acushnet | | | | |
| | | 66:1-22 | Acushnet | | | | |
| | | 67:1-17 | Acushnet | | | | |
| | | 68:1-22 | Acushnet | | | | |
| | | 69:1-5 | Acushnet | | | | |
| | | 69:9-22 | Acushnet | | | | |
| | | 70:1-22 | Acushnet | | | | |
| | | 71:1-16 | Acushnet | 402; 403 | | | |
| | | 72:1-22 | Acushnet | | | | |
| | | 73:1-22 | Acushnet | | | | |
| | | 74:1-22 | Acushnet | | | | |
| | | 75:1-20 | Acushnet | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-8-07 | Yagley (cont) | 76:2-22 | Acushnet | | | | |
| | | 77:1-22 | Acushnet | | | | |
| | | 78:1-2 | Acushnet | | | | |
| | | 78:17-22 | Acushnet | | | | |
| | | 79:1-5 | Acushnet | 106 | | | |
| | | 80:11-22 | Acushnet | 106 | | | |
| | | 81:1-7 | Acushnet | | | | |
| | | 82:6-14 | Acushnet | | | | |
| | | 83:22 | Acushnet | 403; 402 | | | |
| | | 84:1-3 | Acushnet | 403; 402 | | | |
| | | 84:6-12 | Acushnet | 402; 403 | | | |
| | | 84:15-22 | Acushnet | 403; 602 | | | |
| | | 85:1-22 | Acushnet | 403; 602 | | | |
| | | 86:1-15 | Acushnet | | | | |
| | | 88:13-22 | Acushnet | | | | |
| | | 89:1-5 | Acushnet | | | | |
| | | 89:10-22 | Acushnet | | | | |
| | | 90:1-19 | Acushnet | | | | |
| | | 91:7-18 | Acushnet | 106 | | | |
| | | 92:2-22 | Acushnet | | | | |
| | | 93:1-10 | Acushnet | | | | |
| | | 94:10-22 | Acushnet | | | | |
| | | 95:1-22 | Acushnet | | | | |
| | | 96:1-22 | Acushnet | | | | |
| | | 97:1-3 | Acushnet | | | | |
| | | 97:5-22 | Acushnet | | | | |
| | | 98:1-3 | Acushnet | | | | |
| | | 98:5-13 | Acushnet | | | | |
| | | 98:17-18 | Acushnet | | | | |
| | | 98:20-21 | Acushnet | | | | |
| | | 99:2-12 | Acushnet | | | | |
| | | 100:3-13 | Acushnet | | | | |
| | | 100:17-22 | Acushnet | | | | |
| | | 101:1-22 | Acushnet | | | | |
| | | 102:1-10 | Acushnet | | | | |
| | | 102:14-22 | Acushnet | | | | |
| | | 103:1-6 | Acushnet | | | | |
| | | 104:7-19 | Acushnet | | | | |
| | | 105:3-22 | Acushnet | 402; 602; 802 | | | |
| | | 106:1-9 | Acushnet | 106 | | | |
| | | 107:9-20 | Acushnet | 106 | | | |
| | | 107:22 | Acushnet | | | | |
| | | 108:1-18 | Acushnet | | | | |
| | | 108:21-22 | Acushnet | | | | |
| | | 109:1-14 | Acushnet | | | | |
| | | 111:4-6 | Acushnet | 402; 602 | | | |
| | | 111:8-22 | Acushnet | 402; 602 | | | |
| | | 112:1-12 | Acushnet | 402; 602 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-8-07 | Yagley (cont) | 112:16-19 | Acushnet | 402; 602 | | | |
| | | 114:10-16 | Acushnet | 402 | | | |
| | | 116:5-12 | Acushnet | 402 | | | |
| | | 117:3-13 | Acushnet | 106; 402 | | | |
| | | 120:4-12 | Acushnet | 602; 802;403; 701 | | | |
| | | 122:11-22 | Acushnet | 403; 602; 802 | | | |
| | | 123:1-6 | Acushnet | 403; 602 | | | |
| | | 126:13-18 | Acushnet | 402 | | | |
| | | 127:5-15 | Acushnet | 402; 602 | | | |
| | | 128:1-22 | Acushnet | 402; 602 | | | |
| | | 129:21-22 | Acushnet | 402; 602 | | | |
| | | 130:1-6 | Acushnet | 402 | | | |
| | | 132:10-22 | Acushnet | 402; | | | |
| | | 133:8-22 | Acushnet | | | | |
| | | 134:1-8 | Acushnet | | | | |
| | | 135:19-22 | Acushnet | | | | |
| | | 136:1-6 | Acushnet | | | | |
| | | 136:9-22 | Acushnet | 402 | | | |
| | | 137:1-22 | Acushnet | 402 | | | |
| | | 138:1-15 | Acushnet | 402; 602 | | | |
| | | 139:12-16 | Acushnet | 402; 602 | | | |
| | | 140:7-9 | Acushnet | 402; 602 | | | |
| | | 140:12-15 | Acushnet | 402; 602 | | | |
| | | 144:21-22 | Acushnet | | | | |
| | | 145:1-19 | Acushnet | 402 | | | |
| | | 146:5-22 | Acushnet | 402 | | | |
| | | 147:1-15 | Acushnet | 402 | | | |
| | | 147:19-22 | Acushnet | 402 | | | |
| | | 148:1-22 | Acushnet | 402 | | | |
| | | 149:1-2 | Acushnet | 402 | | | |
| | | 149:10-22 | Acushnet | 402 | | | |
| | | 150:1-18 | Acushnet | 402 | | | |
| | | 151:11-22 | Acushnet | 402; 403; 602 | | | |
| | | 152:1-10 | Acushnet | 402; 403; 602; 106 | | | |
| | | 153:1-14 | Acushnet | | | | |
| | | 154:5-22 | Acushnet | 402; 403; 602; 802 | | | |
| | | 155:1 | Acushnet | 402; 403; 602; 802 | | | |
| | | 155:15-22 | Acushnet | | | | |
| | | 156:1-5 | Acushnet | 106; 402; 403;802 | | | |
| | | 157:18-22 | Acushnet | 402; 403; 802 | | | |
| | | 158:1-22 | Acushnet | 402; 403; 802 | | | |
| | | 159:1-9 | Acushnet | 502; 403; 802; 106 | | | |
| | | 161:1-22 | Acushnet | 402; 403 | | | |

37

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| 5-8-07 | Yagley (cont) | 162:1-22 | Acushnet | 402; 403 | | | |
| | | 163:1-20 | Acushnet | | | | |
| | | 164:1-7 | Acushnet | 402 | | | |
| | | 164:20-22 | Acushnet | 402 | | | |
| | | 165:1-22 | Acushnet | 402, 403 | | | |
| | | 166:1-22 | Acushnet | 402; 403 | | | |
| | | 167:1-22 | Acushnet | 402; 403 | | | |
| | | 168:1-6 | Acushnet | 402; 403 | | | |
| | | 169:16-22 | Acushnet | 402; 403 | | | |
| | | 170:1-22 | Acushnet | | | | |
| | | 171:1-22 | Acushnet | | | | |
| | | 172:1-22 | Acushnet | | | | |
| | | 173:1-22 | Acushnet | | | | |
| | | 174:1-22 | Acushnet | | | | |
| | | 175:1-22 | Acushnet | | | | |
| | | 176:1-22 | Acushnet | | | | |
| | | 177:4-22 | Acushnet | | | | |
| | | 178:1-22 | Acushnet | | | | |
| | | 179:1-22 | Acushnet | | | | |
| | | 180:1-22 | Acushnet | | | | |
| | | 181:1-3 | Acushnet | 106 | | | |
| | | 182:1-3 | Acushnet | 402; 403 | | | |
| | | 182:6-22 | Acushnet | 402; 403 | | | |
| | | 183:1-22 | Acushnet | 402; 403 | | | |
| | | 184:1-2 | Acushnet | 402; 403; 106 | | | |
| | | 184:6-9 | Acushnet | 402; 403; 602 | | | |
| | | 184:10-16 | Acushnet | | | | |
| | | 184:20-22 | Acushnet | | | | |
| | | 185:1-13 | Acushnet | 106 | | | |
| | | 185:22 | Acushnet | | | | |
| | | 186:1-22 | Acushnet | 402; 403; 602; 802 | | | |
| | | 187:1-22 | Acushnet | 402; 403; 602; 802 | | | |
| | | 188:1-11 | Acushnet | 402; 403; 802 | | | |
| | | 188:19-22 | Acushnet | 402; 403; 602 | | | |
| | | 189:1 | Acushnet | | | | |
| | | 189:6-8 | Acushnet | 402; 403; 602; 106 | | | |
| | | 189:14-21 | Acushnet | | | | |
| | | 190:7-17 | Acushnet | 402; 403; 602; 106 | | | |
| | | 191:18-22 | Acushnet | | | | |
| | | 192:1-13 | Acushnet | | | | |
| | | 194:1-11 | Acushnet | 402; 403; 602 | | | |
| | | 194:16-19 | Acushnet | 402; 403; 602 | | | |
| | | 200:6-22 | Acushnet | | | | |
| | | 201:1-22 | Acushnet | 402; 403 | | | |
| | | 202:1-3 | Acushnet | 402; 403 | | | |

