IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-91 (SLR) |
| v. ) | |
| ) | |
| ACUSHNET COMPANY, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Acushnet Company, hereby certifies that copies of the following documents were caused to be served on November 15, 2007 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES
TO PLAINTIFF CALLAWAY GOLF COMPANY'S FOURTH SET OF
REQUESTS FOR PRODUCTION [NOS. 165-181]

**VIA ELECTRONIC MAIL**

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com

Roger A. Denning
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com

                                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:                         By:  /s/ David E. Moore
                                         Richard L. Horwitz (#2246)
Joseph P. Lavelle                        David E. Moore (#3983)
Kenneth W. Donnelly                      Hercules Plaza 6th Floor
Brian A. Rosenthal                       1313 N. Market Street
HOWREY LLP                               P.O. Box 951
1299 Pennsylvania Ave., N.W.             Wilmington, DE  19899
Washington, D.C.  20004                  Tel:  (302) 984-6000
Tel:  (202) 783-0800                     rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com

Dated:  November 16, 2007           *Attorneys for Defendant Acushnet Company*
832481 /30030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 16, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 16, 2007, I have Electronically Mailed the document to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030