IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

**CALLAWAY GOLF COMPANY'S [PROPOSED] VOIR DIRE**

Callaway Golf understands that the Court will conduct its standard voir dire and makes no effort to repeat those questions here. In addition, Callaway Golf requests that the jury pool be asked the following specific voir dire questions:

1. Do you have education, vocational training, or work experience in patents, chemistry, engineering, or the design of golf balls?

2. Does anyone in your immediate family, such as a spouse or child who lives with you or a close relative, have education, vocational training, or work experience in patents, chemistry, engineering, or the design of golf balls?

3. Are you, or is anyone in your immediate family, an inventor or co-inventor on a U.S. patent or an application for a U.S. patent?

4. Have you, or has anyone in your immediate family, ever been involved in applying for or obtaining a U.S. patent?

5. Does your employer own any U.S. patents, or have a license to use patents owned by someone else?

6. Do you have strong feelings, either positive or negative, about patents, the rights of patent holders, or the process by which patents are obtained?

7. Have you ever worked for the federal government, including whether you have ever served in the military?

8. Do you or does anyone in your immediate family play golf?

9. Do you follow the game of golf (for example, by watching PGA or LPGA events on television)?

10. Have you ever heard of Callaway Golf or Acushnet, or any of their products?

11. Have you ever used a product made by Callaway Golf or Acushnet?

12. Have you ever heard of or used any products sold under the brand names Titleist, Cobra, FootJoy, Callaway, Top-Flite, or Spalding?

13. Do you or any member of your household own stocks or bonds or have any other financial interest in Callaway Golf, Acushnet, Fortune Brands, or any company involved in the production or sale of golf supplies or accessories?

14. Have you ever been sued or been a party to a lawsuit, testified at a deposition or in court, or served as a juror in a civil lawsuit?

Callaway Golf reserves the right to modify this requested voir dire, including to address subsequent rulings by the Court.  Lastly, Callaway Golf respectfully notes that it is continuing to discuss voir dire with Acushnet in an effort to combine the parties' proposed questions to the extent feasible.

Dated: November 16, 2007			FISH & RICHARDSON P.C.


						By: /s/ *Thomas L. Halkowski*
						Thomas L. Halkowski (#4099)
						919 N. Market Street, Suite 1100
						P.O. Box 1114
						Wilmington, DE 19899-1114
						Tel: (302) 652-5070
						Fax: (302) 652-0607

						Frank E. Scherkenbach
						225 Franklin Street
						Boston, MA 02110-2804
						Tel: (617) 542-5070
						Fax: (617) 542-8906

						Roger A. Denning
						12390 El Camino Real
						San Diego, CA 92130
						Tel: (858) 678-5070
						Fax: (858) 678-5099

						Attorneys for Plaintiff
						CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2007, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

      I hereby certify that on November 16, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

      */s/ Thomas L. Halkowski*
      Thomas L. Halkowski

80051806.doc