

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

November 19, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

    Re:    **Callaway Golf Company v. Acushnet Company**
              **C.A. No. 06-91-SLR**

Dear Judge Robinson:

    Enclosed is the submission listed below, in triplicate with Diskette (WordPerfect and Word format), which were filed Friday, November 16, 2007.

    Defendant's Proposed Voir Dire (D.I. 337)

                                      Respectfully,

                                      /s/ *David E. Moore*

                                      David E. Moore

DEM:nmt/831461/30030
Enclosures
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic filing)