# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
(302) 778-8407

Email
halkowski@fr.com

**VIA ECF AND HAND DELIVERY**

November 20, 2007

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear  Judge Robinson:

Enclosed are the submissions listed below (in triplicate) with a Diskette in WordPerfect format, for the Court's convenience.

D.I. 338   Callaway Golf Company's (Proposed) Voir Dire
D.I. 339   Joint Proposed Verdict Form and Interrogatories to the Jury
D.I. 341   Joint Proposed Preliminary Jury Instructions
D.I. 343   Amended Joint (Proposed) Final Jury Instructions
           (amending previous pleading filed at DI 340)

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

cc    Clerk of Court
      Counsel of record via ECF


80051862.doc