IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-091-SLR |
| ACUSHNET COMPANY, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 20th day of November 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for summary judgment of breach of contract (D.I. 197) is granted.

2. Plaintiff's motion for summary judgment of no anticipation (D.I. 200) is granted.

3. Defendant's motion for partial summary judgment regarding incorporation by reference (D.I. 201) is denied.

4. Defendant's motion for summary judgment of no breach of contract (D.I. 213) is denied.

5. Defendant's motion for summary judgment of invalidity (D.I. 215) is denied.

_____
United States District Judge