# SEALED DOCUMENT

Case 1:06-cv-00091-SLR     Document 359     Filed 11/29/2007     Page 1 of 1