IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>       Defendant. | C. A. No. 06-91 (SLR) |

**STIPULATION REGARDING INFRINGEMENT**

The parties hereby stipulate and agree, subject to the approval and order of the Court, as follows:

1. Callaway Golf currently owns U.S. Patent Nos. 6,210,293; 6,503,156; 6,506,130; and 6,595,873 ("the patents-in-suit") and has owned them at all times pertinent to this case.

2. Acushnet's Titleist Pro V1 golf balls are covered by and infringe:

    Claims 1, 4 and 5 of U.S. Patent No. 6,210,293;
    Claims 1, 2 and 3 of U.S. Patent No. 6,503,156;
    Claim 5 of U.S. Patent No. 6,506,130; and
    Claims 1 and 3 of U.S. Patent 6,595,873.

3. Acushnet's Titleist Pro V1x and Pro V1* golf balls are covered by and infringe:

    Claims 4 and 5 of U.S. Patent No. 6,210,293;
    Claims 1, 2 and 3 of U.S. Patent No. 6,503,156;
    Claim 5 of U.S. Patent No. 6,506,130; and
    Claims 1 and 3 of U.S. Patent 6,595,873.

4. Due to manufacturing variations, some small percentage of these golf balls may fall outside the claimed hardness range for the outer cover layer, and therefore, as a compromise, the parties stipulate and agree that 95% of all golf balls of each three types are covered by and infringe the claims identified above.

As a result of this stipulation, the only issue that remains for trial in this portion of the trial is whether the patents are valid. As Acushnet has the burden of proof on that issue, Acushnet, will offer its invalidity evidence first at trial.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Thomas L. Halkowski | By: /s/ David E. Moore |
| Thomas L. Halkowski (#4099) | Richard L. Horowitz (#2246) |
| 919 N. Market Street, Suite 1100 | David E. Moore (#3983) |
| P.O. Box 1114 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1114 | 1313 N. Market Street |
| Tel: (302) 652-5070 | Wilmington, DE 19801 |
| Fax: (302) 652-0607 | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Callaway Golf Company* | *Acushnet Company* |

SO ORDERED this ___, day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski