# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
302 778-8407

Email
halkowski@fr.com

December 3, 2007

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801



Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Judge Robinson:

Callaway Golf writes in response to Acushnet's letter dated November 30, 2007, concerning the admissibility of DX-22, the August 21, 2002 letter from Mr. Rider to Mr. Arturi. This document was                                                         between Spalding and Callaway Golf

**REDACTED**

making this exhibit irrelevant and more prejudicial than probative. For these reasons, Callaway Golf respectfully requests the Court preclude Acushnet from using this exhibit in any fashion during trial.

**1. The History of the Spalding-Callaway Golf Correspondence**

**REDACTED**

---

[1] All exhibits are attached to this letter.

FISH & RICHARDSON P.C.

The Honorable Sue L. Robinson
Page 2

**REDACTED**

**2. DX-22 is Irrelevant and More Prejudicial Than Probative**

**REDACTED**

For these reasons, any effort to reference DX-22 should be rejected under F.R.E. 402 and 403.

**REDACTED**

FISH & RICHARDSON P.C.

The Honorable Sue L. Robinson
Page 3

# REDACTED

Acushnet further argues that DX-22 is somehow relevant to willfulness. As this Court noted during the pretrial conference,

　　Nevertheless, Acushnet's argument regarding willfulness is now moot in light of the Court's ruling to bifurcate willfulness. D.I. 362 at 3.

Finally, Acushnet argues that DX-22 is relevant to bias. Acushnet does not explain its theory,

# REDACTED

The risk of confusion makes this letter highly prejudicial. Consequently, even if the Court does not believe that DX-22　　　　　　　　　　　　　　it should exclude this letter as irrelevant and more prejudicial than probative under F.R.E. 402 and 403.

# REDACTED

FISH & RICHARDSON P.C.

The Honorable Sue L. Robinson
Page 4

**REDACTED**

FISH & RICHARDSON P.C.

The Honorable Sue L. Robinson
Page 5

**REDACTED**

Finally, given that the willfulness and damages portions of this case have been bifurcated for a later trial, Mr. Arturi and Mr. Rider are not scheduled to testify at trial on any issue. Thus, the potential impact of admitting this single ⬛⬛⬛ letter, is that two more (lawyer) witnesses will have to testify at the trial.

For these reasons, Callaway Golf respectfully requests the Court preclude Acushnet from using DX-22 at trial.

Respectfully,

*[signature]*

Thomas L. Halkowski

TLH:npj

cc: Clerk of Court (via hand delivery)
    Counsel of Record (via hand delivery on local counsel and e-mail to all counsel)

10793435