IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>ACUSHNET COMPANY,<br><br>       Defendant. | C. A. No. 06-91 (SLR) |

**JOINT PROPOSED VERDICT FORM
AND INTERROGATORY TO THE JURY**

You, the jury, are to answer the following question based on the evidence admitted at trial and according to the Instructions the Court has given you.

Case 1:06-cv-00091-SLR    Document 390    Filed 12/10/2007    Page 2 of 4

Do you find by clear and convincing evidence that any of the following claims is invalid due to obviousness?  (A "NO" answer to this question is a finding for CALLAWAY GOLF.  A "YES" answer is a finding for ACUSHNET.)

|  | YES | NO |
|---|---|---|
| **U.S. Patent No. 6,210,293 ('293 Patent)** | | |
| Claim 1 | | |
| Claim 4 | | |
| Claim 5 | | |
| **U.S. Patent No. 6,503,156 ('156 Patent)** | | |
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| **U.S. Patent No. 6,506,130 ('130 Patent)** | | |
| Claim 5 | | |
| **U.S. Patent No. 6,595,873 ('873 Patent)** | | |
| Claim 1 | | |
| Claim 3 | | |

You must each sign this verdict form:

**Dated:** _____

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |