

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**VERDICT SHEET**

Dated: December 12, 2007

We, the jury, unanimously find as follows:

**I. VALIDITY**

1. Has Acushnet proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 6,210,293 (the '293 patent) is invalid due to obviousness?

   *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

   (A) Claim 1    Yes_____    No __X__

   (B) Claim 4    Yes_____    No __X__

   (C) Claim 5    Yes __X__    No_____

2. Has Acushnet proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 6,503,156 (the '156 patent) is invalid due to obviousness?

   *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

   (A) Claim 1    Yes_____    No __X__

   (B) Claim 2    Yes_____    No __X__

   (C) Claim 3    Yes_____    No __X__

3. Has Acushnet proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 6,506,130 (the '130 patent) is invalid due to obviousness?

   *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

   (A) Claim 5    Yes_____    No __X__

4. Has Acushnet proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 6,595,873 (the '873 patent) is invalid due to obviousness?

*"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

(A)   Claim 1   Yes_____   No__X__

(B)   Claim 3   Yes_____   No__X__