AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____DELAWARE_____

| Callaway Golf Company | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Achushnet Company | Case Number:   06-91 -SLR |

| PRESIDING JUDGE<br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Thomas Halkowski, Esq. | DEFENDANT'S ATTORNEY<br>Richard Horwitz, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>12/5/2007-12/7/2007, 12/10/2007-12/13/2007 | COURT REPORTER<br>V. Gunning/B. Gaffigan | COURTROOM DEPUTY<br>Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 611 | 12/5/07 |  | YES | Box of Golf Balls Pro V 1 (Bellis) |
|  | 613 | 12/5/07 |  | YES | Box of Golf Balls Pro V 1X (Bellis) |
|  | 691.01 | 12/5/07 |  | YES | Titleist Ad (Bellis) |
|  | 691.39 | 12/5/07 |  | YES | Titleist Ad (Bellis) |
|  | 691.13 | 12/5/07 |  | YES | Titleist Ad (Bellis) |
|  | 1000 | 12/5/07 |  | YES | Darrell Survey Report - PGA Tournament 10/99 (Bellis) |
| 1175 |  | 12/6/07 |  | YES | The History of Titleist golf ball - authors unknown (Bellis- cross) |
| 1201 |  | 12/6/07 |  | YES | email to Jerry Bellis from George Sine 7/20/01 (Bellis- cross) |
| 1164 |  | 12/6/07 |  | NO | British newspaper ad (Bellis- cross) |
| 845 |  | 12/6/07 | -- |  | Not offered |
| 587 |  | 12/6/07 |  | YES | Acushnet report for sales meeting 01/2001 (Bellis- cross) |
| 713 |  | 12/6/07 |  | YES | "Going to Great Lengths" article (Bellis- cross) |
| 722 |  | 12/6/07 |  | YES | "Inside Look: Titleist's Big Makeover" article (Bellis- cross) |
| 723 |  | 12/6/07 |  | YES | Southcoasttoday.com article 02/2007 (Bellis- cross) |
| 1195 |  | 12/6/07 |  | YES | Golfweek Article - Inside Look: Titleist's Big Makeover by J.Steinbreder (Bellis- cross) |
| 984 |  | 12/6/07 |  | YES | The Bunker article (Bellis- cross) |
| 1174 |  | 12/6/07 |  | YES | email chain 10/12/2000 (Bellis- cross) |
|  | 1004 | 12/6/07 |  | YES | U.S. Patent '655 (Morgan) |
|  | 145.3 | 12/6/07 |  | YES | Wilson Ultra Tour Balata golf ball (Morgan) |
|  | 1030 | 12/6/07 |  | YES | "Competitive Golf Ball Highlights" report (Morgan) |
|  | 267 | 12/6/07 |  | YES | U.S. Patent '568 (Morgan) |
| (612) | 13 | 12/6/07 |  | YES | U.S. Patent '673 to Wu (Morgan) (Also referred to as PX 612) |
|  | 830 | 12/6/07 |  | YES | letter from Harris to Wu "Golf Ball Construction Effects on Phys. Properties" (Morgan) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Calloway | vs. | Acushnet | | CASE NO. 06-91 SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 955 | | 12/6/07 | | YES | Press release - "Titleist . . . to debut at Las Vegas Int'l" (Morgan) |
| 17 | | 12/6/07 | | YES | U.S. Patent '172 to Hebert et al. (Morgan- cross) |
| 973 | | 12/6/07 | | YES | Jan. 2001 Sales Meeting slides and text (Morgan- cross) |
| 711 | | 12/6/07 | | YES | 6/5/00 email from Morgan to Hebert and email chain (Morgan- cross) |
| 568 | | 12/6/07 | | YES | Email to Uihlein et al fr Morgan re The Earliest V Test (Morgan - cross) |
| 985 | | 12/6/07 | | YES | Veneer Core Srearch (Morgan - cross) |
| 1121 | | 12/6/07 | | YES | Performance Beyond Expectations (Morgan-cross) |
| | 337 | 12/6/07 | -- | | Declaration (Morgan- cross) |
| 966 | | 12/6/07 | | YES | Email from Morgan to Wally Uihlen 8/25/99 (Morgan-cross) |
| | 461 | 12/6/07 | | YES | U.S. Patent '097 (Dalton) |
| | 68 | 12/6/07 | | YES | 1994 Competitive Ball Report (Dalton) |
| | 1044 | 12/6/07 | | YES | Report 1993 Competitor Log (Dalton) |
| | 1035 | 12/6/07 | | YES | Record from competitive ball database (Dalton) |
| | 1033 | 12/6/07 | | YES | Competitive Golf Ball Highlights (Dalton) |
| | 145.1 | 12/6/07 | | YES | Box of golf balls - Wilson Ultra Tour Balata 90 (Dalton) |
| | 145.2 | 12/6/07 | | YES | Box of golf balls - Wilson Ultra Tour Balata 90 (Dalton) |
| | 26.1 | 12/6/07 | | YES | Durometer Hardness Report (Dalton) |
| | 87.1 | 12/6/07 | | YES | CV of Robert Statz (Statz) |
