IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of December 14, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Acushnet Company with respect to the invalidity of asserted claim 5 of U.S. Patent No. 6,210,293 and for Callaway Golf Company in all other respects.

_____
United States District Judge

Dated: December 19, 2007

_____
(By) Deputy Clerk