IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, )<br>)<br>          Plaintiff, )<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>          Defendant. ) | C.A. No. 06-91 (SLR) |

**STIPULATION AND ORDER REGARDING BRIEFING
<u>ON POST-TRIAL MOTIONS</u>**

The parties hereby stipulate, subject to the approval of the Court, that briefing on post-trial motions shall proceed on the following schedule (with page limits as noted):

| | |
|---|---|
| Opening Briefs (50 pages or less) | No later than January 22, 2008 |
| Answering Briefs (50 pages or less) | Within 30 days of service of Opening Briefs |
| Reply Briefs (25 pages or less) | Within 15 days of service of Answering Briefs |

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114
    Telephone (302) 652-5070
    halkowski@fr.com

*Attorneys for Plaintiff
Callaway Golf Company*

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

840793 / 30030