IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | C. A. No. 06-91 (SLR)<br><br>**REDACTED** |

### DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF PLAINTIFF CALLAWAY GOLF COMPANY'S BRIEF IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION

I, Thomas L. Halkowski, declare as follows:

1. I am a principal of Fish & Richardson P.C., counsel of record in this action for Callaway Golf Company. I am a member of the Bar of the State of Delaware and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify to them under oath if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of PX 831, "Straight Down the Middle", as published in *Web Street Golf Report Volume 9 Number 6*, February 13, 2006, bearing the Callaway Golf production range CW 0280257-67.

3. Attached as Exhibit B is a true and correct copy of "Callaway Gets Nod In Pro V1 Patent Infringement Jury Verdict," as published in *GolfDigest.com*, December 14, 2007.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Phillip A. Mickelson, taken in this matter on November 15, 2007.

5. Attached as Exhibit D is a true and correct copy of PX 985, bearing the Acushnet Company production range AC 041525.UR-27.UR.

6. Attached as Exhibit E is a true and correct copy of excerpts from the Deposition of Gerald M. Bellis, taken in this matter on October 24, 2007.

7. Attached as Exhibit F is a true and correct copy of Exhibit 5 from the Deposition of George Sine, Jr., taken in this matter on April 24, 2007, bearing the Acushnet Company production range AC0034094-96.

8. Attached as Exhibit G is a true and correct copy of PX 582, bearing the Acushnet Company production range AC 101050.UR-72.UR.

9. Attached as Exhibit H is a true and correct copy of excerpts from the Deposition of Scott White, taken in this matter on April 12, 2007.

10. Attached as Exhibit I is a true and correct copy of "Legal battles over Acushnet Co.'s high-end golf ball will last a long time," as published in *SouthCoastToday.com*, Jan. 6, 2008.

11. Attached as Exhibit J is a true and correct copy of PX 722, bearing the Acushnet Company production range AC 089551-52.

12. Attached as Exhibit K is a true and correct copy of an Acushnet Company production document bearing the bates range AC 030479-84.

13. Attached as Exhibit L is a true and correct copy of PX 984, bearing the Acushnet Company production number AC 089559.

14. Attached as Exhibit M is a true and correct copy of PX 1175, "The History of the Titleist Golf Ball," bearing the production range AB 0118041-98.

15. Attached as Exhibit N is a true and correct copy of excerpts from PX 698, Callaway Golf's 2003 Annual Report.

16. Attached as Exhibit O is a true and correct copy of PX 1121, bearing the Acushnet Company production range AC 044448-67.

17. Attached as Exhibit P is a true and correct copy of excerpts from the Expert Report of William O. Kerr Ph.D., filed on July 13, 2007

18. Attached as Exhibit Q is a true and correct copy of excerpts from Fortune Brands, Inc. Form 10-K ending Mar. 1, 2007.

19.     Attached as Exhibit R is a true and correct copy of a Fortune Brands News Release, (http://www.fortunebrands.com/news/ReleaseDetail.cfm?ReleaseID=271567&ReleaseType=Earnings), October 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2008 at Wilmington, Delaware.

Dated:  January 16, 2008          FISH & RICHARDSON P.C.


                                  By: /s/ Thomas L. Halkowski
                                      Thomas L. Halkowski (#4099)
                                      919 N. Market Street, Suite 1100
                                      P.O. Box 1114
                                      Wilmington, DE 19899-1114
                                      Tel: (302) 652-5070
                                      Fax: (302) 652-0607

                                      Frank E. Scherkenbach
                                      225 Franklin Street
                                      Boston, MA 02110-2804
                                      Tel: (617) 542-5070
                                      Fax: (617) 542-8906

                                      David J. Miclean
                                      500 Arguello Street, Suite 500
                                      Redwood City, CA 94063
                                      Tel: (650) 839-5070
                                      Fax: (650) 839-5071

                                      Roger A. Denning
                                      12390 El Camino Real
                                      San Diego, CA 92130
                                      Tel: (858) 678-5070
                                      Fax: (858) 678-5099

                                      Attorneys for Plaintiff
                                      CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 24, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski