# EXHIBIT A





May 18, 2006

▸ Current Issue
▸ CEO Interviews
▸ Archives
▸ Free Trial
▸ Demo Days
▸ Home
▸ About Us
▸ Contact Us
▸ Advertising Opportunities
▸ Related Links
▸ Privacy Guidelines

**SUBSCRIBER SERVICES**
▸ LOGIN
▸ Become a Member
▸ Forgot Password
▸ Logout

## WEB STREET GOLF REPORT
*VOLUME 9, NUMBER 6*
*Monday, February 13, 2006*

**STRAIGHT DOWN THE MIDDLE:** As is the case in professional sports, the very best make it look easy. In business, the score board appears in the form of financial results posted by a company and sometimes it looks effortless when looking strictly at the numbers. The lines of perception and reality often become blurred in the daily battles, but the ultimate judge is time itself.

The Acushnet Company, which boasts the Titleist, FootJoy and Cobra Golf brands, reported its financial results by way of its corporate parent, Fortune Brands (FO:NYSE) last week.

The golf division's 2005 net sales increased by 4.4% over 2004 levels, to a whopping $1.265 billion. The business generated a staggering amount on its bottom line with operating income of $171.5 million, up 7.2% from the prior year. There are plenty of golf companies competing against Acushnet, in various categories, but many of them can't lay claim to $170 million in sales let alone in earnings! In sports vernacular, Acushnet's results might appear like a slam dunk on ESPN's nightly highlight reel. Yet, these remarkable results were accomplished in a year where the worldwide economy was fairly stable, participation and rounds of play remained in a static pattern, Mother Nature didn't go out of her way to extend favorable playing conditions and let's not forget the formidable competition Acushnet faced from its respective peer groups around the globe.

"With a year that began with horrific weather (rounds of play being off 8% in Q1), a start and stop economy and unanticipated third quarter weather disasters that affected play and production, we ended the year on target, which is a testimony to the quality of the products and the people that make up the Acushnet Company," Wally Uihlein, Chairman and CEO of the Acushnet Company stated to Web Street.

Uihlein said the Titleist brand's net sales were $771.8 million, up 5.2% over the previous year. "On a rolling 12-month basis, Titleist golf ball market share increased 1.0+ pts both in units and value (on/off course combined, according to Golf DataTech)," the CEO explained. "Titleist's year-end market shares are now approximately 50% in units and 60% in dollars and its share turn over is significantly higher than its share of inventory." Golf balls are clearly a consumable item and easily linked to the number of rounds played over the course of a season, which in the case of the US market was flat in 2005. "Worldwide, our golf ball market share grew in all markets which contribute to the golf ball net sales gain of 5.7%," Uihlein added.

The Titleist franchise enjoyed the greatest growth rate inside the Acushnet Company; however one significant component produced not only some fancy foot work but a record operating performance too. Switching over to

Case No. 06-91 (SLR)
**PX-831**
Date Entered: _____
By: _____

CW 0280257

the FootJoy business, Uihlein shared with Web Street that net sales for the company grew by 2.9% to $302.7 million. "The FootJoy brand had a fantastic year and eclipsed the $300 million dollar net sales number for the first time in its history," said Uihlein. "Worldwide market shares for both golf shoes and golf gloves have never been higher. We are looking at market shares that are between 58-60% for both golf shoes and golf gloves and a corresponding average selling price that is significantly higher to all of its competitors."

FootJoy, which maybe doesn't always get the recognition it deserves perhaps due to its sister company Titleist's dominant position specifically in golf balls, proved that it is a very valuable and highly profitable business inside Fortune Brands' golf portfolio.

Cobra Golf, purchased 10 years ago, completes the big three for Acushnet and it too is proving to be a worthy adversary inside the club side of the business respective to the competition. Uihlein said it achieved net sales of $191.3 million, an increase of 3.9% over 2004 levels. "Cobra also had another very successful year. Net sales gains were experienced in all markets led by gains in market share in the US and Europe. The Cobra SZ Driver, the Cobra SZ Fairway Metals and the Cobra Baffler Utility Metal continue to enjoy double digit market share penetration in the 'premium' segment of the respective categories within which they compete," Uihlein told Web Street.

In short, the Chairman and CEO has all three of the businesses he oversees performing despite the backdrop of another year that was challenged by several external factors.

