# EXHIBIT O



Case No. 06-91 (SLR)

PX-1121

Date Entered: _____

By: _____

AC0044448

AC0044449



The new Titleist® PRO V1™ represents the coalescence of three of Titleist's industry leading design technologies — large solid core, multi-component construction and high performance Urethane Elastomer™ cover technology — and delivers yet another breakthrough choice for golfers seeking longer distance and *Drop-and-Stop™* performance into the green. An exciting addition to Titleist's high performance golf ball offerings, the PRO V1 complements the Titleist Professional and Titleist Tour Prestige advanced liquid-filled center wound golf balls and further establishes Titleist's position as the industry leader in innovative technology, best in class process quality and manufacturing excellence.



The Titleist tradition of winning technology has once again been reaffirmed on worldwide Tours via the widespread player acceptance and success already achieved with the new Titleist Pro V1. Before any new high performance Titleist golf ball is launched to the market, it must be tested, approved and validated at the highest levels of competitive golf to ensure that the product exceeds the performance and quality expectations of the most discerning golfers. The success of the new Titleist Pro V1 in pre-market seeding is unprecedented, highlighted by ten worldwide wins in its first seven weeks, and more Titleist players than all competitive solid golf ball players combined. Titleist Pro V1 victories include Phil Mickelson, Davis Love III, Ernie Els, Mike Weir and Dottie Pepper to name a few.

AC0044450



The large core, multi-component, Urethane Elastomer cover technology of the Pro V1 delivers a balance of performance benefits demanded by serious golfers and unmatched by the competition. The Pro V1 features a large (1.550″) diameter core for maximum velocity and long distance, a speed enhancing and spin controlling ionomer casing and a thin, soft, Urethane Elastomer cover for short-game spin, feel and control.

EXCLUSIVE, PATENTED, HIGH PERFORMANCE, SOFT & THIN URETHANE ELASTOMER COVER

LARGE (1.550″) DIAMETER, SOFT AND RESILIENT RUBBER CORE

SPEED ENHANCING AND SPIN CONTROLLING IONOMER CASING

TOUR-PROVEN, 392 ICOSAHEDRON DUAL DIMPLE DESIGN

AC0044451



❸ The high velocity, low spin and high launch of the Titleist Pro V1 combine to produce a flatter, less arcing ascent, as well as straight, tight ball flight for exceptional driver and long iron distance.

LONGER, STRAIGHTER DISTANCE

❹ The Titleist Pro V1 generates a steep angle of descent into the green and provides Drop-and-Stop performance on approach shots.

DROP-AND-STOP PERFORMANCE

For serious golfers seeking the next generation in Tour-level golf ball performance and technology, the Titleist Pro V1 delivers exceptionally long driver and iron distance, extremely tight ball flight, Drop-and-Stop performance into the green and soft feel.

1.550

.035

AC0044452

AC004453



The new Titleist Pro V1 offers a unique balance of performance benefits from tee to green and is best suited to the large and growing segment of serious golfers who place more emphasis on long, straight distance. New breed, high ball speed

generating golfers like Sergio Garcia, Phil Mickelson, Ernie Els and Davis Love III realize a significant distance advantage with the new Pro V1, without sacrificing the levels of spin, feel and control they require for scoring into and around the green.

1.55"



The Titleist Pro V1 delivers a balance of performance — the performance balance of long, straight distance benefits from tee to green unmatched by the competition. High velocity, low spin and high launch produce exceptionally long driver distance, while a steep angle of descent and high performance 1/2 wedge spin provide stop-and-stop performance into and around the green.

1. Pro Distance distance utilizing a ball speed of 140 mph at a launch angle of 9 degrees with 3500 rpm of backspin.

2. Average Driver distance utilizing a ball speed of 140 mph at a launch angle of 10.5 degrees with 3600 rpm of backspin.

3. 1/2 Wedge 1/2 wedge spin utilizing a ball speed of 52 mph at a launch angle of 32 degrees with 7200 rpm of backspin.

1.550"



The Titleist PRO V1 delivers a balance of performance benefits from tee to green unmatched by the competition. High velocity, low spin and high launch produce exceptionally long driver distance, while a steep angle of descent and high performance 1/2 wedge spin provide *Drop-and-Stop* performance into and around the green.

● Titleist PRO V1
■ Precept Tour Premium
◆ Callaway Firmfeel
◆ Callaway Softfeel
■ Nike Tour Accuracy
✕ Strata Tour Professional

The performance balance of long, straight distance and short-game control provided by the PRO V1 is optimizing to both the high swing speed launch conditions typical of the best players in the world, as well as the launch conditions typical of most amateur golfers.

**PRO LAUNCH CONDITIONS**

**AVERAGE LAUNCH CONDITIONS**

1. Pro: Driver distance utilizing a ball speed of 167 mph at a launch angle of 9 degrees with 3500 rpm of backspin.

2. Average: Driver distance utilizing a ball speed of 140 mph at a launch angle of 10.5 degrees with 3600 rpm of backspin. 3. 1/2 Wedge: 1/2 wedge spin utilizing a ball speed of 52 mph at a launch angle of 32 degrees with 7200 rpm of backspin.

