IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | C. A. No. 06-91 (SLR)<br><br>**REDACTED** |

### DECLARATION OF MARIO GODBOUT IN SUPPORT OF
### PLAINTIFF CALLAWAY GOLF'S MOTION FOR A PERMANENT INJUNCTION

I, Mario Godbout, declare as follows:

1. I am currently Vice President of Golf Ball Operations for Callaway Golf Company ("Callaway Golf"). I have been in that position since December 2006. Prior to that, I was Senior Director of Engineering of Golf Ball Operations for Callaway Golf. I was in that position since September 2003.

2. Prior to September 2003, I was Director of Manufacturing and Engineering of Golf Balls for Spalding/Top-Flite Corporation. I was involved in golf ball manufacturing with Spalding/Top-Flite for more than 16 years.

3. Between my work experience with Spalding/Top-Flite and my work experience with Callaway Golf, I have been involved in golf ball manufacturing for more than 20 years. Based on that experience, I have intimate knowledge of the manufacturing capabilities and capacities available to Callaway Golf at its various manufacturing facilities.

4. In 2007, Callaway Golf brought on-line 6 new production cells to manufacture Callaway Golf's new                    premium golf balls, to be introduced in

# REDACTED

The          of balls is designed to compete directly with the Titleist Pro V1, as well as all other premium golf ball offerings from Callaway Golf's other competitors in the golf ball business.

5.  Each new cell is capable of manufacturing            With all 6 lines operating, Callaway Golf can manufacture              Based on a            which is the work-year on which Callaway Golf's ball manufacturing plants typically run and can run based on need, Callaway Golf has the present capability to manufacture

6.  In addition, Callaway Golf has                                   cells that are used to manufacture Callaway Golf HX.Tour and HX.Tour 56 golf balls. In 2007, the HX.Tour and the HX.Tour 56 were Callaway Golf's premium grade balls that competed directly with the Titleist Pro V1.

7.  Each         is capable of manufacturing            With all       operating, Callaway Golf can manufacture         Based on a         Callaway Golf has the present capability to manufacture         HX line golf balls per year using its        lines.

8.  However, because the         of golf balls use some of the same finishing machines as the golf balls manufactured on the         Callaway Golf cannot take full advantage of all       and        manufacturing cells simultaneously. Total current golf ball manufacturing capabilities combining the          and the

9.  In addition to the         and the         Callaway Golf currently has 5         Those cells currently manufacture         golf balls. With an investment of approximately         those        could be converted to manufacture solid core, multi-layer, polyurethane covered golf balls, specifically HX Red and/or HX Blue golf balls, within         .[1]  Each         can manufacture approximately         With all          operating, Callaway Golf can

---

[1] The HX Red and HX Blue are premium golf balls that were sold by Callaway Golf, and directly competed with the Titleist Pro V1 from 2002-2003.

2

# REDACTED

manufacture                                                                                          Based

on a              , Callaway Golf has the capability to manufacture an additional

10. Aside from its U.S. operations, Callaway Golf also has an off-shore golf ball manufacturing operation in Asia. That Asian manufacturing operation also has        that could be quickly modified to manufacture solid core, multi-layer, polyurethane covered golf balls, specifically the HX Red and/or HX Blue. Currently, those TPU cells are manufacturing              golf balls. Although slightly different than Callaway Golf's U.S. operations, with an investment of approximately        Callaway Golf could convert the        in its Asia plant to manufacture solid core, multi-layer, polyurethane covered golf balls within        Each        in its Asia plant is capable of producing              . With all        operating, Callaway Golf can produce                      at its Asia plant. Based on a        which is the work year mandated by law in the country where Callaway Golf's Asia plant is located, Callaway Golf could manufacture an additional                    at its Asia plant.

11. Thus, within an                    and with an investment of approximately        Callaway Golf has the capability to manufacture approximately        premium solid core, multi-layer, polyurethane covered golf balls per year. The        needed to convert to production of solid core, multi-layer, polyurethane covered golf balls on the TPU lines represents only approximately        for 2008.

Executed under penalty of perjury this __th day of January, 2008, at Chicopee, Massachusetts.

Marlo Godbout   1/15/08

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 24, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski