

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 24, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Callaway Golf Company v. Acushnet Company
             C.A. No. 06-91-SLR**

Dear Judge Robinson:

    Enclosed is a corrected version of Exhibit 4 to Acushnet's Opening Brief in Support of Its Motion for Post Trial Relief (D.I. 417), which was filed under seal on January 22, 2008. The previous, as-filed version of Exhibit 4 to Acushnet's Opening Brief was missing pages. By copy of this letter, counsel will serve the corrected Exhibit 4 on opposing counsel of record.

    Counsel are available at the Court's convenience, if Your Honor has any questions.

                      Respectfully,

                      /s/ *David E. Moore*

                      David E. Moore

DEM:nmt/844308/30030
Enclosure (not filed)
cc:    Nicole Fasano-Newman (by hand with under seal exhibit)
        Counsel of Record (by electronic mail with under seal exhibit)