IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-91 (SLR) |
| ACUSHNET COMPANY, | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR BRIEFING ON CALLAWAY GOLF'S MOTION FOR PERMANENT INJUNCTION**

The parties hereby stipulate, subject to the approval of the Court, that Acushnet's deadline for filing its opposition to Callaway Golf's motion for permanent injunction (D.I. 411) shall be extended from February 19, 2008 to February 25, 2008 and that Callaway Golf's deadline to reply on its motion shall be extended to March 13, 2008.

FISH & RICHARDSON P.C.

By: /s/ *Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114
    Telephone (302) 652-5070
    halkowski@fr.com

*Attorneys for Plaintiff
Callaway Golf Company*

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

848804 / 30030