IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | C.A. No. 06-91-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF ACUSHNET'S BRIEF
IN OPPOSITION TO CALLAWAY GOLF'S MOTION
FOR PERMANENT INJUNCTION**

**VOLUME 4 OF 5**

**EXHIBITS 28**

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Mark L. Whitaker
Brian A. Rosenthal
Nicholas J. Little
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

Dated: February 25, 2008
Public Version Dated: March 3, 2008
850758 /30030

# TABLE OF CONTENTS

| DESCRIPTION | TITLE | EX. |
|---|---|---|
| ■■■ | ■■■ | 1 |
| ■■■ | ■■■ | 2 |
| ■■■ | ■■■ | 3 |
| Nauman Decl. | Declaration of Joseph Nauman 2/25/08 | 4 |
| ■■■ | ■■■ | 5 |
| ■■■ | ■■■ | 6 |
| ■■■ | ■■■ | 7 |
| ■■■ | ■■■ | 8 |
| ■■■ | ■■■ | 9 |
| ■■■ | ■■■ | 10 |
| ■■■ | ■■■ | 11 |
| ■■■ | ■■■ | 12 |
| ■■■ | ■■■ | 13 |
| Maher Decl. | Declaration of David Maher, 2/25/08, and Exhibits A-E | 14 |
| New Office Action '873 | Office Action on '873 Patent, 1/7/08 | 15 |
| New Office Action '293 | Office Action on '293 Patent, 1/23/08 | 16 |
| New Office Action '156 | Office Action on '156 Patent, 1/30/08 | 17 |
| Morgan Declaration | Declaration of William Morgan, 2/25/08 | 18 |

| DESCRIPTION | TITLE | EX. |
|---|---|---|
| ███ | ████████████████ | 19 |
| █████ | ██████████ | 20 |
| ████████ | ██████████ | 21 |
| ███████ | ████████████████ | 22 |
| DX-1008 | Acushnet Test Results 6/28/00 | 23 |
| ████████ | ████████████████ | 24 |
| ██ | ████████████████ | 25 |
| ████████ | ████████████████ | 26 |
| ██████ | ██████████ | 27 |
| ████████ | ████████████ | 28 |
| ██████ | ██████████ | 29 |
| ██████ | ████████████████ | 30 |
| ██████ | ████████████ | 31 |
| ██████ | ████████████ | 32 |
| ██████ | ████████████████ | 33 |
| ████████ | ██████████ | 34 |
| ██████ | ████████████████ | 35 |



| DESCRIPTION | TITLE | EX. |
|---|---|---|
| ▮▮▮ | ▮▮▮ | 36 |
| ▮▮▮ | ▮▮▮ | 37 |
| ▮▮▮ | ▮▮▮ | 38 |
| ▮▮▮ | ▮▮▮ | 39 |
| ▮ | ▮▮▮ | 40 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 3, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE  19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>David S. Shuman<br>W. Chad Shear<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA  92130<br>denning@fr.com<br>shuman@fr.com<br>shear@fr.com | Jonathan J. Lamberson<br>Christina D. Jordan<br>Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>lamberson@fr.com<br>cjordan@fr.com<br>compton@fr.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030

# EXHIBIT 28

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY