**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | C.A. No. 06-91-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF ACUSHNET'S BRIEF
IN OPPOSITION TO CALLAWAY GOLF'S MOTION
<u>FOR PERMANENT INJUNCTION</u>**

<u>**VOLUME 5 OF 5**</u>

<u>**EXHIBITS 29 TO 40**</u>

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
<u>rhorwitz@potteranderson.com</u>
<u>dmoore@potteranderson.com</u>

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Mark L. Whitaker
Brian A. Rosenthal
Nicholas J. Little
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

*Attorneys for Defendant
Acushnet Company*

Dated: February 25, 2008
Public Version Dated: March 3, 2008
850758 /30030

## TABLE OF CONTENTS

| DESCRIPTION | TITLE | EX. |
|---|---|---|
| ██████ | ████████████████ | 1 |
| ██████ | ██████████████████ | 2 |
| ██████ | ███████████████ | 3 |
| Nauman Decl. | Declaration of Joseph Nauman 2/25/08 | 4 |
| ██████████ | ████████████████ | 5 |
| ████ | ███████████████ | 6 |
| ██████ | █████████████████ | 7 |
| ██████ | █████████████████ | 8 |
| ██████ | ████████████████ | 9 |
| ██████ | ███████████████ | 10 |
| ██████ | ██████████████████ | 11 |
| ██████ | ███████████████ | 12 |
| ██████ | ██████████████████ | 13 |
| Maher Decl. | Declaration of David Maher, 2/25/08, and Exhibits A-E | 14 |
| New Office Action '873 | Office Action on '873 Patent, 1/7/08 | 15 |
| New Office Action '293 | Office Action on '293 Patent, 1/23/08 | 16 |
| New Office Action '156 | Office Action on '156 Patent, 1/30/08 | 17 |
| Morgan Declaration | Declaration of William Morgan, 2/25/08 | 18 |

| DESCRIPTION | TITLE | EX. |
|---|---|---|
| ███ | █████████████ | 19 |
| █████ | ███████████ | 20 |
| ████████ | █████████ | 21 |
| ███████ | █████████████ | 22 |
| DX-1008 | Acushnet Test Results 6/28/00 | 23 |
| ████████ | ██████████ | 24 |
| ███ | ██████████ | 25 |
| ███████ | ████████████ | 26 |
| ████ | ██████ | 27 |
| ████████ | ████████ | 28 |
| ████ | ██████ | 29 |
| ███████ | █████████████ | 30 |
| ███████ | ██████████ | 31 |
| ███████ | ██████████ | 32 |
| ███████ | ███████████ | 33 |
| ████████ | █████████ | 34 |
| ███████ | █████████ | 35 |

| **DESCRIPTION** | **TITLE** | **EX.** |
|---|---|---|



| | | 36 |
| | | 37 |
| | | 38 |
| | | 39 |
| | | 40 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 3, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on March 3, 2008, the attached document was Electronically Mailed

to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030

# EXHIBIT 29

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT 30

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 31

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 32

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 33

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 34

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT 35

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 36

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 37

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 38

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 39

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 40

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY