IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | C.A. No. 06-91-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF ACUSHNET'S BRIEF
IN OPPOSITION TO CALLAWAY GOLF'S MOTION
FOR PERMANENT INJUNCTION**

**VOLUME 6**

**EXHIBITS 41 TO 43**

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Mark L. Whitaker
Brian A. Rosenthal
Nicholas J. Little
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

Dated: February 25, 2008
Public Version Dated: March 3, 2008
850758 /30030

## TABLE OF CONTENTS

| DESCRIPTION | TITLE | EX. |
|---|---|---|
| | Intentionally Left Blank | 41 |
| | Intentionally Left Blank | 42 |
| | Mickelson e-mail ruling | 43 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 3, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>David S. Shuman<br>W. Chad Shear<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shuman@fr.com<br>shear@fr.com | Jonathan J. Lamberson<br>Christina D. Jordan<br>Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>lamberson@fr.com<br>cjordan@fr.com<br>compton@fr.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030

# EXHIBIT 41

INTENTIONALLY LEFT BLANK

# EXHIBIT 42

INTENTIONALLY LEFT BLANK

# EXHIBIT 43

**Little, Nicholas**

From: Donnelly, Ken
Sent: Monday, February 25, 2008 7:27 AM
To: Little, Nicholas; Rosenthal, Brian
Subject: FW: Callaway v. Acushnet - ruling re: Phil Mickelson

----- Original Message -----
From: Stephanie_Obyrne@ded.uscourts.gov <Stephanie_Obyrne@ded.uscourts.gov>
To: halkowski@fr.com <halkowski@fr.com>; Horwitz, Richard L.
Cc: Francesca_Tassone@ded.uscourts.gov <Francesca_Tassone@ded.uscourts.gov>
Sent: Mon Dec 10 17:49:16 2007
Subject: Callaway v. Acushnet - ruling re: Phil Mickelson

Counsel,

Having considered the parties' arguments regarding Phil Mickelson's proffered testimony, Judge Robinson has concluded that the marginal relevance of such testimony is outweighed by the danger of unfair prejudice attributed to his celebrity status. The court cautions in this regard, however, that the fact that Mr. Mickelson did not testify at trial cannot be used in any way by Acushnet to challenge the veracity of the statements and/or conduct attributed to him in the articles already allowed into evidence.

Judge Robinson will put Her ruling on record tomorrow morning. She will not entertain further submissions on this issue.

Very best regards,

Stephanie O'Byrne
clerk to the Hon. Sue L. Robinson
United States District Court for the District of Delaware

1