IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-91 (SLR) |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

The parties hereby stipulate, subject to the approval of the Court, that Acushnet's deadline for filing its reply on its Motion to Dismiss Callaway's Claim of Breach of Contract (Count V) and to Partially Vacate the Court's November 20, 2007 Opinion and Order (D.I. 471) shall be extended from September 8, 2008 to September 10, 2008.

FISH & RICHARDSON P.C.                    POTTER ANDERSON & CORROON LLP

By: /s/ Thomas L. Halkowski                By: /s/ David E. Moore
    Thomas L. Halkowski (#4099)                Richard L. Horwitz (#2246)
    Fish & Richardson P.C.                     David E. Moore (#3983)
    919 N. Market Street, Suite 1100           Hercules Plaza, 6th Floor
    P. O. Box 1114                             1313 N. Market Street
    Wilmington, DE  19899-1114                 Wilmington, DE  19801
    Telephone (302) 652-5070                   Telephone (302) 984-6000
    halkowski@fr.com                           rhorwitz@potteranderson.com
                                               dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Callaway Golf Company*                    *Attorneys for Defendant*
                                           *Acushnet Company*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

881327 / 30030