IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-91 (SLR) |
| | ) |
| v. | ) |
| | ) |
| ACUSHNET COMPANY, | ) **PUBLIC VERSION** |
| | ) |
| Defendant. | ) |

## LETTER TO THE HONORABLE SUE L. ROBINSON DATED SEPTEMBER 15, 2008

cc:  Clerk of the Court

Counsel of Record

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

883741 / 30030



**Potter
Anderson
&Corroon** LLP

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

September 15, 2008
Public Version Dated: September 22, 2008

## VIA ELECTRONIC FILING

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:  **Callaway Golf Company v. Acushnet Company
C.A. No. 06-91-SLR**

Dear Judge Robinson:

Acushnet Company ("Acushnet") writes to advise the Court and plaintiff that



The Honorable Sue L. Robinson
September 15, 2008
Public Version Dated: September 22, 2008
Page 2

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

       If we can answer any questions about this process or address this matter further, Acushnet stands ready to assist the Court in any way that will be helpful.

                              Respectfully,

                              */s/ David E. Moore*

                              David E. Moore

DEM:nmt
883741/30030

cc:      Clerk of the Court (by hand delivery)
          Counsel of Record (by electronic mail)