# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
302 778-8407

Email
halkowski@fr.com

**PUBLIC VERSION**

September 24, 2008

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Judge Robinson:

This responds to Acushnet's letter submitted September 15, 2008. [D.I. 482.] ■

■ Callaway Golf is sending Acushnet another written request to that effect. Meanwhile, Acushnet should agree to entry of a permanent injunction, effective December 1, 2008, against the existing infringing designs and colorable variations – conditioned solely upon the Court's denial of Acushnet's post-trial motions. ■

■ To the extent Acushnet

FISH & RICHARDSON P.C.

The Honorable Sue L. Robinson
September 24, 2008
Page 2

refuses to address these issues, Callaway Golf will promptly provide an update to the Court to aid its consideration of Callaway Golf's pending motion for entry of permanent injunction.

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski


TLH:jrm

cc: Opposing Counsel

