IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>ACUSHNET COMPANY,<br><br>                Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm of Fish & Richardson P.C. is moving to new offices.  Effective Monday, October 20, 2008, the firm's new address will be as follows:

> Fish & Richardson P.C.
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1114
> Wilmington, DE  19899-1114

The firm's telephone number, facsimile number, and email addresses will remain unchanged.

Dated:  October 13, 2008                    FISH & RICHARDSON P.C.


                                            By: */s/ Thomas L. Halkowski*
                                                Thomas L. Halkowski (#4099)
                                                919 N. Market Street, Suite 1100
                                                P.O. Box 1114
                                                Wilmington, DE 19899-1114

                                                Frank E. Scherkenbach
                                                225 Franklin Street
                                                Boston, MA 02110-2804
                                                Tel:  (617) 542-5070

                                                Roger A. Denning
                                                David S. Shuman
                                                12390 El Camino Real
                                                San Diego, CA 92130
                                                Tel: (858) 678-5070

                                            Attorneys for Plaintiff
                                            CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2008, I electronically filed with the Clerk of Court **NOTICE OF CHANGE OF ADDRESS** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL**

Joseph P. Lavelle
Brian A. Rosenthal
Vivian S. Kuo
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80069572.doc