IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-091-SLR ) |
| ACUSHNET COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 10th day of November, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for judgment as a matter of law or, in the alternative, for a new trial (D.I. 409) is denied.

2. Plaintiff's motion for a permanent injunction (D.I. 411) is granted.

3. Defendant's motion to stay the injunction pending appeal (D.I. 440) is denied.

                                            _[signature]_
                                            United States District Judge