IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS Defendant Acushnet Company on December 3, 2007 stipulated that its Pro V1® line of products, collectively, are covered by and infringe the following claims of Callaway Golf's patents: claims 1, 4, and 5 of U.S. Patent No. 6,210,293; claims 1, 2, and 3 of U.S. Patent No. 6,503,156; claim 5 of U.S. Patent No. 6,506,130; and claims 1 and 3 of U.S. Patent No. 6,595,873 [D.I. 367]; and

WHEREAS the Jury returned a verdict on December 14, 2007 upholding the validity of claims 1 and 4 of U.S. Patent No. 6,210,293; claims 1, 2, and 3 of U.S. Patent No. 6,503,156; claim 5 of U.S. Patent No. 6,506,130; and claims 1 and 3 of U.S. Patent No. 6,595,873 ("the Relevant Patent Claims") [D.I. 398]; and

WHEREAS, consistent with the Jury's verdict, the Court entered judgment in Callaway Golf's favor on December 19, 2007 with respect to the validity of the Relevant Patent Claims [D.I. 404];

IT IS HEREBY ORDERED, this 10th day of November, 2008, that:

1. Pursuant to 35 U.S.C. § 283, Acushnet and its successors, assigns, officers,

agents, servants, employees, attorneys, and persons in active concert or participation with them, including any affiliated entities, during the term of the patents-in-suit (U.S. Patent Nos. 6,210,293; 6,503,156; 6,506,130; and 6,595,873), are hereby ENJOINED and RESTRAINED from infringing and from inducing, contributing to, or otherwise causing the infringement of the Relevant Patent Claims by making, using, selling, or offering to sell in the United States, or importing into the United States, or by inducing, contributing to, or otherwise causing the performance of any such activities by third-parties with regard to, any of the Pro V1® line of golf balls including the Pro V1®, Pro V1x®, Pro V1*®, or any variations thereof not more than colorably different (collectively "the Pro V1® products").

2. Acushnet's professional golfers currently under contract are permitted to play Pro V1® products through the end of the 2008 calendar year.

_____
United States District Judge