# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL
## (TO THE FEDERAL CIRCUIT)

Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1) and 1292(c)(2), or other

appellate jurisdiction, and pursuant to Fed. R. App. P. 4(a)(1), Defendant Acushnet Company

("Acushnet") appeals to the **United States Court of Appeals for the Federal Circuit** from the

Judgment in a Civil Case dated December 19, 2007 (D.I. 404), in those parts adverse to

Acushnet, and from all underlying decisions, orders, and rulings related to, supporting, or

incorporated in that Judgment as adverse to Acushnet, including but not limited to:  All

decisions, orders and rulings challenged by Acushnet in its post-trial motion, memorandum and

reply brief (D.I. 409, 417, 465), and all decisions, orders and rulings entered adverse to Acushnet

related to, supporting, or incorporated in the November 10, 2008 Order entering a permanent

injunction (D.I. 493), the November 10, 2008 Memorandum Opinion resolving all post-trial

motions for judgment as a matter of law and a new trial (D.I. 492), the December 4, 2007

Memorandum Order ruling on reconsideration and evidence issues (D.I. 373), the November 30,

2007 Memorandum Order limiting the admissibility of test ball evidence (D.I. 362), the

November 20, 2007 Memorandum Order excluding expert Dr. MacKnight (D.I. 346), the

November 20, 2007 Memorandum Order construing the claims of the patents in suit (D.I. 345),

and, without limitation, the Memorandum Opinion and Order dated November 20, 2007, among

other things therein granting summary judgment of no anticipation for Plaintiff (D.I. 347, 348).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel:  (202) 783-0800


Dated:  November 19, 2008
891943 / 30030

By:   */s/ Richard L. Horwitz*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

-2-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on November 19, 2008, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I further certify that on November 19, 2008, the attached document was Electronically

Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
shuman@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030