# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PRELIMINARY NOTICE OF DOCKETING

2009-1076, CALLOWAY GOLF V ACUSHNET COMPANY

---

11/19/2008

---

(Date of Docketing)

Appeal from: U.S. District Court, District of Delaware, Case No. 06-CV-091

Name of appellant(s): Acushnet Company

A Rule 8 motion has been filed.

Docket No. 2009-1076 has been assigned.

The notice of docketing will be issued when copies of the notice of appeal and the docket entries are received from the clerk of the lower court and the appeal has been entered on the docket of this court.

Attachments (with recipients noted) to this notice include:

- Official caption (All parties)
- Entry of appearance form (All parties)

Jan Horbaly
Clerk

cc: Clerk's Office, U.S. District Court, District of Delaware
Joseph P. Lavelle
Frank E. Scherkenbach

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2009-1076

CALLAWAY GOLF COMPANY,

                Plaintiff-Appellee,

v.

ACUSHNET COMPANY,

                Defendant-Appellant.

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-091, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

CALLAWAY GOLF v ACUSHNET COMPANY, 2009-1076

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.