NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1076

CALLAWAY GOLF COMPANY,

Plaintiff-Appellee,

v.

ACUSHNET COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the District of Delaware in case no. 06-cv-091, Judge Sue L. Robinson.

ON MOTION

Before RADER, <u>Circuit Judge</u>.

<u>ORDER</u>

Acushnet Company submits a motion for a stay, pending appeal, of the permanent injunction issued by the United States District Court for the District of Delaware.

Upon consideration thereof,

IT IS ORDERED THAT:

Callaway Golf Company is directed to respond no later than noon on December 1, 2008.

NOV 1 9 2008
Date

Randall R. Rader
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2008

JAN HORBALY
CLERK

- 2 -

cc: Joseph P. Lavelle, Esq.
    Thomas L. Halkowski, Esq.

s8