# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## FINAL NOTICE OF DOCKETING

2009-1076 – CALLAWAY GOLF V ACUSHNET COMPANY

12/03/2008

Appeal from: U.S. District Court, District of Delaware, Case No. 06-CV-091

Name of appellant(s): Acushnet Company

This notice supersedes the preliminary notice of docketing dated 11/19/2008.

Copies of the notice of appeal and docket entries have now been received from the clerk of the lower court.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Some of these requirements may already have been fulfilled.

Jan Horbaly
Clerk

cc:   Clerk's Office, DCT
      Joseph P. Lavelle
      Frank E. Scherkenbach

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

**2009-1076**

Caption:   Callaway Golf Company v. Acushnet Company

Plaintiff(s):   Callaway Golf Company

Defendant(s):   Acushnet Company

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 06-91 SLR    Date of Judgment/Order:    12/19/07, 11/10/08, 12/4/07, 11/30/07, 11/20/07

Cross/Related Appeal: NO
Date of Notice of Appeal:   11/19/08
Date of Notice of Appeal Docketed: 11/19/08
Appellant is:   Acushnet Company
Fees:   Court of Appeals Docket Fee Paid? Paid
U.S. Appeal? Yes

**RECEIVED**

DEC 03 2008

United States Court of Appeals
For The Federal Circuit

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| **Thomas Lee Halkowski** | **Richard L. Horwitz** |
|---|---|
| Fish & Richardson, P.C. | Potter Anderson & Corroon, LLP |
| 222 Delaware Avenue, 17th Floor | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| P.O. Box 1114 | P.O. Box 951 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-0951 |

Attorney for Plaintiff                                    Attorney for Defendant

COURT REPORTER(S)
(Name and Telephone Number)

| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _____
Deputy Clerk

Date:   November 24, 2008