# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(202) 551-1763
robmasters@paulhastings.com

January 14, 2009 - Original Filing Date
January 15, 2009 - Redacted Filing Date

70416.00001

REDACTED - PUBLIC VERSION

The Honorable Judge Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   Request to Redact and Seal Opinion of Court based on Disclosure of Confidential Information
      *Callaway Golf Co. v. Acushnet Co.*, No. 06-091-SLR

Dear Judge Robinson:

We represent Bridgestone Sports Co., Ltd. — a third party to the above-referenced action.





PaulHastings

Judge Robinson
January 14, 2009
Page 2

Bridgestone thanks the Court for its consideration of this matter.

Respectfully,

Robert M. Masters
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

Attachment

cc:   Mr. Joe Lavelle, counsel for Acushnet (via email)
      Mr. Roger Denning, counsel for Callaway (via email)

LEGAL_US_E # 82121210.3