# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

17TH FLOOR
222 DELAWARE AVENUE
P.O. BOX 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

January 16, 2009

**VIA ECF**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Judge Robinson:

I write on behalf of Callaway Golf in response to the letter submitted yesterday, January 15, 2009, by third party Bridgestone Sports Co., Ltd. (D.I. 500). Callaway Golf has no objection to Bridgestone's request and confirmed that position via a phone call to Bridgestone's counsel today. Callaway Golf intended to previously advise Bridgestone that it had no objection to the redaction of the material that Acushnet presented as part of their opposition papers. Callaway Golf respectfully apologizes for any inconvenience caused by not earlier conveying our position to Bridgestone with regard to the confidential material submitted by Acushnet.

Respectfully,

/s/ *Thomas L. Halkowski*

Thomas L. Halkowski

TLH:jrm

cc:   Clerk of Court (via hand delivery)
      Counsel of Record (via ECF)

80073786 (2).doc