**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

January 19, 2009

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:    **Callaway Golf Company v. Acushnet Company**
              **C.A. No. 06-91-SLR**

Dear Judge Robinson:

    I write on behalf of Acushnet Company ("Acushnet") in response to Bridgestone's January 14, 2009 letter (D.I. 500).  Acushnet has no objection to Bridgestone's requested redactions.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt
899048/30030

cc:    Clerk of the Court (by hand delivery)
       Counsel of Record (by electronic mail)