OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 1, 2009

TO: Christy Thomas
Deputy Clerk
U.S. Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

RE: Callaway Golf v. Acushnet Co., CA 06-91 SLR
Federal Circuit Appeal Case 09-1076

Dear Ms. Thomas:

Per your request, enclosed please find:

SEALED docket nos.: 202, 216, 238, 242, 244, 258, 263, 265, 417, 425, 431, and 442.
Other requested docket nos.: 409, 423, 424, 426-430, and 465.

A certified copy of the docket sheet is also enclosed.

Please acknowledge receipt for these documents below and return a copy to this office.

Sincerely,

BY: _____
rbe  Deputy Clerk

PETER T. DALLEO
CLERK

cc: Elizabeth Strickler

TO: Clerk, U.S. District Court
844 N. King Street, Unit 18
Wilmington, DE 19801

Receipt Acknowledged. Documents to be returned upon completion of the appeal.

BY: _____
Deputy Clerk, Federal Circuit Court of Appeals