# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Thomas L. Halkowski**
302 778-8407

Email
halkowski@fr.com

**VIA ECF**

August 19, 2009

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:    *Callaway Golf Company v. Acushnet Company*
       USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Judge Robinson:

Enclosed please find a copy of the decision issued last week in this matter by the
United States Court of Appeals for the Federal Circuit.  Given the importance of
securing a resolution in this matter as soon as possible,[1] Callaway Golf respectfully
requests the convening of a teleconference to discuss scheduling another trial at the
Court's earliest convenience.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH:jrm

Enclosure

cc:    Clerk of Court (via hand delivery)
       Counsel of Record (via ECF)

80083376.doc

---

[1] As the Court may recall, Acushnet breached a contract by commencing
reexaminations of the patents-in-suit.  Acushnet seeks to benefit from its breach and
avoid a judgment on the merits in this matter by pursuing its reexaminations.  *See,
e.g.,* D.I. 489 at 5 (Acushnet's Executive Vice President, Mr. Joseph Nauman, "This
is a little bit of a race.").  The Federal Circuit remand ensures the continuation of the
"race" created by Acushnet between the reexaminations and the litigation.