IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 28th day of August, 2009,

IT IS ORDERED that a telephonic status conference shall be held on **Friday, September 4, 2009, at 10:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge