

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

September 18, 2009

### VIA ELECTRONIC FILING

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

  Re: **Callaway Golf Company v. Acushnet Company
     C.A. No. 06-91-SLR**

Dear Judge Robinson:

  As the Court requested during the September 4, 2009 telephone conference with the parties, Defendant Acushnet Company ("Acushnet") writes to advise you as to: (1) Acushnet's availability for a proposed March 2010 trial date; and (2) the status of the Federal Circuit's mandate to return jurisdiction to this Court.

  First, as to Acushnet's availability for trial, the Court tentatively identified the weeks of March 15, March 22, and March 29, 2010 for a new trial, and March 3, 2010 at 4:30 p.m for the final pretrial conference. However, Acushnet's lead trial counsel, Mr. Henry Bunsow, has a scheduling conflict with these proposed dates; he has another three week trial scheduled in the United District Court for the Eastern District of Texas before the Honorable David Folsom in March of 2010.[1] Specifically, on August 25th, 2009 Judge Folsom set the pre-trial conference in that matter for March 2, 2010, with jury selection set to begin on March 3, 2010. *See* Enclosure. The trial is expected to last for three weeks. This trial had not yet made it into Mr. Bunsow's calendar as of the September 4 call with the Court, and only came to our attention thereafter. Consequently, Acushnet requests that the Court reschedule trial in this matter for sometime in or after April of 2010. We informed counsel for Callaway of this conflict, but as of the time of this letter we have not received a response to our request that they join in this rescheduling request.

  Second, as to the Federal Circuit's mandate, Acushnet filed a Petition for Rehearing and Rehearing *En Banc* with the Federal Circuit on September 14, 2009. If the Federal Circuit grants Acushnet's petition, the mandate will not issue until after the decision on the merits in the rehearing. If the Federal Circuit denies Acushnet's petition, then pursuant to Rule 41 of the

---

[1] *Roy-G-Biv Corp. v. Fanuc. Ltd. et al.* Civil Action No.: 2:07-CV-418-DF (E.D. Tex).

The Honorable Sue L. Robinson
September 18, 2009
Page 2

decision on the merits in the rehearing. If the Federal Circuit denies Acushnet's petition, then pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the Federal Circuit's mandate will issue 7 calendar days after the entry of the order denying the petition. Acushnet will update the Court with additional information as it becomes available.

          Respectfully,

          */s/ Richard L. Horwitz*

          Richard L. Horwitz

RLH/msb
933885 / 30030

Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROY-G-BIV Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FANUC LTD., FANUC ROBOTICS AMERICA, INC., GE FANUC AUTOMATION CORPORATION, GE FANUC AUTOMATION AMERICAS, INC., and GE FANUC INTELLIGENT PLATFORMS, INC.,<br><br>Defendants. | Civil Action No.: 2:07-CV-418-DF<br><br>Before: Hon. David Folsom |

## ORDER

Having considered Defendants' Motion For Continuance, and all evidence and arguments submitted in support and opposition thereto,

IT IS HEREBY ORDERED that:

(1)   Defendants' motion is GRANTED;

(2)   The pre-trial conference of this matter has been rescheduled for March 2, 2010 and jury selection to begin on March 3, 2010; and

(3)   The parties shall submit a revised Docket Control Order in accordance with the above within 21 days of the date of this Order; and

(4)   The trial of Case No. 2:09-CV-111-DF shall be rescheduled for pre-trial conference on October 4, 2010, with jury selection to begin on October 5, 2010; and

(5)   The parties shall submit a revised Docket Control Order in case No. 2:09cv111 within 21 days of the date of this Order.

**SIGNED this 25th day of August, 2009.**

DM_US:22378274_1

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE