

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

September 30, 2009

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Callaway Golf Company v. Acushnet Company**
            **C.A. No. 06-91-SLR**

Dear Judge Robinson:

    I am writing with reference to my September 18, 2009 letter to Your Honor concerning potential trial dates. I was informed today that the Texas litigation, which had presented a scheduling conflict for Acushnet's lead trial counsel, Mr. Henry Bunsow, has settled. As such, counsel for Acushnet no longer has a conflict on those trial dates tentatively identified by the Court during the September 4, 2009 telephone conference, namely the weeks of March 15, March 22, and March 29, 2010.

    Counsel are available at the Court's convenience to discuss this matter.

                             Respectfully,

                             */s/ Richard L. Horwitz*

                             Richard L. Horwitz

RLH/msb
935764 / 30030

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic filing)