# Exhibit B

# United States Court of Appeals for the Federal Circuit

2009-1076

CALLAWAY GOLF COMPANY,

Plaintiff-Appellee,

v.

ACUSHNET COMPANY,

Defendant-Appellant.

# Judgment

ON APPEAL from the   United States District Court for the District of Delaware

in CASE NO(S).   06-CV-091

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, and REMANDED**

ENTERED BY ORDER OF THE COURT

DATED  AUG 1 4 2009

*/s/ Jan Horbaly*
Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** OCT 1 3 2009