IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-91 (SLR) |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**ACUSHNET'S MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION OF U.S. PATENT NOS. 6,210,293; 6,506,130; 6,503,156; AND 6,595,873**

Pursuant to Fed. R. Civ. P. 56, defendant Acushnet Company ("Acushnet") hereby files this Motion for Summary Judgment of Anticipation of U.S. Patent Nos. 6,210,293; 6,506,130; 6,503,156; and 6,595,873. The grounds for this motion are fully set forth in the Memorandum and Declarations of Jeffrey L. Dalton and William E. Morgan, filed contemporaneously herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Dated: December 1, 2009

811369 / 30030

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*