IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLOWAY GOLF COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 06-91-SLR |
| ACUSHNET COMPANY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 2nd day of December, 2009,

IT IS ORDERED that a telephone conference shall be held on **Wednesday, December 9, 2009, at 9:30 a.m.** Counsel for defendant shall coordinate and initiate this call.

                                          _____
                                                   United States District Judge