IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY<br><br>      Plaintiff,<br><br>      v.<br><br>ACUSHNET COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 06-91 (SLR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, with the consent and approval of Defendant, Acushnet Company, attorney John Dubiansky, formerly of Howrey LLP, hereby withdraws his appearance as counsel for Acushnet Company.

All other attorneys involved in the case from Howrey LLP and Potter Anderson & Corroon LLP continue to represent Acushnet Company.

                            POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   */s/ Richard L. Horwitz* |
|---|---|
| | Richard L. Horwitz (#2246) |
| Henry C. Bunsow | David E. Moore (#3983) |
| Joseph P. Lavelle | Hercules Plaza 6th Floor |
| Brian A. Rosenthal | 1313 N. Market Street |
| HOWREY LLP | Wilmington, DE 19899 |
| 1299 Pennsylvania Avenue, N.W. | Tel: (302) 984-6000 |
| Washington, D.C. 20004 | rhorwitz@potteranderson.com |
| Tel: (202) 783-0800 | dmoore@potteranderson.com |
| | |
| Dated: December 2, 2009 | *Attorneys for Defendant Acushnet Company* |
| 944581 / 30030 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 2, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 2, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>David S. Shuman<br>W. Chad Shear<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shuman@fr.com<br>shear@fr.com | Jonathan J. Lamberson<br>Christina D. Jordan<br>Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>lamberson@fr.com<br>cjordan@fr.com<br>compton@fr.com |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030