# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

U.S. COURTHOUSE
844 N. KING STREET Unit 31
WILMINGTON, DELAWARE 19801-3568
302 573-6310



December 4, 2009

Dear Counsel:

    Attached to this letter is a trial calendar that I am proposing to all of the parties who have trials scheduled during the first quarter of 2010. As you will note, some of the trials have been re-scheduled and many have been shortened from the original estimates. This is my best effort at getting all of your cases to trial with the limited resources (most of all, time) available to the court.

    I would appreciate your confirming with me, on or before January 4, 2010, that the proposed dates are acceptable for your case. I certainly have no objection to a mutual exchange of dates, if you can work that out with the parties in another case.

    I end with the caution that the remainder of my 2010 calendar is no less busy at this point. If you decline this trial opportunity, I cannot guarantee when your case will get back on my calendar.

Cordially,

Sue L. Robinson

SLR/nmf
Enclosure
cc: Clerk of Court