**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF ACUSHNET'S
MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION OF
U.S. PATENT NOS. 6,210,293; 6,506,130; 6,503,156; AND 6,595,873**

**VOLUME I OF II**

**(Exhibits 1-17)**

OF COUNSEL:

Henry C. Bunsow
Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Dated: December 1, 2009
Public Version Dated: December 9, 2009

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

# Table of Contents

Exhibit 1 -   U.S. Patent No. 6,210,293

Exhibit 2 -   U.S. Patent No. 6,506,130

Exhibit 3 -   U.S. Patent No. 6,503,156

Exhibit 4 -   U.S. Patent No. 6,595,873

Exhibit 5 -   U.S. Patent No. 4,431,193

Exhibit 6 -   U.S. Patent No. 4,274,637

Exhibit 7 -   8/14/2009 Federal Circuit Opinion

Exhibit 8 -   ██████████████████

Exhibit 9 -   ████████████████████████

Exhibit 10 -  ████████████████████████

Exhibit 11 -  "History and Construction of Non-Wound Golf Balls"- Nesbitt, Sullivan, and Melvin (AC0100932)

Exhibit 12 -  U.S. Patent No. 3,819,768

Exhibit 13 -  "The Relationship Between Golf Ball Construction and Performance" -Sullivan and Melvin (AC0100916-21)

Exhibit 14 -  "'Surlyn' Ionomers for Golf Ball Covers" - Statz (AC0131200-207)

Exhibit 15 -  1990 Competitive Ball Report (AC0049402-519)

Exhibit 16 -  ██████████████████████

Exhibit 17 -  1991 Competitive Ball Report (AC0049675-697)

Exhibit 18 -  1994 Competitive Ball Report (AC0072908-946)

Exhibit 19 -  Nesbitt Deposition Transcript

Exhibit 20 -  U.S. Patent No. 3,989,568

Exhibit 21 -    U.S. Patent No. 4,442,282

Exhibit 22 -    8/17/2007 Morgan Declaration

Exhibit 23 -    Trial Transcript Excerpts

Exhibit 24 -    Response to Office Action Dated 2/27/2007 in Reexam. Cont. No. 95/000,120

Exhibit 25 -    ████████████████████████████

Exhibit 26 -    ████████████████████████████████████

Exhibit 27 -    Risen Report

Exhibit 28 -    Risen Deposition Transcript

Exhibit 29 -    PTLI Test Report (AC0131402-425)

Exhibit 30 -    GB Patent No. 2,278,609A

Exhibit 31 -    9/4/2009 Hearing Transcript

Exhibit 32 -    Mcknight Declaration

Exhibit 33 -    '873 Claim Chart

Exhibit 34 -    '130 Claim Chart

Exhibit 35 -    '156 Claim Chart

Exhibit 36 -    '293 Claim Chart

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 9, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 9, 2009, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com


Robert A. Denning
David S. Shuman
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
shuman@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030