IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>Plaintiff,<br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | C.A. No. 06-91 (SLR)<br><br>**PUBLIC VERSION** |

**APPENDIX OF EXHIBITS IN SUPPORT OF ACUSHNET'S
MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION OF
U.S. PATENT NOS. 6,210,293; 6,506,130; 6,503,156; AND 6,595,873**

<u>**VOLUME II OF II**</u>

**(Exhibits 18-36)**

| | |
|---|---|
| OF COUNSEL:<br><br>Henry C. Bunsow<br>Joseph P. Lavelle<br>Brian A. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 783-0800<br><br>Dated: December 1, 2009<br>Public Version Dated: December 9, 2009 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Acushnet Company* |

# Table of Contents

| | |
|---|---|
| Exhibit 1 - | U.S. Patent No. 6,210,293 |
| Exhibit 2 - | U.S. Patent No. 6,506,130 |
| Exhibit 3 - | U.S. Patent No. 6,503,156 |
| Exhibit 4 - | U.S. Patent No. 6,595,873 |
| Exhibit 5 - | U.S. Patent No. 4,431,193 |
| Exhibit 6 - | U.S. Patent No. 4,274,637 |
| Exhibit 7 - | 8/14/2009 Federal Circuit Opinion |
| Exhibit 8 - | [REDACTED] |
| Exhibit 9 - | [REDACTED] |
| Exhibit 10 - | [REDACTED] |
| Exhibit 11 - | "History and Construction of Non-Wound Golf Balls"- Nesbitt, Sullivan, and Melvin (AC0100932) |
| Exhibit 12 - | U.S. Patent No. 3,819,768 |
| Exhibit 13 - | "The Relationship Between Golf Ball Construction and Performance" -Sullivan and Melvin (AC0100916-21) |
| Exhibit 14 - | "'Surlyn' Ionomers for Golf Ball Covers" - Statz (AC0131200-207) |
| Exhibit 15 - | 1990 Competitive Ball Report (AC0049402-519) |
| Exhibit 16 - | [REDACTED] |
| Exhibit 17 - | 1991 Competitive Ball Report (AC0049675-697) |
| Exhibit 18 - | 1994 Competitive Ball Report (AC0072908-946) |
| Exhibit 19 - | Nesbitt Deposition Transcript |
| Exhibit 20 - | U.S. Patent No. 3,989,568 |

| | |
|---|---|
| Exhibit 21 - | U.S. Patent No. 4,442,282 |
| Exhibit 22 - | 8/17/2007 Morgan Declaration |
| Exhibit 23 - | Trial Transcript Excerpts |
| Exhibit 24 - | Response to Office Action Dated 2/27/2007 in Reexam. Cont. No. 95/000,120 |
| Exhibit 25 - | ██████████████████████████ |
| Exhibit 26 - | ██████████████████████████ |
| Exhibit 27 - | Risen Report |
| Exhibit 28 - | Risen Deposition Transcript |
| Exhibit 29 - | PTLI Test Report (AC0131402-425) |
| Exhibit 30 - | GB Patent No. 2,278,609A |
| Exhibit 31 - | 9/4/2009 Hearing Transcript |
| Exhibit 32 - | Mcknight Declaration |
| Exhibit 33 - | '873 Claim Chart |
| Exhibit 34 - | '130 Claim Chart |
| Exhibit 35 - | '156 Claim Chart |
| Exhibit 36 - | '293 Claim Chart |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 9, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 9, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>David S. Shuman<br>W. Chad Shear<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shuman@fr.com<br>shear@fr.com | Jonathan J. Lamberson<br>Christina D. Jordan<br>Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>lamberson@fr.com<br>cjordan@fr.com<br>compton@fr.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030