IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY </br></br>          Plaintiff, </br></br>     v. </br></br> ACUSHNET COMPANY, </br></br>          Defendant. | ) </br> ) </br> ) </br> )   C.A. No. 06-91 (SLR) </br> ) </br> )   **PUBLIC VERSION** </br> ) </br> ) |

**APPENDIX OF EXHIBITS IN SUPPORT OF ACUSHNET'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE CALLAWAY'S IMPROPER BOLSTERING OF THE VALIDITY OF THE PATENTS-IN-SUIT**

**(Exhibits 1-5)**

| | |
|---|---|
| OF COUNSEL: </br></br> Henry C. Bunsow </br> Joseph P. Lavelle </br> Brian A. Rosenthal </br> HOWREY LLP </br> 1299 Pennsylvania Avenue, N.W. </br> Washington, D.C. 20004 </br> Tel: (202) 783-0800 </br></br> Dated: December 1, 2009 </br> Public Version Dated: December 9, 2009 | Richard L. Horwitz (#2246) </br> David E. Moore (#3983) </br> POTTER ANDERSON & CORROON LLP </br> Hercules Plaza 6th Floor </br> 1313 N. Market Street </br> Wilmington, DE 19899 </br> Tel: (302) 984-6000 </br> rhorwitz@potteranderson.com </br> dmoore@potteranderson.com </br></br> *Attorneys for Defendant Acushnet Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 9, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 9, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>David S. Shuman<br>W. Chad Shear<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shuman@fr.com<br>shear@fr.com | Jonathan J. Lamberson<br>Christina D. Jordan<br>Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>lamberson@fr.com<br>cjordan@fr.com<br>compton@fr.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030