IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF ACUSHNET'S
REVISED MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION
OF U.S. PATENT NOS. 6,210,293; 6,506,130; 6,503,156; AND 6,595,873**

**VOLUME II OF II**

**(Exhibits 22-39)**

OF COUNSEL:

Henry C. Bunsow
Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Dated: December 11, 2009
Public Version Dated: December 18, 2009

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

# Table of Contents

Exhibit 1 - U.S. Patent No. 6,210,293

Exhibit 2 - U.S. Patent No. 6,506,130

Exhibit 3 - U.S. Patent No. 6,503,156

Exhibit 4 - U.S. Patent No. 6,595,873

Exhibit 5 - U.S. Patent No. 4,431,193

Exhibit 6 - U.S. Patent No. 4,274,637

Exhibit 7 - 8/14/2009 Federal Circuit Opinion

Exhibit 8 - Sullivan Lab Notebook (CW611786.01)

Exhibit 9 - 8/21/2002 Letter from Callaway to Spalding (CW001850770-71)

Exhibit 10 - 7/1/2002 Letter from Callaway to Spalding (CW0282378-81)

Exhibit 11 - "History and Construction of Non-Wound Golf Balls"- Nesbitt, Sullivan, and Melvin (AC0100932)

Exhibit 12 - U.S. Patent No. 3,819,768

Exhibit 13 - "The Relationship Between Golf Ball Construction and Performance" -Sullivan and Melvin (AC0100916-21)

Exhibit 14 - "'Surlyn' Ionomers for Golf Ball Covers" - Statz (AC0131200-207)

Exhibit 15 - 1990 Competitive Ball Report (AC0049402-519)

Exhibit 16 - 9/10/1993 Spalding Memo showing Shore-D Hardness (CW00522703)

Exhibit 17 - 1991 Competitive Ball Report (AC0049675-697)

Exhibit 18 - 1994 Competitive Ball Report (AC0072908-946)

Exhibit 19 - Nesbitt Deposition Transcript

Exhibit 20 - U.S. Patent No. 3,989,568

| | |
|---|---|
| Exhibit 21 - | U.S. Patent No. 4,442,282 |
| Exhibit 22 - | 8/17/2007 Morgan Declaration |
| Exhibit 23 - | Intentionally Left Blank |
| Exhibit 24 - | Response to Office Action Dated 2/27/2007 in Reexam. Cont. No. 95/000,120 |
| Exhibit 25 - | New Surlyn Resin Codes (DUP000038) |
| Exhibit 26 - | Typical Properties of Surlyn Ionomer Resins (DUP000132) |
| Exhibit 27 - | Risen Report |
| Exhibit 28 - | Risen Deposition Transcript |
| Exhibit 29 - | PTLI Test Report (AC0131402-425) |
| Exhibit 30 - | GB Patent No. 2,278,609A |
| Exhibit 31 - | MacKnight Declaration |
| Exhibit 32 - | '873 Claim Chart |
| Exhibit 33 - | '130 Claim Chart |
| Exhibit 34 - | '156 Claim Chart |
| Exhibit 35 - | '293 Claim Chart |
| Exhibit 36 - | U.S. Patent No. 4,674,751 |
| Exhibit 37 - | U.S. Patent No. 5,314,187 |
| Exhibit 38 - | 8/24/07 Dalton Declaration |
| Exhibit 39 - | Wu Deposition Transcript |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 18, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 18, 2009, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030