# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Thomas L. Halkowski**
302 778-8407

Email
halkowski@fr.com

**VIA ECF**

January 12, 2010

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Callaway Golf Company v. Acushnet Company*
      USDC-D. Del. - C. A. No. 06-91 (SLR)

Dear Judge Robinson:

I write in response to Mr. Moore's letter of January 11, 2010 [D.I. 549], regarding Acushnet's *Daubert* motion to exclude portions of the testimony of Callaway Golf's damages expert, Brian Napper.  If the Court entertains the motion, Callaway Golf respectfully directs the Court to the recent Federal Circuit decision in *i4i LP v. Microsoft Corp.*, __ F.3d __, 2009 WL 4911950 (Fed. Cir. Dec. 14, 2009), slip op. available at http://www.cafc.uscourts.gov/opinions/09-1504.pdf, where the Federal Circuit rejected an attempt to use a *Daubert* challenge to exclude damages expert testimony.   The relevant discussion appears at pages 27-35 of the slip opinion.

Respectfully,

/s/ *Thomas L. Halkowski*

Thomas L. Halkowski

TLH:jrm

cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic filing)

80089494.doc