IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　Defendant. | C. A. No. 06-91 (SLR) |

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF
CALLAWAY GOLF COMPANY'S OPPOSITION TO
ACUSHNET'S MOTIONS IN LIMINE NOS. 1 & 2**

I, Thomas L. Halkowski, declare as follows:

　　1.　　I am a principal of Fish & Richardson P.C., counsel of record in this action for Callaway Golf Company. I am a member of the Bar of the State of Delaware and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify to them under oath if called upon to do so.

　　2.　　Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of the Jury Trial held from December 5th to December 14th, 2007, before Judge Robinson..

　　3.　　Attached as **Exhibit B** is a true and correct copy of United States Patent 6,132,324 to Hebert et al., bearing Plaintiff's Trial Exhibit No. PX 531 and production numbers CW 0322458 – CW 0322468.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2010 at Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　　/s/ *Thomas L. Halkowsk*
　　　　　　　　　　　　　　　　　　　　Thomas L. Halkowski

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2010, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 14, 2010, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

    /s/ *Thomas L. Halkowski*
    Thomas L. Halkowski