# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-91 (SLR) |
| | ) |
| v. | ) |
| | ) **PUBLIC VERSION** |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**APPENDIX IN SUPPORT OF ACUSHNET'S OPPOSITION TO CALLAWAY'S MOTION *IN LIMINE* TO PRECLUDE ANY REFERENCE TO ACUSHNET'S NEW PRO V1 GOLF BALLS**

## VOLUME I OF II

### (EXHIBITS 1-15)

OF COUNSEL:

Henry C. Bunsow
Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

Dated: January 14, 2010
Public Version Dated: January 21, 2010
949762 /30030

<u>2009 Pro V1 Motion in Limine</u>

## Table of Contents



<u>Exhibit 14 -</u>    U.S. Patent No. 6,495,633
<u>Exhibit 15 -</u>    U.S. Patent No. 6,623,381
<u>Exhibit 16 -</u>    5/26/2009 Office action regarding '381 patent
<u>Exhibit 17 -</u>    5/15/2009 Office action regarding '633 patent
<u>Exhibit 18 -</u>    7/27/2009 Response regarding '381 patent
<u>Exhibit 19 -</u>    7/15/2009 Response regarding '633 patent
<u>Exhibit 20 -</u>    2008 Settlement Agreement
<u>Exhibit 23 -</u>    U.S. Patent No. 6,458,046
<u>Exhibit 24 -</u>    U.S. Patent No. 6,677,401
<u>Exhibit 25 -</u>    Callaway's Wall Street Journal advertisement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 21, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 21, 2010, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030