IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| | ) | |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX IN SUPPORT OF ACUSHNET'S OPPOSITION TO CALLAWAY'S MOTION *IN LIMINE* TO
PRECLUDE ANY REFERENCE TO TEST BALLS**

OF COUNSEL:

Henry C. Bunsow
Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Dated: January 14, 2010
Public Version Dated: January 21, 2010
950564/30030

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

Opposition to Test Ball Motion in Limine

## Table of Contents

| | |
|---|---|
| Exhibit 1 - | U.S. Patent No. 4,431,193 |
| Exhibit 2 - | U.S. Patent No. 4,274,637 |
| Exhibit 3 - | GB Patent No. 2,278,609A |
| Exhibit 4 - | 8/24/2007 Declaration of Jeffrey Dalton |
| Exhibit 5 - | [REDACTED] |
| Exhibit 6 - | PTLI Test Report |
| Exhibit 7 - | 10/17/2007 Deposition Transcript of R. James Galipeau |
| Exhibit 8 - | 6/01/2007 Expert Report of Dr. Robert Statz |
| Exhibit 9 - | Trial Transcript Excerpts |
| Exhibit 10 - | 7/20/2007 Deposition Transcript of William Risen |
| Exhibit 11 - | 8/14/2009 Federal Circuit Opinion |
| Exhibit 12 - | 1/26/2001 *Bridgestone Sports Co., Ltd. v. Callaway Golf Co. et al.*, Opening Memo |
| Exhibit 13 - | 3/05/2001 *Bridgestone Sports Co., Ltd. v. Callaway Golf Co. et al.*, Reply Brief |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 21, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 21, 2010, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
David S. Shuman
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
shuman@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030