IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　Defendant. | C. A. No. 06-91 (SLR) |

## STIPULATION TO EXTEND TIME

　　The parties hereby stipulate and agree, subject to the approval and order of the Court (and subject to the understanding that this extension will not affect the currently scheduled trial date), that the filing of all reply briefs for Callaway's two Motions in Limine, Acushnet's two Motions in Limine, and Acushnet's Summary Judgment Motion on Anticipation shall be extended by one day from Feb 1, 2010 to Feb 2, 2010.

| | |
|---|---|
| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
| By: */s/ Thomas L. Halkowski*<br>　　Thomas L. Halkowski (#4099)<br>　　919 N. Market Street, Suite 1100<br>　　P.O. Box 1114<br>　　Wilmington, DE 19899-1114<br>　　Tel:  (302) 652-5070<br>　　Fax:  (302) 652-0607<br>　　halkowski@fr.com<br><br>　　*Attorneys for Plaintiff*<br>　　*Callaway Golf Company* | By: */s/ David E. Moore*<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19801<br>　　Tel:  (302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderson.com<br><br>　　*Attorneys for Defendant*<br>　　*Acushnet Company* |

　　　　SO ORDERED this ___, day of _____, 2010.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2010, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was sent via electronic mail.

| | |
|---|---|
| **VIA EMAIL**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *Attorneys for Defendant*<br>*ACUSHNET COMPANY* |
| **VIA EMAIL**<br>Alan M. Grimaldi<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnelly<br>Henry Bunsow<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>BrannonC@howrey.com<br>DonnellyK@howrey.com<br>BunsowH@howrey.com | *Attorneys for Defendant*<br>*ACUSHNET COMPANY* |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski