IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>ACUSHNET COMPANY,<br><br>                Defendant. | C. A. No. 06-91 (SLR) |

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF CALLAWAY GOLF'S *REPLY* IN SUPPORT OF ITS MOTION IN LIMINE TO PRECLUDE ANY REFERENCE TO ACUSHNET'S "TEST BALLS"**

I, Thomas L. Halkowski, declare as follows:

1. I am a principal of Fish & Richardson P.C., counsel of record in this action for Callaway Golf Company. I am a member of the Bar of the State of Delaware and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify to them under oath if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Dr. William MacKnight, taken in this matter on August 2, 2007.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the telephonic conference held with the Court on December 9, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2010 at Wilmington, Delaware.

              /s/ *Thomas L. Halkowski*            
              Thomas L. Halkowski

Dated:  February 2, 2010    FISH & RICHARDSON P.C.


By: /s/ Thomas L. Halkowski
 Thomas L. Halkowski (#4099)
 222 Delaware Avenue, 17th Floor
 P.O. Box 1114
 Wilmington, DE  19899-1114
 Tel:  (302) 652-5070
 Fax:  (302) 652-0607

 Frank E. Scherkenbach
 225 Franklin Street
 Boston, MA 02110-2804
 Tel:  (617) 542-5070
 Fax:  (617) 542-8906

 Roger A. Denning
 12390 El Camino Real
 San Diego, CA 92130
 Tel: (858) 678-5070
 Fax:  (858) 678-5099

Attorneys for Plaintiff
CALLAWAY GOLF COMPANY

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 2, 2010, I electronically filed with the Clerk of Court **DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF CALLAWAY GOLF'S *REPLY* IN SUPPORT OF ITS MOTION IN LIMINE TO PRECLUDE ANY REFERENCE TO ACUSHNET'S "TEST BALLS"** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via electronic mail:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi<br>Joseph P. Lavelle<br>Brian A. Rosenthal<br>Howrey LLP - DC<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 | Attorneys for Defendant<br>ACUSHNET COMPANY |

                                       /s/ *Thomas L. Halkowski*_____
                                         Thomas L. Halkowski