WILLIAM J. MacKNIGHT                                          08/02/07

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4    CALLAWAY GOLF COMPANY,

5                    Plaintiff,

6            VS                C.A. No. 06-91(SLR)

7    ACUSHNET COMPANY,

8                    Defendant.

9

10

11

12   _____

13

14    VIDEOTAPED DEPOSITION OF WILLIAM J. MacKNIGHT

15              Boston, Massachusetts

16             Thursday, August 2, 2007

17

18

20

21   Court Reporter:

     Loretta Hennessey

22   RDR, CRR

23   JOB No. 69926

24

25

Page 52

1          the legal terms mean.

2     Q.   I've always used them interchangeably.

3     A.   Okay.  Then that would be correct.

4     Q.   Okay.  Do you remember what the substance of

5          your affidavit was?

6     A.   Honestly, I don't, but it had to do with an

7          identical composition of matter arrived at by

8          preparing ionomer blends in different ways.

9          Let's put it -- that's vague, but, I'm sorry,

10         that's the best I can do.

11    Q.   I understand.  It's kind of a long time ago.

12              Oh, before I go on, have you ever

13         met or spoken to Terry Melvin?

14    A.   No.

15    Q.   Okay.  Well, then, I don't need to ask any more

16         questions about him.

17              Let's go back to your declaration,

18         paragraph 10 on Page 4.

19    A.   Yes.

20    Q.   Paragraph 10, you say, "I directed the

21         preparation of three inner cover layer

22         materials."  Who selected those materials?

23    A.   The attorneys.

24    Q.   Similarly, let's turn to page 5, Paragraph 13

25         where you say, "I directed the preparation of

Page 53

1      three outer cover layer materials."  Who

2      selected those materials?

3   A.  The attorneys.

4   Q.  So the selection of the core materials, inner

5      cover materials and outer cover materials in

6      the golf balls you made were all made by

7      attorneys, correct?

8   A.  Correct.

9   Q.  Those were the attorneys at the Howrey law

10     firm?

11  A.  Correct.  That would be specifically Mr.

12     Rosenthal.

13  Q.  Given that Mr. Rosenthal selected the materials

14     for the core and cover layers of these golf

15     balls, what was your responsibility related to

16     the creation and testing of these golf balls?

17  A.  My responsibility was to see that the testing

18     was carried out properly and that true

19     experimental results were obtained from it.

20  Q.  Did you direct in any way the selection of

21     materials or manner of construction for these

22     golf balls?

23  A.  We discussed some of that before.  I was

24     certainly consulted about some of the issues

25     involved, and that's what I can say.

Page 54

1   Q.  And you testified that other than the Papi 94

2       issue, you were not otherwise consulted about

3       how to construct the golf balls?

4                   MR. BRANNON:  Objection,

5       mischaracterizes.

6   A.  The injection molding issue, for example.

7   Q.  That's correct.

8   A.  Another issue --

9   Q.  Other than the Papi 94 and injection molding

10      issue, were there any other ways --

11  A.  Yes.

12  Q.  -- in which you were consulted about the

13      construction of the golf balls?

14  A.  Yes, whether they should be painted or not.

15  Q.  Did you make a decision on that issue?

16  A.  I had an input on that issue.

17  Q.  What was your input?

18  A.  I decided that it should, in my opinion.

19  Q.  Why?

20  A.  Because I thought, and this is based on limited

21      knowledge, that we wanted to make as realistic

22      a golf ball as we could.

23  Q.  Were there any other ways in which you

24      contributed input as to how the golf balls were

25      to be created?