IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 4, 2010, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S SUPPLEMENTAL RESPONSE TO DEFENDANT ACUSHNET COMPANY'S FIRST SET OF INTERROGATORIES [NO. 6]** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

Richard L. Horwitz, Esq.  *Attorneys for Defendant*
David E. Moore, Esq.  *ACUSHNET COMPANY*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY EMAIL**

Alan M. Grimaldi, Esq.  
Joseph P. Lavelle, Esq.  
Kenneth Donnelly, Esq.  
Brian A. Rosenthal, Esq.  
Clint Brannon, Esq.  
Howrey LLP  
1299 Pennsylvania Avenue, N.W.  
Washington, DC  20004  
grimaldia@howrey.com  
lavellej@howrey.com  
rosenthalB@howrey.com  
brannonC@howrey.com  
donnellyk@howrey.com  

*Attorneys for Defendant*  
*ACUSHNET COMPANY*

Dated:  February 4, 2010    FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*  
Thomas L. Halkowski (#4099)  
222 Delaware Avenue  
17th Floor  
P.O. Box 1114  
Wilmington, DE 19899-1114  

Attorneys for Plaintiff  
CALLAWAY GOLF COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2010, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*ACUSHNET COMPANY*

**BY EMAIL**

Alan M. Grimaldi, Esq.
Joseph P. Lavelle, Esq.
Kenneth Donnelly, Esq.
Brian A. Rosenthal, Esq.
Clint Brannon, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
grimaldia@howrey.com
lavellej@howrey.com
rosenthalB@howrey.com
brannonC@howrey.com
donnellyk@howrey.com

*Attorneys for Defendant*
*ACUSHNET COMPANY*

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80090854.doc