IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 06-91 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 24, 2010, a true and correct copy of the **SECOND SUPPLEMENTAL EXPERT REPORT OF BRIAN W. NAPPER** was caused to be served on the attorneys of record, at the following addresses, by email:

| | |
|---|---|
| Richard L. Horwitz <br> David E. Moore <br> Potter Anderson & Corroon LLP <br> Hercules Plaza <br> 1313 North Market Street, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE  19899 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | Attorneys for Defendant <br> ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq. <br> Joseph P. Lavelle <br> Brian Rosenthal <br> Clint Brannon <br> Kenneth Donnolly <br> Howrey LLP <br> 1299 Pennsylvania Avenue, N.W. <br> Washington, DC  20004 <br> grimaldia@howrey.com <br> lavellej@howrey.com <br> rosenthalB@howrey.com <br> brannonC@howrey.com <br> donnellyk@howrey.com | Attorneys for Defendant <br> ACUSHNET COMPANY |

Hency C. Bunsow
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
BunsowH@howrey.com


Dated: February 25, 2010    FISH & RICHARDSON P.C.


               By: */s/ Thomas L. Halkowski*
                  Thomas L. Halkowski (#4099)
                  222 Delaware Avenue
                  17th Floor
                  P.O. Box 1114
                  Wilmington, DE 19899-1114

                *Attorneys for Plaintiff*
                *CALLAWAY GOLF COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2010, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *Attorneys for Defendant*<br>*ACUSHNET COMPANY* |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

Hency C. Bunsow
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
BunsowH@howrey.com


/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80090854.doc