IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 06-91 (SLR) |

**PLAINTIFF CALLAWAY GOLF'S PROPOSED VERDICT FORM**

I.  ANTICIPATION

1.  Has Acushnet proven, by clear and convincing evidence, that any of the following claims are invalid as anticipated?

*"Yes" is a finding for Acushnet; "No" is a finding for Callaway Golf*

**U.S. Patent No. 6,210,293 (the '293 patent):**

(A)  Claim 1:   Yes _____    No _____

(B)  Claim 4:   Yes _____    No _____

(C)  Claim 5:   Yes _____    No _____

**U.S. Patent No. 6,503,156 (the '156 patent)**

(A)  Claim 1:   Yes _____    No _____

(B)  Claim 2:   Yes _____    No _____

(C)  Claim 3:   Yes _____    No _____

**U.S. Patent No. 6,506,130 (the '130 patent)**

(A)  Claim 5:   Yes _____    No _____

**U.S. Patent No. 6,595,873 (the '873 patent)**

(A)  Claim 1:   Yes _____    No _____

(B)  Claim 3:   Yes _____    No _____

## II.     OBVIOUSNESS

2.     **Has Acushnet proven, by clear and convincing evidence, that any of the following claims are invalid due to obviousness?**

*"Yes" is a finding for Acushnet; "No" is a finding for Callaway Golf*

**U.S. Patent No. 6,210,293 (the '293 patent)**

    (A)     Claim 1:     Yes _____          No _____

    (B)     Claim 4:     Yes _____          No _____

    (C)     Claim 5:     Yes _____          No _____

**U.S. Patent No. 6,503,156 (the '156 patent)**

    (A)     Claim 1:     Yes _____          No _____

    (B)     Claim 2:     Yes _____          No _____

    (C)     Claim 3:     Yes _____          No _____

**U.S. Patent No. 6,506,130 (the '130 patent)**

    (A)     Claim 5:     Yes _____          No _____

**U.S. Patent No. 6,595,873 (the '873 patent)**

    (A)     Claim 1:     Yes _____          No _____

    (B)     Claim 3:     Yes _____          No _____

### III.   DAMAGES

**3.   If you have found any claim valid, please state the amount that will fairly compensate Callaway Golf for Acushnet's infringement:**

Amount:  $_____

**SO SAY WE ALL, this ___ day of March, 2010.**

_____

**Foreperson**

Dated:  February 26, 2010         FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel:  (617) 542-5070

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070

*Attorneys for Plaintiff*
*CALLAWAY GOLF COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 26, 2010, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Alan M. Grimaldi, Esq.<br>Joseph P. Lavelle<br>Brian Rosenthal<br>Clint Brannon<br>Kenneth Donnolly<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>grimaldia@howrey.com<br>lavellej@howrey.com<br>rosenthalB@howrey.com<br>brannonC@howrey.com<br>donnellyk@howrey.com | Attorneys for Defendant<br>ACUSHNET COMPANY |

Hency C. Bunsow
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
BunsowH@howrey.com

                                                        /s/ Thomas L. Halkowski
                                                        Thomas L. Halkowski

80092054.doc