## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ACUSHNET'S PROPOSED VERDICT FORM
## AND INTERROGATORIES TO THE JURY

You, the jury, are to answer the following questions based on the evidence admitted at trial and according to the Instructions the Court has given you.  Start with Question No. I and proceed through the questions following the directions included in this Verdict Form.

## I.      VALIDITY OF ASSERTED PATENT CLAIMS

### A.      Anticipation

Do you find by clear and convincing evidence that any of the following asserted patent claims is invalid due to anticipation? (A "YES" answer to this question is a finding for ACUSHNET. A "NO" answer to this question is a finding for CALLAWAY GOLF.)

**U.S. Patent No. 6,210, 293 ('293 Patent)**

       Claim 1                Yes _____      No _____

       Claim 4                Yes _____      No _____

       Claim 5                Yes _____      No _____

**U.S. Patent No. 6,503,156 ('156 Patent)**

       Claim 1                Yes _____      No _____

       Claim 2                Yes _____      No _____

       Claim 3                Yes _____      No _____

**U.S. Patent No. 6,506,130 ('130 Patent)**

       Claim 5                Yes _____      No _____

**U.S. Patent No. 6,595,873 ('873 Patent)**

       Claim 1                Yes _____      No _____

       Claim 3                Yes _____      No _____

### B.   Obviousness

Do you find by clear and convincing evidence that any of the following claims is invalid due to obviousness?  (A "YES" answer to this question is a finding for ACUSHNET. A "NO" answer to this question is a finding for CALLAWAY GOLF.)

**U.S. Patent No. 6,210, 293 ('293 Patent)**

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No _____ |
| Claim 4 | Yes _____ | No _____ |
| Claim 5 | Yes _____ | No _____ |

**U.S. Patent No. 6,503,156 ('156 Patent)**

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No _____ |
| Claim 2 | Yes _____ | No _____ |
| Claim 3 | Yes _____ | No _____ |

**U.S. Patent No. 6,506,130 ('130 Patent)**

| | | |
|---|---|---|
| Claim 5 | Yes _____ | No _____ |

**U.S. Patent No. 6,595,873 ('873 Patent)**

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No _____ |
| Claim 3 | Yes _____ | No _____ |

## C.    Lack of Enablement

Do you find by clear and convincing evidence that any of the following patent claims is invalid due to lack of enablement? (A "YES" answer to this question is a finding for ACUSHNET. A "NO" answer to this question is a finding for CALLAWAY GOLF.)

**U.S. Patent No. 6,210, 293 ('293 Patent)**

    Claim 1              Yes _____     No _____

    Claim 4              Yes _____     No _____

    Claim 5              Yes _____     No _____

**U.S. Patent No. 6,503,156 ('156 Patent)**

    Claim 1              Yes _____     No _____

    Claim 2              Yes _____     No _____

    Claim 3              Yes _____     No _____

**U.S. Patent No. 6,506,130 ('130 Patent)**

    Claim 5              Yes _____     No _____

**U.S. Patent No. 6,595,873 ('873 Patent)**

    Claim 1              Yes _____     No _____

    Claim 3              Yes _____     No _____

*Answer the following questions in Section II <u>only</u> if you find that any asserted claim of the patents-in-suit is valid.*

## II.        DAMAGES – PATENT INFRINGEMENT

### A.       Lost Profits

Do you find that CALLAWAY GOLF has proven by a preponderance of the evidence that it is entitled to recover lost profits during the period from September of 2003 through December of 2008 because it lost sales due to Acushnet's manufacture, use, or sale of the infringing ProV1 products?  (A "YES" answer to this question is a finding for CALLAWAY GOLF.  A "NO" answer is a finding for ACUSHNET.)

| LOST PROFITS | YES | NO |
|---|---|---|
| | | |

### B.       Amount of Lost Profits

If you found that CALLAWAY GOLF is entitled to recover lost profits during the period from September of 2003 through December of 2008, what amount of profits do you find by a preponderance of the evidence CALLAWAY GOLF lost as a result of ACUSHNET's patent infringement during that period?

$ _____

## C.      Amount of Reasonable Royalty

For any sales for which you have not awarded lost profits, respond to the following question.  (Note: you cannot award *both* lost profits and reasonable royalties for same sales. This section only applies to sales for which you have not awarded lost profits.)

What amount of reasonable royalty damages, if any, do you find by a preponderance of the evidence that CALLAWAY GOLF has proven it is owed due to ACUSHNET's patent infringement?

$ _____

You must each sign this verdict form:

**Dated:** _____

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

7

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Joseph P. Lavelle
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel:  (202) 783-0800


Dated:  February 26, 2010
955090/30030

By:   /s/ David E. Moore
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 26, 2010, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on February 26, 2010, the attached document was Electronically

Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com


Robert A. Denning
W. Chad Shear
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
shear@fr.com

Jonathan J. Lamberson
Christina D. Jordan
Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
lamberson@fr.com
cjordan@fr.com
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030