IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 3d day of March, 2010, consistent with the memorandum opinion issued this same date,

IT IS ORDERED that:

1. Defendant's renewed motion for summary judgment (D.I. 533) and *Daubert* motion (D.I. 284) are denied.

2. Defendant's motions in limine (D.I. 521; D.I. 523) are granted in part and denied in part.

3. Plaintiff's motions in limine (D.I. 537; D.I. 539) are granted.

_____
United States District Judge