IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CALLAWAY GOLF COMPANY,

        Plaintiff,

v.

ACUSHNET COMPANY,

        Defendant.

C. A. No. 06-91 (SLR)

## STIPULATED ORDER REGARDING ASSERTED CLAIMS

The parties hereby stipulate and agree, subject to the approval and order of the Court, as follows:

1. In order to streamline the upcoming trial, Callaway Golf has agreed to reduce the number of asserted claims that it will present to claim 1 of U.S. Patent No. 6,210,293 ("the '293 patent"); claim 1 of U.S. Patent No. 6,503,156 ("the '156 patent"); claim 5 of U.S. Patent No. 6,506,130 ("the '130 patent"); and claim 3 of U.S. Patent No. 6,595,873 ("the '873 patent").

2. In exchange, Acushnet has agreed that the determination in this matter of the validity of the claims identified in paragraph 1 shall apply to the validity of each of the other claims for which Acushnet has stipulated to infringement (i.e., for the '293 patent, the validity determination in this matter for claim 1 also applies to the validity of claims 4 and 5; for the '156 patent, the validity determination in this matter for claim 1 also applies to the validity of claims 2 and 3; and for the '873 patent, the validity determination in this matter for claim 3 also applies to the validity of claim 1).

FISH & RICHARDSON P.C.

POTTER ANDERSON AND CORROON LLP

By:/s/ Thomas L. Halkowski
    Thomas L. Halkowski (#4099)
    222 Delaware Avenue, 17th Floor
    Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1144
    Telephone: (302) 778-8401
    halkowski@fr.com

    Attorneys for Plaintiff
    CALLAWAY GOLF COMPANY

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

    Attorneys for Defendant
    ACUSHNET COMPANY

SO ORDERED this ___, day of March, 2010.

_____
United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2010, I electronically filed with the Clerk of Court

STIPULATED ORDER REGARDING ASSERTED CLAIMS using CM/ECF which will send

electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing

will also be sent via electronic mail:


Richard L. Horwitz                              Attorneys for Defendant
David E. Moore                                  ACUSHNET COMPANY
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951



Alan M. Grimaldi                                Attorneys for Defendant
Joseph P. Lavelle                               ACUSHNET COMPANY
Brian A. Rosenthal
Howrey LLP - DC
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004



/s/ Thomas L. Halkowski
Thomas L. Halkowski