IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-91-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**VERDICT SHEET**

Dated: March 26, 2010

We, the jury, unanimously find as follows:

## I. VALIDITY

### A. Anticipation

1.  Has Acushnet proven, by clear and convincing evidence, that any of the following claims is invalid due to anticipation?

    *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

    (A) U.S. Patent No. 6,210,293 (the '293 patent)

    Claim 1     Yes_yes_     No_____

    (B) U.S. Patent No. 6,503,156 (the '156 patent)

    Claim 1     Yes_yes_     No_____

    (C) U.S. Patent No. 6,506,130 (the '130 patent)

    Claim 5     Yes_yes_     No_____

    (D) U.S. Patent No. 6,595,873 (the '873 patent)

    Claim 3     Yes_yes_     No_____

### B. Obviousness

2.  Has Acushnet proven, by clear and convincing evidence, that any of the following claims is invalid due to obviousness?

    *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

    (A) U.S. Patent No. 6,210,293 (the '293 patent)

    Claim 1     Yes_yes_     No_____

*Question 2 continues on the next page.*

*Question 2 continued from previous page*

    (B)    U.S. Patent No. 6,503,156 (the '156 patent)

           Claim 1    Yes __yes__    No_____

    (C)    U.S. Patent No. 6,506,130 (the '130 patent)

           Claim 5    Yes __yes__    No_____

    (D)    U.S. Patent No. 6,595,873 (the '873 patent)

           Claim 3    Yes __yes__    No_____

## II. DAMAGES

Answer the following questions only if you find any of the Callaway patent claims valid (i.e., you answered "no" to both questions 1 and 2 for one or more claims).

3.    What is the total amount of lost profit damages, if any, that should be awarded to Callaway?

        $ _____

4.    For any sales for which you have not awarded lost profits, what amount of reasonable royalty damages should be awarded to Callaway?

        $ _____