IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 31st day of March, 2010,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for nine (9) jurors in the above captioned case for the dates of March 22-26, 2010, and March 29, 2010.

_____
United States District Judge

cc:  Financial Administrator