IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-091-SLR ) |
| ACUSHNET COMPANY, | ) ) |
| Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of March 29, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Acushnet Company and against plaintiff Callaway Golf Company.

_____
United States District Judge

Dated: 3/31/2010

_____
(By) Deputy Clerk