AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06-91 | DATE FILED<br>2/9/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br><br>Callaway Golf Company | | DEFENDANT<br><br>Acushnet Company | |
| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
| 1 | 6,210,293 B1 | 04/03/01 | Spalding Sports Worldwide Inc. |
| 2 | 6,503,156 B1 | 01/07/03 | Spalding Sports Worldwide Inc. |
| 3 | 6,506,130 B2 | 01/14/03 | Spalding Sports Worldwide Inc. |
| 4 | 6,595,873 B2 | 07/22/03 | Spalding Sports Worldwide Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT | | |
|---|---|---|
| Judgment in favor of Acushnet Company. See Judgment and Jury verdict (attached). | | |
| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>Nicole Fasano | DATE<br>3/31/2010 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-91-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**VERDICT SHEET**

Dated: March 26, 2010

We, the jury, unanimously find as follows:

I. **VALIDITY**

   A. **Anticipation**

   1.  Has Acushnet proven, by clear and convincing evidence, that any of the following claims is invalid due to anticipation?

   *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

   (A)   U.S. Patent No. 6,210,293 (the '293 patent)

   Claim 1   Yes __yes__   No_____

   (B)   U.S. Patent No. 6,503,156 (the '156 patent)

   Claim 1   Yes __yes__   No_____

   (C)   U.S. Patent No. 6,506,130 (the '130 patent)

   Claim 5   Yes __yes__   No_____

   (D)   U.S. Patent No. 6,595,873 (the '873 patent)

   Claim 3   Yes __yes__   No_____

   B. **Obviousness**

   2.  Has Acushnet proven, by clear and convincing evidence, that any of the following claims is invalid due to obviousness?

   *"Yes" is a finding for Acushnet. "No" is a finding for Callaway.*

   (A)   U.S. Patent No. 6,210,293 (the '293 patent)

   Claim 1   Yes __yes__   No_____

*Question 2 continues on the next page.*

*Question 2 continued from previous page*

  (B) U.S. Patent No. 6,503,156 (the '156 patent)

    Claim 1 Yes __yes__ No _____

  (C) U.S. Patent No. 6,506,130 (the '130 patent)

    Claim 5 Yes __yes__ No _____

  (D) U.S. Patent No. 6,595,873 (the '873 patent)

    Claim 3 Yes __yes__ No _____

## II. DAMAGES

Answer the following questions only if you find any of the Callaway patent claims valid (i.e., you answered "no" to both questions 1 and 2 for one or more claims).

3. What is the total amount of lost profit damages, if any, that should be awarded to Callaway?

    $ _____

4. For any sales for which you have not awarded lost profits, what amount of reasonable royalty damages should be awarded to Callaway?

    $ _____

611

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-091-SLR |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of March 29, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Acushnet Company and against plaintiff Callaway Golf Company.

_____
United States District Judge

Dated: 3/31/2010

_____
(By) Deputy Clerk