IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | |
| Plaintiff, | |
| v. | C. A. No. 06-91 (SLR) |
| ACUSHNET COMPANY, | |
| Defendant. | |

**STIPULATION AND ORDER REGARDING BRIEFING ON POST-TRIAL MOTIONS**

The parties hereby stipulate and agree, subject to the approval and order of the Court, that briefing on post-trial motions shall proceed on the following schedule:

| | |
|---|---|
| Opening Brief | No later than April 30, 2010 |
| Answering Brief | No later than June 1, 2010 |
| Reply Brief | No later than June 15, 2010 |

| FISH & RICHARDSON P.C. | POTTER ANDERSON AND CORROON LLP |
|---|---|
| By: */s/ Thomas L. Halkowski*<br>Thomas L. Halkowski (#4099)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1144<br>Telephone: (302) 778-8401<br>halkowski@fr.com<br><br>*Attorneys for Plaintiff*<br>*CALLAWAY GOLF COMPANY* | By:*/s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*ACUSHNET COMPANY* |

SO ORDERED this _____ day of April, 2010.

_____
United States District Judge