# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

17TH FLOOR
222 DELAWARE AVENUE
P.O. BOX 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ELECTRONIC FILING and HAND DELIVERY**

June 22, 2010

The Honorable Sue L. Robinson
In the United States District Court
for the District of Delaware
844 North King St.
Wilmington, DE 19801

Re:  *Callaway Golf Co. v. Acushnet Co.*,
     USDC – DE C.A. No. 06-91 (SLR)

Dear Judge Robinson:

Pursuant to the Court's Briefing Guidelines in Patent Cases, enclosed with the hard copy of this letter please find two copies of CDs with each of Plaintiff Callaway Golf Co.'s two post-trial briefs (a total of 4 CDs):

- Callaway Golf Company's Motion For A New Trial And Judgment As A Matter of Law (D.I. 619); and
- Callaway Golf Company's Reply In Support Of It's Motion For A New Trial And Judgment As A Matter Of Law (D.I. 626).

The CDs include searchable PDFs of the briefs themselves which are hyperlinked to the referenced trial exhibits, trial transcripts, and case law.

We are, of course, available at any time should the Court have a question concerning this matter.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

Enclosures

cc:   Counsel of Record (w/ enclosures)

80097842.doc