IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-91 (SLR) |
| v. | ) |
| | ) |
| ACUSHNET COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Joseph P. Lavelle, of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, DC 20004, hereby withdraws his appearance as counsel for Acushnet Company. All other attorneys involved in the case from Howrey LLP and Potter Anderson & Corroon LLP continue to represent Acushnet Company.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 783-0800

Dated: November 19, 2010
990290 /30030

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 19, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 19, 2010, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com

J. David Wharton
Stinson Morrison Heckler LLP
1201 Walnut Street, Ste. 2900
Kansas City, MO 64106
dwharton@stinson.com

Mark J. Peterson
Nora M. Kane
Stinson Morrison Heckler LLP
1299 Farnam Street, Suite 1500
Omaha, NE 68102
mpeterson@stinson.com
nkane@stinson.com

Mark D. Roth
Orum & Roth, LLC
53 W. Jackson Boulevard, Suite 1616
Chicago, IL 60604
markdroth@gmail.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

935712s / 34572