

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

March 15, 2011

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

Re: *Callaway Golf Company v. Acushnet Company*; C.A. No. 06-91-SLR

Dear Judge Robinson:

I am writing to inform the Court that on March 9, 2011, the Board of Patent Appeals and Interferences issued a decision in the reexaminations of the patents-in-suit[1] affirming the Examiner's rejections of all pending claims. If the Court would like to review that decision, please let me know, and I will provide a copy of the decision to the Court.

Respectfully,

/s/ *David E. Moore*

David E. Moore

DEM:nmt/1005049/30030

cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic mail)

---

[1] U.S. Patent Nos. 6,210,293; 6,503,156; 6,506,130; and 6,595,873.