**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| v. | ) | |
| ACUSHNET COMPANY, | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF FIRM

PLEASE TAKE NOTICE that the attorneys Brian A. Rosenthal, and Clinton H. Brannon, counsel for Defendant Acushnet Company in this matter, have changed their firm affiliation from Howrey LLP to the following:

> Brian A. Rosenthal
> Clinton H. Brannon
> MAYER BROWN LLP
> 1999 K St. NW
> Washington DC 20006
> Tel: (202) 263-3000
> Fax: (202) 263 3300
> brosenthal@mayerbrown.com
> cbrannon@mayerbrown.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Brian A. Rosenthal
Clinton H. Brannon
MAYER BROWN LLP
1999 K St. NW
Washington DC 20006
Tel: (202) 263-3000

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: March 22, 2011
1005870/30030

*Attorneys for Defendant Acushnet Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 22, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 22, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| Robert A. Denning<br>W. Chad Shear<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>shear@fr.com | Jonathan J. Lamberson<br>Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>lamberson@fr.com<br>compton@fr.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

721869 / 30030