IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-91 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE PURSUANT TO FED. R. CIV. P. 54(b)**

For reasons stated in the court's opinion and order of April 21, 2011;

Consistent with the parties' prior stipulation regarding the validity of claims (D.I. 601);

Consistent with the fact that the remaining contract claims in this action, which were dismissed (D.I. 491) prior to the first appeal and not reinstated (D.I. 636) until after the second trial in this action, are separable from the adjudicated patent claims (*see, e.g., W. L. Gore & Associates, Inc.* v. *Int'l Medical Prosthetics Research Associates, Inc.*, 975 F.2d 858 (Fed. Cir. 1992); and

There being no just cause for delaying entry of judgment on the adjudicated patent claims;

IT IS ORDERED AND ADJUDGED that final judgment be and is hereby entered *nunc pro tunc* to April 21, 2011, in favor of defendant Acushnet Company and against Callaway Golf Company, to wit:

1. Claims 1, 4 and 5 of U.S. Patent No. 6,210,293 are invalid.

2. Claims 1, 2 and 3 of U.S. Patent No. 6,503,156 are invalid.

3. Claim 5 of U.S. Patent No. 6,506,120 is invalid.

4. Claims 1 and 3 of U.S. Patent No. 6,595,873 are invalid.

Dated: 7/22/2011

_____
United States District Judge

_____
(By) Deputy Clerk

1019999 / 30030