38

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| 5-8-07 | Yagley (cont) | 202:8-22 | Acushnet | 402; 403 | | | |
| | | 203:1-22 | Acushnet | 402; 403; 802 | | | |
| | | 204:1-12 | Acushnet | 402; 403; 802 | | | |
| | | 205:18-22 | Acushnet | 402; 403; 802 | | | |
| | | 206:1-22 | Acushnet | 402; 403; 802 | | | |
| | | 207:1-17 | Acushnet | | | | |
| | | 207:20-22 | Acushnet | 602; 802 | | | |
| | | 208:1-22 | Acushnet | 602; 802 | | | |
| | | 209:1-22 | Acushnet | | | | |
| | | 210:1-18 | Acushnet | 402; 403 | | | |
| | | 210:22 | Acushnet | | | | |
| | | 211:1-10 | Acushnet | 402; 403 | | | |
| | | 211:19-22 | Acushnet | 402; 403 | | | |
| | | 212:1-5 | Acushnet | 402; 403 | | | |
| | | 212:12-22 | Acushnet | 402; 403 | | | |
| | | 213:1-9 | Acushnet | 402; 403 | | | |
| | | 213:15-22 | Acushnet | | | | |
| | | 214:1-12 | Acushnet | | | | |
| | | 217:3-9 | Acushnet | 106 | | | |
| | | 217:18-22 | Acushnet | | | | |
| | | 218:1-22 | Acushnet | | | | |
| | | 219:1 | Acushnet | 106 | | | |
| | | 221:6-10 | Acushnet | | | | |
| | | 221:14-22 | Acushnet | 602; 802 | | | |
| | | 222:1-22 | Acushnet | 602; 802 | | | |
| | | 223:1-22 | Acushnet | | | | |
| | | 224:1-4 | Acushnet | | | | |
| | | 224:9-22 | Acushnet | | | | |
| | | 225:1-22 | Acushnet | | | | |
| | | 226:1-22 | Acushnet | | | | |
| | | 227:1-22 | Acushnet | | | | |
| | | 228:1-22 | Acushnet | 802; 602 | | | |
| | | 229:1-17 | Acushnet | 602; 802 | | | |
| | | 229:20-22 | Acushnet | | | | |
| | | 230:1-10 | Acushnet | 602; 802 | | | |
| | | 230:16-19 | Acushnet | | | | |
| | | 231:10-22 | Acushnet | 602; 802 | | | |
| | | 232:1-22 | Acushnet | | | | |
| | | 233:1-22 | Acushnet | | | | |
| | | 234:1-22 | Acushnet | | | | |
| | | 235:1-22 | Acushnet | | | | |
| | | 236:1-15 | Acushnet | | | | |
| | | 236:20-22 | Acushnet | | | | |
| | | 237:1-22 | Acushnet | 602 | | | |
| | | 238:1-22 | Acushnet | 802 | | | |
| | | 239:1-13 | Acushnet | 802 | | | |
| | | 239:19-22 | Acushnet | | | | |
| | | 240:1-15 | Acushnet | 802 | | | |

39

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-8-07 | Yagley (cont) | 241:11-22 | Acushnet | | | | |
| | | 242:1-22 | Acushnet | | | | |
| | | 243:1-9 | Acushnet | | | | |
| | | 245:6-10 | Acushnet | | | | |
| | | 245:15-22 | Acushnet | | | | |
| | | 246:1-22 | Acushnet | 602; 802 | | | |
| | | 247:1-22 | Acushnet | 802 | | | |
| | | 248:1 | Acushnet | 802 | | | |
| | | 248:5-16 | Acushnet | | | | |
| | | 250:20-22 | Acushnet | | | | |
| | | 251:1-17 | Acushnet | | | | |
| | | 252:5-20 | Acushnet | 802 | | | |
| | | 253:7-22 | Acushnet | 802 | | | |
| | | 254:1-6 | Acushnet | 802 | | | |
| | | 254:9-22 | Acushnet | 402; 403 | | | |
| | | 255:1-22 | Acushnet | 402; 403 | | | |
| | | 256:13-22 | Acushnet | | | | |
| | | 257:1-5 | Acushnet | | | | |
| | | 257:17-22 | Acushnet | | | | |
| | | 258:1-2 | Acushnet | 402; 403; 602; 802 | | | |
| | | 258:7-22 | Acushnet | 402; 403; 602; 802 | | | |
| | | 259:1-3 | Acushnet | 402; 403; 602; 802 | | | |
| | | 259:12-18 | Acushnet | | | | |
| | | 260:4-15 | Acushnet | | | | |
| | | 261:5-22 | Acushnet | | | | |
| | | 262:1-22 | Acushnet | 402; 403; 802 | | | |
| | | 263:1-19 | Acushnet | 802 | | | |
| | | 263:22 | Acushnet | | | | |
| | | 264:1-18 | Acushnet | 106 | | | |
| | | 265:9-22 | Acushnet | 602 | | | |
| | | 266:1-22 | Acushnet | 802 | | | |
| | | 267:1-22 | Acushnet | 802 | | | |
| | | 268:1-22 | Acushnet | | | | |
| | | 269:1 | Acushnet | | | | |
| | | 269:12-18 | Acushnet | | | | |
| | | 269:21-22 | Acushnet | | | | |
| | | 270:1 | Acushnet | | | | |
| | | 270:6-22 | Acushnet | 602; 802 | | | |
| | | 271:1 | Acushnet | 602; 106 | | | |
| | | 271:4-22 | Acushnet | 403; 802; 602 | | | |
| | | 272:1-12 | Acushnet | | | | |
| | | 272:15-22 | Acushnet | | | | |
| | | 273:1-2 | Acushnet | | | | |
| | | 273:12-20 | Acushnet | | | | |
| | | 274:7-8 | Acushnet | 106 | | | |
| | | 274:13-19 | Acushnet | 106 | | | |

40

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-8-07 | Yagley (cont) | 275:5-7 | Acushnet | | | | |
| | | 275:13-22 | Acushnet | | | | |
| | | 276:4-22 | Acushnet | 402; 403 | | | |
| | | 277:1-7 | Acushnet | 802 | | | |
| | | 277:13-19 | Acushnet | 402; 403; 802 | | | |
| | | 278:3-22 | Acushnet | 402; 403; 802 | | | |
| | | 279:1-3 | Acushnet | 402; 403 | | | |
| | | 279:8-22 | Acushnet | | | | |
| | | 280:1-21 | Acushnet | | | | |
| | | 281:12-19 | Acushnet | 106; 403; 802 | | | |
| | | 282:3-11 | Acushnet | | | | |
| | | 283:21-22 | Acushnet | | | | |
| | | 284:1-22 | Acushnet | 802 | | | |
| | | 285:1-13 | Acushnet | | | | |
| | | 286:3-18 | Acushnet | | | | |
| | | 287:21-22 | Acushnet | | | | |
| | | 288:1-22 | Acushnet | | | | |
| | | 289:1-19 | Acushnet | | | | |
| | | 290:14-22 | Acushnet | | | | |
| | | 291:1-8 | Acushnet | | | | |
| | | 296:4-22 | Acushnet | | | | |
| | | 297:1-22 | Acushnet | | | | |
| | | 298:1-5 | Acushnet | | | | |
| | | 298:11-22 | Acushnet | | | | |
| | | 299:1-22 | Acushnet | | | | |
| | | 300:1-11 | Acushnet | | | | |
| | | 300:15-22 | Acushnet | | | | |
| | | 301:1-19 | Acushnet | 106 | | | |
| | | 302:16-22 | Acushnet | | | | |
| | | 303:1-22 | Acushnet | 402; 403; 802 | | | |
| | | 304:1-6 | Acushnet | 402; 403; 802 | | | |
| | | 305:2-10 | Acushnet | | | | |
| | | 305:18-21 | Acushnet | | | | |
| | | 306:2-22 | Acushnet | | | | |
| | | 307:2-22 | Acushnet | | | | |
| | | 308:1-22 | Acushnet | | | | |
| | | 309:1-20 | Acushnet | | | | |
| | | 309:22 | Acushnet | | | | |
| | | 310:1-11 | Acushnet | 106 | | | |
| | | 311:6-22 | Acushnet | | | | |
| | | 312:1-19 | Acushnet | | | | |
| | | 313:13-22 | Acushnet | | | | |
| | | 314:1-4 | Acushnet | | | | |
| | | 314:10-13 | Acushnet | | | | |
| | | 314:20-22 | Acushnet | | | | |
| | | 315:1-22 | Acushnet | | | | |
| | | 316:1-8 | Acushnet | 106 | | | |
| | | 316:21-22 | Acushnet | | | | |