| (13) | 9 | 12/7/07 | | YES | U.S. Patent '193 (Statz) (Also referred to as PX13.) |
| (603) | 10 | 12/7/07 | | YES | U.S. Patent '187 (Statz ) (Also referred to as PX 603.) |
| (599) | 12 | 12/7/07 | | YES | U.S. Patent '637 (Statz) (Also referred to as PX 599.) |
| (3) | 1 | 12/7/07 | | YES | U.S. Patent '293 (Statz) (Also referred to as PX3) |
| | 2 | 12/7/07 | | YES | U.S. Patent ' 156 (Statz) |
| | 3 | 12/7/07 | | YES | U.S. Patent ' 130 (Statz) |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Calloway | | vs. | | Acushnet | CASE NO. 06-91 SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 4 | 12/7/07 |  | YES | U. S. Patent ' 873 (Statz) |
| 5 |  | 12/7/07 |  | YES | File History for Patent '130 (Statz) |
| 6 |  | 12/7/07 |  | YES | File History for Patent ' 156 (Statz) |
| 7 |  | 12/7/07 |  | YES | File History for Patent '293(Statz) |
| 8 | (08) | 12/7/07 |  | YES | File History for Patent ' 873 (Statz) (Also referred to as DX 08) |
|  | 27 | 12/7/07 |  | YES | File Wrapper for Application 08/870,585 (Statz) |
|  | 28 | 12/7/07 |  | YES | File History for Application 08/070,510 (Statz) |
|  | 1037 | 12/7/07 |  | YES | Improved Multi-Layer Golf Ball Field of Invention (Statz) |
|  | 245 | 12/7/07 |  | YES | Typical Properties for Selected Industrial Grades of Surlyn (Statz) |
| (15) | 11 | 12/7/07 |  | YES | U. S. Patent '751 (Statz) (Also referred to as PX 15) |
| 804 |  | 12/7/07 |  | YES | Standard Titled "Standard Test Method for Rubber Property (Statz) |
|  | 134 | 12/7/07 |  | YES | Physical Ball Sample - Titleist Professional 90(Statz) |
| 597 |  | 12/7/07 |  | YES | Surlyn Ionomers for Golf Ball Covers (Statz)-cross |
| 598 |  | 12/7/07 |  | YES | Methods for Developing New Polymers for Golf Ball Covers (Statz)-cross |
| 603 | (10) | 12/10/07 |  | YES | U. S. Patent ' 187 (Statz)-cross (Also referred to as DX 10) |
| 15 | (11) | 12/10/07 |  | YES | U. S. Patent ' 751 (Statz)-cross (Also referred to as DX 11) |
| (8) | 08 | 12/10/07 |  | YES | File History for U. S. Patent '873 (Statz)-cross (Also referred to as PX 8) |
| 612 | (13) | 12/10/07 |  | YES | (Statz)- cross Wu patent U.S. Patent '673 (Also referred to as DX 13) |
| 604 |  | 12/10/07 |  | YES | U.S. Patent '630 (Statz)-cross |
| 13 | (9) | 12/10/07 |  | YES | U.S. Patent '193 (Statz) - cross (Also referred to as DX 9) |
| 599 | (12) | 12/10/07 |  | YES | U.S. Patent '637 (Statz) - cross (Also referred to as DX 12) |
|  | 972 | 12/10/07 |  | YES | Sullivan lab notebook - 1991-92 (Sullivan) |
| 614 |  | 12/10/07 |  | YES | 9/26/95 memo "Castable PU Covered Multi-Layered Balls" (Sullivan) |
|  | 843 | 12/10/07 |  | YES | Ch. 51 "History and Construction of Non-Wound Gold Balls" (Sullivan) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Calloway | | vs. | | Acushnet | CASE NO. 06-91 SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 619 | | 12/10/07 | | YES | Sullivan laboratory notebook 11/20/00 (Sullivan) | |
| 606 | | 12/10/07 | | YES | 1991 memo from Sullivan to Ferris "Catalogue Background Info..." (Sullivan- cross) | |
| 607 | | 12/10/07 | | YES | Sullivan notes titled "Key Accomplishments" (Sullivan- cross) | |
| 613 | | 12/10/07 | | YES | Sullivan notebook excerpt pages (from PX 972?) (Sullivan- cross) | |
| | 1002 | 12/10/07 | | YES | U.S. Patent '814 (Sullivan - cross) | |
| 611 | | 12/10/07 | | YES | Titleist and Spalding Strengths and Weaknesses (Sullivan-cross) | |
| | 575 | 12/11/07 | | YES | Letter to Farricker (Kennedy) | |
| | 804.1 | 12/11/07 | | YES | Callaway's supplemental responses to first set of interrogs (Kennedy) | |
| | 886 | 12/11/07 | | YES | CB-3 design Rationale (Yagley) | |
| 1185 | | 12/11/07 | | YES | Golf Datatech - Quarterly Reports - 1997-2006 On-Off Course (Yagley) | |
| 29 | | 12/11/07 | | YES | U. S. Patent '476 (Risen-cross) | |
| | 981 | 12/11/07 | | YES | U.S. Patent ' 648 (Risen - cross) | |
| | 1108 | 12/11/07 | | YES | U.S. Patent '701 (Risen - cross) | |

Page 4 of 4 Pages