"Titleist golf ball success was once again validated at the highest levels of the game in 2005. The Titleist golf ball was the most played ball worldwide in professional golf by a margin of more than 6 to 1 versus any competitor on any tour. In addition Titleist annexed 159 victories on the worldwide professional golf tours," Uihlein pointed out.

But as much as it can be argued, "The more things change, the more they stay the same," when it comes to Acushnet's dominant business, it doesn't rely on being status quo.

"As a result of having brought subsidiary operations on line in Singapore, Australia, New Zealand and Korea, the Acushnet Company and the three primary brands are now starting to benefit from the direct control of sales and distribution. Ex US net sales now account for 35%+ of the total," Uihlein shared. "We feel we are well positioned for continued growth in line with the baseline realties of an industry that continues to have wonderful demographics but remains in denial with its excess supply/demand imbalance."



**ORDER IN THE COURT:** This could be a big one, folks. Callaway



Golf has filed a patent infringement suit against the Acushnet Company and its enormously popular Titleist brand of golf balls including without limitations its Pro V1 franchise. The dispute between the parties' centers on the technology used in the construction of the Pro V1 golf balls. According to Callaway, when

CW 0280258

it acquired the entire assets of the Top-Flite Golf Company in 2003, it included the intellectual property rights. Among that list of assets was the family of patents that cover a unique blend of materials and properties for golf balls, collectively called, "the Sullivan patents."

According to the suit that was filed in the United States District Court for the District of Delaware, the Sullivan patents cover the use of polyurethane cover on a multi-layer solid core golf ball. The technology claimed in the Sullivan patents, according to the papers filed, revolutionized the game of golf. It is Callaway's belief that Acushnet has sold almost a billion dollars worth of ProV1 balls since 2000 by incorporating the technology disclosed in the Sullivan patents. Callaway estimates that Acushnet continues to sell ProV1 golf balls at a rate in excess of $200 million per year.

Callaway stated in its brief, that Acushnet preemptively filed a request for re-examination of the Sullivan patents with the United States Patent and Trade Office (PTO). In that request, Acushnet claims that prior art already disclosed or discussed by Top-Flite in the applications that matured into the Sullivan patents somehow presents new issues of patent-ability. Moreover, the brief stated, the prior art Acushnet now claims raises new issues for the Sullivan patents is the same art that Acushnet dismissed in its own arguments to the PTO when it was belatedly seeking a patent on virtually the same technology, almost four years after the Sullivan application was filed.

Callaway is asserting that Acushnet has infringed and both induced and contributed to the infringement of one or more claims of the patents by making, using, selling and or offering to sell infringing golf balls, including without limitation its ProV1 balls. Callaway Golf is demanding the trial is by jury.

The Acushnet Company responded by stating it will vigorously defend itself against assertions made by Callaway Golf that Acushnet's Titleist Pro V1 family of golf balls infringe on four of Callaway patents.

The company stated, "We firmly believe in respecting the valid intellectual property of everyone competing in the golf industry. However, we have a very strong belief that these patents are invalid. The first of these patents was originally obtained and asserted by Top-Flite Golf in 2001. Top-Flite was subsequently purchased by Callaway in 2003. We have steadfastly maintained our view that these patents are invalid and have repeatedly shared that view with Top-Flite and Callaway. Despite that, almost five years later, Callaway has elected to file a lawsuit. Because it is convinced that the patents are invalid, on January 17, 2006, Acushnet asked the U.S. Patent and Trademark Office to re-examine each of the four asserted patents. The Patent Office has found very similar claims in other Top-Flite patents invalid, and Acushnet believes that the Patent Office is the most appropriate forum to address the validity of these patents.

"The patents at issue are directed to multi-layer, solid construction golf balls with urethane outer covers. Acushnet received its first patent covering this technology on March 3, 1999. The oldest of the Callaway patents being asserted was not filed until December 12, 1999 and issued on March 15, 2001. The other three Callaway patents were all filed in 2001, well after the Titleist Pro V1 was introduced at the Invensys Classic on October 12, 2000.

"Acushnet intends to vigorously defend its products and business against these assertions and believes that it will prevail in having the Callaway

CW 0280259

patents found invalid. These pending matters will not interrupt or disrupt the manufacture and sale of Acushnet's products."