AC0044455



s the industry leader in large core technology. Titleist has pioneered many applications of large-solid core design toward maximizing velocity and distance with soft feel for golfers of all skill levels. From the 1.550" diameter core of the Titleist HVC® introduced in 1991, to the current day HP Tour which features a 1.590" diameter core, Titleist continues to push the envelope in large core design and manufacturing, and in so doing provides solid core distance and performance unmatched by the competition.

1.55"

AC0044456



LARGE (1.550") DIAMETER, SOFT AND RESILIENT RUBBER CORE

AC0044457

AC0044458



CORE VOLUME AND VELOCITY

● Titleist Pro V1
■ Precept Tour ... mbm

♦ Callaway firmfeel
♦ Callaway Softfeel

⊞ Ni   Tour Accuracy
⚫ ta Tour Professional

❶ The new Titleist Pro V1 has the largest core of any multi-component or multi-layer golf ball in the industry. This large, 1.550" core serves as a bigger engine, producing higher velocity which, combined with high launch and low spin, generates extraordinary distance.

❷ The pro  ry lar  e core design of the new Titleist Pro  also provides a remarkably soft feel on all shots, while maintaining high velocity.

1. Velocity: Coefficient of Restitution is measured at an inbound speed of 125 ft./sec.
2. Core Volume: Volume in cubic centimeters is calculated based on the measurement of diameter of balls in the marketplace.

1.550"



**T**itleist is the market leader in multi-component golf ball construction technology. Titleist has had industry leading market share positions with both double cover and dual core multi-component designs. No other manufacturer has the process expertise as demonstrated in the new Titleist PRO V1. The thin, resilient ionomer casing contributes to the high velocity of the PRO V1 and also controls the spin rate of the golf ball for tight ball flight and exceptional distance.

AC0044459



LARGE (1.550") DIAMETER,
SOFT AND RESILIENT
RUBBER CORE

.030

1.550"

1.550"

.035

SPEED ENHANCING
AND SPIN-CONTROLLING
IONOMER CASING

AC0044460



- The thin and resilient ionomer casing controls spin and enhances ball speed on full shots for long, straight distance. The low spin, tight ball flight trajectory of the Pro V1 is particularly beneficial in windy conditions.

- Titleist Pro V1
- Precept Tour Premium
- Callaway firmfeel
- Callaway Softfeel
- Nike Tour Accuracy
- Strata Tour Professional

- The exclusive and proprietary multi-component technology of the new Titleist Pro V1 provides a combination of high launch and low driver spin which creates a higher, flatter trajectory for exceptional length off the tee.

1. Driver Spin Setup Conditions: Utilizing a 975D driver and a Pinnacle Gold golf ball such that the ball leaves the face of the club at 140 mph, launches at 9.5 degrees and spins at 3000 rpm.

2. Velocity: Coefficient of Restitution is measured at an inbound speed of 125 ft./sec.

LOW SPIN AND HIGH VELOCITY

1.550"

AC0044461



Titleist is the industry pioneer and sustaining market leader in Urethane Elastomer cover casting technology. First introduced in 1994 on the original Professional golf ball, Titleist cast Urethane Elastomer cover technology is the most played and most winning cover technology throughout competitive golf.

Continued research and development of Urethane Elastomer casting technology has resulted in an improved Titleist Professional in 1997 and the softer feeling, higher spinning Titleist Tour Prestige in 1999, as well as an extensive portfolio of exclusive Urethane Elastomer material and cover casting process patents.

AC0044462



AC0044463



AC0044464

STEVE STRICKER

BILLY ANDRADE

DAVIS LOVE III

MARK O'MEARA

Phil MICKELSON

92 Ball. Dimple Design

"I'm playing a game right now that's different from any game I've ever played. If you're not playing this ball, you're at a distinct disadvantage to the field."

"The Pro V1 is great. The ball goes farther and I spin the ball better."

AC0044465

PRO-V1 6 DZ. COUNTER DISPLAY

merchandises twenty four (24) individual sleeves and provides dynamic product feature and benefit information at point of sale. (SKU: 1TPV3-6)

PRO-V1 CONSUMER BROCHURE

collateral piece providing detailed product feature, performance function and golfer benefit education to consumer. Available 12 brochures per pack. (SKU: 3170)

PRO-V1 LARGE SLEEVE

gravity feed display designed for counter top or flat wall sleeve merchandising and provides product feature and performance benefit information, as well as large format packaging merchandising at point of sale. (SKU: 1TPV3-6SS)

AC0044466



**CORE**
Composition          Polybutadiene
Type                 392 Solid
Diameter             1.550"

**CASING**
Material             Ionomer
Thickness            0.035"

**COVER**
Composition          Urethane Elastomer
Thickness            0.030"

**DIMPLES**
Shape                Spherical
Pattern              Icosahedron
Parting Lines        1
Total Number         392
Number of Types      2

**BALL PROPERTIES**
Compression          83-89
Velocity             253-254
Driver Spin (+/- 100 rpm)       3100
8-Iron Spin (+/- 300 rpm)       7500
1/2 Wedge Spin (+/- 300 rpm)    6700

.030"

1.55"

Titleist
"1 ball in golf."

P O Box 965 Fairhaven, MA 02719-0965 www.titleist.com #SS1ball 2001

AC0044467