DM_US:20432218_1

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| | | 317:1-2 | Acushnet | 602 | | | |
| | | 317:4-22 | Acushnet | | | | |
| | | 318:1-2 | Acushnet | | | | |
| | | 319:4-22 | Acushnet | 602; 802; 402; 403 | | | |
| | | 320:1-14 | Acushnet | | | | |
| | | 320:16-22 | Acushnet | | | | |
| | | 321:1-12 | Acushnet | 602; 403 | | | |
| | | 321:22 | Acushnet | 602; 403 | | | |
| | | 322:1-8 | Acushnet | 602; 403 | | | |
| | | 323:14-22 | Acushnet | | | | |
| | | 324:1-15 | Acushnet | | | | |
| | | 325:19-22 | Acushnet | 602; 802; 403 | | | |
| | | 326:1-22 | Acushnet | 403; 602; 802 | | | |
| | | 327:1-2 | Acushnet | 403; 602; 802 | | | |
| | | 328:5-15 | Acushnet | | | | |
| 5-9-07 | Michael Yagley | 350:14-17 | Acushnet | | | | |
| | | 350:21-22 | Acushnet | | | | |
| | | 351:1-8 | Acushnet | 106 | | | |
| | | 353:22 | Acushnet | | | | |
| | | 354:1-8 | Acushnet | | | | |
| | | 354:12-22 | Acushnet | | | | |
| | | 355:1-22 | Acushnet | | | | |
| | | 356:1-22 | Acushnet | | | | |
| | | 357:1-20 | Acushnet | | | | |
| | | 358:2-22 | Acushnet | | | | |
| | | 359:1-3 | Acushnet | | | | |
| | | 360:3-19 | Acushnet | 602; 802 | | | |
| | | 361:3-14 | Acushnet | 602; 403; 402 | | | |
| | | 361:17-22 | Acushnet | 403; 402; 602 | | | |
| | | 362:1-22 | Acushnet | 402; 403 | | | |
| | | 363:1-22 | Acushnet | 402; 403; 602; 701 | | | |
| | | 364:1-20 | Acushnet | 402; 403; 602; 701 | | | |
| | | 367:3-22 | Acushnet | | | | |
| | | 368:1-7 | Acushnet | 106; 602 | | | |
| | | 368:14-22 | Acushnet | 106; 602; 802 | | | |
| | | 369:1-2 | Acushnet | | | | |
| | | 369:5-13 | Acushnet | 106 | | | |
| | | 370:2-22 | Acushnet | | | | |
| | | 371:1-22 | Acushnet | 402; 802 | | | |
| | | 372:1-22 | Acushnet | 402; 802 | | | |
| | | 373:1-2 | Acushnet | | | | |
| | | 373:10-22 | Acushnet | | | | |
| | | 374:1-22 | Acushnet | | | | |
| | | 375:1-8 | Acushnet | | | | |
| | | 375:11-22 | Acushnet | | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| 5-9-07 | Yagley (cont) | 376:1-14 | Acushnet | | | | |
| | | 376:17-22 | Acushnet | | | | |
| | | 377:1-4 | Acushnet | | | | |
| | | 379:5-22 | Acushnet | | | | |
| | | 380:1-22 | Acushnet | | | | |
| | | 381:1-22 | Acushnet | | | | |
| | | 382:1-22 | Acushnet | | | | |
| | | 383:1-6 | Acushnet | | | | |
| | | 384:8-19 | Acushnet | | | | |
| | | 385:2-17 | Acushnet | | | | |
| | | 387:3-21 | Acushnet | | | | |
| | | 391:9-22 | Acushnet | | | | |
| | | 392:1-4 | Acushnet | | | | |
| | | 392:6-7 | Acushnet | | | | |
| | | 392:12-22 | Acushnet | | | | |
| | | 393:1-19 | Acushnet | | | | |
| | | 394:5-12 | Acushnet | 106 | | | |
| | | 394:18-21 | Acushnet | | | | |
| | | 395:14-22 | Acushnet | | | | |
| | | 396:1-22 | Acushnet | | | | |
| | | 397:10-20 | Acushnet | | | | |
| | | 397:22 | Acushnet | | | | |
| | | 398:1-22 | Acushnet | | | | |
| | | 399:1-5 | Acushnet | | | | |
| | | 400:2-16 | Acushnet | | | | |
| | | 401:5-17 | Acushnet | | | | |
| | | 402:2-19 | Acushnet | | | | |
| | | 404:2-22 | Acushnet | | | | |
| | | 405:1-22 | Acushnet | | | | |
| | | 406:1-2 | Acushnet | | | | |
| | | 407:2-22 | Acushnet | | | | |
| | | 408:1-22 | Acushnet | | | | |
| | | 409:1-22 | Acushnet | | | | |
| | | 410:1-22 | Acushnet | | | | |
| | | 411:1-22 | Acushnet | | | | |
| | | 412:1-22 | Acushnet | | | | |
| | | 413:1-22 | Acushnet | 602 | | | |
| | | 414:1-20 | Acushnet | 602 | | | |
| | | 415:3-22 | Acushnet | | | | |
| | | 416:1-22 | Acushnet | 602 | | | |
| | | 417:1-22 | Acushnet | 602 | | | |
| | | 418:1-7 | Acushnet | | | | |
| | | 418:16-22 | Acushnet | | | | |
| | | 419:1-22 | Acushnet | | | | |
| | | 420:1-22 | Acushnet | | | | |
| | | 421:1-22 | Acushnet | 602 | | | |
| | | 422:3-22 | Acushnet | | | | |
| | | 423:1-13 | Acushnet | 602 | | | |

43

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| 5-9-07 | Yagley (cont) | 424:6-22 | Acushnet | | | | |
| | | 425:1-4 | Acushnet | | | | |
| | | 425:16-22 | Acushnet | | | | |
| | | 426:1-8 | Acushnet | | | | |
| | | 426:18-22 | Acushnet | 602 | | | |
| | | 427:1-4 | Acushnet | 602 | | | |
| | | 427:10-18 | Acushnet | | | | |
| | | 428:9-22 | Acushnet | | | | |
| | | 429:1-17 | Acushnet | | | | |
| | | 431:6-16 | Acushnet | 106; 402; 403 | | | |
| | | 433:3-22 | Acushnet | 402; 403 | | | |
| | | 434:1-4 | Acushnet | 402; 403 | | | |
| | | 434:8-22 | Acushnet | 402; 403; 602; 802 | | | |
| | | 434:1-15 | Acushnet | 402; 403; 602 | | | |
| | | 436:3-12 | Acushnet | | | | |
| | | 437:6-22 | Acushnet | | | | |
| | | 438:1-5 | Acushnet | | | | |
| | | 439:4-8 | Acushnet | 402; 403 | | | |
| | | 439:11-22 | Acushnet | 402; 403 | | | |
| | | 440:1-2 | Acushnet | 402; 403 | | | |
| | | 440:18-22 | Acushnet | 402; 403 | | | |
| | | 441:1-15 | Acushnet | 402; 403 | | | |
| | | 442:1-22 | Acushnet | 402; 403 | | | |
| | | 443:1-3 | Acushnet | 402; 403 | | | |
| | | 443:8-16 | Acushnet | 402; 403 | | | |
| | | 443:20-22 | Acushnet | 402; 403 | | | |
| | | 444:1-10 | Acushnet | 402; 403; 602 | | | |
| | | 444:13-22 | Acushnet | | | | |
| | | 445:1-5 | Acushnet | | | | |
| | | 445:20-22 | Acushnet | | | | |
| | | 446:1-22 | Acushnet | | | | |
| | | 447:1-9 | Acushnet | | | | |
| | | 451:8-22 | Acushnet | | | | |
| | | 452:3-20 | Acushnet | | | | |
| | | 453:9-22 | Acushnet | | | | |
| | | 454:1-5 | Acushnet | | | | |
| | | 454:7-8 | Acushnet | 106 | | | |
| | | 454:13-22 | Acushnet | | | | |
| | | 455:1-22 | Acushnet | | | | |
| | | 456:1-22 | Acushnet | | | | |
| | | 457:1-22 | Acushnet | | | | |
| | | 458:1-22 | Acushnet | | | | |
| | | 459:1-3 | Acushnet | | | | |
| | | 459:13-22 | Acushnet | | | | |
| | | 460:1-22 | Acushnet | | | | |
| | | 461:1-22 | Acushnet | | | | |
| | | 462:1-10 | Acushnet | | | | |

44

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-9-07 | Yagley (cont) | 462:13-17 | Acushnet | | | | |
| | | 463:3-6 | Acushnet | | | | |
| | | 466:4-22 | Acushnet | | | | |
| | | 467:1-11 | Acushnet | | | | |
| | | 467:13-15 | Acushnet | 402; 403 | | | |
| | | 469:14-22 | Acushnet | 402; 403 | | | |
| | | 470:1-22 | Acushnet | 402; 403 | | | |
| | | 471:1-14 | Acushnet | | | | |
| | | 472:2-21 | Acushnet | 402; 602 | | | |
| | | 473:14-22 | Acushnet | 402; 403; 602 | | | |
| | | 474:1-16 | Acushnet | 402; 403; 602 | | | |
| | | | | | | | |
| **5-8-07** | **Marlo Cormier** | 8:10-24 | Acushnet | 106 | 5:21-6:2 | Callaway | |
| | | 9:1-23 | Acushnet | 106 | 12:13-19 | Callaway | |
| | | 42:12-24 | Acushnet | | 44:9-45:1; 63:4-64:1 | | |
| | | 43:1-23 | Acushnet | | | | |
| | | 44:2-3 | Acushnet | 106 | | Callaway | |
| | | | | | | | |
| **5-11-07** | **Thomas J. Kennedy, III** | 11:12-16 | Acushnet | | 37:6-11 | Callaway | |
| | | 13:23-24 | Acushnet | 106; 402; 403 | 37:22-38:3 | Callaway | |
| | | 32:10-24 | Acushnet | | 37:9-12 | Callaway | |
| | | 33:1-24 | Acushnet | | 40:11-13 | Callaway | |
| | | 34:1-24 | Acushnet | | 40:19-41:5 | Callaway | |
| | | 35:1-24 | Acushnet | | 58:2-59:24 | Callaway | |
| | | 36:1-24 | Acushnet | | 60:5-16 | Callaway | |
| | | 37:1-5 | Acushnet | | 60:21-61:12 | Callaway | |
| | | 39:13-19 | Acushnet | | 65:14-66:17 | Callaway | |
| | | 42:16-22 | Acushnet | 402; 403 | 80:12-81:3 | Callaway | |
| | | 48:14-24 | Acushnet | | 85:15-18 | Callaway | |
| | | 49:1-12 | Acushnet | 602; 402 | 85:22-23 | Callaway | |
| | | 51:1-24 | Acushnet | | 86:1-24 | Callaway | |
| | | 52:1-13 | Acushnet | | 87:3-4 | Callaway | |
| | | 52:24 | Acushnet | | 91:20-94:5 | Callaway | |
| | | 53:1-24 | Acushnet | 402; 403 | 96:1-13 | Callaway | |
| | | 54:1-24 | Acushnet | 402; 403 | 97:1-2 | Callaway | |
| | | 55:1-24 | Acushnet | 402; 403 | 100:2 | Callaway | |
| | | 56:6-19 | Acushnet | | 100:6-7 | Callaway | |
| | | 57:10-24 | Acushnet | | 101:11-102:6 | Callaway | |
| | | 58:1 | Acushnet | | 107:15-108:5 | Callaway | |
| | | 60:1-4 | Acushnet | 403 | 108:16-109:1 | Callaway | |
| | | 60:17-20 | Acushnet | | 120:8-12 | Callaway | |
| | | 62:1-3 | Acushnet | | 120:15-16 | Callaway | |
| | | 62:11-19 | Acushnet | | 120:18-121:6 | Callaway | |
| | | 63:11-24 | Acushnet | | 122:4-10 | Callaway | |
| | | 64:19-24 | Acushnet | | 122:13-15 | Callaway | |