**PERESTROIKA, COMRADES:** Golf for many years was considered a game played by only the affluent that had the time and financial means to devote to such efforts. The privileged few who could afford such exclusionary recreational activities in some ways personified capitalism. But times change and perhaps that is no more evident than a recent and historic visit by nine members of the Moscow Golf Development Federation to the Phoenix/Scottsdale communities. Intrawest Golf, TMS Management Solutions and Frontier Golf Construction and Design welcomed the dignitaries, who were all directly appointed by Russian President Putin, as part of a fact finding mission.

Mikhail Gorbachev instituted the policy of economic and governmental reform in the Soviet Union during the mid-1980s and with that the ground work was laid for such an extraordinary visit. The tour provided Federation members an opportunity to gain insight into golf community development and operations in order to develop similar golf communities within Russia. It appears that Moscow will be the starting point for golf in Russia and the purpose of the visit was to allow the delegation to better understand the procedures involved in the Phoenix, Scottsdale markets to approve a golf course contract. Also what was extremely important to the eager students was an understanding of the appropriate and correct procedures respective to the environment in developing and building golf courses.

Intrawest Golf Corp, a division of Intrawest Corporation, a leading developer and operator of four-season, village-centered destination resorts in North America, provided its insights into course management to the Russian delegation. "We've known for years that the Valley has some of the best golf properties in the world," said Tyler Swedberg, Director of Development and Agronomy for Intrawest Golf. "It's a true compliment to have people travel across the globe to experience what the Valley has to offer." Frontier Golf Design and Construction is a golf course design and construction company primarily working in Eastern Europe, while TMS Management Solutions is business management consulting company. Federation members visited a variety of golf properties including; Raven Golf Club at South Mountain, Raven Golf Club at Verrado, Superstition Golf Club, Troon Country Club and We-Ko-Pa Golf Club. Each course provided the members different examples of golf course community development.

Web Street sat down exclusively with Mr. Valery Vinogradov, Deputy Mayor of the Moscow City Government and Mr. Vladimir Lebedev, Deputy Head of the Moscow City International Relations Department to discuss the potential future for golf in their native country.

"We had a lot of meetings and it was very interesting. Most importantly the people of the Moscow City Government should understand the rules for approval of golf courses," Mr. Valery Vinogradov, Deputy Mayor of

CW 0280260

Moscow in the Moscow City Government said through his translator Natalia Zhilyakova. "We look to take something of the knowledge we gained from our experience to Moscow to develop golf there and in Russia too. Moscow City Government is very serious to develop this kind of sports."

Mr. Vladimir Lebedev, Deputy Head of the Moscow City International Relations Department, added, "We learned a lot that will be fruitful for us. We think the things we have studied here may not apply 100% but many may be applicable in Moscow."

 The due diligence exhibited by the delegation represents a responsible approach towards introducing golf to the Russian people. "The first thing that is important is to make 10 golf ranges to attract people and juniors," said Mr. Vinogradov. "I can't tell you how many golf courses we will have in 10 years. We should make a program under which we can understand how many courses we can build. But for now we are planning on building a minimum of 10 golf ranges," he explained. "In Moscow there are 10 regions, each one represents a minimum of 1 million citizens, so there would be one range per region," he added.

"We have almost 12 million people in Moscow City," Mr. Lebedev stated, "which represents about 35% of the GDP for Russia in Moscow. We have quite a number of really wealthy people, so golf should be a game for Moscow. It's only natural for us."

Mr. Lebedev continued, "To start the golf business in Moscow, we have to pay for this as a government and then it will be developed into a more comprehensive business, but initially it will be a government business." While many people are ignorant towards Russia in part due to communism and a cold war that existed between the US and the former Soviet Union, golf would appear to be a potential common denominator for both. "We have a real Russian winter, of course," the Deputy Mayor of Moscow explained. "But in general the (playing) period would be from May to October. At the same time we can and would like arrange to have golf simulators in winter centers for those who would like to practice all year." Mr. Vinogradov continued, "Once we return, Moscow City Government will prepare this important document with principle rules and laws before a project can begin construction. It can take up to three years to build a course which allows for licenses and construction time. For golf ranges it is much less."