45

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-11-07 | Kennedy (cont) | 65:1-13 | Acushnet | | 133:14-24 | Callaway | |
| | | 66:18-24 | Acushnet | | 137:2-5 | Callaway | |
| | | 67:1-13 | Acushnet | | 141:3-22 | Callaway | |
| | | 67:16-24 | Acushnet | | 146:6-20 | Callaway | |
| | | 68:1-5 | Acushnet | | 151:7-10 | Callaway | |
| | | 68:9-17 | Acushnet | | 151:13 | Callaway | |
| | | 69:9-24 | Acushnet | | 151:15-19 | Callaway | |
| | | 70:1-15 | Acushnet | | 159:3-8 | Callaway | |
| | | 71:22-24 | Acushnet | | 160:3-7 | Callaway | |
| | | 72:1-17 | Acushnet | 402; 611 | 160:19-161:4 | Callaway | |
| | | 73:14-24 | Acushnet | | 162:9-163:10 | Callaway | |
| | | 74:1-16 | Acushnet | | 164:6-22 | Callaway | |
| | | 75:3-12 | Acushnet | | 178:10-179:2 | Callaway | |
| | | 77:1-14 | Acushnet | | 179:18-24 | Callaway | |
| | | 81:4-24 | Acushnet | | 181:1-24 | Callaway | |
| | | 82:1-3 | Acushnet | | 183:14-17 | Callaway | |
| | | 83:2-6 | Acushnet | | 185:9-16 | Callaway | |
| | | 83:14-16 | Acushnet | 402; 403; 602 | 185:19-20 | Callaway | |
| | | 84:4-14 | Acushnet | 602; 403; 402 | 185:22-186:10 | Callaway | |
| | | 90:9-12 | Acushnet | 402; 403; 106 | 196:14-197:4 | Callaway | |
| | | 90:15-16 | Acushnet | 402; 403; 106 | 199:17-20 | Callaway | |
| | | 91:8-18 | Acushnet | | 204:10-11 | Callaway | |
| | | 95:5-13 | Acushnet | | 205:19-23 | Callaway | |
| | | 95:17-24 | Acushnet | | 206:1-15 | Callaway | |
| | | 97:8-24 | Acushnet | | 208:4-6 | Callaway | |
| | | 98:1-24 | Acushnet | | 209:23-210:12 | Callaway | |
| | | 99:1-17 | Acushnet | 611; 403; 402 | 212:4-213:10 | Callaway | |
| | | 99:22-24 | Acushnet | 611; 403; 402 | 215:23-24 | Callaway | |
| | | 100:1 | Acushnet | | 222:21-22 | Callaway | |
| | | 100:16-24 | Acushnet | | 223:1-20 | Callaway | |
| | | 101:1-10 | Acushnet | | 227:21-230:1 | Callaway | |
| | | 102:7-10 | Acushnet | 602; 611; 403 | 238:11 | Callaway | |
| | | 102:18-24 | Acushnet | 602; 611; 403 | 246:13-24 | Callaway | |
| | | 103:1-6 | Acushnet | | 247:11-13 | Callaway | |
| | | 103:20-24 | Acushnet | | 247:17-22 | Callaway | |
| | | 104:1-21 | Acushnet | 602 | 248:5-9 | Callaway | |
| | | 105:12-21 | Acushnet | 602 | | | |
| | | 105:23-24 | Acushnet | 602; 611 | | | |
| | | 106:2-8 | Acushnet | | | | |
| | | 107:7-14 | Acushnet | | | | |
| | | 108:6-15 | Acushnet | | | | |
| | | 111:1-16 | Acushnet | 602; 403; 611 | | | |
| | | 111:19-24 | Acushnet | 602; 403; 611 | | | |
| | | 112:1-16 | Acushnet | 602 | | | |
| | | 115:9-24 | Acushnet | 602; 403; 611 | | | |
| | | 116:1-20 | Acushnet | 602; 403; 611 | | | |
| | | 117:9-24 | Acushnet | | | | |

46

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|------------|
| 5-11-07 | Kennedy (cont) | 118:1-24 | Acushnet | 602; 611; 402; 403 | | | |
| | | 119:1-11 | Acushnet | 602; 611; 402; 403 | | | |
| | | 119:19-23 | Acushnet | | | | |
| | | 121:7-18 | Acushnet | | | | |
| | | 121:22-24 | Acushnet | 611; 602; 402; 403 | | | |
| | | 122:1-2 | Acushnet | 106; 402; 403 | | | |
| | | 122:17-24 | Acushnet | 106; 402; 403 | | | |
| | | 123:1-16 | Acushnet | 611; 402; 403 | | | |
| | | 123:20-24 | Acushnet | 611; 402; 403 | | | |
| | | 124:1-7 | Acushnet | 611; 402; 403 | | | |
| | | 124:9-16 | Acushnet | 611; 402; 403 | | | |
| | | 124:19-24 | Acushnet | 611; 402; 403 | | | |
| | | 125:1-22 | Acushnet | 611; 402; 403 | | | |
| | | 126:9-24 | Acushnet | 611; 402; 403 | | | |
| | | 127:1-3 | Acushnet | 611; 402; 403 | | | |
| | | 127:5 | Acushnet | 611; 402; 403 | | | |
| | | 127:23-24 | Acushnet | 611; 402; 403 | | | |
| | | 128:1-24 | Acushnet | 402; 403 | | | |
| | | 129:1-24 | Acushnet | 402; 403 | | | |
| | | 130:1-24 | Acushnet | 402; 403 | | | |
| | | 131:1-18 | Acushnet | 402; 403 | | | |
| | | 131:24 | Acushnet | 402; 403 | | | |
| | | 132:1-4 | Acushnet | 611; 402; 403 | | | |
| | | 132:11-24 | Acushnet | | | | |
| | | 133:1-13 | Acushnet | 611; 402; 403; 106 | | | |
| | | 134:10-17 | Acushnet | 602; 611; 403 | | | |
| | | 134:21-24 | Acushnet | 602; 611; 403 | | | |
| | | 135:1-2 | Acushnet | 602; 611; 403 | | | |
| | | 136:2-22 | Acushnet | 611; 602; 403; 402 | | | |
| | | 136:24 | Acushnet | 611; 602; 403; 402 | | | |
| | | 137:1 | Acushnet | 611; 602; 403; 402; 106 | | | |
| | | 138:20-21 | Acushnet | 611 | | | |
| | | 138:23-24 | Acushnet | 611 | | | |
| | | 139:1-24 | Acushnet | | | | |
| | | 140:1-12 | Acushnet | 611 | | | |
| | | 140:15-24 | Acushnet | 611 | | | |
| | | 141:1-2 | Acushnet | | | | |
| | | 141:23-24 | Acushnet | | | | |
| | | 142:1-24 | Acushnet | | | | |
| | | 143:1-16 | Acushnet | | | | |
| | | 143:23-24 | Acushnet | | | | |
| | | 144:1-3 | Acushnet | 611 | | | |

47

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-11-07 | Kennedy (cont) | 144:22-24 | Acushnet | 611 | | | |
| | | 145:2-21 | Acushnet | 611 | | | |
| | | 145:23-24 | Acushnet | 611 | | | |
| | | 146:1-5 | Acushnet | | | | |
| | | 146:21-24 | Acushnet | | | | |
| | | 147:1-21 | Acushnet | 611 | | | |
| | | 147:23-24 | Acushnet | | | | |
| | | 148:1-22 | Acushnet | | | | |
| | | 149:3-16 | Acushnet | | | | |
| | | 152:4-18 | Acushnet | | | | |
| | | 153:16-24 | Acushnet | | | | |
| | | 154:1-4 | Acushnet | | | | |
| | | 154:15-24 | Acushnet | | | | |
| | | 155:1-14 | Acushnet | | | | |
| | | 157:1-2 | Acushnet | 611 | | | |
| | | 157:4-12 | Acushnet | 611 | | | |
| | | 158:13-24 | Acushnet | | | | |
| | | 159:1-2 | Acushnet | 106; 403 | | | |
| | | 159:9-24 | Acushnet | 106; 403 | | | |
| | | 160:1-2 | Acushnet | 106; 403 | | | |
| | | 160:8-18 | Acushnet | 106; 403 | | | |
| | | 161:5-20 | Acushnet | 106; 403 | | | |
| | | 161:22-24 | Acushnet | 106; 602; 611 | | | |
| | | 162:1-4 | Acushnet | 106; 602; 611 | | | |
| | | 162:6-8 | Acushnet | | | | |
| | | 165:24 | Acushnet | | | | |
| | | 166:1-4 | Acushnet | | | | |
| | | 176:2-24 | Acushnet | | | | |
| | | 177:1-24 | Acushnet | | | | |
| | | 178:1 | Acushnet | | | | |
| | | 179:6-17 | Acushnet | | | | |
| | | 180:1-24 | Acushnet | | | | |
| | | 182:1-4 | Acushnet | | | | |
| | | 182:23-24 | Acushnet | | | | |
| | | 183:1-13 | Acushnet | | | | |
| | | 183:18-24 | Acushnet | | | | |
| | | 184:1-7 | Acushnet | 611 | | | |
| | | 184:9-24 | Acushnet | 611 | | | |
| | | 185:1-8 | Acushnet | 402; 403 | | | |
| | | 186:11-12 | Acushnet | 611; 402; 403 | | | |
| | | 186:18-24 | Acushnet | | | | |
| | | 187:1-10 | Acushnet | 402; 403 | | | |
| | | 187:13-24 | Acushnet | 402; 403 | | | |
| | | 188:1-19 | Acushnet | 611; 403; 402 | | | |
| | | 188:22-24 | Acushnet | 403; 402 | | | |
| | | 189:1-14 | Acushnet | 611; 403; 402 | | | |
| | | 189:16-24 | Acushnet | 611; 403; 402 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-11-07 | Kennedy (cont) | 190:1-5 | Acushnet | | | | |
| | | 190:13-24 | Acushnet | | | | |
| | | 191:1 | Acushnet | | | | |
| | | 192:15-20 | Acushnet | | | | |
| | | 192:22-24 | Acushnet | | | | |
| | | 194:3-24 | Acushnet | | | | |
| | | 195:1-2 | Acushnet | | | | |
| | | 195:11-24 | Acushnet | | | | |
| | | 196:1-13 | Acushnet | | | | |
| | | 197:5-24 | Acushnet | | | | |
| | | 198:1-18 | Acushnet | | | | |
| | | 199:11-16 | Acushnet | 106 | | | |
| | | 199:21-24 | Acushnet | | | | |
| | | 200:1-24 | Acushnet | | | | |
| | | 201:1-3 | Acushnet | | | | |
| | | 203:21-24 | Acushnet | | | | |
| | | 204:1-9 | Acushnet | 106; 402; 403; 802 | | | |
| | | 204:12-24 | Acushnet | 402; 403; 802 | | | |
| | | 205:1-18 | Acushnet | 402; 403; 802 | | | |
| | | 207:16-24 | Acushnet | | | | |
| | | 208:1-3 | Acushnet | 802; 602 | | | |
| | | 208:7-24 | Acushnet | 802; 602 | | | |
| | | 209:1-22 | Acushnet | 802; 602 | | | |
| | | 213:17-24 | Acushnet | | | | |
| | | 214:1-24 | Acushnet | 802 | | | |
| | | 215:1-22 | Acushnet | 802 | | | |
| | | 216:1-5 | Acushnet | | | | |
| | | 217:11-24 | Acushnet | | | | |
| | | 218:1-7 | Acushnet | | | | |
| | | 218:13-22 | Acushnet | | | | |
| | | 219:3-24 | Acushnet | | | | |
| | | 220:1-12 | Acushnet | | | | |
| | | 220:16-24 | Acushnet | | | | |
| | | 221:1-24 | Acushnet | | | | |
| | | 222:1-20 | Acushnet | | | | |
| | | 223:23-24 | Acushnet | | | | |
| | | 224:1-24 | Acushnet | | | | |
| | | 225:1 | Acushnet | | | | |
| | | 225:3-16 | Acushnet | | | | |
| | | 226:6-19 | Acushnet | | | | |
| | | 230:6-18 | Acushnet | | | | |
| | | 231:4-24 | Acushnet | 802 | | | |
| | | 232:1-7 | Acushnet | | | | |
| | | 232:21-24 | Acushnet | | | | |
| | | 233:1-24 | Acushnet | | | | |
| | | 234:1-19 | Acushnet | | | | |