The Russian delegation appeared impressed with what it saw and eager to apply what it learned upon its arrival back to Moscow. However, Mr. Lebedev was cautious regarding the future of the Russian golf. "We have a proverb: You shouldn't split the skin of the bear that you haven't yet captured," he explained.

Nevertheless, if the Russians decide to embrace golf the way it has with tennis, perhaps one day they will have their own version of Tiger Woods prowling the professional circuit. "Russia can do anything. We only need time and persistence," said Mr. Vinogradov. "First we have a lot of woods, to have some tigers, why not?" Mr. Lebedev added.

**THE POWER OF X:** Callaway Golf Company (ELY: NYSE) continues to demonstrate it's outside the box thinking when it comes to its applying ways to create enjoyment for recreational golfers and offer its elite caliber players an edge in

CW 0280261

competition.

The company announced its new X460 Driver, which features something never seen before in driver models but could be considered something borrowed from its Odyssey brand. Callaway has built into the sole of the X460 driver a "Consistent Alignment Sole" and according to Dr. Alan Hocknell, vice-president of product design, it provides more than one benefit with its unique design.

"We asked ourselves how can you take as much of the weight out of the middle of the head," explained Hocknell. "There are various things that you can do with thickness. But we also experimented a little bit with shape and found this one had additional benefits. When you put it down on the ground, it sat very stable and it showed where it was aiming. Other golf clubs tend to have a single keel point and the club is able to sort of rock back and forth around that keel point. In some cases that's good because different types of players like to manipulate the club in various positions at address before they are comfortable hitting the ball. But the vast majority of people, we felt, wanted some form of visual cue of where the club is aiming in order to help them with that. What you'll find when you put this club down on the ground, it doesn't rock around it just sits there and it helps people align themselves. That was a secondary benefit, really, that came from the concept we were working on."

Sounds like one of the properties found in the infamous 2-Ball putter is being reincarnated into a driver design.

"There is also a weight pad in the back of the titanium body," Hocknell continued. "The center of gravity in this club is the lowest of any titanium driver we've made, which is a benefit to players across the ability range. We've tested players with swing speeds from 80 mph all the way up to 115 mph and found that overall the way that we have the club configured with the loft, the distance of the center of gravity back from the face and also the height of the center of gravity, those three things work in tandem together, we have a good combination for all types of players."

In the competitive landscape for driver models, the X460 is looking for some face time with consumers and it has something else unique within the Callaway universe too. "The face is actually the largest driver face that we have ever made and because of that and the shaping of the head at 460 ccs, it has the largest sweet spot of any titanium driver we've made," said Hocknell. "In essence it's a progression beyond the Big Bertha Titanium 454 that was available last year."

According to Hocknell, the company received feedback from consumers about the 454 model it introduced last year that it used towards the creation in the new X460. "We heard from weaker players that it would be helpful if it was easier to get the ball in the air with the Big Bertha club. Some of the weaker players also felt they lost the ball to the right, a fade, slice type of thing with the 454." According to Hocknell, some of that was a byproduct of the entire market getting used to swinging clubs that featured large club head. "When you have a club that is 460 ccs, the center of gravity is just naturally further away from the shaft than it had been in smaller heads. So all types of golfers had to get use to the sensation you get when you're swinging the club when the center of gravity is further away from the shaft. It caused weaker players in particular an impression that the club itself made the ball go right."

 After listening to those comments, Hocknell factored that into the design process. "The X460 is configured slightly different than the 454 in that the

CW 0280262

integer lofts (whole numbers) are slightly more closed faced than the 454," he said. "That helps with the straightness issue. But we also introduced a Tour model, which is designed for the better player. It has a square face," he added. "We have essentially recognized that there are two different consumer types within that titanium market and we've made them configurations in essentially the same family of golf clubs that would appeal to both." The X460, in both standard and Tour models, will be available at authorized golf retail stores and green grass shops starting March 1 with a manufacturer's suggested retail price of $375.

Callaway Golf has also introduced new stainless steel X Fairway Woods, which are already a fixture in the bags of many PGA Tour players. "In Vegas, towards the end of last year, we built 15 models of the X fairway woods to our existing Staff members and 7 went into play that Thursday," Nick Raffaele, VP of Sports Marketing for Callaway said. "In that 72 hour window to have approximately a 50 percent conversion rate, that's huge right out of the gate. That's a testimony to the product."