49

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-11-07 | Kennedy (cont) | 237:15-24 | Acushnet | 408 | | | |
| | | 238:1-7 | Acushnet | 402; 403; 408; 106 | | | |
| | | 241:13-24 | Acushnet | | | | |
| | | 242:1-24 | Acushnet | | | | |
| | | 243:1 | Acushnet | | | | |
| | | 243:5 | Acushnet | | | | |
| | | 243:13-21 | Acushnet | | | | |
| | | 245:6-24 | Acushnet | | | | |
| | | 246:1-8 | Acushnet | 611; 402; 403; 602 | | | |
| | | 246:11 | Acushnet | 611; 402; 403; 602 | | | |
| | | 247:23-24 | Acushnet | 611; 402; 403; 602 | | | |
| | | 248:1 | Acushnet | 611; 402; 403; 602 | | | |
| | | 248:3 | Acushnet | 611; 402; 403; 602 | | | |
| | | | Acushnet | | | | |
| 5-18-07 | Steve Ogg | 7:1-14 | Acushnet | | 21:19-22:6 | Callaway | |
| | | 9:4-22 | Acushnet | | 30:22-31:7 | Callaway | |
| | | 10:1-22 | Acushnet | | 32:7-33:2 | Callaway | |
| | | 11:1-2 | Acushnet | | 36:22-376 | Callaway | |
| | | 11:11-22 | Acushnet | | 37:20-38:4 | Callaway | |
| | | 12:1-22 | Acushnet | | 38:8-22 | Callaway | |
| | | 13:1-22 | Acushnet | | 44:1-18 | Callaway | |
| | | 14:1-22 | Acushnet | | 47:5-48:3 | Callaway | |
| | | 15:1-22 | Acushnet | | 50:19-51:3 | Callaway | |
| | | 16:1-22 | Acushnet | | 54:17-22 | Callaway | |
| | | 17:1-3 | Acushnet | | 55:5-10 | Callaway | |
| | | 17:17-22 | Acushnet | | 60:3-8 | Callaway | |
| | | 18:1-3 | Acushnet | | 68:9-12 | Callaway | |
| | | 18:6-9 | Acushnet | | 69:17-71:5 | Callaway | |
| | | 27:6-8 | Acushnet | | 74:2-19 | Callaway | |
| | | 27:10-22 | Acushnet | | 78:16-20 | Callaway | |
| | | 28:1-22 | Acushnet | | 87:15-22 | Callaway | |
| | | 29:1-22 | Acushnet | | 90:10-13 | Callaway | |
| | | 30:1-17 | Acushnet | | 94:17-19 | Callaway | |
| | | 31:12-21 | Acushnet | | 95:6-11 | Callaway | |
| | | 33:3-22 | Acushnet | | 102:10-103:11 | Callaway | |
| | | 34:1-22 | Acushnet | | 104:16-19 | Callaway | |
| | | 35:1-22 | Acushnet | | 104:22-105:3 | Callaway | |
| | | 36:1-19 | Acushnet | | 108:7-15 | Callaway | |
| | | 37:7-19 | Acushnet | | 120:3-121:12 | Callaway | |
| | | 38:5-7 | Acushnet | | 121:21 | Callaway | |
| | | 40:20-22 | Acushnet | | 123:15-18 | Callaway | |
| | | 41:1-22 | Acushnet | | 126:2-127:3 | Callaway | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-18-07 | Ogg (cont) | 42:1-22 | Acushnet | | 129:15-16 | Callaway | |
| | | 43:1-5 | Acushnet | | 131:3-11 | Callaway | |
| | | 43:8-22 | Acushnet | | 133:2-10 | Callaway | |
| | | 44:3-15 | Acushnet | | 133:21-134:2 | Callaway | |
| | | 44:19-22 | Acushnet | | 137:4-6 | Callaway | |
| | | 45:1-22 | Acushnet | | 139:12-14 | Callaway | |
| | | 46:1-22 | Acushnet | | 141:11-22 | Callaway | |
| | | 47:1-4 | Acushnet | | 143:1-3 | Callaway | |
| | | 48:5-22 | Acushnet | | 149:3-12 | Callaway | |
| | | 49:1-10 | Acushnet | | 149:18-21 | Callaway | |
| | | 49:18-22 | Acushnet | | 152:11-19 | Callaway | |
| | | 50:1-11 | Acushnet | | 156:5-6 | Callaway | |
| | | 51:4-22 | Acushnet | | 159:18-21 | Callaway | |
| | | 52:1-22 | Acushnet | | 162:3-19 | Callaway | |
| | | 53:1-22 | Acushnet | | 163:7-8 | Callaway | |
| | | 54:1-5 | Acushnet | | 166:13-19 | Callaway | |
| | | 55:1-4 | Acushnet | | 167:10-15 | Callaway | |
| | | 55:11-22 | Acushnet | | 168:3-11 | Callaway | |
| | | 56:1-22 | Acushnet | | 171:18-172:1 | Callaway | |
| | | 57:1-9 | Acushnet | | 172:6-15 | Callaway | |
| | | 57:16-22 | Acushnet | | 172:19-173:9 | Callaway | |
| | | 58:1-8 | Acushnet | | 178:21-179:2 | Callaway | |
| | | 58:12-22 | Acushnet | | 179:4-7 | Callaway | |
| | | 59:1-2 | Acushnet | | 179:9-180:2 | Callaway | |
| | | 59:20-22 | Acushnet | | | | |
| | | 60:1-2 | Acushnet | | | | |
| | | 60:22 | Acushnet | | | | |
| | | 61:1-22 | Acushnet | | | | |
| | | 62:1-22 | Acushnet | | | | |
| | | 63:1-19 | Acushnet | | | | |
| | | 64:11-22 | Acushnet | | | | |
| | | 65:1-22 | Acushnet | | | | |
| | | 66:1-9 | Acushnet | | | | |
| | | 66:12-22 | Acushnet | | | | |
| | | 67:1-22 | Acushnet | | | | |
| | | 68:1-8 | Acushnet | | | | |
| | | 68:13-22 | Acushnet | | | | |
| | | 69:1-6 | Acushnet | | | | |
| | | 69:10-15 | Acushnet | | | | |
| | | 71:6-22 | Acushnet | | | | |
| | | 72:1-7 | Acushnet | | | | |
| | | 72:12-22 | Acushnet | 602 | | | |
| | | 73:1-22 | Acushnet | 602 | | | |
| | | 74:1 | Acushnet | 602; 106 | | | |
| | | 74:20-22 | Acushnet | | | | |
| | | 75:1 | Acushnet | | | | |
| | | 75:7-22 | Acushnet | | | | |
| | | 76:1-14 | Acushnet | | | | |

51

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|------|----------|-------------|---------|-----------|---------------------|---------|-----------|
| 5-18-07 | Ogg (cont) | 77:2-16 | Acushnet | | | | |
| | | 78:21-22 | Acushnet | | | | |
| | | 79:1-19 | Acushnet | | | | |
| | | 80:1-22 | Acushnet | 602; 402; 403 | | | |
| | | 81:1-7 | Acushnet | 602; 402; 403 | | | |
| | | 82:1-22 | Acushnet | | | | |
| | | 83:1-22 | Acushnet | | | | |
| | | 84:1-19 | Acushnet | 611 | | | |
| | | 84:21-22 | Acushnet | 611 | | | |
| | | 85:1-14 | Acushnet | | | | |
| | | 85:18-22 | Acushnet | | | | |
| | | 86:1-21 | Acushnet | | | | |
| | | 87:3-4 | Acushnet | 106 | | | |
| | | 87:3-22 | Acushnet | 106 | | | |
| | | 88:1-15 | Acushnet | | | | |
| | | 89:14-22 | Acushnet | | | | |
| | | 90:1 | Acushnet | 611; 602 | | | |
| | | 90:3-9 | Acushnet | 611; 602 | | | |
| | | 91:2-22 | Acushnet | | | | |
| | | 92:1-22 | Acushnet | | | | |
| | | 93:1-22 | Acushnet | | | | |
| | | 94:1-2 | Acushnet | | | | |
| | | 94:9-16 | Acushnet | | | | |
| | | 95:16-22 | Acushnet | | | | |
| | | 96:1-22 | Acushnet | | | | |
| | | 97:1-22 | Acushnet | | | | |
| | | 98:1-22 | Acushnet | | | | |
| | | 99:1-22 | Acushnet | | | | |
| | | 100:1-22 | Acushnet | | | | |
| | | 101:1-22 | Acushnet | | | | |
| | | 102:1-6 | Acushnet | | | | |
| | | 103:12-22 | Acushnet | | | | |
| | | 104:1-15 | Acushnet | | | | |
| | | 105:20-22 | Acushnet | | | | |
| | | 106:1-22 | Acushnet | | | | |
| | | 107:1-20 | Acushnet | | | | |
| | | 110:9-22 | Acushnet | | | | |
| | | 111:1-10 | Acushnet | | | | |
| | | 112:1-13 | Acushnet | | | | |
| | | 113:17-21 | Acushnet | | | | |
| | | 114:14:22 | Acushnet | | | | |
| | | 115:1-22 | Acushnet | | | | |
| | | 116:1-7 | Acushnet | | | | |
| | | 121:18-20 | Acushnet | | | | |
| | | 122:5-22 | Acushnet | 802; 611 | | | |
| | | 123:1-14 | Acushnet | 611 | | | |
| | | 123:19-22 | Acushnet | 611 | | | |
| | | 124:1-6 | Acushnet | 611 | | | |