The new X Fairway Woods feature a 3-piece stainless steel design, with a balanced sole shape to promote consistent alignment and a square face.

"One thing we have done in particular in the X fairway wood is to lower the height of the leading edge. That was a particular piece of feedback from our Tour players," said Hocknell. "The proportion of the head has changed slightly so that the face appears shallower and wider and it has a flatter crown. All of these are considerations we found are important in promoting confidence at address and the ability to get down on the ball off of a variety of lies, be it light rough or things like that.

"These X Fairway Woods have the most in common with our Steelhead Plus fairway woods of a few years ago, which was a huge favorite," he said.

The best characteristics of Callaway's fairway woods over the years have been pulled into one model, according to Hocknell, in the new X Fairway Wood. "Not every one of those characteristics have been present in every one of our fairway woods, but what we've tried to do is not try to pull them into the X Fairway Wood."

The X Fairway Woods will be available in 3-, 4-, 5-, 7- and 9-wood models as well as Tour 13-degree and Tour 15-degree models that have slightly smaller heads and stronger lofts to promote lower, more boring ball flight preferred by more skilled players. The clubs will be in authorized golf retail stores and green grass shops March 1 and carry a manufacturer's suggested retail price of $225 with steel shafts and $250 with graphite.

**MAKING THE NEXT STEP:** It's been a long time since Cobra Golf has been seen on the PGA Tour. But as golf fans saw during the playing of the FBR Open, by way of J.B. Holmes convincing victory, the brand is back from its hiatus.

After Cobra was acquired in 1996 by Acushnet's parent company, Fortune Brands (known at the time as American Brands), the company's profile on the PGA Tour eventually grew quiet and its business reflected it. "Cobra was built through the 90's with aggressive tour support," Jeff Harmet, Cobra Golf's general manager explained, "and the brand was rebuilt from 2001 through 2005 without any." During its quiet period Harmet and company planned to work and worked their plan

"From 2001 - 2005, we focused on rebuilding the brand through: 1)

CW 0280263

Superior performing product, 2) Aggressive trial programs and 3) Cobra product focused "edgy"/breakthrough advertising." he said. The work has paid off as Cobra has enjoyed resurgence with consumers in that time. "This effort generated record sales in 2005 and the brand is now stronger than ever in its 33 year history," Harmet told Web Street.

Now Harmet is implementing the next stage in his strategy in order to elevate Cobra Golf's business higher. Cobra Golf has added a few fresh faces to associate with its products and brand identity as it has agreements with Ian Poulter, Geoff Ogilvy, Kevin Na, Jeong Jang, along with Camilo Villegas (who tied for second at the FBR Open) and J.B. Holmes, PGA Tour qualifying school medallist and winner of the 2006 FBR Open. "We feel there exists a great opportunity to take the Cobra brand equity to the next level through servicing/promoting a handful of Cobra personality congruent players with the best product in the industry," said Harmet. "We're very fortunate to have consummated the partnerships with the 6 new members of our team. All fit the brand profile, are outstanding players, have huge Q factors and will break through the clutter." However, Harmet cautioned that his plan is about quality, not quantity when it comes to Tour support. "We are not going to play a numbers game . . . but plan to do the best job with the team we've signed as we're looking to promote long term partnerships," he said. "We are now in a position to take our brand equity to the next level by enhancing our promotion with this focused tour initiative. Our brand will remain product performance focused. We invested in building a strong R&D team which is producing some of the best products in the industry. We have and continue to support our key products with promotion that is designed to generate greater share of voice and trial," he explained. "Our primary target is the 6+ handicap avid golfer. The brand congruent tour play will bring this message to a wider audience within this core market.

**A NEW MATH:** Cleveland Golf has announced the introduction of its new HiBORE driver. According to the company, this revolutionary new driver, developed with Distance Driven Geometry features the lowest, deepest center of gravity in golf, face centered performance and a sleek club-head that sits on a chassis that's 15% larger than other large volume drivers.