52

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-18-07 | Ogg (cont) | 124:11-19 | Acushnet | 602 | | | |
| | | 125:9-19 | Acushnet | 602 | | | |
| | | 126:4-8 | Acushnet | | | | |
| | | 126:11-14 | Acushnet | | | | |
| | | 126:17-21 | Acushnet | | | | |
| | | 129:6-11 | Acushnet | | | | |
| | | 129:17-22 | Acushnet | | | | |
| | | 130:1-22 | Acushnet | 602 | | | |
| | | 131:1-2 | Acushnet | 602 | | | |
| | | 131:12-22 | Acushnet | | | | |
| | | 132:1 | Acushnet | | | | |
| | | 132:9-12 | Acushnet | 611 | | | |
| | | 132:16 | Acushnet | 611; 602 | | | |
| | | 133:19-20 | Acushnet | | | | |
| | | 134:3-18 | Acushnet | | | | |
| | | 137:2-3 | Acushnet | | | | |
| | | 137:7-11 | Acushnet | | | | |
| | | 138:2-11 | Acushnet | | | | |
| | | 139:10-11 | Acushnet | | | | |
| | | 139:15-17 | Acushnet | 602; 802; 403 | | | |
| | | 139:22 | Acushnet | 602; 802; 403 | | | |
| | | 140:1-22 | Acushnet | 602; 802; 403 | | | |
| | | 141:1-10 | Acushnet | 602; 802; 403 | | | |
| | | 142:5-11 | Acushnet | 602; 403 | | | |
| | | 144:8-10 | Acushnet | | | | |
| | | 144:12-22 | Acushnet | | | | |
| | | 145:1-22 | Acushnet | | | | |
| | | 146:1-22 | Acushnet | | | | |
| | | 147:1-22 | Acushnet | | | | |
| | | 148:1-2 | Acushnet | 602; 611; 403 | | | |
| | | 148:18-22 | Acushnet | 602; 611; 403 | | | |
| | | 149:1-2 | Acushnet | 602; 611; 403 | | | |
| | | 149:16-17 | Acushnet | 602; 403 | | | |
| | | 149:22 | Acushnet | 602; 403 | | | |
| | | 150:1-5 | Acushnet | | | | |
| | | 150:21-22 | Acushnet | | | | |
| | | 151:1-21 | Acushnet | | | | |
| | | 152:9-10 | Acushnet | | | | |
| | | 152:20-22 | Acushnet | | | | |
| | | 153:1-3 | Acushnet | | | | |
| | | 153:19-22 | Acushnet | | | | |
| | | 154:1-19 | Acushnet | | | | |
| | | 155:13-22 | Acushnet | 602; 403 | | | |
| | | 156:1-4 | Acushnet | 602; 403 | | | |
| | | 156:7-10 | Acushnet | | | | |
| | | 156:21-22 | Acushnet | | | | |
| | | 157:1 | Acushnet | | | | |
| | | 159:15-17 | Acushnet | 602; 408; 403 | | | |

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 5-18-07 | Ogg (cont) | 159:22 | Acushnet | 602; 408; 403 | | | |
| | | 160:1-22 | Acushnet | 602; 408; 403 | | | |
| | | 161:1-7 | Acushnet | 602; 408; 403 | | | |
| | | 163:4-6 | Acushnet | 602; 403 | | | |
| | | 163:9-12 | Acushnet | | | | |
| | | 163:20-22 | Acushnet | | | | |
| | | 164:1-6 | Acushnet | | | | |
| | | 166:1-12 | Acushnet | | | | |
| | | 167:2-5 | Acushnet | 602; 403 | | | |
| | | 167:16-22 | Acushnet | 602; 403 | | | |
| | | 168:1-2 | Acushnet | 602; 403 | | | |
| | | 168:12-22 | Acushnet | 602; 403 | | | |
| | | 169:1-8 | Acushnet | | | | |
| | | 170:1-15 | Acushnet | | | | |
| | | 174:15-22 | Acushnet | | | | |
| | | 175:1-5 | Acushnet | | | | |
| | | | | | | | |
| 10-25-07 | James R. Proudfit | 6:4-9 | Acushnet | | | | |
| | | 8:25 | Acushnet | | | | |
| | | 9:1-23 | Acushnet | | | | |
| | | 11:4-6 | Acushnet | | | | |
| | | 11:8-25 | Acushnet | | | | |
| | | 12:1-19 | Acushnet | | | | |
| | | 13:5-8 | Acushnet | | | | |
| | | 13:13-15 | Acushnet | | | | |
| | | 14:7-15 | Acushnet | | | | |
| | | 16:12-23 | Acushnet | | | | |
| | | 21:10-25 | Acushnet | | | | |
| | | 22:1-25 | Acushnet | | | | |
| | | 23:1-25 | Acushnet | | | | |
| | | 24:1-11 | Acushnet | | | | |
| | | 25:6-16 | Acushnet | | | | |
| | | 31:21-24 | Acushnet | | | | |
| | | 32:3-23 | Acushnet | | | | |
| | | 41:19-25 | Acushnet | | | | |
| | | 42:1-11 | Acushnet | | | | |
| | | 44:3-23 | Acushnet | | | | |
| | | 48:11-24 | Acushnet | | | | |
| | | 50:7-25 | Acushnet | | | | |
| | | 51:1-24 | Acushnet | | | | |
| 10-17-07 | R. James Galipeau | 6:13-16 | Acushnet | | | | |
| | | 7:17-25 | Acushnet | | | | |
| | | 8:1-5 | Acushnet | | | | |
| | | 9:18-25 | Acushnet | | | | |
| | | 10:1-25 | Acushnet | | | | |
| | | 11:1-6 | Acushnet | | | | |

54

| DATE | DEPONENT | DESIGNATION | SPONSOR | OBJECTION | COUNTER-DESIGNATION | SPONSOR | OBJECT-ION |
|---|---|---|---|---|---|---|---|
| 10-17-07 | Galipeau (cont) | 11:17-25 | Acushnet | | | | |
| | | 12:1-15 | Acushnet | | | | |
| | | 13:1-3 | Acushnet | | | | |
| | | 13:5-16 | Acushnet | | | | |
| | | 14:16-25 | Acushnet | | | | |
| | | 15:1-10 | Acushnet | | | | |
| | | 15:25 | Acushnet | | | | |
| | | 16:1-12 | Acushnet | | | | |
| | | 16:23-25 | Acushnet | | | | |
| | | 17:1-5 | Acushnet | | | | |
| | | 17:25 | Acushnet | | | | |
| | | 18:1-23 | Acushnet | | | | |
| | | 19:12-25 | Acushnet | | | | |
| | | 21:19-25 | Acushnet | | | | |
| | | 22:1-20 | Acushnet | | | | |
| | | 24:24-25 | Acushnet | | | | |
| | | 25:1-20 | Acushnet | | | | |
| | | 26:2-15 | Acushnet | | | | |
| | | 27:7-25 | Acushnet | | | | |
| | | 28:1-25 | Acushnet | | | | |
| | | 29:1 | Acushnet | | | | |
| | | 29:17-25 | Acushnet | | | | |
| | | 30:1-25 | Acushnet | | | | |
| | | 31:1-6 | Acushnet | | | | |
| | | 34:2-25 | Acushnet | | | | |
| | | 35:1-14 | Acushnet | | | | |
| | | 36:18-25 | Acushnet | | | | |
| | | 37:1-25 | Acushnet | | | | |
| | | 38:1-10 | Acushnet | | | | |
| | **Phil Mickelson** | To be provided by Acushnet upon receipt of the final transcript | Acushnet | | | | |
| | **Greg Norman** | To be provided by Acushnet upon receipt of the final transcript | Acushnet | | | | |

55

# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

          Plaintiff,

     v.

ACUSHNET COMPANY,

          Defendant.

C. A. No. 06-91 (SLR)

## **EXHIBIT 11**

## **STATEMENT OF WHAT PLAINTIFF INTENDS TO PROVE**

Callaway Golf respectfully submits the following list of what it intends to prove at trial in the above-titled action.  In addition to the items identified below, Callaway Golf intends to prove the matters identified in its Complaint, in its interrogatory responses, and in the expert reports and rebuttal reports of its expert witnesses.  Callaway Golf also intends to offer proof on the issues of fact and issues of law identified by the parties in this Joint Pre-Trial Order.

## I.    INFRINGEMENT

1. Callaway Golf will prove by a preponderance of the evidence that Acushnet has infringed at least one of claims 1, 2, 4, and 5 of United States Patent No. 6,210,293.

2. Callaway Golf will prove by a preponderance of the evidence that Acushnet has infringed at least one of claims 1-11 of United States Patent No. 6,503,156.

3. Callaway Golf will prove by a preponderance of the evidence that Acushnet has infringed at least one of claims 1, 2, 4, and 5 of United States Patent No. 6,506,130.

4. Callaway Golf will prove by a preponderance of the evidence that Acushnet has infringed at least one of claims 1 and 3 of United States Patent No. 6,595,873.

5. Callaway Golf will prove by clear and convincing evidence that Acushnet's infringement of United States Patent No. 6,210,293 has been willful.