"There are about a handful of products that you would say actually changed golf," said Greg Hopkins, President/CEO of Cleveland Golf. "The HiBORE driver is definitely going to change golf. We've made some good drivers in the past, but the HiBORE is in a league of its own." According to Cleveland, what separates its new driver from traditional ones is the use of Distance Driven Geometry, which is used to perfectly align the center of gravity projection (CGP) with the center of the clubface. This is considered the single point on the clubface where no head rotation or "gear effect" occurs at impact. Traditional drivers have a high CGP, according to Cleveland, which makes the top of the clubface the only area capable of producing efficient launch conditions. The company said the problem with this is that when golfers hit the ball high on the face, they sacrifice energy transfer.

According to Cleveland Golf, the HiBORE produces higher launching and lower spinning drives without the losses in ball speed typically seen with high face impacts on other drivers. Internally, 25 grams of discretionary weight was added enhance its performance.

The new HiBORE driver begins shipping on March 25, 2006 and will

CW 0280264

carry an MSRP of $498.

**OH, YA:** YES! Golf announced that PGA Tour veteran David Frost has signed an agreement with the company to use its C-groove putter. Frost set an all time 72 hole putting record last year with only 92 putts at the MCI Heritage Classic.

"The technology behind the C-groove putter is incredible," stated Frost. "When you do a direct comparison on the video cam with a YES! C-groove putter and a traditional putter you can really see the ball creating forward rolling motion much faster off a Yes! putter. The C-grooves help impart over the top rolling motion which eliminates a great deal of the initial hopping and skidding you get from traditional putters."

Frost, 48, has won 10 times on the PGA TOUR, 12 times on the International Tour and has over 9 million dollars in career earnings. "David is not only a great player but a true professional both on and off the course," stated Francis Ricci, CEO YES! Golf. "We are excited to have him part of the YES! Team and look forward to working with him." Frost will become an integral part of the marketing and advertising campaign for the Denver, Colorado based company. Terms of the agreement were not disclosed.

**ITS TIME TO BE GOING:** Cutter & Buck Inc. (CBUK: NASDAQ) announced that Tom Wyatt, president/CEO and a member of its board of directors is leaving the company on March 8, 2006, to become the president of GapBody, part of Gap, Inc. "He was approached to run GapBody, and given his background with similar divisions at Warnaco and VF Corporation, it's like going home for Tom. So we understand why he would view this as a 'can't refuse' opportunity," said Doug Southern, chairman. "We remain on track to begin experiencing top line growth in the second half of fiscal 2006, driven by our vastly improved product introductions in CB ProTec, Signature Collection and Classics, as well as the addition of the direct to consumer initiatives launched earlier this year."

Southern added, "We have a very dedicated and committed group of directors and I am confident they will make good use of the transition period to address this leadership change."

**IT IS WHAT IT IS:** More bad news came out of the Wilson Golf division as its parent company; Amer Sports released it operating results to shareholders late last week. "In the Golf Division, net sales declined by 4%, to EUR 141.2 million," the Finnish Company told the investment community. In 2004, Wilson Golf had sales of EUR 147.7 million. Perhaps the one bright spot to cling to is that the company posted higher sales (EUR 22.7 million versus 21.1 million in '04) in its fourth quarter, which marked the only time in 2005 that it achieved higher sales compared to the prior year.

"Tough competition on the global golf equipment market continued. EBIT (earnings before interest and taxes) declined and was EUR 7.1 million in the red," Amer stated. The operating lost contained a EUR 4.7 million provision for costs associated with the reorganization program. Amer listed its golf business' EBIT for 2004 was EUR .5 million in the black. At the end of December, the Golf Division kicked off the realignment of its global organization as a means to increase operational efficiency and

CW 0280265

lower costs. The division listed it has 598 employees as of December 31, 2005, down from 694 at the end of 2004.

"In the United States, Wilson Golf will seek greater cohesion in its distribution strategy by focusing on its major customers. In addition, sourcing will be stepped up in the Far East, and the operations of the golf ball factory in Humboldt, USA, will be downsized gradually," Amer stated. "We will continue to develop our golf business and keep bringing attractive products to market."

**WE DON'T NEED NO STINKING TIGER:** The FBR Open was another smashing success, attested by the fact it shattered daily and weekly attendance records. The hosts, the Phoenix Thunderbirds announced it drew 536,777 spectators in total for the week, including galleries of 117,540 on Friday and 168,337 on Saturday. All three figures represent records for the tournament which can easily boast that it is in a class of its own since no other event can come close to those numbers. Quite remarkably, this year's record setting version, won by rookie J.B. Holmes, didn't have Tiger Woods or local favorite Phil Mickelson, last year's winner, in the hunt for a title. How much more can it handle?