6. Callaway Golf will prove by clear and convincing evidence that Acushnet's infringement of United States Patent No. 6,503,156 has been willful.

7. Callaway Golf will prove by clear and convincing evidence that Acushnet's infringement of United States Patent No. 6,506,130 has been willful.

8. Callaway Golf will prove by clear and convincing evidence that Acushnet's infringement of United States Patent No. 6,595,873 has been willful.

## II.    BREACH OF CONTRACT

1. Callaway Golf will prove by a preponderance of the evidence that Acushnet has breached the 1996 Settlement Agreement**.**

## III.    DAMAGES

1. Callaway Golf will show entitlement to, and will specifically prove the amount of, damages in the form of lost profits that it is entitled to recover as a result of Acushnet's infringement of the patents-in-suit through November 30, 2007.

2. Callaway Golf will show entitlement to, and will specifically prove the amount of, damages in the form of a reasonable royalty that it is entitled to recover as a result of Acushnet's infringement of the patents-in-suit through November 30, 2007.

3. Callaway Golf will show entitlement to, and specifically seeks, damages in the form of lost profits that it is entitled to recover as a result of Acushnet's infringement of the patents-in-suit from December 1, 2007

through such time as Acushnet Company is enjoined from further infringement. To that end, Callaway Golf will seek an accounting to determine such damages for the period from December 1, 2007 through the time the injunction issues.

4.  Callaway Golf will show entitlement to, and specifically seeks, damages in the form of a reasonable royalty that it is entitled to recover as a result of Acushnet's infringement of the patents-in-suit from December 1, 2007 through such time as Acushnet is enjoined from further infringement. To that end, Callaway Golf will seek an accounting to determine such damages for the period from December 1, 2007 through the time the injunction issues.

## IV. OTHER

1.  Callaway Golf will establish its right to have the damages caused by Acushnet's infringement trebled or otherwise enhanced due to Acushnet's willful infringement.

2.  Callaway Golf will establish its right to prejudgment interest on account of the damages caused by Acushnet.

3.  Callaway Golf will establish that this is an exceptional case within the meaning of 35 U.S.C. § 285 such that it is entitled to its attorneys' fees and costs from Acushnet, as this Court permits.

4.  Callaway Golf will establish its right to a permanent injunction restraining Acushnet Company from any further acts of infringement of the patents-in-suit.

# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

          Plaintiff,

    v.

ACUSHNET COMPANY,

          Defendant.

C. A. No. 06-91 (SLR)

## EXHIBIT 12

## DEFENDANT ACUSHNET'S STATEMENT OF INTENDED PROOF

Defendant Acushnet Company ("Acushnet") hereby submits its statement of what it intends to prove at trial. In the following summary, Acushnet sets forth the main themes and points it intends to prove at trial. However, the list is not exhaustive and, in addition to what is set out, Acushnet reserves the right to prove any matters identified in its Answer to Callaway's Amended Complaint, in its interrogatory responses, and in the expert reports and rebuttal reports of its expert witnesses. Acushnet also intends to offer proof on the issues of fact and issues of law identified by the parties in this Joint Pre-Trial Order. Acushnet will also seek to disprove certain matters raised in Callaway's summary of issues.

## I.    INTRODUCTION

### A.    Acushnet Company.

For over 50 years, Acushnet Company has been the leading manufacturer of golf balls in the United States and the world. For over 40 years, Acushnet's *Titleist* brand of golf balls have been the "No. 1 Ball in Golf," which means that more professionals play the Titleist brand than any other brand of ball on professional tour events.

Acushnet's current product offering in the tour played ball category is a family of balls called the Titleist Pro V1.  The balls at issue are known as the Pro V1 and the Pro V1x (a dual core version of the Pro V1).  The Court may also hear reference to a "Pro V1*," pronounced "Pro V1 *STAR*" which was an earlier version of a ball similar in construction to the Pro V1x.

The Pro V1 family of balls, like the other Titleist balls before it, has garnered great success among professional players, highly-skilled amateurs, and other golfers who have an interest in playing the ball that the pros play.  The evidence will show that the reasons for this are many, including the fact that it is a high quality product and that it benefits from the *Titleist* brand name and associated cache of quality, as well as the fact that Titleist products are marketed well, have excellent quality control, and are accepted in the market as top quality products.

Acushnet designed and developed the Pro V1 balls itself.  It developed the urethane cover used on the balls as early as 1993, and used it on the prior art Professional ball.  Acushnet began applying urethane to multi-layer, solid construction balls in 1996.  Acushnet has over 50 patents of its own that cover one or more of the Pro V1 balls or the methods of making them.  The Pro V1 was not copied from the patents in suit, none of which even issued until after Acushnet had released the Pro V1.

**B.    The Claims at Issue.**

The claims at issue in the patents in suit are as follows:

- claims 1, 2, 4, and 5, of United States Patent No. 6,210,293

- claims 1-11 of United States Patent No. 6,503,156

- claims 1 and 3 of United States Patent No. 6,595,873; and

- claims 1, 2, 4, and 5 of United States Patent No. 6,506,130.

These claims are hereafter referred to as the "claims at issue."

II.    **INVALIDITY OF CALLAWAY'S PATENTS-IN-SUIT**

A.    **Obviousness**

1.    Acushnet will prove by clear and convincing evidence that the claims at issue are invalid under 35 U.S.C. § 103.  Acushnet may rely on some or all of the following combinations of prior art references:

- U.S. Patent No. 5,314,187 to Proudfit in view of U.S. Patent No. 4,674,751 to Molitor

- U.S. Patent No. 5,314,187 to Proudfit in view of U.S. Patent No. 5,334,673 to Wu

- U.S. Patent No. 5,314,187 to Proudfit in view of U.S. Patent No. 4,274,637 to Molitor

- U.S. Patent No. 4,431,193 to Nesbitt in view of U.S. Patent No. 4,674,751 to Molitor

- U.S. Patent No. 4,431,193 to Nesbitt in view of U.S. Patent No. 5,334,673 to Wu

- U.S. Patent No. 4,431,193 to Nesbitt in view of U.S. Patent No. 4,274,637 to Molitor

- The Wilson Ultra Tour Balata Golf Ball in view of in view of U.S. Patent No. 4,674,751 to Molitor

- The Wilson Ultra Tour Balata Golf Ball in view of in view of U.S. Patent No. 5,334,673 to Wu

- The Wilson Ultra Tour Balata Golf Ball in view of the Titleist Professional Golf Ball

- The Wilson Ultra Tour Balata Golf Ball in view of the Titleist Professional 2P Golf Ball

- Other art identified by Acushnet in its discovery responses

2.    Acushnet will establish  the scope and content of the prior art and the differences, if any, between the prior art and the asserted claims.

3.    Acushnet will demonstrate convincingly that it was well within the ordinary skill in the art to make a three-piece construction golf ball with a urethane outer layer by 1995.  Acushnet will show that the use of polyurethane as a cover material on golf balls was notoriously well-known for decades, and that the use and benefits of a three-piece construction golf ball were also well-known by 1995.  Acushnet will show that at this time a

3

person of ordinary skill in the art would have been motivated to combine the teachings of the prior art in the manner claimed by the patents-in-suit. For example, Acushnet will show that the Molitor `751 patent contains an express teaching to put a urethane cover onto a three-piece solid construction ball, such as the balls disclosed in the Nesbitt or Proudfit patents or the Wilson Ultra Tour Balata ball.  Many other examples of such motivations to combine the use of polyurethane on a three-piece construction golf ball (such as, for example, the teaching in the Wu patent to use polyurethane as a cover material for solid balls) also existed in the art by 1995.

4.      Acushnet will also convincingly rebut Callaway's attempt to save the patents in suit from invalidity by relying on the commercial success of the Pro V1.  Acushnet will show that the Pro V1 is covered by scores of its own patents and other technology, which makes the process of ascribing commercial success to any one or more of the patents in suit highly speculative.  Acushnet will also show that many factors unrelated to the patents in suit are responsible for the success of the Pro V1, a showing Callaway will be unable to dispute or rebut.

**B.      Anticipation**

1.      Acushnet may prove by clear and convincing evidence that the claims at issue are invalid because they are anticipated under 35 U.S.C. § 102 by U.S. Patent No. 4,431,193 to Nesbitt.  This proof depends on a ruling that the Nesbitt `193 patent incorporates by reference the Molitor `637 patent, an issue of law presently before the Court.

2.      Acushnet will prove by clear and convincing evidence that claims 1 and 2 of U.S. Patent No. 6,506,130 are also invalid as anticipated under 35 U.S.C. § 102 in light of at least U.S. Patent No. 5,314,187 to Proudfit and the Wilson Ultra Tour Balata Golf Ball.

**III.     LACHES**

1.      Acushnet will show that Callaway and Spalding delayed filing suit for an unreasonable and inexcusable length of time and its delay operated to the prejudice or injury of Acushnet.

**IV.     NON-INFRINGEMENT**

1.      Callaway has failed to meet its burden of proof that the claims at issue are infringed by any of the accused products.  Callaway has also failed to meet its burden of proof that all of the accused products are infringed by one or more of the claims at issue.

**V.      BREACH OF CONTRACT**

1.      Callaway has failed to prove by a preponderance of the evidence that Acushnet breached the 1996 Settlement Agreement.  Specifically, Callaway has failed to prove: (a) that it has enforceable rights under the 1996 Agreement; (b) that the 1996 Agreement prohibits either party from filing reexaminations as to any patent; and (c) that it has suffered any damages from any alleged breach of the 1996 Agreement.

4

2.    To the extent the 1996 Settlement Agreement prohibits either party from filing reexaminations, Acushnet intends to show that the Agreement would be void as contrary to public policy.

## VI.    DAMAGES

1.    Even if Callaway could prove that Acushnet has infringed any valid claim of the patents in suit, the most likely result of the hypothetical negotiation between Callaway and Acushnet with respect to the patents in suit would have been a non-exclusive license involving a lump-sum royalty payment by Acushnet of $10,000,000 at or about the time leading up to April 2001. This is proven by the fact that both Callaway and Spalding testified that this is the amount they would have taken for a license at the time the infringement began.  Acushnet will therefore prove that if Callaway is entitled to any damages on its patent infringement counts, that damages award should be no more than $10,000,000.