"We took a tour of the course on Saturday when we had our highest single-day crowd," tournament Chairman Mike Haenel told the Arizona Republic. "From what I saw, I think we could probably handle another 100,000 fans. In 20 years at the TPC (of Scottsdale), we've never had to turn away a fan because we ran out of room, and I hope that never happens. We're probably spoiled here, but there are a lot of golf tournaments where that just isn't the case. That's what makes this such a unique event."

The general consensus is that the players are the product that fans turn out to see, but in this instance the formula is open to debate. Clearly the addition of Woods in the field wouldn't have hurt attendance or a star studded leader board either for that matter. "Don't get me wrong - we want the best players we can possibly get, and we would love to have Tiger in our field," Haenel explained to the paper. "But if we have good weather, fans are going to come here no matter whose leading. That's a tribute to the kind of community support we receive."

Early word is that Woods isn't likely to make a trip to the Valley of the Sun in 2007, but since it also plays host to the Super Bowl in 2008; odds are Tiger's interest could be piqued then. Either way, its standing room only as long as the sun shines, which is the case more than 300 days each and every year!

**QUESTION OF THE WEEK:** Last week's question was:
**Do you think J.B. Holmes is the next star on the PGA Tour? Yes or No.**
Web Street readers believe J.B will be the next big thing on the PGA Tour, by a vote of 54 percent. Thank you to everyone that responded to last week's question.
This week's question is:
**Do you think Tiger Woods by way of his two victories already this year, has widened the gap between him and his nearest competitors? Yes or No.**
Send an email to terrymcandrew@golfbiz.net with your answer.

CW 0280266

**STOCK WATCH:** Another up and down week on Wall Street. But this time when the music stopped, it finished higher as the Dow improved by 1.16 percent. Two weeks ago the blue chip index skidded 113 points after gaining 240 points the week before that.

The S&P 500 added 0.23 percent, but the Nasdaq declined 0.23 percent for the week.

The Dow Jones Industrial Average starts this week at 10,919.05 up 1.9% year to date, thanks in large part to last week's stronger performance. The Standard & Poor's 500-stock index is up 1.5% on the year, and the Nasdaq Composite Index is higher by 2.6%.

*TRAVEL:*

**PLAY LIKE THE PROS:** On selected Tuesdays from March through June, the world-famous La Costa Resort and Spa will offer its popular "Play Like The Pros" package, scheduling play on the prestigious 18-hole composite layout used for competition in the annual Accenture Match Play Championship.

These are the only dates of the year that La Costa combines holes from its North and South courses specifically to recreate the world tour players' challenge for everyday golfers. "Play Like the Pros" available dates are: March 7, 14, April 4, 18, 25, May 2 and June 27.

"Our guests who play the composite course really enjoy playing and visualizing the same shots that the tour professionals faced only a few weeks before," said Desi Howe, La Costa's director of golf. "It's a great way to make a personal connection to the history and tradition La Costa has enjoyed with the best players in the world, dating back to the 1960s." The "Play Like The Pros Package" is $225 per player, or $200 for a resort guest. Overnight packages are available as well. For tee times call (800) 854-5000 or (760) 438-9111. More details about La Costa Resort and Spa are available by visiting www.lacosta.com.

**THE INFORMATION CONTAINED IS BELIEVED TO BE RELIABLE, BUT IT IS NOT GUARANTEED. THE OPINION EXPRESSED IS THAT OF TERRY MCANDREW AND SHOULD NOT BE CONSIDERED A SOLICITATION TO BUY OR SELL SECURITIES IN ANY OF THE COMPANIES DISCUSSED WITHIN THIS NEWSLETTER. CONTENTS OF THIS NEWSLETTER MAY NOT BE REPRINTED OR REBROADCAST WITHOUT THE EXPRESSED WRITTEN CONSENT OF TMAC GOLF**

Copyright © 2000 GolfBiz.net, all content.
WebSite designed and maintained by Applied Dynamic Solutions, LLC  ADS

CW 0280267