2.    Also, Callaway's damages claim of $115,157,629 in allegedly lost profits it would have made had Acushnet not been selling the Pro V1 golf balls from September 16, 2003 through December 31, 2006 (which, when combined with an alleged residual reasonable royalty added to its lost profit claim, totals $189,637,504 in claimed damages through December 31, 2006) is speculative, grossly inflated and unsupported.  Callaway's alternative damages claim based on an alleged reasonable royalty of $111,814,638, as well as its alleged claim to reasonable royalties not subject to its lost profits analysis, both of which are generated by applying an 8% reasonable royalty to Acushnet's worldwide dollar sales of allegedly infringing balls, is also grossly inflated and unsupported.  Thus, Callaway cannot prove by a preponderance of the evidence that it is entitled to its alleged lost profits damages or to its damages based on an alleged reasonable royalty.  In particular, Mr. Napper's opinions are speculative, unreliable, not economically sound, do not properly reconstruct the golf ball market absent alleged infringement, apply the wrong analysis for this industry and are otherwise pure guesswork.

3.    As to breach of contract damages, even if Callaway can prove that Acushnet breached the 1996 Settlement Agreement with Spalding, Callaway cannot prove by a preponderance of the evidence that it is entitled to any damages for this alleged breach.  Moreover, Acushnet has been prejudiced to respond to Callaway's breach of contract damages claim, and its claim for damages should therefore be precluded, because Callaway has never disclosed in discovery (through Rule 26 disclosures, in response to 30(b)(6) deposition topics, or otherwise) that it has suffered any amount of damages by reason of any breach of contract or produced any related documents.

# Exhibit 13

**Exhibit 13**
**Callaway Golf's Preliminary List of Motions In Limine that it Intends to Raise**

- Rider/Arturi and Callaway Golf/Acushnet 408 correspondence
  - The "Rider/Arturi correspondence" refers to communications between Peter Arturi of Spalding and Michael Rider of Callaway Golf in mid-2002, much of which is marked with "subject to FRE 408," discussing settlement of disputed claims relating to the alleged infringement and invalidity of various patents, including of the '293 patent-in-suit. The "Callaway Golf/Acushnet correspondence" refers to communications between representatives of Callaway Golf (including Michael Catania) and of Acushnet (including Troy Lester) in late 2000 and early 2001 similarly discussing disputed claims relating to the alleged infringement and invalidity of various patents. Therefore, the Court should exclude, per FRE 408, documents and testimony regarding all communications, discussions, strategies and/or thoughts concerning the settlement of these disputes and what the parties might have accepted to settle these disputes.
- Reference to/evidence of re-exams
  - Evidence relating to the pending re-examination of the patents-in-suit before the USPTO is not relevant to any claim or defense in this action and raises substantial risks of confusing the issues and misleading the jury and should, therefore, be barred by FRE 402 and 403.
- Ex Parte Sullivan decision
  - The USPTO's *Ex Parte Sullivan* decision relating to App. No. 09/873,594 (Appeal No. 2004-0242, mailed Jan. 30, 2004) is not relevant to any claim or defense in this action, and raises substantial risks of confusing the issues and misleading the jury and should, therefore, be barred under FRE 402 and 403.
- Reference to inequitable conduct claims
  - Acushnet's defense that the prosecuting attorney committed inequitable conduct before the USPTO during prosecution of Application No. 08/870,585 is a matter of law and equity for the judge alone, not an issue for the jury to decide. Moreover, Acushnet's allegations do not overlap with its validity defenses. Therefore, consistent with the Court's standard practice, any reference to Acushnet's claims of alleged inequitable conduct should be barred under FRE 402 and 403.
- Acushnet's arguments re composition of the core
  - During the October 18, 2006 discovery status conference, Acushnet told the Court that composition of the golf ball core was not relevant to the present dispute. Acushnet refused to produce any documents relating to the core. Acushnet is barred from now raising core-related arguments, after affirmatively representing to the Court that these arguments are irrelevant and it would not make them, and after refusing to disclose and/or produce relevant documents in response to Callaway Golf's discovery requests.
- Hybrid "prior art" golf ball
  - The golf balls specially created by William MacKnight pursuant to his expert report are not authentic and accurate recreations of *any* prior art golf ball. These customized balls are not relevant to any claim or defense in this action and their introduction would raise substantial risks of confusing the issues and misleading the jury and should, therefore, be barred by FRE 402 and 403.

- Any reference to "opinions" obtained from John Allcock or DLA Piper (fka "Gray Cary")
  - Acushnet failed to disclose the existence of any legal opinions received from John Allcock, Esq. and/or from his firm DLA Piper (FKA Gray Cary) in their responses to Callaway Golf's discovery requests.  Acushnet is therefore barred from introducing any evidence referring or relating to any such opinions.

# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

                Plaintiff,

     v.                              C. A. No. 06-91 (SLR)

ACUSHNET COMPANY,

                Defendant.

## EXHIBIT 14

## ACUSHNET'S MOTION IN LIMINE TOPICS

Acushnet reserves the right to supplement this list in light of any future developments and rulings by the Court.  Subject to this reservation, Acushnet identifies the following topics:

1. To exclude all evidence sought to be excluded by Acushnet's pending Daubert motions.

The grounds for this motion are laid out in Acushnet's Daubert motions.

2. To preclude any evidence or testimony regarding the Hebert patents and their prosecution histories as evidence of validity, novelty, or non-obviousness of the patents-in-suit.

This is excludable under FRE 402 & 403 because these patents have different file histories, specifications, and claim limitations than the patents-in-suit and their validity is thus irrelevant to the validity of the patents-in-suit, and is liable to confuse the jury.

3. To exclude assertions by Acushnet in the Hebert patent negotiations with Callaway that Nesbitt does not incorporate Molitor '637 by reference.

These assertions relate only to the legal question of incorporation by reference, which is for the Court to decide as a legal issue, *see Zenon Env., Inc. v. U.S. Filter Corp.*, – F.3d –, 2007 WL 3275025 (No. 06-1266, Fed. Cir. Nov. 7, 2007), and not for the jury.

4.  To exclude any testimony of Nesbitt concerning whether the Nesbitt patent incorporates by reference the Molitor '637 patent, and any interpretation of the Molitor '637 patent.

These are issues of law, not fact.  Also Nesbitt testified that he had not read Molitor '637. Nesbitt's view of what the '637 suggested to one of ordinary skill was also impermissibly focused on his knowledge of Molitor's work, as opposed to Molitor's patent.

5.  To exclude any evidence of an alleged "failure" by Mr. Nesbitt to make a three piece polyurethane-covered three ball.

Mr. Nesbitt's alleged failure is so remote in time and different in specifics from the patents-in-suit, that it simply is not probative of any issue in the case.[1]  Further, as this "failure" is not related to the limitations claimed in the patents-in-suit, it is not probative of the nonobviousness of those claims.[2]

6.  To exclude purported "praise" evidence from news articles and statements by professional golfers

This purported praise is not probative of nonobviousness, as it does not demonstrate that the claimed invention was praiseworthy vis-à-vis the closest prior art (e.g., the Nesbitt and Proudfit patents), but merely in relation to other commercialized balls.[3]  Also, it is not praise from contemporaries skilled in the invention, thus irrelevant on that basis too.[4]

7.  To exclude any reference to Mr. Sullivan as a "prolific" inventor, or evidence of the number of patents for which he is a named inventor.

This is irrelevant to the validity of the patents-in-suit, and has so little probative value as to be outweighed by its prejudicial value because the jury might consider the fact that Mr. Sullivan has many patents as somehow indicative of the validity of the patents-in-suit.

8.  To exclude Phil Mickelson and Greg Norman from testifying at trial.

These witnesses were late disclosed, can only provide anecdotal "praise" evidence that does not evaluate the accused products against the closest prior art, and would provide expert testimony in the guise of fact witnesses, where no expert report was served.

9.  To exclude Dr. Risen from testifying or offering opinions relating to commercial success.

Dr. Risen has no experience in the golf ball industry, and hence has no basis to render an opinion on what causes a golf ball to be commercially successful.

---

[1] *See, e.g., Graham v. John Deere Co.*, 383 U.S. 1, 36 (1966).
[2] *See, e.g., Ormco Corp. v. Align Techs.,* 463 F.3d 1299, 1313 (Fed. Cir. 2006).
[3] *See, e.g., Craig v. Foldfast, Inc.,* 504 F. Supp. 2d 1313 (S.D. Fla. 2007).
[4] *See, e.g., Vulcan Engineering Co. v. Fata Aluminium, Inc.,* 278 F.3d 1366 (Fed. Cir. 2002).

10. To preclude a claim for lost profits.

11. To preclude a claim for lost profits based on lost profits of corporate entities other than the owner of the patents-in-suit and to limit lost profits to only those of the owner of the patents-in-suit.

Callaway has failed to produce documents detailing agreements between it and its subsidiaries, preventing Acushnet from demonstrating that Callaway is ineligible for the lost profits damages it claims. As a matter of law, Callaway cannot claim lost profits of its subsidiaries, but appears to be attempting to do so. Also, Acushnet reiterates the arguments of its Daubert motion directed to exclusion of the opinions of Mr. Napper.

12. To preclude any testimony of Mr. Napper regarding the Acushnet / Dunlop settlement agreement.

Callaway was fully aware of this agreement, through production of it well before Mr. Napper's report, yet chose not to advise of Mr. Napper's reliance on this agreement until the service of a supplemental report just last week, well after the close of discovery.

13. To exclude from evidence the 2007 Bridgestone / Acushnet litigation settlement, including any testimony regarding the settlement agreement or any reliance on that agreement as a basis for damages.

As a litigation settlement occurring two weeks before trial, this agreement is of scant, if any, probative value on damages, and would be prejudicial in any case to introduce.

14. To exclude from evidence the 2007 Bridgestone / Callaway license, including any testimony regarding the settlement agreement or any reliance on that agreement as a basis for damages.

Callaway was required to produce this license months ago, failed to produce documents relating to the negotiation of this license, yet seeks now to rely on statements in the license as to why certain contingent royalties allegedly were agreed to by Bridgestone and Callaway.